**ORAL ARGUMENT NOT YET SCHEDULED**

No. 23-5285

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

CENTER FOR BIOLOGICAL DIVERSITY,

Plaintiff-Appellant,

v.

UNITED STATES FISH AND WILDLIFE SERVICE, DIRECTOR MARTHA WILLIAMS, SECRETARY DEB HAALAND, and UNITED STATES DEPARTMENT OF THE INTERIOR,

Defendants-Appellees

**PLAINTIFF-APPELLANT'S STATEMENT OF ISSUES**

Appeal from the United States District Court
for the District of Columbia
No. 1:21-cv-00791-TJK

| | |
|---|---|
| Kristine M. Akland | Eric R. Glitzenstein |
| Center for Biological Diversity | Center for Biological Diversity |
| P.O. Box 7274 | 1411 K St., N.W., Suite 1300 |
| Missoula, MT 59807 | Washington, D.C. 20005 |
| Tel: (406) 544-9863 | Tel: (202) 849-8401 |
| kakland@biologicaldiversity.org | eglitzenstein@biologicaldiversity.org |

*Attorneys for Plaintiff-Appellant*

Pursuant to this Court's Order dated August 24, 2023, Appellant Center for Biological Diversity submits the following statement of issues to be raised:

1. The Endangered Species Act ("ESA") defines an "endangered species" as "any species which is in danger of extinction in all or a significant portion of its range." 16 U.S.C. § 1532(6). Despite finding that due to climate change, the American burying beetle will likely be extinct as soon as 2039 in the Southern Plains, which comprises 60% of its current range, the United States Fish and Wildlife Service ("Service") downlisted the American burying beetle from its previous status as "endangered" to "threatened" in 2020. In light of the Service's finding that the species will be extinct in a significant portion of its range in less than 17 years, does the Service's "threatened" determination violate the plain language of the ESA?

2. In its Proposed Rule downlisting the American burying beetle, the Service declined to analyze or make a determination on whether the species was endangered in a "significant portion of its range." 16 U.S.C. § 1532(6). In the Final Rule, the Service *did* enter into a "significant portion

of its range" analysis and determined that the American burying beetle is not endangered in a significant portion of its range. Did the Service violate the public's right to comment (16 U.S.C. § 1533(b)(4)[citing 5 U.S.C. § 553}) by entering into a new analysis and making an additional determination in its Final Rule regarding the species status in a significant portion of its range?

    3.    When the Service lists a species as "threatened," ESA Section 4(d) requires the agency to "issue such regulations as [it] deems necessary and advisable to provide for the conservation of such species." 16 U.S.C. § 1533(d). The 4(d) Rule adopted for the American burying beetle declines to protect against incidental take from soil disturbing activities in the Southern Plains, where the beetle is most at risk from that threat, while maintaining such protections in the Northern Plains, where the beetle is less susceptible to that threat. Is the Service's decision to omit protections to the beetle in the Southern Plains despite the heightened threat it faces in that area contrary to the plain language of the ESA and arbitrary and capricious?

4.  As part of its requirement under the ESA, the Service made a formal determination in 2008 that despite the presence of more beetles than originally known at the time of listing, the American burying beetle should retain its endangered status due to the severity of threats facing the species. Since 2008, no new populations of the beetle have been found and the severity of threats to the species has not only increased but climate change has emerged as an existential threat that dwarfs all other threats that led to the initial listing. However, in 2020, the Service reversed course and determined to downlist the beetle to threatened. Is the Service's change in position from 2008 to 2020 arbitrary and capricious?

Respectfully submitted January 2, 2024.

*/s/ Kristine M. Akland*
Kristine M. Akland (D.C. Cir. Bar No. 64933)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 7274
Missoula, MT 59807
Tel: (406) 544-9863
Email: kakland@biologicaldiversity.org

Eric R. Glitzenstein (D.C. Bar No. 358287)
CENTER FOR BIOLOGICAL DIVERSITY
1411 K St., N.W., Suite 1300
Washington, D.C. 20005
Tel: (202) 849-8401

4

5

Email: eglitzenstein@biologicaldiversity.org

*Attorneys for Plaintiff-Appellant*