NOT YET SCHEDULED FOR ORAL ARGUMENT

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, <br>    *Plaintiff-Appellant*, <br><br> v. <br><br> U.S. FISH AND WILDLIFE SERVICE, et al., <br>    *Defendants-Appellees.* | No. 23-5285 |

## FEDERAL DEFENDANTS' CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

**A.   Parties and Amici**

All parties, intervenors, and amici appearing before the district court and in this court are listed in the certificate filed by Plaintiff-Appellant Center for Biological Diversity.

**B.   Ruling Under Review**

References to the rulings at issue appear in the Certificate filed by Plaintiff-Appellant Center for Biological Diversity.

**C.   Related Cases**

Undersigned counsel is not aware of any related cases.

1

                                                Respectfully submitted,

                                                /s/ Christopher Anderson
                                                TODD KIM
                                                 *Assistant Attorney General*
                                                KEVIN W. McARDLE
                                                CHRISTOPHER ANDERSON
                                                 *Attorneys*
                                                Environment & Natural Resources Div.
                                                U.S. Department of Justice
                                                Post Office Box 7415
                                                Washington, DC 20044

January 2, 2024                            (202) 353-1834
DJ # 90-8-6-08461                    christopher.anderson3@usdoj.gov