**ORAL ARGUMENT NOT YET SCHEDULED**

**No. 23-5285**

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

CENTER FOR BIOLOGICAL DIVERSITY,

*Plaintiff-Appellant*,

v.

UNITED STATES FISH AND WILDLIFE SERVICE, DIRECTOR MARTHA
WILLIAMS, SECRETARY DEB HAALAND, and UNITED STATES
DEPARTMENT OF THE INTERIOR,

*Defendants-Appellees*

---

**JOINT DEFERRED APPENDIX**

---

Appeal from the United States District Court
for the District of Columbia
No. 1:21-cv-00791-TJK

---

Kristine M. Akland
Center for Biological Diversity
P.O. Box 7274
Missoula, MT 59807
Tel: (406) 544-9863
kakland@biologicaldiversity.org

Eric R. Glitzenstein
Center for Biological Diversity
1411 K St., N.W., Suite 1300
Washington, D.C. 20005
Tel: (202) 849-8401
eglitzenstein@biologicaldiversity.org

*Counsel for Plaintiff-Appellant*

*Additional counsel listed inside front cover*

Of Counsel:

JOAN MARSAN
 *Attorney-Advisor*
Office of the Solicitor
U.S. Department of the Interior

TODD KIM
 *Assistant Attorney General*
 KAMELA A. CASHETTE
 KEVIN W. MCARDLE
 CHRISTOPHER ANDERSON
 *Attorneys*
 Environment and Natural Resources
 Division
 U.S. Department of Justice
 Post Office Box 7415
 Washington, D.C. 20044
 (202) 353-1834
 christopher.anderson@usdoj.gov

 *Counsel for Defendants-Appellees*

## TABLE OF CONTENTS

| Document | Record Location | Appendix Page Nos. |
|---|---|---|
| District Court Docket Sheet | | JA-1-5 |
| Complaint for Declaratory and Injunctive Relief | ECF 1 | JA-6-28 |
| Plaintiff Center for Biological Diversity's Motion for Summary Judgment | ECF 21 | JA-29-30 |
| Declaration of Dr. Jon C. Bedick in Support of Plaintiff's Motion for Summary Judgment | ECF 21-2 | JA-31-34 |
| Declaration of Christopher Bugbee in Support of Plaintiff's Motion for Summary Judgment | ECF 21-3 | JA-35-38 |
| Defendants U.S. Fish and Wildlife Service et al.'s Cross-Motion for Summary Judgment | ECF 24 | JA-39-40 |
| Order Denying Plaintff's Motion for Summary Judgement and Granting Defendants' Cross-Motion for Summary Judgment | ECF 35 | JA-41 |
| Memorandum Opinion in Support of Denying Plaintff's Motion for Summary Judgement and Granting Defendants' Cross-Motion for Summary Judgment | ECF 36 | JA-42-98 |
| Email exchange between scientist Curtis Creighton and USFWS re: beetle research (July 8-25, 2020) | FWS000141-142 | JA-99-100 |
| Proposed Rule: Endangered and Threatened Wildlife and Plants; Reclassifying the American Burying Beetle From Endangered to Threatened With a 4(d) Rule, 84 Fed. Reg. 19013 (May 3, 2019) | FWS000158-174 | JA-101-117 |

| | | |
|---|---|---|
| Final Rule: Endangered and Threatened Wildlife and Plants; Reclassification of the American Burying Beetle From Endangered to Threatened With a Section 4(d) Rule, 85 Fed. Reg. 65241 (Oct. 15, 2020) | FWS000177-197 | JA-118-138 |
| USFWS, *American Burying Beetle* (*Nicrophorus americanus*) (June 4, 2014) [attachment to 05/16/2016 Public Comment from American Stewards of Liberty on 90-Day Finding on Petition to Delist the American Burying Beetle] | FWS000679-707 | JA-139-167 |
| USFWS, *Final Oil and Gas Industry Conservation Plan Associated With Issuance of Endangered Species Act Section 10(a)(1)(B) Permits for the American Burying Beetle in Oklahoma* (May 21, 2014) [attachment to 05/16/2016 Public Comment from American Stewards of Liberty on 90-Day Finding on Petition to Delist the American Burying Beetle] | FWS000708-794 | JA-168-254 |
| Public Comment from Amy Smith on Reclassifying the American Burying Beetle from Endangered to Threatened (June 25, 2019) | FWS000937-938 | JA-255-256 |
| Excerpt from American Stewards of Liberty et al.'s Petition to Delist the American Burying Beetle (*Nicrophorus americanus*) in Accordance with Section 4 of the Endangered Species Act (Aug. 18, 2015) | FWS000948 | JA-257 |
| Public Comment from Michael J. Amaral on USFWS Proposal to Reclassify the Endangered American Burying Beetle (June 30, 2019) | FWS000977-979 | JA-258-260 |

| | | |
|---|---|---|
| Public Comment from Nebraska Game and Parks on Reclassifying the American Burying Beetle from Endangered to Threatened (July 1, 2019) | FWS001041-1044 | JA-261-264 |
| Public Comment from Jeremy Goodman on USFWS Proposal to Reclassify the Endangered American Burying Beetle (Sept. 20, 2019) | FWS001086-1088 | JA-265-267 |
| Public Comment from Lou Perrotti on USFWS Proposal to Reclassify the Endangered American Burying Beetle (Sept. 20, 2019) | FWS001090-1092 | JA-268-270 |
| Public Comment from Daniel Snethen on Reclassifying the American Burying Beetle from Endangered to Threatened (Oct. 9, 2019) | FWS001221-1222 | JA-271-272 |
| Public Comment from James Lawson on Reclassifying the American Burying Beetle from Endangered to Threatened (Oct. 9, 2019) | FWS001232 | JA-273 |
| American Stewards of Liberty et al.'s Petition to Delist the American Burying Beetle (*Nicrophorus americanus*) in Accordance with Section 4 of the Endangered Species Act (Aug. 18, 2015) | FWS001278-1310 | JA-274-306 |
| USFWS Species Status Assessment (SSA) Report for the American Burying Beetle (*Nicrophorus americanus*) (Feb. 2019) | FWS001321-1504 | JA-307-490 |
| American Burying Beetle SSA Appendix C: References Cited | FWS001536-1553 | JA-491-508 |
| M. Amaral et al., *Conservation Status and Reintroduction of the Endangered American Burying Beetle,* 4(3) Northeast. Nat. 121-132 (1997) | FWS001573-1585 | JA-509-521 |

| | | |
|---|---|---|
| M. Amaral et al., *American Burying Beetle (Nicrophorus americanus) Population and Habitat Viability Assessment: Final Report*, IUCN/SSC Conservation Breeding Specialist Group (2005) | FWS001586-1665 | JA-522-601 |
| D. S. Sikes & C. J. Raithel, *A review of hypotheses of decline of the endangered American burying beetle (Silphidae: Nicrophorus americanus Olivier)*, 6 J. Insect Conserv. 103-113 (2002) | FWS004513-4524 | JA-602-613 |
| USFWS American Burying Beetle Recovery Plan (1991) | FWS004943-5023 | JA-614-694 |
| USFWS American Burying Beetle 5-Year Review: Summary and Evaluation (Mar. 2008) | FWS005024-5076 | JA-695-747 |
| Letter from scientist Douglas R. Leasure to USFWS re: Risk Assessment for the American Burying Beetle (2018) | FWS005858-5859 | JA-748-749 |
| Final Rule: Endangered and Threatened Wildlife and Plants; Determination of Endangered Status for the American Burying Beetle, 54 Fed. Reg. 29652 (July 13, 1989) | FWS005889-5900 | JA-750-761 |

APPEAL,CLOSED,TYPE-C

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:21-cv-00791-TJK

CENTER FOR BIOLOGICAL DIVERSITY v. U.S. FISH AND WILDLIFE SERVICE et al
Assigned to: Judge Timothy J. Kelly
Case in other court: USCA, 23-05285
Cause: 16:1538 Endangered Species Act

Date Filed: 03/25/2021
Date Terminated: 09/30/2023
Jury Demand: None
Nature of Suit: 893 Environmental Matters
Jurisdiction: U.S. Government Defendant

| Date Filed | # | Docket Text |
|---|---|---|
| 03/25/2021 | 1 | COMPLAINT against SECRETARY OF THE INTERIOR, U.S. FISH AND WILDLIFE SERVICE, MARTHA WILLIAMS ( Filing fee $ 402 receipt number ADCDC-8327441) filed by CENTER FOR BIOLOGICAL DIVERSITY. (Attachments: # 1 Civil Cover Sheet, # 2 Summons to U.S. Fish & Wildlife Service, # 3 Summons to Martha Williams, # 4 Summons to Secretary of the Interior, # 5 Summons to U.S. Attorney General, # 6 Summons to U.S. Attorney for D.C.)(Atwood, Amy) (Entered: 03/25/2021) |
| 03/25/2021 | 2 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by CENTER FOR BIOLOGICAL DIVERSITY (Atwood, Amy) (Entered: 03/25/2021) |
| 03/25/2021 | | Case Assigned to Judge Timothy J. Kelly. (adh, ) (Entered: 03/25/2021) |
| 03/25/2021 | 3 | SUMMONS (5) Issued Electronically as to SECRETARY OF THE INTERIOR, U.S. FISH AND WILDLIFE SERVICE, MARTHA WILLIAMS, U.S. Attorney and U.S. Attorney General (Attachment: # 1 Notice and Consent)(adh, ) (Entered: 03/25/2021) |
| 04/02/2021 | 4 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Kristine M. Akland, Filing fee $ 100, receipt number ADCDC-8348650. Fee Status: Fee Paid. by CENTER FOR BIOLOGICAL DIVERSITY. (Attachments: # 1 Declaration, # 2 Text of Proposed Order) (Atwood, Amy) (Entered: 04/02/2021) |
| 04/19/2021 | 5 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 4/6/2021. Answer due for ALL FEDERAL DEFENDANTS by 6/5/2021. (Attachment: # 1 Exhibit A) (Atwood, Amy); Modified event and text on 4/20/2021 (ztth). (Entered: 04/19/2021) |
| 04/19/2021 | 6 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 4/6/21. (Attachments: # 1 Exhibit A)(Atwood, Amy) (Entered: 04/19/2021) |
| 04/19/2021 | 7 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. SECRETARY OF THE INTERIOR served on 4/5/2021; U.S. FISH AND WILDLIFE SERVICE served on 4/5/2021; MARTHA WILLIAMS served on 4/5/2021 (Attachments: # 1 Exhibit A)(Atwood, Amy) (Entered: 04/19/2021) |
| 04/21/2021 | 8 | STANDING ORDER. See Order for details. Signed by Judge Timothy J. Kelly on 04/21/2021. (lctjk3) (Entered: 04/21/2021) |

| | | |
|---|---|---|
| 04/22/2021 | | MINUTE ORDER granting 4 Motion for Leave to Appear Pro Hac Vice. It is hereby ORDERED that Plaintiff's 4 Motion is GRANTED. Attorney Kristine M. Akland is hereby admitted pro hac vice on behalf of Plaintiff. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions.**Signed by Judge Timothy J. Kelly on 04/22/2021. (lctjk3) Modified to correct formatting on 4/22/2021 (zkh). (Entered: 04/22/2021) |
| 04/27/2021 | 9 | NOTICE of Appearance by Kristine M. Akland on behalf of All Plaintiffs (Akland, Kristine) (Entered: 04/27/2021) |
| 06/04/2021 | 10 | NOTICE of Appearance by Kamela Caschette on behalf of SECRETARY OF THE INTERIOR, U.S. FISH AND WILDLIFE SERVICE, MARTHA WILLIAMS (Caschette, Kamela) (Entered: 06/04/2021) |
| 06/04/2021 | 11 | ANSWER to Complaint by SECRETARY OF THE INTERIOR, U.S. FISH AND WILDLIFE SERVICE, MARTHA WILLIAMS.(Caschette, Kamela) (Entered: 06/04/2021) |
| 06/07/2021 | | **VACATED PURSUANT TO 13 ORDER FILED 6/17/2021.....** MINUTE ORDER: A telephonic Initial Scheduling Conference is set for July 13, 2021, at 10:00 a.m. The parties shall meet, confer, and submit a joint report pursuant to FRCP 26(f) and Local Rule 16.3. The parties shall contact the Courtroom Deputy at (202) 354-3495 at least one business day in advance to make arrangements to participate. Signed by Judge Timothy J. Kelly on 06/07/2021. (lctjk3) Modified to vacate on 6/23/2021 (zkh). (Entered: 06/07/2021) |
| 06/15/2021 | 12 | Joint MOTION for Scheduling Order by SECRETARY OF THE INTERIOR, U.S. FISH AND WILDLIFE SERVICE, MARTHA WILLIAMS. (Attachments: # 1 Text of Proposed Order)(Caschette, Kamela) (Entered: 06/15/2021) |
| 06/17/2021 | 13 | ORDER granting 12 Motion for Scheduling Order and vacating Minute Order of June 7, 2021. See Order for details. Signed by Judge Timothy J. Kelly on 06/17/2021. (lctjk3) (Entered: 06/17/2021) |
| 06/23/2021 | | Set/Reset Deadlines: Appendix due by 6/15/2022. (zkh) (Entered: 06/23/2021) |
| 10/29/2021 | 14 | NOTICE *of Filing the Certified List of Administrative Record Contents* by SECRETARY OF THE INTERIOR, U.S. FISH AND WILDLIFE SERVICE, MARTHA WILLIAMS (Attachments: # 1 Certification of Administrative Record, # 2 Administrative Record Index)(Caschette, Kamela) (Entered: 10/29/2021) |
| 01/24/2022 | 15 | NOTICE *of Filing the Certified List of Documents Completing the Administrative Record* by SECRETARY OF THE INTERIOR, U.S. FISH AND WILDLIFE SERVICE, MARTHA WILLIAMS (Attachments: # 1 Certification of Completion of Production of the Administrative Record, # 2 Administrative Record Supplemental Index)(Caschette, Kamela) (Entered: 01/24/2022) |
| 02/15/2022 | 16 | MOTION to Modify , MOTION for Extension of Time to , MOTION for Leave to File Excess Pages , MOTION to Stay by CENTER FOR BIOLOGICAL DIVERSITY. (Attachments: # 1 Text of Proposed Order)(Akland, Kristine). Added MOTION to Stay, deleted selected docketing information, and modified on 2/16/2022 (ztth). (Entered: 02/15/2022) |
| 02/16/2022 | 17 | NOTICE *of Filing the Certified List of Document Completing the Administrative Record* by SECRETARY OF THE INTERIOR, U.S. FISH AND WILDLIFE SERVICE, MARTHA WILLIAMS (Attachments: # 1 Certification of Completion of Production of the Administrative Record, # 2 Administrative Record Second Supplemental Index)(Caschette, Kamela) (Entered: 02/16/2022) |

| 02/18/2022 | 18 | RESPONSE re 16 MOTION to Modify MOTION for Extension of Time to MOTION for Leave to File Excess Pages MOTION to Stay filed by SECRETARY OF THE INTERIOR, U.S. FISH AND WILDLIFE SERVICE, MARTHA WILLIAMS. (Caschette, Kamela) (Entered: 02/18/2022) |
| --- | --- | --- |
| 02/18/2022 | 19 | REPLY to opposition to motion re 16 MOTION to Modify MOTION for Extension of Time to MOTION for Leave to File Excess Pages MOTION to Stay filed by CENTER FOR BIOLOGICAL DIVERSITY. (Attachments: # 1 Text of Proposed Order prp ord grt extension)(Akland, Kristine) (Entered: 02/18/2022) |
| 02/21/2022 | | MINUTE ORDER granting in part Plaintiff's 16 Motion. It is hereby ORDERED that the 13 Scheduling Order is AMENDED so that: Plaintiff shall move for summary judgment on all claims by March 15, 2022; Defendants shall file their opposition and cross-move for summary judgment by April 26, 2022; Plaintiff shall file its combined opposition and reply by May 24, 2022; Defendants shall file their reply by June 22, 2022; and the parties shall file an appendix by July 6, 2022. In all other respects, the motion is DENIED. Signed by Judge Timothy J. Kelly on 2/21/2022. (lctjk3) (Entered: 02/21/2022) |
| 02/22/2022 | | Set/Reset Deadlines: Cross Motion due by 4/26/2022. Response to Cross Motion due by 5/24/2022. Reply to Cross Motion due by 6/22/2022. (zkh) (Entered: 02/22/2022) |
| 03/15/2022 | 20 | ENTERED IN ERROR.....MOTION for Summary Judgment by CENTER FOR BIOLOGICAL DIVERSITY. (Akland, Kristine) Modified on 3/15/2022 (zeg). (Entered: 03/15/2022) |
| 03/15/2022 | | NOTICE OF CORRECTED DOCKET ENTRY: re 20 MOTION for Summary Judgment was entered in error per counsel request and will refile said pleading. (zeg) (Entered: 03/15/2022) |
| 03/15/2022 | 21 | MOTION for Summary Judgment by CENTER FOR BIOLOGICAL DIVERSITY. (Attachments: # 1 Memorandum in Support Memorandum, # 2 Declaration Declaration of Dr. Bedick, # 3 Declaration Declaration of Bugbee, # 4 Text of Proposed Order proposed Order)(Akland, Kristine) (Entered: 03/15/2022) |
| 04/08/2022 | 22 | Unopposed MOTION for Extension of Time to *Litigation Deadlines* by SECRETARY OF THE INTERIOR, U.S. FISH AND WILDLIFE SERVICE, MARTHA WILLIAMS. (Attachments: # 1 Text of Proposed Order)(Caschette, Kamela) (Entered: 04/08/2022) |
| 04/12/2022 | | MINUTE ORDER granting Defendants' 22 Unopposed Motion to Extend Deadlines. It is hereby ORDERED, for good cause shown, that Defendants' 22 Unopposed Motion to Extend Deadlines is GRANTED. It is further ORDERED that Defendants shall file their cross-motion for summary judgment and opposition by May 10, 2022; Plaintiff shall file its combined opposition to Defendants' cross-motion for summary judgment and reply by June 7, 2022; Defendants shall file their reply by July 6, 2022; and Plaintiff shall file an appendix by July 27, 2022. Signed by Judge Timothy J. Kelly on 4/12/2022. (lctjk3) (Entered: 04/12/2022) |
| 04/12/2022 | | Set/Reset Deadlines: Response to Motion for Summary Judgment due by 5/10/2022. Response to Cross Motion and Reply to Motion for Summary Judgment due by 6/7/2022. Reply to Cross Motion due by 7/6/2022. (zkh) (Entered: 04/12/2022) |
| 05/10/2022 | 23 | Memorandum in opposition to re 21 MOTION for Summary Judgment filed by SECRETARY OF THE INTERIOR, U.S. FISH AND WILDLIFE SERVICE, MARTHA WILLIAMS. (Caschette, Kamela) (Entered: 05/10/2022) |
| 05/10/2022 | 24 | Cross MOTION for Summary Judgment by SECRETARY OF THE INTERIOR, U.S. FISH AND WILDLIFE SERVICE, MARTHA WILLIAMS. (Attachments: # 1 Memorandum of Points and Authorities in Support of Defendants' Cross-Motion for |

| | | Summary Judgment, # 2 Text of Proposed Order)(Caschette, Kamela) (Entered: 05/10/2022) |
|---|---|---|
| 05/12/2022 | 25 | MOTION for Leave to File *Amicus Brief* by AMERICAN STEWARDS OF LIBERTY, OSAGE PRODUCERS ASSOCIATION, TEXAS PUBLIC POLICY FOUNDATION. (Attachments: # 1 Exhibit A - PROPOSED AMICUS BRIEF, # 2 Exhibit 1 to Proposed Amicus Brief, # 3 Text of Proposed Order (Exhibit B to Motion for Leave))(Weiland, Paul) (Entered: 05/12/2022) |
| 05/20/2022 | 26 | NOTICE of Appearance by Robert Henneke on behalf of TEXAS PUBLIC POLICY FOUNDATION (Henneke, Robert) (Entered: 05/20/2022) |
| 05/26/2022 | 27 | Unopposed MOTION for Extension of Time to File Response/Reply as to 21 MOTION for Summary Judgment , 24 Cross MOTION for Summary Judgment by CENTER FOR BIOLOGICAL DIVERSITY. (Attachments: # 1 Text of Proposed Order prp ord)(Akland, Kristine) (Entered: 05/26/2022) |
| 05/31/2022 | | MINUTE ORDER granting American Stewards of Liberty, Osage Producers Association, and Texas Public Policy Foundation's 25 Motion for Leave to File Amicus Curiae Brief in Support of Federal Defendants' Cross-Motion for Summary Judgment. It is hereby ORDERED that the unopposed 25 Motion is GRANTED. The Clerk is directed to docket ECF No. 25-1 and ECF No. 25-2. Signed by Judge Timothy J. Kelly on 5/31/2022. (lctjk3) (Entered: 05/31/2022) |
| 05/31/2022 | | MINUTE ORDER granting Plaintiff's 27 Unopposed Motion to Extend Deadlines. It is hereby ORDERED, for good cause shown, that Plaintiff's 27 Unopposed Motion is GRANTED. Plaintiff shall file its combined opposition to Defendants' cross-motion for summary judgment and reply by June 28, 2022; Defendants shall file their reply by August 19, 2022; and Plaintiff shall file an appendix by September 2, 2022. Signed by Judge Timothy J. Kelly on 5/31/2022. (lctjk3) (Entered: 05/31/2022) |
| 05/31/2022 | | Set/Reset Deadlines: Response to Cross Motion and Reply to Motion for Summary Judgment due by 6/28/2022. Reply to Cross Motion due by 8/19/2022. (zkh) (Entered: 05/31/2022) |
| 05/31/2022 | 28 | AMICUS BRIEF by AMERICAN STEWARDS OF LIBERTY, OSAGE PRODUCERS ASSOCIATION, TEXAS PUBLIC POLICY FOUNDATION. (Attachment: # 1 Exhibit) (zeg) (Entered: 06/02/2022) |
| 06/28/2022 | 29 | REPLY to opposition to motion re 21 MOTION for Summary Judgment , 24 Cross MOTION for Summary Judgment filed by CENTER FOR BIOLOGICAL DIVERSITY. (Akland, Kristine) (Entered: 06/28/2022) |
| 06/28/2022 | 30 | RESPONSE re 21 MOTION for Summary Judgment , 24 Cross MOTION for Summary Judgment filed by CENTER FOR BIOLOGICAL DIVERSITY. (Akland, Kristine) (Entered: 06/28/2022) |
| 07/22/2022 | 31 | NOTICE of Appearance by Eric Robert Glitzenstein on behalf of CENTER FOR BIOLOGICAL DIVERSITY (Glitzenstein, Eric) (Entered: 07/22/2022) |
| 07/25/2022 | 32 | NOTICE OF WITHDRAWAL OF APPEARANCE as to CENTER FOR BIOLOGICAL DIVERSITY. Attorney Amy R. Atwood terminated. (Atwood, Amy) (Entered: 07/25/2022) |
| 08/19/2022 | 33 | REPLY to opposition to motion re 24 Cross MOTION for Summary Judgment filed by SECRETARY OF THE INTERIOR, U.S. FISH AND WILDLIFE SERVICE, MARTHA WILLIAMS. (Caschette, Kamela) (Entered: 08/19/2022) |
| 09/02/2022 | 34 | JOINT APPENDIX by CENTER FOR BIOLOGICAL DIVERSITY. (Akland, Kristine) (Entered: 09/02/2022) |

| 09/30/2023 | [35](#) | ORDER denying Plaintiff's [21](#) Motion for Summary Judgment and granting Defendants' [24](#) Cross-Motion for Summary Judgment. See Order for details. This is a final, appealable Order. The Clerk of Court is directed to close the case. Signed by Judge Timothy J. Kelly on 9/30/2023. (lctjk3) (Entered: 09/30/2023) |
| 09/30/2023 | [36](#) | MEMORANDUM OPINION in support of [35](#) Order denying Plaintiff's [21](#) Motion for Summary Judgment and granting Defendants' [24](#) Cross-Motion for Summary Judgment. Signed by Judge Timothy J. Kelly on 9/30/2023. (lctjk3) (Entered: 09/30/2023) |
| 11/28/2023 | [37](#) | NOTICE OF APPEAL TO DC CIRCUIT COURT as to [36](#) Memorandum & Opinion by CENTER FOR BIOLOGICAL DIVERSITY. Filing fee $ 505, receipt number ADCDC-10520715. Fee Status: Fee Paid. Parties have been notified. (Akland, Kristine) (Main Document 37 replaced on 11/29/2023) (ztth). (Entered: 11/28/2023) |
| 11/29/2023 | [38](#) | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid re [37](#) Notice of Appeal to DC Circuit Court. (ztth) (Entered: 11/29/2023) |
| 12/01/2023 | | USCA Case Number 23-5285 for [37](#) Notice of Appeal to DC Circuit Court, filed by CENTER FOR BIOLOGICAL DIVERSITY. (znmw) (Entered: 12/04/2023) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 12/05/2024 14:04:42 | | |
| **PACER Login:** | lwoloshin | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:21-cv-00791-TJK |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, 1411 K St. NW, Suite 1300 Washington, D.C. 20005,<br><br>        Plaintiff,<br>    v.<br><br>U.S. FISH AND WILDLIFE SERVICE, 1849 C Street, NW Washington, D.C. 20240,<br><br>MARTHA WILLIAMS, in her official capacity as acting Director of the U.S. Fish and Wildlife Service, 1849 C Street, NW Washington, D.C. 20240,<br><br>        *and*<br><br>SECRETARY OF THE U.S. DEPARTMENT OF THE INTERIOR, 1849 C Street, NW Washington, D.C. 20240,<br><br>        Defendants. | **COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**<br><br><br>Case No.: |

## INTRODUCTION

1.      This action challenges federal defendants' unlawful reclassification of the

American burying beetle under the Endangered Species Act ("ESA" or "the Act"), 16 U.S.C. §§

1531–1544, from "endangered" to "threatened." *See* "Reclassification of the American Burying

Beetle from Endangered to Threatened with a Section 4(d) Rule, 85 Fed. Reg. 65,241 (Oct. 15,

2020) ("Down-Listing Rule" and "4(d) Rule"). Defendants' reclassification eliminates key

substantive protections for this species, which is still endangered, survives in a small portion of

its vast historic range, faces the same dire threats that led to its listing in 1989, and is now at even

greater risk of extinction due to climate change. As the defendants acknowledged, one of few surviving populations of the species will likely be gone from the southern Great Plains, a focus of recovery efforts and a significant portion of the species' range, within just 19 years.

2.      The American burying beetle (also hereinafter "the beetle") was "once ubiquitous" across 35 eastern U.S. states and three Canadian providences. 54 Fed. Reg. 29,652 (July 13, 1989) ("1989 Listing Rule"). However, during the early-to-mid-20th century, the species disappeared from over 90 percent of its range.

3.      This drastic decline, recognized by the federal government as "one of the most disastrous" of any insect, prompted defendant U.S. Fish and Wildlife Service ("the Service") to list the American burying beetle as an "endangered species" in 1989. Endangered status afforded the species the full scope of the ESA's substantive protections. At the time, only two disjunct natural populations were known to exist in Oklahoma and Rhode Island.

4.      Once it gained protection as an endangered species, the American burying beetle was able to survive the extinction threat, but this threat has not dissipated. Increased recovery efforts led to surveys that located some additional populations. However, as the Service has also acknowledged, those additional populations are just as precarious. The additional populations face the same threats that led to the species' listing as endangered, which are being exacerbated by the existential threat of climate change.

5.      In 2015, the Independent Petroleum Association of America (also known as the "IPAA") petitioned to de-list the America Burying Beetle, citing delays and restrictions to the oil and gas industry due to the presence of the beetle.

6.      In response to the IPAA's de-listing petition, the Service published a proposed rule to down-list (and not de-list) the American burying beetle from endangered to threatened, as

"all populations [remain] exposed to a combination of risk factors" and thus the species had not recovered. 84 Fed. Reg. 19,013, 19,024 (May 3, 2019). Even as the agency implicitly acknowledged that the species remained at risk, the Service proposed to reduce protections for the beetle based on false claims that threats to the species have been reduced or eliminated. The down-listing was opposed as premature by American burying beetle experts.

7.     Despite the opposition from the scientific community, the Service reclassified the American burying beetle as "threatened" in 2020 and issued the 4(d) Rule. 85 Fed. Reg. 65,241.

8.     The 4(d) Rule eliminates key substantive protections that have helped the beetle stave off extinction and survive the ongoing destruction and fragmentation of the species' dwindling habitat.

9.     The American burying beetle remains "in danger of extinction throughout all or significant portion of its range," 16 U.S.C. § 1532(6), and thus the Down-Listing Rule and 4(d) Rule violate the ESA and the Administrative Procedure Act, 5 U.S.C. § 706(2)(A) ("APA"). To remedy these violations, plaintiff asks this Court to order defendants to vacate the Down-Listing Rule and 4(d) Rule and reinstate the beetle's proper and lawful status as a fully protected, "endangered" species under the ESA.

## JURISDICTION AND VENUE

10.     Plaintiff brings this action pursuant to the ESA citizen-suit provision, 16 U.S.C. § 1540(g), which waives defendants' sovereign immunity. As required by 16 U.S.C. § 1540(g), plaintiff provided defendants with its notice of intent to sue, which was received by defendants on January 22, 2020. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 (federal question jurisdiction); 28 U.S.C. §§ 2201-2202 (declaratory judgments and further relief); 16 U.S.C. §

1540(c) (district court jurisdiction), 16 U.S.C. § 1540(g)(1)(C) (action arising under the ESA citizen-suit provision), and 5 U.S.C. § 702 (Administrative Procedure Act).

11.    Venue in this Court is proper pursuant to 16 U.S.C. § 1540(g)(3)(A) and 28 U.S.C. § 1391(e) because this civil action is brought against agencies of the United States, and against officers and employees of the United States acting in their official capacities under the color of legal authority; because a substantial part of the events giving rise to the claim occurred in the District of Columbia; and because no real property is involved in this action. Plaintiff also maintains an office in this judicial district.

## PARTIES

12.    Plaintiff CENTER FOR BIOLOGICAL DIVERSITY (the "Center") is a non-profit organization that is dedicated to the protection of native species and their habitats through science, policy, and environmental law. The Center is incorporated in California and headquartered in Tucson, Arizona, with additional offices in California, Colorado, Florida, Hawai'i, Nevada, New York, North Carolina, Oregon, Virginia, Washington, Washington, D.C., and La Paz, Mexico. The Center has more than 84,000 active members, including members within the American burying beetle's current and historic range. The Center and its members have a long-standing interest in conserving native species and have consistently advocated for the conservation and protection of native species, including the American burying beetle.

13.    Plaintiff, both organizationally and on behalf of its members, has deep and long-standing interests in the preservation and recovery of imperiled species, including the American burying beetle. To further these goals, plaintiff supports strong and effective protections for the species and has participated in various administrative and legal proceedings and public comment opportunities to protect and recover the American burying beetle.

4

14.     Plaintiff has members who live near and/or visit areas in and around: the Red River in the southern Great Plains; the Arkansas River in the Great Plains; the Flint Hills in Oklahoma; Block Island in Rhode Island; and Loess Canyons, the Sandhills, and the Niobrara River in Nebraska. Plaintiff's members engage in these areas for their recreational, scientific, and aesthetic interests, including viewing and photographing American burying beetles in their natural habitat. Plaintiff's members have interests in the recovery of the American burying beetle, which are being and will be negatively impacted by the reclassification of the American burying beetle from endangered to threatened. Plaintiff's members have visited and plan to continue to visit in the future areas where the American burying beetle still survives in the Red River in Oklahoma. Plaintiff's members plan to pursue their interests in conservation and recovery of the American burying beetle.

15.     Plaintiff's interests in conserving and recovering the American burying beetle are harmed by defendants' reclassification of the beetle as a "threatened species." Specifically, plaintiff's professional, spiritual, aesthetic, and recreational interests have been and will continue to be injured as the American burying beetle will continue to decline without full protection as an endangered species under the ESA. As such, the Down-Listing Rule and 4(d) Rule diminish the opportunities of plaintiff and its members to view and otherwise enjoy the American burying beetle.

16.     Plaintiff also has an interest in the effective and lawful implementation of the ESA. Plaintiff is injured by defendants' premature reclassification of the American burying beetle as a threatened species and by the arbitrary-and-capricious 4(d) Rule, which undermine both the agency's effective and lawful implementation of the ESA as well as the conservation of endangered and threatened species.

5

17.     For these reasons, defendants' Down-Listing Rule and 4(d) Rule have harmed and will continue to harm plaintiff's interests. The injuries described above are actual, concrete injuries presently suffered by plaintiff and its members and they will continue to occur unless this Court grants relief. These injuries are directly caused by defendants' actions, and the relief sought herein would redress those injuries. Plaintiff has no other adequate remedy at law.

18.     Defendant UNITED STATES FISH AND WILDLIFE SERVICE is a federal agency within the Department of Interior. The Service has been delegated the responsibility for administering the ESA for terrestrial wildlife including the American burying beetle, meeting nondiscretionary obligations under the ESA, and otherwise complying with the ESA.

19.     Defendant MARTHA WILLIAMS is the acting Director of the United States Fish and Wildlife Service and is charged with ensuring agency decisions comply with the law.  Acting Director Williams is sued in her official capacity.

20.     Defendant Secretary of the United States Department of the Interior has the ultimate responsibility for implementation of the ESA, and supervisory authority for the Service. The Secretary is sued in her official capacity.

## STATUTORY BACKGROUND

### I.      The Endangered Species Act

21.     Congress enacted the ESA in 1973 to provide a "program for the conservation of . . . endangered species and threatened species" and "a means whereby the ecosystems upon which endangered species and threatened species depend may be conserved." 16 U.S.C. § 1531(b). To receive the ESA's substantive protections, a species must first be listed as "endangered" or "threatened" under Section 4 of the ESA. 16 U.S.C. § 1533.

22.     The ESA delegates responsibility for administering the ESA to two cabinet-level Secretaries: Interior and Commerce. 16 U.S.C. § 1532(15).  The Secretary of the Interior has, in turn, delegated authority for terrestrial species including the beetle to the Service. 50 C.F.R. § 402.01(b).

23.     In making decisions to list or reclassify the status of a species, the ESA requires the Service to "determine whether the species is an endangered species or a threatened species" based on the following statutory factors:

> (A) the present or threatened destruction, modification, or curtailment of its habitat or range;
> (B) overutilization for commercial, recreational, scientific, or educational purposes;
> (C) disease or predation;
> (D) the inadequacy of existing regulatory mechanisms; or
> (E) other natural or manmade factors affecting its continued existence.

16 U.S.C. § 1533(a)(1). A species may be listed based on any one or a combination of these five "listing factors."

24.     The ESA defines an "endangered species" as one that is "in danger of extinction throughout all or a significant portion of its range." 16 U.S.C. § 1532(6).

25.     A "threatened species" is a species that is "likely to become an endangered species within the foreseeable future throughout all or a significant portion of its range." 16 U.S.C. § 1532(20); 50 C.F.R § 424.11(d). The term "foreseeable future" in the definition of "threatened" means "so far into the future as the Service can reasonably determine that both the future threats and the species' responses to those threats are likely." 50 C.F.R § 424.11(d). The Service must apply the "best available data" to construe the "foreseeable future" for a particular species, and consider "the species' life-history characteristics, threat-projection timeframes, and environmental variability." *Id.*

26. The ESA and its implementing regulations protect species that are listed as "endangered" or "threatened" in several ways. For instance: (1) Section 4(f) requires the Secretary, through the Service, to develop a "recovery plan" for each listed species, 16 U.S.C. § 1533(f); and (2) Section 7 requires federal agencies (a) to carry out their programs for the "conservation" of listed species, *id*. § 1536(a)(1), and (b) to avoid activities that are likely to "jeopardize" listed species' continued existence, *id*. § 1536(a)(1)-(2).

27. However, the ESA provides more stringent substantive protections for endangered species than for threatened species. Endangered species generally receive higher priority for the preparation and implementation of recovery plans, and the Service is more likely to determine that particular actions jeopardize the continued existence of endangered species, leading to better conservation measures under Section 7(a)(2) of the Act.

28. Also, the ESA prohibits any "person," meaning any individual, corporation, federal agency, State official, or other entity subject to the Court's jurisdiction, *id*. § 1532(13), from engaging in activities that cause the "take" of any member of an endangered species without a permit. "Take" means any act which will directly or indirectly "harass, harm, pursue, hunt, shoot, wound, kill, trap, capture, or collect, or to attempt to engage in any such conduct." *Id*. § 1532(19).

29. Section 9(a)(1)(B) applies the "take prohibition" to all endangered fish and wildlife species, but the take prohibition currently applies to threatened species only by special regulation promulgated by the Service under Section 4(d) of the Act. *See id*. §§ 1538(a)(1)(B), 1533(d).

30. When classifying a species as "threatened," Section 4(d) of the ESA requires the Service to assess whether the ESA's take prohibition is "necessary and advisable to provide for

8

the conservation" a threatened species. *Id*. § 1533(d). If so, the Service "shall issue such regulations" as needed for the conservation of that threatened species and to regulate specific activities as take. *Id*.

31. When making listing determinations or reclassifying the status of a listed species—whether a determination to "down-list" from endangered to threatened, or to "up-list" from threatened to endangered—the Service must do so "*solely* on the basis of the best scientific and commercial information regarding a species' status," without reference to possible economic or other impacts of such determination. 50 C.F.R. § 424.11(b) (emphasis in original).

32. A species may be down-listed when it has met the objectives for reclassification in a recovery plan, 16 U.S.C. § 1533(f)(1)(B)(ii), or when the best available scientific and commercial data warrants its reclassification as threatened based on the five listing factors. 50 C.F.R. § 424.11(c).

33. The Service may not de-list a species altogether until the species has recovered "to the point at which listing is no longer appropriate" under the listing factors, 50 C.F.R. § 402.02, because "threats to the species as analyzed under [the listing factors] have been removed," 51 Fed. Reg. 19,926, 19,935 (June 3, 1986), and de-listing criteria in the species' recovery plan have been met. 16 U.S.C. § 1533(f)(1)(B)(ii).

## II. The Administrative Procedure Act

34. The APA provides the relevant standard for judicial review for plaintiff's ESA citizen-suit claims. 5 U.S.C. § 706(2)(A). That standard of review provides that a reviewing court shall hold unlawful and set aside agency action found to be arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with the law. *Id*. The APA also provides an

9

alternative right to judicial review of agency action that does not fall within the ESA's citizen-suit provision.

## FACTUAL BACKGROUND

35.     The American burying beetle is the largest carrion beetle in North America and is recognizable by orange and black markings on its back.

36.     The American burying beetle is named for its unique reproductive behavior of burying vertebrate carcasses (carrion) in soil, coating them in anal secretions, then feeding them to larvae during early development. Both parents participate in the preparation of the carrion and the rearing of their offspring, a rare trait in the insect world.

37.     The beetle once existed in 35 eastern states in the United States and three southeastern Canadian provinces. However, during the early to mid-20th century, as native prairie grasses were converted to crops, pastures, and industrial and urban development, and as the passenger pigeon, which may have been a primary source of carrion, was lost to extinction, the beetle was lost from over 90 percent of its range.

### Endangered Listing and Recovery Plan

38.     Citing this vast curtailment of the species' historic range as a primary factor, the Service listed the American burying beetle as an endangered species in 1989. 54 Fed. Reg. 29,652. At the time, the Service believed that only two small populations existed: one in New England and another in eastern Oklahoma. *Id.*

39.     When it listed the beetle as endangered, the Service recognized that search efforts may result in the discovery of additional populations, but it cautioned that "the extent of the species decline suggests that any newly discovered populations are also vulnerable to whatever factors have caused their disappearance elsewhere." 54 Fed. Reg. at 29,653.

JA-15

40.     In a 1991 recovery plan for the beetle, the Service set two "recovery objectives"

for the beetle. American Burying Beetle (*Nicrophorus americanus*) Recovery Plan 31 (1991)

("Recovery Plan").

41.     First, the Service sought to "reduce the immediacy of the threat of extinction" to

the beetle, an objective to be satisfied when "the extant eastern and western populations are

sufficiently protected and maintained" and "at least two additional self-sustaining populations of

500 or more beetles are established" in each of the eastern and western parts of the beetle's

historic range ("Objective 1"). *Id.*

42.     Second, the Service sought to improve the beetle's status so that the species may

be reclassified from endangered to threatened ("Objective 2"), *id*. at 32, to be satisfied when: (1)

three populations of at least 500 adult individuals are "established (or discovered)" within each

of four geographical areas, i.e., the Northeast, Southeast, Midwest, and the Great Lake areas; (2)

each population is "self-sustaining for 5 consecutive years," and; (3) "ideally, each primary

population contains several satellite populations." *Id*. The Service predicted that if these criteria

were met, reclassification might be warranted starting in 2012. *Id*.

## 2008 5-Year Review

43.     After the Service classified the American burying beetle as endangered in 1989,

the Service engaged in extensive surveys which eventually documented additional populations in

Oklahoma, Nebraska, and South Dakota. 85 Fed. Reg. at 65,242. However, in a "five-year

review" of the beetle prepared in 2008 to satisfy Section 4(c)(2) of the ESA, 16 U.S.C. §

1533(c)(2), the Service cautioned that these discoveries were the result of "better knowledge,"

not "repatriation of previously unoccupied habitat." U.S. Fish and Wildlife Service, American

Burying Beetle (*Nicrophorus americanus*): 5-Year Review 30 (2008) ("5-Year Review"). These

11

efforts also did not locate or re-establish additional extant occurrences of at least 500 beetles in the eastern and western populations as required under Objective 1. Recovery Plan at 31.

44.    In the 5-Year Review, the Service assessed the beetle's status and determined that except for one recovery area (the Midwest), criteria for Objective 2 had not been met, as "the species presumably remains extirpated in most of its historic range," and therefore the Service concluded reclassification of the beetle as "threatened" was not warranted. 5-Year Review at 5.

45.    In the 5-Year Review, the Service determined that habitat loss, alteration and fragmentation, reduced carrion availability, and increased competition are the overriding cause of the species' decline; that these factors continue to suppress extant beetle populations across the species' range; and that agriculture and grazing will likely render the majority of remaining habitat unsuitable. 5-Year Review at 27. Moreover, the Service emphasized, the beetle remains extirpated throughout most of its historic range, and habitat loss and fragmentation—from new pipelines, access roads, drill pads, and other industrial facilities associated with petroleum and natural gas drilling, development, and transportation—continue to threaten the beetle in its remaining habitat. *Id*.

46.    Oklahoma, where the Southern Plains recovery area is located, is the third-largest gas-producing state in the nation. *Id.* In the 5-Year Review, the Service disclosed that thousands of acres of American burying beetle habitat in the Southern Plains are affected by oil and gas development. *Id.* Approximately 4,545 acres of land are disturbed annually from new pipelines in Oklahoma and this number is increasing. *Id.*

47.    For these reasons, the Service determined in the 5-Year Review that the beetle should retain its status as "endangered," emphasizing that endangered status would retain important regulatory safeguards and protect local populations from extirpation. *Id.* at 32.

**2019 Species Status Assessment**

48. Threats to the beetle have not abated since the Service's 2008 5-Year Review, and in fact, threats to the beetle's survival have increased.

49. In 2019, the Service prepared a "species status assessment" for the species and found that the beetle remains extirpated throughout most of its historic range, primarily because habitat loss and fragmentation are ongoing and threaten the beetle in the Southern Plains and Northern Plains recovery areas. The Service attributed habitat loss to agriculture and intensive grazing; logging; fire suppression; and pipelines, access roads, drill pads, and industrial facilities for petroleum and natural gas drilling, development, and transportation. U.S. Fish and Wildlife Service, Species Status Assessment Report for the American Burying Beetle (*Nicrophorus americanus*) 27 (2019) ("SSA").

50. New and significant threats to the American burying beetle have emerged since 2008. For instance, wind energy development is a growing threat, as is urban development. Also, invasive fire ants are increasingly competing with beetles for available carrion in the southeastern United States, "mak[ing] restoration and recovery of [American burying beetle] populations there difficult." *Id.* at 33.

51. Additionally, climate change now poses a grave and existential threat to the species." *Id* at 157.

52. The beetle is most at risk from climate change in the Southern Plains, which accounts for about 60 percent and a "significant portion" of the beetle's remaining range, according to the Service. 85 Fed. Reg. at 65,254.

53. Average soil temperatures in the Southern Plains now exceed temperatures beyond which the species cannot successfully reproduce, and monitoring data shows

corresponding population declines. SSA at 76. In the Red River area in southern Oklahoma,

average temperatures have already eviscerated any resiliency the beetle might have in this area.

*Id.* at 158.

54.    The Service found in its SSA that temperatures in this area will "likely extirpate

all *Nicrophorus* species in the Southern Plains" as soon as 2040—less than 20 years from now.

*Id*. at 160.

55.    As soon as 2070, the Service has predicted, all but the New England population of

the American burying beetle could be lost due to climate change. SSA at 167.

56.    The loss of the American burying beetle from the Southern Plains would mean its

elimination from what has been an important recovery area and, until now, a stronghold for the

species. The Service has acknowledged that the likely loss of the Southern Plains population

within two decades would "limit our ability to recover the species," especially if the Northern

Plains population is also gone. 85 Fed. Reg at 65,254.

57.    In addition to climate change, the Service has acknowledged the American

burying beetle continues to be exposed to the same threats that led to its listing as endangered in

1989.

**2020 Down-Listing Rule**

58.    Despite the acknowledged exposure to increased threats, in 2020 the Service

abandoned recovery and down-listed the American burying beetle from "endangered" to

"threatened." 85 Fed. Reg. 65,241.

59.    The down-listing was a result of pressure from the oil and gas industry. In 2015,

the Independent Petroleum Association of America and other organizations opposed to

protecting the American burying beetle under the ESA petitioned the Service to de-list the

American burying beetle. The IPAA based its request for de-listing the beetle on what it considered to be inconvenient regulatory protections for the beetle that interfere with land development, transportation, and pipeline and utility operations. The petitioners argued that de-listing the beetle would be beneficial because it would remove these inconvenient regulatory hurdles and allow for unrestricted exploration and production activities to proceed.

60.     After receiving the IPAA's de-listing petition, the Service prepared the 2019 Species Status Assessment and subsequently published a listing determination and a proposed rule to down-list the beetle's status from "endangered" to "threatened." 84 Fed. Reg. 19,013. However, pointing to ongoing threats to the beetle from increasing temperatures and ongoing land use activities, the Service did not propose to de-list the beetle altogether as the petitioners had requested.

61.     In the Proposed Rule, and ultimately the Final Rule, the Service once again acknowledged that habitat loss and fragmentation and reduced carrion resources remain primary threats to the beetle. 84 Fed. Reg at 19,019, 19,020; 85 Fed. Reg. at 65,246. Yet the Service concluded, without explanation, that it now considers those threats "relatively minor"—thus abandoning its oft-repeated prior position that habitat loss and fragmentation is a primary, ongoing threat to the beetle's survival. 84 Fed. Reg. at 19,020. The Service based this change in position on the speculation that additional suitable habitat may become available in the Southern Plains at some point, and would buffer the effects from ongoing and projected land use changes. *Id*.; 85 Fed. Reg. at 65,254. Yet at the same time, the Service acknowledged that large areas of this potential habitat in Southern Plains will become uninhabitable due to climate change within two decades.

15

62.     Recognizing the ongoing threats to the beetle and its habitat, the Service proposed and issued a 4(d) Rule for the beetle. The 4(d) Rule regulates soil-disrupting activities that cause take of beetles in the Northern Plains. Yet, the Service did not apply these same conservation measures in the Southern Plains, where habitat destruction and fragmentation from soil-disturbing activities also threaten the beetle's survival and recovery, just as in the Northern Plains.

63.     Several American burying beetle scientists submitted comments opposing the down-listing.

64.     One of these experts was the Service's lead biologist on the recovery team for the American burying beetle from 1989 to 2009. In his comments on the proposed down-listing, Mr. Michael J. Amaral—who coordinated and prepared the 1991 Recovery Plan and 5-Year Review—characterized the Service's conclusion that the beetle is no longer endangered as "inconsistent with the scientific analyses that are presented" and based on "several inherent contradictions and misleading findings." Comments from other American burying beetle experts echoed these concerns.

65.     On the other hand, commenters from the oil and gas industry welcomed the proposed down-listing and 4(d) Rule, many of them emphasizing that the beetle's endangered status has hindered their investment opportunities—particularly in Oklahoma, the Southern Plains recovery area.

66.     The Service acknowledged that the recovery plan objectives and criteria had not been met, but simply decided that they should no longer apply. 85 Fed. Reg at 65,244.

67.     The Service instead decided to base the decision to down-list the beetle on the rationale that the beetle's current range is "much larger than originally thought," and on that basis, declared that the risk of extinction has been averted. 85 Fed. Reg at 65,254.

68.     In determining whether the American burying beetle is endangered in the Southern Plains, a significant portion of the species' remaining range, the Service reasoned that the "bulk of the impact" of climate change to the species' survival in the Southern Plains will not be felt until 20 to 49 years in the future, as it will be that point in time when the future consequences of climate change—the result of human activities and choices that occurring now—will cause the extinction of the species in this area. 85 Fed. Reg at 65,256.

69.     The Service down-listed the beetle, concluding that the species is not at *imminent* risk of extirpation, meaning that its existence there is not at risk *at this precise moment*, even though it predicted that it may take only 20 years for the beetle to disappear from the Southern Plains. *Id.*

70.     Thus, the Service simultaneously relied on what has been the beetle's relative stability and potential new habitat in the Southern Plains to rationalize the decision to down-list the species, even as the agency predicted that beetle will be lost from the Southern Plains within 20 years. *Id.*

71.     On this illogical basis, the Service determined that the species is not currently endangered in the Southern Plains, a "significant portion" of the beetle's dwindling range. Had the Service concluded it was, it would have no option but to maintain the species' status as "endangered."

72.     With its decision to reclassify the beetle as threatened, the Service issued a 4(d) Rule under Section 4(d) of the ESA. 85 Fed. Reg. at 65,256.

73.     The 4(d) Rule regulates various activities in the beetle's analysis areas that result in "take" of the American burying beetle. 85 Fed. Reg. at 65,257.

74.     Thus, the 4(d) Rule prohibits incidental take of beetles from soil-disturbing activities in New England and the Northern Plains because it destroys and fragments the remaining habitat. *Id.*

75.     In the Southern Plains analysis area, incidental take is prohibited only in certain "conservation lands." *Id.* "Conservation lands" include lands within the existing boundaries of Fort Chaffee in Arkansas (approximately 64,000 acres), and McAlester Army Ammunition Plant (approximately 45,000 acres) and Camp Gruber/Cherokee Wildlife Management Area (approximately 64,000 acres), both in Oklahoma. *Id.*

76.     Incidental take is not prohibited outside of these "conservation lands" in the Southern Plains. Specifically, the 4(d) Rule does not prohibit take of beetles in areas in Oklahoma that are slated for oil and gas development and where American burying beetles are believed to exist. 5-Year Review at 27.

77.     The contrasting 4(d) Rule for the Northern Plains and Southern Plains are at odds with the threats to those populations. Threats to the beetle in the Northern Plains analysis area exist in the Southern Plains but are more amplified due to climate change and threats from oil and gas development. The Service limited protections to the beetle in the Southern Plains, where it is the most endangered, only in areas where it is already protected and not in those areas where it faces clear threats to its survival.

## FIRST CLAIM FOR RELIEF

<u>Violation of the Service's Nondiscretionary Duties under Section 4 of the Endangered Species Act</u>

78.    Plaintiff hereby incorporates all preceding paragraphs.

79.    The American burying beetle warrants listing as an endangered species because the best available science demonstrates that the species is in danger of extinction through all or a significant portion of its range.

80.    In determining that the American burying beetle should be reclassified as a "threatened" species, the Service failed to make a rational connection between the Down-Listing Rule and the agency's prior determinations that the species remains in danger of extinction throughout all or a significant portion of its range, due to ongoing threats that led to its "endangered" listing as well as new threats including climate change.

81.    In determining that the American burying beetle should be reclassified as a "threatened" species throughout all its range, the Service ignored and failed to apply "the best scientific and commercial data available," 16 U.S.C. § 1533(b)(1), which conclusively shows, as the Service has acknowledged, that the overwhelming threats causing a decline in the species throughout its range are habitat destruction, habitat fragmentation, and reduced carrion availability.

82.    In determining that the American burying beetle should be reclassified as a "threatened" species throughout a significant portion of its range, the Service ignored and failed to apply "the best scientific and commercial data available," 16 U.S.C. § 1533(b)(1), which conclusively shows that a significant portion of the American burying beetle's range will be extinct in the foreseeable future and is, therefore, currently in danger of extinction.

83.     In determining that the American burying beetle should be reclassified as a "threatened" species throughout all or a significant portion of its range, the Service failed to adequately apply the listing factors as required by 16 U.S.C. § 1533(a)(1)(A)–(E).

84.     The Service's Down-Listing Rule failed to provide a rational connection between the facts found and the choice made, and it failed to provide a reasoned explanation for why the American burying beetle should be reclassified as a "threatened" species. The Down-Listing Rule is therefore arbitrary and capricious and not in accordance with the ESA, in contravention of the standard of review in the APA.

## SECOND CLAIM FOR RELIEF

Violation of the Administrative Procedure Act
(in the alternative to Plaintiff's First Claim for Relief)

85.     Plaintiff hereby incorporates all preceding paragraphs.

86.     The Service consistently determined that the American burying beetle remains endangered, as threats to the species have not been abated sufficiently to show that the American burying beetle is no longer in danger of extinction, even with the discovery of additional American burying beetle populations since the species was listed as endangered in 1989.

87.     The Down-Listing Rule fails to articulate a rational connection between the facts the Service found and the choice the agency made to reclassify the species' status, fails to explain the Service's determination to reclassify the American burying beetle as "threatened," and fails to explain the Service's reversal of its prior determinations that the species is "endangered."

88.     The Down-Listing Rule fails to adhere to the requirement in the ESA that the agency base its listing determinations *solely* on the best available scientific data, which conclusively shows that the species continues to be in danger of extinction due to historic and

ongoing habitat destruction and fragmentation, reduced carrion availability, and climate change throughout all and/or a significant portion of its range.

89.     Thus, the Down-Listing Rule is arbitrary, capricious, an abuse of discretion, and not in accordance with law, 5 U.S.C. § 706(2)(A), in contravention of the APA.

### THIRD CLAIM FOR RELIEF

<u>Violation of the Service's Duty to Provide for the Conservation of Threatened Species under Section 4(d) of the Endangered Species Act</u>

90.     Plaintiff hereby incorporates all preceding paragraphs.

91.     ESA Section 4(d) requires the Secretary to issue regulations that are "necessary and advisable to provide for the conservation of [threatened] species." 16 U.S.C § 1533(d).

92.     The 4(d) Rule will not bring the American burying beetle to the point at which the measures provided by the ESA are no longer necessary.

93.     The 4(d) Rule for the American burying beetle does not provide for the conservation of the American burying beetle.

94.     The 4(d) Rule gives an exemption from the prohibition of incidental take for the Southern Plains population that is inconsistent with the threats facing the population.

95.     The Service is unable to provide a rational explanation for its decision to apply a different 4(d) rule to the Southern Plains population and the Northern Plains population. The same threats exist for the species in both populations and are heightened in the Southern Plains population.

96.     The Service has abused its discretion by failing to articulate a rational connection between the facts found and the choice made and by issuing regulations that are neither

JA-26

necessary nor advisable for the conservation of the American burying beetle, in violation of the APA and the ESA. 5 U.S.C. § 706(2)(A); 16 U.S.C § 1533(d).

**REQUEST FOR RELIEF**

WHEREFORE, plaintiff respectfully requests that this Court:

A.  Declare that the Service violated the ESA with its decision to down-list the American burying beetle from endangered to threatened;

B.  Declare that the Service violated the APA with its decision to down-list the American burying beetle from endangered to threatened;

C.  Hold unlawful and vacate the Down-Listing Rule;

D.  Order the Service reinstate the American burying beetle's status as an "endangered" species under the ESA;

E.  Declare the 4(d) Rule violates the ESA;

F.  Vacate the 4(d) Rule;

G.  Award plaintiff their reasonable fees, costs, and expenses, including attorney fees and expert witness fees; and

H.  Grant plaintiff such further and additional relief as this Court may deem just and proper.


DATED this 25th day of March, 2021.          Respectfully submitted,


 /s/ Amy R. Atwood
Amy R. Atwood (DC Bar No. 470258)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 11374
Portland, OR 97211
Tel: 971-717-6701
Email: atwood@biologicaldiversity.org

Kristine Akland (MT Bar No. 13787)
*Seeking admission *pro hac vice*
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 7274
Missoula, MT 59807
Tel: 406-544-9863
Email: kakland@biologicaldiversity.org

*Attorneys for Plaintiff*

23

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY,

               Plaintiff,

    v.

U.S. FISH AND WILDLIFE SERVICE, *et al.,*

               Defendants.

Case No.: 1:21-cv-00791-TJK

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 7(h), Plaintiff Center for Biological Diversity hereby moves for summary judgement on claims challenging the Defendants' decision to downlist the American burying beetle from endangered to threatened under the Endangered Species Act, 16 U.S.C. §§ 1531-1544, as well as claims challenging the Defendants' issuance of a special Section 4(d) rule for the American burying beetle. Complaint ECF 1 at 19-21. Plaintiff seeks an order vacating the final downlisting decision and 4(d) Rule and reinstating the 1989 Listing Decision, Determination of Endangered Status for the American Burying Beetle, 54 Fed. Reg. 29,562 (July 13, 1989) ("1989 Endangered Rule").

Because Plaintiff's claims challenging the final downlisting rule and 4(d) rule will be determined based on the administrative record, no statement of undisputed material facts is required. Local Rule 7(h)(1). For the reasons set forth in the accompanying memorandum of points and authorities, Plaintiff respectfully requests this Court grant their Motion for Summary Judgment and deny any cross-motion for summary judgment filed by the Defendants. This Motion is supported by the accompanying memorandum, declarations filed concurrently, the administrative records lodged by Defendants, and a proposed order.

     DATED March 15, 2022              Respectfully submitted,

*/s/ Kristine M. Akland*
Kristine Akland (MT Bar No. 13787)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 7274
Missoula, MT 59807
Tel: 406-544-9863
Email: kakland@biologicaldiversity.org

Amy R. Atwood (DC Bar No. 470258)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 11374
Portland, OR 97211
Tel: 971-717-6701
Email: atwood@biologicaldiversity.org

Eric R. Glitzenstein (DC Bar No. 358287)
CENTER FOR BIOLOGICAL DIVERSITY
1411 K St., N.W., Suite 1300
Washington, D.C.  20005
(202) 849-8401
Email: eglitzenstein@ biologicaldiversity.org


*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>   Plaintiff,<br><br> v.<br><br>U.S. FISH AND WILDLIFE SERVICE, *et al.*,<br><br>   Defendants. | Case No.: 1:21-cv-00791-TJK<br><br>**DECLARATION OF<br>DR. JON C. BEDICK** |

I, JON C. BEDICK, declare as follows:

1. I have personal knowledge of the matters stated herein, and if called as a witness, could and would competently testify thereto.

2. I currently live in West Portsmouth, OH.

3. I earned my M.S. and Ph.D. in Entomology at the University of Nebraska, where I completed a Master's thesis entitled "Ecology and distribution of the American burying beetle ("beetle"), *Nicrophorus americanus,* in south-central Nebraska," and a Ph.D. dissertation entitled "Insect immune reactions to purified lipopolysaccharides are mediated by eicosanoids."

4. I am a Professor of Biology in the Department of Natural Sciences at Shawnee State University in Portsmouth, Ohio, where I teach courses on general biology, invertebrate zoology, parasitology, limnology, ecology, herpetology, environmental science, entomology, animal physiology, and human physiology.

5. I am a member of the Center for Biological Diversity (the "Center"). I joined the Center because I support its efforts to secure a future for all species, great or small, and to prevent species like the beetle from going extinct. I support the Center's mission to protect

JA-31

imperiled species and their native habitat, and I trust in the organization to take actions that

defend and promote my interests.

6.      I have worked extensively with the endangered American burying beetle over my

career, and have published several articles on the beetle or that have implications for the

conservation of the beetle, including the following:

- **Bedick, J.C**., and Hoback, W.W and Marc C. Albrecht. 2006.  High water-loss rates and rapid dehydration in the burying beetle, *Nicrophorus marginatus.* 31(1):23-29.

- **Bedick, J.C.,** Ratcliffe, B.C., and Higley, L.G. 2004.  New sampling protocol for the American burying beetle, *Nicrophorus americanus* Olivier (Coleoptera: Silphidae). Coleopterist's Bulletin. 58(1):57–70.

- **Bedick, J.C.**, Ratcliffe, B.C., Hoback, W.W., Higley, L.G. 1999.  Distribution, ecology and population dynamics of the American burying beetle [*Nicrophorus americanus* Olivier (Coleoptera, Silphidae)] in south-central Nebraska, USA.  J. Insect Conser.  3:171-181.

- Rana, R.L., Hoback, W.W., Nor Aliza, A.R., **Bedick, J.,** and Stanley, D.W. 1997. Pre-oral digestion: a phospholipase $A_2$ associated with oral secretions in adult burying beetles, *Nicrophorus marginatus*.  Comp. Biochem. Physiol. 118B:375-380.

7.      From 1995-1997, I worked as a research assistant at the University of Nebraska

State Museum, where my research combined field and laboratory work on the beetle.

8.      I have spoken at several regional and national Entomological Society of America

meetings regarding the beetle, as well as the Michigan Entomological Society annual meeting at

the Kellogg Biological Station in Michigan in May of 1996.

9.      I have followed the efforts to conserve the beetle under the Endangered Species

Act since studying it for my Master's degree and maintain a strong interest in its survival. I plan

to go to the Wayne National Forest in the Summer of 2022 to view the beetle, which is the site of

a captive release of the species as part of efforts to recover it to more of its former range.

2

10.     Several factors continue to affect the beetle's survival and recovery, including but not limited to: habitat destruction and alteration from agriculture, oil and gas development and other sources, electric lights attracting beetles at night, loss of prey base, compaction of soil, and effects of pesticides.

11.     Despite additional populations of the beetle being found over the years, the species remains absent from most of its former range and its survival remains in question. To date, despite much study, the exact cause of the beetle's decline has not been adequately determined. Land use and a changing prey base are certainly part of the problem, and those factors have not improved. Moreover, in many parts of the country, intensive agricultural practices continue to degrade habitat. Urbanization and other development with increased roads and largescale transformation of the landscape renders increasing acreage unsuitable for the beetle. These factors increase the urgency to protect remaining habitat for the beetle, as well as for a host of other species that will benefit from an intact ecosystem.

12.     One other issue that has not yet been addressed is the effect climate change will have on the species. If the erratic weather with extreme fluctuations in temperature are any indication to the trend we should expect, this too could have negative impact on the species,

13.     At this point evidence suggests it is premature to downlist the American burying beetle. In the future when it can be shown that the beetle is in a state of reclaiming a greater proportion of its former range, then this question should be revisited and a downlisting to threatened might be justified.

14.     I derive academic, recreational, conservation, and aesthetic benefits from the existence of the beetle and other rare species in the wild, which is why I became a member of the Center.  My ability to study and enjoy the beetle and its habitat is entirely dependent on the

continued existence of the species.  Any action that interferes with and harms the beetle also harms my interest and enjoyment in studying this species.

15.    I fear that by removing the American burying beetle's endangered status, the U.S. Fish and Wildlife Service is decreasing my chances to observe and study the species in the wild. Searching for, viewing, and studying this species in the Southern Plains and Northern Plains analysis areas is an important part of my life and profession. It would be a tremendous loss for me if downlisting and consequent reduced protections result in the loss of the beetle from portions or all of its range.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Executed this 11th day of March, 2022 in West Portsmouth, OH.

JON C. BEDICK, Ph.D

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | Case No.: 1:21-cv-00791-TJK |
| Plaintiff, | |
| v. | **DECLARATION OF** |
| | **CHRISTOPHER BUGBEE** |
| U.S. FISH AND WILDLIFE SERVICE, *et al.,* | |
| Defendants. | |

I, CHRISTOPHER BUGBEE, declare as follows:

1. I have been a member and supporter of the Center for Biological Diversity ("the Center") since 2015. I have worked for the Center as an independent contractor from 2015-2016 and was hired as a fulltime employee with the Center in June 2020, working as a Conservationist. In my professional capacity, I am responsible for ensuring that threatened and endangered species, and their habitat, receive the safeguards and protections that they are legally entitled to and depend on to endure an uncertain future.

2. I grew up in Connecticut, but now reside in Arizona. Every summer I attend a family reunion on Block Island, Rhode Island, which is also the home of one of the last relict populations of American burying beetles (ABB) east of the Mississippi River. For many years, I was unaware of their presence there, until I opportunistically encountered several of these rare animals during a walk through the Block Island National Wildlife Refuge. Upon identifying these massive and magnificent insects as a surviving relict ABB, I was exhilarated about the discovery and realized how truly special this encounter was. This event sparked my interest in the species, including its natural history and current predicament.

1

3.   ABB are a symbolic relict of historic America. They are another example of a once abundant and ubiquitous resident of American fauna that was decimated or eliminated entirely because of American colonialism, just like the American bison, the ivory-billed woodpecker, and the once plentiful passenger pigeon, to which the life cycle of ABB was inextricably linked, that is now tragically extinct. In evolutionary terms, the behavioral ecology of ABB is noteworthy as it is a very rare example of a non-social insect that exhibits a high degree of parental care of its young. This species is highly scientifically valuable.

4.   I regularly recreate in areas occupied by the ABB. In the coming years, I plan to visit ABB habitat on an annual basis on my summer vacation. Both as a personal hobby and in a professional capacity, I specialize in finding and documenting rare and cryptic species. I do this wherever I travel recreationally and wherever I work in a professional capacity. While I have not conducted formal research on the species, I routinely search for it in its native habitat on Block Island, RI and my wife and I have located and photographed ABB on several occasions. I enjoy knowing that it still survives on the island, and I have developed a sense of personal responsibility to ensure its continued survival moving forward. I have searched for ABB in other areas as well, where it may exist but where surveys have so far been unsuccessful. I like to think the species may still exist in other places and I plan on following up on such scientific leads in the future as time and money allows. Below is a photograph taken by my wife while we were searching for ABB on Block Island.

2



*Photo Credit: Aletris Neils, PhD.*

5.   I was significantly disappointed when the Service proposed to downlist the ABB to "Threatened" and issued all but eliminates protections for the beetle. The International Union for Conservation of Nature, which is the gold standard of imperiled species determinations, lists the ABB as "critically endangered." A "critically endangered" designation is much more appropriate for ABB. If anything, the Service should be uplisting the ABB to Critically Endangered. Tiny relict populations are all that remain, and these are incredibly susceptible to extirpation, especially considering the backdrop of climate change, sea level rise, and increasing human development. The decision to downlist and the Service's nonprotective 4(d) rule is infuriating to me and is a blatant example of agency corruption. The primary goal should be to protect that last known populations of ABB, period.

6.   I have visited areas occupied by ABB on numerous occasions and derive scientific,

aesthetic, and spiritual benefits from the continued existence of the ABB in the wild and from the habitats upon which it depends. Because it occurs on Block Island where I annually reconnect with my family, I have used ABB as an example to teach my children and my nieces and nephews about the wonders of the natural world and how vulnerable it has become. I have a nephew that wants to follow in my footsteps as a Conservation Biologist based on our time together in nature, including our excursions on Block Island. This is a firsthand example of how the ABB has inspired a young mind and a future conservation professional. This is testament enough to the ABB's importance and its right to continued existence.

7.  I would suffer professional, aesthetic, spiritual, and recreational injuries from any further loss of these animals in the wild. Not only does the Downlisting and the 4(d) Rule lessen my opportunity to see the ABB in its natural habitat, the decline of another iconic, endemic American animal or the loss of its habitat would weigh on my mind and would further fuel my distrust in the conservation service of the American public, which is USFWS. The decision to downlist and issue a 4(d) rule that allows destruction of habitat is an obvious and disgusting display of political corruption and is nothing more than an offering to unsustainable extractive industries. A court order requiring the U.S. Fish and Wildlife Service to reconsider listing change would alleviate undue damage.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of February, 2022.

2/16/2022

_____

Christopher Bugbee

4

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Assistant Section Chief
KAMELA A. CASCHETTE, Trial Attorney
Wildlife and Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Tel: (202) 305-0340; Fax: (202) 305-0275
E-mail: kamela.caschette@usdoj.gov

*Attorneys for Federal Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ) | CASE NO. 1:21-cv-00791-TJK |
| Plaintiff, ) | |
| v. ) | **DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT** |
| U.S. FISH & WILDLIFE SERVICE, et al., ) | |
| Defendants. ) | |

Defendants U.S. Fish and Wildlife Service; Martha Williams, in her official capacity as Director of the U.S. Fish and Wildlife Service; and Debra Haaland, in her official capacity as Secretary of the U.S. Department of the Interior (collectively, "Defendants"), hereby cross-move the Court to enter an order denying Plaintiff's motion for summary judgment, granting Defendants' cross-motion for summary judgment, and entering judgment in Defendants' favor on all of Plaintiffs' claims. The grounds supporting this motion are set forth in the accompanying memorandum. In accordance with the Local Civil Rules, a proposed order is attached.

Respectfully submitted on this 10th day of May, 2022.

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief
Wildlife and Marine Resources Section

*/s/ Kamela A. Caschette*
KAMELA A. CASCHETTE, Trial Attorney
Wildlife and Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Tel: (202) 305-0340; Fax: (202) 305-0275
E-mail: kamela.caschette@usdoj.gov

*Attorneys for Federal Defendants*

2

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CENTER FOR BIOLOGICAL DIVERSITY,

*Plaintiff*,

v.                                                            Civil Action No. 21-791 (TJK)

U.S. FISH AND WILDLIFE SERVICE et al.,

*Defendants*.

**ORDER**

For the reasons set forth in the Court's accompanying memorandum opinion, it is hereby

**ORDERED** that Plaintiff's Motion for Summary Judgment, ECF No. 21, is **DENIED**.  It is further

**ORDERED** that Defendants' Cross-Motion for Summary Judgment, ECF No. 24, is **GRANTED**.

Judgment is hereby **ENTERED** for Defendants on Counts I–III of Plaintiff's Complaint, ECF

No. 1.  This is a final, appealable order.  The Clerk of Court is directed to close the case.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: September 30, 2023

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY,

      *Plaintiff*,

    v.

U.S. FISH AND WILDLIFE SERVICE et al.,

      *Defendants*.

Civil Action No. 21-791 (TJK)

## MEMORANDUM OPINION

The Fish and Wildlife Service recently designated the American Burying Beetle "threatened" under the Endangered Species Act after decades of listing the beetle as "endangered." Plaintiff, the Center for Biological Diversity, disagrees with that decision and alternatively says the beetle requires at least more discretionary protections available to threatened species. Despite that legal quarrel, the parties essentially agree on how the beetle's future will likely unfold: The primary threat it faces is climate change, which is likely to extirpate swaths of the beetle between 2040 and 2069. The core legal dispute is about how to categorize that risk under the statute.

The Court finds that the Fish and Wildlife Service relied on a reasonable interpretation of the statute when it listed the beetle as threatened. As for Plaintiff's other challenges, it finds that the challenged rule was procedurally proper, adequately explained, and supported by the administrative record. Thus, it will grant summary judgment for Defendants.

## I.     Background

### A.     Legal Background

Congress enacted the Endangered Species Act ("ESA") to promote the conservation of species in danger of extinction and the ecosystems on which they depend. 16 U.S.C. § 1531(b).

The ESA delegates authority to the Secretary of the Interior to implement the statute by regulation. *See id.* §§ 1532(15), 1533.  In practice, the Fish and Wildlife Service ("the Service"), a bureau of the Department of the Interior, carries out the ESA's directives relevant to this case.

The ESA's first directive is to "determine whether any species is an endangered species or a threatened species." 16 U.S.C. § 1533(a)(1). A species is endangered if it "is in danger of extinction throughout all or a significant portion of its range." *Id.* § 1532(6). A species is threatened if it "is likely to become an endangered species within the foreseeable future throughout all or a significant portion of its range." *Id.* § 1532(20). The Service must publish a list of all species deemed endangered or threatened. *Id.* § 1533(c)(1).

Endangered species receive more statutory protections than threatened species. When a species is listed as endangered, several statutory prohibitions automatically apply to it. *See* 16 U.S.C. § 1538(a)(1)(A)–(F). Significant among those are the prohibitions against takings, *id.* § 1538(a)(1)(B)–(C), which can include incidental (nondeliberate) takings, *see Babbit v. Sweet Home Chapter of Communities for a Great Or.*, 515 U.S. 687, 697–703 (1995); 16 U.S.C. §§ 1532(19), 1539(a)(1)(B). By contrast, for threatened species, the Service has discretion to issue protective regulations that are "necessary and advisable . . . for the conservation of such species." *Id.* § 1533(d).[1] Such a rule "may . . . prohibit" any of the acts automatically prohibited for endangered species. *See id.*

The ESA tells the Service more about how to identify an endangered or threatened species. For one thing, the Service must act "solely on the basis of the best scientific and commercial data available to him after conducting a review of the status of the species." 16 U.S.C. § 1533(b)(1)(A).

---

[1] The parties call such a regulation a Section 4(d) rule after that provision's designation in the ESA as enacted, and the Court will use that convention.

It may base its decision on "any of the following factors: (A) the present or threatened destruction, modification, or curtailment of [a species'] habitat or range; (B) overutilization for [enumerated] purposes; (C) disease or predation; (D) the inadequacy of existing regulatory mechanisms; or (E) other natural or manmade factors affecting its continued existence." *Id.* § 1533(a)(1). By regulation, the Service has explained that it may use "any one or a combination of [those] factors." 50 C.F.R. § 424.11(c).

The ESA also directs the Service to "review" listed species "at least once every five years." 16 U.S.C. § 1533(c)(2)(A). "[O]n the basis of such [a] review," the Service may remove a species from the list or change the species from endangered to threatened (or vice versa). *Id.* § 1533(c)(2)(B).[2] Separately, an interested party may petition the Service to alter a species' listing, which can trigger a determination on the species' status. *See id.* § 1533(b)(3)(A); 5 U.S.C. § 553(e); 50 C.F.R. § 424.14.

Finally, the ESA provides that the Service "shall develop and implement" recovery plans "for the conservation and survival" of endangered and threatened species. 16 U.S.C. § 1533(f). Such plans should describe "site-specific management actions," include "objective, measurable criteria" that would support the species' delisting, and estimate the time and cost required. *See id.* § 1533(f)(1)(B)(ii). A recovery plan, however, is "a statement of intention, not a contract." *Friends of Blackwater v. Salazar*, 691 F.3d 428, 434 (D.C. Cir. 2012). Thus, the Service may alter a species' listing even if a goal set in its recovery plan has not been met. *See id.* at 432–34.

---

[2] The parties call a species' removal from the list a delisting, a change in its status from endangered to threatened a downlisting, and a change in its status from threatened to endangered an uplisting. The Court will use those conventions.

3

### B.    Factual Background[3]

This case is about the American Burying Beetle, a carrion beetle named for its distinctive reproductive practices.  *See generally* AR 683–99.  Historically, the beetle lived in much of the midwestern and eastern United States.  *See* AR 690.  But the most recent evidence suggests that its current range is much smaller.  *See* AR 1383.  The Service currently divides the beetle's range into three regions: the Northern Plains, the Southern Plains, and New England.  AR 161.  The two plains regions are also subdivided into "analysis areas."  *See* AR 1385.  By habitat acreage, the two plains regions dwarf New England.  *See* AR 1354, 1385.  By population, the Northern Plains is likely the largest region, followed by the Southern Plains and, more distantly, New England. *See* AR 1401–11.

### 1.    Original Listing and Recovery Plan

In 1989, the Service listed the beetle as endangered.  AR 734.  The Service had concluded that the beetle had "disappeared from most of its historic range."  Determination of Endangered Status for the American Burying Beetle, 54 Fed. Reg. 29652, 29652 (July 13, 1989).  At that time, only two populations were known.  *Id.*  But the Service acknowledged the possibility "that future search efforts [could] result in discovery of another extant population."  *Id.* at 29653.  Still, it thought that "any newly discovered populations" would also be "vulnerable to whatever factors have caused [the beetle's] disappearance elsewhere," meaning that new discoveries would be unlikely to change the beetle's situation.  *See id.*

That listing decision prompted the Service to adopt a recovery plan for the beetle.  *See generally* AR 4943–5023.  It set two objectives: first, to "reduce the immediacy of the threat of

---

[3] The Court is reviewing the action of an administrative agency.  So the factual account below is drawn from the administrative record ("AR").  Citations to the administrative record are to the original pagination, available in the parties' joint appendix, ECF No. 34.

extinction" to the beetle, and second, in the longer term, "to improve its status so that it can be reclassified from endangered to threatened." AR 4946. It recognized two criteria for the former objective: the "protection and maintenance" of existing populations and the introduction of "at least two additional self-sustaining wild populations of 500 [beetles] each, one in the eastern and one in the western part of the species' historical range." AR 4979. As for the latter objective, it announced that it would consider reclassifying the beetle when three conditions were met: (1) the discovery or reintroduction of the beetle in each of "the Northeast, the Southeast, the Midwest, and the Great Lake states," (2) each of those populations contains at least 500 adult beetles, and (3) each of those populations is self-sustaining. AR 4980.

The recovery plan also summarized the Service's understanding of the causes of the beetle's decline. The Service called the question "complex and difficult." AR 4967. It rejected several possible explanations as inadequate, such as the use of the pesticide DDT, a non-native, species-specific disease, and "the loss of habitat." *See* AR 4967–68. Still, it acknowledged that "habitat loss and alteration" likely contributed to the beetle's decline, at least in isolated populations. *See* AR 4968. It concluded that the best explanation at the time was that habitat fragmentation had both reduced the availability of and increased the competition for carrion, a predicate of the beetle's reproductive success. *See* AR 4969–71. That explanation was "exacerbated," it explained, by "changing land use patterns, including more intensive agricultural practices and grazing." AR 4971. It also noted that the evidence then available was "circumstantial." *Id.*

### 2.    Interim Evaluations

The Service next evaluated the beetle's status in a 2008 review. *See* AR 5024–76. There, it revisited the two objectives from the original recovery plan. It concluded that the "stated intent" of the first objective had been achieved because "[t]he immediate threat of extinction [had] subsided in the 18 years since" the beetle was listed as endangered. AR 5030. It explained that

5

"additional western populations" had been discovered "across a considerable geographic area." *Id.* But the second objective, it said, was unsatisfied because the beetle "presumably remain[ed] extirpated in most of its historic range." AR 5031. Although the beetle met the previously stated criteria for downlisting in the Midwest, the same was not true for the other three regions listed in the recovery plan. *See* AR 5030–31.

The 2008 review also noted that the recovery plan's reclassification criteria differed from the statutory classification factors. *See* AR 5032. Thus, it announced that it would rely on both the statutory factors and the recovery plan's criteria in making its recommendation. *See id.* It highlighted two of the statutory factors as especially important: (1) habitat- or range-related threats and (2) miscellaneous threats. *See* AR 5052–59; 16 U.S.C. § 1533(a)(1)(A), (a)(1)(E). In the former category, it pointed out that curtailment of the beetle's range was "a primary reason for the original listing" and acknowledged that later discoveries of new populations had "somewhat offset" that factor's salience. *See* AR 5056. But it also explained that the discoveries were "attributable to better knowledge," not necessarily a true recovery. *See id.* In the latter category, it discussed then-recent evidence suggesting that competition for carrion had been more important in the beetle's decline than was previously understood. *See* AR 5058–59. It also predicted that the beetle might face threats from climate change. *See* AR 5059.

Synthesizing that information, the 2008 review concluded that the beetle remained endangered. AR 5061. It interpreted the recovery plan's downlisting criteria to require "demonstrating that the risk of extinction is no longer probable." AR 5060. Despite acknowledging that "the demographic outlook for the species [was] brighter than thought at the time of listing," the Service thought the available information suggested that "most if not all populations continue to be exposed to the factors that led to listing" and other newly discovered threats. AR 5061. Thus, it

6

found that the beetle was still "in danger of extinction . . . throughout all its range." *Id.*  Still, it observed that the recovery plan's reclassification factors might eventually require revision because of the "marked differences in abundance and distribution between the eastern and western portions of the species' range." *Id.*

The Service next—and most recently—assessed the beetle's status in a 2019 report.[4]  *See* AR 1321–1553.  There, it distilled the threats facing the beetle to the two most significant factors: "habitat impacts due to land use and effects related to climate change."  *See* AR 1323.  The other factors, it explained, "are all dependent on, or affected by" those drivers.  *Id.*  Thus, the Service framed its analysis by projecting how those threats might evolve.  *See* AR 1324–27, 1355–80.

The 2019 report again observed that more populations had been discovered since the original listing decision, particularly in the western part of the beetle's historical range.  *See* AR 1381–83.  But it did not identify any organic populations that had been discovered since 2008. *See* AR 1381–82.  It did, however, report that two reintroduced populations, one in New England and another in Missouri, showed signs of success.  AR 1382.

Among the previously recognized populations, the Service interpreted trapping data to suggest that only one of the analysis areas experienced a significant decline since 2008.  *See* AR 1404–09.  That was the Red River portion of the Southern Plains, where the data implied that the beetle may have been "extirpated from portions" of the area.  *See* AR 1404–06.  For the remaining five analysis areas in the plains regions, the data were consistent with resilient populations capable of recovering from setbacks such as droughts.  *See* AR 1406–09.  In one of those, the Sand Hills portion of the Northern Plains, the Service concluded that "many more" beetles resided "than

---

[4] As explained below, the Service commissioned the report in response to a petition to delist the beetle filed by a coalition of private parties in 2015.  *See generally* AR 942–74.

previously recognized." AR 1409.  In New England, where the population exists with some human assistance, the Service found the population "relatively stable" despite evidence of year-to-year population fluctuations.  *See* AR 1410.

A major difference between the 2008 review and the 2019 report was the treatment of climate change.  An afterthought in 2008, climate change was central to the Service's 2019 analysis of risks to the beetle and its current and future condition.  *See* AR 1367–78, 1413–19, 1475–97. The Service explained that climate change matters to the beetle because some evidence shows that it has "a limited ability to tolerate warmer temperatures."  AR 1374.  And it cited data showing that global mean temperature has increased substantially, particularly since 1970.  AR 1413–14.

Still, the Service highlighted little evidence of current effect on the beetle.  It explained that the beetle's "reproductive activity may be limited when air temperatures are above 77°F" and that it faces a risk of mortality "when air temperatures exceed 90°F."  AR 1415.  The former condition appears to be occurring more often in the Southern Plains in recent years, but there is no such evidence for the Northern Plains or New England.  *See* AR 1416–17.  The Service noted that warm nights in the Southern Plains could explain the apparent decline in the Red River analysis area, AR 1419, but it also pointed out that "all locations in the southern analysis areas" had experienced similar conditions but did not produce similar observations, AR 1417.

The Service also reported mostly favorable findings about the beetle's current resiliency to harm.  It conducted a resiliency inquiry for each analysis area.  *See* AR 1419.  Resiliency, it explained, "is a qualitative estimate based on . . . analysis of relative abundance, population distribution, . . . known trend," and "the amount of suitable and protected habitat area."  AR 1420.  After recounting the evidence, AR 1421–27, it concluded that the beetle exhibits moderate or high resiliency in six of the seven analysis areas—all but Red River, AR 1427.

But the Service told a different story about the future. It acknowledged again that the beetle's decline appeared to have slowed or even reversed, but it emphasized the persistent uncertainty about the reasons for those trends. *See* AR 1433. And it highlighted the apparent role of climate change in causing the "observed declines" of the number of beetles in Red River. *See id.* Still, it could not "rule out other contributing causes," *id.*, so it projected the likely impacts of both changes in land use and climate change on extant beetle populations, *see* AR 1433–97.

As for land-use changes, the Service considered two possible scenarios. In the first scenario, it assumed (1) a constant rate of change in land use and (2) that active management of existing populations would continue. *See* AR 1439. Under that scenario, it projected no material changes to the beetle's resiliency attributable to future land-use changes in any analysis area. *See* AR 1452–55 (summarizing the Service's findings). In the second scenario, it assumed (1) an accelerating rate of change in land use and (2) "[n]o intentional management" of existing populations. *See* AR 1439. Under that scenario, it projected material resiliency impacts attributable to future land-use changes in two analysis areas. *See* AR 1471–75 (summarizing the Service's findings). Those areas are New England and the Loess Canyons in the Northern Plains. *See* AR 1473.

The Service attributed the former conclusion mostly to the effect of abandoning active management. It explained that the New England populations depend significantly on human provisioning of carrion to aid the beetle's reproduction. *See* AR 1473. Still, it did not dismiss the significance of habitat loss under the second scenario. It noted that one New England island was expected to experience roughly a 30 percent increase in urban acres, amounting to nearly 35 percent of the island's land, which it thought would "significant[ly]" impact the beetle. AR 1469.

In the Loess Canyons, the Service attributed its conclusion to the unusually large projected habitat loss. There, under the second scenario, it forecasted that as much as 15 percent of the

"suitable habitat" might be lost along with "an additional" 30 percent of other habitat. *See* AR 1472. By contrast, it expected the rest of the Northern Plains to experience land-use changes in around 5 to 6 percent of the beetle's habitat, and even less to its "suitable" habitat. *See id.*

The Service also explained why the second scenario did not include material resiliency impacts in the Southern Plains. In general, it said, the Southern Plains analysis areas are expansive and rural, meaning that even accelerated urban expansion would yield little relative impact. *See* AR 1471. Moreover, it observed, the urban areas in the Southern Plains are either far from beetle populations or they are near beetle populations "on protected lands that would not be affected by urban expansion." *Id.* Thus, under the second scenario, it projected that the Southern Plains would experience a "combined permanent loss of 1.2% . . . of suitable habitat."

Climate change is another matter, the Service explained. As with land use, it considered two possible climate-change scenarios: one characterized by moderate future emissions, and one characterized by high future emissions. *See* AR 1475–78. The Service considered the predicted impact of those forecasted emissions on air-temperature trends in the beetle's habitats. *See* AR 1477–78, 1481–95. Based on the evidence of the beetle's temperature tolerance, it then applied those predictions to estimate the beetle's future resiliency in each analysis area. *See* AR 1478–95. No projection contains good news for the beetle, but the magnitude and timing of the projections differ by scenario and analysis area.

Beetles in the Southern Plains, according to the Service, face the most serious climate-change threat. Indeed, as the Court noted above, the Service found some evidence of some current climate-change impacts there. AR 1490; *see also* AR 1417–19. Under both emissions scenarios, the Service predicted that almost all of the Southern Plains would reach inhospitable average temperatures by 2069. AR 1490. Under both scenarios, it expects that to happen in the Red River

portion sooner—by 2039.  AR 1487–88.  In the other two portions, it expects the warming climate

to reduce the beetle's resiliency to "low" by 2039 and "zero . . . for any longer time frame," again

with no material difference between scenarios.  AR 1490.  It also does not think the beetle can

adapt to the changed conditions soon enough to avoid catastrophe.  *Id.*  Thus, it considers the

beetle's extirpation from the Southern Plains conceivable by 2039, "likely" between 2040 and

2069, and expected by 2099.  *See id.*  Indeed, it considers climate change's projected effects so

significant that they render "all other future effects irrelevant" in two of the three analysis areas.

*See* AR 1487–89.

The Service's expectations for the Northern Plains are similar, though not so dire.  Under

both emissions scenarios, it expects that no analysis area will reach inhospitable average temper-

atures by 2039.  *See* AR 1488, 1490–91.  Under the moderate-emissions scenario, the same is true

by 2069, except for a small fraction of one analysis area.  AR 1490.  Under the high-emissions

scenario, however, the Service expects the majority of one analysis area  and "small portions" of

the other two to reach inhospitable average temperatures by 2069.  AR 1490–91.  Even so, it pre-

dicts that, by 2069, Northern Plains beetles will retain at least low resiliency in all analysis areas—

and high resiliency in the Sand Hills.  AR 1488.  In the longer term, its expectation for the beetle's

resiliency in the Northern Plains depends on which emissions scenario materializes.  If future

emissions are moderate, it predicts no material effect on resiliency between 2069 and 2099; if they

are high, it says extirpation is "likely" by 2099.  *See* AR 1488, 1491–92.

The Service's expectations for New England are different.  It thinks neither emissions sce-

nario would "increase temperatures near any possible thresholds by 2099."  AR 1492.  Thus, it

predicts that "climate changes [will] have only minor negative effects on the existing New England

populations."  *Id.*  It projects no material impact on resiliency in any emissions scenario in any

time period.  *See* AR 1488.

The Service summarized its projections as follows:  Beetles in the Southern Plains face "a high risk of extirpation" between 2040 and 2069.  AR 1495.  It is possible, though unlikely, that beetles there will adapt to the warmer temperatures and stave off extirpation.  AR 1496.  Before 2040, beetles in the Southern Plains will likely experience "reduced resiliency."  AR 1500.  Beetles in the Northern Plains "are also at risk of extirpation due to climate change, but on a longer time frame"—between 2070 and 2099, and even that is "only at the high emissions level of climate change."  AR 1496.  Beetles in New England do not face material risks from climate change, but their resiliency would likely decline without "active management."  *Id.*  In the other two regions, "[l]and use changes are relatively minor in most analysis areas and are no longer relevant when climate changes make these habitats unsuitable."  AR 1499.

### 3.    The Downlisting and Section 4(d) Rule

In 2015, a coalition of private parties petitioned the Service to delist the beetle.  *See generally* AR 942–74.  That is, it asked the Service to reclassify the beetle as neither endangered nor threatened.  AR 948.  It argued that the beetle "is not now threatened and never was at risk of extinction in the foreseeable future."  AR 956–71.  The Service found the petition to have "present[ed] substantial scientific or commercial information indicating that [delisting the beetle] may be warranted."  AR 1317.  Thus, it commissioned the 2019 report, which the Court summarized above, as a "species status assessment report."  AR 1321–53.[5]

Soon after finalizing the 2019 report, the Service proposed downlisting the beetle.

---

[5] As Plaintiff points out, the ESA does not mention a document by that name.  ECF No. 21-1 at 15.  The Service describes it as a "peer-reviewed scientific document . . . that presents a comprehensive summary of the information . . . and incorporates the best scientific and commercial data available."  ECF No. 24-1 at 14.  The 2019 report notes that it is "not a decision document" but is intended only to "inform various types of decisions."  AR 1322.

12

AR 158–74 (notice of proposed rulemaking).  Along with listing the beetle as threatened instead of endangered, the Service proposed issuing a Section 4(d) rule that would prohibit incidental takings throughout the beetle's range—with the important exception of the Southern Plains outside of "defined conservation lands."  AR 158.  It explained that the 2019 report would be "the scientific basis" for its decision.  AR 160.  Based on that report, it explained its preliminary finding that the "beetle's viability is higher than was known at the time of listing," meaning that it "does not currently meet the definition of endangered under the [ESA] because it is not presently in danger of extinction."  AR 169.  It also proposed disregarding the original recovery plan criteria because the information on which they were based had become "out of date" and was inferior to that provided by the 2019 report.  AR 163.

Recall that the ESA defines endangered and threatened species as those that meet the criteria "throughout all *or a significant portion of* [their] range."  16 U.S.C. § 1532(6), (20) (emphasis added).  When the Service proposed downlisting the beetle, its policy was to implement those definitions in two steps.  First, it would ask "whether the species warrants listing"—as endangered *or* threatened—"throughout all of its range."  AR 169 (quotation omitted).  If so, it would end the inquiry and list the species accordingly.  *See* AR 169–70.  If not, "and only if" not, the Service would ask the second question: whether the species warrants listing—as endangered or threatened—in any significant portion of its range.  *Id.*

Based on that policy, the Service announced that it would not conduct a significant-portion-of-range analysis for the beetle.  AR 169.  That was because it determined that the beetle was *threatened* throughout *all* of its range.  *Id.*  In its view, and under its policy, it was "unnecessary" to ask whether the beetle was endangered in a significant portion of its range.  *Id.*

A court in this district later held that policy unlawful.  In *Center for Biological Diversity v.*

13

*Everson*, it concluded that the ESA "unambiguously requires" the Service to consider both statutory grounds for listing a species as endangered. 435 F. Supp. 3d 69, 93 (D.D.C. 2020). It pointed out that "[e]ndangered species are entitled to more legal protection than threatened species." *Id.* Thus, it reasoned, the Service's policy was "inconsistent with the design of the [ESA]" because, for any species deemed threatened throughout all of its range, the Service was not considering whether it was "entitled to the greater legal protection provided for in the ESA." *Id.* So it held that the ESA foreclosed the Service's interpretation, or, alternatively, that the Service's interpretation was unreasonable. *Id.* at 93–97.

In response to *Everson*, the Service changed its approach. In the final rule, it explained that it had analyzed whether the beetle met the statutory criteria for an endangered species in any significant portion of its range. AR 178. The answer, it said, was no. *Id.* In its view, the updated analysis "did not result in any changes to the proposed rule but [supported] the determination" that the beetle should be listed as threatened. *Id.*

For these reasons, the Service reclassified the beetle as threatened. AR 192. It explained that the beetle's "risk of extinction" had "been ameliorated since the species was listed." AR 190. Relying on the 2019 report, it noted that the beetle's "current status includes at least five populations with moderate to high resiliency and several of these populations are relatively large." *Id.*; *see also* AR 180–86. It also concluded that the beetle is not endangered in any significant portion of its range, even treating the Southern Plains as a distinct portion.[6] It reasoned that land-use changes there "are not known to currently cause population-level impacts" and that "[t]he bulk of the impact from climate change . . . [will]occur in the future." AR 192. Still, it found that "[t]he

---

[6] The Service did not address whether the Southern Plains is a *significant* portion of the beetle's range because it concluded that the beetle is not endangered there. AR 191–92.

combined effects of land use and future climate changes are likely to impact the resiliency of most populations" probably between 2040 and 2069, meaning that the beetle "is likely to become in danger of extinction in the foreseeable future throughout all of its range." AR 190–91.

That classification prompted the Service to consider a Section 4(d) rule. After pointing out that it enjoys substantial discretion over the issuance and scope of Section 4(d) rules, the Service announced a rule that it said would "promote conservation of the [beetle] by encouraging management of the landscape in ways that meet both land management considerations and . . . conservation needs." AR 193. As relevant here, the Section 4(d) rule prohibits incidental takings of the beetle in New England and the Northern Plains—but only in "certain conservation lands" in the Southern Plains. AR 193. The Service explained that further restrictions in the Southern Plains are unnecessary because that area faces "low risks to the species associated with land development." AR 194 (citing the 2019 report for the conclusion that "[t]he combined permanent loss of habitat projected due to urban and agricultural expansion is less than 2 percent").

### C.     Procedural History

Plaintiff describes itself as "a nonprofit organization that is dedicated to the protection of native species and their habitats." Compl. ¶ 12. It sues seeking to vacate the Service's downlisting and Section 4(d) rule. *See* Compl. at 22. It moves for summary judgment to that effect, ECF No. 21, and the Service cross-moves for summary judgment in its favor, ECF No. 24. The Service's position is supported by a group of amici. ECF No. 28.

## II.     Legal Standards

Although both parties move for summary judgment, the ordinary summary-judgment standard does not apply. Plaintiff "seeks review of agency action under the APA," so the Court "sits as an appellate tribunal." *Am. Bioscience v. Thompson*, 269 F.3d 1077, 1083 (D.C. Cir. 2001). That is, the Court has no factfinding role because the case presents "a question of law." *See id.* It

must ask "whether the agency action is supported by the administrative record and otherwise consistent with the APA standard of review." *Citizens for Resp. & Ethics in Wash. v. SEC*, 916 F. Supp. 2d 141, 145 (D.D.C. 2013). On top of its purely procedural requirements, the APA directs courts to "hold unlawful and set aside agency action . . . found to be . . . arbitrary, capricious . . . or otherwise not in accordance with law." 5 U.S.C. § 706(2).

When evaluating a claim that agency action is arbitrary or capricious, courts must ensure that the agency has "examine[d] the relevant data and articulate[d] a satisfactory explanation for its action." *FCC v. Fox Television Stations*, 556 U.S. 502, 513 (2009) (quotation omitted). That standard does not empower a court to "substitute its judgment for that of the agency." *Id.* (quotation omitted). In other words, the agency's "policy choices" are not up for debate—only the "explanation it has given." *Id.* at 530. That explanation must include a "rational connection between the facts found and the choice made." *Motor Vehicle Mfrs. Ass'n of the U.S., Inc. v. State Farm Mut. Auto Ins. Co.*, 463 U.S. 29, 43 (1983) (quotation omitted). The agency must also consider all "important aspect[s] of the problem"—that is, those Congress considered relevant. *Id.*

The Service also invokes deference under *Chevron USA, Inc. v. Natural Resources Defense Council*, 467 U.S. 837 (1984). *See* ECF No. 24-1 at 30. To decide whether that framework applies, the Court first asks whether the agency has exercised congressionally delegated lawmaking authority, a necessary predicate of *Chevron* deference. *See United States v. Harmon*, 514 F. Supp. 3d 47, 57 (D.D.C. 2020); *United States v. Mead Corp.*, 533 U.S. 218, 226–27 (2001). If it has, the Court should "exhaust the traditional tools of statutory construction to determine whether Congress has spoken to the precise question at issue." *Nat. Res. Def. Council v. Daley*, 209 F.3d 747, 752 (D.C. Cir. 2000) (quotations omitted). If Congress has so spoken, the question is answered, and no deference is owed. *Id.* If not, the Court must extend deference to any "permissible agency

interpretation of the statute." *Id*. (quotation omitted).

## III.   Analysis

Plaintiff asserts three claims.  First, it says the Service violated the ESA by downlisting the

beetle based on inadequate data.  Compl. ¶¶ 78–84.  Second, it thinks the Service violated the APA

by downlisting the beetle arbitrarily, capriciously, and contrary to law.  Compl. ¶¶ 85–89.  Third,

it argues that the Service violated the ESA by failing to issue regulations that are necessary to

conserve the beetle's population.  Compl. ¶¶ 90–96.

Those formulations overlap.  The APA "supplies a generic cause of action" to bring claims

based on substantive law found elsewhere.  *See Trudeau v. FTC*, 456 F.3d 178, 188 (D.C. Cir.

2006) (quotation omitted and alteration adopted).  It establishes "uniform procedures" that agen-

cies must follow "when administering public rights established in other statutes," here, the ESA.

*See Navab-Safavi v. Broadcasting Bd. of Governors*, 650 F. Supp. 2d 40, 71 (D.D.C. 2009).  But

it does not "create any . . . substantive right that might be violated."  *Id*.  Thus, rather than treating

each pleaded claim separately, the Court will address each of Plaintiff's *reasons* for claiming that

the challenged rule is defective.

Plaintiff advances four such reasons.  First, it claims that interested parties did not get an

adequate chance to comment on the proposed rule.  *See* ECF No. 21-1 at 30–31.  Second, it says

the Service's determination that the beetle is not endangered contradicts the data and the ESA.  *Id*.

at 24–29.  Third, it argues that the Service has changed its position on the beetle's status without

an adequate explanation.  *Id*. at 31–42.  Fourth, and alternatively, it contends that, even if the beetle

is properly listed as threatened instead of endangered, the Service was still obligated to enact ad-

ditional protections for the beetle, and that the Service's explanation for declining to do so was

wanting.  *Id*. at 42–46.

None of Plaintiff's theories finds support in the ESA or the administrative record, as the

Court will explain.  So the Court will grant summary judgment for Defendants.

### A.  Plaintiff Has Not Identified a Defect in the Notice-and-Comment Process

Plaintiff argues that it had an inadequate opportunity to comment on the proposed rule.
ECF No. 21-1 at 30–31.  Specifically, it complains that the notice of proposed rulemaking an-
nounced that it was unnecessary to analyze whether the beetle was "endangered . . . through-
out . . . a significant portion of its range."  AR 169.  The Service did that because it had determined
that the species was threatened "throughout *all* of its range," and under its pre-*Everson* practice,
that finding made it "unnecessary to proceed to an evaluation of potentially significant portions of
the range."  *Id.* (emphasis added).  But after *Everson*, the Service relied in part on its "significant
portion of the range analysis" in promulgating the final rule.  *See* AR 188, 191–92.  In Plaintiff's
view, that procedure deprived interested parties "of their right to be apprised of and comment on
this critical aspect of the decision under review."  ECF No. 21-1 at 30.  Thus, it argues that the
final rule is not a "logical outgrowth" of the proposed rule.  *Id.*

The Service has three responses.  First, it argues that Plaintiff's argument does not really
fall under the logical-outgrowth doctrine's umbrella because that doctrine compares a final *rule* to
a proposed *rule*.  *See* ECF No. 24-1 at 24–25.  Plaintiff's argument is based, in the Service's view,
only on the *reasoning* for the rule, which the Service says is another matter entirely.  *See id.*  Sec-
ond, it contends that—if the logical-outgrowth doctrine applies—it is satisfied because Plaintiff
"at the very least should have anticipated" the Service's consideration of whether the beetle is
endangered in a significant portion of its range despite what the Service said in the notice of pro-
posed rulemaking.  *See id.* at 25–26.  Third, it contends that—if the final rule was not a logical
outgrowth of the proposed rule—Plaintiff suffered no prejudice anyway because another party
commented on the same issue.  *See id.* at 26–27.  The Court agrees with the Service that the cases
on which Plaintiff relies do not apply here, so it does not consider the Service's remaining points.

### 1.  The Logical-Outgrowth Doctrine Does Not Apply to the Aspect of the Rule Plaintiff Challenges

The APA requires a notice of proposed rulemaking to notify interested parties of "either the terms or substance of the proposed rule or a description of the subjects and issues involved." 5 U.S.C. § 553(b)(3).  "After notice," interested parties must have "an opportunity to participate" by explaining their positions.  *Id.* § 553(c).  Thus, courts considering challenges to the adequacy of the notice-and-comment process must balance two competing goals.  On the one hand, adequate notice requires that a final rule does not differ "too sharply" from the proposed rule.  *Small Refiner Lead Phase-Down Task Force v. EPA*, 705 F.2d 506, 547 (D.C. Cir. 1983).  On the other, the agency must be permitted to "learn from the comments on its proposals" without having to start from scratch.  *Int'l Harvester Co. v. Ruckelshaus*, 478 F.2d 615, 632 n.51 (D.C. Cir. 1973).

Those goals are balanced in the logical-outgrowth doctrine.  "[A] final rule need not be identical to the original proposed rule."  *AFL-CIO v. Donovan*, 757 F.2d 330, 338 (D.C. Cir. 1985).  If the final rule differs from the proposed rule, courts should ask "whether the final rule is a logical outgrowth of the rulemaking proceeding."  *United Steelworkers of Am.*, 647 F.2d 1189, 1221 (D.C. Cir. 1980) (quotation omitted).  A final rule is a logical outgrowth if its changes were foreseeable enough that interested parties "should have anticipated" them and so "reasonably should have filed their comments on the subject during the notice-and-comment period."  *Ne. Md. Waste Disposal Auth. v. EPA*, 358 F.3d 936, 952 (D.C. Cir. 2004) (quotation omitted).  And it is not a logical outgrowth if "interested parties would have had to divine the agency's unspoken thoughts[ ] because the final rule was surprisingly distant from the proposed rule."  *CSX Transp., Inc. v. Surface Transp. Bd.*, 584 F.3d 1076, 1080 (D.C. Cir. 2009) (quotation omitted and alteration adopted).

Plaintiff tries to apply the logical-outgrowth doctrine to a change in reasoning behind the rule.  In its initial brief, it cites *CSX Transportation* for the proposition that a final rule can fail the

logical-outgrowth test where it has "no relationship with the *rationale* in the proposed rule." ECF No. 21-1 at 30–31 (emphasis added). But no language in *CSX Transportation* supports Plaintiff's reading. There, the D.C. Circuit considered an application of the logical-outgrowth doctrine as it is usually formulated: a change in the rule's substance, or binding legal requirements, from those suggested in the notice of proposed rulemaking. *See CSX Transp.*, 584 F.3d at 1082. Plaintiff elaborates in its reply brief, ECF No. 30 at 7–13, but it still cites no case in which a court has applied the logical-outgrowth doctrine to an analogous situation.[7] Plaintiff's suggestion thus appears unsupported by caselaw.

Plaintiff's preferred approach is also unmoored from the policy behind the logical-outgrowth doctrine. Its purpose is to ensure that interested parties can reasonably anticipate "the final rulemaking from the draft rule." *See Nat'l Mining Ass'n v. Mine Safety & Health Admin.*, 116 F.3d 520, 531 (D.C. Cir. 1997) (quotation omitted and alteration adopted). In other words, the focus is on the "requirement[s] [that] might be imposed." *See Small Refiner Lead*, 705 F.2d at 549. That is because the notice-and-comment process is meant to ensure "that agency *regulations* will be tested by exposure to diverse public comment." *Id.* at 547 (quotation omitted and emphasis

---

[7] *See N.J. Dep't of Env't Prot. v. EPA*, 626 F.2d 1038, 1049–50 (D.C. Cir. 1980) (holding that a comment period was inadequate where it was opened after the final rule was already adopted); *Kooritzky v. Reich*, 17 F.3d 1509, 1512–14 (D.C. Cir. 1994) (concluding that a notice of proposed rulemaking contained "not the merest hint" of a prohibition in the final rule); *Allina Health Servs. v. Sebelius*, 746 F.3d 1102, 1107–09 (D.C. Cir. 2014) (holding that an announcement that the agency would "clarify" an existing policy did not suggest that the agency was "open to reconsidering existing policy"); *Chesapeake Climate Action Network v. EPA*, 952 F.3d 310, 313, 319–22 (D.C. Cir. 2020) (applying the logical-outgrowth doctrine to the methods of calculating emissions standards to which regulated parties would be bound); *Teva Pharm. USA, Inc. v. FDA*, 514 F. Supp. 3d 66, 94–96 (D.D.C. 2020) ("[N]o divination was required on the part of interested parties to predict that that [agency] might adopt the precise definition of [a statutory term] . . . that it had proposed over the course of nearly a decade." (quotation omitted and alteration adopted)); *Ariz. Pub. Serv. Co. v. EPA*, 211 F.3d 1280, 1299 (D.C. Cir. 2000) ("[T]he final rule was not wholly unrelated or surprisingly distant from what [the agency] initially suggested.").

added).  Thus, the D.C. Circuit has held that an agency need not open a comment period *at all* when it reinstates a rule that was previously withdrawn.  *See Am. Mining Cong. v. EPA*, 907 F.2d 1179, 1191–92 (D.C. Cir. 1990); *see also Sprint Corp. v. FCC*, 315 F.3d 369, 375 (D.C. Cir. 2003) (limiting that holding to situations in which the reinstated rule is "identical to the initial rule").  Especially with no persuasive reasoning supporting Plaintiff's attempt to extend the logical-out-growth doctrine, the Court takes at face value the D.C. Circuit's command that the "logical out-growth test applies where an agency *changes its final regulation* in some way from the proposed regulation."  *City of Waukesha v. EPA*, 320 F.3d 228, 245 (D.C. Cir. 2003) (emphasis added).[8]

That understanding makes quick work of Plaintiff's logical-outgrowth challenge.  The Ser-vice proposed downlisting the beetle and adopting a Section 4(d) rule to prohibit intentional tak-ings and most incidental takings.  AR 158.  After the comment period, it enacted a rule downlisting the beetle, AR 192, and, under Section 4(d), prohibiting intentional takings and most incidental takings, AR 193–95.  The enacted rule contains only one change from the proposed rule: a portion of the Southern Plains was "removed . . . from [the] definition of conservation lands," meaning that incidental takings are not prohibited there.  AR 177–78.  Plaintiff does not argue that the changed definition of conservation lands was "surprisingly distant" from that of the proposed rule.  *CSX Transp.*, 584 F.3d at 1080 (quotation omitted); ECF No. 21-1 at 30–31; ECF No. 30 at 7–13.  It does not mention that aspect of the rule at all.  So the Court finds that the final rule is a logical outgrowth of the proposed rule.

---

[8] Plaintiff's proposed rule could have harmful consequences even on Plaintiff's own terms.  "[T]he APA requires an agency to explain its reasoning only when it issues a final rule."  *Small Refiner Lead*, 705 F.2d at 519.  Thus, if an agency had to go through another round of notice and comment any time it changed its stated reasoning, agencies might withhold their reasoning even when they have already thoroughly analyzed an issue.  So even if Plaintiff is right that the ability to criticize an agency's analysis is an important component of a meaningful comment, *see* ECF No. 30 at 8–10, it is far from clear that adopting Plaintiff's rule would further that objective.

Even if the Court were to look beyond caselaw in this circuit—not to mention Plaintiff's arguments—it would still find no reason to find the Service's comment process inadequate. Some courts have recognized that a notice of proposed rulemaking fails to provide an adequate opportunity to comment if it disallows or discourages comments on "relevant and significant issues."[9] Under that approach, courts ask whether the notice contains a "content restriction" on comments that is "so severe in scope . . . that the opportunity for comment" was not meaningful.  *See N.C. Growers' Ass'n*, 702 F.3d at 770.

But even if that is a correct approach, it would not apply here because the Service's notice of proposed rulemaking contained no content restriction.  The Service invited comments on "any aspect of [its] proposed rule" and promised to consider "all comments."  AR 158.  It even specifically highlighted the need for comments about "the locations of potential threats to the [beetle] or its habitat."  AR 159.  The Service only later—when explaining its own proposal—said it thought a significant-portion-of-range analysis was "unnecessary."  AR 169.  The Court sees no reason why a commenter would have been dissuaded from arguing to the Service that its proposal was flawed because the beetle faced graver-than-recognized threats in the Southern Plains, a "significant portion of its range."  16 U.S.C. § 1533(6).  In fact, Plaintiff made essentially that argument

---

[9] *See N.C. Growers' Ass'n v. United Farm Workers*, 702 F.3d 755, 761, 769–770 (4th Cir. 2012) (relying on the fact that the agency explicitly said comments on some subjects would "not be considered"); *Cal. ex rel. Becerra v. U.S. Dep't of the Interior*, 381 F. Supp. 3d 1153, 1174–76 (N.D. Cal. 2019) (relying on the fact that the agency had deferred "consideration of substantive comments regarding the regulations at issue" to a later rulemaking); *Coal. for Workforce Innovation v. Walsh*, No. 1:21-CV-130 (MAC), 2022 WL 1073346, at *9–10 (E.D. Tex. Mar. 14, 2022) (relying on the fact that the agency had expressed its intent to "solicit comments on its substantive proposal" in the future (quotation omitted)); *Puget Soundkeeper All. v. Wheeler*, No. 15-CV-1342 (JCC), 2018 WL 6169196, at *4–5 (W.D. Wash. Nov. 26, 2018) (relying on the fact that the agencies had "expressly excluded substantive comments" on the substantive issues).

in its comment. *See* AR 1006–10.[10]

For those reasons, the Court finds that neither the logical-outgrowth doctrine nor the related rule against material comment-content restrictions recognized by other courts renders the notice-and-comment procedures here defective.

### 2.    Plaintiff Identifies No Data that the Service Withheld

In its reply brief, Plaintiff partially pivots to a novel claim about the substantive adequacy of the notice-and-comment period. It notes that the Service must "make the underlying analysis of *data* used to develop its decisions available to the public for notice and comment." ECF No. 30 at 10 (emphasis in original). And it argues that the Service "not only failed to provide the underlying *data* ostensibly supporting its decision . . . but it completely failed to provide the analysis and proposed decision, and in effect stymied any opportunity for useful criticism." *Id.* at 10–11. To the extent this argument is distinct from Plaintiff's logical-outgrowth argument, it contradicts the administrative record and on top of that, is forfeited.

For starters, the Service correctly points out that Plaintiff forfeited this point. ECF No. 33 at 4–5. In its succinct initial treatment of the purported problems with notice-and-comment process, Plaintiff nowhere mentions a failure to provide essential data. *See* ECF No. 21-1 at 30–31. A movant forfeits an argument that it fails to raise in its first brief supporting its motion. *See Armenian Assembly of Am., Inc. v. Cafesjian*, 924 F. Supp. 2d 183, 191 (D.D.C. 2013); *Lindsey v.*

---

[10] That Plaintiff commented on this subject cannot alone defeat its overall argument that the final rule was not a logical outgrowth of the proposed rule. Notice "must come—if at all—from the agency." *Small Refiner Lead*, 705 F.2d at 549. The logical-outgrowth test, in other words, is whether a change to a proposed rule was "objectively foreseeable." *See Allina Health Servs.*, 746 F.3d at 1110. The Court observes that Plaintiff raised this issue in its comment only to support a conclusion it independently reaches: The Service's notice of proposed rulemaking did not restrict the content of potential comments. *Cf. Shell Oil Co. v EPA*, 950 F.2d 741, 751 (D.C. Cir. 1991) (recognizing that another party's comment "can be a factor" in this inquiry).

*District of Columbia*, 879 F. Supp. 2d 87, 95 (D.D.C. 2012).  Still, the Court will exercise its

discretion to consider the argument because it is easily rejected.  *See Mo. Dep't of Social Servs. v.*

*HHS*, No. 18-CV-2587 (JEB), 2019 WL 4709685, at \*3 (D.D.C. Sept. 26, 2019) (recognizing that

a district court has discretion to consider forfeited arguments).

When an agency intends to rely on nonpublic technical data in enacting a rule, it must

reveal the information "in time to allow for meaningful commentary."  *See Conn. Light & Power*

*Co. v. Nuclear Regul. Comm'n*, 673 F.2d 525, 530–32 (D.C. Cir. 1982).  Still, the agency need not

explain precisely how it will use the information.  *See id.* at 532 (holding that notice was adequate

even though the agency refused "to identify the technical studies upon which the proposed rules

were based" because the studies were subject to "adversarial comment").  Instead, the agency's

disclosure need only enable "useful criticism" of the data, the ability to "point out where [the]

information is erroneous or where the agency may be drawing improper conclusions from it."  *Am.*

*Radio Relay League, Inc. v. FCC*, 524 F.3d 227, 236 (D.C. Cir. 2008) (quotations omitted).  So an

agency may not redact, for example, "parts of the studies that may contain contrary evidence,

inconvenient qualifications, or relevant explanations of the methodology employed."  *Id.* at 239.

But this Circuit's caselaw goes no further than to require an agency to "release unredacted versions

of the technical studies and data on which it relied in promulgating a rule."  *See Banner Health v.*

*Price*, 867 F.3d 1323, 1337 (D.C. Cir. 2017).

Plaintiff scarcely tries to fit its argument in that framework.  It says, without citation or

elaboration, that the agency "failed to provide the underlying *data* ostensibly supporting its deci-

sion."  ECF No. 30 at 10.  That is false.  The Service explicitly based its analysis of whether the

beetle is endangered in a significant portion of its range on the findings of the 2019 report.  AR 191.

The Service made the 2019 report public and, in the notice of proposed rulemaking, explained how

to retrieve it.  AR 159.  And Plaintiff cannot claim to have been ignorant of the report's contents because it criticized the report in its comment.  AR 1010–11 (calling it a "sham exercise designed to provide an illusion of the best available science").  So the Court cannot discern what basis, if any, Plaintiff has for complaining about an inadequate disclosure of data.

Plaintiff's remaining contentions along these lines are even less persuasive.  Its assertion that the agency "failed to provide [its] analysis" collapses into its logical-outgrowth argument.  *See* ECF No. 30 at 10.  Plaintiff no more supports its position on that score with caselaw under the *Connecticut Light & Power* framework than it did under the logical-outgrowth framework, so the Court adheres to its conclusion that the Service's analytical change does not render the notice-and-comment process infirm.  And the Court cannot make sense of the claim that the Service did not provide its "proposed decision."  ECF No. 30 at 11.[11]  As it has already explained, the proposed rule and the final rule are all but identical.  *See* AR 177–78.

Plaintiff has failed to establish that the notice-and-comment process was defective.  So the Service is entitled to summary judgment on Plaintiff's Count II, ECF No. 1 at 20–21, insofar as Count II relies on those theories.

## B.    The Downlisting Rule Is Rational and Supported by the Record

Plaintiff's substantive challenge to the downlisting focuses mainly on the Southern Plains.

---

[11] If Plaintiff means to characterize the Service's determination that the beetle is not endangered in a significant portion of its range as *itself* an aspect of the rule, Plaintiff is mistaken. *See* ECF No. 30 at 9–10 ("[T]he decision whether to list a species as endangered based on its status in a significant portion of its range is a decision separate and distinct from the decision to list a species as endangered throughout all its range.").  The hallmark of a rule subject to the APA's notice-and-comment process is its "independent legal effect."  *See Nat. Res. Def. Council v. Wheeler*, 955 F.3d 68, 83–84 (D.C. Cir. 2020).  The Service's determination that the beetle is not endangered in any significant portion of its range has no legal effect independent of its listing decision.  Thus, the Service's additional analysis cannot qualify as a change to the rule that could serve as a hook for Plaintiff's arguments.

It points out that the Service had to assess whether the beetle faces such a severe threat in any significant portion of its range that an endangered determination is warranted. ECF No. 21-1 at 24–25 (citing 16 U.S.C. § 1532(6) and *Everson*, 435 F. Supp. 3d at 92). The Service's factual findings, it says, compel that conclusion. It reasons that the Service deemed the beetle threatened throughout its range, and acknowledged that the beetle faced the additional "existential" threat of climate change in the Southern Plains. *Id.* at 25 (quoting AR 187). That confluence of threats is so serious, it explains, that the beetle could be extirpated from that region in "as soon as 17 years." *Id.* at 25–26 (citing AR 191, 1479, 1490). And it interprets the record evidence to mean that the extinction is happening now—that "climate change is *currently* causing the extirpation of the beetle in the Southern Plains analysis area." *Id.* at 27–28 (citing AR 191, 1484–90, 1479, 1497).

Plaintiff believes that timing falls within the statutory definition of endangerment. It argues that the statute is "future-oriented," pointing out that the statute defines an endangered species as one that is "in danger of extinction," not one that is "going extinct right now." ECF No. 21-1 at 26–27 (quoting 16 U.S.C. § 1532(6)) (emphasis deleted). The Service, after all, acknowledges that the beetle will likely be eliminated from the Southern Plains between 2040 and 2069. AR 192. Because the beetle will be "entirely lost" in that portion of its range in the foreseeable future, Plaintiff argues that it must be "endangered now." *Id.* at 27 (emphasis deleted).

That conclusion also depends on Plaintiff's assessment that the Southern Plains "constitutes a 'significant portion' of the species' range." ECF No. 21-1 at 29. Even after *Everson*, the Service did not address the issue because it "concluded that the Southern Plains populations are not currently at risk of extinction." AR 188. Plaintiff disagrees, *see* ECF No. 21-1 at 27–29, and contends that the Southern Plains is a significant portion of the beetle's range because it "accounts for more than half of the species' remaining range." *Id.* at 29 (citing AR 1500, 195–96). Thus, it

26

says, "this issue must [at least] be remanded to the Service for further analysis." *Id.*

The Service rebuts those arguments on both factual and legal grounds. On the facts, it points to its findings reflecting that the beetle "faces a relatively low near-term risk of extinction based on current threats." *See* ECF No. 24-1 at 18–23. On the law, it contends that the difference between a threatened and an endangered species under the ESA is the time at which a predicted extinction appears likely to occur. *See id.* at 30–33. It thus argues that its findings support the beetle's "threatened" designation. *Id.* at 27–30, 33–34.

The Court agrees with the Service on both fronts. First, it will address the ESA's distinction between threatened and endangered species. Then it will apply that distinction to the administrative record and evaluate Plaintiff's challenges to the Service's factfindings.

### 1.     The Service Reasonably Construed the ESA

The Service interprets the ESA to distinguish threatened and endangered species based only on the timing of the threat a species faces. *See* ECF No. 24-1 at 30. In other words, the Service says it need not "account [for] the seriousness of the future threats faced by a species." *Id.* at 28–29. Relatedly, it defends its conclusion that the timing of the threats faced by the beetle constitute a likelihood of becoming "an endangered species within the foreseeable future." 16 U.S.C. § 1532(20); ECF No. 24-1 at 32–33. That is, it defends its interpretation that a risk of extirpation between 20 and 49 years from the decision supports a "threatened" listing. ECF No. 24-1 at 32. It claims these interpretations are entitled to *Chevron* deference. *Id.* at 30.

The Court must apply the *Chevron* framework because the downlisting rule was an exercise of delegated lawmaking authority. The ESA empowers the Service to "determine" "by regulation" whether a species is endangered or threatened. 16 U.S.C. § 1533(a)(1). When the Service issues such regulations, they have the force of law. *See Miccosukee Tribe of Indians of Fla. v. United States*, 566 F.3d 1257, 1273 (11th Cir. 2009) (citing *Babbit*, 515 U.S. at 708). Thus, the Service's

interpretation of the ESA in issuing such a regulation is entitled to *Chevron* deference. *See Mead Corp.*, 533 U.S. at 226; *see also, e.g.*, *In re Polar Bear Endangered Species Act Listing & 4(d) Rule Litig.* ("*Polar Bear I*"), 748 F. Supp. 2d 19, 24–25 (D.D.C. 2010) (applying the *Chevron* framework to an analogous rulemaking).

Under the *Chevron* framework, the first step is to decide whether "Congress has directly spoken to the precise question at issue." *Nat'l Treasury Emps. Union v. Fed. Lab. Rels. Auth.*, 414 F.3d 50, 57 (D.C. Cir. 2005) (quotation omitted).  In doing so, the Court must "exhaust the traditional tools of statutory construction." *Nat. Res. Def. Council, Inc. v. Browner*, 57 F.3d 1122, 1125 (D.C. Cir. 1995) (quotation omitted).  The inquiry ends at step one "[i]f the intent of Congress is clear." *Cigar Ass'n of Am. v. FDA*, 5 F.4th 68, 77 (D.C. Cir. 2021) (quotation omitted).  In other words, the Court should not defer to the agency if Congress has compelled or foreclosed its interpretation. *SoundExchange, Inc. v. Copyright Royalty Bd.*, 904 F.3d 41, 55 (D.C. Cir. 2018).  Congress may foreclose an agency's interpretation "in one of two ways: either by prescribing a precise course of conduct other than the one chosen by the agency, or by granting the agency a range of interpretive discretion that [it] has clearly exceeded." *Vill. of Barrington v. Surface Transp. Bd.*, 636 F.3d 650, 659 (D.C. Cir. 2011).

If the Court reaches *Chevron* step two, it must ask whether the agency has adopted a "permissible construction of the statute." *Cigar Ass'n*, 5 F.4th at 77 (quotation omitted).  A statutory construction is permissible if it reasonably accounts for the language of the statute, the context in which that language is used, and the overall structure of the statutory scheme. *See Utility Air Regul. Grp. v. EPA*, 573 U.S. 302, 321 (2014).  Thus, a permissible construction must comply with all the statutory mandates that apply to the agency. *See SoundExchange*, 904 F.3d at 56–57.  Further, the agency must provide, in its rulemaking, "a reasoned explanation for why it chose [its]

interpretation." *Vill. of Barrington*, 636 F.3d at 660.  If those conditions are met, the Court should

defer to the agency's interpretation of the statute.  *Nat'l Treasury Emps.*, 414 F.3d at 57.

Below, the Court applies that framework to three aspects of the Service's statutory inter-

pretation.  The first aspect is the Service's conclusion that the difference between an endangered

species and a threatened one is "the different timeframes" of the danger of extinction.  *See* AR 187.

On that point, the Court concludes that the Service's interpretation is compelled by the statute, so

it does not progress beyond *Chevron* step one.  The second aspect is the Service's conclusion that

current danger of extinction can be low even if the best scientific evidence shows that extirpation

is very likely in the far future because of extant forces.[12]  The third aspect is the Service's conclu-

sion that the period in which extirpation is likely in the Southern Plains, 2040–2069, constitutes

danger in the foreseeable future within the ESA's meaning.[13]  On the latter two aspects, the Court

finds that the statute is ambiguous but that the Service's interpretations are entitled to deference

under *Chevron* step two.

### a.    Distinguishing Threatened and Endangered Species

The Service concluded that the only difference between an endangered species and a threat-

ened one is the different timeframes of the danger of extinction.  And indeed, the only textual

difference between the ESA's definitions of endangered and threatened species is time.  A species

is endangered if it "*is* in danger of extinction."  16 U.S.C. § 1532(6) (emphasis added).  A species

is threatened if it "is likely *to become* an endangered species within the foreseeable future."  *Id.*

---

[12] *See* AR 187, 190, 192 ("[T]he current risk of extinction is low," but "beetles in all South-
ern Plains areas [will] likely be extirpated . . . due to climate change," and beetles there are "cur-
rently experiencing the effects of climate change.").

[13] *See* AR 179 ("[T]he foreseeable future is the period of time in which we can make reli-
able predictions."); AR 191–92 (referring to 2040–2069 as "the foreseeable future").

§ 1532(20) (emphasis added).  By inputting the definition of the term "endangered species" into the definition of "threatened species," it is possible to rewrite the definition of the latter term as a species that "is likely to become [in danger of extinction] within the foreseeable future."  *See id.* § 1532(6), (20).  That formulation makes clear that—whatever the precise meaning of "danger of extinction"[14]—its application to the two statutory terms depends on whether that condition is present or likely to occur later.

That reading is confirmed by the need to construe the ESA as a coherent whole.  "Statutes should be interpreted as a symmetrical and coherent regulatory scheme."  *Mellouli v. Lynch*, 575 U.S. 798, 809 (2015) (quotation omitted).  Thus, the words of a statute must be read "in their context and with a view to their place in the overall statutory scheme."  *Sturgeon v. Frost*, 577 U.S. 424, 438 (2016) (quotation omitted).  Here, that task is aided by definitions that expressly tell interpreters how to fit the statute's pieces together.  The use of the "present tense 'is'" connotes, for an endangered species, the contemporaneity of the danger it faces.  *See Humane Soc'y v. Zinke*, 865 F.3d 585, 603–04 (D.C. Cir. 2017) (interpreting another ESA term).  By contrast, a threatened species is defined by "future" dangers.  16 U.S.C. § 1532(20).  Those dovetailing definitions amount to a clear direction about how endangered and threatened species relate to one another, meaning that, on this "specific issue," the ESA is neither "silent [n]or ambiguous."  *See City of Arlington v. FCC*, 569 U.S. 290, 296 (2013) (quotations omitted).

Plaintiff, however, appears to resist that conclusion.  It says the "mere fact that the predicted extinction will occur in the future cannot be the basis for rejecting an endangered finding."

---

[14] The Court does not doubt that this statutory phrase is ambiguous as applied to a specific species at a given time, as the parties here agree and as it will explain in more detail shortly.  *See Polar Bear I*, 748 F. Supp. 2d at 27 ("[T]he overall structure of the ESA suggests that the definition of an endangered species was intentionally left ambiguous.").

ECF No. 21-1 at 26.  It reasons that "*every* anticipated loss of a species will occur at some time 'in the future.'"  *Id.*  Under the Service's temporal view, it claims, "even a species whose habitat will be completely eliminated . . . within a short time . . . cannot be considered 'endangered' because the fatal blow will be dealt 'in the future.'"  *Id.*  So, it seems to say, the timing of the predicted extirpation cannot be the basis for distinguishing threatened and endangered species.  *See generally id.* at 24–27; ECF No. 30 at 14–16.  It suggests that the Service should instead consider the "sever[ity]" of the threats.  *See* ECF No. 21-1 at 24–25.

To the extent Plaintiff understands a threat's severity to mean something other than the likely timing of the danger, its reading conflicts with the statute.  As the Court has explained, the ESA uses the same measure of risk for both categories—"in danger of extinction"—and it does so by explicitly incorporating the definition of one category into the definition of the other.  *See* 16 U.S.C. § 1532(6), (20).  Nor does it accurately describe the Service's position to claim that it is impossible to list a species as endangered unless "an extinction event is literally occurring at the very time the Service is making its decision."  ECF No. 21-1 at 26.  Instead, the Service concluded that it must decide whether the *danger* of extinction is present or will exist in the future—that is, a difference in "timeframes."  AR 187.  On that point, the ESA leaves no doubt.

That is not to say that the statutory definitions provide clear answers to all questions.  Far from it.  Indeed, the Court agrees with the *Polar Bear I* court that the ESA does not "bind the [Service] to a particular formula for determining when a species is 'in danger of extinction.'"  748 F. Supp. 2d at 27.  The statute does not separately define key terms such as "danger," "foreseeable future," or even "extinction."  *See generally* 16 U.S.C. §§ 1532–33.  Nor does it provide detailed guidance about how to evaluate the five factors on which it must base its listing decisions.  *See id.* § 1533(a)(1).  Thus, the ESA "allow[s] the agency flexibility to make a case-by-case determination

of when a species is 'in danger of extinction,' based on the five statutory listing factors and the best available science for that species." *Polar Bear I*, 748 F. Supp. 2d at 28.

To the extent the Court disagrees with *Polar Bear I*, it is in that court's rejection of the Service's position that "the only possible difference between a threatened species and an endangered species is the temporal proximity of the threat." 748 F. Supp. 2d at 26. The *Polar Bear I* court appeared to hold that time is merely a nonexclusive "element" of "the distinction between the categories of endangered and threatened species." *Id.* But that conclusion cannot be squared with the fact that the statutory definitions of the terms are identical except for time. And the *Polar Bear I* court cited no authority to support that conclusion—if that holding was even its intention.[15]

Nor does this Court's conclusion that the ESA compels a solely temporal distinction between endangered and threatened species undercut *Polar Bear I*'s key reasoning. Despite the statutory command to distinguish the categories based on the timing of threats to a species, it remains true that the Service must "bring its experience and expertise to bear" and cannot "rest simply on its parsing of the statutory language." *Polar Bear I*, 748 F. Supp. 2d at 27 (quotation omitted). The Service still must answer such questions as: Are threats so serious that they present a danger of extinction? When does the evidence suggest that an extinction is likely to occur? What timing constitutes the foreseeable future? The temporal-distinction principle is not "a particular formula" for making listing decisions, *id.*, but a high-level command about the relationship between the two categories.

Still, within the narrow scope of this aspect of the Service's ESA interpretation, Congress

---

[15] The *Polar Bear I* court specifically rejected the contention that "to be 'in danger of extinction'" according to the ESA's plain meaning, "a species must be in *imminent* harm." *See* 748 F. Supp. 2d at 27 (emphasis added). It also appeared to limit its holding "to the specific issue before [it]." *Id.* at 28–29 (quotation omitted). That interpretation of the definitions is not before this Court, and this Court expresses no opinion about it.

has spoken clearly.  In both the final rule, *see* AR 187, and this litigation, the Service has adopted a "temporal distinction" between threatened and endangered species, ECF No. 24-1 at 30.  The statute's clear, textual evidence supporting that distinction means that Congress has compelled the Service's interpretation, so this part of the Court's inquiry ends at *Chevron* step one.  *See SoundExchange, Inc.*, 904 F.3d at 55.

> **b.      In Danger of Extinction**

The Service also concluded that the current "danger" of the beetle's "extinction" is low, even if the best scientific evidence shows that extirpation is very likely in the far future because of extant forces.  But as discussed, the Service's adoption of the solely temporal distinction between threatened and endangered species described above—a distinction required by the statute—does not compel any precise meaning of the phrase "in danger of extinction."  16 U.S.C. § 1532(6).  And as the Court has already explained, the statute does not further clarify that phrase.  Thus, the Court finds, as the parties agree, that the ESA leaves to the Service some discretion to determine what constitutes a danger of extinction in a given case.  *Accord Polar Bear I*, 748 F. Supp. 2d at 28; *In re Polar Bear Endangered Species Act Listing and 4(d) Rule Litig.* ("*Polar Bear II*"), 794 F. Supp. 2d 65, 89–90 (D.D.C. 2011).  Thus, the Court must ask whether the Service's interpretation of that phrase is "permissible."  *See Cigar Ass'n*, 5 F.4th at 77 (quotation omitted).

The Service explained in the downlisting rule that the beetle is not yet in danger of extinction even in the Southern Plains, where it expects the beetle to be extirpated as soon as 2040.  AR 187, 192.  That is because beetles there will experience "[t]he bulk of the impact from climate change . . . in the future."  AR 192.  In other words, to be in danger of a harm is to face a high probability that the harm will soon materialize.  *See* AR 187 (distinguishing between "current status" and "future condition" on extinction).  Because the relevant risk here is "extinction"—a term

that "suggests total rather than partial disappearance"[16]—the phrase "in danger" means to the Service that there is a high probability of total disappearance in a short time.  *See id.*

Plaintiff portrays that interpretation as unreasonable.  It points out that "the beetle is *presently* being harmed by the very same threat that is expected to cause its complete extirpation." ECF No. 21-1 at 26; *see also* AR 192 ("The Southern Plains analysis areas are currently experiencing the effects of climate change.").  It argues that the Service has distorted the statutory language by effectively rewriting the definition of a threatened species as one that "will be entirely *lost* within the foreseeable future" rather than one that will become "endangered within the foreseeable future."  ECF No. 21-1 at 26–27 (quoting 16 U.S.C. § 1532(20)) (alteration adopted).  In other words, Plaintiff would define "in danger" by reference to the presence of the force causing the ultimate harm, rather than to the timing of the harm itself.  That is, it reasons: climate change will cause the species' extirpation; climate change has present effects; and "that necessarily means the species is endangered *now*."  *Id.* at 27.

But Plaintiff's interpretation clashes with ordinary use of the term "in danger."  As far as anyone knows, every person will die someday, from old age if from nothing else.  And aging's effects are felt throughout life.  But ordinarily, one would not say that all people are always "in danger of" death.  That is because the ultimate harm is (hopefully) far off—even though the force is present and the outcome is certain.

Thus, the *Polar Bear II* court deferred to the Service's interpretation of "in danger of" to mean "on the brink of."  794 F. Supp. 2d at 89; *see also Everson*, 435 F. Supp. 3d at 85 (applying *Skidmore* deference and concluding that the same interpretation "is persuasive").  That formulation conveys little distance between the species and the ultimate harm of extinction.  As another court

---

[16] *Defs. of Wildlife v. Norton*, 258 F.3d 1136, 1141 (9th Cir. 2001).

in this district put it, "A species teetering on the brink of extinction may be unable to withstand even the slightest degree of additional harm . . . ." *Oceana, Inc. v. Pritzker*, 125 F. Supp. 3d 232, 246 (D.D.C. 2015).  If it is permissible to conclude that a species is not endangered until it is on the brink of extinction, it follows that it is permissible to conclude that a species is not endangered where extinction is unlikely to happen for at least 19 years.

The Service also provided a "a reasoned explanation" for that construction.  *See Vill. of Barrington*, 636 F.3d at 660.  According to the Service, arguments for listing the beetle as endangered based, like Plaintiff's, on the future harms of climate change "misunderstand[ ] the definitions of threatened and endangered in the [ESA]."  AR 187.  Thus, it treated "in danger of" to require closeness in time to the ultimate harm, allowing it to distinguish between "current risk" and "future risk."  *Id.*  That approach tracks the temporal distinction between threatened and endangered species that the statute requires the Service to apply.  *Supra* Section III.B.1.a.

For those reasons, the Service's interpretation of "in danger of extinction" is consistent with the statute's plain meaning, ordinary use of the phrase "in danger," and prior judicial constructions of the statute.  And the Service adequately explained its reasoning.  So the Court will defer to this aspect of the Service's reading of the ESA.

### c.    The Foreseeable Future

The third and final aspect of the Service's statutory interpretation that the Court considers is its treatment of the term "foreseeable future."  *See* 16 U.S.C. § 1532(20).  The Service explained that the foreseeable future is the period for which it "can reasonably determine . . . both the future threats and the species' responses to those threats."  AR 179–80.  That period need not always be defined "as a particular number of years," it said, but it should account for the relevant characteristics of the species and the threats it faces.  *See* AR 179.  Again, the Service's adoption of the

solely temporal distinction between threatened and endangered species that the statute requires says nothing about the meaning of this phrase.

As relevant here, the Service treated the time that it expects the beetle's extirpation to become likely—a period 20 to 30 years away from its decision—as constituting the foreseeable future rather than the present.  AR 187, 192.  Again, the statute does not further define the foreseeable future, and the parties here and other courts have recognized both that the term is ambiguous and that its meaning depends partially on the species in question.  *See Polar Bear II*, 794 F. Supp. 2d at 95.[17]  So the Court will again ask whether the Service's application of the term to the beetle is "permissible."  *See Cigar Ass'n*, 5 F.4th at 77 (quotation omitted).

It is not clear that Plaintiff contests this aspect of the Service's legal reasoning.  It says, for example, that it "does not disagree with the Service's chosen foreseeable future timeframes."  ECF No. 30 at 18.  But it also argues that "a species [that] will be extinct in a significant portion of its range in as few as 17 years meets the definition of endangered."  *Id.*  And it also describes that timeframe as "imminent."  *See* ECF No. 21-1 at 7 (arguing that Southern Plains beetles are "now at imminent risk of being completely lost—as soon as only 17 years from now").  So Plaintiff may mean to contend that, even if the beetle is not "in danger of extinction" until extinction has a high probability of happening soon, the timing of the beetle's likely extinction *is* soon.

The Service mainly justified its application based on its ability to reevaluate the beetle's status before the predicted effects materialize.  It explained that a "threatened" designation "implies a potential need to reclassify the species as endangered" if the projections "are accurate" and

---

[17] *See also In re Polar Bear Endangered Species Act Listing and Section 4(d) Rule Litig.* ("*Polar Bear III*"), 709 F.3d 1, 16 (D.C. Cir. 2013) (recognizing that the Service has some discretion to choose the "period of foreseeability" "so long as [its] decision [is] justifiable and clearly articulated").

interim conservation measures fail.  AR 187.  And the ESA directs the Service to conduct such reevaluations "at least once every five years."  16 U.S.C. § 1533(c)(2)(A).  So, the Service argues, the fact that the beetle faces threats expected to materialize far later than five years away supports treating that period as the future.  *See* ECF No. 24-1 at 31–32.  It also points out that another court in this district has concluded that a closer period may constitute the foreseeable future.  ECF No. 24-1 at 32–33.  In *Natural Resources Defense Council, Inc. v. Coit*, the court held that the Service had adequately explained its decision to treat a "12- to 18-year window" from the decision point as the foreseeable future.  597 F. Supp. 3d 73, 86–91 (D.D.C. 2022).

The Court finds the Service's explanation reasonable and consistent with the statute.  For one thing, it is hard to argue that a period two decades away could constitute anything but the future as a matter of ordinary meaning.  The Service's invocation of the five-year-review require-ment also provides a principled basis for distinguishing present and future effects.[18]  It also accords with the fact that one of the explicit purposes of the five-year reviews is to determine whether a species should be "changed in status" from threatened to endangered.   16 U.S.C. § 1533(c)(2)(B)(iii).  And although the *Coit* court considered different questions,[19] its treatment of the period twelve to eighteen years away—along with a few other, similarly near periods—as constituting the foreseeable future reinforces the Service's approach.  *See* 597 F. Supp. 3d at 87–89 (describing similar periods as "12–24 years" and "10 years" away from the decision point).

---

[18] Plaintiff points out that the Service has historically failed to conduct timely five-year reviews for the beetle.  *See* ECF No. 30 at 18–19 & n.3.  That may be, but it is irrelevant because the question here concerns the distinction between present and future *in the ESA*.  And the ESA unambiguously requires the Service to review a species' status "at least once every five years." 16 U.S.C. § 1533(c)(2)(A).  For purposes of statutory interpretation, there is no reason to consider the Service's past practice.

[19] The most analogous question was whether the chosen foreseeable-future period should have been longer.  *See* 597 F. Supp. 3d at 86–88.

In sum, the Court finds that all the relevant aspects of the Service's interpretation of the ESA are at least reasonable. The approach it took was required by the ESA's plain text in that it temporally distinguished between threatened and endangered species. And its readings of "in danger of extinction" and "foreseeable future" were permissible, adequately explained constructions of ambiguous statutory text.

### 2.   The Administrative Record Supports the Service's Findings

Under that interpretation of the ESA, the Service says the downlisting passes muster.[20] In response to Plaintiff's criticisms, it highlights the following findings: considerable uncertainty exists about whether the climate-change threat will materialize even by 2040, *see* ECF No. 24-1 at 29 (citing AR 1476–78); only the smallest portion of Southern Plains beetles are "currently experiencing climate-related impacts," *see id.* at 28 (citing AR 1354, 1386–96); the remaining beetles in the Southern Plains "presently have moderate to high resiliency," *id.* (citing AR 1427); beetle habitats in the Southern Plains will experience only marginal destruction, *see id.* (citing AR 183); the beetle might adapt to the changed conditions, in part because of its "current genetic makeup," *see id.* at 28–29 (citing AR 1428–29, 1496); and conservation efforts might establish new beetle populations in regions "safe from climate-related risks," *id.* at 29–30 (citing AR 187). And it says the Court must defer to its findings. *See id.* at 33.

The Service's findings are entitled to deference unless they are "arbitrary, capricious, [or] an abuse of discretion." 5 U.S.C. § 706(2)(A). Under that standard, the Court must "presume[ ]" that the downlisting decision is "valid." *See Am. Wildlands v. Kempthorne*, 530 F.3d 991, 997

---

[20] Analysis of the reasonableness of an agency's statutory interpretation under *Chevron* step two is often coterminous with arbitrary-and-capricious review, but not always. *See Humane Soc'y of the U.S. v. Zinke*, 865 F.3d 585, 605 (D.C. Cir. 2017). In this section, the Court considers the Service's "application of the statute to the record at hand," a question distinct from its understanding of the ESA. *See id.*

(D.C. Cir. 2008) (quotation omitted).  And it should set aside the decision only if the Service "relied on factors [that] Congress has not intended it to consider, entirely failed to consider an important aspect of the problem, offered an explanation for its decision that runs counter to the evidence . . . , or is so implausible that it could not be ascribed to a difference in view or the product of agency expertise." *Polar Bear III*, 709 F.3d at 8 (quoting *Am. Wildlands*, 530 F.3d at 997–98).

Far from explaining why the Service's factual analysis fails that standard, Plaintiff seems to agree with it.  Throughout its arguments, Plaintiff operates from the same set of factual conclusions as the Service, such as its contention that "beetles in the Southern Plains analysis area will likely be extinct as soon as 17 years from now."  ECF No. 21-1 at 27.[21]  As the Court has already explained, *supra* Section II.B.1, that premise supports the Service's downlisting decision.  A factual argument that would advance Plaintiff's position is one showing that the Service ignored evidence or reasons why the beetle is likely to be extirpated *sooner*.

If Plaintiff's repeated emphasis of the fact that climate change is already impacting parts of the Southern Plains is intended as such an argument, *see, e.g.*, ECF No. 21-1 at 38, it fails because it identifies no information the Service did not consider.  In the final rule, the Service acknowledged the present effects of climate change but concluded their "magnitude" is "low enough that the species is not in danger of extinction" in that portion of its range.  AR 192.  That conclusion relies on the findings of the 2019 report, which offered two reasons.  First, even in the Red River area, the part of the Southern Plains most vulnerable to climate change, the current effects are limited to parts of the analysis area and their full impact is not projected until 2039.  *See* AR 1486–88.  Second, Red River represents only about 2.7 million acres of the roughly 20 million

---

[21] *See also* ECF No. 30 at 21 ("Defendants cannot reasonably dispute that 'impacts from changing climate are ongoing and populations in the Southern Plains analysis areas are projected to be extirpated within 20 to 30 years.'" (quoting AR 193) (alterations adopted)).

acres of suitable habitat in the Southern Plains.  *See* AR 1385, 182.  Thus, the Service "considered and explained" why that effect is unlikely to cause a more rapid threat of extinction, and so it cannot be the basis for holding the agency's findings arbitrary and capricious.  *See Polar Bear III*, 709 F.3d at 179.

Similarly, Plaintiff's briefs could be read to assert that the Service failed to consider the imminence of the threat from "ongoing habitat loss."  *See* ECF No. 21-1 at 36–42; *see also* ECF No. 30 at 38.  But that contention, too, is wrong.  In the final rule, the Service weighed the projected impacts of future habitat loss and concluded that, even in the Northern Plains, where they are expected to be more serious, AR 183, such forces are "not known to currently cause population-level impacts" and "do not put the species at risk of extinction now," AR 192.  Again, that conclusion was based on the 2019 report, which, as the Court has explained, surmised that the beetle is at least moderately resilient to current habitat-related effects throughout almost all of its range.  *See* AR 1421–27.  So facts related to those threats cannot support Plaintiff's challenge either.

At bottom, Plaintiff focused its substantive challenge to the downlisting on the legal significance of harms that—everyone agrees—are most likely to affect the beetle largely between 2040 and 2069.  But the Court has concluded that the Service reasonably interpreted the ESA to categorize such harms, even those that are existential and nearly certain, as supporting a "threatened" determination.  That conclusion leaves Plaintiff with few if any grounds for challenging the rule.  But because that understanding of the ESA means that Congress cannot have "intended [the Service] to consider" such far-off harms as reasons a species must be listed as endangered, *see Polar Bear III*, 709 F.3d at 8 (quotation omitted), the Court cannot conclude that the Service's consideration or explanation of the evidence was inadequate for the reasons Plaintiff asserts.  And ultimately, the decision about how to frame the issues is Plaintiff's.  *See United States v. Sineneng-*

*Smith*, 140 S. Ct. 1575, 1579 (2020).

\*        \*        \*

For all those reasons, the Court finds that the downlisting decision was rational and sup-ported by the record.  The Service's interpretation of the ESA is at least permissible and so entitled to the Court's deference.  And Plaintiff has identified no flaws in the Service's consideration of the evidence that suggest the Service arbitrarily weighed or failed to consider evidence that the beetle faces a risk of extinction sooner than expected.  Thus, the Service is entitled to summary judgment on Counts I and II of Plaintiff's complaint, ECF No. 1 at 19–21, insofar as they rely on contrary theories.

### C.   The Service Has Adequately Explained Any Change in Position

Plaintiff also accuses the Service of an unexplained about-face on the beetle's status.  That charge compares the reasoning supporting the challenged rule to the reasoning of the 2008 review.  *See generally* AR 5024–61 (concluding in 2008 that the beetle "remain[ed] endangered throughout its current range").  According to Plaintiff, the Service "failed even to mention" that review when it downlisted the beetle.  ECF No. 21-1 at 31.  Thus, Plaintiff says, its explanation for the down-listing is inadequate regarding both "the factual underpinnings" of the decisions and "the conclu-sions" drawn in the analyses.  *Id.* at 33.

Plaintiff focuses this argument on the import of a finding on which it says the Service based the downlisting: the fact that the beetle's "current range is much larger than originally thought when the species was listed [as endangered] in 1989."  AR 178.  Plaintiff argues that the Service has known since 1989 "that new populations might be discovered with additional search effort."  ECF No. 21-1 at 34 (citing AR 5890).  And it says that, in 2008, the Service acknowledged the realization of that prediction, but concluded anyway that "threats to the species have not been abated sufficiently" to warrant downlisting.  *Id.* at (quoting AR 5061).  Yet it more recently

41

"rel[ied] on the unsurprising fact that more populations had been discovered," Plaintiff contends, without even "acknowledg[ing] its previous conclusion that the beetle should remain listed as endangered *despite* the larger range." *Id.* at 35.

Plaintiff also points out that the situation has worsened since 2008, which it thinks makes the Service's explanation even less rational. *See* ECF No. 21-1 at 36–42.  In its telling, the Service recognized threats to the beetle in 2008 that it now characterizes as "relatively minor" without adequate explanation. *Id.* at 36–37 (quoting AR 165).  Those harms, it claims, "have continued unabated since [2008]," while the complementary harms caused by "climate change . . . [have] gone from serious to critical." *Id.* at 37.  Indeed, it thinks the threat posed by climate change is so serious that, for beetles in the Southern Plains, it overshadows all other threats. *Id.* at 37 n.8 (citing AR 1487).  For that reason and others, within the next 20 or 30 years, the only self-sustaining population of the beetle will live in the Northern Plains. *Id.* at 38–39 (citing AR 189).  But that population is vulnerable to climate change too, and most of the beetles there live on private land, and so are "most susceptible to habitat destruction and fragmentation and least susceptible to successful conservation efforts." *Id.* (citing AR 192, 1400, 5056).  Plaintiff says the downlisting rule "failed to account for this seemingly inevitable scenario." *Id.* at 39.

Plaintiff finds further fault in the Service's explanation for the downlisting decision in its treatment of the changes to conservation measures.  ECF No. 21-1 at 40–42.  In 2008, Plaintiff explains, the Service announced that "the regulatory protections afforded by an endangered listing 'provide an important safeguard for the beetle in lieu of [the ability to protect the beetle's essential habitats].'" *Id.* at 40 (quoting AR 5058) (alteration adopted).  In Plaintiff's reading, the downlisting rule "contains no analysis of the extent to which [it] will . . . result in the reduction of protections and conservation efforts for a species that now needs them more than ever." *Id.* at 41.  In

42

other words, the Service did not explain "what will become of these [conservation] measures with the elimination of endangered status." *Id.*

The Service counters in two ways.  First, it says the 2008 review is not the right benchmark; it must explain a change in policy, and a review recommending no change to the status quo makes no policy.  *See* ECF No. 24-1 at 35–37.  Thus, it argues that it had to explain only why it changed its position since the 1989 listing of the beetle as endangered.  *See id.*  Second—even if 2008 is the right benchmark—it says its explanation was adequate.  It contends that it "explicitly discussed" its reasons for differing from the 2008 review and that the reasons are also "otherwise discernible from the administrative record." *Id.* at 37–38.  It also points out that Plaintiff "acknowledges" that the downlisting rule "did not dispute 'the central factual premises'" in the 2008 review. *Id.* at 37 n.15 (quoting ECF No. 21-1 at 34).  There is thus no contradiction, it says, because the rule relied on "new science and data" that counseled a new path.  *See id.* at 38–40.

In the Court's view, the Service likely *does* need to explain any change in its analysis from that in the 2008 review.  But the Court need not decide that question because the Service did so.

### 1.   The Court Assumes the Service Must Explain Any Policy Changes from the 2008 Review

The Service "must cogently explain why it has exercised its discretion in a given manner." *State Farm*, 463 U.S. at 48.  That principle applies equally to fresh and reconsidered decisions. *Fox Television Stations*, 556 U.S. at 514–15.  So even when an agency changes its position, it usually need do no more than "display awareness that it *is* changing position." *Id.* at 515.  A "more detailed justification" is sometimes required, such as when the agency's "new policy rests upon factual findings that contradict those which underlay its prior policy; or when its prior policy has engendered serious reliance interests that must be taken into account." *Id.*  By contrast, such a justification is not required where an agency acts "on an entirely new record" and supports its

decision with "new, [more] specific findings." *See Ark Initiative v. Tidwell*, 816 F.3d 119, 130 (D.C. Cir. 2016). To prevail on a theory that an agency must provide a more-detailed explanation, a challenger must be able to identify "new findings" that contradict prior findings on which the agency relied. *Nat'l Ass'n of Home Builders v. EPA*, 682 F.3d 1032, 1037–38 (D.C. Cir. 2012).

But the Service claims those principles do not apply to the 2008 review because it was "only a recommendation." ECF No. 24-1 at 37. For that proposition, it cited no authority—it simply pointed out that no case cited by Plaintiff applied these principles to departures from agency actions without independent legal force. *See id.* at 37 & n.14. Nor is the Court aware of any authority for that proposition. And, as Plaintiff points out, a recent Supreme Court case seems to undercut the Service's argument. *See* ECF No. 30 at 28–29.

That case is *Encino Motorcars, LLC v. Navarro*, in which the Court concluded that an agency "needed a more reasoned explanation for its decision to depart from its existing enforcement policy." 579 U.S. 211, 223 (2016). And the Court traced that existing policy to an "opinion letter," later memorialized in a handbook. *See id.* at 217, 222–23. In other words, the Supreme Court applied the legal framework surrounding explanations of policy changes even though the changed policy arose from an action without the force of law. *See Christensen v. Harris Cnty.*, 529 U.S. 576, 587 (2000) ("Interpretations such as those in opinion letters—like interpretations contained in policy statements, agency manuals, and enforcement guidelines . . . lack the force of law . . . ."). That application strongly suggests that the same framework applies here.[22]

The Service tries to distinguish *Encino Motorcars*, *see* ECF No. 33 at 15–17, but the Court declines to break new ground. The Court need not resolve this question because the outcome does

---

[22] *Accord Loving v. IRS*, 742 F.3d 1013, 1021 (D.C. Cir. 2014) (applying the framework to a changed policy where the original policy was evinced by testimony to Congress and a "guidance document").

not depend on it.  As the Court will explain, the Service adequately explained any policy changes.

### 2.      The Service Justified Any Policy Changes

Plaintiff offers no reason to think the Service had to provide what *Fox Television Stations* called a "more detailed justification."  556 U.S. at 515.  It identifies no specific factfindings that contradict anything in the 2008 review.  *See Nat'l Ass'n of Home Builders*, 682 F.3d at 1037–38. Indeed, Plaintiff's briefing suggests that its position is that the Service merely failed to provide the ordinarily required "reasoned explanation" for changing positions.  *See* ECF No. 21-1 at 33 (quoting *Fox Television Stations*, 556 U.S. at 515–16).  Thus, the Court will not apply any kind of "heightened standard," *Fox Television Stations*, 556 U.S. at 514, or "elevated burden," *Ark Initiative*, 816 F.3d at 127.

Under the ordinary explanatory standard, the Service faces a "low bar."  *Inv. Co. Inst. v. CFTC*, 720 F.3d 370, 377 (D.C. Cir. 2013).  Even an explanation with "less than ideal clarity" is sufficient if the Court can "reasonably discern the agency's path."  *Id.* at 376–77 (quoting *Bowman Transp., Inc. v. Ark.-Best Freight Sys., Inc.*, 419 U.S. 281, 286 (1974)) (alteration adopted).  The Court must seek to do that based on "the administrative record as a whole."  *See Nat. Res. Def. Council v. Nat'l Marine Fisheries Serv.*, 71 F. Supp. 3d 35, 58 (D.D.C. 2014).

As for Plaintiff's main contention, there is no doubt that, in the downlisting rule, the Service attached less significance to the beetle's absence from its historic range than it had in the 2008 review.  The 2008 review acknowledged that new populations had been discovered, but attributed that fact to "better knowledge rather than repatriation of previously unoccupied habitat."  AR 5056. And it showed concern that even those newly discovered habitats might be facing imminent threats.  *See, e.g.*, AR 5059.  Thus, it concluded that the new discoveries only "somewhat offset" the concern of the historical decline.  *See* AR 5056.

Plaintiff is wrong, however, to suggest that the Service based the downlisting only on the same, prior discovery of more populations. Instead, the Service relied on the *characteristics* of those populations—new information that was unavailable in the 2008 review. The 2019 report, for example, included a detailed analysis of the beetle's "current resiliency" based on the Service's summary of the "population and habitat factors" affecting the species. *See generally* AR 1419–28. Similarly, the 2019 report analyzed the beetle's "genetic diversity" across its current range to assess "its potential [for] adapting to [environmental] changes." *See* AR 1428–29. That analysis was based on updated and detailed evidence compared to the 2008 analysis. *Compare* AR 1419–29 *with* AR 5034–42. And it was those characteristics—not just the presence of populations known in 2008 but not 1989—on which the Service justified the downlisting. AR 187 ("While we recognize the large loss of the historical range, the current range is much larger than originally thought when the species was listed *and* there are several large populations with relatively good genetic diversity and relatively low current risks." (emphasis added)).

So even if the decreased reliance on the beetle's decline from its historic range can fairly be characterized as a policy change, the Service satisfied the legal standard. It "displayed awareness" of the prior analysis,[23] throughout the 2019 report by recounting the evidence of population change "since 2008."[24] And a "reasoned explanation" for the reduced reliance[25] appears in the final rule and throughout the administrative record. *See* AR 187, 1419–29. Reliance on relevant new data is a powerful explanation for policy change. *See Mingo Logan Coal Co. v. EPA*, 829

---

[23] *Standing Rock Sioux Tribe v. U.S. Army Corps of Eng'rs*, 255 F. Supp. 3d 101, 142 (D.D.C. 2017) (quotation omitted).

[24] *See* AR 1404, 1405, 1406, 1419, 1422, 1423, 1441, 1442, 1457.

[25] *Standing Rock*, 255 F. Supp. 3d at 142.

F.3d 710, 727 (D.C. Cir. 2016).

The same is true of the Service's land-use analysis.  In 2008, the Service analyzed the beetle's "[e]cosystem conditions at the [s]tate level."  AR 5050–52; *see also* AR 5052–56 (applying that evidence to a listing factor).  In 2019, it considered those conditions for each analysis area—that is, at a much more granular level.  *See* AR 1383–97.  It summarized that new information in the final rule, concluding that land-use changes "are not known to currently cause population-level impacts" in the Northern and Southern Plains, and that active management techniques in New England offset such threats.  AR 192.  Again, that explanation "relying on new data" is "sufficient."  *Mingo Logan Coal*, 829 F.3d at 727.

That explanation also rebuts Plaintiff's claim that the Service inexplicably ignored its prior statements implying that habitat-related conservation measures are indispensable.  Although the 2008 review reasoned that "population viability appears to be reliant to some degree upon continuing habitat management and/or provision of carrion," AR 5061, that conclusion was superseded by the more current, detailed data suggesting that, at least in the plains regions, that relevant-term population viability does not depend on those factors.  *See* AR 192, 1383–97.  And in New England, where the situation is different, the Service explained that active "management is expected to continue into the foreseeable future."  AR 192.

As for climate change, Plaintiff's arguments are reheated versions of its prior contentions.  As the Court's prior discussion makes clear, the Service did not "fail[ ] to account for" climate change, ECF No. 21-1 at 39; it analyzed the issue exhaustively.[26]  It did not consider the evidence of climate-change threats sufficient to support an "endangered" designation because, under its interpretation of the ESA, the threats are not likely to materialize soon enough.  AR 187.  Its

---

[26] *See* AR 183–86, 190–92, 1475–97.

prediction was based on agreement between multiple forecasting models and the Service's expert weighing of the cumulative impacts of climate change and other risk factors. *See* AR 186, 1475–78, 1497. Its explanation in the record is cogent, and the Court has already found it a permissible construction of the statute. *Supra* Section III.B.

Thus, the analytical differences Plaintiff identifies were all based on new data and explained throughout the administrative record. For that reason, the Court can easily "discern the agency's path." *Inv. Co. Inst.*, 720 F.3d at 376 (quotation omitted). Accordingly, the record here is very different from those in the cases on which Plaintiff relies.

Take *Humane Society of the United States v. Zinke*, 865 F.3d at 605–07, for example. Plaintiff calls that case "closely analogous." ECF No. 30 at 36. But the Service had there failed to consider—at all—the "immense losses in the [species'] historical range." *Humane Soc'y*, 865 F.3d at 606. Indeed, the Service "[did] not deny" that it had not considered such evidence, and the D.C. Circuit held that it was an indispensable part of an adequate analysis. *Id.* In other words, *Humane Society* is not even a case in which the Service *changed* the significance it attached to a species' retreat from its historical range—let alone one where the updated analysis was explicitly based on new information about the characteristics of extant populations. And so it does not advance Plaintiff's position here.

Or consider *Center for Biological Diversity v. Zinke*, 900 F.3d 1053, 1069–72 (9th Cir. 2018). The problem the Ninth Circuit identified there was that the Service "based [its] determination largely on a study" even though it had earlier concluded that the same study was insufficient. *Id.* at 1070. As the Ninth Circuit put it, the Service had failed to "provid[e] any additional evidence or scientific studies demonstrating" what it belatedly considered credible. *Id.* On another, similar question, however, the court deemed it a sufficient explanation that the Service had "relie[d]

primarily on the same information" but *also* a fresh analysis from another scientist.  *Id.* at 1071.

That case amply supports the Court's conclusion here, where the record shows a much more thorough reliance on new information never before considered.

So too with *Center for Biological Diversity v. Haaland*, 998 F.3d 1061, 1067–70 (9th Cir. 2021).  In that case, the Service had determined that a species should be listed as at least threatened in a 45-page document that "contained specific findings, replete with citations to scientific studies and data, that detailed the multiple stressors facing the [species] and explained why those findings justified listing."  *Id.* at 1064–65, 1068.  Then it disclaimed that conclusion in a "3-page" decision document that the court called "spartan" and characterized as "containing a general summary of the threats facing the [species] and the agency's new uncertainty on the imminence and seriousness of those threats."  *Id.* at 1068.  Here, by contrast, the updated analysis in the 2019 is much more detailed and specific than that in the 2008 report, and the Service explained how the information informed its conclusions in the final rule.

<div align="center">*     *     *</div>

Because the Service explicitly supported its analysis with "new, [more ]specific findings," *see Ark Initiative*, 816 F.3d at 130, the Court finds that it has "cogently explain[ed]" any analytical differences between the 2008 review and the 2019 report, *see State Farm*, 463 U.S. at 48.  That conclusion follows not only from the final rule, but also from "the administrative record as a whole."  *Nat. Res. Def. Council*, 71 F. Supp. 3d at 58.  So even if the analytical differences represent policy changes that require explanation, the Service has satisfied the legal standard.  Thus, the Service entitled to summary judgment on Counts I and II of Plaintiff's complaint, ECF No. 1 at 19–21, insofar as those counts assert otherwise.

### D.      Plaintiff Has Not Shown that the Section 4(d) Rule Is Arbitrary or Capricious

Finally, Plaintiff challenges another aspect of the rule.  Its primary position, as reflected in

the Court's prior analysis, is that the beetle should be listed as endangered. Alternatively, though, it contends that the Service must protect the beetle with a more stringent rule under Section 4(d) of the ESA even if the beetle remains listed as threatened. ECF No. 21-1 at 42–46. Plaintiff attacks the Service's Section 4(d) rule on two grounds: first, the need for greater protections, and second, the adequacy of the Service's explanation. Neither is persuasive.

### 1. The Findings Supporting the Section 4(d) Rule Have a Substantial Factual Basis

Plaintiff's first argument again concerns the beetles in the Southern Plains. *See* ECF No. 21-1 at 42–45. It points out that beetles there enjoy conservation measures inferior to those employed in the Northern Plains and New England. *See id.* at 43. Specifically, it observes, beetles in those regions are protected against incidental takings, while that is true only for Southern Plains beetles in "certain narrowly defined 'conservation lands.'" *Id.* (quoting AR 196). But, Plaintiff says, such protections are unnecessary because "land-disturbing activities [such] as oil and gas development, timber cutting, and agricultural conversion" are already prohibited there. *Id.* Meanwhile, beetles in other parts of the Southern Plains need—and lack—protection. *See id.* at 43–45.

In Plaintiff's view, the need for more protection in the Southern Plains stems from the beetle's vulnerability to "habitat loss from soil disturbing activities." ECF No. 21-1 at 44. It points out that the Service found in 2008 that habitat destruction in part of the Southern Plains "is likely to have contributed to the decline of the area's [beetle] population." *Id.* (quoting AR 5053). Similarly, it notes that the Service has more recently confirmed that "the primary threat to beetles in the Southern Plains . . . is habitat loss from soil disturbing activities." *Id.* (citing AR 1386–89). So, it contends, a failure to protect the beetle from soil-disturbing activities in that region, *i.e.*, "a green light to unrestricted tak[ings]," violates both the ESA and the APA by disregarding "the evidence before the agency." *Id.* at 45 (quoting *State Farm*, 463 U.S. at 43).

The Service characterizes Plaintiff's view as "based on . . . outdated information." ECF No. 24-1 at 47. In fact, it says, the beetle faces "dramatically different [risks] in different geographic regions." *Id.* Specifically, it contends that Southern Plains beetles are much less vulnerable to habitat loss than beetles in other regions, and so do not require additional protection against that risk. *Id.* at 47–48 (citing AR 194–95). It points to its finding that Southern Plains beetles exist in "large areas of known and potential habitat" that "buffer the effects of most land-use changes." *Id.* at 48 (citing AR 1385, 1401, 1471).

Recall that the ESA directs the Service to craft Section 4(d) rules that it "deems necessary and advisable" for the "conservation of [threatened] species." 16 U.S.C. § 1533(d). That language delegates to the Service "the responsibility of determining what measures" to enact. *Polar Bear II*, 818 F. Supp. 2d at 230. In claiming the Service "exceeded [its] authority or abused [its] discretion in issuing the [rule]," *Tenn. Valley Auth. v. Hill*, 437 U.S. 153, 172–73 (1978), Plaintiff faces an uphill climb. Without "specific reasons to discredit [an agency's] factual findings," this Court must "defer to the agency." *Apache Powder Co. v. United States*, 968 F.2d 66, 71 (D.C. Cir. 1992). When the findings implicate "scientific considerations," the agency's "technical expertise and experience" require the Court to "defer to its analysis unless it is without a substantial basis in fact." *Tripoli Rocketry Ass'n, Inc. v. ATF*, 437 F.3d 75, 83 (D.C. Cir. 2006) (quotation omitted).

Plaintiff's attempt to show that the Section 4(d) rule will not conserve the beetle in the Southern Plains is based only on its own contrary interpretations of evidence the Service considered. Plaintiff calls "habitat loss from soil disturbing activities" in the Southern Plains a "primary threat" to the beetle. ECF No. 21-1 at 44. But no matter where that threat ranks among potential perils, the Service found that the current absolute risk is "low," AR 194, based on its analysis of evidence suggesting that only small fractions of the relevant habitat areas are susceptible to urban

expansion, agricultural development, and oil-and-gas activity, *see* AR 1385–89.  Similarly, Plaintiff points out that many beetles in the Southern Plains live on privately owned land.  ECF No. 21-1 at 44.  That may be, but the Service expressly acknowledged that "[m]ost populations" live "on private lands," AR 1397, and yet concluded that beetles in the two most important analysis areas in the Southern Plains were sufficiently distributed throughout the area that they are at least moderately resilient, *see* AR 1423–24.  For that reason and others, the Service concluded that "impacts to habitat are not likely to affect the viability of the species" in the Southern Plains.  AR 195.

Because Plaintiff identifies only evidence that is thoroughly addressed in the final rule and the 2019 report, the Court concludes that the Service's findings have a substantial basis in fact.  Thus, the Court cannot find that the Service erred in finding the Section 4(d) rule "necessary and advisable to provide for the conservation" of the beetle.  16 U.S.C. § 1533(d).

### 2.    The Service Adequately Explained the Challenged Features of the Section 4(d) Rule

Plaintiff also finds fault with the Service's stated rationale for its Section 4(d) rule.  ECF No. 21-1 at 45–46.  The Service explained that it did not prohibit incidental takings in the Southern Plains outside of "conservation lands" because the beetles there face "low risks" from "land development."  AR 194.  It quantified that risk by projecting a "permanent loss of habitat . . . due to urban and agricultural expansion [at] less than 2 percent."  *Id.*  Separately, it provided a more specific estimate: 1.2 percent.  *See* AR 183.  Moreover, it said that conservation lands "provide relatively large protected areas of habitat with good populations [of beetles]."  AR 194.  It concluded that those populations, when protected against incidental takings, are "compatible with recovery for the" species in the Southern Plains.  AR 194–95.

Plaintiff advances three reasons why that explanation is insufficient.  First, it claims that the rule protects only beetles who already face *no* risk from land development, and so the decision

to apply protections against land development only to such beetles means that the desire to guard against that risk cannot explain the Service's decision.  ECF No. 21-1 at 45.  Second, it says the two-percent figure fails to define "permanent" and "conspicuously excludes oil and gas operations," which it says have harmed the beetle.  *Id.* at 46 (citing AR 5053).  Third, it argues that the two-percent figure lacks an explanation why it "is inconsequential to the survival and recovery of the species" and missing geographic and temporal specificity.  *Id.*  For those reasons, it argues that the Service has failed to articulate an "intelligible decisional standard."  *Id.* (quoting *Cnty. of L.A. v. Shalala*, 192 F.3d 1005, 1021 (D.C. Cir. 1999)).

The Service explicitly disputes the first two points.  On the first, it says Plaintiff disregards its region-specific land-use analysis.  *See* ECF No. 24-1 at 41 (citing AR 183, 1383–1397).  It conferred greater protections on beetles in the Northern Plains, it says, because it predicts "more effects from land-use changes" there.  *See id.* (citing AR 192–95).  And it explains the disparity between Southern Plains beetles on and off conservation lands by pointing out (1) that land development can occur there, *id.* at 48 (citing AR 183, 194), and (2) that those areas "have higher concentrations of the [beetle] than other areas in the Southern Plains," *id.* at 48–49 (citing AR 1387).  On the second point, it says its rule defined temporary effects as those that "allow for population recovery in the affected area in later years" and permanent ones as those that do not.  *See* ECF No. 33 at 25 n.10 (citing AR 190, 1356, 1436).  And it claims that oil and gas operations impact only a small part of Southern Plains habitats.  *See* ECF No. 24-1 at 48 (citing AR 1385, 1401).  The Service does not directly respond to the third point, but it does contrast the 1.2 percent figure with figures from other regions, such as "five to fifteen percent" for the Northern Plains.  *See id.* at 47–48 (citing AR 194).

Again, the Court asks whether it can "reasonably . . . discern" "the agency's path."  *State*

*Farm*, 463 U.S. at 43 (quotation omitted). The Service's job was to "articulate an *adequate* explanation for its action." *U.S. Sugar Corp. v. EPA*, 830 F.3d 579, 628 (D.C. Cir. 2016) (quotation omitted and alterations adopted). So the Court should interpret the explanation "in context" and cannot demand perfect reasoning. *Id.* at 642. The Court must also consider "the record as a whole." *Id.* at 666. An agency's explanation fails under this standard if it "entirely fail[ed] to consider an important aspect of the problem," "relied on [irrelevant] factors," or "runs counter to the evidence." *Mingo Logan Coal*, 829 F.3d at 719 (quoting *State Farm*, 463 U.S. at 43).

Plaintiff's first reason for questioning the explanation fails to identify an explanatory defect. Plaintiff does not support its assertion that "land-disturbing activities" are already prohibited in conservation lands, meaning that the Section 4(d) rule's protections there "serve[ ] little purpose." ECF No. 21-1 at 43. The final rule explicitly recognizes that activities that could cause incidental takings may occur on conservation lands; it exempts such activities if they comply "with a Service-approved integrated natural resources management plan." AR 193. The Service also explained that conservation areas in the Southern Plains are especially important because they "provide relatively large protected areas of habitat with good populations." AR 194. The 2019 report supported that finding by noting, for example, that a concentration of beetles in the most important analysis area in the Southern Plains includes a conservation area. *See* AR 1387. Meanwhile, some evidence suggested that the beetle's current population is sparser in the parts of that analysis area "more affected by habitat loss and alteration," areas closer to cities and farms. *See* AR 1388. Given that the stated objective of the Section 4(d) rule was to "tailor . . . protections" to avoid restricting "activities that have only minor or temporary effects and are unlikely to affect the [beetle's] resiliency," AR 193, it was reasonable to focus protections on the areas considered most likely to have important beetle populations. In other words, the agency articulated a rational

connection between the facts it found and the choice it made.  *See State Farm*, 463 U.S. at 43.

Plaintiff's second reason is even more easily rejected.  It is strange to complain that the agency fails to explain what it means by a common term—"permanent"—that has only one potential meaning in this context: "[c]ontinuing or designed to continue or last indefinitely without change."[27]  Anyway, the record makes it clear that a permanent habitat loss is one that will not be "restored to suitable [beetle] habitat within five years."  AR 1388 (defining "temporarily" just after using the term "permanently" in the same context).  Nor is the figure's exclusion of oil-and-gas-related effects especially "[c]onspicuous."  *Contra* ECF No. 21-1 at 46.  The Service found that, even in the part of the Southern Plains where such activity is "locally high," its effects are "minor compared to agricultural land uses."  AR 1388.  Thus, when the Service noted that "[t]he combined permanent loss of habitat projected due to urban and agricultural expansion is less than 2 percent," AR 194, its meaning was reasonably discernible and there is no basis for thinking that it disregarded an important aspect of the problem.[28]  *See State Farm*, 463 U.S. at 43.

Plaintiff's third reason also cannot defeat the Service's explanation.  True, the Service did not explain in the final rule exactly why it equated the "less than 2 percent" figure with "low risk."

---

[27] 3 Oxford English Dictionary (2d ed. 1989) (Mar. 2023 update), https://perma.cc/CLE4-JRU4.

[28] Plaintiff does not point to any evidence suggesting that the Service erroneously concluded that oil-and-gas extraction has only minor impacts on Southern Plains beetles.  It says the 2008 review "specifically found that such operations have been harmful to the beetle."  ECF No. 21-1 at 46 (citing AR 5053).  The review, however, merely suggested that such operations were responsible for annually "affecting" roughly 4,500 acres of potential habitat in Oklahoma.  AR 5053.  The 2019 report updated and analyzed a comparable figure, noting that under the "Industry Conservation Plan" now in place, "357 acres of occupied or assumed [beetle] habitat have been permanently impacted . . . 602 acres have been converted to another habitat type . . . still suitable for the [beetle], and 1,459 acres [have been] impacted temporarily."  AR 1388.  Plaintiff never explains why those figures are so significant that the Service's explanation relying on a figure that does not include those effects falls below the legal standard.  And such an explanation would be dubious given the millions of acres of habitat in the Southern Plains.  *See infra* note 29.

*See* AR 194; ECF No. 21-1 at 46.  But in the 2019 report, it pointed out that, in the Arkansas River analysis area, even habitat loss (including temporary impacts) much more severe than that predicted under the more dire potential scenario would "still leave[ ] about 10,739,971 acres of suitable habitat."  AR 1459.  That analysis area is especially significant because it has the "[l]argest amount of suitable habitat," of which over 8 million acres are "favorable habitat."  AR 1459–60. And in the other two analysis areas, similar investigation predicted that, at worst, suitable habitat would remain between 1.5 and 2 million acres.  *See* AR 1456–57, 1460–61.  In other words, the projected land-use changes are not just small in *relative* terms; their *absolute* impact would leave what the Service described as a "high" amount of favorable habitat.  *See* AR 1460.[29]

Besides, it is self-evident that 1.2 percent is a small figure.  That is especially true when contrasted with a figure the Service *did* consider sufficient to warrant protections against incidental takings: 5 to 15 percent in the Northern Plains.  AR 194.  Indeed, one analysis area in the Northern Plains could face impacts to 30 percent of its total habitat, and an island in New England could experience urban expansion affecting as much as 35 percent of its total land area.  *See* AR 1469, 1473.  That juxtaposition is enough to reasonably discern why the agency applied the rule in New England and the Northern Plains but not the Southern Plains.  *See State Farm*, 463 U.S. at 43 (quotation omitted).  The Service need not make every interstitial detail of its analysis explicit as long as a rational factual basis for its judgment appears in the record.  *Cf. Tex. Mun.*

---

[29] It is also inaccurate to suggest that the Service did not "identify where this permanent loss is projected to occur, e.g., whether it is in a particularly important part of the species' remaining range, or over what time frame to which the agency is referring."  ECF No. 21-1 at 46.  For each analysis area, the Service noted the proportions of the projections that were likely to occur on favorable, suitable, conditional, and marginal habitat.  *See* AR 1456–62.  And the scenario on which these projections are based is explicitly a projection of "land use changes by 2099."  AR 1456.  The whole point of the analysis was to synthesize all risk projections, including those based on land-use changes climate change, until 2099.  *See* AR 1497.

*Power Agency v. EPA*, 89 F.3d 858, 869–70 (D.C. Cir. 1996) ("[T]he failure of an agency to iden-tify every detail of a process before it is used does not automatically require judicial interference in matters that must be thought to lie within the agency's expertise.").

\* \* \*

At bottom, Plaintiff offers only reasons why it disagrees with the Service's explanation. But whether or not it has the better view of the evidence, the Service's explanation is reasonably discernible from the record, has a substantial basis in the evidence, and rationally connects the facts found to the choice made. So the Court cannot say that the Section 4(d) rule violates the ESA or is arbitrary and capricious under the APA. The Service is thus entitled to summary judgment on Count III of Plaintiff's complaint, ECF No. 1 at 21.

## IV.   Conclusion

For all the above reasons, the Court will deny Plaintiff's motion for summary judgment and grant Defendants' cross-motion for summary judgment. A separate order will issue.

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: September 30, 2023

| | |
|---|---|
| **From:** | Stubbs, Kevin |
| **To:** | Curtis Creighton |
| **Subject:** | Re: [EXTERNAL] RE: N. Orbicollis research |
| **Date:** | Wednesday, July 15, 2020 1:01:13 PM |

Thanks Curtis, I'm doing well and staying busy from home these days. I couldn't get the Isotope pub to open and really want to read that one, but greatly appreciate the others. The other research you mentioned is important and I will try to help find some funding.

Kevin

918-695-6769

---

**From:** Curtis Creighton <Creighto@pnw.edu>
**Sent:** Tuesday, July 14, 2020 5:35 PM
**To:** Stubbs, Kevin <kevin_stubbs@fws.gov>
**Subject:** [EXTERNAL] RE: N. Orbicollis research

> **This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

Hi Kevin,

I am doing well. Busy as always but hanging in there. Hope you are staying heathy!

I have attached several recent *Nicrophorus* publications, including the one I had mentioned earlier. This is the one where we looked at latitudinal variation in parental and offspring performance as it related to temperature. This study was the basis for what I have been proposing with ABBs. It is my understanding that Carrie and Dan are looking at the effect of temperature only for the Oklahoma population, which is not as informative. We have also done similar latitudinal studies looking at life span, age of maturity and reproductive investment patterns. This study hasn't been written up yet but has yielded some very interesting results. Both experiments suggest strong local adaptation effects in some things but counter-gradient variation for others. Bottom line, I think these type of studies need to be done with ABBs, especially in regards to re-introduction attempts and climate change issues. Of course, I would be happy to do them!

I have also attached the paper where we used stable isotopes to evaluate the breeding carrion base for Oklahoma burying beetles. We are able to show that in Oklahoma, small mammals are very important for ABBs, and birds not so much. Sample sizes were too small to distinguish which small mammals are important but that is the next step, if we get the money to do it. I have talked to Mark Howery about getting some funding (maybe you can help?) to carry out the work. We would look at current carrion use in a similar fashion to the attached study but with larger sample sizes plus we would use museum collections to evaluate the change in carrion base over time and geographic area. This work would be done with Hayley Lanier at the OU museum of Natural History and my colleague Liz Flaherty from Purdue. We have also done a similar study (not published yet) with Nantucket and Block Island beetles. Those results were a bit different than Oklahoma beetles (especially in the use of birds), and that study should be submitted soon. I will be happy to send it along when it is done.

I have also attached a recent publication looking at the gut fauna of a burying beetle species. This

FWS000141

also was done my one of my MS students. We have a second manuscript looking at the effect of parental care on offspring gut microbes that is currently in review. Maybe not as directly related to ABB management strategies but interesting and informative, none the less.

I would be more than happy to chat more about these potential projects. I think both are critical to understanding the beetle and developing a sound management and recovery approach.

Cheers,

Curtis

***************************

Curtis Creighton
Department of Biological Sciences
Purdue University Northwest
Hammond, IN 46323
Telephone: 219.989.2617
Lab page
***************************

**From:** Stubbs, Kevin <kevin_stubbs@fws.gov>
**Sent:** Wednesday, July 8, 2020 10:44 AM
**To:** Curtis Creighton <Creighto@pnw.edu>
**Subject:** Re: N. Orbicollis research

> **CAUTION:** This email originated from outside of the PNW environment. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Curtis, I hope your doing well and just checking to see if any of the orbicollis masters thesis research was ever published. You said you were close to submitting in 2017 and just seeing if we need to update any information or citations.

Kevin

918-695-6769

---

**From:** Curtis Creighton <Creighto@pnw.edu>
**Sent:** Tuesday, July 25, 2017 2:13 PM
**To:** Stubbs, Kevin <kevin_stubbs@fws.gov>
**Subject:** RE: N. Orbicollis research

Hi Kevin,

We are close to submitting but not quite there. I will send you a reprint as soon as one is available, though.

Best,

Curtis

**From:** Stubbs, Kevin [mailto:kevin_stubbs@fws.gov]
**Sent:** Monday, July 17, 2017 11:19 AM
**To:** Curtis Creighton <Creighto@pnw.edu>
**Subject:** N. Orbicollis research

The lab study with temperatures for reproduction has been very helpful. Has any of this masters work been published yet?

Kevin

918-382-4516

FWS000142

**JA-100**

## DEPARTMENT OF THE INTERIOR

### Fish and Wildlife Service

### 50 CFR Part 17

**[Docket No. FWS–R2–ES–2018–0029; FXES11130900000 189 FF09E42000]**

**RIN 1018–BD46**

### Endangered and Threatened Wildlife and Plants; Reclassifying the American Burying Beetle From Endangered to Threatened on the Federal List of Endangered and Threatened Wildlife With a 4(d) Rule

**AGENCY:** Fish and Wildlife Service, Interior.

**ACTION:** Proposed rule and 12-month petition finding; request for comments.

**SUMMARY:** Under the authority of the Endangered Species Act of 1973, as amended (Act), we, the U.S. Fish and Wildlife Service (Service), propose to reclassify the American burying beetle (*Nicrophorus americanus*) from endangered to threatened on the Federal List of Endangered and Threatened Wildlife (List). This determination is based on a thorough review of the best available scientific and commercial information, which indicates that the threats to this species have been reduced to the point that it no longer meets the definition of an endangered species under the Act, but is likely to become endangered within the foreseeable future. We are also proposing a rule under section 4(d) of the Act to provide for the conservation of the species. Many routine activities in the species' range will not be regulated if this proposal is finalized because these practices will not affect the overall viability of the American burying beetle. We are soliciting additional data and information that may assist us in making a final decision on this proposed action. This document also serves as the 12-month finding on a petition to remove this species from the List.

**DATES:** We will accept comments received or postmarked on or before July 2, 2019. Please note that if you are using the Federal eRulemaking Portal (see **ADDRESSES**), the deadline for submitting an electronic comment is 11:59 p.m. Eastern Time on this date. We must receive requests for public hearings, in writing, at the address shown in **FOR FURTHER INFORMATION CONTACT** by June 17, 2019.

**ADDRESSES:** *Written comments:* You may submit comments by one of the following methods:

(1) *Electronically:* Go to the Federal eRulemaking Portal: *http:// www.regulations.gov.* In the Search box, enter FWS–R2–ES–2018–0029, which is the docket number for this rulemaking. Then, click on the Search button. On the resulting page, in the Search panel on the left side of the screen, under the Document Type heading, click on the Proposed Rules link to locate this document. You may submit a comment by clicking on "Comment Now!"

(2) *By hard copy:* Submit by U.S. mail or hand-delivery to: Public Comments Processing, Attn: FWS–R2–ES–2018–0029, U.S. Fish and Wildlife Service, MS: BPHC, 5275 Leesburg Pike, Falls Church, VA 22041–3803.

We request that you send comments only by the methods described above. We will post all comments on *http:// www.regulations.gov.* This generally means that we will post any personal information you provide us (see *Public Comments,* below, for more information).

*Copies of documents:* This proposed rule and supporting documents are available on *http://www.regulations.gov.* In addition, the supporting file for this proposed rule will be available for public inspection, by appointment, during normal business hours, at the Oklahoma Ecological Services Field Office, 9014 East 21st St., Tulsa, OK 74129; telephone 918–382–4500.

**FOR FURTHER INFORMATION CONTACT:** Jonna Polk, Field Supervisor, U.S. Fish and Wildlife Service, Oklahoma Ecological Services Field Office, 9014 East 21st St., Tulsa, OK 74129; telephone 918–382–4500. Persons who use a telecommunications device for the deaf (TDD) may call the Federal Relay Service at 800–877–8339.

**SUPPLEMENTARY INFORMATION:**

### Executive Summary

*Why we need to publish a rule.*
Under the Act, a species may warrant reclassification from endangered to threatened if it no longer meets the definition of endangered (in danger of extinction). The American burying beetle is listed as endangered, and we are proposing to reclassify the American burying beetle as threatened because we have determined it is not currently in danger of extinction. Reclassifications can only be made by issuing a rulemaking. Furthermore, changes to the prohibitions relevant to this species, such as those we are proposing for this species under a section 4(d) rule, can only be made by issuing a rulemaking.

*The basis for our action.*
Under the Act, we may determine that a species is an endangered or threatened species based on any one or a combination of five factors: (A) The present or threatened destruction, modification, or curtailment of its habitat or range; (B) overutilization for commercial, recreational, scientific, or educational purposes; (C) disease or predation; (D) the inadequacy of existing regulatory mechanisms; or (E) other natural or manmade factors affecting its continued existence. We have determined that the American burying beetle is not currently at risk of extinction and, therefore, does not meet the definition of endangered. However, due to continued threats from increasing temperatures and ongoing land use changes, we find that the American burying beetle is likely to become an endangered species within the foreseeable future throughout all of its range.

*We are proposing to promulgate a section 4(d) rule.*
The Service proposes to prohibit all intentional take of the American burying beetle and specifically tailor the prohibition of incidental take to the three geographic areas that the American burying beetle occupies. In the New England and Northern Plains analysis areas, incidental take under the proposed rule is only prohibited in suitable habitat when the take is the result of soil disturbance. However, we propose an exception for any incidental take associated with ranching and grazing activities. In the Southern Plains analysis areas, incidental take is not prohibited unless it occurs on defined conservation lands. However, we propose an exception for any incidental take that occurs on conservation lands while conducting activities that are in compliance with a Service-approved management plan. Federally implemented, funded, or permitted actions would continue to be subject to the requirements of section 7 of the Act.

### Information Requested

*Public Comments*

We want any final rule resulting from this proposal to reflect full consideration of all relevant issues and be as effective as possible. Therefore, we invite tribal and governmental agencies, the scientific community, industry, and other interested parties to submit comments or recommendations concerning any aspect of this proposed rule. Comments should be as specific as possible.

To issue a final rule to implement this proposed action, we will take into consideration all comments and any additional information we receive. Such communications may lead to a final rule

that differs from this proposal, *i.e.*, a final rule could leave the species listed as endangered, reclassify the species as threatened, or remove the species from the List. All comments, including commenters' names and addresses, if provided to us, will become part of the supporting record.

We specifically request comments on:

(1) New information on the historical and current status, range, distribution, and population size of the American burying beetle, including the locations of any additional populations.

(2) New information on the known, potential, and future threats to the American burying beetle, particularly any projected quantities and locations of potential threats to the American burying beetle or its habitat. For example, we request any information that would allow us to better project the potential future impacts of wind development, including scientific assessments of how much potential habitat could be lost. Better assessments of future land use and industry development could allow us to develop more accurate assessments of risks and potential exemptions associated with the proposed rule under section 4(d) of the Act (16 U.S.C. 1531 *et seq.*), which we refer to as our proposed "4(d) rule," below.

(3) The temperature range in which the species will or will not persist long term.

(4) Any available data on the effects climate change may have on the ecosystem on which this species depends, particularly information related to a future northward shift of this ecosystem.

(5) New information regarding the life history, ecology, and habitat use of the American burying beetle.

(6) Information on a potential acreage threshold level below which the prohibitions in the proposed 4(d) rule would not be necessary and advisable for the conservation of American burying beetle.

Please note that submissions merely stating support for or opposition to the action under consideration without providing supporting information, although noted, will not be considered in making a determination, as section 4(b)(1)(A) of the Act (16 U.S.C. 1533(b)(1)(A)) directs that determinations as to whether any species is an endangered or threatened species must be made "solely on the basis of the best scientific and commercial data available."

You may submit your comments and materials concerning the proposed rule by one of the methods listed in **ADDRESSES**. Comments must be

submitted to *http://www.regulations.gov* before 11:59 p.m. (Eastern Time) on the date specified in **DATES**. We will not consider hand-delivered comments that we do not receive, or mailed comments that are not postmarked, by the date specified in **DATES**.

We will post your entire comment—including your personal identifying information—on *http://www.regulations.gov*. If you provide personal identifying information in your comment, you may request at the top of your document that we withhold this information from public review. However, we cannot guarantee that we will be able to do so.

Comments and materials we receive, as well as supporting documentation we used in preparing this proposed rule, will be available for public inspection on *http://www.regulations.gov*, or by appointment, during normal business hours at the U.S. Fish and Wildlife Service, Oklahoma Ecological Services Field Office (see **FOR FURTHER INFORMATION CONTACT**).

*Public Hearing*

Section 4(b)(5)(E) of the Act provides for a public hearing on this proposed rule, if requested. We must receive requests for a public hearing, in writing, at the address shown in **FOR FURTHER INFORMATION CONTACT** by the date shown in **DATES**. We will schedule a public hearing on this proposal, if requested, and the place of the hearing, as well as how to obtain reasonable accommodations, in the **Federal Register** at least 15 days before the hearing.

*Peer Review*

In accordance with our policy, "Notice of Interagency Cooperative Policy for Peer Review in Endangered Species Act Activities," which was published on July 1, 1994 (59 FR 34270), we solicited the expert opinion of appropriate independent specialists regarding scientific data and interpretations contained in the Species Status Assessment Report (SSA Report) (Service 2019; available at *http://www.regulations.gov* under Docket No. FWS–R2–ES–2018–0029) supporting this proposed rule. The purpose of such review is to ensure that our decisions are based on scientifically sound data, assumptions, and analysis. We have incorporated feedback from the peer review in the SSA Report (Service 2019).

**Background**

Section 4(b)(3)(B) of the Act requires that, for any petition to revise the Federal Lists of Endangered and

Threatened Wildlife and Plants that contains substantial scientific or commercial information that reclassifying a species may be warranted, we make a finding within 12 months of the date of receipt of the petition ("12-month finding"). In this finding, we determine whether the petitioned action is: (1) Not warranted, (2) warranted, or (3) warranted, but immediate proposal of a regulation implementing the petitioned action is precluded by other pending proposals to determine whether species are endangered or threatened, and expeditious progress is being made to add or remove qualified species from the Federal Lists of Endangered and Threatened Wildlife and Plants. We must publish these 12-month findings in the **Federal Register**. This document represents:

• Our 12-month not-warranted finding on an August 21, 2015, petition to remove the American burying beetle from the List (that is, to "delist" this species);

• Our proposed determination that the American burying beetle no longer meets the definition of endangered under the Act;

• Our proposed determination that the American burying beetle meets the definition of threatened under the Act;

• Our proposed rule to reclassify the American burying beetle from endangered to threatened on the Federal List of Endangered and Threatened Wildlife; and

• Our proposed 4(d) rule that outlines the proposed prohibitions applicable to the conservation of the American burying beetle.

*Previous Federal Actions*

We published a final rule to list the American burying beetle as an endangered species under the Act on July 13, 1989 (54 FR 29652). We issued a recovery plan on September 27, 1991. We completed a status review ("5-year review") under section 4(c)(2)(A) of the Act for the American burying beetle on June 16, 2008. The 5-year review recommended that this species remain classified as endangered (Service 2008).

On August 21, 2015, we received a petition dated August 18, 2015, from the American Stewards of Liberty, the Independent Petroleum Association of America, the Texas Public Policy Foundation, and Dr. Steven W. Carothers requesting that the American burying beetle be removed from the List. The petition claims that the threats to the species do not support a conclusion that the species is at risk of extinction now or in the foreseeable future. The Service published a 90-day finding on

March 16, 2016 (81 FR 14058), that the petition contained substantial scientific or commercial information indicating that the petitioned action may be warranted. The Independent Petroleum Association of America, American Stewards of Liberty, and Osage Producers Association filed a lawsuit on September 21, 2017, challenging the Service's failure to make a 12-month finding on their petition. The parties have settled this lawsuit, with the Service agreeing to deliver a 12-month finding on the petition no later than April 30, 2019. This document serves as our 12-month finding on the August 18, 2015, petition to remove the American burying beetle from the List.

### Species Status Assessment for American Burying Beetle

We prepared a species status assessment (SSA) for the American burying beetle (Service 2019), which includes a thorough review of the species' taxonomy, natural history, habitats, ecology, populations, and range. The SSA analyzes individual, population, and species requirements, as well as factors affecting the species' survival and its current conditions, to assess the species' current and future viability in terms of resiliency, redundancy, and representation.

We define viability as the ability of a species to persist and to avoid extinction over the long term. Resiliency refers to the population size and demographic characteristics necessary to endure stochastic environmental variation (Shaffer and Stein 2000, pp. 308–310). Resilient populations are better able to recover from losses caused by random variation, such as fluctuations in recruitment (demographic stochasticity), variations in rainfall (environmental stochasticity), or changes in the frequency of wildfires. Redundancy refers to the number and geographic distribution of populations or sites necessary to endure catastrophic events (Shaffer and Stein 2000, pp. 308–310). As defined here, catastrophic events are rare occurrences, usually of finite duration, that cause severe impacts to one or more populations. Examples of catastrophic events include tropical storms, unusually high or prolonged floods, prolonged drought, and unusually intense wildfire. Species that have multiple resilient populations distributed over a larger landscape are more likely to survive catastrophic events, because not all populations would be affected. Representation refers to the genetic diversity, both within and among populations, necessary to conserve long-term adaptive capability (Shaffer and Stein 2000, pp. 307–308).

Species with greater genetic diversity are more able to adapt to environmental changes and to colonize new sites.

The SSA Report (Service 2019) provides the scientific basis that informs our regulatory determination as to whether or not this species should be listed as an endangered or a threatened species under the Act. This decision involves the application of standards within the Act, the Act's implementing regulations, and Service policies (see *Finding and Proposed Determination,* below). The following discussion is a summary of the results and conclusions from the SSA Report (Service 2019). We have solicited and incorporated peer review of the draft SSA Report (Service 2019) from objective and independent scientific experts.

### Description

The American burying beetle (*Nicrophorus americanus*) is a member of the beetle family Silphidae (subfamily Nicrophorinae); these beetles bury vertebrate carcasses for reproductive purposes and exhibit parental care of young. The genus *Nicrophorus* contains about 70 species worldwide, of which 15 occur in North America (Peck and Kaulbars 1987, entire). Globally, burying beetles are restricted to temperate climates, and high elevations in tropical climates (Arnett 1946; Howden & Peck 1972; Cornaby 1974; Anderson & Peck 1985; Young 1978;; Peck & Anderson 1985; Trumbo 1990; Ruddiman 2001; Sikes & Venables 2013). The American burying beetle is the largest silphid (carrion beetle) in North America, reaching 1.0 to 1.8 inches (25 to 35 centimeters) in length (Anderson 1982, p. 362; Backlund and Marrone 1997, p. 53). The beetles are black with orange-red markings. The American burying beetle is native to at least 35 States in the United States, covering most of temperate eastern North America, and the southern borders of three eastern Canadian provinces. The species is believed to be extirpated from all but nine States in the United States and is likely extirpated from Canada. Based on the last 15 years of surveys, the American burying beetle is known to occur in portions of Arkansas, Kansas, Oklahoma, Nebraska, South Dakota, and Texas; on Block Island off the coast of Rhode Island; and in reintroduced populations on Nantucket Island off the coast of Massachusetts and in southwest Missouri, where a nonessential experimental population (NEP) was established in 2012 under section 10(j) of the Act (77 FR 16712; March 22, 2012). Reintroduction efforts are also underway in Ohio, but survival of

reintroduced American burying beetles into the next year (successful over-wintering) has not yet been documented. A 2017 report of a potential American burying beetle in Michigan is being investigated. Surveys for American burying beetles in Michigan in 2018 failed to confirm the report, but additional surveys are planned in 2019. While it is possible that additional surveys could result in the location of additional American burying beetles in areas not currently known to support them, it is unlikely that there are viable populations that are not known. Most portions of the historical range have not had a positive survey in over 50 years and over that time period it is likely that the species would have been reported if there was a viable population present.

The American burying beetle is a nocturnal species that lives for only one year. During the daytime, American burying beetles are believed to bury themselves under vegetation litter or into soil (Jurzenski 2012, p. 76). American burying beetles are active from late spring through early fall, occupy a variety of habitats and bury themselves in the soil to hibernate for the duration of the winter. American burying beetles emerge from their winter inactive period when ambient nighttime air temperatures consistently exceed 59 degrees Fahrenheit (°F) (15 degrees Celsius (°C)) (Kozol 1988, p. 11; Kozol 1990c, p. 4; Bedick *et al.* 1999, p. 179; Service 2008, p. 13). Reproduction occurs in the spring to early summer after this emergence. New adult beetles or offspring (called tenerals), usually emerge in summer, over-winter (hibernate) as adults, and comprise the breeding population the following summer (Kozol 1988, p. 2; Amaral *et al.* 2005, pp. 30, 35).

### Summary of Species Requirements

#### Requirements of Individuals

Adults and larvae depend on dead animals (carrion), *e.g.,* cotton rats, pheasants, prairie dogs, ground squirrels, etc., for food and moisture. Adults also require adequate soil moisture, appropriate soil temperatures, and appropriate soil particle size to allow them to bury themselves and/or a carcass (see chapter 2 of the SSA Report; Service 2019). Although American burying beetles will use multiple soil types, they have a strong preference for soils with high moisture levels. Burying beetles likely seek moist microhabitats to avoid drying out (Bedick *et al.* 2006; Hoback 2008, pp. 2, 4), but a specific threshold for soil moisture is unknown. Adequate soil moisture levels appear to

be critical for American burying beetles, and they show a strong preference for moist, sandy loam soil with organic matter (Hoback 2008, unpublished). When the nighttime ambient air temperature is consistently below 59 °F (15 °C), American burying beetles bury into the soil and become inactive (Service 1991, p. 11; Scott and Traniello 1989, pp. 34–35; Kozol 1995, p. 11). American burying beetles require adequate soil moisture, temperature, and particle size during this inactive phase as well (Bedick *et al.* 2004, p. 28).

Carrion selection for food can include an array of available carrion species and sizes, as well as feeding through capturing and consuming live insects (Service 1991, p. 11) and eating fly larvae when encountered on a carcass (Trumbo 1994, p. 247).

Population and Species Requirements

For reproduction, American burying beetles need appropriately sized carrion, access to mates, and suitable soils. American burying beetles are nocturnal and must find and bury the carcass in one night. Carrion sources that American burying beetles have been documented using for reproduction include carcasses weighing from 1.7 to 10.5 ounces (48 to 297 grams (g)), but the optimum weight of carcasses is 3.5 to 7.0 ounces (80 to 200 g) (Kozol 1988, pp. 12–13, 25, 36–39, figures 1 and 2; Kozol 1990a, pp. 7–8). Once an appropriate carcass has been found for reproduction, American burying beetles may compete amongst themselves or with other species for control of the carcass until usually only a single dominant male and female burying beetle remain (Springett 1967, p. 56; Wilson and Fudge 1984, entire; Scott and Traniello 1989, p. 34). Once the pair wins the battle for the rights to the carcass, the successful couple buries the carrion, copulates, and constructs an underground cavity called a brood chamber around the carcass, although either sex is capable of burying a carcass alone (Kozol et al. 1988, p. 170).

Once underground, both parents strip the carcass of fur or feathers, roll the carcass into a ball and treat it with secretions that form a brood chamber and retard growth of mold and bacteria. The female American burying beetle lays eggs in the soil adjacent to the carcass (Pukowski 1933, p. 555; Milne 1976, p. 84; Scott and Traniello 1990, p. 274) where the eggs incubate for about 6 days before hatching into larvae that require parental care. Higher ambient temperatures increase egg development rates and reduce incubation times (Damos and Savolpoulou-Soultani 2012). Females reproducing on smaller carcasses produce fewer eggs than females reproducing on larger carcasses (Creighton *et al.* 2009, p. 681; Billman *et al.* 2014a, entire; 2014b, entire). Brood sizes of American burying beetles can sometimes exceed 25 larvae, but 12 to 18 is more typical (Kozol 1990b, entire).

Parental care in the genus *Nicrophorus* is unique because both parents participate in the rearing of young (Pukowski 1933, p. 585; Fetherston *et al.* 1990, entire; Trumbo 1990, p. 9). Larvae of large *Nicrophorus* species are extremely dependent on parental regurgitation and will die before they reach second instar (second stage of larval development) if they receive no parental care (Scott 1998a, p. 602). Additionally, American burying beetles will cull their brood through cannibalism to increase size and survival of larvae in response to a less than adequately sized carcass (Billman *et al.,* 2014a, entire; 2014b, entire). The reproductive process from carcass burial to eclosure (emergence from pupae) is about 30 to 65 days (Kozol 1995, pp. 2, 99: 55–65 days; Kozol 1988, p. 16: 48–65 days; Smith and Clifford 2006, p. 11).

Suitable carrion for reproduction is more likely to be available in properly functioning ecosystems that have diverse vegetative communities and associated potential carrion species. Suitable soils contain the appropriate abiotic elements (*e.g.,* soil temperature, soil moisture, particle size, etc.) that are favorable for excavation and formation of brood chambers. These abiotic elements also contribute to proper growth and development of young.

Areas containing the appropriate abiotic elements must be of sufficient size to support the survival of adequate numbers of individual American burying beetles such that the opportunity to find a mate is not reduced and that the presence and abundance of carrion to support breeding and feeding are uninterrupted. The Service does not currently have information on the minimum size of suitable areas (habitat patch size) needed to maintain a healthy population of American burying beetles. The minimum area needed to support a self-sustaining population varies based on habitat quality factors such as climate, soils, vegetation, carrion availability, predators, and competition.

The American burying beetle lives up to 12–16 months and is dependent upon annual reproduction to sustain extant populations. Sufficiently sized areas also contribute to opportunities for populations to at least remain stable over time. Ideally, areas should be of sufficient size to support a positive growth rate and enable populations to expand over time. These suitable areas also must be connected with other suitable, occupied American burying beetle habitats so that gene flow and genetic diversity are maintained, if not enhanced, and individuals have access to areas with appropriate temperatures, moisture levels, and soil types, when needed, across the landscape.

We generally refer to American burying beetle populations as clustered, localized areas, roughly defined by habitat differences or other geographical features, with inter-breeding individuals. However, there are no clear boundaries separating many of the areas known to be occupied by American burying beetles. For the purposes of this analysis we organized the current range of the American burying beetle into analysis areas that follow broad geographic and ecological patterns: Northern Plains analysis areas, Southern Plains analysis areas, and the New England Analysis Area (see Figure 1). This is the scale of ''populations'' referred to in the analysis of risk factors potentially affecting the species (chapters 4 and 5 in the SSA Report; Service 2019).

**BILLING CODE 4333–15–P**



**American Burying Beetle SSA Analysis Areas**

**Figure 1.** The Southern Plains analysis areas include the Red River, Arkansas River, and Flint Hills analysis areas in Texas, Oklahoma, Kansas, and Arkansas. The Northern Plains analysis areas include the Loess Canyons, Sand Hills, and Niobrara River analysis areas in Nebraska and South Dakota. The New England Analysis Area includes Block Island off the coast of Rhode Island, and a reintroduced population on Nantucket Island off the coast of Massachusetts.

BILLING CODE 4333–15–C

### Review of the Recovery Plan

Section 4(f) of the Act directs us to develop and implement recovery plans for the conservation and survival of endangered and threatened species unless we determine that such a plan will not promote the conservation of the species. Recovery plans identify site-specific management actions that will achieve recovery of the species, measurable criteria that set a trigger for review of the species' status, and methods for monitoring recovery progress.

Recovery plans are not regulatory documents; instead they are intended to establish goals for long-term conservation of listed species and define criteria that are designed to indicate when the threats facing a species have been removed or reduced to such an extent that the species may no longer need the protections of the Act, as well

as actions that may be employed to achieve reaching the criteria. There are many paths to accomplishing recovery of a species, and recovery may be achieved without all criteria being fully met or all actions fully implemented. Recovery of a species is a dynamic process requiring adaptive management that may, or may not, fully follow the guidance provided in a recovery plan.

The American burying beetle recovery plan was approved by the Service on September 27, 1991 (Service 1991). Delisting criteria were not established in the recovery plan. However, for reclassification from endangered to threatened, the recovery plan established a criterion of at least three self-sustaining populations of at least 500 individuals in each of four broad geographical areas of the species' historical range: The Northeast, the Southeast, the Midwest, and the Great Lakes States. The threshold of 500 individuals was developed based on

limited empirical data from Block Island (Service 1991, p. 8) and theoretical conservation biology literature (Franklin 1980; Soule 1980; Salwasser *et al.* 1982) that suggested the effective population number of 500 was the minimum threshold size for a biological population to maintain long-term adaptability. We now understand that a population estimate of 500 adults is probably an inadequate metric for a self-sustaining population of this species, because minimum viable population for most species would be considerably larger than 500 individuals, minimum viable populations thresholds vary by species, and additional empirical data and analysis for American burying beetles suggest a larger threshold may be more appropriate for this species (Reed *et al.* 2003; Amaral *et al.* 2005; p. 36; Brook *et al.* 2006; Flather *et al.* 2011; Wolf *et al.* 2015). However, new population targets for the species have not been developed and would be

different for each population due to differences in habitat and stressors acting on populations. Likewise, conservation of populations in the four broad geographical areas used in the recovery plan may not appropriately address future threats given our current understanding of the species' range and risks to populations (see sections 2.5.4 and 5.4 in the SSA Report; Service 2019). For example, the authors of the recovery plan were not aware of future climate-related risks and current projections indicating that southern portions of the historic range would not be suitable for future recovery (see section 5.4 in the SSA Report; Service 2019). Because we have limited information on actual population estimates by which to measure population resiliency, the primary indicators that we rely on for resiliency are area and condition of habitat, geographic distribution of American burying beetles within analysis areas, relative abundance, and size and number of concentrations of positive surveys within an analysis area (see chapters 4 and 5 in the SSA Report; Service 2019). Thus, the recovery plan information is considered to be out of date (Service 2008), and the SSA Report (Service 2019) provides an updated, revised analysis of current and future risks based on our current understanding of the species' needs.

## Current Status of the Species

Because the American burying beetle completes its life cycle in one year, each year's population levels are largely dependent on the reproductive success of the previous year and reproductive conditions in the current year. Fluctuations are thought to be a function of the abundance of the carrion resources on which the species depends. Therefore, population numbers may be cyclic (due to weather, disease, etc.), with high numbers and abundance in one year, followed by a decline in numbers the succeeding year. Because survey information can fluctuate over time and survey effort is not equal for all analysis areas, the SSA Report (Service 2019) uses a combination of habitat and population factors to evaluate the current status of populations. For each analysis area, a current condition category is assigned based on relative abundance, population distribution, known population trends, availability of suitable habitat, acres of protected areas, and the level of management in protected areas (see section 4.7.1 in the SSA Report; Service 2019). The current condition categories are qualitative estimates of the current status of the species.

### Southern Plains Analysis Areas

We included three separate analysis areas within the Southern Plains analysis areas: Red River Analysis Area, Arkansas River Analysis Area, and Flint Hills Analysis Area. The Red River Analysis Area includes 3,251,894 total acres in portions of Arkansas, Texas, and southeastern Oklahoma near the Red River. Within this area, there are 2,678,406 acres of suitable habitat, 123,779 acres of managed protected lands, and 23,997 acres of multi-purpose protected lands. Managed lands are defined in the SSA Report (Service 2019) as those areas that have management plans that incorporate active management with the primary purpose of maintaining or improving wildlife habitat and are assumed to protect or improve American burying beetle habitat. Multi-purpose protected lands are defined in the SSA Report (Service 2019) as areas managed for mixed purposes and are assumed to include some management for wildlife that would protect or improve American burying beetle habitat. Within the Red River Analysis Area, only the Hugo Wildlife Management Area in Oklahoma is currently known to support American burying beetles, with five captured in 2016. Between 1993 and 1996, the southeastern portion of the Red River Analysis Area supported localized populations with relatively high catch rates of American burying beetles (Creighton *et al.* 2009, p. 40), but catch rates in these areas have declined since the early 2000s, and this area is no longer considered to be occupied. No positive surveys have been documented in the Arkansas or Texas portions of the Red River Analysis Area since 2008, and only eight positive surveys are known in the analysis area (all in Oklahoma) since 2008. Populations in Texas may be extirpated. The current resiliency of the Red River Analysis Area is considered low due to the limited distribution and very low ratios of positive to negative surveys in recent years.

The Arkansas River Analysis Area includes 17,753,431 total acres in portions of Arkansas, Oklahoma, and Kansas. Within this area, there are 14,470,603 acres of suitable habitat, 1,486,002 acres of managed protected lands, and 933,608 acres of multi-purpose protected lands. Protected areas include multiple Federal, State, and private areas, many of which are known to support American burying beetles. There are some positive surveys in all portions of the Arkansas River Analysis Area and scattered concentrations of positive surveys in all but the northeastern portion of the analysis area. The current resiliency of the analysis area is considered high due to the large area of suitable habitat, wide distribution of American burying beetles within the analysis area, the presence of several large protected areas, and fair ratios of positive to negative surveys.

The Flint Hills Analysis Area includes 3,706,908 total acres in portions of Oklahoma and Kansas. Within this area, there are 2,758,610 acres of suitable habitat, 133,196 acres of managed protected lands, and 52,114 acres of multi-purpose protected lands. Protected areas include Federal, State, tribal, and private areas, many of which are known to support American burying beetles. Distribution is fair with some recent positive surveys in the southern two-thirds of the analysis area and one concentration of positive surveys. This analysis area has a relatively low ratio of positive to negative surveys with relatively large fluctuations between years. Reports for 2016 indicated more positive surveys and a higher ratio of positive to negative surveys, but some areas have limited survey effort. Portions of this analysis area have a very low ratio of positive surveys, which indicates low density populations. The current resiliency of the analysis area is considered moderate due to the large area of native habitat, relatively wide distribution within the analysis area and proximity to the Arkansas River Analysis Area, the presence of several large protected areas, and ratios of positive to negative surveys that are on average low but can periodically be good in some locations.

### Northern Plains Analysis Areas

We included three separate analysis areas within the Northern Plains analysis areas: Loess Canyons Analysis Area, Sand Hills Analysis Area, and Niobrara Analysis Area. The Loess Canyons Analysis Area includes 2,758,610 total acres in southcentral portions of Nebraska. Within this area, there are 1,686,948 acres of suitable habitat, 15,342 acres of managed protected lands, and 3,843 acres of multi-purpose protected lands. In addition, there are five conservation easements specifically set up for protection and management of American burying beetles, held by the Nebraska Land Trust, in the Loess Canyons, totaling 3,277 acres. The protected areas within this analysis area are known to support American burying beetles. Distribution is currently fair across the Loess Canyons Analysis Area, with one relatively large contiguous concentration of positive surveys in the center of the analysis area. This analysis area has a fair ratio of positive to

negative surveys. The current resiliency of the analysis area is considered moderate due to the extent of native habitat, relatively wide distribution within the analysis area, and fair ratios of positive to negative surveys. However, expansion of eastern redcedar (*Juniperus virginiana*) due to a lack of fire or mechanical control has reduced the habitat quality in much of this analysis area, and this population is sensitive to droughts. The analysis area is relatively small and isolated from other populations.

The Sand Hills Analysis Area includes 10,819,170 total acres in northcentral portions of Nebraska. Within this area, there are 8,633,685 acres of suitable habitat, 93,983 acres of managed protected lands, and 24,633 acres of multi-purpose protected lands. Most protected areas within this analysis area are known to support American burying beetles, but some large forested areas have relatively few positive surveys. The Valentine National Wildlife Refuge is the only large block of protected lands in this analysis area with relatively good catch rates and distribution of American burying beetles, but smaller protected areas near the Niobrara River also have American burying beetles (Hoback 2018, pers. comm.). Distribution is good, with some positive surveys in all portions of the analysis area and one large contiguous concentration of positive surveys. This analysis area has the highest ratio of positive to negative surveys for the last 15-year timeframe. The current resiliency of the analysis area is considered high due to the large area of native habitat, wide distribution within the analysis area, and good ratios of positive to negative surveys.

The Niobrara River Analysis Area includes 4,108,903 total acres in northcentral portions of Nebraska and southcentral portions of South Dakota. Within this area, there are 2,961,469 acres of suitable habitat, 58,918 acres of managed protected lands, and 33,582 acres of multi-purpose protected lands. It includes a large area of tribal land, but no American burying beetles have been documented there. Some protected areas within this analysis area are known to support American burying beetles. Distribution is currently fair with some positive surveys in most portions of the analysis area and one contiguous concentration of positive surveys. This analysis area has a fair ratio of positive to negative surveys for the last 15-year timeframe. The current resiliency of the analysis area is considered moderate due to the large area of native habitat, relatively wide distribution, and fair ratios of positive to negative surveys.

*New England Analysis Area*

The New England Analysis Area includes Block Island and Nantucket Island. Block Island has 2,554 acres of suitable habitat, and Nantucket Island has 23,311 acres of suitable habitat. This is a small area relative to other analysis areas, but the level of protection and active management are significantly greater than the other analysis areas. There are 2,507 acres of protected lands on Block Island and 11,934 acres on Nantucket Island. The total area of protected lands is small compared to some other analysis areas, but it is a relatively large percentage of the suitable habitat. The protected areas within this analysis area are known to support American burying beetles. Distribution is currently fair, with some positive surveys in most portions of the analysis area that is considered suitable habitat. This analysis area has a good ratio of positive to negative surveys on Block Island and fair to poor ratios on Nantucket Island. On Block Island, the American burying beetle population is relatively stable with population estimates ranging from 200 to 1,000. This population has been monitored annually since 1991. Carrion provisioning has been conducted on Block Island since 1993. On Nantucket Island, the reintroduced population does not appear to be self-sustaining and requires human assistance for long-term maintenance (Mckenna-Foster *et al.* 2016, entire). The current resiliency of the analysis area is considered moderate due to relatively good distribution, and fair ratios of positive to negative surveys. However, the populations on both islands are highly dependent on active management.

**Summary of Factors Affecting the Species**

Section 4 of the Act and its implementing regulations (50 CFR part 424) set forth the procedures for listing species, reclassifying species, or removing species from listed status. A species may be determined to be an endangered or threatened species due to one or more of the five listing factors described in section 4(a)(1) of the Act: (A) The present or threatened destruction, modification, or curtailment of its habitat or range; (B) overutilization for commercial, recreational, scientific, or educational purposes; (C) disease or predation; (D) the inadequacy of existing regulatory mechanisms; or (E) other natural or manmade factors affecting its continued existence. A species may be reclassified or delisted on the same basis. The SSA Report (Service 2019) represents a compilation of the best scientific and commercial data available concerning the status of the species, including the past, present, and future threats, to evaluate viability of the American burying beetle. The effects of conservation actions were also assessed as part of the current condition of the American burying beetle in the SSA Report (Service 2019), and those effects were projected in future scenarios.

The American Burying Beetle Recovery Plan (Service 1991) and the 5-year status review of the species (Service 2008) identify the following factors as threats or potential threats to American burying beetles: Direct habitat loss and alteration, increase in competition for carrion resources, decrease in abundance of prey, loss of genetic diversity in isolated populations, disease/pathogens, dichloro-diphenyl-trichloroethane (commonly known as DDT), habitat fragmentation due to agricultural and grazing practices that lead to changes in vertebrate composition or density, and invasive species. We now know that DDT and some other threats identified at the time that the recovery plan and 5-year status review were completed are either no longer a threat or pose less of a threat to the species. However, none of these factors alone adequately explains why the American burying beetle declined over much of its historic range while species in the same genus are still relatively common rangewide. There are eight sympatric congeners (other *Nicrophorus* species or species of the same genus) which have not experienced similar reductions in their ranges (Sikes and Raithel 2002, p. 104).

Much of the evidence suggesting the reduction of appropriate carrion resources as a primary mechanism of population decline for the American burying beetle is circumstantial. However, this hypothesis fits the temporal and geographical pattern of the disappearance of American burying beetles from 90 percent of its historical range, and may explain why American burying beetles declined while related species that do not rely on the same carrion resources did not similarly decline (Sikes and Raithel 2002, p. 104). The availability of appropriately sized carrion may explain current distributions of the American burying beetle and the presence or absence of American burying beetles in most of the existing analysis areas. For example, the American burying beetle population on Nantucket Island was established with provisioned carcasses, but is projected to be extirpated without continued provisioning of appropriately sized carcasses (Mckenna-Foster *et al.* 2016,

entire). Apparently, the natural availability of appropriately sized carrion is limited on the island and will not support the population without any provisioning. American burying beetles need carcasses of 80 to 200 grams, and areas that can support the species must have potential carrion sources within this size range. The abundance of potential carrion species and competition for the carcasses can affect availability for American burying beetles.

Risk factors are not equal in all portions of the American burying beetle's range, and some risk factors have changed since the recovery plan was written. All current risks for each analysis area are described in chapter 4, and future risks are discussed in chapter 5, of the SSA Report (Service 2019). Risks such as conversion to cropland and wind energy development are greater in portions of the Northern Plains analysis areas, while risks associated with grazing, silviculture, and oil and gas development are more common in the Southern Plains analysis areas. All remaining populations have some risks associated with areas of urban or suburban development, particularly in the New England Analysis Area, but most current American burying beetle populations are in rural areas and have potential risks associated with habitat loss due to agricultural land uses. Risks associated with the effects of changing climate, including increasing temperatures, are now the most significant threat for most analysis areas.

*Present or Threatened Destruction, Modification, or Curtailment of Its Habitat or Range (Factor A)*

Agricultural land uses and urban expansion are predicted to have impacts to American burying beetle habitat and populations over time; however, those impacts are expected to be relatively minor in most of the current known range of the species. Historically and to a lesser extent currently, land conversion to agriculture, intensive domestic livestock grazing, logging, fire suppression, wind energy development, and urban development are common causes of habitat quality reductions, loss, and fragmentation within the current range of the American burying beetle. Habitat loss and alteration affect this species at local and regional levels, and could account for the extirpation of populations once they become isolated from others (Kozol 1995, p. 170; Ratcliffe 1996; Lomolino and Creighton 1996, entire; Amaral *et al.* 1997, pp. 123–124; Bedick *et al.* 1999, p. 179; Creighton *et al.* 2009, p. 40). There are

no known American burying beetle populations surviving in intensively farmed or highly urbanized areas.

Large areas of native grasslands have been converted to nonnative grasses to improve pastures for intensive cattle grazing operations. Even in areas with native vegetation, pastures and hay fields can be more intensely grazed or mowed during drought periods when demand for grass or hay is high, which can keep habitat in an unfavorable or marginal condition for longer time periods. A more complete description of potential land use impacts is provided in chapter 3 of the SSA Report (Service 2019).

Relatively little urban and industrial development is occurring within the current known range of the American burying beetle. There are a few relatively large urban areas near American burying beetle populations in the New England area but most of the current range is rural. Most of the existing American burying beetle range is already under some agricultural use (primarily grazing and hay production).

Two scenarios in the SSA Report (Service 2019) explore potential future land use changes to help characterize the likely potential for impacts to suitable habitat for the American burying beetle. Land use changes were evaluated separately for each analysis area because they are a risk factor for current conditions. Future risk factors like climate changes affect different analysis areas over different time periods; however, climate changes were not considered under the two land use scenarios in the SSA Report (Service 2019). Climate related impacts to habitat and range are addressed under Factor E.

The large areas of known and potential habitat in the Southern Plains buffer the effects of most land use changes. The projected combined permanent loss of suitable habitat from all sources for the Southern Plains analysis areas is 1.2% or 246,293 acres from the existing 19,995,088 acres (Service 2019). The combined impacts of urban expansion and agriculture (primarily conversion to cropland) are expected to affect 5–15% of the suitable habitat in the Northern Plains and redcedar expansion in the Loess Canyon Analysis Area is expected to result in up to an additional 30% habitat loss (Service 2019).

The projections in our SSA Report (Service 2019) indicate that future representation and redundancy are both reduced with potential losses of habitat in New England, Loess Canyons, and the reintroduction site in Missouri. The potential loss of the Loess Canyons population is due to land use changes,

including redcedar expansion, and the New England populations and Missouri reintroduction could be lost if active management and habitat protection are not continued. The combined effects of land use and future climate changes (see Factor E) are likely to impact the resiliency of most populations and the overall viability of the species.

Other Considerations

This assessment of land use effects includes cautions because these effects were compared to areas of potential suitable habitat, and our assessment of suitable habitat was very broad. Not all potentially suitable habitat is occupied by American burying beetles; therefore, this analysis may underestimate the impacts of land use changes. Additional cautions are related to our limited ability to quantify some potential future effects. For example, uncommon increases in crop prices could increase incentives for conversion of grassland to row crops to levels beyond the assumptions used in the two scenarios.

Recent development and potential expansion of wind energy projects could also add to impacts from other land use changes. The construction of wind turbines, roads, and powerlines has direct permanent habitat impacts and fragments the remaining habitat. The operation of wind turbines also has potential for direct take through American burying beetle collisions with the blades.

Future land use effects related to wind power were not factored into land use scenarios because we did not have estimates of future development or total areas that may be affected by wind projects, and there are no studies available to evaluate the actual effects of wind projects on American burying beetles. Within the Southern Plains analysis areas, the current area of wind projects is relatively small, and there is limited potential for expansion. Less than 10 percent of the Southern Plains analysis areas have annual average wind speeds of 6 meters/second (m/s) or greater at 30 meters height that are recommended for wind development. There is greater potential for wind energy development in the Northern Plains analysis areas. Nearly all of the Northern Plains analysis areas have annual average wind speeds of 6 m/s or greater at 30 meters height. There are 6,471 wind turbines registered in the Northern Plains analysis areas, but we do not know what areas, or what percentage of the suitable habitat in Northern Plains analysis areas, may be affected by wind projects in future years. The Service intends to do further evaluation of potential effects of wind

projects and welcomes any additional information on the subject.

### Overutilization for Commercial, Recreational, Scientific, or Educational Purposes (Factor B)

Overutilization for any purpose was not identified as a threat to the species at the time of listing in 1989, and it is not considered a threat to the species' continued existence today.

### Disease or Predation (Factor C)

While disease and predation may represent relevant threats to the American burying beetle, they are not known to result in population-level impacts. Further information regarding disease and predation can be found in the SSA Report (Service 2019).

### Inadequacy of Existing Regulatory Mechanisms (Factor D)

Under this factor, we examine the stressors identified within the other factors as ameliorated or exacerbated by any existing regulatory mechanisms or conservation efforts. Section 4(b)(1)(A) of the Act requires that the Service take into account "those efforts, if any, being made by any State or foreign nation, or any political subdivision of a State or foreign nation, to protect such species . . ." In relation to Factor D under the Act, we interpret this language to require the Service to consider relevant Federal, State, and Tribal laws, regulations, and other such binding legal mechanisms that may ameliorate or exacerbate any of the threats we describe in threat analyses under the other four factors or otherwise enhance the species' conservation. We give strongest weight to statutes and their implementing regulations and to management direction that stems from those laws and regulations.

Existing regulatory mechanisms vary by location, but generally do not fully address the numerous stressors that the American burying beetle faces. The American burying beetle is State-listed in Kansas, Massachusetts, Nebraska, Ohio, and Oklahoma. The specific protections vary by State, but often include some permitting requirements or coordination with the State wildlife agencies when projects could directly impact the species or its habitat. It is not State-listed in Rhode Island, Arkansas (special concern only), South Dakota, or Texas. Currently, there is no protection under State law for the habitat of the American burying beetle in Arkansas or South Dakota (Backlund *et al.* 2008).

In some parts of the range (Nebraska, South Dakota, and Kansas), the species occurs almost exclusively on private land and regulatory mechanisms do not address the stressors impacting the species. In other areas, there are several robust populations on public lands or private conservation organization properties, but many protected lands supporting American burying beetles require ongoing management like prescribed fire or other measures to control invasion of woody vegetation to ensure the species' continued presence. Federal and State agencies have adopted and implemented laws, regulations, and best management practices that result in protection of American burying beetles.

In addition, the Department of Defense (DoD), with the assistance of the Service and the states, is responsible under the Sikes Act (16 U.S.C. 670a–670f, as amended) for carrying out programs and implementing management strategies to conserve and protect biological resources on its lands. Integrated Natural Resources Management Plans (INRMPs) are planning documents that allow DoD installations to implement landscape-level planning to provide for the management of natural resources, including fish, wildlife, and plants, without any net loss in the capability of an installation to support its military mission. Incorporation of INRMPs on the DoD installations provide management and conservation benefit to American burying beetles.

In some cases, where American burying beetles occur on lands with conservation easements, deed restrictions, or owned by conservation organizations, existing regulatory mechanisms appear to be adequate. However, existing land protections are not comprehensive for the American burying beetle. Given the varied missions of these landowners, the level of protection varies and may change over time. Additionally, populations in the New England and Northern Plains Analysis areas are expected to experience future threats from land use change and all populations are expected to experience future threats from climate change over varying time periods. Existing regulatory mechanisms do not address those future threats to the American burying beetle.

### Other Natural and Manmade Factors (Factor E)

The most significant potential threat under this factor is climate change. This is a summary of climate-related risks, and additional information is available in the SSA Report (Service 2019). The SSA Report's chapter 3 summarizes general climate risks, chapter 4 includes current risks, and chapter 5 covers future risks (Service 2019).

Most considerations of climate change in classification decisions hinge upon whether climate change will manifest in changing habitat conditions and how the species is likely to respond to these changes in the future. Therefore, a key consideration for classification decisions where climate change is a potential stressor is how we interpret "foreseeable future" in the definition of a threatened species under the Act.

The Intergovernmental Panel on Climate Change (IPCC) adopted four possible Representative Concentration Pathways (RCP) scenarios (2.6, 4.5, 6, and 8.5) to capture the possible ranges of climate change within the next century (Hartmann *et al.* 2013; Moss *et al.* 2008). In our analysis of potential climate change impacts to the American burying beetle, we used two of those scenarios, RCP 4.5 and 8.5, over different blocks of time through the end of this century (years 2010–2039, 2040–2069, and 2070–2099). For the purpose of this document we define those time periods as: "early century time period" (2010–2039), "mid-century time period" (2040–2069), and "late century time period" (2070–2099). We use more than one emissions scenario to account for uncertainty regarding future atmospheric greenhouse gas concentrations. By using both a relatively high and relatively low emissions scenario in our projections, we attempt to bracket the likely possibilities for climate change in the foreseeable future. RCP 4.5 is at the low end of the intermediate range of conditions projected by the IPCC and represents a situation under which key atmospheric conditions would stabilize at a relatively moderate level shortly after 2100. This scenario envisions emissions mitigation through strong policy action by the international community, including the United States, in the near future to curb emissions and the resulting effects to global climate. RCP 8.5 is the high end of IPCC projections of atmospheric conditions. RCP 8.5 is the expected scenario if strong policy actions to curb emissions are not pursued by the United States and the international community. This scenario is essentially the continuation of current trends in emissions as they may play out over the next century. For ease of reference, we refer to these as "emissions scenarios," although they are not based solely on emissions of greenhouse gases. Our approach of using the two RCPs is consistent with the current widespread scientific practice of considering projections based on RCP 4.5 and RCP 8.5 so as to consider a range of projected

FWS000166

conditions, rather than relying on a single scenario. The U.S. Global Change Research Program used these two RCPs as the core scenarios for the Fourth National Climate Assessment (Hayhoe *et al.* 2017), and they also are used as the basis for projections generated via the U.S. Geological Survey's National Climate Change Viewer.

The life-history characteristics of American burying beetles indicate limited ability to tolerate warmer temperatures. Adult American burying beetles use secretions to slow decomposition of carcasses they bury for reproduction (see *Summary of Species Requirements,* above, for more information on the role of carcasses in reproduction). The carcasses are buried and must support both adults and larvae for at least 2 to 3 weeks, but high temperatures have been shown to reduce the effectiveness of the secretions and accelerate decomposition (Jacques *et al.* 2009, p. 871). While the American burying beetle has life-history requirements similar to other carrion beetles, it is the largest *Nicrophorus* in North America and requires a larger carcass to reach its maximum reproductive potential (*i.e.,* to raise a maximum number of offspring) than the other burying beetles (Service 1991, p. 2; Kozol *et al.* 1988, p. 37; Trumbo 1992, pp. 294–295). American burying beetles also have a longer time period for egg and larval development than other *Nicrophorus* carrion beetles, so the carcass must last longer (at least 12 to 14 days) to provide food and moisture for adults and support development of their larvae to the pupa stage. Temperature-related increases in decomposition and development of fly larvae would limit or prohibit reproductive success for American burying beetles if carcasses are in a suitable condition for shorter periods of time or do not last long enough to support development of their larvae.

The distribution of American burying beetles also indicates a limited ability to tolerate warmer temperatures. *Nicrophorus* abundance and diversity are higher in cooler climates. There are 15 *Nicrophorus* species in the United States and Canada, but only 2 are endemic to Central and South America, and they occur at higher elevations with cooler temperatures. Reasons for burying beetles' lack of success in warmer climates include increased competition with flies and ants, as well as increased rates of carcass decomposition. Carcass decomposition is dominated by dipteran species (true flies) and the diversity of dipteran species using carcasses increases in warmer climates. Based on species distributions and existing climate conditions, few *Nicrophorus* species appear to be capable of maintaining populations in areas with long-term average summer mean-maximum temperatures at or exceeding a 95 °F threshold (*N. carolinus,* and possibly *N. pustulatus* and *N. marginatus*), and there are no *Nicrophorus* species in areas with average summer mean-maximum temperatures exceeding 100 °F.

Under both RCP 4.5 and 8.5 emissions scenarios, all American burying beetle populations in the Southern Plains Analysis Areas are projected to have summer mean-maximum temperatures exceeding 95 °F within the mid-century time period. Surveys for American burying beetles in locations that have experienced a mean-maximum temperature near or above 95 °F during summer have shown declining capture rates the following year. Existing survey information from Fort Chaffee (Arkansas River Analysis Area) supports the assumption that mean-maximum temperatures above 95 °F would adversely affect American burying beetle populations. Monitoring of American burying beetles has occurred annually from 1992 through 2016. During the study period, catch rates of American burying beetles declined from the previous year every time mean-maximum temperatures exceeded 95 °F, which happened a total of six times throughout the study period. Based on this information, we anticipate continued population declines and potential extirpation if mean-maximum temperatures exceeding 95 °F became the average during summer months and more extreme temperatures occurred more frequently.

Evidence suggests that southern populations of American burying beetles that experience summer mean-maximum temperatures near 95 °F are declining. Since 2008, only seven American burying beetles have been detected within the Oklahoma portion of the southernmost analysis area, and no American burying beetles have been documented in the Texas or Arkansas portions. We have no evidence to suggest that habitat conditions within these areas have significantly changed, which might otherwise explain the observed American burying beetle declines in this area. Populations have declined or are extirpated in large protected areas like Camp Maxey, Texas, with no apparent changes in land use. It appears that temperatures near this area are at, or past, a threshold that would support American burying beetles. This may be further supported by the fact that the species does not exist south of the Red River area in Texas and Louisiana, where habitat, soil conditions, and carrion availability are likely to be similar. This leads us to conclude that the southern edge of the species' range is driven by this temperature threshold.

Temperature has always limited the American burying beetle's range to some degree. Populations at the northern edge of the range are limited by cool night time temperatures and shorter growing seasons, whereas populations at the southern edge of the range are likely limited by high temperatures. The western edge of the species' range has been limited by reduced precipitation and soil moisture. Although temperature and other effects of climate change are expected to affect American burying beetles in both the northern and the southern parts of the range, we expect that the populations in southern areas will be affected sooner and to a greater extent based on projected temperatures. Under both the RCP 4.5 and 8.5 emissions scenarios, a majority of the Southern Plains analysis areas are expected to be near or exceed summer mean-maximum threshold temperatures (95 °F) by 2039, with potential to extirpate American burying beetles from most or all Southern Plains populations. Within the mid-century time period, all Southern Plains analysis areas are expected to exceed threshold temperatures under both the RCP 4.5 and 8.5 emissions scenarios, likely resulting in extirpation of the American burying beetle from these areas. American burying beetles near the southern and western edge of the range may already be at their limits for temperature- and moisture-related tolerances and have a limited ability to adapt to rapidly changing climate conditions (see comments on limits related to life history in chapter 5 of the SSA Report; Service 2019).

There are no American burying beetle populations, including known historical populations, located in areas that experience a long-term summer mean-maximum air temperature above 95 °F. The Red River Analysis Area represents the southernmost and warmest portion of the American burying beetle's current range, with summer mean-maximum air temperatures of approximately 93 to 94 °F. Historical populations south of the Red River Analysis Area have not been documented in over 70 years. Because American burying beetles have not expanded their range to warmer climates since the early 1900s, we believe that climate conditions associated with the current and historical ranges represent existing

FWS000167

thresholds for maintaining American burying beetle populations.

Increased air temperatures, changes in precipitation, increased evaporative losses, and prolonged droughts may stress or kill individual American burying beetles and reduce reproductive success or reduce the time periods with suitable conditions for reproduction. High air temperatures have been documented to kill or sterilize American burying beetles at captive colonies when air conditioning systems have failed, resulting in colony temperatures at 85 to 90 °F for about 2 weeks (Merz 2016, pers. comm.). Survey protocols require traps to be checked in the morning because American burying beetle mortalities have occurred when they are confined in traps during warm days. More indirect effects of increased temperatures and reduced precipitation or soil moisture may be related to competition. Congeners with higher temperature or lower moisture tolerances, like *N. carolinus,* may be more competitive and reduce or eliminate American burying beetles in southern populations. Species like *N. carolinus* can compete for appropriate carcasses and reproduce under warmer and drier conditions than American burying beetles (Abbott and Abbott 2013, p. 2). At Camp Maxey, *N. carolinus* numbers increased rapidly when American burying beetle and *N. orbicollis* numbers declined (Abbott and Abbott 2013, p. 2).

Increasing temperatures resulting from climate change could reduce the reproductive success of American burying beetles by reducing the portion of the active season with suitable temperatures for reproduction. Recent temperature studies with *N. orbicollis* indicate even small increases in temperature can affect reproduction (Creighton 2016, pers. comm.). This type of research is currently being conducted with American burying beetles as well, but those results are not yet available. *N. orbicollis* has a similar historical range and is the most closely related congener; therefore, we expect the American burying beetle study will yield similar results. For *N. orbicollis,* the percent of successful broods declined at temperatures greater than 20 °C (68 °F) and declined rapidly at any temperatures greater than 25 °C (77 °F). An increase of only 2 to 3 degrees (from 25 to 27–28 °C, or approximately 77 to 80 °F) stopped most beetles from attempting to prepare a carcass for reproduction, and those that did were not successful in producing any larvae or tenerals. The warmer temperatures apparently precluded eggs from hatching or larvae from developing

beyond a very early stage. The study also demonstrated effects of temperatures on seasonal timeframes that would support reproduction. While more southern latitudes have a longer active season and would logically have more time to reproduce, the temperature restrictions actually reduce the potential for reproduction in Oklahoma. *N. orbicollis* in the northern portion of their range (Wisconsin) have a longer period of suitable climate conditions for reproduction and could reproduce more often than *N. orbicollis* in the southern portion of their range (Oklahoma) due to these temperature restrictions. Projected climate changes could limit reproduction in the future to an even greater extent.

American burying beetles are a nocturnal species, and nighttime temperatures are likely to influence the behavior and range of this species as well. Nights above 75 °F were only observed in the Southern Plains analysis areas (Red River, Arkansas River, and Flint Hills analysis areas) with the exception of 7 nights over a 35-year period in Colome, South Dakota (1 night in 2001, 3 nights in 2006, and 3 nights in 2011). The effects of the increase in nights above 75 °F and potential impacts to reproductive success may be occurring in the Red River Analysis Area, where declines in positive American burying beetle surveys have been documented since the early 2000s. Temperatures of 75 °F or higher adversely affected reproductive success in *N. orbicollis* (Creighton 2016, pers. comm.) and may have a similar effect on American burying beetles. We do not have data specifically related to reproductive success in the Red River Analysis Area, but the American burying beetle population declines coincide with the increase in nighttime temperatures above 75 °F. From 1993– 1996, the Red River Analysis Area supported some areas with good catch rates of American burying beetles in the southeastern portion (Creighton *et al.* 2009, p. 40), but positive/negative ratios and catch rates have declined since the early 2000s. On the Weyerhaeuser Habitat Conservation Plan planning area in McCurtain County, Oklahoma, relative densities of American burying beetles generally declined from an average of 0.076 beetles per trap-night (106 beetles captured) in 1997, to 0.010 beetles per trap-night (16 beetles captured) in 2001. There was a slight increase in 2002 (0.015 beetles per trap-night), and a greater one in 2003 (0.053 beetles per trap-night), but then relative densities dropped again. During 2005– 2007, there were no captures of

American burying beetles at regular sites and only one capture in 2005 at a supplemental site (Schnell *et al.* 2008). No positive surveys have been documented in the Arkansas or Texas portions since 2008, and only seven positive surveys are known in the Oklahoma portion since 2006. Populations in Texas may be extirpated.

American burying beetles are only active at night, resulting in a very narrow window of time for suitable carcasses to be available for American burying beetles to find, bury, and prepare for reproduction. Higher temperatures cause carrion to decompose more rapidly, and fly larvae to develop faster and quickly consume small carcasses. At high temperatures, exposed carcasses can be heavily infested with fly larvae within 2 days, and carcasses may only be suitable and available for 1 or 2 nights. Thus, we conclude that increased air temperatures can affect reproductive success by reducing the availability of suitable carrion due to competition with flies and ants.

Risks associated with the effects of changing climate, including increasing temperatures, are a significant threat for some analysis areas in the foreseeable future. The combination of information in the SSA Report (see chapter 5; Service 2019) indicates increasing air and soil temperatures as a result of climate change is a significant risk to future viability of the species. Within the mid-century time period, American burying beetles in all Southern Plains analysis areas would likely be extirpated and would represent a loss of approximately 59 percent of the current range of the species. The summer mean-maximum threshold (95 °F), where we determine American burying beetle numbers will decline and not be able to persist into the future, is predicted to be exceeded in nearly all portions of the Southern Plains analysis areas under either the moderate or high emissions levels of climate change within the mid-century time period. Northern Plains analysis areas are largely unaffected by moderate emissions levels of climate change within the mid-century time period (see chapter 5 of the SSA Report; Service 2019), but under the RCP 8.5 emissions scenario, temperatures approach 93 to 95 °F in about two-thirds of the Loess Canyons Analysis Area and small portions of the other two analysis areas in the Northern Plains within the mid-century time period. Under the RCP 8.5 emissions scenario, Southern Plains American burying beetle populations would be projected to have summer mean-maximum temperatures up to 98 to 100 °F within the mid-century time

FWS000168

period. We conclude that the American burying beetle is at risk of extirpation within the Southern Plains analysis areas under the two projected climate conditions we analyzed (RCP 4.5 and 8.5) within the mid-century time period. The species would likely continue to be represented by Northern Plains and New England populations, but at least three populations and 59 percent of the existing range of the species are projected to be lost within the mid-century time period.

The effects of climate change, such as increasing temperatures, changes in precipitation, increased evaporative losses, and prolonged droughts, are known to stress and sometimes kill individual American burying beetles and, therefore, are likely to reduce reproductive success. Overall, we consider these factors threats to American burying beetle populations, but the impacts are currently limited to the southernmost parts of the range. However, future projections indicate that American burying beetles have a high risk of extirpation throughout the Southern Plains analysis areas and in large portions of the Northern Plains analysis areas due to these effects of climate change.

**Finding and Proposed Determination**

We have carefully assessed the best scientific and commercial information available regarding the past, present, and future threats to the American burying beetle. The American burying beetle was listed as endangered in 1989, due to the disappearance of the species across the vast majority of its known historical range, habitat changes, and competition for limited carrion resources. At the time of listing, only two highly disjunct populations of a formerly widespread species were known to be extant, one in New England and one in eastern Oklahoma.

We now know there are more populations over a much wider area relative to the time of listing. Since the time of listing, numerous searches and surveys have resulted in the discovery of additional American burying beetle occurrences in Oklahoma, Nebraska, Arkansas, Texas, Kansas, and South Dakota. However, some known populations are small and isolated, and populations in the monitored portions of the southernmost areas have declined in recent years. In some parts of the range (Nebraska, South Dakota, and Kansas), the species occurs almost exclusively on private land, presenting additional future risks for land use conversion leading to loss or fragmentation of previously suitable habitat. Several robust populations

occur on public lands or private conservation organization properties, but many protected lands supporting American burying beetles require ongoing management like prescribed fire or other measures to control invasion of woody vegetation to ensure the species' continued presence. Additionally, most of those protected areas are in southern areas, where increasing temperatures due to climate change are projected to cause extirpation sometime within the mid-century time period. Although we now know the species occurs in more locations than at the time of listing, extant American burying beetle populations vary in level of protected habitat, there is limited information on population trends and biological limiting factors for most populations, and all populations are exposed to a combination of risk factors. Further, although the threats to the species vary in scope and severity, some threats (such as those related to increasing temperatures) are difficult to avoid or minimize. Population viability in the only areas that are not threatened by climate changes, namely the New England Analysis Area, appears to be reliant to some degree upon continuing habitat management and/or provisioning of carrion.

We have determined that the American burying beetle's current viability is higher than was known at the time of listing. Based on the analysis in the SSA Report (Service 2019), and summarized information above, the Service concludes that the American burying beetle does not currently meet the definition of endangered under the Act because it is not presently in danger of extinction. Our analysis indicates that the overall viability of the species is not significantly impacted by the current rate of land use change or the existing level of habitat degradation or fragmentation. The species is currently represented by several populations with moderate to high resiliency that are distributed in several portions of the historical range.

The future status of the species was evaluated under increasing temperatures for three periods of time (years 2010–2039, 2040–2069, and 2070–2099). As described above, we defined those time periods, as such: "early century time period," "mid-century time period," and "late century time period," respectively. According to both RCP 4.5 and 8.5 emissions scenarios, due to expected temperature increases, the species is likely to be extirpated from the Southern Plains analysis areas sometime within the mid-century time period. Furthermore, mean

maximum summer temperatures in the Northern Plains analysis areas approach 93–95 °F under the RCP 8.5 emissions scenario within the mid-century time period. About two-thirds of the Loess Canyons Analysis Area and small portions of the other two analysis areas in the Northern Plains would also be at risk of extirpation under this scenario. The projections of increasing temperatures are considered reliable; however, there is greater uncertainty in future projections of land use change and in the species' response to both increasing temperatures and changes in land use. We believe that the risk of extinction will increase significantly between 2040 and 2069, based primarily on the effects of projected temperature increases. The foreseeable future is uniquely related to population status, trends, and threats for the species in each analysis area, and there are varying degrees of foreseeability with respect to various threats. Due to the improved condition of the species' status since the time of listing and the increasing threats from increasing temperatures and ongoing land use changes, we find that the American burying beetle is not currently in danger of extinction, but is likely to become endangered within the foreseeable future throughout all of its range. Because we have found that the American burying beetle meets the definition of threatened under the Act, we propose to reclassify it from endangered to threatened on the Federal List of Endangered and Threatened Wildlife (List).

*Significant Portion of the Range Analysis*

Under the Act and our implementing regulations, a species may warrant listing if it is endangered or threatened throughout all or a significant portion of its range. Because we have determined that the American burying beetle is likely to become an endangered species within the foreseeable future throughout all of its range (*i.e.*, warrants listing as a threatened species), we find it unnecessary to proceed to an evaluation of potentially significant portions of the range. Where the best available information allows the Services to determine a status for the species rangewide, that determination should be given conclusive weight because a rangewide determination of status more accurately reflects the species' degree of imperilment and better promotes the purposes of the Act. Under this reading, we should first consider whether the species warrants listing "throughout all" of its range and proceed to conduct a "significant portion of its range" analysis if, and only if, a species does

not qualify for listing as either an endangered or a threatened species according to the "throughout all" language. We note that the court in *Desert Survivors* v. *Department of the Interior,* No. 16–cv–01165–JCS, 2018 WL 4053447 (N.D. Cal. Aug. 24, 2018), did not address this issue, and our conclusion is therefore consistent with the opinion in that case.

Therefore, on the basis of the best available scientific and commercial information, we propose to reclassify the American burying beetle as a threatened species across its entire range in accordance with sections 3(20) and 4(a)(1) of the Act.

*Conclusion*

Using the best available scientific and commercial information, we conclude that, while the American burying beetle is not currently in danger of extinction throughout all or a significant portion of its range, it is likely to become an endangered species within the foreseeable future throughout all of its range. In accordance with 50 CFR 424.11(c), we therefore propose to reclassify the American burying beetle as threatened on the Federal List of Endangered and Threatened Wildlife at 50 CFR 17.11(h).

**Proposed 4(d) Rule**

Under section 4(d) of the Act, the Service has discretion to issue regulations that we find necessary and advisable to provide for the conservation of threatened species. We may also prohibit by regulation, with respect to threatened wildlife, any act prohibited by section 9(a)(1) of the Act for endangered wildlife. When we establish a 4(d) rule, the general prohibitions in 50 CFR 17.31 for threatened species do not apply to the subject species, and the 4(d) rule contains all the prohibitions and exceptions that apply to the subject species. For the American burying beetle, the Service has developed a proposed 4(d) rule to respond to the specific threats and conservation needs of this species.

The proposed 4(d) rule would prohibit all intentional take of the American burying beetle. The proposed 4(d) rule would only prohibit incidental take of the species where the Service has determined such a prohibition is necessary and advisable for the conservation for the species. For example, take from a biologically insignificant threat would not be necessary and advisable to regulate whereas a factor that is a population driver would be necessary and advisable to regulate via a 4(d) rule. Incidental

take is defined as take that is incidental to, and not the purpose of, otherwise lawful activity.

The Service proposes to specifically tailor the prohibition of incidental take in each of the three geographic areas that the American burying beetle occupies. In the New England and Northern Plains analysis areas, incidental take would only be prohibited in suitable habitat when the take is the result of soil disturbance. Suitable habitat is defined, consistent with the SSA Report (Service 2019), as areas where suitable soils contain the appropriate abiotic elements (*e.g.,* soil temperature, soil moisture, particle size, etc.) that are favorable for excavation and formation of brood chambers and where appropriate carrion for reproduction is available. This suitable habitat accounts for breeding, feeding, overwintering, and dispersal needs. Areas that are regularly tilled, maintained through regular mowing, or urban areas with paved surfaces are examples of lands considered unfavorable for use by American burying beetles. Soil disturbance means movement or alteration of soil associated with modifying the existing land use. Soil disturbance includes actions such as grading, filling, soil excavating or topsoil stripping. Soil disturbance also includes non-physical alterations such as chemical treatment, including ground or soil sterilizers, and pesticides that would make the habitat unsuitable. However, typical agricultural levels of applications like liming or fertilizer should not affect American burying beetles, and we do not intend to regulate such practices.

Because incidental take stemming from normal livestock ranching and grazing activities is not expected to have an appreciable negative impact on the species, and retaining land uses associated with ranching or grazing (rather than converting the land to row crops) provides potential habitat for the species, we are proposing to allow any incidental take associated with ranching and grazing. Ranching and grazing means activities involved in grazing livestock (*e.g.,* cattle, bison, horse, sheep, goats or other grazing animals) such as: Gathering of livestock; construction and maintenance of fences associated with livestock grazing; installation and maintenance of corrals, loading chutes, and other livestock working facilities; development and maintenance of livestock watering facilities; placement of supplements such as salt blocks for grazing livestock; and, when associated with livestock grazing, the control of noxious weeds, haying, mowing, and prescribed

burning. Ranching and grazing does not include any form of tillage, conversion of grassland to cropland, or management of cropland. Overall, we find that ranching, grazing, and wildlife management activities, such as prescribed fire or invasive species control, is necessary and advisable to conserve the species.

In the Southern Plains analysis areas, incidental take would only be prohibited on certain conservation lands, as defined below under Proposed Regulation Promulgation. However, within these conservation lands, activities conducted in compliance with Service-approved conservation plans that result in take of the species would not be prohibited. For example, on conservation lands in the Southern Plains analysis areas managed by the Department of Defense, certain activities that result in incidental take would not be prohibited if those activities are in compliance with a Service-approved integrated natural resources management plan.

In addition to intentional take and some forms of incidental take, we also propose to prohibit activities related to possession and other acts with unlawfully taken American burying beetles, import and export of the species, activities related to shipping or delivering the species in interstate or foreign commerce, and the sale or offering to sell of the species. These activities are generally prohibited for endangered wildlife. We have determined that it is appropriate to extend the Act's protections to these activities as well for the American burying beetle.

This proposed 4(d) rule tailors the Act's protections to allow activities that only have minor or temporary effects and are unlikely to affect the resiliency of American burying beetle populations or viability of the species. The risks for American burying beetle populations are different for each region of the country, and risks that may be minor for one population could affect the resiliency of others. For example, urban expansion is a minor risk for larger populations in Nebraska and South Dakota, but is a substantial risk for the small Block Island population in Rhode Island. The proposed 4(d) rule includes protection of habitat related to soil disturbance activities on Block Island because suitable habitat is limited (only about 2,000 acres) and protecting habitat is necessary for the conservation of this population.

Although threats vary in type and degree across the American burying beetle's range, those related to land use activities and climate change continue

to impact the species. Habitat loss or alteration related to land use activities is ongoing in all American burying beetle populations, but the impacts of these habitat losses are minor for most analysis areas with the exception of the Loess Canyons and New England populations. Climate change impacts are ongoing as well, and southern populations are projected to be extirpated within 20 to 30 years, as described above.

We recognize that many types of activities will impact suitable American burying beetle habitat, and application of prohibitions should also take into account the scope, scale, and magnitude of potential risks in American burying beetle habitat. We recognize that large intact areas of habitat are important for American burying beetle conservation. We seek public comment on the proposed 4(d) rule to ensure that proposed measures will effectively conserve the American burying beetle.

*Provisions of the Proposed 4(d) Rule in the New England Analysis Area*

Within the New England Analysis Area, we propose to only prohibit incidental take if it occurs in suitable habitat and is the result of soil disturbance, as defined below under Proposed Regulation Promulgation, which includes converting suitable habitat from an existing land use to a different land use. The species persistence in the New England Analysis Area is dependent upon active management occurring on two small coastal islands. There is a large percentage of land mass in the New England Analysis Area that is protected in some form, and American burying beetles occur on many lands with conservation easements, deed restrictions, or owned by conservation organizations; municipal, State, and Federal agencies; and private land trusts. However, existing land protections are not comprehensive for the American burying beetle. Given the varied missions of these landowners, the level of protection varies and may change over time. Although there may be some minimal level of take incidental to ranching and grazing, the effects of such land uses serve to maintain suitable habitat for the species. Therefore, prohibiting take from ranching and grazing is not necessary and advisable to conserve the species. Urban and suburban expansion and development activities can lead to soil disturbance that may lead to incidental take of the species. Habitat conversion further limits the habitat available to American burying beetles in the New England Analysis Area. The population

in the New England Analysis Area is proportionally more sensitive and vulnerable to impacts than the other analysis areas, because it is limited to two small coastal islands, and the species' persistence on one or both of the islands is likely dependent on management, particularly captive breeding, reintroduction, and the provisioning of carrion. Thus, urban and suburban expansion represent substantial risks to the future viability of the species in this area. Therefore, we have determined that prohibiting incidental take due to activities that cause soil disturbance, including suitable habitat conversion, is necessary and advisable to conserve the species. Limiting the prohibition to suitable habitat is sufficient as any beetles occupying unsuitable habitat would be very few in number and possibly either lost to the population or not of value to the population.

*Provisions of the Proposed 4(d) Rule in the Northern Plains Analysis Areas*

Within the Northern Plains analysis areas, we propose to only prohibit incidental take if it occurs in suitable habitat and is the result of soil disturbance, which includes converting habitat from an existing land use to a different land use, as defined below under Proposed Regulation Promulgation. The combined impacts of urban expansion and agriculture (primarily conversion to cropland) are expected to affect 5–15% of the suitable habitat in the Northern Plains (Service 2019). Thus, we find that urban expansion and agriculture land conversion to cropland (combined with other risks such as cedar expansion as discussed earlier in the proposed rule) represent risks to the future viability of the species in this area. Therefore, we have determined that prohibiting incidental take due to activities that cause soil disturbance, including suitable habitat conversion, is necessary and advisable to conserve the species.

However, incidental take that is the result of normal grazing and livestock activities would not be prohibited. In addition, activities by State or Federal government agencies related to wildlife management that result in incidental take of American burying beetles would not be prohibited. Grasslands in the Northern Plains support relatively high-density populations of American burying beetles that have high resiliency. Ranching, grazing, and wildlife management activities in this area are generally compatible with conservation of this species, as these land uses help maintain native grassland habitats (see chapters 4 and 5

in the SSA Report; Service 2019) important for American burying beetle conservation. Based on the analysis of climate change impacts in the SSA Report (Service 2019), we believe it is possible that the Northern Plains may support the only remaining self-sustaining populations with moderate or high resiliency by mid-century. Therefore, protecting existing habitat in the Northern Plains is important for the future viability of the species. Although there may be some minimal level of take incidental to ranching, grazing, and wildlife management activities, the effects of such land uses serve to maintain suitable habitat for the species and prevent more extensive soil disturbance than would occur with other land use changes such as farming or urban development.

*Provisions of the Proposed 4(d) Rule in the Southern Plains Analysis Areas*

Within the Southern Plains analysis areas on defined conservation lands, see below under Proposed Regulation Promulgation, incidental take is exempted if it occurs in compliance with a Service-approved management plan, such as an integrated natural resources management plan (INRMP), that includes conservation measures for the American burying beetle. Outside of defined conservation lands incidental take is not prohibited because the Southern Plains Analysis Area currently has low risks to the species associated with land development. The combined permanent loss of habitat projected due to urban and agricultural expansion is less than 2 percent (Service 2019).

Currently, conservation lands provide relatively large protected areas of habitat with good populations; these lands would potentially serve as sources of American burying beetles for relocation and reintroduction efforts in areas that are projected to have future climate conditions that would be expected to sustain the species. We propose to define ''conservation lands'' as lands included within the existing boundaries of Fort Chaffee in Arkansas (approximately 64,000 acres), and McAlester Army Ammunition Plant (approximately 45,000 acres), Camp Gruber/Cherokee Wildlife Management Area (approximately 64,000 acres), and The Nature Conservancy Tall Grass Prairie Preserve (approximately 40,000 acres) in Oklahoma. These areas have defined boundaries and management that is compatible with recovery for the American burying beetle; however, that management is not intentionally being conducted for American burying beetles and monitoring and management would likely cease at some sites without the

FWS000171

incidental take protections in place specific to the species. Active management and monitoring in these conservation lands is considered important to help support recovery by serving as source populations for relocation and reintroduction efforts of American burying beetle populations, for as long as they sustain beetle populations.

Land use changes such as urban development and conversion to agricultural lands that cause habitat loss and fragmentation are a minor risk in Southern Plains analysis areas. These activities are not considered a threat to the species in this area because the combined permanent loss of habitat projected due to urban and agricultural expansion is less than 2 percent of these large analysis areas and is unlikely to affect the viability of the species in these areas (Service 2019). Large areas of suitable habitat, combined with low levels of projected land use change, and relatively large areas of protected habitat indicate that impacts to habitat are not likely to affect the viability of the species in these areas.

*Section 4(d) and Section 7 of the Act*

Federal agencies would continue to be required to consult on all actions that may affect American burying beetles in all analysis areas; however, these consultations could likely be streamlined through a programmatic consultation for actions with incidental take that is not prohibited under the proposed 4(d) rule.

*Permits for Threatened Wildlife*

We may issue permits to carry out otherwise prohibited activities involving threatened wildlife under certain circumstances. Regulations governing permits are codified at 50 CFR 17.32. With regard to threatened wildlife, a permit may be issued for the following purposes: For scientific purposes, for the enhancement of propagation or survival, for economic hardship, for zoological exhibition, for educational purposes, or for special purposes consistent with the purposes of the Act. There are also certain statutory exemptions from the prohibitions, which are found in sections 9 and 10 of the Act.

Questions regarding whether specific activities would constitute a violation of 50 CFR 17.47(c) should be directed to the Oklahoma Ecological Services Field Office (see **FOR FURTHER INFORMATION CONTACT**).

*Effects of the Rule*

This proposal, if made final, would revise 50 CFR 17.11(h) to reclassify the American burying beetle as threatened on the Federal List of Endangered and Threatened Wildlife and would revise 50 CFR 17.47 to codify the prohibitions and exceptions that would apply to the American burying beetle under the 4(d) rule. This proposal would not affect the designation of the nonessential experimental population in four counties in Missouri or the prohibitions established for that population. There is no critical habitat designated for this species; therefore, this proposed rule would not affect 50 CFR 17.95.

**Required Determinations**

*Clarity of the Rule*

We are required by Executive Orders 12866 and 12988 and by the Presidential Memorandum of June 1, 1998, to write all rules in plain language. This means that each rule we publish must:

(1) Be logically organized;
(2) Use the active voice to address readers directly;
(3) Use clear language rather than jargon;
(4) Be divided into short sections and sentences; and
(5) Use lists and tables wherever possible.

If you feel that we have not met these requirements, send us comments by one of the methods listed in **ADDRESSES**. To better help us revise the rule, your comments should be as specific as possible. For example, you should tell us the numbers of the sections or paragraphs that are unclearly written, which sections or sentences are too long, the sections where you feel lists or tables would be useful, etc.

*National Environmental Policy Act*

We have determined that environmental assessments and environmental impact statements, as defined under the authority of the National Environmental Policy Act of 1969 (42 U.S.C. 4321 *et seq.*), need not be prepared in connection with regulations pursuant to section 4(a) of the Act. We published a notice outlining our reasons for this determination in the **Federal Register** on October 25, 1983 (48 FR 49244).

**References Cited**

A complete list of all references cited in this proposed rule is available at *http://www.regulations.gov* at Docket No. FWS–R2–ES–2018–0029, or upon request from the Oklahoma Ecological Services Field Office (see **FOR FURTHER INFORMATION CONTACT**).

**Authors**

The primary authors of this proposed rule are staff members of the Service's Oklahoma Ecological Services Field Office (see **FOR FURTHER INFORMATION CONTACT**).

**List of Subjects in 50 CFR Part 17**

Endangered and threatened species, Exports, Imports, Reporting and recordkeeping requirements, Transportation.

**Proposed Regulation Promulgation**

Accordingly, we propose to amend part 17, subchapter B of chapter I, title 50 of the Code of Federal Regulations, as set forth below:

## PART 17—ENDANGERED AND THREATENED WILDLIFE AND PLANTS

■ 1. The authority citation for part 17 continues to read as follows:

**Authority:** 16 U.S.C. 1361–1407; 1531–1544; and 4201–4245, unless otherwise noted.

■ 2. Amend § 17.11(h) by revising the entry for ''Beetle, American burying'' under ''INSECTS'' in the List of Endangered and Threatened Wildlife to read as follows:

**§ 17.11   Endangered and threatened wildlife.**

\*    \*    \*    \*    \*

(h) \* \* \*

| Common name | Scientific name | Where listed | Status | Listing citations and applicable rules |
|---|---|---|---|---|
| * | * | * | * | * |
| INSECTS | | | | |
| * | * | * | * | * |
| Beetle, American burying. | *Nicrophorus americanus.* | Wherever found, except where listed as an experimental population. | T | 54 FR 29652, 7/13/1989; [**Federal Register** citation of the final rule]; 50 CFR 17.47(c).4d |

| Common name | Scientific name | Where listed | Status | Listing citations and applicable rules |
|---|---|---|---|---|
| Beetle, American burying. | *Nicrophorus americanus.* | In southwestern Missouri, the counties of Cedar, St. Clair, Bates, and Vernon. | XN | 77 FR 16712, 3/22/2012; 50 CFR 17.85(c).10] |
| * | * | * | * | * |

■ 3. Amend § 17.47 by adding paragraph (c) to read as follows:

**§ 17.47  Special rules—insects.**

\*     \*     \*     \*     \*

(c) American burying beetle (*Nicrophorus americanus*).

(1) *Prohibitions.* The following prohibitions apply to the American burying beetle:

(i) Take of the American burying beetle, except that take that is incidental to otherwise lawful activity (incidental take) is only prohibited when the take occurs on suitable American burying beetle habitat:

(A) In the New England and Northern Plains Analysis Areas where the incidental take results from soil disturbance; or

(B) In the Southern Plains Analysis Areas where the incidental take occurs on defined conservation lands, except where incidental take is in compliance with a Service-approved conservation plan.

(ii) Possession and other acts with unlawfully taken American burying beetles.

(A) It is unlawful to possess, sell, deliver, carry, transport, or ship, by any means whatsoever, any American burying beetle that was taken in violation of paragraph (c)(1)(i) of this section or State law.

(B) Notwithstanding paragraph (c)(1)(ii)(A) of this section, Federal and State law enforcement officers may possess, deliver, carry, transport, or ship any American burying beetle taken in violation of the Act as necessary in performing their official duties.

(iii) Import and export of the American burying beetle.

(iv) Interstate or foreign commerce. It is unlawful to deliver, receive, carry, transport, or ship in interstate or foreign commerce, by any means whatsoever, and in the course of a commercial activity, the American burying beetle.

(v) Sale or offer for sale. It is unlawful to sell or to offer for sale in interstate or foreign commerce any American burying beetle.

(2) *Exceptions from prohibitions.* (i) Any employee or agent of the Service or of a State conservation agency that is operating a conservation program pursuant to the terms of a cooperative agreement with the Service in accordance with section 6(c) of the Act, who is designated by his agency for such purposes, may, when acting in the course of his official duties, take American burying beetles, provided that, for State conservation agencies, the American burying beetle is covered by an approved cooperative agreement to carry out conservation programs.

(ii) Federal and State government agencies may incidentally take American burying beetles when conducting wildlife management activities in the Northern Plains Analysis Areas.

(iii) Incidental take of American burying beetles resulting from ranching and grazing activities is allowed.

(3) *Definitions.* For the purposes of this paragraph (c), we define the following terms:

(i) *Conservation lands* means lands included within the existing boundaries of Fort Chaffee in Arkansas (approximately 64,000 acres), and McAlester Army Ammunition Plant (approximately 45,000 acres), Camp Gruber/Cherokee Wildlife Management Area (approximately 64,000 acres), and The Nature Conservancy Tall Grass Prairie Preserve (approximately 40,000 acres) in Oklahoma.

(ii) *New England Analysis Area* means Block Island in Rhode Island and Nantucket Island in Massachusetts.

(iii) *Northern Plains Analysis Areas* means portions of Nebraska and South Dakota, as presented in the map at paragraph (c)(4) of this section, to initially include an 18.6-mile buffer around each capture location to determine the outside boundaries of the analysis area. For specific information regarding whether a parcel of land is inside the Northern Plains Analysis Areas, contact your local Service ecological services field office. Field office contact information may be obtained from the Service regional offices, the addresses of which are listed at 50 CFR 2.2.

(iv) *Ranching and grazing* means activities involved in grazing livestock (*e.g.,* cattle, bison, horse, sheep, goats, or other grazing animals) such as: Gathering of livestock; construction and maintenance of fences associated with livestock grazing; installation and maintenance of corrals, loading chutes, and other livestock working facilities; development and maintenance of livestock watering facilities; placement of supplements such as salt blocks for grazing livestock; and, when associated with livestock grazing, the control of noxious weeds, haying, mowing, and prescribed burning. Ranching and grazing does not include any form of farming, conversion of grassland to cropland, or management of cropland.

(v) *Soil disturbance* means movement or alteration of soil. Soil disturbance includes actions such as grading, filling, soil excavating or topsoil stripping. Soil disturbance also includes non-physical alterations such as chemical treatment.

(vi) *Southern Plains Analysis Areas* means portions of Arkansas, Kansas, Oklahoma, and Texas, as presented in the map at paragraph (c)(4) of this section, to initially include an 18.6-mile buffer around each capture location to determine the outside boundaries of the analysis area. For specific information regarding whether a parcel of land is inside the Southern Plains Analysis Areas, contact your local Service ecological services field office. Field office contact information may be obtained from the Service regional offices, the addresses of which are listed at 50 CFR 2.2.

(4) *Map of American Burying Beetle Analysis Areas.*

**BILLING CODE 4333–15–P**



Dated: April 25, 2019.

**Margaret E. Everson,**

*Principal Deputy Director, U.S. Fish and Wildlife Service, Exercising the Authority of the Director, U.S. Fish and Wildlife Service.*

[FR Doc. 2019–09035 Filed 5–2–19; 8:45 am]

**BILLING CODE 4333–15–C**

FWS000174

Figure 2 to paragraph (c)



### §2500.3   Retirement of Logos.

The agency officially retires the day-to-day use of all pre-existing logos, emblems, and other insignia, except the Days of Service logos, but does not relinquish the legal rights to these logos.

### §2500.4   Authority to affix logos.

Restrictions on the use of AmeriCorps logos are found in 45 CFR 2540.500 through 2540.560.

Dated: September 4, 2020.

**Helen Serassio,**

*Acting General Counsel.*

[FR Doc. 2020–20318 Filed 10–14–20; 8:45 am]

**BILLING CODE 6050–28–P**

---

## DEPARTMENT OF THE INTERIOR

### Fish and Wildlife Service

### 50 CFR Part 17

[Docket No. FWS–R2–ES–2018–0029; FF09E22000 FXES11130900000 201]

**RIN 1018–BD46**

### Endangered and Threatened Wildlife and Plants; Reclassification of the American Burying Beetle From Endangered to Threatened With a Section 4(d) Rule

**AGENCY:** Fish and Wildlife Service, Interior.

**ACTION:** Final rule.

**SUMMARY:** We, the U.S. Fish and Wildlife Service (Service), reclassify (downlist) the American burying beetle (*Nicrophorus americanus*) from endangered to threatened on the Federal List of Endangered and Threatened Wildlife. This determination is based on a thorough review of the best available scientific and commercial information, which indicates that the threats to this species have been reduced to the point that it is not currently in danger of extinction throughout all or a significant portion of its range, but that it is likely to become so within the foreseeable future. We also finalize a rule under the authority of section 4(d) of the Act that provides measures that are necessary and advisable to provide for the conservation of the American burying beetle.

**DATES:** This rule is effective November 16, 2020.

**ADDRESSES:** This final rule and supporting documents are available on the internet at *http:// www.regulations.gov* under Docket No. FWS–R2–ES–2018–0029. Comments and materials we received, as well as supporting documentation we used in preparing this rule, are available for public inspection at *http:// www.regulations.gov.*

**FOR FURTHER INFORMATION CONTACT:** Jonna Polk, Field Supervisor, U.S. Fish and Wildlife Service, Oklahoma Ecological Services Field Office, 9014 East 21st St., Tulsa, OK 74129; telephone 918–382–4500. Persons who use a telecommunications device for the deaf (TDD) may call the Federal Relay Service at 800–877–8339.

**SUPPLEMENTARY INFORMATION:**

### Executive Summary

*Why we need to publish a rule.* Under the Act a species may warrant reclassification from endangered to threatened if it no longer meets the definition of endangered (in danger of extinction). The American burying beetle is listed as endangered, and we are finalizing a reclassification (downlisting) of the American burying beetle as threatened because we have determined it is not currently in danger of extinction. Downlisting a species as a threatened species can only be made by issuing a rulemaking.

*What this document does.* This rule reclassifies the American burying beetle from endangered to threatened (*i.e.,* "downlists" the species), with a rule issued under section 4(d) of the Act, based on the species' current status.

*The basis for our action.* Under the Act, we may determine that a species is an endangered or threatened species because of any of five factors: (A) The present or threatened destruction, modification, or curtailment of its habitat or range; (B) overutilization for commercial, recreational, scientific, or educational purposes; (C) disease or predation; (D) the inadequacy of existing regulatory mechanisms; or (E) other natural or manmade factors affecting its continued existence. We may reclassify a species if the best available commercial and scientific data indicate the species no longer meets the applicable definition in the Act.

We have determined that the American burying beetle is no longer in danger of extinction and, therefore, does not meet the definition of an endangered species, but is still affected by current and ongoing threats to the extent that the species meets the definition of a threatened species under the Act. Increasing temperatures due to changing climate are projected to impact American burying beetle populations within the foreseeable future. Likewise, we project future impacts to American burying beetle populations due to land use change associated with urbanization and agricultural activities.

*We are promulgating a section 4(d) rule.* We are issuing a section 4(d) rule to provide measures necessary and advisable to provide for the conservation of the American burying beetle. The 4(d) rule prohibits all intentional take of the American burying beetle and specifically tailor the incidental take prohibitions and exceptions under section 9(a)(1) of the Act as a means to provide protective mechanisms to State and Federal partners, as well as private landowners, so that they may continue with certain activities that are not anticipated to cause direct injury or mortality to American burying beetles and that will facilitate the conservation and recovery of the species.

### Previous Federal Actions

Please refer to the proposed rule to reclassify American burying beetle from endangered to threatened (84 FR 19013; May 3, 2019) for a detailed description of previous Federal actions concerning this species.

### Summary of Changes From the Proposed Rule

We have made two changes from the proposed rule in this final rule: One of the changes affects the rule language, and one affects only the preamble.

(1) Under the proposed 4(d) rule provisions, we defined "conservation lands" where incidental take would continue to be prohibited within the Southern Plains populations. The proposed 4(d) rule included The Nature Conservancy Tall Grass Prairie Preserve as "conservation lands" where

incidental take would be prohibited. In this final rule, we have removed The Nature Conservancy Tall Grass Prairie Preserve from this definition of conservation lands and, therefore, removed the prohibition on incidental take in this area, because The Nature Conservancy has developed a Memorandum of Understanding to document their commitment to provide ongoing management, research, and monitoring at that site that makes the prohibitions in the proposed rule unnecessary.

(2) In *Center for Biological Diversity* v. *Everson,* 2020 WL 437289 (D.D.C. Jan. 28, 2020) (*Center for Biological Diversity or CBD*)), the court vacated part of the 2014 Significant Portion of its Range Policy. Following the court's holding in *CBD,* we have now revised the significant portion of the range analysis in this final rule. We evaluated the status of the species in three potentially significant portions of the species' range and found that none meet the definition of endangered. This updated analysis did not result in any changes to the proposed rule but provides support for the determination.

**Supporting Documents**

A species status assessment (SSA) team prepared an SSA report for the American burying beetle. The SSA team was composed of Service biologists, in consultation with other species experts. The SSA report represents a compilation of the best scientific and commercial data available concerning the status of the species, including the impacts of past, present, and future factors (both negative and beneficial) affecting the species. In accordance with our joint policy on peer review published in the **Federal Register** on July 1, 1994 (59 FR 34270), and our August 22, 2016, memorandum updating and clarifying the role of peer review of listing actions under the Act, we sought peer review of the SSA report. The Service sent the SSA report to 12 independent peer reviewers and received 8 responses. The purpose of peer review is to ensure that our listing determinations and 4(d) rules are based on scientifically sound data, assumptions, and analyses. The peer reviewers have expertise in the biology, habitat, and threats to the species. The draft SSA report was also sent to species experts and all Tribes and States within the current range for a partner review. We received review from six States and two species experts.

## I. Final Listing Determination

### Background

The American burying beetle (*Nicrophorus americanus*) is the largest silphid (carrion beetle) in North America, reaching 1.0 to 1.8 inches (25 to 35 centimeters) in length (Anderson 1982, p. 362; Backlund and Marrone 1997, p. 53). During the daytime, American burying beetles are believed to bury themselves under vegetation litter or into soil (Jurzenski 2012, p. 76). At night, American burying beetles are active from late spring through early fall, occupy a variety of habitats and bury themselves in the soil to hibernate for the duration of the winter. American burying beetles emerge from their winter inactive period when ambient nighttime air temperatures consistently exceed 59 degrees Fahrenheit (°F) (15 degrees Celsius (°C)) (Kozol et al. 1988, p. 11; Kozol 1990b, p. 4; Bedick et al. 1999, p. 179; Service 2008, p. 13). Reproduction occurs in the spring to early summer after this emergence. New adult beetles or offspring (called tenerals), usually emerge in summer, over-winter (hibernate) as adults, and comprise the breeding population the following summer (Kozol et al. 1988, p. 2; Amaral et al. 2005, pp. 30, 35).

The American burying beetle is native to at least 35 States in the United States, covering most of temperate eastern North America, and the southern borders of three eastern Canadian provinces. The species is believed to be extirpated from all but nine States in the United States and is likely extirpated from Canada. However, the current range is much larger than originally thought when the species was listed in 1989. Based on the last 15 years of surveys, the American burying beetle occurs in portions of Arkansas, Kansas, Oklahoma, Nebraska, South Dakota, and Texas; on Block Island off the coast of Rhode Island; and in reintroduced populations on Nantucket Island off the coast of Massachusetts and in southwest Missouri, where a nonessential experimental population (NEP) was established in 2012 under section 10(j) of the Act (77 FR 16712; March 22, 2012). Reintroduction efforts are also under way in Ohio, and survival of reintroduced American burying beetles into the next year (successful overwintering) was documented in 2019. American burying beetles have not been documented in Texas since 2008.

Please refer to the May 3, 2019, proposed rule to reclassify American burying beetle from endangered to threatened (84 FR 19013) and the SSA report for a full summary of species information. Both are available at *http://www.regulations.gov* under Docket No. FWS–R2–ES–2018–0029.

### Recovery Criteria

Section 4(f) of the Act directs us to develop and implement recovery plans for the conservation and survival of endangered and threatened species unless we determine that such a plan will not promote the conservation of the species. Recovery plans must, to the maximum extent practicable, include "objective, measurable criteria which, when met, would result in a determination, in accordance with the provisions [of section 4 of the Act], that the species be removed from the list."

Recovery plans provide a roadmap for us and our partners on methods of enhancing conservation and minimizing threats to listed species, as well as measurable criteria against which to evaluate progress towards recovery and assess the species' likely future condition. However, they are not regulatory documents and do not substitute for the determinations and promulgation of regulations required under section 4(a)(1) of the Act. A decision to revise the status of a species, or to delist a species is ultimately based on an analysis of the best scientific and commercial data available to determine whether the species is no longer an endangered species or a threatened species, regardless of whether that information differs from the recovery plan.

There are many paths to accomplishing recovery of a species, and recovery may be achieved without all of the criteria in a recovery plan being fully met. For example, one or more criteria may be exceeded while other criteria may not yet be accomplished. In that instance, we may determine that the threats are minimized sufficiently and that the species is robust enough that it no longer meets the definition of an endangered species or a threatened species. In other cases, we may discover new recovery opportunities after having finalized the recovery plan. Parties seeking to conserve the species may use these opportunities instead of methods identified in the recovery plan. Likewise, we may learn new information about the species after we finalize the recovery plan. The new information may change the extent to which existing criteria are appropriate for identifying recovery of the species. The recovery of a species is a dynamic process requiring adaptive management that may, or may not, follow all of the guidance provided in a recovery plan.

FWS000178

The American burying beetle recovery plan was approved by the Service on September 27, 1991 (Service 1991). Delisting criteria were not established in the recovery plan. However, for reclassification from endangered to threatened, the recovery plan established a criterion of at least three self-sustaining populations of at least 500 individuals in each of four broad geographical areas of the species' historical range: the Northeast, the Southeast, the Midwest, and the Great Lakes States. The threshold of 500 individuals was developed based on limited empirical data from Block Island (Service 1991, p. 8) and principles from the conservation biology literature (Franklin 1980; Soule 1980; Salwasser et al. 1982) that suggested the effective population number of 500 was the minimum threshold size for a biological population to maintain long-term adaptability.

We now understand that a population estimate of 500 adults is probably an inadequate metric for a self-sustaining population of this species because minimum viable population for most species would be considerably larger than 500 individuals. Minimum viable population thresholds vary by species, and additional empirical data and analysis for American burying beetles indicate that a larger threshold may be more appropriate for this species (Reed et al. 2003; Amaral et al. 2005; p. 36; Brook et al. 2006; Flather et al. 2011; Wolf et al. 2015). However, new population targets for the species have not been developed and would be different for each population due to differences in habitat and stressors acting on populations. Likewise, conservation of populations in the four broad geographical areas used in the recovery plan may not appropriately address future threats given our current understanding of the species' range and risks to populations (see sections 2.5.4 and 5.4 in the SSA Report; Service 2019). For example, the authors of the recovery plan were not aware of future climate-related risks and current projections indicating that southern portions of the historical range would not be suitable for future recovery (see section 5.4 in the SSA Report; Service 2019). Thus, the recovery plan information is considered to be out of date (Service 2008), and the SSA Report (Service 2019) provides an updated, revised analysis of current and future risks based on our current understanding of the species' needs.

## Regulatory and Analytical Framework

### Regulatory Framework

Section 4 of the Act (16 U.S.C. 1533) and its implementing regulations (50 CFR part 424) set forth the procedures for determining whether a species is an "endangered species" or a "threatened species." The Act defines an endangered species as a species that is "in danger of extinction throughout all or a significant portion of its range," and a threatened species as a species that is "likely to become an endangered species within the foreseeable future throughout all or a significant portion of its range." The Act requires that we determine whether any species is an "endangered species" or a "threatened species" because of any of the following factors:

(A) The present or threatened destruction, modification, or curtailment of its habitat or range;

(B) Overutilization for commercial, recreational, scientific, or educational purposes;

(C) Disease or predation;

(D) The inadequacy of existing regulatory mechanisms; or

(E) Other natural or manmade factors affecting its continued existence.

These factors represent broad categories of natural or human-caused actions or conditions that could have an effect on a species' continued existence. In evaluating these actions and conditions, we look for those that may have a negative effect on individuals of the species, as well as other actions or conditions that may ameliorate any negative effects or may have positive effects. We consider these same five factors in reclassifying a species from endangered to threatened (50 CFR 424.11(c) through (e)).

We use the term "threat" to refer in general to actions or conditions that are known to or are reasonably likely to negatively affect individuals of a species. The term "threat" includes actions or conditions that have a direct impact on individuals, as well as those that affect individuals through alteration of their habitat or required resources. The term "threat" may encompass—either together or separately—the source of the action or condition or the action or condition itself.

However, the mere identification of any threat(s) does not necessarily mean that the species meets the statutory definition of an "endangered species" or a "threatened species." In determining whether a species meets either definition, we must evaluate all identified threats by considering the species' expected response, and the effects of the threats—in light of those actions and conditions that will ameliorate the threats—on an individual, population, and species level. We evaluate each threat and its expected effects on the species, then analyze the cumulative effect of all of the threats on the species as a whole. We also consider the cumulative effect of the threats in light of those actions and conditions that will have positive effects on the species, such as any existing regulatory mechanisms or conservation efforts. The Secretary determines whether the species meets the definition of an "endangered species" or a "threatened species" only after conducting this cumulative analysis and describing the expected effect on the species now and in the foreseeable future.

The Act does not define the term "foreseeable future," which appears in the statutory definition of "threatened species." Our implementing regulations at 50 CFR 424.11(d) set forth a framework for evaluating the foreseeable future on a case-by-case basis. The term foreseeable future extends only so far into the future as the Services can reasonably determine that both the future threats and the species' responses to those threats are likely. In other words, the foreseeable future is the period of time in which we can make reliable predictions. "Reliable" does not mean "certain"; it means sufficient to provide a reasonable degree of confidence in the prediction. Thus, a prediction is reliable if it is reasonable to depend on it when making decisions.

It is not always possible or necessary to define foreseeable future as a particular number of years. Analysis of the foreseeable future uses the best scientific and commercial data available and should consider the timeframes applicable to the relevant threats and to the species' likely responses to those threats in view of its life-history characteristics. Data that are typically relevant to assessing the species' biological response include species-specific factors such as lifespan, reproductive rates or productivity, certain behaviors, and other demographic factors.

Our proposed rule described "foreseeable future" as the extent to which we can reasonably rely on predictions about the future in making determinations about the future conservation status of the species. The Service since codified its understanding of foreseeable future in 50 CFR 424.11(d) (84 FR 45020). In those regulations, we explain the term "foreseeable future" extends only so far into the future as the Service can reasonably determine that both the

FWS000179

future threats and the species' responses to those threats are likely. The Service will describe the foreseeable future on a case-by-case basis, using the best available data and taking into account considerations such as the species' life-history characteristics, threat-projection timeframes, and environmental variability. The Service need not identify the foreseeable future in terms of a specific period of time. These regulations did not significantly modify the Service's interpretation; rather they codified a framework that sets forth how the Service will determine what constitutes the foreseeable future based on our long-standing practice. Accordingly, though regulations do not apply to the final rule for the American burying beetle because it was proposed prior to their effective date, they do not change the Service's assessment of foreseeable future for the American burying beetle as contained in our proposed rule and in this final rule.

Analytical Framework

The SSA report documents the results of our comprehensive biological review of the best scientific and commercial data regarding the status of the species, including an assessment of the potential threats to the species. The SSA report does not represent a decision by the Service on whether the species should be downlisted to threatened under the Act. It does, however, provide the scientific basis that informs our regulatory decisions, which involve the further application of standards within the Act and its implementing regulations and policies. The following is a summary of the key results and conclusions from the SSA report; the full SSA report can be found at *http://www.regulations.gov* under Docket No. FWS–R2–ES–2018–0029.

To assess American burying beetle viability, we used the three conservation biology principles of resiliency, redundancy, and representation (Shaffer and Stein 2000, pp. 306–310). Briefly, resiliency supports the ability of the species to withstand environmental and demographic stochasticity (for example, wet or dry, warm or cold years); redundancy supports the ability of the species to withstand catastrophic events (for example, droughts, large pollution events); and representation supports the ability of the species to adapt over time to long-term changes in the environment (for example, climate changes). In general, the more resilient and redundant a species is and the more

representation it has, the more likely it is to sustain populations over time, even under changing environmental conditions. Using these principles, we identified the species' ecological requirements for survival and reproduction at the individual, population, and species levels, and described the beneficial and risk factors influencing the species' viability.

The SSA process can be categorized into three sequential stages. During the first stage, we evaluated individual species' life-history needs. The next stage involved an assessment of the historical and current condition of the species' demographics and habitat characteristics, including an explanation of how the species arrived at its current condition. The final stage of the SSA involved making predictions about the species' responses to positive and negative environmental and anthropogenic influences. Throughout all of these stages, we used the best available information to characterize viability as the ability of a species to sustain populations in the wild over time. We use this information to inform our regulatory decision.

*Summary of Biological Status and Threats*

In this section, we review the biological condition of the species and its resources, and the threats that influence the species' current and future condition, in order to assess the species' overall viability and the risks to that viability.

Summary of Species Needs

Adults and larvae depend on dead animals (carrion), *e.g.,* cotton rats, pheasants, prairie dogs, ground squirrels, etc., for food and moisture. Adults also require adequate soil moisture, appropriate soil temperatures, and appropriate soil particle size to allow them to bury themselves and/or a carcass (see chapter 2 of the SSA Report; Service 2019). Adequate soil moisture levels appear to be critical for American burying beetles, and they show a strong preference for moist, sandy loam soil with organic matter (Hoback 2008, unpublished), but a specific threshold for soil moisture is unknown. When the nighttime ambient air temperature is consistently below 59 °F (15 °C), American burying beetles bury into the soil and become inactive (Service 1991, p. 11; Scott and Traniello 1989, pp. 34–35; Kozol 1995, p. 11, Bedick et al. 2006, p. 28).

For reproduction, American burying beetles need appropriately sized carrion, access to mates, and suitable soils. The optimum weight of carcasses is 3.5 to 7.0 ounces (80 to 200 g) (Kozol 1989, pp. 12–13, 25, 36–39, figures 1 and 2; Kozol 1990a, pp. 7–8). Once an appropriate carcass has been found for reproduction, American burying beetles may compete amongst themselves or with other species for control of the carcass until usually only a single dominant male and female burying beetle remain (Springett 1967, p. 56; Wilson and Fudge 1984, entire; Scott and Traniello 1989, p. 34). Once the pair wins the battle for the rights to the carcass, the successful couple buries the carrion, copulates, and constructs an underground cavity called a brood chamber around the carcass, although either sex is capable of burying a carcass alone (Kozol et al. 1988, p. 170).

Once underground, both parents strip the carcass of fur or feathers, roll the carcass into a ball and treat it with secretions that form a brood chamber and retard growth of mold and bacteria. The female American burying beetle lays eggs in the soil adjacent to the carcass (Pukowski 1933, p. 555; Milne and Milne 1976, p. 84; Scott and Traniello 1990, p. 274) where the eggs incubate for about 6 days before hatching into larvae that require parental care. Higher ambient temperatures increase egg development rates and reduce incubation times (Damos and Savopoulou-Soultani 2012). Females reproducing on smaller carcasses produce fewer eggs than females reproducing on larger carcasses (Billman et al. 2014a, entire; 2014b, entire). American burying beetles will also cull their brood through cannibalism to increase size and survival of larvae in response to a less than adequately sized carcass (Billman et al. 2014a, entire; 2014b, entire).

Summary of Current Condition of the Species

For the purposes of this analysis we organized the current range of the American burying beetle into analysis areas that follow broad geographic and ecological patterns: Northern Plains analysis areas, Southern Plains analysis areas, and the New England Analysis Area (see Figure 1). This is the scale of ''populations'' referred to in the analysis of risk factors potentially affecting the species (chapters 4 and 5 in the SSA Report; Service 2019).

**BILLING CODE 4333–15–P**



**Figure 1.** The Southern Plains analysis areas include the Red River, Arkansas River, and Flint Hills analysis areas in Texas, Oklahoma, Kansas, and Arkansas. The Northern Plains analysis areas include the Loess Canyons, Sand Hills, and Niobrara River analysis areas in Nebraska and South Dakota. The New England Analysis Area includes Block Island off the coast of Rhode Island and a reintroduced population on Nantucket Island off the coast of Massachusetts.

BILLING CODE 4333–15–C

Because the American burying beetle completes its life cycle in one year, each year's population levels are largely dependent on the reproductive success of the previous year and reproductive conditions in the current year. Fluctuations are thought to be a function of the abundance of the carrion resources on which the species depends. Therefore, population numbers may be cyclic (due to weather, disease, etc.), with high abundance in one year, followed by a decline in numbers the succeeding year. Because survey information can fluctuate over time and survey effort is not equal for all analysis areas, the SSA Report (Service 2019) uses a combination of habitat and population factors to evaluate the current condition of populations. For each analysis area, a current condition category is assigned based on relative abundance, population distribution, known population trends, availability of suitable habitat, acres of protected areas, and the level of management in protected areas (see section 4.7.1 in the SSA Report; Service 2019). The current condition categories are qualitative estimates of the current status of the species.

Habitat Factors

Large quantities of potentially suitable habitat are available in the Southern Plains and the Northern Plains analysis areas, though the New England Analysis Area is much smaller (See Table 1). Most analysis areas contain large areas of managed protected lands as well (Table 1). The New England Analysis Area has a relatively small amount of protected lands due to the limited area of these islands, but a relatively high percentage of conservation lands (Block, 41% and Nantucket, 33%).

FWS000181

TABLE 1—ACRES OF SUITABLE HABITAT AND PROTECTED LANDS WITHIN EACH ANALYSIS AREA.

| Analysis area | Suitable habitat (acres) | Managed protected lands (acres)[a] | Multi-purpose protected lands (acres)[b] | Total acres in each Analysis Area |
|---|---|---|---|---|
| Red River | 2,678,406 | 123,779 | 23,997 | 3,251,894 |
| Arkansas River | 14,470,603 | 1,486,002 | 933,608 | 17,753,431 |
| Flint Hills | 2,758,610 | 133,196 | 52,114 | 3,706,908 |
| Loess Canyons | 1,686,948 | 15,342 | 3,843 | 2,758,610 |
| Sandhills | 8,633,685 | 93,983 | 24,633 | 10,819,170 |
| Niobrara | 2,961,469 | 58,918 | 33,582 | 4,108,903 |
| Nantucket[c] | 23,311 | 11,934 | [c]NA | 36,321 |
| Block Island[c] | 2,554 | 2,507 | [c]NA | 6,111 |

[a]Managed lands incorporate active management to maintain or improve wildlife habitat and are assumed to protect or improve American burying beetle habitat.

[b]Multi-purpose protected lands are assumed to include some management for wildlife that would protect or improve American burying beetle habitat.

[c]Note that Nantucket and Block Island together form the New England Analysis Area.

[d]Protected lands on Nantucket and Block Island are mostly private and protected by easements. The active management is primarily monitoring and provisioning of carcasses.

Population Factors

Southern Plains Analysis Areas

Between 1993 and 1996, the southeastern portion of the Red River Analysis Area supported localized populations with relatively high catch rates of American burying beetles (Creighton et al. 2009, p. 40), but catch rates in these areas have declined since the early 2000s. No positive surveys have been documented in the Arkansas or Texas portions of the Red River Analysis Area since 2008, and only eight positive surveys are known in the analysis area (all in Oklahoma) since 2008. Within the Red River Analysis Area, the Hugo Wildlife Management Area in Oklahoma is the only protected area currently known to support American burying beetles, with five captured in 2016. Populations in Texas may be extirpated as the last documented record of the species occurred in 2008.

Both the Arkansas River Analysis Area and the Flint Hills Analysis Area have large areas of suitable habitat, several large protected areas, and a relatively wide distribution of American burying beetles within the analysis areas.

Northern Plains Analysis Areas

The Loess Canyons Analysis Area, the Sandhills Analysis Area, and the Niobrara River Analysis Area all have large areas of native habitat and relatively wide distribution of American burying beetles within the analysis areas. In the Loess Canyons Analysis Area, expansion of eastern redcedar (*Juniperus virginiana*) due to a lack of fire or mechanical control has reduced the habitat quality in much of this analysis area, this population is sensitive to droughts, and the analysis area is relatively small and isolated from other populations.

New England Analysis Area

This area is small relative to other analysis areas, but the level of protection and active management are significantly greater than the other analysis areas. On Block Island, the American burying beetle population is relatively stable with population estimates ranging from 200 to 1,000. This population has been monitored annually since 1991. Carrion provisioning has been conducted on Block Island since 1993. On Nantucket Island, the reintroduced population does not appear to be self-sustaining and requires human assistance for long-term maintenance (Mckenna-Foster et al. 2016, entire). The current resiliency of the analysis area is considered moderate due to relatively good distribution, and fair ratios of positive to negative surveys, although the populations on both islands are highly dependent on active management.

Summary of current overall viability

Resiliency ranged from moderate to high in all analysis areas, with the exception of the Red River Analysis Area where resiliency is considered low. Overall, representation is considered moderate. The current genetic diversity appears to be relatively high, but the ecological diversity has been reduced with the loss of about 90 percent of the historical range. The current known range includes populations from northern and southern areas and eastern and western areas of the historical American burying beetle range, although representation from eastern areas is limited to the New England island populations and the genetics represented from the Block Island population. Multiple populations

within the analysis areas provide redundancy that reduces the risk of any catastrophic events.

Threats

The American Burying Beetle Recovery Plan (Service 1991) and the 5-year status review of the species (Service 2008) identify the following factors as threats or potential threats to American burying beetles: direct habitat loss and alteration, increase in competition for carrion resources, decrease in abundance of prey, loss of genetic diversity in isolated populations, disease/pathogens, dichloro-diphenyl-trichloroethane (commonly known as DDT*)*, habitat fragmentation due to agricultural and grazing practices that lead to changes in vertebrate composition or density, and invasive species. DDT and some other threats identified in the recovery plan and 5-year status review are either no longer a threat or pose less of a threat to the species.

Overutilization (Factor B) for any purpose was not identified as a threat to the species at the time of listing in 1989, and it is not considered a threat to the species' continued existence today. While disease and predation (Factor C) may kill or injure individual American burying beetles, they are not known to result in population-level impacts. Further information regarding disease and predation can be found in the SSA Report (Service 2019).

Populations in the New England and Northern Plains Analysis areas are expected to experience future threats from land use change, and all populations are expected to experience future threats from a changing climate over varying time periods. Existing regulatory mechanisms (Factor D), such as regulations for species protections implemented by the States, and

implementation of the Sikes Act (16 U.S.C. 670a–670f, as amended) by the Department of Defense (DoD) through Integrated Natural Resources Management Plans (INRMPs), vary by region and specific location, but generally do not fully address the numerous threats that the American burying beetle faces across its range, particularly those future threats such as land use change and climate change. However, incorporation of INRMPs on the DoD installations currently provide management and conservation benefit to American burying beetles occurring in those areas.

The American burying beetle declined over much of its historical range while eight species in the same genus are still relatively common rangewide (Sikes and Raithel 2002, p. 104). Anecdotal evidence indicates that the reduction of appropriate carrion resources is a primary mechanism of population decline for the American burying beetle. This hypothesis fits the temporal and geographical pattern of the disappearance of American burying beetles from 90 percent of their historical range, and may explain why American burying beetles declined while related species that do not rely on the same carrion resources did not similarly decline (Sikes and Raithel 2002, p. 104). The availability of appropriately sized carrion may explain current distributions of the American burying beetle and the presence or absence of American burying beetles in most of the existing analysis areas. For example, the American burying beetle population on Nantucket Island was established with provisioned carcasses, but is projected to be extirpated without continued provisioning of appropriately sized carcasses (Mckenna-Foster et al. 2016, entire). American burying beetles need carcasses of 80 to 200 grams, and areas that can support the species must have potential carrion sources within this size range. The abundance of potential carrion species and competition for the carcasses can affect availability for American burying beetles.

Risks such as conversion to cropland and wind energy development are greater in portions of the Northern Plains analysis areas, while risks associated with grazing, silviculture, and oil and gas development are more common in the Southern Plains analysis areas. All remaining populations have some risks associated with areas of urban or suburban development, particularly in the New England Analysis Area, but most current American burying beetle populations are in rural areas and have potential

risks associated with habitat loss due to agricultural land uses. All habitat alterations also have potential to affect carrion populations, competing scavenger populations, and carrion availability. Risks associated with the effects of changing climate, including increasing temperatures, are now the most significant threat for most analysis areas.

Two scenarios in the SSA Report (Service 2019) explore potential future land use changes to help characterize the likely potential for impacts to suitable habitat for the American burying beetle. The two land use scenarios in the SSA Report (Service 2019) were evaluated independently and then later evaluated in combination with two separate climate change scenarios.

The large areas of known and potential habitat in the Southern Plains buffer the effects of most land use changes. Urban development and conversion to agricultural lands are not considered a threat to the species in the Southern Plains analysis areas because the projected loss of habitat is unlikely to affect the viability of the species in these areas (Service 2019). The projected combined permanent loss of suitable habitat from all sources for the Southern Plains analysis areas is 1.2% or 246,293 acres from the existing 19,995,088 acres (Service 2019). The combined impacts of urban expansion and agriculture (primarily conversion to cropland) are expected to affect 5–15% of the suitable habitat in the Northern Plains, and redcedar expansion in the Loess Canyon Analysis Area is expected to result in up to an additional 30% habitat loss (Service 2019). The projections in our SSA Report (Service 2019) indicate that future representation and redundancy are both reduced with potential losses of habitat in New England, Loess Canyons, and the reintroduction site in Missouri. The potential loss of the Loess Canyons population is due to land use changes, including redcedar expansion, and the New England populations and Missouri reintroduction could be lost if active management and habitat protection are not continued. The combined effects of land use and future changes in climate are likely to impact the resiliency of most populations and the overall viability of the species.

Recent development and potential expansion of wind energy projects could also add to impacts from other land use changes. Potential land use impacts related to an expanding wind industry in the Northern Plains were not fully evaluated in the SSA Report (Service 2019) due to limited information, so

additional analysis is recommended to improve the reliability of land use projections. The construction of wind turbines, roads, and powerlines has direct permanent habitat impacts and fragments the remaining habitat. The operation of wind turbines also has potential for direct take through American burying beetle collisions with the blades. However, future land use effects related to wind power were not factored into land use scenarios because we did not have estimates of future development or total areas that may be affected by wind projects, and no studies have evaluated the effects of wind projects on American burying beetles. The most significant threat to the American burying beetle is changes in climate. This threat affects the southern populations more than those in northern locations due to the southern population areas already experiencing temperatures near the species critical thermal tolerances. Therefore, changes in climate within the foreseeable future is an existential risk only to those populations in the southern portion of the species range. Here we present a summary of climate-related risks; additional information is available in the SSA Report (Service 2019). The SSA Report's chapter 3 summarizes general climate risks, chapter 4 includes current risks, and chapter 5 covers future risks (Service 2019).

Most considerations of climate change in Endangered Species Act classification decisions hinge upon whether climate change will manifest in changing habitat conditions and how the species is likely to respond to these changes in the future. Therefore, a key consideration for classification decisions where climate change is a potential stressor is how we interpret ''foreseeable future'' in the definition of a threatened species under the Act.

The Intergovernmental Panel on Climate Change (IPCC) adopted four possible Representative Concentration Pathways (RCP) scenarios (2.6, 4.5, 6, and 8.5) to capture the possible ranges of climate change within the next century (Hartmann et al. 2013; Moss et al. 2008). In our analysis of potential climate change impacts to the American burying beetle, we used two scenarios, RCP 4.5 and 8.5, over different blocks of time through the end of this century (years 2010–2039, 2040–2069, and 2070–2099 time periods). For the purpose of this document, we define those time periods as: 'early century time period' (2010–2039), 'mid-century time period' (2040–2069), and 'late century time period' (2070–2099).

We use projections from two RCPs (4.5 and 8.5) to account for uncertainty regarding future atmospheric greenhouse gas concentrations. RCP 4.5 is at the low end of the intermediate range of conditions projected while RCP 8.5 is the high end of IPCC projections of atmospheric conditions. By using both a very high and low emissions scenarios in our projections, we bracketed the likely possibilities for climate change in the future. For ease of reference, we refer to these as ''emissions scenarios,'' although they are not based solely on emissions of greenhouse gases.

Our approach of using the two RCPs is consistent with the current widespread scientific practice of considering projections based on RCP 4.5 and RCP 8.5 so as to consider a range of projected conditions, rather than relying on a single scenario. The U.S. Global Change Research Program used these two RCPs as the core scenarios for the Fourth National Climate Assessment (Hayhoe et al. 2017), and they also are used as the basis for projections generated via the U.S. Geological Survey's National Climate Change Viewer. Although it is theoretically possible to achieve the RCP 2.6 pathway and outcome, we did not use it as it is not feasible or likely; numerous scientific papers show that key assumptions underlying it already have not been met (including a very rapid reduction in greenhouse gas emissions) and other future activities it relies upon are highly speculative. RCP 4.5 and 8.5 scenarios are more feasible and widely used for future climate assessments. Further, we did not use RCP 6 because the specific datasets used in our analyses are only available for RCP 4.5 and 8.5.

The life-history characteristics of American burying beetles indicate limited ability to tolerate warmer temperatures. Adult American burying beetles use secretions to slow decomposition of carcasses they bury for reproduction (see *Summary of Species Requirements,* above, for more information on the role of carcasses in reproduction). The carcasses are buried and must support both adults and larvae for at least 2 to 3 weeks, but high temperatures reduce the effectiveness of the secretions and accelerate decomposition (Jacques et al. 2009, p. 871). While the American burying beetle has life-history requirements similar to other carrion beetles, it is the largest *Nicrophorus* in North America and requires a larger carcass to reach its maximum reproductive potential (*i.e.,* to raise a maximum number of offspring) than the other burying beetles (Service

1991, p. 2; Kozol et al. 1988, p. 37; Trumbo 1992, pp. 294–295). American burying beetles also have a longer time period for egg and larval development than other *Nicrophorus* carrion beetles, so the carcass must last longer (at least 12 to 14 days) to provide food and moisture for adults and support development of their larvae to the pupa stage. Temperature-related increases in decomposition and development of fly larvae would limit or prohibit reproductive success for American burying beetles if carcasses are in a suitable condition for shorter periods of time or do not last long enough to support development of their larvae.

The distribution of American burying beetles and other burying beetles in the Nicrophorus genus also indicates a limited ability to tolerate warmer temperatures. *Nicrophorus* abundance and diversity are higher in cooler climates. There are 15 *Nicrophorus* species in the United States and Canada, but only 2 are endemic to Central and South America, and they occur at higher elevations with cooler temperatures. Reasons for burying beetles' lack of success in warmer climates include increased competition with flies and ants (Peck and Anderson 1985 p. 248, Jiron and Cartin 1981 entire, Trumbo 1990 p. 6–7), as well as increased rates of carcass decomposition (Jacques et al. 2009. p. 871). Carcass decomposition is dominated by dipteran species (true flies), and the diversity of dipteran species using carcasses increases in warmer climates. Based on species distributions and existing climate conditions, few *Nicrophorus* species appear to be capable of maintaining populations in areas with long-term average summer mean-maximum temperatures at or exceeding a 95 °F threshold (*N. carolinus,* and possibly *N. pustulatus* and *N. marginatus*), and there are no *Nicrophorus* species in areas with average summer mean-maximum temperatures exceeding 100 °F.

Under both RCP 4.5 and 8.5 emissions scenarios, all American burying beetle populations in the Southern Plains Analysis Areas would be projected to have summer mean-maximum temperatures exceeding 95 °F within the mid-century time period. Surveys for American burying beetles in locations that have experienced a mean-maximum temperature near or above 95 °F during summer have shown declining capture rates the following year. Existing survey information from Fort Chaffee (Arkansas River Analysis Area) from 1992 through 2016 supports our conclusion that mean-maximum temperatures above 95 °F would adversely affect American

burying beetle populations. During the study, catch rates of American burying beetles declined from the previous year every time mean-maximum temperatures exceeded 95 °F, which happened a total of six times throughout the study period. Based on this information, we anticipate continued population declines and potential extirpation if mean-maximum temperatures exceeding 95 °F became the average during summer months and more extreme temperatures occur more frequently.

Southern populations of American burying beetles that experience summer mean-maximum temperatures near 95 °F are declining. Since 2008, only seven American burying beetles have been detected within the Oklahoma portion of the southernmost analysis area, and no American burying beetles have been documented in the Texas or Arkansas portions. We have no evidence to suggest that habitat conditions that might otherwise explain the observed declines within these areas have significantly changed. American burying beetles were last detected in Texas in 2008 and populations have declined or are extirpated in large protected areas like Camp Maxey, Texas, with no apparent changes in land use. It appears that temperatures near this area are at, or past, a threshold that would support American burying beetles. This conclusion may be further supported by the fact that the species does not exist south of the Red River area in Texas and Louisiana, where habitat, soil conditions, and carrion availability are likely to be similar. Thus, we conclude that the southern edge of the species' range is driven by the 95 °F temperature threshold.

Temperature has always limited the American burying beetle's range to some degree. Populations at the northern edge of the range are limited by cool nighttime temperatures and shorter growing seasons, whereas populations at the southern edge of the range are likely limited by high temperatures. The western edge of the species' range has been limited by reduced precipitation and soil moisture. Although temperature and other effects of climate change are expected to affect American burying beetles in both the northern and the southern parts of the range, we expect that the populations in southern areas will be affected sooner and to a greater extent based on projected temperatures. Under both the RCP 4.5 and 8.5 emissions scenarios, a majority of the Southern Plains analysis areas are expected to be near or exceed summer mean-maximum threshold temperatures (95 °F) by 2039, with potential to

FWS000184

extirpate American burying beetles from most or all Southern Plains populations. Within the mid-century time period, all Southern Plains analysis areas are expected to exceed threshold temperatures under both the RCP 4.5 and 8.5 emissions scenarios, likely resulting in extirpation of the American burying beetle from these areas. American burying beetles near the southern and western edge of the range in Kansas, Oklahoma, and Texas may already be at or near their limits for temperature- and moisture-related tolerances and have a limited ability to adapt to rapidly changing climate conditions (see comments on limits related to life history in chapter 5 of the SSA Report; Service 2019).

No American burying beetle populations, including known historical populations, are located in areas that experience a long-term summer mean-maximum air temperature above 95 °F. The Red River Analysis Area represents the southernmost and warmest portion of the American burying beetle's current range, with summer mean-maximum air temperatures of approximately 93 to 94 °F.

Increased air temperatures, changes in precipitation, increased evaporative losses, and prolonged droughts may stress or kill individual American burying beetles and reduce reproductive success or reduce the time periods with suitable conditions for reproduction. High air temperatures have been documented to kill or sterilize American burying beetles at captive colonies when air conditioning systems have failed, resulting in colony temperatures at 85 to 90 °F for about 2 weeks (Merz 2016, pers. comm.). Survey protocols require traps to be checked in the morning because American burying beetle mortalities occur when they are confined in traps during warm days. Additional indirect effects of increased temperatures and reduced precipitation or soil moisture may be related to competition. Congeners with higher temperature or lower moisture tolerances, like *N. carolinus,* may be more competitive and reduce or eliminate American burying beetles in southern populations. Species like *N. carolinus* can compete for appropriate carcasses and reproduce under warmer and drier conditions than American burying beetles (Abbott and Abbott 2013, p. 2). At Camp Maxey, American burying beetle and *N. orbicollis* numbers declined when *N. carolinus* numbers increased rapidly (Abbott and Abbott 2013, p. 2).

Increasing temperatures resulting from changes in the climate could reduce the reproductive success of American burying beetles by reducing the portion of the active season with suitable temperatures for reproduction. Recent temperature studies with *N. orbicollis* indicate even small increases in temperature can affect reproduction (Quinby et al. 2020, entire). This type of research is currently being conducted with American burying beetles as well, but those results are not yet available. *N. orbicollis* has a similar historical range to the American burying beetle, is the most closely related congener, and basic physiological characteristics, such as thermal tolerances are highly conserved within lineages; therefore, we expect the American burying beetle study is likely to yield similar results. For *N. orbicollis,* the percent of successful broods declined at temperatures greater than 20 °C (68 °F) and declined rapidly at any temperatures greater than 25 °C (77 °F). An increase of only 2 to 3 degrees (from 25 to 27–28 °C, or approximately 77 to 80 °F) stopped most beetles from attempting to prepare a carcass for reproduction, and those that did were not successful in producing any larvae or tenerals. The warmer temperatures precluded eggs from hatching or larvae from developing beyond a very early stage. The study also demonstrated effects of temperatures on seasonal timeframes that would support reproduction. While more southern latitudes have a longer active season and would logically have more time to reproduce, the temperature restrictions reduce the potential for reproduction in Oklahoma. *N. orbicollis* in the northern portion of their range (Wisconsin) have a longer period of suitable climate conditions for reproduction and could reproduce more often than *N. orbicollis* in the southern portion of their range (Oklahoma) due to these temperature restrictions. Projected climate changes could limit reproduction in the future to an even greater extent.

American burying beetles are a nocturnal species; thus, nighttime temperatures are likely to influence the behavior and range of this species as well. Nights above 75 °F were observed only in the Southern Plains analysis areas (Red River, Arkansas River, and Flint Hills analysis areas) with the exception of 7 nights over a 35-year period in Colome, South Dakota. The effects of the increase in nights above 75 °F and potential impacts to reproductive success may be occurring in the Red River Analysis Area, where declines in positive American burying beetle surveys have been documented since the early 2000s. A recent study evaluating reproductive strategies in *N. orbicollis* across a temperature gradient (54 °F, 59 °F, 68 °F, 77 °F, and 81 °F) found that temperatures above 68 °F adversely affected reproductive success in *N. orbicollis* (Quinby et al. 2020, p. 8) and may have a similar effect on American burying beetles. There was no reproductive success in *N. orbicollis* at 81 °F (Quinby et al. 2020, p. 5). We do not have data specifically related to reproductive success in the Red River Analysis Area, but the American burying beetle population declines coincide with the increase in nighttime temperatures above 75 °F.

American burying beetles are active only at night, resulting in a very narrow window of time for suitable carcasses to be available for American burying beetles to find, bury, and prepare for reproduction. Higher temperatures cause carrion to decompose more rapidly, and fly larvae to develop faster and quickly consume small carcasses. At high temperatures, exposed carcasses can be heavily infested with fly larvae within 2 days, and carcasses may be suitable and available for only 1 or 2 nights. Thus, we conclude that increased air temperatures can affect reproductive success by reducing the availability of suitable carrion due to competition with flies and ants.

Risks associated with the effects of changing climate, including increasing temperatures, are a significant threat for some analysis areas in the foreseeable future. The information in the SSA Report (see chapter 5; Service 2019) indicates that projected increases in air and soil temperatures, as a result of climate change, are a significant risk to future viability of the species. Within the mid-century time period, American burying beetles in all Southern Plains analysis areas would likely be extirpated and would represent a loss of approximately 59 percent of the current range of the species. The summer mean-maximum threshold (95 °F), where we determine American burying beetle numbers will decline and not be able to persist into the future, is predicted to be exceeded in nearly all portions of the Southern Plains analysis areas under either the moderate or high emissions levels of climate change within the mid-century time period. Northern Plains analysis areas are largely unaffected by moderate emissions levels of climate change within the mid-century time period (see chapter 5 of the SSA Report; Service 2019), but under the RCP 8.5 emissions scenario, temperatures approach 93 to 95 °F in most of the Northern Plains analysis areas by the end of the mid-century time period. Under the RCP 8.5 emissions scenario, Southern Plains American burying beetle populations would be projected

to have summer mean-maximum temperatures up to 98 to 100 °F within the mid-century time period. We conclude that the American burying beetle is at risk of extirpation within the Southern Plains analysis areas under the two projected climate conditions we analyzed (RCP 4.5 and 8.5) within the mid-century time period. The species would likely continue to be represented by Northern Plains and New England populations, but at least three populations in the Southern Plains and 59 percent of the existing range of the species are projected to be lost within the mid-century time period. The effects of a changing climate, such as increasing temperatures, changes in precipitation, increased evaporative losses, and prolonged droughts, stress and sometimes kill individual American burying beetles and, therefore, are likely to reduce reproductive success. Overall, we consider these factors threats to American burying beetle populations, but the impacts are currently limited to the southernmost parts of the range. However, in large portions of the Northern Plains analysis areas temperatures are projected to approach the thermal tolerance limits of the American burying beetle under the high emission scenario of RCP 8.5 by the end of the mid-century time period and future projections within the mid-century time frame indicate that American burying beetles have a high risk of extirpation throughout the Southern Plains analysis areas due to these effects of climate change. Under the RCP 4.5 scenario, the Southern Plains Analysis Areas has an increased risk of extirpation by the end of the mid-century time period, leaving only the Northern Plains and New England populations.

We note that, by using the SSA framework to guide our analysis of the scientific information documented in the SSA report, we have not only analyzed individual effects on the species, but we have also analyzed their potential cumulative effects. We incorporate the cumulative effects into our SSA analysis when we characterize the current and future condition of the species. To assess the current and future condition of the species, we undertake an iterative analysis that encompasses and incorporates the threats individually and then accumulates and evaluates the effects of all the factors that may be influencing the species, including threats and conservation efforts. Because the SSA framework considers not just the presence of the factors, but to what degree they collectively influence risk to the entire species, our assessment integrates the cumulative effects of the factors and replaces a standalone cumulative effects analysis.

*Summary of Comments and Recommendations*

In the proposed rule published on May 3, 2019 (84 FR 19013), we requested that all interested parties submit written comments on the proposal by July 2, 2019. We also contacted appropriate Federal and State agencies, scientific experts and organizations, and other interested parties and invited them to comment on the proposal. Newspaper notices inviting general public comment were published in USA Today. We received a request for a public hearing. We held a public hearing on September 24, 2019, in Tulsa, Oklahoma, and reopened the public comment period from September 9, 2019, to October 9, 2019 (84 FR 47231). All substantive information provided during comment periods has either been incorporated directly into this final determination or addressed below.

Peer Reviewer Comments

As discussed in Supporting Documents above, we received comments from 8 peer reviewers. We also solicited reviews of the draft SSA report from all States and Tribes within the American burying beetle's current range and species experts during a partner review. We reviewed all comments we received from the peer reviewers for substantive issues and new information regarding the information contained in the SSA report. The peer reviewers generally concurred with our methods and conclusions, and provided additional information, clarifications, and suggestions to improve the final SSA report. Peer reviewer comments are addressed in the following summary and were incorporated into the final SSA report as appropriate. The changes consisted of clarifications and corrections to the SSA report, including typographical edits, revising descriptions of our analysis, and expanding some risk information related to the potential effects of the invasive redcedar and wind energy expansion. The reviewers' comments resulted in minor changes in the resiliency assessments for some analysis areas, but did not substantially change the SSA report's information on current and future status of American burying beetle populations.

The comments on the SSA report and proposed rule did not change our determination that the American burying beetle meets the definition of a threatened species under the Act.

Public Comments

We received comments from 75 respondents. These included comments primarily from individuals, nongovernmental organizations, and industries, but also included comments from five U.S. Senators, two States, and one Tribe. We reviewed all comments provided and addressed the substantive comments. Many comments were not substantive or relevant to the downlisting decision, but all comments are available at *http://www.regulations.gov* in Docket No. FWS–R2–ES–2018–0029. Substantive comments are grouped together in related categories below.

*(1) Comment:* Several commenters, including the Nebraska Game and Parks Commission, indicated that American burying beetle populations have not met the downlisting goals in the recovery plan and suggested that delisting criteria is needed.

*Our Response:* Downlisting criteria are important, but not legally required for reclassification (50 CFR 424.11(c)). The American burying beetle recovery plan was approved by the Service on September 27, 1991; since then, new information about the status and conservation of the species has become available. For reclassification from endangered to threatened, the recovery plan established a criterion of at least 3 self-sustaining populations of at least 500 individuals in each of 4 broad geographical areas of the species' historical range: the Northeast, the Southeast, the Midwest, and the Great Lakes States. The current total size of populations exceed that criterion; however, the populations are not within the geographical areas described in the recovery plan, making them more vulnerable to local or regional impacts than if they were spread through each of the broad geographical areas. Several large populations occur in the western portions of the range, and two smaller populations that require active management have been maintained in New England. Some very large populations that likely support several thousand adults are considered more resilient than populations of only 500 adults and can be considered equivalent to 2 or more smaller populations. Current populations exist in northern, southern, eastern, and western portions of the historical range, but with very limited representation in the East. Each of the 6 analysis areas within western populations has more than 1 million acres of suitable habitat, and at least 4 analysis areas support relatively large

populations. Although considerably smaller, the New England Analysis Area supports 1 population with estimates of approximately 500 or more American burying beetles and another smaller population with active management.

The recovery plan is an exceptional source of information but is out of date and contained only reclassification criteria rather than reclassification and delisting criteria (see Review of the Recovery Plan, above, for more information on the role of reclassification criteria in our determination). New information will be used to inform the criteria needed to be met for full recovery of the species. Recovery is a dynamic process requiring adaptive management that may or may not fully follow the guidance provided in an earlier recovery plan. The SSA Report does not include recovery criteria, but will inform the establishment of such criteria as it provides an updated, revised analysis of current and future status of the species and risks based on our current understanding of the species' needs. Information in the SSA Report indicates that maintaining or reestablishing populations in southern portions of the historical range is not feasible for the future due to the effects of projected increases in temperatures due to climate changes. The Service plans to use the information from the SSA Report and any additional information to revise the recovery plan to include delisting criteria.

*(2) Comment:* Several commenters, including the Nebraska Game and Parks Commission, suggest that downlisting is inconsistent with the information in the SSA and proposed rule because we project a declining status and risk of extinction in the future. Several commenters pointed out that it does not make sense to downlist the American burying beetle if it may need to be reclassified as endangered in the future if projected future risks are accurate.

*Our Response:* We believe that most of the comments asserting that the proposed reclassification is not supported by the SSA are related to misunderstanding the definitions of threatened and endangered in the Act. The definition of endangered is ''any species which is in danger of extinction throughout all or a significant portion of its range,'' while the definition of threatened is ''likely to become an endangered species within the foreseeable future.'' The definitions of threatened and endangered both include being endangered or at risk of extinction, but they are based on different timeframes. The definition of endangered applies to a species' current

status, and a threatened determination means that the species is likely to become endangered in the future. The SSA concludes that there are currently at least six relatively resilient populations with distribution in several relatively large areas within the range. While we recognize the large loss of the historical range, the current range is much larger than originally thought when the species was listed and there are several large populations with relatively good genetic diversity and relatively low current risks. We believe the current risk of extinction is low for the American burying beetle and that the best available information indicates the species no longer meets the definition of an endangered species (*i.e.,* it is not currently in danger of extinction), but the future risk to the species indicates that it meets the definition of a threatened species.

The SSA projects future risks that include changes in climate that may extirpate southern populations within a 20–30-year period under either the RCP 4.5 or RCP 8.5 scenario and may affect Northern Plains populations within 50 years under the RCP 8.5 scenario. Therefore, the species is likely to be endangered within the foreseeable future (2069, the end of the second 30-year climate analysis period). While the status of the American burying beetle is currently relatively stable, we have determined that it is likely to become endangered within the foreseeable future, based on the analysis of how climate change will impact its future condition in the SSA report. Thus, we conclude that the SSA is consistent with this final determination and supports our determination that the American burying beetle meets the definition of a threatened species.

By definition, a threatened species determination implies a potential need to reclassify the species as endangered if our projections about its status in the foreseeable future are accurate. However, ongoing and future conservation and recovery actions may help establish populations in areas that are safe from climate-related risks, potentially precluding the need to reclassify the species in the future. If such efforts are not sufficient, then uplisting the species to endangered would be considered at that time.

*(3) Comment:* A few commenters suggest that reintroduced populations have not been documented to be self-sustaining and should not have been used in the downlisting decision. They further suggest that additional genetics information is needed for maintaining genetic diversity and reintroduction efforts.

*Our Response:* We agree that all current reintroduction efforts need more time and monitoring to determine if they can be self-sustaining. We also want to clarify that reintroduced populations are included in the description of where the species currently occurs, but are not considered self-sustaining and were not used to justify the reclassification. Reintroduction efforts have potential to produce self-sustaining populations and are necessary for the ultimate recovery of the species. We hope we can learn from ongoing efforts to reestablish additional populations within the historical range.

We also agree that additional genetics information for all existing populations would be helpful for assessing the resiliency and representation of populations and important for maintaining genetic diversity. Additional genetics information would be important for any reintroduction efforts. For the purposes of the proposed rule and SSA Report, we used the best available information and believe that information supports the reclassification and the 4(d) rule. With the exception of the New England populations, the existing populations in the Northern Plains and Southern Plains are relatively large and appear to support good genetic diversity. The Northern Plains and Southern Plains populations are currently separated from each other, but, within each area, the populations are in close proximity and may have some genetic exchange between those populations. The existing genetic information does not indicate any significant genetic differences between the Northern Plains and Southern Plains populations, but they are geographically separated and continued isolation can create genetic limitations for recovery. We strongly encourage additional genetic analysis to help support future recovery and reintroduction efforts.

*(4) Comment:* A few commenters suggested that defining incidental take as resulting from soil disturbance may not be appropriate and we need to provide more explanation about why we take such an approach.

*Our Response:* Soil disturbance has been used to evaluate the potential for take of American burying beetles in occupied areas for many years given that they spend a substantial portion of their lifespan underground. Because American burying beetles and brood chambers have been documented within 2 inches of the soil surface and adults may seek shelter during the day in varying depths and types of soil during the active season, any soil disturbance is likely to affect the species during the

active season. Soil disturbance can crush or injure buried adult beetles and expose them to daytime heat and potential predators. Soil disturbance can collapse or expose brood chambers and kill larvae and pupa. American burying beetles are typically buried deeper during the winter months, but depths vary according to location and temperatures. Soil disturbance during the winter months can kill adults by exposing them to freezing temperatures and predation.

The Service usually defines incidental take in terms of the number of occupied acres disturbed and determines the risk of incidental take based on the type and timing of the disturbance for proposed projects. We consider incidental take of American burying beetles to occur as a result of soil disturbance in the form of harm, harassment, and/or mortality. The number of American burying beetles that will be taken is difficult to estimate for most projects because density estimates are not available for most areas. For specific projects, the risks of take can be determined or adjusted if current density estimates are available. The risk of incidental take is associated with disturbance of soils in suitable habitat with confirmed or potential presence of American burying beetles. American burying beetles use a variety of habitat types; we have defined habitats we consider to be unfavorable in the proposed and final rule. American burying beetle presence or absence can be determined through surveys using established scientific protocols during the active season.

Take of American burying beetles is difficult to quantify because: (1) Individuals of the species are small in size, making them difficult to locate, which makes encountering dead or injured individuals unlikely; (2) American burying beetle losses may be masked by temporal fluctuations in numbers; (3) American burying beetles spend a substantial portion of their lifespan underground; and (4) the species is primarily active at night. Because we cannot often estimate the precise number of individual American burying beetles that will be incidentally taken, we use soil disturbance as a proxy to quantify take levels and define when take would be considered to be exceeded.

*(5) Comment:* Several commenters suggest that climate change is not certain enough to occur to be assumed as a primary risk for the American burying beetle. Several commenters also suggested that all four representative concentration pathways (RCPs, potential emissions scenarios) should be used. The commenters asked that the Service

provide the public information on how these models perform at predicting temperature increase in contrast with historical data.

*Our Response:* The best available science indicates that we can expect increasing temperatures within the range of the American burying beetle within the foreseeable future. Likewise, the best available science indicates that increasing temperatures are likely to have significant negative effects to individual beetles and overall populations within the foreseeable future, particularly within the Southern Plains Analysis Area.

We used RCP 4.5 and 8.5 in the analysis for the work presented in the SSA report. We consulted with multiple climate experts for our analysis of potential climate effects. Based on the recommendation of climate scientists at the South Central Climate Adaptation Science Center (a research consortium of Federal, State, and Tribal entities), climate change projections downscaled by scientists at the University of Idaho were selected. The climate change assessment in the American Burying Beetle SSA used the average of 20 global climate models for two of the four emission scenarios (RCP 4.5 and RCP 8.5). Consultations with climate scientists at several Federal and academic institutions confirmed that the selected approach was optimal. The MACA–METDATAv2 downscaling of Global Climate Models (GCMs) was chosen for the American Burying Beetle SSA on the recommendation of the South Central Climate Adaptation Science Center. The downscaling of GCMs using the METDATA method increased the precision of climate projections by 28 to 120 times, depending on the original GCM. While the chosen downscaling dataset provided a robust (20 GCMs) and consistent (same models available in all datasets) pool of downscaled projections available in an online format with data access optimized for terrestrial analyses, only two (RCP 4.5 and RCP 8.5) of the four (RCPs 2.6, 4.5, 6.0, and 8.5) representative concentration pathways (RCPs, potential emissions scenarios) were available. All four RCPs are available through an archive hosted by the University of California and Lawrence Livermore National Lab. Downscaled projections using the Bias Corrected Spatial Disaggregation (BSCD) method are available for all four RCPs and up to 37 GCMs. However, downscaled datasets are not available for all models in all RCPs (only 18 of 37 are available across all 4 RCPs). Additionally, the BSCD data access web portal is optimized for aquatic analyses,

not terrestrial, and there is no option available to average datasets across GCMs. Different downscaling methods were employed by the research groups (METDATA vs BSCD), and the source GCMs varied.

The MACA–METDATAv2 downscaling is a valid methodology and constitutes the best available science regarding climate change projections for this context. Each GCM uses a different set of assumptions in order to project future temperatures. These assumptions contribute to the variation seen across the modeled output from the various GCMs within each RCP scenario. Recent literature and consultations with climate scientists at the South Central Climate Adaptation Science Center indicate that the RCP 2.6 is not achievable even if the most ambitious current international agreements (*e.g.,* the Paris Climate Accords) are successful. Furthermore, all four RCPs will consistently exceed the 95 °F mean maximum summer (June, July, and August) temperature threshold established in the American burying beetle SSA by 2040 in the Southern Plains analysis areas. The four RCPs do not diverge from the RCP 4.5 projections until about 2055 (RCP 2.6) and 2080 (RCP 6.0), which are, respectively, near the end and beyond the foreseeable future established by the American burying beetle recommendation team (2040–2069, or mid-century timeframe as described above under *Threats*). A comparison of all four RCP scenarios with historical data shows all four are nearly identical and only predict minor changes through 2055. The historical data was within the variability projected for all four scenarios. In summary, the American burying beetle SSA used the average of 20 global climate models for 2 of the 4 emission scenarios (RCP 4.5 and RCP 8.5) based on the best available science, and this analysis will be updated as new information becomes available.

*(6) Comment:* Four commenters opined that the Southern Plains populations are at higher risk due to climate changes and need more protection than other populations.

*Our Response:* In our revised significant portion of the range analysis (presented below), we considered that the Southern Plains populations are at higher risk from climate-related changes; however, we concluded that the Southern Plains populations are not currently at risk of extinction. Populations at the southern and western edges of the species' range in Kansas, Oklahoma, and Texas are vulnerable to changes in temperature and precipitation (and related soil moisture)

in the future. Relative to other populations, Southern Plains populations are currently at a lower risk from any land use changes. Land use changes could have local impacts but are unlikely to affect populations in the Southern Plains. The combination of large areas of suitable habitat, relatively large areas of protected habitat, and relatively low levels of projected changes resulted in low risks to habitat and populations in the Southern Plains with the exception of climate-related risks. Large areas of the Southern Plains analysis areas are rural with most of the land used as pasture or hay production for decades. The land use is not that likely to change much, and human population levels are projected to remain constant or fall in many counties. Only small portions of the Southern Plains analysis areas are in or near urban areas that are projected to expand.

Continued or expanded protection of habitat is not likely to change the status of existing American burying beetle populations. The 4(d) rule exemptions for the Southern Plains analysis areas are based on this information, and no new information was provided during the peer review or public comment periods to change the projections provided in the SSA Report. Continued or expanded habitat protections would do little to avoid or minimize the primary risks that are related to projected increasing temperatures and other climate-related changes. Reintroduction of southern American burying beetles to cooler portions of the range is the only likely option for maintaining the genetic diversity represented by the Southern Plains populations. Within the Southern Plains analysis areas, the conservation areas will support American burying beetles for as long as possible and provide sources of American burying beetles for reintroductions and areas for recovery-related research.

Along these lines, one of the above commenters elaborated that the conservation areas in the 4(d) rule for the Southern Plains were vulnerable to extirpation and had highly variable numbers of American burying beetles. American burying beetle population numbers vary, but we determine that the large sizes of the conservation areas buffer the effects of seasonal or annual variations. All conservation areas are greater than 30,000 acres in size, and most are surrounded by additional suitable habitat.

*(7) Comment:* A few commenters expressed an opinion that conservation areas were not needed and that the conservation banks in Oklahoma could be used to support reintroductions.

*Our Response:* We will use conservation banks to assist recovery actions, and these banks are protected through perpetual easements and endowment funds to support management activities. However, the conservation banks (all less than 10,000 acres) are relatively small compared to the conservation areas described in the final rule, and our ability to remove American burying beetles from these areas without impacting the local populations is more limited.

*(8) Comment:* Six commenters, including the Nebraska Game and Parks Commission, suggested that the 4(d) exemptions should be consistent across the range. Some commenters wanted proposed exemptions for the Northern Plains populations to apply to the entire range, while others wanted the more extensive exemptions proposed for the Southern Plains to apply.

*Our Response:* The risks for American burying beetle populations are different for each region of the country. The area, density, and distribution of populations are also different in each location, and risks that may be minor for one population could be substantial and affect the resiliency of other populations. For example, urban expansion may be a minor risk for larger populations in Oklahoma but is a substantial risk for the small Block Island population in Rhode Island. The proposed 4(d) rule includes protection of the species from take related to soil disturbance activities on Block Island because suitable habitat is limited (only about 2,000 acres), and protecting habitat is necessary for the conservation of this important population.

In finalizing protections and exemptions in the 4(d) rule, we considered appropriate risks for each region or population. Exemptions for all land uses are being finalized for the Southern Plains populations (except in conservation areas) because projected habitat losses due to changes in land uses are less than 2% and there are large areas of protected habitat. The primary threats to southern populations are related to projected temperature increases. Exceptions are limited to grazing and wildlife management in the Northern Plains populations because potential habitat losses due to changes like conversions of grassland to cropland and invasion of redcedar are higher than the projected habitat loses in the Southern Plains. The Northern Plains populations may be the only large and resilient populations remaining within 20–30 years, and habitat impacts should be closely evaluated. Some potential impacts like the expansion of wind energy projects and related fragmentation impacts to habitat and carrion availability were not addressed in the SSA Report due to a lack of available information. These potential impacts to Northern Plains populations need to be evaluated, and necessary protections can be applied through section 7 consultations and section 10 permits. Exceptions for grazing and wildlife management practices, as defined under Provisions of the 4(d) Rule, are proposed exceptions for the northern populations because lands under this management have supported resilient American burying beetle populations. We conclude that applying protections based upon the tailored conservation needs within each analysis area provides the protection that is necessary and advisable to conserve the American burying beetle as a whole. The American burying beetle SSA report provides detailed information on the status of the species in each region.

*(9) Comment:* Several commenters suggested that the proposed 4(d) rule is catering to the oil and gas industry.

*Our Response:* The 4(d) rule is based on assessments of current and future land use effects on American burying beetle populations. The exceptions provided in the 4(d) rule are not specific to the oil and gas industry or any other industry. The approach taken in the 4(d) rule was based on our analysis that indicated that less than 2 percent of suitable habitat in the Southern Plains analysis area is vulnerable to the effects of all impacts combined (including oil and gas activities). Thus, prohibiting these impacts is not necessary for the conservation of the American burying beetle in this area. The rule is supported by the best available scientific and commercial information, our analysis of threats to the species, and measures necessary and advisable for the conservation of the species.

*(10) Comment:* A few commenters suggested the proposed rule should have included more information on threats or risks related to carrion sources.

*Our Response:* Appropriately sized carrion are key to supporting American burying beetle populations. However, the known information for carrion sources used by American burying beetles is limited, and available information on the status of potential carrion species is also very limited. General information on possible effects of land use changes on carrion sources is provided in the SSA report, but the best available information does not allow us to draw conclusions on the

FWS000189

threats posed by the availability of carrion resources.

*(11) Comment:* One commenter stated that surveys indicated the Northern Plains populations declined by 90% in 2019 and are at risk because the number of tenerals was low and they are an annual species.

*Our Response:* We have reviewed the American burying beetle capture rates for surveys in 2019. This information is not reflected in the SSA Report because it was developed before the 2019 survey information was available. We have discussed this issue with Dr. Wyatt Hoback and others familiar with the Northern Plains populations and believe the reductions in capture rates was due to the record level of flooding that occurred in that area in 2019. This event is an example of circumstances that factor into our evaluation of the resiliency of populations.

Population abundance can vary substantially with annual species; thus, the SSA Report looked at catch rates over a 15-year time period to provide a better assessment for the abundance and resiliency of populations. Previous droughts have also caused declines in annual catch rates, and severe weather can affect annual reproduction and catch rates. The decline in catch rates in the 2019 Northern Plains surveys is more extreme than most, but the flooding event was also the largest on record and extended over much of the active season. We believe that the Northern Plains populations will rebound from these flooding events, because this is a temporary or short-term effect and the large area of contiguous habitat and good distribution of American burying beetles within the Sandhills and Niobrara analysis areas should allow the populations to recover in subsequent years.

The habitat in the Northern Plains analysis areas has historically supported some of the highest densities of American burying beetles within its current range, and this habitat is expected to recover from the flooding. We expect these areas to support good numbers of American burying beetles in the near future but may be affected by climate risks within the foreseeable future. Because these populations may represent the only large and resilient populations by 2040, we have limited exceptions under the 4(d) rule to grazing and wildlife management within the Northern Plains analysis areas. We will reassess this information with the survey information in upcoming years and note that the Act requires a status review every 5 years.

*Determination of American Burying Beetle Status*

Section 4 of the Act (16 U.S.C. 1533) and its implementing regulations (50 CFR part 424) set forth the procedures for determining whether a species meets the definition of ''endangered species'' or ''threatened species.'' The Act defines an ''endangered species'' as a species that is ''in danger of extinction throughout all or a significant portion of its range,'' and a ''threatened species'' as a species that is ''likely to become an endangered species within the foreseeable future throughout all or a significant portion of its range.'' The Act requires that we determine whether a species meets the definition of ''endangered species'' or ''threatened species'' because of any of the following factors: (A) The present or threatened destruction, modification, or curtailment of its habitat or range; (B) Overutilization for commercial, recreational, scientific, or educational purposes; (C) Disease or predation; (D) The inadequacy of existing regulatory mechanisms; or (E) Other natural or manmade factors affecting its continued existence.

Status Throughout All of Its Range

After evaluating threats to the species and assessing the cumulative effect of the threats under the section 4(a)(1) factors, we find that the risk of extinction of the American burying beetle has been ameliorated since the species was listed. The current range is much larger than originally thought when the species was listed and there are several large populations with relatively good genetic diversity and relatively low current risks. However, the future threat of increased temperature puts the species at risk of extinction in the foreseeable future.

The large areas of known and potential habitat in the Southern Plains buffer the effects of most land use changes. The Arkansas River and Flint Hills analysis areas are adjacent to each other and combined provide over 17 million acres of potential habitat. These analysis areas support large populations with moderate to high resiliency (see chapter 4 of the SSA report). The Red River Analysis Area has over 2 million acres of suitable habitat but has a very limited population with low resiliency.

The Northern Plains populations are also relatively large with a combined area of over 11 million acres of suitable habitat in the Niobrara and Sandhills analysis areas that currently support populations with moderate to high resiliency. A smaller area of suitable habitat (1,686,948 acres) supports a smaller population with low to moderate resiliency in the Loess Canyons analysis area.

The New England analysis area currently supports two populations on separate islands. The Block Island population is relatively small with only about 2,000 acres of suitable habitat, but it supports a population with moderate resiliency with continued active management. Nantucket Island is a reintroduced population on a larger island, but resiliency is low and active management with carcass supplementation is required to maintain this population.

In summary, the current status includes at least five populations with moderate to high resiliency and several of these populations are relatively large. We find that the species is not currently in danger of extinction as it faces relatively low near-term risk of extinction. Thus, after assessing the best available information, we conclude that the American burying beetle is not currently in danger of extinction throughout all of its range. Therefore, we proceeded with determining whether the American burying beetle is likely to become endangered within the foreseeable future throughout all of its range.

Within the mid-century time period (*i.e.,* 2040–2069), American burying beetles in all Southern Plains analysis areas would likely be extirpated as a result of increasing temperatures due to climate change. The projected combined permanent loss of suitable habitat from all land use sources for the Southern Plains analysis areas is minimal compared to the total extent of suitable habitat. The impact of agriculture (primarily conversion to cropland) is expected to affect areas of suitable habitat (5–15 percent) in the Northern Plains (Wright and Wimberly 2013, p. 4134), and redcedar expansion in the Loess Canyon Analysis Area is expected to result in larger proportions (30 percent) of habitat loss in the future (Walker and Hoback 2007, pages 297–298). This loss of the Southern Plains populations (approximately 59 percent of the existing range of the species) and additional losses of habitat in the Northern Plains would severely impact representation of the species and would limit our ability to recover the species. The combined effects of land use and future climate changes are likely to impact the resiliency of most populations and the overall viability of the species. Thus, after assessing the best available information, we conclude that the American burying beetle is likely to become in danger of extinction

in the foreseeable future throughout all of its range.

Status Throughout a Significant Portion of Its Range

Under the Act and our implementing regulations, a species may warrant listing if it is in danger of extinction or likely to become so in the foreseeable future throughout all or a significant portion of its range. The court in *Center for Biological Diversity* v. *Everson,* 2020 WL 437289 (D.D.C. Jan. 28, 2020) (*Center for Biological Diversity or CBD*), vacated the aspect of the 2014 Significant Portion of its Range Policy that provided that the Services do not undertake an analysis of significant portions of a species' range if the species warrants listing as threatened throughout all of its range. Therefore, we evaluated whether the species is endangered in a significant portion of its range—that is, whether there is any portion of the species' range for which both (1) the portion is significant; and (2) the species is in danger of extinction in that portion. Depending on the case, it might be more efficient for us to address the ''significance'' question or the ''status'' question first. We can choose to address either question first. Regardless of which question we address first, if we reach a negative answer with respect to the first question that we address, we do not need to evaluate the other question for that portion of the species' range.

Following the court's holding in *CBD,* we now consider whether there are any significant portions of the species' range where the species is in danger of extinction now (*i.e.,* endangered). In undertaking this analysis for the American burying beetle, we choose to address the status question first—we consider information pertaining to the geographic distribution of both the species and the threats that the species faces to identify any portions of the range where the species is endangered.

Based on the SSA Report (Service 2019), there are three potential portions of the range that could be significant for American burying beetle: The Northern Plains analysis areas, the Southern Plains analysis areas, and the New England Analysis Area. These three areas correspond to the areas of representation for the species. Representation describes the ability of a species to adapt to changing environmental conditions. Representation can be measured through the breadth of genetic diversity within and among populations and the ecological diversity (also called environmental variation or diversity) of populations across the species' range.

The more representation or diversity the species has, the higher its potential of adapting to changes (natural or human caused) in its environment. Geographic distribution of occupied and potentially suitable habitat and genetic information were used to describe representation for the American burying beetle. The areas of representation were developed primarily based on geographic separation, the ecological variation represented across these three areas, and some genetic variation in the New England Analysis Area when compared with the other two areas.

For the purposes of the SSA analysis, we further assessed three smaller areas each in the Northern Plains and Southern Plains representation areas. However, we determined that these smaller areas were not, by themselves, separate areas of representation for the species. Evidence indicates that the smaller analysis areas within each larger area are connected genetically and demographically, such that they behave as metapopulations. In some cases, there are differences in risk factors related to land uses, and human population concentrations that facilitated the SSA analysis, particularly with respect to those risk factors. These smaller areas were simply used as a framework for conducting the SSA analysis. As explained below, they are not sufficiently distinct to be considered areas of representation for the species.

The three individual analysis areas within the Northern Plains (Loess Canyons, Sandhills, and Niobrara analysis areas) are in close geographical proximity to one another, and existing information suggests that they share similar genetic characteristics. One example of ecological variation that unites these three analysis areas is that the timing and number of breeding attempts per season remains the same across all three Northern Plains analysis areas, but differs from the Southern Plains analysis areas (Service 2019, p. 98). Combined, the Northern Plains analysis areas represent about 40 percent of the known species range.

The three analysis areas within the Southern Plains (Red River, Arkansas River, and Flint Hills) were combined for similar reasons. The three southern analysis areas are adjacent, and may be one population, meaning that individuals in one of the smaller areas could potentially breed with individuals in the other southern analysis areas, but it is very unlikely they would have access to mates in either of the other areas of representation (*i.e.,* Northern Plains or New England). Existing information suggests that individuals within the Southern Plains analysis

areas also share similar genetic characteristics. Combined, the Southern Plains analysis areas represent about 59 percent of the known species range, and individuals in this representative area may have genetic adaptations to warmer climates. For example, individuals in the Southern Plains analysis areas are known to become active earlier in the season than individuals in the Northern Plains analysis areas. Likewise, individuals in the Southern Plains analysis areas may potentially breed twice in one season and the young-of-year may breed in the same season they are born, unlike individuals in other parts of the range (Service 2019, p. 98).

The New England Analysis Area is relatively small with a total of only 42,431 acres on two islands but represents the only remaining population within the eastern portion of the historical range. Recent evidence suggests that the New England population may represent a genetically distinct population as compared to the Northern Plains and Southern Plains analysis areas. Although the New England Analysis Area is distinct from the other areas, they appear to share some genotypes. However, geographic isolation between the two areas will likely continue to differentiate them further, making them more distinct over time. The New England Analysis Area is the only portion of the species' range that is not threatened by projected climate changes.

The first question of the significant portion of the range analysis we address is the status or risk of extinction (*i.e.,* identifying portions where the species may currently be in danger of extinction) for each portion of the range. We considered whether the current condition of the species in any portion of the range (*i.e.,* the Northern Plains analysis areas, the Southern Plains analysis areas, and the New England Analysis Area) along with any threats acting in those areas cause that portion of the range to be in danger of extinction. We examined the following threats: Urban and suburban development, land use change, decreased carrion availability, competition with other scavengers, wind energy development, silviculture, oil and gas development, and increasing temperatures due to changing climate, as well as their cumulative effects for each of the three portions of the range.

In the Northern Plains representation area, although threats evaluated include urban and suburban development, most current American burying beetle populations are in rural areas and have potential risks associated with habitat loss due to agricultural land uses, and

FWS000191

these threats are the ones that we consider the most important drivers of the species' status in this representation area. All habitat alterations also have potential to affect carrion populations, competing scavenger populations, and carrion availability. Risks such as conversion to cropland, cedar expansion, and wind energy development also affect portions of the Northern Plains analysis areas. However, the large areas of known and potential habitat buffer the effects of most of these land use changes, and these threats are not known to currently cause population-level impacts to American burying beetles in the Northern Plains representation area. Likewise, given the large size of this representative area and the relatively small proportion of anticipated impacts from such activities, population-level impacts from these land use threats do not put the species at risk of extinction now and are not anticipated within the foreseeable future.

Our analysis of the available information on changes in climate indicates that, although the change in climate is occurring now, the impacts from climate change that are likely to put the species at risk of extinction will occur in the future. The combination of land use and climate-related risks do have potential to endanger Northern Plains populations within the foreseeable future. Under the RCP 4.5 emissions scenario, temperatures approach 93 to 95 °F in small areas of the Northern Plains analysis areas by the end of the mid-century time period, however, under the RCP 8.5 emissions scenario, temperatures approach 93 to 95 °F in most of the Northern Plains analysis areas by the end of the mid-century time period. Thus, after assessing the best available information, we conclude that the American burying beetle is not currently in danger of extinction within the Northern Plains representative area but is likely to become endangered in the foreseeable future.

Many of the same threats apply to the Southern Plains representation area as well: Urban and suburban development, land use change, decreased carrion availability, and competition with other scavengers. In the Southern Plains area most current American burying beetle populations are in rural areas and have potential risks associated with habitat loss due to agricultural land uses. Risks associated with grazing, silviculture, and oil and gas development also affect portions of the Southern Plains analysis areas. The large areas of known and potential habitat buffer the effects of most land use changes, and these threats

are not known to currently cause population-level impacts to American burying beetles. Likewise, given the large size of these analysis areas and the relatively small proportion of anticipated impacts from such activities, population-level impacts from these land use threats are not anticipated within the foreseeable future. The Southern Plains analysis areas are currently experiencing the effects of climate change. However, the magnitude of the changes up to the present time are low enough that the species is not in danger of extinction. The bulk of the impact from climate change to these analysis areas occur in the future according to our analysis. Within the foreseeable future, *i.e.,* the mid-century time period (2040–2069), all Southern Plains analysis areas are expected to exceed threshold temperatures under both the RCP 4.5 and 8.5 scenarios, likely resulting in extirpation of the American burying beetle from these areas. Thus, after assessing the best available information, we conclude that the American burying beetle is not currently in danger of extinction within the Southern Plains representative area but is likely to become endangered in the foreseeable future.

In the New England Analysis Area, threats from urban or suburban development affect populations in this area. However, ongoing active management in the New England Analysis Area, including ongoing provisioning of carcasses for the species, has minimized the impacts of these threats and has resulted in relatively stable populations within the New England Analysis Area. The large proportions of protected habitat in the New England Analysis Area and significant ongoing active management mitigate population-level impacts from current threats in this analysis area and the species is not in danger of extinction in this analysis area now. This ongoing management is expected to continue into the foreseeable future.

In the New England Analysis Area, the climate is colder than the other analysis areas and temperature increases have not approached any possible thresholds, and temperatures are not expected to exceed those thresholds within the foreseeable future. Future risks to the New England Analysis Area are related to limited population sizes and limited habitat. The population estimates on Block Island fluctuate between 200 and 1,000 individuals, and they are genetically isolated from any other populations. Continued management of the New England population helps maintain resiliency,

but limited population size and genetic diversity are risks to future populations and additional habitat loss could reduce that population size. In some cases, where American burying beetles occur on lands with conservation easements or deed restrictions or owned by conservation organizations, existing regulatory mechanisms appear to be adequate. However, given the varied missions of these landowners, the level of protection varies and may change over time. Populations in the New England Analysis areas are expected to experience future threats from land use change because habitat is already very limited. Only about 2,000 acres of suitable habitat are available on Block Island, and much of the protection for this habitat is based on easements with time limits and not specifically related to the American burying beetle. Existing regulatory mechanisms do not adequately address those future threats to the American burying beetle in New England. Thus, after assessing the best available information, we conclude that the American burying beetle is not currently in danger of extinction within the New England Analysis Area but is likely to become endangered in the foreseeable future.

For each portion of the range, we found that the threats to the species, along with conservation measures that ameliorate these threats, do not cause a current danger of extinction for the species in any portion. For this reason, we find that the American burying beetle is not in danger of extinction throughout a significant portion of its range.

Determination of Status

Our review of the best scientific and commercial data available indicates that the American burying beetle meets the definition of a threatened species. Therefore, we are reclassifying the American burying beetle as a threatened species in accordance with sections 3(20) and 4(a)(1) of the Act.

## II. Final Rule Issued Under Section 4(d) of the Act

### Background

Section 4(d) of the Act contains two sentences. The first sentence states that the ''Secretary shall issue such regulations as he deems necessary and advisable to provide for the conservation'' of species listed as threatened. The U.S. Supreme Court has noted that statutory language like ''necessary and advisable'' demonstrates a large degree of deference to the agency (see *Webster* v. *Doe,* 486 U.S. 592 (1988)). Conservation is defined in the

Act to mean "the use of all methods and procedures which are necessary to bring any endangered species or threatened species to the point at which the measures provided pursuant to [the Act] are no longer necessary." Additionally, the second sentence of section 4(d) of the Act states that the Secretary "may by regulation prohibit with respect to any threatened species any act prohibited under section 9(a)(1), in the case of fish or wildlife, or section 9(a)(2), in the case of plants." Thus, the combination of the two sentences of section 4(d) provides the Secretary with wide latitude of discretion to select and promulgate appropriate regulations tailored to the specific conservation needs of the threatened species. The second sentence grants particularly broad discretion to the Service when adopting the prohibitions under section 9.

The courts have recognized the extent of the Secretary's discretion under this standard to develop rules that are appropriate for the conservation of a species. For example, courts have upheld rules developed under section 4(d) as a valid exercise of agency authority where they prohibited take of threatened wildlife, or include a limited taking prohibition (see *Alsea Valley Alliance* v. *Lautenbacher,* 2007 U.S. Dist. Lexis 60203 (D. Or. 2007); *Washington Environmental Council* v. *National Marine Fisheries Service,* 2002 U.S. Dist. Lexis 5432 (W.D. Wash. 2002)). Courts have also upheld 4(d) rules that do not address all of the threats a species faces (*see State of Louisiana* v. *Verity,* 853 F.2d 322 (5th Cir. 1988)). As noted in the legislative history when the Act was initially enacted, "once an animal is on the threatened list, the Secretary has an almost infinite number of options available to him with regard to the permitted activities for those species. He may, for example, permit taking, but not importation of such species, or he may choose to forbid both taking and importation but allow the transportation of such species" (H.R. Rep. No. 412, 93rd Cong., 1st Sess. 1973).

Exercising its authority under section 4(d), the Service has developed a rule that is designed to address the American burying beetle's specific threats and conservation needs. Although the statute does not require the Service to make a "necessary and advisable" finding with respect to the adoption of specific prohibitions under section 9, we find that this rule as a whole satisfies the requirement in section 4(d) of the Act to issue regulations deemed necessary and advisable to provide for the conservation of the American burying beetle. As discussed under

Summary of Biological Status and Threats, the Service has concluded that the American burying beetle is likely to become in danger of extinction within the foreseeable future primarily due to the combined effects of land use change and the future impacts of climate change, which will make much of the current range uninhabitable by the species. The provisions of this 4(d) rule will promote conservation of the American burying beetle by encouraging management of the landscape in ways that meet both land management considerations and the conservation needs of the American burying beetle. The provisions of this rule are one of many tools that the Service will use to promote the conservation of the American burying beetle.

*Provisions of the 4(d) Rule*

The 4(d) rule prohibits all intentional take of the American burying beetle. The 4(d) rule prohibits incidental take of the species only where the Service has specifically tailored the prohibition of incidental take in each of the three geographic areas that the American burying beetle occupies. In the New England and Northern Plains analysis areas, incidental take is prohibited only in suitable habitat when the take is the result of soil disturbance. Suitable habitat is defined, consistent with the SSA Report (Service 2019), as areas where suitable soils contain the appropriate abiotic elements (*e.g.,* soil temperature, soil moisture, particle size, etc.) that are favorable for excavation and formation of brood chambers and where appropriate carrion for reproduction is available. This suitable habitat accounts for breeding, feeding, overwintering, and dispersal needs. Areas that are regularly tilled, vegetation maintained at less than 8 inches through regular mowing, wetland areas with standing water or saturated soils, or urban areas with paved surfaces are examples of lands considered unfavorable for use by American burying beetles. Soil disturbance means movement or alteration of soil associated with modifying the existing land use. Soil disturbance includes actions such as grading, filling, soil excavating or topsoil stripping. Soil disturbance also includes non-physical alterations such as chemical treatment, including ground or soil sterilizers, and pesticides that would make the habitat unsuitable. However, typical agricultural levels of applications like liming or fertilizer should not affect American burying beetles, and we do not intend to regulate such practices.

Because incidental take stemming from normal livestock ranching and

grazing activities is not expected to have an appreciable negative impact on the species, and retaining land uses associated with ranching or grazing (rather than converting the land to row crops) provides potential habitat for the species, we are not prohibiting any incidental take associated with ranching and grazing. Ranching and grazing means activities involved in grazing livestock (*e.g.,* cattle, bison, horse, sheep, goats or other grazing animals) such as: Gathering of livestock; construction and maintenance of fences associated with livestock grazing; installation and maintenance of corrals, loading chutes, and other livestock working facilities; development and maintenance of livestock watering facilities; placement of supplements such as salt blocks for grazing livestock; and, when associated with livestock grazing, the control of noxious weeds, haying, mowing, and prescribed burning. Ranching and grazing does not include any form of tillage, conversion of grassland to cropland, or management of cropland.

In the Southern Plains analysis areas, incidental take is prohibited only on certain conservation lands, as defined below under Regulation Promulgation. However, within these conservation lands, activities conducted in compliance with Service-approved conservation plans that result in take of the species are not prohibited. For example, on conservation lands in the Southern Plains analysis areas managed by the Department of Defense, certain activities that result in incidental take are not prohibited if those activities are in compliance with a Service-approved integrated natural resources management plan.

In addition to intentional take and some forms of incidental take, the 4(d) rule also prohibits activities related to possession and other acts with unlawfully taken American burying beetles, import and export of the species, activities related to shipping or delivering the species in interstate or foreign commerce, and the sale or offering to sell of the species. These activities are generally prohibited for endangered wildlife. We have determined that it is appropriate to extend the Act's protections to these activities as well for the American burying beetle.

This 4(d) rule tailors the Act's protections to allow activities that have only minor or temporary effects and are unlikely to affect the resiliency of American burying beetle populations or viability of the species. The risks for American burying beetle populations are different for each region of the

country, and risks that may be minor for one population could affect the resiliency of others. For example, urban expansion is a minor risk for larger populations in Oklahoma, but is a substantial risk for the small Block Island population in Rhode Island. The 4(d) rule includes protection of habitat related to soil disturbance activities on Block Island because suitable habitat is limited (only about 2,000 acres) and protecting habitat is necessary for the conservation of this population.

Although threats vary in type and degree across the American burying beetle's range, those related to land use activities and climate change continue to impact the species. Habitat loss or alteration related to land use activities is ongoing in all American burying beetle populations, but the impacts of these habitat losses is minor for most analysis areas with the exception of the Loess Canyons and New England populations. Impacts from changing climate are ongoing as well, and populations in the Southern Plains analysis areas are projected to be extirpated within 20 to 30 years, as described above (Service 2019).

Provisions of the 4(d) Rule in the New England Analysis Area

Within the New England Analysis Area, we prohibit incidental take only if it occurs in suitable habitat and is the result of soil disturbance, as defined below under Regulation Promulgation, which includes converting suitable habitat from an existing land use to a different land use. The species persistence in the New England Analysis Area is dependent upon active management occurring on two small coastal islands. A large percentage of land mass in the New England Analysis Area is protected in some form, and American burying beetles occur on many lands with conservation easements or deed restrictions or owned by conservation organizations; municipal, State, and Federal agencies; and private land trusts. However, existing land protections are not comprehensive for the American burying beetle. Given the varied missions of these landowners, the level of protection varies and may change over time. Although some minimal level of take may occur incidental to ranching and grazing, the effects of such land uses serve to maintain suitable habitat for the species. Urban and suburban expansion and development activities can lead to soil disturbance that may lead to incidental take of the species. Habitat conversion further limits the habitat available to American burying

beetles in the New England Analysis Area.

The population in the New England Analysis Area is proportionally more sensitive and vulnerable to impacts than the other analysis areas, because it is limited to two small coastal islands, and the species' persistence on one or both of the islands is likely dependent on management, particularly captive breeding, reintroduction, and the provisioning of carrion. Thus, urban and suburban expansion represent substantial risks to the future viability of the species in this area. Limiting the prohibition to suitable habitat is sufficient as any beetles occupying unsuitable habitat would be very few in number and possibly either lost to the population or not of value to the population.

In addition, activities by State or Federal government agencies related to wildlife management that result in incidental take of American burying beetles is not prohibited in the New England Analysis Area.

Provisions of the 4(d) Rule in the Northern Plains Analysis Area

Within the Northern Plains analysis areas, we prohibit incidental take only if it occurs in suitable habitat and is the result of soil disturbance, which includes converting habitat from an existing land use to a different land use, as defined below under Regulation Promulgation. The combined impacts of urban expansion and agriculture (primarily conversion to cropland) are expected to affect 5–15% of the suitable habitat in the Northern Plains (Service 2019). Potential impacts related to wind energy expansion are likely (additional information provided in the SSA Report and proposed rule), but additional information is needed to fully evaluate the potential effects to habitat and carrion availability. Only low percentages of the Northern Plains analysis areas are protected, with only one large protected area that supports significant numbers of American burying beetles. Thus, we find that land use changes like urban expansion and agricultural land conversion to cropland (combined with other risks such as cedar expansion as discussed in the proposed rule) represent risks to the future viability of the species in this area.

However, incidental take that is the result of normal grazing and livestock activities is not prohibited. In addition, activities by State or Federal government agencies related to wildlife management that result in incidental take of American burying beetles is not prohibited. Grasslands in the Northern

Plains support relatively high-density populations of American burying beetles that have high resiliency. Ranching, grazing, and wildlife management activities in this area are generally compatible with conservation of this species, as these land uses help maintain native grassland habitats (see chapters 4 and 5 in the SSA Report; Service 2019) important for American burying beetle conservation. Based on the analysis of climate change impacts in the SSA Report (Service 2019), we believe it is possible that the Northern Plains may support the only remaining self-sustaining populations with moderate or high resiliency by the mid-century time period. Therefore, protecting existing habitat in the Northern Plains is important for the future viability of the species. Although there may be some minimal level of take incidental to ranching, grazing, and wildlife management activities, the effects of such land uses serve to maintain suitable habitat for the species and prevent more extensive soil disturbance than would occur with other land use changes such as farming or urban development.

Provisions of the 4(d) Rule in the Southern Plains Analysis Areas

Within the Southern Plains analysis areas on defined conservation lands, see below under Regulation Promulgation, incidental take is exempted if it occurs in compliance with a Service-approved management plan, such as an integrated natural resources management plan (INRMP), that includes conservation measures for the American burying beetle. Outside of defined conservation lands, incidental take is not prohibited because the Southern Plains Analysis Area currently has low risks to the species associated with land development. The combined permanent loss of habitat projected due to urban and agricultural expansion is less than 2 percent (Service 2019).

Currently, conservation lands provide relatively large protected areas of habitat with good populations; these lands would potentially serve as sources of American burying beetles for relocation and reintroduction efforts in areas that are projected to have future climate conditions that would be expected to sustain the species. We define ''conservation lands'' as lands included within the existing boundaries of Fort Chaffee in Arkansas (approximately 64,000 acres) and McAlester Army Ammunition Plant (approximately 45,000 acres) and Camp Gruber/ Cherokee Wildlife Management Area (approximately 64,000 acres), both in Oklahoma. These areas have defined

FWS000194

boundaries and management that is compatible with recovery for the American burying beetle; however, that management is not intentionally being conducted for American burying beetles, and monitoring and management would likely cease at some sites without the incidental take protections in place specific to the species. Active management and monitoring in these conservation lands is considered important to help support recovery by serving as source populations for relocation and reintroduction efforts of American burying beetle populations, for as long as they sustain beetle populations.

Land use changes such as urban development and conversion to agricultural lands that cause habitat loss and fragmentation are a minor risk in Southern Plains analysis areas. These activities are not considered a threat to the species in this area because the combined permanent loss of habitat projected due to urban and agricultural expansion is less than 2 percent of these large analysis areas and is unlikely to affect the viability of the species in these areas (Service 2019). Large areas of suitable habitat, combined with low levels of projected land use change, and relatively large areas of protected habitat indicate that impacts to habitat are not likely to affect the viability of the species in these areas.

We may issue permits to carry out otherwise prohibited activities, including those described above, involving threatened wildlife under certain circumstances. Regulations governing permits are codified at 50 CFR 17.32. With regard to threatened wildlife, a permit may be issued for the following purposes: Scientific purposes, to enhance propagation or survival, for economic hardship, for zoological exhibition, for educational purposes, for incidental taking, or for special purposes consistent with the purposes of the Act. There are also certain statutory exemptions from the prohibitions, which are found in sections 9 and 10 of the Act.

The Service recognizes the special and unique relationship with our State natural resource agency partners in contributing to conservation of listed species. State agencies often possess scientific data and valuable expertise on the status and distribution of endangered, threatened, and candidate species of wildlife and plants. State agencies, because of their authorities and their close working relationships with local governments and landowners, are in a unique position to assist the Service in implementing all aspects of the Act. In this regard, section 6 of the Act provides that the Service shall cooperate to the maximum extent practicable with the States in carrying out programs authorized by the Act. Therefore, any qualified employee or agent of a State conservation agency that is a party to a cooperative agreement with the Service in accordance with section 6(c) of the Act, who is designated by his or her agency for such purposes, will be able to conduct activities designed to conserve American burying beetles that may result in otherwise prohibited take for wildlife without additional authorization.

Nothing in this 4(d) rule changes in any way the recovery planning provisions of section 4(f) of the Act, the consultation requirements under section 7 of the Act, or the ability of the Service to enter into partnerships for the management and protection of the American burying beetle. However, interagency cooperation will be further streamlined through programmatic consultations for the species between Federal agencies and the Service. A programmatic consultation has been developed (see *https://www.fws.gov/ southwest/es/oklahoma/default.htm*) to allow Federal agencies to consult using the 4(d) rule in a streamlined manner for all Federal actions that can comply with the 4(d) rule.

*Required Determinations*

National Environmental Policy Act

We have determined that environmental assessments and environmental impact statements, as defined under the authority of the National Environmental Policy Act of 1969 (42 U.S.C. 4321 *et seq.*), need not be prepared in connection with regulations pursuant to section 4(a) of the Act. We published a notice outlining our reasons for this determination in the **Federal Register** on October 25, 1983 (48 FR 49244).

*References Cited*

A complete list of references cited in this rulemaking is available on the internet at *http://www.regulations.gov* and upon request from the Oklahoma Ecological Services Field Office (see **FOR FURTHER INFORMATION CONTACT**).

**Authors**

The primary authors of this rule are the staff members of the Fish and Wildlife Service's Species Status Assessment Team and the Oklahoma Ecological Services Field Office.

**List of Subjects in 50 CFR Part 17**

Endangered and threatened species, Exports, Imports, Reporting and recordkeeping requirements, Transportation.

**Regulation Promulgation**

Accordingly, we amend part 17, subchapter B of chapter I, title 50 of the Code of Federal Regulations, as set forth below:

**PART 17—ENDANGERED AND THREATENED WILDLIFE AND PLANTS**

■ 1. The authority citation for part 17 continues to read as follows:

**Authority:** 16 U.S.C. 1361–1407; 1531–1544; and 4201–4245, unless otherwise noted.

■ 2. Amend § 17.11(h) by revising the entries for "Beetle, American burying" under "INSECTS" in the List of Endangered and Threatened Wildlife to read as follows:

**§ 17.11   Endangered and threatened wildlife.**

\*    \*    \*    \*    \*

(h) \* \* \*

| Common name | Scientific name | Where listed | Status | Listing citations and applicable rules |
|---|---|---|---|---|
| \* | \* | \* | \* | \* |
| INSECTS | | | | |

| Common name | Scientific name | Where listed | Status | Listing citations and applicable rules |
|---|---|---|---|---|
| * | * | * | * | * |
| Beetle, American burying | *Nicrophorus americanus* | Wherever found, except where listed as an experimental population. | T | 54 FR 29652, 7/13/1989; 85 FR [INSERT FEDERAL REGISTER PAGE WHERE THE DOCUMENT BEGINS], 10/15/2020; 50 CFR 17.47(d).[4d] |
| Beetle, American burying | *Nicrophorus americanus* | In southwestern Missouri, the counties of Cedar, St. Clair, Bates, and Vernon. | XN | 77 FR 16712, 3/22/2012; 50 CFR 17.85(c).[10j] |
| * | * | * | * | * |

■ 3. Amend § 17.47 by adding paragraph (d) to read as follows:

§ 17.47   Special rules—insects.

*    *    *    *    *

(d) American burying beetle (*Nicrophorus americanus*)—(1) *Prohibitions.* The following prohibitions apply to the American burying beetle:

(i) *Take of the American burying beetle.* Take of the American burying beetle, except that take that is incidental to otherwise lawful activity (incidental take) is prohibited only when the take occurs on suitable American burying beetle habitat:

(A) In the New England and Northern Plains Analysis Areas where the incidental take results from soil disturbance; or

(B) In the Southern Plains Analysis Areas where the incidental take occurs on defined conservation lands, except where incidental take is in compliance with a Service-approved conservation plan.

(ii) *Possession and other acts with unlawfully taken American burying beetles.* It is unlawful to possess, sell, deliver, carry, transport, or ship, by any means whatsoever, any American burying beetle that was taken in violation of paragraph (d)(1)(i) of this section or State law. Notwithstanding the preceding sentence, Federal and State law enforcement officers may possess, deliver, carry, transport, or ship any American burying beetle taken in violation of the Act as necessary in performing their official duties.

(iii) *Import and export of the American burying beetle.* It is unlawful to import or export the American burying beetle.

(iv) *Interstate or foreign commerce.* It is unlawful to deliver, receive, carry, transport, or ship in interstate or foreign commerce, by any means whatsoever, and in the course of a commercial activity, the American burying beetle.

(v) *Sale or offer for sale.* It is unlawful to sell or to offer for sale in interstate or foreign commerce any American burying beetle.

(2) *Exceptions from prohibitions.* (i) Any employee or agent of the Service or of a State conservation agency that is operating a conservation program pursuant to the terms of a cooperative agreement with the Service in accordance with section 6(c) of the Act, who is designated by his or her agency for such purposes, may, when acting in the course of his or her official duties, take American burying beetles, provided that, for State conservation agencies, the American burying beetle is covered by an approved cooperative agreement to carry out conservation programs.

(ii) Federal or State government agencies may incidentally take American burying beetles when conducting wildlife management activities in the Northern Plains Analysis Areas.

(iii) Incidental take of American burying beetles resulting from ranching and grazing activities is allowed.

(3) *Definitions.* For the purposes of this paragraph (d), we define the following terms:

(i) *Conservation lands* means lands included within the existing boundaries:

(A) In Arkansas, of Fort Chaffee (approximately 64,000 acres); and

(B) In Oklahoma, of McAlester Army Ammunition Plant (approximately 45,000 acres) and Camp Gruber/Cherokee Wildlife Management Area (approximately 64,000 acres).

(ii) *New England Analysis Area* means Block Island in Rhode Island and Nantucket Island in Massachusetts.

(iii) *Northern Plains Analysis Areas* means portions of Nebraska and South Dakota, as presented in the map at paragraph (d)(4) of this section, to initially include an 18.6-mile buffer around each capture location to determine the outside boundaries of the analysis area. For specific information regarding whether a parcel of land is inside the Northern Plains Analysis Areas, contact your local Service ecological services field office. Field office contact information may be obtained from the Service regional offices, the addresses of which are listed at 50 CFR 2.2.

(iv) *Ranching and grazing* means activities involved in grazing livestock (*e.g.,* cattle, bison, horse, sheep, goats, or other grazing animals) such as: Gathering of livestock; construction and maintenance of fences associated with livestock grazing; installation and maintenance of corrals, loading chutes, and other livestock working facilities; development and maintenance of livestock watering facilities; placement of supplements such as salt blocks for grazing livestock; and, when associated with livestock grazing, the control of noxious weeds, haying, mowing, and prescribed burning. Ranching and grazing does not include any form of farming, conversion of grassland to cropland, or management of cropland.

(v) *Soil disturbance* means movement or alteration of soil. Soil disturbance includes actions such as grading, filling, soil excavating, or topsoil stripping. Soil disturbance also includes non-physical alterations such as chemical treatment.

(vi) *Southern Plains Analysis Areas* means portions of Arkansas, Kansas, Oklahoma, and Texas, as presented in the map at paragraph (d)(4) of this section, to initially include an 18.6-mile buffer around each capture location to determine the outside boundaries of the analysis area. For specific information regarding whether a parcel of land is inside the Southern Plains Analysis Areas, contact your local Service ecological services field office. Field office contact information may be obtained from the Service regional offices, the addresses of which are listed at 50 CFR 2.2.

(4) *Map of American Burying Beetle Analysis Areas.*

FWS000196

**JA-137**

Figure 1 to Paragraph (d)(4)



Aurelia Skipwith,

*Director, U.S. Fish and Wildlife Service.*

[FR Doc. 2020–19810 Filed 10–14–20; 8:45 am]

**BILLING CODE 4333–15–P**



Photo © Peter Blanchard, Manifest Photography

# American Burying Beetle

**U.S. Fish & Wildlife Service**

9014 East 21st Street
Tulsa, Oklahoma 74129

918-581-7458

6/4/2014

*Nicrophorus americanus* - Olivier

FWS000679

# American Burying Beetle (ABB)
# *Nicrophorus americanus*

**Executive Summary**

The American burying beetle (Nicrophorus americanus, ABB) is the largest silphid (carrion beetle) in North America, reaching 1.0 to 1.8 inches (2.5-4.5 cm) in length (Wilson 1971, Anderson 1982, Backlund and Marrone 1997).  The most diagnostic feature of the ABB is the large orange-red marking on the raised portion of the pronotum (hard back plate of the front portion of the thorax of insects), a feature shared with no other members of the genus in North America (USFWS 1991).  The ABB is a nocturnal species that lives only for one year.  The beetles are active in the summer months and bury themselves in the soil for the duration of the winter. Immature beetles (tenerals) emerge in late summer, over-winter as adults, and comprise the breeding population the following summer (Kozol 1990a).  Adults and larvae are dependent on carrion (animal carcass) for food and reproduction. They must compete for carrion with other invertebrate and vertebrate species.

Having wings, ABBs are strong fliers and have been reported moving distances ranging from 0.10 to 18.14  miles (0-29.19 kilometers) in various parts of their range (Bedick et al. 1999, Creighton and Schnell 1998, Jurzenski 2012, Jurzenski et al. 2011, Schnell et al. 1997-2006).  In Oklahoma, ABBs have been recorded to move up to 10 km (6.2 miles) in 6 nights (Creighton and Schnell 1998).  Carrion selection by adult ABBs for food can include an array of available carrion species and size (Trumbo 1992).  ABBs also capture and consume live insects (Louis Perrotti, Roger Williams Park Zoo, Species Survival Plan administrator).  Immediately upon emergence from their winter hibernation, ABBs begin searching for a mate and a proper carcass for reproduction.

Once ABB locate a suitable carcass for reproduction, inter-specific as well as intra-specific competition occurs until usually only a single dominant pair of male and female burying beetles remain (Scott and Traniello 1989).  The carcass is formed into a ball and treated with the beetle's oral and anal secretions (containing antimicrobial components) (Hoback et al. 2004, Kaspari and Stevenson 2008, Rozen et al. 2008).  Oviposition (laying of eggs) generally occurs within 24 hours of carcass discovery (Trumbo 1997) and is adjusted proportionately to the carcass size (Billman et al. 2014).  Parental care in species of this genus is elaborate, with both parents participating in carcass burial, as well as in feeding and protecting their brood until the young disperse into the soil to pupate (Bartlett, 1988; Fetherston et al., 1990; Scott, 1990; Trumbo, 1991).  The level of reproductive investment in burying beetles is influenced by both age and prior reproductive experience (Billman et al. 2014.)

1

FWS000680

# American Burying Beetle (ABB)
## *Nicrophorus americanus*

Soil conditions for suitable ABB reproductive habitat must be conducive to excavation by ABBs (Anderson 1982; Lomolino and Creighton 1996).  Research indicates that brood carcasses were most likely to be buried in loose soils with high sand content and low clay content (Lomolino et al. 1995, Lomolino and Creighton 1996, Creighton et al. 1993, Smith 2007). Additionally, trapping success increased with the percentage of sand but decreased with percentage of silt and clay (lomolino et at. 1995).  Level topography and a well formed detritus layer at the ground surface are typical of occupied ABB habitat (USFWS 1991).

ABBs are considered feeding habitat generalists and have been successfully live-trapped in several vegetation types including native grasslands, grazed pasture, riparian zones, coniferous forests, mature forest, deciduous forest with little undergrowth, and oak-hickory forest, as well as on a variety of soil types (Creighton et al. 1993; Lomolino and Creighton 1996; Lomolino et al. 1995; USFWS 1991, USFWS 2008b, Walker 1957).  ABBs are widely believed to depend on landscape-level heterogeneity of habitat that supports the small mammals, birds and other sources of carrion necessary for their life cycle.  A diverse habitat of patches of woodland, shrubland, forests and herbaceous areas are believed to be key elements for good ABB habitat (Personal communication with Daniel Howard, Assistant Professor of Biology, Augustana College, South Dakota).

Population estimates of ABB are problematic and precise estimates of absolute or even relative densities remain a challenge (USFWS 2008a).  ABBs experience relatively rapid turnover rates due to factors such as natural mortality, dispersal, and burrowing underground and attending carrion/broods (Creighton and Schnell 1998).  Because the ABB completes its lifecycle in one year, each year's population levels are largely dependent on the reproductive success of the previous year.  Therefore, populations may be cyclic (due to weather, disease, etc.), with high numbers and abundance in one year, followed by a decline in numbers the succeeding year, or vice versa (USFWS 2008a).

Habitat fragmentation causes increased vertebrate scavenger pressure, which decreases availability of carrion of the appropriate size, and increases competition between burying beetles (Creighton et al. 2007).  There is little doubt that habitat loss and alteration affect this species at local or even regional levels, and could account for the extirpation of populations once they become isolated from others (Kozol 1995, Ratcliffe 1996, Amaral et al. 1997, Bedick et al. 1999).  It is unclear if an extirpated ABB population can successfully be re-established.  Protection of large areas of appropriate native habitat appears to be the best known method for enhancing the conservation of the ABB.  Relatively large areas of native habitat tend to support the highest known ABB populations.

The American Burying Beetle Recovery Plan (USFWS 1991) and the 5-year status review of the species (2008a) identify the following factors as potential threats to the ABB:

FWS000681

# American Burying Beetle (ABB)
## *Nicrophorus americanus*

disease/pathogens, DDT, direct habitat loss and alteration, interspecific competition, increase in competition for prey, increase in edge habitat, decrease in abundance of prey, loss of genetic diversity in isolated populations, agricultural and grazing practices, and invasive species.  None of these threats alone adequately explain why the ABB declined while congeneric species are still relatively common rangewide – there are eight sympatric congeners which are not in peril (Sikes and Raithel 2002).

The prevailing theory regarding the ABBs' decline is habitat fragmentation (USFWS 1991) which: (1) reduced the carrion prey base of the appropriate size for ABB reproduction, and (2) increased the vertebrate scavenger competition for this prey (Kozol 1995, Ratcliffe 1996, Amaral et al. 1997, Bedick et al. 1999) due to the ABBs relatively large size and specialized breeding behavior (Creighton et al. 2007).  Although much of the evidence suggesting the reduction of carrion resources as a primary mechanism of decline is circumstantial, this hypothesis fits the temporal and geographical pattern of the disappearance of ABBs, and is sufficient to explain why ABBs declined while related species did not.  In a fragmented ecosystem, larger species have been shown to be negatively affected before smaller species, a phenomenon that has been well-documented with carrion and dung beetles in South America (Klein 1989).

Since the middle of the 19th century, certain animal species in the favored weight range for ABBs have either been eliminated from North America or significantly reduced over their historic range (USFWS 1991), including the passenger pigeon (*Ectopistes migratorius),* greater prairie-chicken (*Tympanchus cupido)* and wild turkey *(Meleagris gallopavo)*.  Fragmentation of large contiguous habitats into smaller pieces or patches of habitat may increase species richness, but the species composition usually changes.  In this way, historically large expanses of natural habitat that once supported high densities of indigenous species are now artificially fragmented, supporting fewer or lower densities of indigenous species that once supported ABB populations, and also facilitating increased competition for limited carrion resources among the "new" predator/scavenger community.

Kozol et al. (1994) examined ABB genetic variation within and between the Block Island, Rhode Island population and the eastern Oklahoma and western Arkansas population.  Both populations have low levels of genetic variation, and most of the variation occurs within a single population.  There were no unique diagnostic bands within either population, but they found the Oklahoma- Arkansas population to be somewhat more diverse.  Reduced genetic variation is often a result of founder effect, genetic drift, and inbreeding.

3

# American Burying Beetle (ABB)
# *Nicrophorus americanus*

**AMERICAN BURYING BEETLE (ABB) *NICORPHORUS AMERICANUS***

**SPECIES ACCOUNT**

**Species Description**

The ABB (at right) is the largest silphid (carrion beetle) in North America, reaching 1.0 to 1.8 inches in length (Wilson 1971, Anderson 1982, Backlund and Marrone 1997). Size, particularly pronotal width, is highly correlated with weight (Kozol et al. 1988). Pronotal width of ABBs ranged from 0.344 – 0.500 inches (.874 – 1.27 centimeters) in a laboratory study and 0.314 – 0.497 inches (.800 – 1.26 cm) at Block Island. The beetles are black with orange-red markings. The hardened elytra (wing coverings) are smooth, shiny black,



American burying beetle *Nicrophorus americanus*
©Peter Blanchard, Manifest Photography LLC

and each elytron has two scallop shaped orange-red markings. The pronotum over the mid-section between the head and wings, is circular in shape with flattened margins and a raised central portion. The most diagnostic feature of the ABB is the large orange-red marking on the raised portion of the pronotum, a feature shared with no other members of the genus in North America (USFWS 1991). The ABB also has orange-red frons (the upper, anterior part of the head), and a single orange-red marking on the clypeus, which is the lower face located just above the mandibles. Antennae are large, with notable orange club-shaped tips.



Photo by Anita Barstow, USFWS

**Figure 2:** Depicts the characteristics for determining male American burying beetle

Gender can be determined from markings on the clypeus **Figure 2**; males have a large, rectangular, red marking and females have a smaller, triangular, red marking. Age of adults is determined by intensity of appearance. The photo at the left demonstrates the markings of teneral ABBs (young beetles emerging after pupation, usually in summer but have been reported in the spring in Oklahoma by surveyors) are brighter and appear more uniform in color, while the exoskeleton is softer and in general more translucent. The pronotum of a mature, early summer adult tends to be darker than the

4

# American Burying Beetle (ABB)
## *Nicrophorus americanus*

markings on its elytra, with the former appearing dark orange to red and the latter appearing orange.  The senescent (mature, post-breeding) ABB has pale elytral markings and are more scarred.  They often have pieces missing from the margin of the pronotum or elytra, have cracks in the exoskeleton, and/or are missing appendages such as tarsi, legs, or antennae (USFWS 2008a).

**Life History**

The life history of the ABB is similar to that of other burying beetles (Kozol et al. 1988; Scott and Traniello 1987; Wilson and Fudge 1984).  The ABB is a nocturnal species that lives only for one year.  Beetles are active in the summer months and bury themselves in the soil for the duration of the winter.  Immature beetles (tenerals) usually emerge in late summer, over-winter as adults, and comprise the breeding population the following summer (Kozol 1990a).  Adults and larvae are dependent on carrion for food and reproduction. They must compete for carrion with other invertebrate species, as well as vertebrate species.

*Inactive Period*: When the nighttime ambient air temperature is consistently below 60°F (15.5°C), ABBs bury into the soil and become inactive (USFWS 1991).  In Oklahoma, this typically occurs from late September and until mid-May (USFWS 2008b), approximately 8 to 9 months. However, the length of the inactive period can fluctuate depending on temperature. Recent studies indicate that ABBs bury to depths ranging from 0 to 8 inches in Arkansas (Schnell et al. 2007).  Others have found depths ranging from 0 – 27 inches (Hoback 2011).  Habitat structure (i.e., woodland vs. grassland) does not appear to be an influencing factor in over-winter survival rate in Oklahoma (Holloway and Schnell 1997).

Preliminary data suggest that over-wintering results in significant mortality (Bedick et al. 1999), ranging from 25 percent to about 70 percent depending on year, location, and availability of carrion in the fall (Schnell et al. 2007; Raithel 1996-2002, unpublished data, as cited in USFWS 2008b).  Over-wintering ABBs with access to a vertebrate carcass in the fall had a survival rate of 77 percent versus a 45 percent survival rate for ABBs that did not have access to a carcass (Schnell et al. 2007).

*Active Period*: In Oklahoma, ABBs are typically active from mid-May to mid-September.  ABBs emerge from their winter inactive period when ambient nocturnal air temperatures consistently exceed 60º F and become inactive in the fall when nighttime air temperatures are below 60°F.  They are most active from two to four hours after sunset, with no captures recorded immediately after dawn (Walker and Hoback 2007, Bedick et al. 1999).  During the daytime, ABBs are believed to bury under the vegetation litter.  ABBs begin rearing broods soon after emergence from overwintering.  During late May and early June ABBs secure a mate and

5

# American Burying Beetle (ABB)
## *Nicrophorus americanus*

carcass for reproduction.  The reproductive process takes approximately 50-60 days (Kozol 1992).

Weather conditions, such as rain and strong winds, result in reduced ABB activity (Bedick et al. 1999).  However, on Block Island, Rhode Island, burying beetles were successfully trapped repeatedly on both rainy and windy nights, provided the temperature was above 59º F (15º C, Kozol et al. 1988).  Capture rates for ABBs are highest from mid-June to early-July and again in mid-August (Kozol et al. 1988, Bedick et al. 2004, USFWS 1991) across the more northern latitudes within the range of the species, however survey data shows captures per unit effort in Oklahoma for ABB is highest in July (unpublished Service data).

**Movement**



**Figure 3**.  An ABB takes flight.  ABB has been recorded moving 29.19 kilometers in one night (Jurzenski 2012).  Photo credit: Aaron Goodwin.

ABBs are nocturnal and have shown limited capabilities to fly during heavy rains, and high winds.  Although data is lacking, ABBs have been reported moving distances ranging from 0.10 to 18.14 miles (1 to 29.19 km) in various parts of their range (Bedick et al. 1999, Creighton and Schnell 1998, Jurzenski 2012, Jurzenski et al. 2011, Schnell et al. 1997-2006).  The Service has

6

# American Burying Beetle (ABB)
## *Nicrophorus americanus*

re-evaluated the published literature, both new and old, to describe ABB movement, and to among other things, develop live-trapping guidance.  Survey data for ABBs in Oklahoma has documented both positive and negative ABB survey results in the same calendar year and even the same ABB active season within the same general location.  The number of traps and the relative distance between them may influence the capture of *N. americanus* (Bedick 2004).  Placing traps in proximity to other traps may decrease individual trap success rates as multiple traps compete for the same localized population (Bedick et al. 2004).  American burying beetles can be attracted to carrion from distances ranging from 0.16-6.2 miles ( 0.25–10.0 km) over a six night period with an average of 0.76 miles per night (1.23 km per night – Creighton and Schnell 1998), and Peyton (1996) recovered a specimen from as far away as 7 miles (11.2 km.) Bedick et al. (2004) reported five recaptures from distances of 2-4 miles (3–6 km) and an average nightly movement of 0.62 mile (1 km) within the large proportion (85%) of recaptures, moving distances of 0.31 mile (0.5 km) per night.

Creighton *et al.* (1992) reported that individual ABBs moved over 4 miles (6.4 km) in only a few days.  Creighton and Schnell (1998) reported an average nightly movement of 0.76 mile (1.23 km), and maximum distances of 4 miles (6.5 km) in 5 nights (0.8 mile per night – 1.28 km per night) and 6.2 miles (10 km) in 6 nights (1.03 miles per night – 1.66 km per night), a minimum distance of 0.15 mile (0.24 km) in one night, and a mean nightly movement of 1.67 miles (2.70 km).  Mark and recapture data at Camp Gruber and Fort Chaffee did not find any ABBs that moved between these installations, a distance of about 54 miles (87 km – Schnell and Hiott, 1997-2003).  But in Nebraska, one ABB was recently reported to move, wind-aided, approximately 18.14 miles (29.19 km) in one night (Jurzenski et al. 2011) establishing the longest record of a 1-night movement by an ABB, demonstrating an increase to the previously poorly understood potential dispersal distance.  Bedick et al. (1999) chose to use 1 km (0.6 miles) for the radius of attractiveness for traps since this corresponded to a reasonable distance in which  ABB are known to respond to traps.  Taking all this information into account, the effective radius for a survey transect was determined to remain at 0.5 mile (0.8 km).

 **Feeding**

When not involved with brood rearing, carrion selection by adult ABBs for food can include an array of available carrion species and sizes (Trumbo 1992), as well as capturing and consuming live insects.  Burying beetles are capable of finding a carcass between one and 48 hours after death at a distance up to 2 miles (3.22 km) but finding them after a day or two is more customary (Ratcliffe 1996).  Success in finding carrion depends upon many factors including availability of optimal habitats for small vertebrates (Lomolino and Creighton 1996), density of competing invertebrate and vertebrate scavengers, individual searching ability, reproductive condition, and temperature (Ratcliffe 1996, Wilson and Knollenberg 1984).  Kozol et al. (1988) found no significant difference in the ABB's preference for avian verses mammalian carcasses.

7

# American Burying Beetle (ABB)
## *Nicrophorus americanus*

**Habitat**

*Feeding Habitat*: ABBs are considered feeding habitat generalists and have been successfully live-trapped in several vegetation types including native grasslands, grazed pasture, riparian zones, coniferous forests, mature forest, deciduous forest with little undergrowth, and oak-hickory forest, as well as on a variety of various soil types (Creighton et al. 1993; Lomolino and Creighton 1996; Lomolino et al. 1995; USFWS 1991, USFWS 2008b, Walker 1957).  Ecosystems supporting ABB populations are diverse and include primary forest, scrub forest, forest edge, grassland prairie, riparian areas, mountain slopes, and maritime scrub communities (Ratcliffe 1996; USFWS 1991).  The ABB readily moves between different habitats (Creighton and Schnell 1998, Lomolino et al. 1995) (USFWS 2008b).

Using baited pitfall traps, Holloway and Schnell (1997), found significant correlation between the number of ABBs captured and the biomass of mammals (0-200 g), and combined mammals and birds at Fort Chaffee, Arkansas.  ABBs are widely believed to depend on landscape-level heterogeneity of habitat that supports the small mammals, birds and other sources of carrion necessary for their life cycle.  A diverse habitat of patches of woodland, shrubland, forests and herbaceous areas are believed to be key elements for good ABB habitat.  It is the interspersion of the vegetative cover types that creates discontinuity of habitat needed for these carrion species.

Soil conditions for ABB habitat must be conducive to excavation by ABBs (Anderson 1982; Lomolino and Creighton 1996).  Soils in the vicinity of captures are all well drained and include sandy loam and silt loam, with a clay component noted at most sites.  Level topography and a well formed detritus layer at the ground surface are common (USFWS 1991).  At Fort Chaffee, ABBs were captured in areas where the soils contained less than 40 percent sand, greater than 50 percent silt, and greater than 20 percent clay (Schnell and Hiott 2005).  In 1996, more than 300 ABBs were captured in Nebraska habitats consisting of grassland prairie, forest edge, and scrubland (Ratcliffe 1996).

*Reproduction Habitat:*  While studies indicate that the ABB is a habitat generalist in terms of feeding, it is likely more restricted when selecting burial sites for breeding.  It is widely understood that ABB needs to bury a carcass in the soil for reproduction, and soils that are too hard or too compact may limit the ability of ABB to create a suitable brood chamber.  Likewise, soils that are too loose, such as those with too much sand, will not support the walls of the chamber and therefore also are not suitable for brood chambers.  Moreover, ABBs are subject to drowning, so soils that are saturated are unsuitable for reproduction.  Therefore, certain soil conditions such as very xeric (dry), or loose soils , sandy soils,and saturated, are generally accepted to be unsuitable for carcass burial and thus are unlikely reproductive habitats.

8

# American Burying Beetle (ABB)
## *Nicrophorus americanus*

Anderson (1982) postulated that paired ABBs placed on carcasses would be more reproductively successful in forested habitats due to the rich, loose soils conducive to digging. Lomolino and Creighton (1996) found reproductive success was higher in forest verses grassland habitat, because more carcasses were buried in the forested habitat than the grassland.  Carcasses may be more difficult to secure in grassland due to the near absence of a litter layer and may be more difficult to bury due to the tendency of grassland soils to be more compact than those in forests.  However, of the carcasses buried in the two different habitats, brood size did not seem to be influenced by habitat characteristics.  In Oklahoma, ABBs are thought to select undisturbed, mature oak-hickory forests with substantial litter layers and deep, loose soils as well as grasslands or bottomland forests where the substrate is conducive for carcass burial (Lomolino and Creighton 1996; Creighton et al. 1993).  Holloway and Schnell (1997) found significant correlations between the numbers of ABBs caught in traps and the biomass of mammals and birds, irrespective of the predominant vegetation (USFWS 2008b) suggesting that the habitat *per se* is not the key environmental driver for occupation of an area by ABB, but rather the density of their reproductive resources (small mammals and birds) found within those habitats.

**Reproduction**

Reproductive activity usually begins in mid-May to June once temperatures become suitable and is thought to be complete by mid-August to September while temperatures are suitable (see Life History section).  Immediately upon emergence from their winter hibernation, ABBs begin searching for a mate and proper sized carcass for reproduction.  Burying beetles are capable of finding a carcass between one and 48 hours after death at a distance up to 2 miles (3.22 km – Ratcliffe 1996), but finding them after a day or two is more customary (Conley 1982, Ratcliffe 1996).  Success in finding carrion depends upon many factors including availability of optimal habitats for small vertebrates (Lomolino and Creighton 1996), density of competing invertebrate and vertebrate scavengers, individual searching ability, reproductive condition, and temperature (Ratcliffe 1996, Wilson and Knollenberg 1984).  ABB has shown no preference for avian verses mammalian carcasses (Kozol et al. 1988).  Once a carcass has been found, inter-specific as well as intra-specific competition occurs until usually only a single dominant male and female burying beetle remain (Scott and Traniello 1989).  The ABB typically out-competes other burying beetles as a result of its larger size (Kozol et al. 1988).  Once the ABB battle for the rights to the carcass, the victorious couple will bury the carrion and construct a brood chamber around the carcass.

Parental care in this genus is elaborate and unique because both parents participate in the rearing of young (Bartlett 1987, Fetherston et al. 1990, Scott 1990, and Trumbo 1990), with care by at least one parent, usually the female, being critical for larval survival (Ratcliffe 1996). In Nebraska, Bedick et al. (1999) found that ABBs reproduce only once per year.  However, in a

9

# American Burying Beetle (ABB)
## *Nicrophorus americanus*

laboratory setting, Lomolino and Creighton (1993) found that five of eight ABB pairs succeeded in producing a second brood.  Further, research into reproduction in burying beetles revealed that the level of reproductive investment in burying beetles is influenced by both age and prior reproductive experience.  Females reproducing on low-quality carcasses allocated more to future reproduction by producing smaller offspring and gaining more mass than females on high-quality carcasses (Billman et al 2014).

Male and female ABBs typically cooperatively bury a carcass, but individuals of either sex are capable of burying a carcass alone (Kozol et al. 1988).  Once underground, both parents strip the carcass of fur or feathers, roll the carcass into a ball and treat it with anal and oral secretions that retard the growth of mold and bacteria.  The female ABB lays eggs in the soil near the carcass.  Brood sizes of ABBs can sometimes exceed 25 larvae, but 12-18 is more typical (Kozol 1990b).

One or both of the parents may remain with the pupae for several days and at least one parent, usually the female, may remain with the pupae until they pupate (Kozol 1995).  The reproductive process from carcass burial to eclosure (emergence from pupae) is about 48 to 65 days (Bedick et al. 1999, Kozol 1995, Ratcliffe 1996).  Females are reproductively capable immediately upon eclosure.  Young beetles emerging in summer over-winter as adults, and comprise the breeding population the following summer (Kozol 1990a).

While the ABB has life history requirements similar to other carrion beetles, it is the largest *Nicrophorus* in North America and requires a larger carrion item to reach its maximum reproductive potential (i.e., to raise a maximum number of offspring) than the other burying beetles (USFWS 1991, Kozol et al. 1988, Trumbo 1992, Billman et al 2014).  Preferred carrion sources for reproduction are dead birds and mammals weighing from 1.7-10.5 ounces (48.19 – 297.67 g), with an optimum weight of 3.5-7.0 ounces (99.22 – 198.45 g, USFWS 1991).

**Status and Distribution**

*Status:* The ABB was proposed for federal-listing in October 1988 (53 FR 39617) and designated as an endangered species on July 13, 1989 (54 FR 29652), and retains this status.  Critical habitat has not been designated for the ABB.  The Final Recovery Plan was signed on September 27, 1991.  At that time (1991), only two, disjunct, natural populations occurred at the extremities of the species historical range of 35 states, i.e., four counties in Oklahoma and one small island off the coast of Rhode Island (USFWS 2008a).  Due to the severity of the species decline, and uncertainty about the causes for that decline, recovery actions were focused on near-term improvement on the status of the species, rather than addressing a more broad range of actions and criteria to bring about full recovery.  Therefore, criteria were developed

10

# American Burying Beetle (ABB)
## *Nicrophorus americanus*

for downlisting, but not for recovery (USFWS 1991, 2008a).  Recovery objectives from the 1991 recovery plan and the criteria for achieving them are provided below.

(1) Reduce the immediacy of the threat of extinction…,
- Protect and maintain the two extant populations (i.e., in 1991),
- Re-establish (or locate and protect) at least two additional self-sustaining wild populations of 500 or more animals each, one in the eastern and one in the western part of the species historic range

(2) Improve status of ABB so that it can be reclassified from endangered to threatened.
- Re-establish three populations of the species (or discover additional populations) within each of four broad geographical areas of its historical range: the Northeast, the Southeast, the Midwest and the Great Lakes States…;
- Each population should contain a minimum of 500 adults as estimated by capture rates per trap night and black lighting effort; and
- Each population is to be demonstrably self-sustaining for at least five consecutive years (or is sustainable with established long-term management programs).



Figure 3: The three broad geographic areas described in the 1991 ABB Recovery Plan

11

FWS000690

# American Burying Beetle (ABB)
## *Nicrophorus americanus*

Since the Recovery Plan was developed in 1991, numerous other populations have been discovered, and the recovery objective of reducing the immediate threat of extinction through discovery or establishment of new populations has been met (USFWS 2008a).  Currently, at least four EPA Level III eco-regions support ABB populations estimated at greater than 1,000 ABBs (USFWS 2008a).  Based on extinction modeling, Amaral et al. (2005) surmised that populations of greater than 1,000 ABBs have the potential to remain demographically viable over the long term in the absence of severe catastrophic events or reductions in carrying capacity through reduced carcass availability, habitat loss or fragmentation.  However, the 2008 five year review (USFWS 2008a) found that, based on the information available, the ABB remains endangered throughout its current range due to lack of populations in the Southeast and Great Lakes States and remaining threats to existing populations (USFWS 2008a).

*Distribution*:  Historically, the geographic range of the ABB included over 150 counties in 35 states, covering most of temperate eastern North America and the southern borders of three eastern Canadian provinces (USFWS 1991; Peck and Kaulbars 1987).  However, documentation of records is not uniform throughout the broad historical range.  More records exist from the Midwest into Canada and in the northeastern United States than from the southern Atlantic and Gulf of Mexico region (USFWS 1991).  During the 20th century, the ABB disappeared from over 90 percent of its historical range (Ratcliffe 1995).  The last ABB specimens along the mainland of the Atlantic seaboard, from New England to Florida, were collected in the 1940s (USFWS 1991).  At the time of listing, known populations were limited to one on Block Island, Rhode Island; and one in Latimer County, Oklahoma.  After the species was listed in 1989, survey efforts increased and the ABB was discovered in more locations, particularly in South Dakota, Nebraska and Oklahoma.

Currently, the ABB is known to occur in eight states: on Block Island off the coast of Rhode Island, Nantucket Island off the coast of Massachusetts, eastern Oklahoma, western Arkansas (Carlton and Rothwein 1998), Loess Hills in south-central Nebraska and Sandhills in north-central Nebraska (Ratcliffe 1996, Bedick et al. 1999), Chautauqua Hills region of southeastern Kansas (Sikes and Raithel 2002), south-central South Dakota (Backlund and Marrone 1995, Ratcliffe 1996), northeast Texas (Godwin 2003), and Missouri (personal communication with Bob Mertz, St. Louis Zoo, May 30, 2013).  The ABBs in Missouri are part of a nonessential experimental population (under section 10(j) of the ESA) that was reintroduced in 2012.  Most populations are located on private land. Populations known to exist on public land include: Ouachita National Forest, Arkansas / Oklahoma; Ozark-St. Francis National Forests, Arkansas; Camp Gruber, Oklahoma; Fort Chaffee, Arkansas; Lake Eufaula, Oklahoma; Sequoyah National Wildlife Refuge, Oklahoma; Block Island National Wildlife Refuge, Rhode Island; Valentine National Wildlife Refuge, Nebraska; and Camp Maxey, Texas.

12

FWS000691

# American Burying Beetle (ABB)
## *Nicrophorus americanus*

Confirmed Oklahoma ABB sightings since 1992 include the following counties: Atoka, Bryan, Cherokee, Choctaw, Coal, Craig, Creek, Haskell, Hughes, Johnston, Latimer, Le Flore, Marshall, Mayes, McCurtain, McIntosh, Muskogee, Okfuskee, Okmulgee, Osage, Pittsburg, Pontotoc, Pushmataha, Rogers, Seminole, Sequoyah, Tulsa, and Wagoner, and Washington (29 counties). Additional counties with ABB habitat and potential occurrence due the proximity to the above counties include:  Adair, Carter, Delaware, Garvin, Kay, Lincoln, Love, McClain, Murray, Nowata, Ottawa, Pawnee, Payne, and Pottawatomie.

Numerous ABB surveys have been conducted throughout eastern Oklahoma.  The majority of these surveys are undertaken to determine whether ABBs were located in areas anticipated to have soil disturbance actions associated with development projects.  Most survey data are collected sporadically and without systematic or complete coverage across Oklahoma. Presently, eastern Oklahoma contains a large concentration of ABBs within their historical range.  The population of ABBs at Camp Gruber has shown persistence since 1991 when annual surveys on the installation were initiated.  While the numbers and high density areas of ABBs have changed annually or biennially, indicating ABBs are typically a cyclic species (Schnell and Hiott, 2003), they appear to be a self-sustaining population or metapopulation.  In 2007, a total of 676 ABBs were captured in 1,305 trap nights at Camp Gruber.  In 2009, a total of 423 ABBs were captured at the 59 stationary locations at Camp Gruber.

In 2010, reports from researchers at The Nature Conservancy's Tallgrass Prairie Preserve in Osage County indicated a healthy population of approximately 1,400 ABBs (C Hall, Augustana College, pers.comm. 2011).  Camp Gruber and the Tallgrass Prairie Preserve represent high densities of ABBs localized into smaller areas.  In Texas, the ABB has been found on Camp Maxey, Lamar County from 2004 - 2008, and a single ABB was documented at the Nature Conservancy's Lennox Woods, Red River County in 2004.  No ABBs have been documented at Camp Maxey from 2009 - 2012, despite intensive surveying.

The sentinel population of ABBs on Block Island off the coast of Rhode Island is stable, as is the population of ABBs in southern Tripp County, South Dakota.  The moderately large Nebraska Loess Hills population was thought to be declining in 2006 and 2007, but that short-term decline was likely caused by the effects of drought on carrion availability (W. Hoback, University of Nebraska, pers. comm., March 24, 2011) and the population there has increased in recent years with relief from the drought.  Based on trapping efforts over the last 2 years in the Nebraska Sandhills, many more ABBs occur in that population than previously recognized.  In 2010, more than 1,000 ABBs were trapped on and near Project lands in Nebraska with relatively limited trapping.  Population levels in Oklahoma and Arkansas fluctuate every other year or so, but downward or upward trends in the long term are difficult to ascertain.  Fort Chaffee in western Arkansas and Camp Gruber in eastern Oklahoma along with populations in Nebraska, all have robust populations that are believed to be resilient to the effects of stochastic weather

13

# American Burying Beetle (ABB)
# *Nicrophorus americanus*

events (USFWS 2008a).  Little information is available on trends in the small populations of ABB in Kansas and there is some evidence that the small population of ABBs known to occur in northern Lamar County, Texas, may be declining (USFWS 2008a) because surveys performed on Camp Maxey in Lamar County, Texas have not captured ABB since 2008.

*Reasons for decline:* The ABB's uneven distribution and density, and their vulnerability to extinction are likely due to the species having specialized resource requirements with carrion being a finite resource widely scattered in space and time (Karr 1982, Pimm et al. 1988, Peck and Kaulbars 1987).  Data available for the ABB on Block Island, Rhode Island supports the contention that the primary mechanism for the species rangewide declines "lies in its dependence on carrion of a larger size class relative to that used by all other North American burying beetles, and that the optimum-sized carrion resource base has been reduced throughout the species range" (USFWS 1991Since the middle of the 19th century, certain animal species in the favored weight range for ABBs have either been eliminated from North America or significantly reduced over their historic range (USFWS 1991), including the passenger pigeon (*Ectopistes migratorius),* greater prairie-chicken (*Tympanchus cupido)* and wild turkey *(Meleagris gallopavo).*

The passenger pigeon was estimated at one time to have been the most common bird in the world, numbering 3 to 5 billion (Ellsworth and McComb 2003).  There were once as many passenger pigeons within the approximate historic range of the ABB as there are numbers of birds of all species overwintering in the United States today.  Wild turkeys, for example, occurred throughout the range of the ABB, and until recently, were extirpated from much of their former range.  Black-tailed prairie dogs (*Cynomys ludovicianus)* which occur in the northern portion of the ABB's range have drastically declined (Miller et al. 1990) and previously dense populations of these black-tailed prairie dogs may also have supported ABBs (USFWS 2008a).  During the westward expansion of settlement in North America, the removal of top-level carnivores such as the grey wolf (*Canis lupis)* and eastern cougar (*Puma concolor)* occurred simultaneously with land use changes that fragmented native forests and grasslands and created more edge habitats (such as the edge between forest and grassland, or grassland and cropland). These two processes, (extirpation and fragmentation) resulted in meso-carnivores (mid-sized) becoming more abundant.  Meso- carnivores prey on small mammals and birds and directly compete with carrion beetles for carrion.

Fragmentation of large contiguous habitats into smaller pieces or patches of habitat may increase species richness, but the species composition usually changes.  Fragmentation of forests and grasslands cause a decrease of indigenous species and an increase in meso-carnivores that thrive in areas disturbed by humans such as: American crow (*Corvus brachyrhynchos)*, raccoon (*Procyon lotor)*, red fox (*Vulpus fulva)*, opossum (*Didelphis virginiana)*, striped skunk (*Mephitis mephitis)*, coyotes (*Canis latrans),* feral cats (*Felis*

14

# American Burying Beetle (ABB)
## *Nicrophorus americanus*

*domesticus*), and other opportunistic predators (Wilcove et al. 1986).  Historically large expanses of natural habitat that once supported high densities of indigenous species are now artificially fragmented, supporting fewer or lower densities of indigenous species that once supported ABB populations, and also facilitates increased competition for limited carrion resources among the "new" predator/scavenger community.  A number of these species, especially the raccoon and striped skunk, have undergone dramatic population increases over the last century (Garrott et al. 1993), and the coyote and opossum have expanded their range. These scavengers may extend hundreds of feet from edges into forest in eastern North America.  Matthews (1995) experimentally placed 64 carcasses in various habitats in Oklahoma where ABBs and the roundneck sexton beetle (*N. orbicollis*, another type of burying beetle) had been previously documented, then tracked the organisms that scavenged them.  Of the carcasses, 83 percent were claimed by ants, flies, and vertebrate scavengers; about 11 percent were claimed by the roundneck sexton beetle, and only one was claimed by ABBs.

ABBs are the largest species of burying beetle in the New World (Western Hemisphere) and require carcasses of 3.5 to 7.0 ounces (100 to 200 g, Kozol et al. 1988) to maximize its fecundity, whereas all other burying beetles can breed abundantly on much smaller carcasses, with the smaller species using carcasses of 0.11 to 0.18 ounces (3.12 to 5.10 g, Trumbo 1992).  However, Lou Perrotti, the Species Survival Plan Coordinator at the Roger Williams Park Zoo, Rhode Island, has been raising ABBs for over 20 years, and has stated that for ABB the optimal size of vertebrate carcass weighs "about 180 grams;" further stating: "anything less than this and the beetles just don't use it." (Personal communication, June 2014.)

*Population Estimate*: While ABB are relatively easy to capture, population estimates of ABB are problematic.  The standard mark and re-capture technique used to estimate population size assumes that marked and unmarked individuals are equally likely to be captured, and that a substantial number of the animals would be recaptured from one trapping period to the next. However, due to ability of the ABBs to range widely and their reproductive strategy that includes retreating underground for several weeks, these assumptions may not apply.  This may be less of a problem for the insular population on Block Island, Rhode Island where, because of the relatively small size of the island (2,614 ha), a significant proportion of the population can be monitored.  Elsewhere, however, precise estimates of absolute or even relative densities remain a challenge (USFWS 2008a).

Because the ABB completes its lifecycle in one year, each year's population levels are largely dependent on the reproductive success of the previous year.  This fluctuation is thought to be a function of the boom and bust nature of the carrion resources on which they depend. Therefore, populations may be cyclic (due to weather, disease, etc.), with high numbers and abundance in one year, followed by a decline in numbers the succeeding year.  These short-term stochastic events should not have long-term effects in robust populations (USFWS 2008a).

15

FWS000694

# American Burying Beetle (ABB)
# *Nicrophorus americanus*

Schnell et al. (1997-2003, 1997-2005) reported that areas of high concentration appeared to shift annually throughout Fort Chaffee, Arkansas and Camp Gruber, Oklahoma, even though land use within each area stayed relatively stable (USFWS 2008b).  Losses associated with one-time or short-duration pulse are less likely to affect population survival than longer-duration adverse effects.

False negative results are possible outcomes of ABB surveys.  Standard transects on Camp Gruber that resulted in ABB captures in one year failed to capture ABBs in another year.  Additionally, surveys conducted in a given area have resulted in ABB captures during one survey effort, but surveys conducted in the same area within the same active season have resulted in negative ABB captures.  This indicates a relatively rapid turnover rate in the trappable ABB population due to factors such as natural mortality, dispersal, and burrowing underground and attending carrion/broods (Creighton and Schnell 1998).

**Conservation**

It is unclear if an extirpated ABB population can successfully be re-established.  Individuals released at a site may disperse from the area, making it difficult to establish a self-sustaining population.  A long-term reintroduction effort on Nantucket Island, Massachusetts, is still being evaluated and has not yet reached either the population size or persistence target.  However, in 2011, more ABBs were caught than in any previous year and in fewer trap-nights than any year since 2006 (LoPresti et al. 2011).  In Ohio, a multi-year reintroduction effort has been implemented.  However, to date no ABBs have been captured in post-release years.  A reintroduction effort started in Missouri in the summer of 2012 has shown successful reproduction of ABBs *in situ*, though it is unknown if the population will remain viable.

Protection of large areas of appropriate native habitat appears to be the best known method for enhancing the conservation of the ABB.  Relatively large areas of native habitat tend to support the highest known ABB populations.  Large blocks of military lands such as Ft. Chaffee in Arkansas, Camp Gruber and the McAlester Army Ammunition Plant in Oklahoma and other large areas of intact native habitat such as the Tall Grass Prairie Preserve support relatively large and secure ABB populations.  Creating or protecting more secure and actively managed lands in areas known to support ABBs should make populations more viable and contribute towards recovery.  Additional lands were added and managed at the TNC Tall Grass Prairie Preserve through ABB mitigation funds and multiple ABB mitigation banks have been established in Oklahoma that should contribute to the recovery of the species.

FWS000695

# American Burying Beetle (ABB)
# *Nicrophorus americanus*

**Threats**

The American Burying Beetle Recovery Plan (USFWS 1991) and the 5-year Status Review of the species (2008a) identify the following factors as potential threats to ABB: direct habitat loss and alteration, interspecific competition, increase in competition for prey, increase in edge habitat, decrease in abundance of prey, loss of genetic diversity in isolated populations, disease/pathogens, DDT, agricultural and grazing practices, and invasive species.  While none of these theories alone adequately explain why the ABB declined while congeneric species are still relatively common rangewide [there are eight sympatric congeners which are not in peril (Sikes and Raithel 2002)], and much of the evidence suggesting the reduction of carrion resources as a primary mechanism of decline is circumstantial, this hypothesis fits the temporal and geographical pattern of the disappearance of ABBs, and is sufficient to explain why ABBs declined while related species did not.

*Direct Habitat Loss and Alteration*

In a fragmented ecosystem, larger species have been shown to be negatively affected before smaller species, a phenomenon that has been well-documented with carrion and dung beetles in South America (Klein 1989).  Due to the ABBs relatively large size and specialized breeding behavior (Creighton et al. 2007,) the prevailing theory regarding the ABBs' decline is habitat fragmentation (USFWS 1991) which reduced the carrion prey base of the appropriate size for ABB reproduction, and increased the vertebrate scavenger competition for this prey (Kozol 1995, Ratcliffe 1996, Amaral et al. 1997, Bedick et al. 1999).  There is little doubt that habitat loss and alteration affect this species at local or even regional levels, and could account for the extirpation of populations once they become isolated from others (Kozol 1995, Ratcliffe 1996, Amaral et al. 1997, Bedick et al. 1999).

Projects that cause ABB habitat fragmentation are common.  For example, between October 1, 2012, and September 30, 2013, the Service's Oklahoma Ecological Services Field Office reviewed 777 proposed projects in Oklahoma that may have impacted the ABB.  Projects evaluated included pipelines, roads, quarries, communication towers, residential housing development, bridges, mining, petroleum production, commercial development, recreational development, transmission lines, and water and wastewater treatment facilities.  Impacts from these activities varied in size and duration, with projects such as quarries being hundreds of acres and having permanent impacts, to water treatment facilities of a few acres with both permanent and temporary impacts.

Land conversion to agriculture and development, logging, fire suppression, and intensive domestic livestock grazing are the primary causes of habitat loss and fragmentation within eastern Oklahoma today.  For example, large areas of native grasslands have been converted to

17

# American Burying Beetle (ABB)
## *Nicrophorus americanus*

introduced grasses such as fescue and bermuda varieties to improve pastures for intensive cattle grazing operations.  Since European settlement, fires have been largely suppressed within eastern Oklahoma, leading to changes in community types and species composition.  Riparian areas and bottomland habitats have been severely degraded not only as a result of conversion to agriculture and logging, but also because of inundation by numerous reservoirs (Ruth 2006).  The anthropogenic breakdown of barriers to dispersal also has permitted the invasion of non-indigenous species (Northern Prairie Wildlife Research Center 2006) such as johnsongrass (*Sorghum halepense)*, Russian olive (*Elaeagnus augustifolia)*, saltcedar (*Tamarix ramosissima)*, and *Sericea lespedeza*.

### *Interspecific competition*

For most guilds (a group of organisms that exhibit similar habitat requirements and that respond in a similar way to changes in their environment), larger species tend to feed on larger prey, occupy a greater diversity of habitats, dominate in interference competition, and maintain larger home ranges, but may suffer from exploitative competition from smaller species (Ashmole 1968, Gittleman 1985, Hespenheide 1971, Rosenzweig 1968, Schoener and Gorman 1968, Werner 1974, Wilson 1975, and Zaret 1980).  Larger prey is less abundant than smaller prey (Peters 1983, Brown and Maurer 1987, Damuth 1991, and Lawton 1990) and larger guild members require larger home ranges.  In contrast to other guild members, the ABB must range over a larger area and a greater diversity of habitats to find suitable carcasses.  In addition, larger carcasses are harder to bury than smaller ones (Creighton et al. 2007).  While large size alone does not necessarily confer endangerment, rarity and extinctions tend to be higher for the larger species within trophic levels or guilds (Diamond 1984; Martin and Klein 1984; Vrba 1984; Owen-Smith 1988; and Stevens 1992).  Although less than 2 grams in weight, the ABB is nevertheless the largest member of a guild that specializes on vertebrate carcasses, a rare and unpredictable resource.

Size appears to be the most important determinant of success in competition for securing carrion; the largest individuals displace smaller burying beetles (Kozol et al. 1988).  ABBs have been recorded as commandeering a carcass that has been buried by another burying beetle species.  However, factors other than size (e.g., temperature or activity patterns) might also affect the outcome of competition (Wilson and Fudge 1984).  Trumbo (1992) showed that the potential for competition for carrion from other burying beetles species (i.e., congeners) increased with carcass size, and Scott et al. (1987) found the same results with carrion-feeding flies.  Habitat fragmentation caused increased vertebrate scavenger pressure, which decreased availability of carrion of the appropriate size, and increased competition between burying beetles (Creighton et al. 2007).  As ABB populations decline, the competition between ABBs and sympatric congeners for sub-optimally sized carcasses would be expected to increase.

18

FWS000697

# American Burying Beetle (ABB)
## *Nicrophorus americanus*

The ABBs most similar congener is *N. orbicollis*. The figure at **right** shows a photograph taken for comparison between *N. orbicollis,* and *N. americanus*. Based on historical geographic range, presumably the ecological tolerances (e.g., diel periodicity, breeding season), and phylogenetic information indicates these species may be each other's closest surviving relatives (Szalanski et al. 2000). Being so similar, they likely are each other's greatest congeneric competitors (Sikes and Raithel 2002), and interspecific competition may affect populations at the local level. Typically, surveys for ABBs result in 10 or more times more *N. orbicollis* than ABBs (Lomolino and Creighton 1996, Amaral et al. 1997, Carlton and Rothwein 1998). Kozol (1989)



*Nicrophorus americanus*

*Nicrophorus orbicollis*

© Peter Blanchard, Manifest Photography LLC

demonstrated that *N. orbicollis* was about eight times more abundant than ABBs on Block Island, Rhode Island while Walker (1957) collected 19 times more *N. orbicollis* (175) than ABBs (9) in the single trapping array where the latter species was encountered in Tennessee. While the ABB is more successful than *N. orbicollis* in utilizing carcasses greater than 100 g, these data suggest that *N. orbicollis* may be a formidable competitor for the ABB (Sikes and Raithel 2002) and may have actually increased (have been released from competition) in those areas where ABBs disappeared (USFWS 1991). In addition, *N. marginatus* may also be a formidable competitor to ABBs. *N. marginatus* is on average slightly larger and utilizes larger carcasses than *N. orbicollis* and in Nebraska and South Dakota is typically more abundant (Backlund and Marrone 1997, Bedick et al. 1999). Another threat to ABB reproductive success is brood parasitism after the oviposition by other burying beetle species near an ABB buried carcass (Müller et al. 1998, Trumbo 1994). Trumbo (1992) found that mixed species burying beetle broods were more common on larger carcasses.

The imported fire ant (*Solenopsis invicta)* has become a formidable competitor for carrion and a potential source of mortality for burying beetles when they co-occur at a food source (Warriner 2004, Godwin and Minich 2005). Scott et al. (1987) concluded that the inability of *N. carolinus* to successfully bury carrion provided experimentally in Florida was due to interference by imported fire ants. Only 5 of 48 carcasses were successfully exploited by *N. carolinus*, despite pitfall trapping that demonstrated that *N. carolinus* was locally abundant. Collins and Scheffrahn (2005) noted that fire ants may reduce ground-nesting populations of rodents and birds, and in some instances, may completely eliminate ground-nesting species from a given area. Fire ant infestations are not evenly distributed; rather, they tend to be more numerous in open, disturbed habitats (Carlton in lit. 1996). Of the states containing populations of ABB, fire ants now infest all or parts of Arkansas**,** Oklahoma, and Texas (USDA 2003).

19

# American Burying Beetle (ABB)
# *Nicrophorus americanus*

<u>*Loss of Genetic Diversity in Isolated Populations*</u>

Kozol et al. (1993) examined ABB genetic variation within and between the Block Island, Rhode Island population and the eastern Oklahoma and western Arkansas population. Both populations have low levels of genetic variation, and most of the variation occurs within a single population. There were no unique diagnostic bands within either population, but they found the Oklahoma- Arkansas population to be somewhat more diverse. Reduced genetic variation is often a result of founder effect, genetic drift, and inbreeding. Kozol et al. (1993) suggest that multiple bottleneck events, small population size, and high levels of inbreeding may be factors contributing to the pattern of genetic variation in ABBs.

Szalanski et al. (2000) expanded on Kozol et al.'s 1993 study and examined ABBs from five populations: Block Island in Rhode Island, Arkansas, South Dakota, Oklahoma, and Nebraska. The authors found little evidence that the five populations have maintained unique genetic variation and no evidence to suggest that these five populations should be treated as separate, genetically independent conservation segments.

<u>*Changing Climate at the Periphery of the Range*</u>

While data is lacking for direct evidence that implicates a changing climate may jeopardize the continued existence of some populations/metapopulations of ABB, there is much anecdotal information that seems to indicate this may be the case in the southern and western terminus of its range. Research is ongoing into this area and will be addressed when more data becomes available.

20

# American Burying Beetle (ABB)
## *Nicrophorus americanus*

**References**

Amaral, M., A.J. Kozol, and T. French. 1997. Conservation strategy and reintroduction of the endangered American burying beetle. Northeastern Naturalist 4(3): 121-132.

Amaral, M., R. Morgan, C. Davidson, H. Dikeman, K. Holzer, and O. Byers. 2005. American burying beetle (*Nicrophorus americanus*) population and habitat viability assessment: Final Report. IUCN/SSC Conservation Breeding Specialist Group, Apple Valley, MN. 80 pp.

Anderson, R.S. 1982. On the decreasing abundance of *Nicrophorus americanus* Olivier (Coleoptera: Silphidae) in eastern North America. The Coleopterists Bulletin 36: 362-365.

Ashmole, N.P. 1968. Body size, prey size, and ecological segregation in five sympatric tropical terns (Aves: Laridae). Syst. Zool. 17 (1968), pp. 292–304.

Backlund, D. and G. Marrone. 1995. Surveys for the endangered American burying beetle (*Nicrophorus americanus*) in Gregory, Tripp and Todd Counties, South Dakota. Final rep. to the Service, Pierre, SD. 12 pp. Unpub. MS.

Backlund, D. C., and G.M. Marrone. 1997. New records of the endangered American burying beetle, *Nicrophorus americanus* Olivier, (Coleoptera: Silphidae) in South Dakota. Coleopterists Bulletin 51(1): 53-58.

Bartlett, J. 1987. Evidence for a sex attractant in burying beetles. Ecological Entomology 12:471-472.

Bartlett, J. 1988. Male mating success and paternal care in *Nicrophorus vespilloides*. Behavoral Ecology and Sociobiology 23: 297-303.

Bedick, J.C., B.C. Ratcliffe, and L.G. Higley. 2004. A new sampling protocol for the Endangered American burying beetle, *Nicrophorus americanus* Olivier (Coleoptera: Silphidae). The Coleopterist Bull. 58(1): 57-70.

Bedick, J.C., B. C. Ratcliffe, W. W. Hoback, and L. G. Higley. 1999. Distribution, ecology and population dynamics of the American burying beetle *Nicrophorus americanus* Olivier (Coleoptera, Silphidae)] in South-central Nebraska, USA. Journal of Insect Conservation 3(3): 171-181.

21

# American Burying Beetle (ABB)
## *Nicrophorus americanus*

Billman, E.J., J.C. Creighton, and M.C. Belk.  2014.  Prior experience affects allocation to current reproduction in a burying beetle.  Behavioral Ecology first published online April 8, 2014. *doi:10.1093/beheco/aru051*

Brown, J.H., and B. Maurer. 1987. Evolution of species assemblages: Effects of energetic constraints and species dynamics on diversification of the North American avifauna. American Naturalist 130: 1-17.

Carlton, C.E. <ccarlton@fs.fed.us>, Fire ants in Arkansas, April 3, 1996, E-mail correspondence to Michael Amaral, USFWS, Concord, NH, regarding county by county American burying beetle surveys and fire ants in Arkansas, 2 pp. Personal communication, December 8, 2008.

Carlton, C.E. and F. Rothwein. 1998. The endangered American burying beetle, *Nicrophorus americanus* Olivier, at the edge of its range in Arkansas (Coleoptera: Silphidae). Coleopterists Bulletin 52: 179-185.

Collins, L. and R.H. Scheffrahn. 2005. Featured creatures: Red-imported fire ant. University of Florida, Dept. of Entomology and Nematology. Publ. no. EENY-195.

Creighton, J.C. and G. Schnell. 1998. Short-term movement patterns of the endangered American burying beetle *Nicrophorus americanus*. Biological Conservation 86: 281-287.

Creighton, J.C., C.C. Vaughn, and B.R. Chapman. 1993. Habitat preference of the endangered American burying beetle (*Nicrophorus americanus*) in Oklahoma. The Southwestern Naturalist 38: 275-277.

Creighton, J.C., R. Bastarache, M.V. Lomolino, M.C. Belk. 2007. Effect of forest removal on the abundance of the endangered American burying beetle, Nicrophorus americanus. J Insect Conserv, Published online: 16 October 2007.

Damuth, J. 1991. Of size and abundance. Nature, Lond. 351**:** 268–269.

Diamond, J. 1984. Historic extinctions: a Rosetta stone for understanding prehistoric extinctions. Pages 824-862 in P. S. Martin and R. G. Klein, editors. Quaternary extinctions: a prehistoric revolution. University of Arizona Press, Tucson, Arizona, USA.

Ellsworth, J.W. and B.C. McComb. 2003. Potential effects of passenger pigeon flocks on the structure and composition of presettlement forests of eastern North America. Jour. Of Cons. Biol. 17(6): 1548-1557.

FWS000701

# American Burying Beetle (ABB)
## *Nicrophorus americanus*

Fetherston, I.A., M.P. Scott, and J.F.A. Traniello. 1990. Parental care in burying beetles: The organization of male and female brood-care behavior. Ethology 85:177-190.

Garrott, R. A., White P.J., and Vanderbilt White C.A. 1993. Over-abundance: An Issue for Conservation Biologist? Conservation Biologist 7: 946-949.

Gittleman, J.L. 1985. Carnivore body size: ecological and taxonomic correlates. Oecologia, Berl. 67 (1985), pp. 540–554.

Godwin, W.B. and V. Minich. 2005. Status of the American burying beetle, *Nicrophorus americanus* Olivier, (Coleoptera: Silphidae) at Camp Maxey, Lamar County, Texas. Interagency final rep. to Texas Army Natl. Guard. 19 pp. Unpub. MS.

Godwin, W. B. 2003. Report of the discovery of the American burying beetle (*Nicrophorus americanus* Oliver) at the Texas Army National Guard facility Camp Maxey, Lamar County, Texas. Unpub. MS.

Hespenheide, H.A. 1971. Hespenheide, Food preference and the extent of overlap in some insectivorous birds, with special reference to Tyrannidae. Ibis 113**:** 59–72.

Hoback, W.W. 2011.  Summary of Overwintering field activities.  Report submitted to the U.S. Fish and Wildlife Service.

Holloway, A.K. and G. D. Schnell. 1997. Relationship between numbers of the endangered American Burying beetle, *Nicrophorus americanus* Olivier (Coleoptera: Silphidae) and available food resources. Biological Conservation 81:145-152.

Jurzenski, J., D.G. Snethen, M. L. Brust, and W.W. Hoback.  2011.  New Records of Carrion Beetles in Nebraska Reveal Increased Presence of the American Burying Beetle, *Nicrophorus americanus* Olivier (Coleoptera: Silphidae). Great Plains Research 21:131-43.

Jurzenski, J.  2012.  Factors affecting the distribution and survival of endangered American burying beetles, *Nicrophorus americanus* Olivier.  Dissertations and Student Research in Entomology. Paper 20.  http://digitalcommons.unl.edu/entomologydiss/20

Karr, J.R. 1982. Population variability and extinction in the avifauna of a tropical land bridge island. Ecology 63: 1975-1978.

23

# American Burying Beetle (ABB)
## *Nicrophorus americanus*

Klein, B.C. 1989. Effects of forest fragmentation on dung and carrion beetle communities in Central Amazonia. Ecology 70: 1715-1725.

Kozol, A.J. 1989. Studies on the ABB, on Block Island. Repot for The Nature Conservancy, 294 Washington Street, Boston, Massachusetts. Unpublished. MS.

Kozol, A.J. 1990a. The natural history and reproductive strategies of the American burying beetle, *Nicrophorus americanus*. Report to the Service, Hadley, MA. Unpub. MS.

Kozol, A.J. 1990b. *Nicrophorus americanus* 1989 laboratory population at Boston University. Report prepared for the Service, Concord, NH. Unpub. MS.

Kozol, A.J. 1995. Ecology and population genetics of the endangered American burying beetle, *Nicrophorus americanus*. Dissertation, Boston University, Massachusetts.

Kozol, A.J., J.F.A. Traniello, and S.M. Wouldiams. 1993. Genetic variation in the endangered burying beetle *Nicrophorus americanus* (Coleoptera: Silphidae). Annals of the Entomological Society of America 6:928-935.

Kozol, A.J., M.P. Scott, and F.F.A. Traniello.  1988.  The American burying beetle, Nicrophorus americanus: Studies on the natural history of a declining species.  Psyche 95: 167–176.

Lawton, J.H. 1990. Species richness and population dynamics of animal assemblages. In: Patterns in body size: abundance and space. Phil. Trans. R. Soc. Lond. B, 330**:** 283–291.

Lomolino, M.V. and J.C. Creighton. 1996. Habitat selection, breeding success and conservation of the endangered American burying beetle, *Nicrophorus americanus*. Biological Conservation 77: 235-241.

Lomolino, M.V., J.C. Creighton, G.D. Schnell, and D.L. Certain. 1995. Ecology and conservation of the endangered American burying beetle, *Nicrophorus americanus*. Conservation Biology 9: 605- 614.

LoPresti, E., A. Mckenna-Foser, L. Perrotti, and J. Blyth. 2011.  American burying beetle (Nicrophorus americanus) survey on Nantucket Island, Massachusetts, 2011.  Report submitted to the U.S. Fish and Wildlife Service on October 31, 2011.

Martin, P.S., and R.G. Klein, editors. 1984. Quaternary extinctions: a prehistoric revolution. University of Arizona Press, Tucson.

FWS000703

# American Burying Beetle (ABB)
## *Nicrophorus americanus*

Matthews, C.Y. 1995. Interspecific competition between the burying beetles *Nicrophorus americanus* and *Nicrophorus orbicollis*. M.S. Thesis, Univ. of Oklahoma, Norman. 32 pp.

Miller, B., Biggins D. and Reading R. 1990. A proposal to conserve black-footed ferrets and the prairie dog ecosystem. Environmental Management 14: 763-769.

Müller, J.K., A.K. Eggert, and S. K. Sakaluk. 1998. Carcass maintenance and biparental brood care in burying beetles: are males redundant? Ecological Entomology 23: 195-200.

Northern Prairie Wildlife Research Center.  2006.  Regional Trends of Biological Resources Grasslands Prairie Integrity and Legacies Intercommunity Management: Prairie Integrity. *http://www.npwrc.usgs.gov/resource/habitat/grlands/integrty.htm*.

Owen-Smith, R.N. 1988. Megaherbivores: The influence of very large body size on ecology. Cambridge University Press, Cambridge, England.

Peck, S.B. and M.M. Kaulbars. 1987. A synopsis of the distribution and bionomics of the carrion beetles (Coleoptera: Silphidae). Proceedings of the Entomological Society of Ontario. 118: 47-81.

Peters, R.H. 1983. The ecological implications of body size. Cambridge University Press, Cambridge.

Pimm, S.L., H.L. Jones, and J. Diamond. 1988. On the risk of extinction. Am. Nat. 132: 757- 785.

Raithel, C.J. 1996-2002. Monitoring and management of American burying beetles in Rhode Island. Section 6 Performance Reports, no. E-17-27 submitted to Service, Hadley, MA. Unpub. MS.

Ratcliffe B. 1995. Nebraska's threatened and endangered species: American burying beetle. Nebraska Games and Parks commission. Unpub. MS.

Ratcliffe, B.C. 1996. The carrion beetles (Coleoptera: Silphidae) of Nebraska. Bulletin of the Nebraska State Museum Vol. 13.

Rosenzweig, M.L. 1968. The strategy of body size in mammalian carnivores. Amer. idl. Nat. 80: 299–315.

Ruth, J. M.  2006.  Partners in Flight – U.S. Website.  Served by the USGS Patuxent Wildlife Research Center, Laurel, Maryland, USA.  *http://www.partnersinflight.org*.

25

# American Burying Beetle (ABB)
# *Nicrophorus americanus*

Schnell, G. D., A.H. Hiott and V. Smyth. 1997-2003. American burying beetle survey, Camp Gruber, Oklahoma. Sam Noble Oklahoma Museum of Natural History, Norman, Oklahoma. Final rep. to Camp Gruber National Guard Training Center. Unpub. MS.

Schnell, G. D., A.H. Hiott and V. Smyth. 1997-2006. Evaluation of American burying beetles on the Weyerhaeuser Habitat Conservation Plan Area. Final rep. to Weyerhaeuser Company. Unpub. MS.

Schnell, G. D., A.H. Hiott and V. Smyth. 2005. American burying beetle survey at Fort Chaffee, Arkansas. Final rep. to Chaffee Maneuver Training Center. Unpub. MS.

Schnell, G.D., A. E. Hiott, J.C. Creighton, V.L. Smyth, and A. Komendat. 2007. Factors affecting overwinter survival of the American burying beetle, Nicrophorus americanus (Coleoptera: Silphidae). Journal of Insect Conservation DOI 10.1007/s10841-007-90865.

Schoener, T.W. and G.C. Gorman. 1968. Some niche differences in three Lesser Antillean lizards of the genus Anolis. Ecology 49: 819–830.

Scott, M.P. 1990. Brood guarding and the evolution of male parental care in burying beetles. Behavioral Ecology and Sociobiology 26: 31-39.

Scott, M.P. and J.F.A. Traniello. 1987. Behavioral cues trigger ovarian development in the burying beetle *Nicrophorus tomentosus*. J. Insect Physiol. 33: 693-696.

Scott, M.P. and J.F.A. Traniello. 1989. Guardians of the underworld. Natural History 6: 32-36.

Scott, M.P., J.F.A. Traniello, and I.A. Fetherston. 1987. Competition for prey between ants and burying beetles: differences between northern and southern temperate sites. Psyche 94: 325-333.

Sikes, D.S. and C. J. Raithel. 2002. A review of hypotheses of decline of the endangered American burying beetle (Silphidae: *Nicrophorus americanus* Olivier). Journal of Insect Conservation 6: 103-113.

Smith A. 2007. Camp Gruber American burying beetle reproductive study. 2007 American burying beetle workshop. US Fish and Wildlife Service, Tahlequah

26

# American Burying Beetle (ABB)
## *Nicrophorus americanus*

Stevens, G. 1992. Spilling over the competitive limits to species co-existence. Pages 40-56 in N. Eldredge, editor. Systematics, ecology and the biodiversity crisis. Columbia University Press, New York.

Szalanski, A.L., D.S. Sikes, R. Bischof and M. Fritz. 2000. Population genetics and phylogenetics of the endangered American burying beetle, *Nicrophorus americanus* (Coleoptera: Silphidae). Annals of the Entomological Society of America 93: 589-594.

Trumbo, S.T. 1990. Reproductive success, phenology, and biogeography of burying beetles (Silphidae, *Nicrophorus*). American Midland Naturalist 124(1): 1-11.

Trumbo, S.T., 1991. Reproductive benefits and the duration of paternal care in a biparental burying beetle, *Nicrophorus orbicollis*. Behaviour 117: 82-105.

Trumbo, S.T. 1992. Monogamy to communal breeding: exploitation of a broad resource base by burying beetles (*Nicrophorus*). Ecological Entomology 17: 289-298.

Trumbo, S.T. 1994. Interspecific competition, brood parasitism, and the evolution of biparental cooperation in burying beetles. OIKOS 69: 241-249

U.S. Fish and Wildlife Service (USFWS). 1991. American burying beetle (*Nicrophorus americanus*) recovery plan. Newton Corner, Massachusetts. 80 pp.

U.S. Fish and Wildlife Service (USFWS). 2008a. Five-year review of the status of the American Burying Beetle. June 16, 2008. Southwest Regional Office, Albuquerque, New Mexico.

U.S. Department of Agriculture (USDA) -APHIS. 2003. Imported Fire Ants: An agricultural pest and human health hazard. March 2003 Fact Sheet.

Vrba, E.S. 1984. Evolutionary patterns and process in the sister-group Alcephalinii- Aepycerotini (Mammalia: Bovidae). Pages 62-79 in N. Eldredge and S.M. Stanley, editors. Living fossils. Springer-Verlag, Berlin.

Walker, T.L. and W. Hoback. 2007. Effects of invasive eastern red cedar on capture rates of *Nicrophorus americanus* and other Silphidae. Env. Entolol. 36(2): 297-307.

Walker, T. J. 1957. Ecological studies of the arthropods associated with certain decaying materials in four habitats. Ecology 38(2) 262-276.

FWS000706

# American Burying Beetle (ABB)
## *Nicrophorus americanus*

Warriner, M.D. 2004. Survey for the American burying beetle (*Nicrophorus americanus*) On Arkansas Game and Fish Wildlife Management Areas (Coleoptera: Silphidae). Arkansas Nat. Heritage Comm. Unpublished rep. Little Rock, AR. 14 pp.

Werner, E.E. 1974. The fish size, prey size, handling time relation of several sunfishes and some implications. J Fish. Res. Bd. Can. 31: 1531–1536.

Wilcove, D.S., C.H. McLellan, and A.P. Dobson. 1986. Habitat fragmentation in the temperate zone. In M.E. Soule (ed.), Conservation Biology: The Science of Scarcity and Diversity, pp. 237-256. Sinauer Associates, Sunderlan, MA.

Wilson, D.S. and J. Fudge. 1984. Burying beetles intraspecific interactions and reproductive success in the field. Ecological Entomology 9: 195-203.

Wilson, E.O. 1971. The Insect Societies. Harvard University Press, Cambridge, MA.

Wilson, E.O. 1975. Sociobiology, the new synthesis. Belknap Press, Harvard University Press, Cambridge, Mass. 697 pp.

Zaret, T.M. 1980. Predation and freshwater communities. Yale University Press, New Haven, CT.

28

# FINAL


# OIL AND GAS INDUSTRY
# CONSERVATION PLAN
## Associated with Issuance of
## Endangered Species Act Section 10(a)(1)(B) Permits
## for the American Burying Beetle
## in Oklahoma


**Prepared by**

**U.S. Fish and Wildlife Service**
**Oklahoma Ecological Services Field Office**
**9014 E. 21st St.**
**Tulsa, Oklahoma 74129**


**May 21, 2014**

FWS000708

COVER SHEET

**TITLE**:  OIL AND GAS INDUSTRY CONSERVATION PLAN Associated with Issuance of Endangered Species Act Section 10(a)(1)(B) Permits for the American Burying Beetle in Oklahoma (ICP)

**PERMIT(S):**  See individual Applicants / Projects

**SPECIES:**  American Burying Beetle (*Nicrophorus americanus*, ABB).

**PLANNING AREA:**  The Planning Area encompasses the known and potential range of the ABB and its habitat in 45 counties in the state of Oklahoma, including:  Adair, Atoka, Bryan, Carter, Cherokee, Choctaw, Cleveland, Coal, Craig, Creek, Delaware, Garvin, Haskell, Hughes, Johnson, Kay, Latimer, Le Flore, Lincoln, Love, Marshall, Mayes, McClain, McCurtain, McIntosh, Murray, Muskogee, Noble, Nowata, Okfuskee, Okmulgee, Osage, Ottawa, Pawnee, Payne, Pittsburg, Pontotoc, Pottawatomie, Pushmataha, Rogers, Seminole, Sequoyah, Tulsa, Wagoner, and Washington counties.

**COOPERATORS:**   U.S. Fish and Wildlife Service; Individual Oil and Gas project proponents engaged in exploration, development, extraction, or transport of crude oil, natural gas, and/or petroleum products; Oklahoma Independent Petroleum Association (OIPA) members.

**TAKE:**  The Service is using number of acres of occupied ABB habitat disturbed as a surrogate of number of individuals to estimate the amount of take that is likely to occur (Section 3.3.1). Disturbance of up to 32,234 acres of occupied ABB habitat may occur within the Planning Area. These impacts may occur in the form of permanent habitat impacts, temporary habitat impacts, and permanent change in cover type (fragmentation) resulting from construction of oil and gas facilities.  Additionally, habitat may be affected during operations, maintenance, and emergency response (excluding crude oil spills) during the life of the ICP.  We expect some level of effects on any ABBs located within the disturbed areas.

**FUNDING PLAN:**  Applicants are committed to full implementation of the ICP and will mitigate for all unavoidable impacts according to the Mitigation Strategy for the ABB and the anticipated impacts described in their Individual Project Package (IPP) application (Section 7.2.1).  Funding assurances will be provided with their Individual Project Package application (Section 6.0).

**MONITORING PLAN:**  Annual report due on January 31 each year that the Permit is in effect.

**DURATION OF AGREEMENT:**   24 months for construction and up to 20 years for operations and maintenance.

FWS000709

# Table of Contents

1.0    INTRODUCTION ....................................................................................... 4
    1.1    Purpose and Need ......................................................................... 4
    1.2    Planning Area ................................................................................ 6
    1.3    Permittees ..................................................................................... 8
    1.4    ICP and Permit Duration ............................................................... 8
    1.5    Regulatory Context ....................................................................... 8
    1.6    Covered Species ........................................................................... 9
    1.7    Alternatives to the Taking ............................................................. 9
2.0    COVERED ACTIVITIES ............................................................................. 9
    2.1    Upstream Production ................................................................... 10
        2.1.1    Geophysical Exploration .................................................... 10
        2.1.2    Well Field Development ..................................................... 11
    2.2    Midstream Development .............................................................. 15
        2.2.1    Pipeline Construction ........................................................ 15
        2.2.2    Construction of Associated Surface Facilities ................... 17
        2.2.3    Operation and Maintenance of Pipelines and Associated Surface
                Facilities ............................................................................. 19
        2.2.4    Decommissioning and Reclamation .................................. 20
    2.3    Spills or Releases of Crude Oil, Natural Gas, or Petroleum Products are NOT
           Covered Under the ICP ................................................................ 21
3.0    COVERED SPECIES ................................................................................. 21
    3.1    Species Information ..................................................................... 22
        3.1.1    Species Description ............................................................ 22
        3.1.2    Life History ........................................................................ 22
            3.1.2.1    Areas Unfavorable for the ABB ..................................... 24
        3.1.3    Status ................................................................................ 25
        3.1.4    Distribution ........................................................................ 25
        3.1.5    Reasons for decline ........................................................... 26
        3.1.6    Threats ............................................................................... 27
        3.1.7    American Burying Beetle Conservation Priority Areas....... 28
    3.2    Anticipated Effects on the American Burying Beetle...................... 29
        3.2.1    Vegetation Removal............................................................ 30
        3.2.2    Use of Vehicles and Heavy Equipment .............................. 30
        3.2.3    Disturbance and Movement of Soil ..................................... 31
        3.2.4    Human Presence and Movement ........................................ 31
        3.2.5    Light .................................................................................. 31
        3.2.6    Vegetation Maintenance .................................................... 31

i

3.3    Impacts Analysis and Estimated Incidental Take ............................................ 32
    3.3.1    Use of Impacts to Habitat as a Proxy for Take ................................... 33
    3.3.2    ABB Habitat within the ICP Planning Area ........................................ 33
    3.3.3    Temporary, Permanent Cover Change, and Permanent Impacts ........ 36
    3.3.4    Total Impact Estimates within Planning Area .................................... 38

4.0    CONSERVATION PROGRAM ........................................................................... 39
    4.1    Biological Goals and Objectives .............................................................. 39
    4.2    Minimization and Mitigation Measures .................................................... 40
        4.2.1    Minimization Measures ...................................................... 41
        4.2.2    Mitigation Measures ........................................................... 44
            4.2.2.1    Post-construction Restoration for Temporary and
Permanent Cover Change Impacts .............................................................................. 44
            4.2.2.2    Offsite Habitat Mitigation through Mitigation Lands for
Temporary, Permanent Cover Change, and Permanent Impacts.................................... 46
            4.2.2.3    Mitigation Ratios ......................................................... 47
            4.2.2.4    Location of Offsite Mitigation ......................................... 49
    4.3    Monitoring .............................................................................................. 50
        4.3.1    Compliance Monitoring ...................................................... 50
        4.3.2    Biological/Effectiveness Monitoring .................................... 51
    4.4    Adaptive Management .............................................................................. 51
        4.4.1    Adaptive Management Actions............................................. 52

5.0    CHANGED and UNFORESEEN CIRCUMSTANCES ....................................... 52
    5.1    Changed Circumstances Provided for in the ICP ...................................... 53
        5.1.1    Assumptions Used to Develop the ICP are Incorrect ......................... 53
        5.1.2    Fire, Flood, Drought, and Tornadoes .................................... 54
        5.1.3    Delisting During Permit Term ............................................. 55
        5.1.4    Potential Effects to Newly Listed Species or Critical Habitat........... 55
        5.1.5    Emergency Repairs Requiring Habitat Clearing................................ 56
        5.1.6    Covered Species Adversely Affected by Invasive Species................. 56
        5.1.7    ABB Range Expansion within the Planning Area ............................. 57
        5.1.8    Permittee Unable to Implement Minimization or Post-Construction
            Restoration Measures .......................................................... 57
        5.1.9    New Scientific or Commercial Data Related to Reference Documents
            .......................................................................................... 58
    5.2    Changed Circumstances Not Provided for in the ICP ................................ 58
    5.3    Unforeseen Circumstances........................................................................ 59

6.0    FUNDING ......................................................................................................... 60

7.0    PERMIT PROCESSING AND IMPLEMENTATION .......................................... 65
    7.1    Permit Application Process ....................................................................... 65
    7.2    Permit Implementation............................................................................. 67

ii

|  | 7.2.1 | Individual Project Package Process ..................................................... 67 |
|  | 7.2.2 | Impact, Mitigation, and Post-Construction Restoration Tracking ...... 71 |
| 7.3 | Reporting | ................................................................................................. 72 |
| 7.4 | Permit Amendments | ................................................................................. 75 |
| 7.5 | Such Other Measures that the Service May Require | .............................. 76 |
| 8.0 | PREPARERS AND CONTRIBUTORS | ............................................................ 77 |
| 9.0 | LITERATURE CITED | ..................................................................................... 78 |
| 10.0 | SIGNATURES | ................................................................................................ 85 |

**List of Reference Documents** (available on the Oklahoma Ecological Services Field Office website at ***http://www.fws.gov/southwest/es/oklahoma/ABBICP***):

- *Oklahoma Ecological Services Field Office Migratory Birds and Eagle Avoidance Measures from Actions Associated with Oil and Gas Projects*
- *Species Take Avoidance Measures for Non-covered Species Related to Selected Oil and Gas Projects within the American Burying Beetle Range in Oklahoma*
- *American Burying Beetle Oklahoma Presence/Absence Live-trapping Survey Guidance*
- *American Burying Beetle Conservation Strategy for the Establishment, Management, and Operations of Mitigation Lands*
- *American Burying Beetle Impact Assessment for Project Reviews*
- *Eligibility Determination for the American Burying Beetle ICP*
- *ABB Individual Project Package Checklist for the American Burying Beetle ICP*
- *Species Assessment and Mitigation Calculations for the American Burying Beetle ICP*
- *Calculation Spreadsheet for the American Burying Beetle ICP*
- *Estimate of ICP Implementation Costs*
- *Example Reporting Spreadsheet for the American Burying Beetle ICP*

FWS000712

## 1.0    INTRODUCTION

### 1.1    Purpose and Need

We, the U.S. Fish and Wildlife Service (Service) developed this short-term, Oil and Gas Industry Conservation Plan (ICP) to provide a mechanism to meet statutory and regulatory requirements by proponents engaged in geophysical exploration (seismic), development, extraction, transport, and/or distribution of crude oil, natural gas, and/or other petroleum products and maintenance, operation, repair, and decommissioning of oil and gas pipelines and well field infrastructure while promoting conservation of the endangered American burying beetle (*Nicrophorus americanus*, ABB).  The Endangered Species Act (ESA) of 1973 prohibits "take" of species listed as threatened or endangered.  The term "take" means to "harass, harm, pursue, hunt, shoot, wound, kill, trap, capture, or collect, or attempt to engage in any such conduct" (16 USC § 1532(3)(19)).

This ICP is a conservation plan as required in ESA Section 10(a)(2)(A) for issuance of a 10(a)(1)(B) incidental take permit (Permit).  Participation in the ICP and an application for take authorization is voluntary.  To be issued take through this streamlined process, applicants must:

- meet issuance criteria found at (50 CFR 13 and 17); and,
- document that their projects meet various qualifying criteria (described below); and,
- agree to implement the avoidance, minimization, and mitigation actions described in this document and comply with the terms and conditions in resulting Permit(s) issued under this ICP; and,
- provide documentation that they have met the minimization and mitigation requirements for their project as calculated by the methods described in this document.

Following Permit issuance, Permittees must submit Individual Project Packages (IPPs) for Service approval prior to the initiation of impacts occurring in occupied ABB habitat.  Further discussion of requirements for Permit issuance and IPP approval is described in Section 7.0 of this ICP.

The Service recognizes that actions associated with the exploration, development, extraction, transport, and/or distribution of crude oil, natural gas, and petroleum products may result in take of the endangered ABB through crushing or collision and through impacts to habitat for the species (see Section 3.3.1 for discussion of the use of impacts to habitat as a proxy for take). This ICP describes a range of projects for which avoidance actions alone may not be sufficient to prevent take of the ABB, and describes actions that can serve to minimize and mitigate the impacts of such taking to the maximum extent practicable.

4

This ICP is focused on exploration, development, extraction, transport, and distribution of crude oil, natural gas, and petroleum products within the range of the ABB in Oklahoma.  Project proponents engaged in actions described as "Covered Activities" in this document may participate through the ICP.  Not all activities that could result in take of the ABB are covered by this ICP.  Projects that have a Federal nexus, including those authorized, funded, or carried out by a Federal agency, should address their incidental take of listed species through consultation with the Service under Section 7 of the ESA, and are therefore not addressed here.  This ICP, therefore, provides a streamlined compliance pathway for certain described non-Federal actions referred to as Covered Activities.

This document specifies the amount of incidental take anticipated to occur over the duration of the ICP; minimization, mitigation requirements, and all other measures necessary to meet Permit issuance criteria described in Section 10(a)(2)(B) of the ESA.  Project proponents that choose to participate in the ICP and meet issuance criteria would subsequently be granted a Permit through the ICP.  The Service will attempt to issue Permits in an expeditious manner.

The Service is required by statute to provide public notice before issuing a Permit under Section 10(a)(1)(B) of the ESA.  The Service will publish notices of Permit applications (potentially in batches) in the *Federal Register* in accordance with 50 CFR 17.22 and 17.32 b(1)(ii) with a request to the public to submit written data, views, or arguments with respect to the application, within 30 days.  No Permit may be issued until at least 30 days after publication of such notice.  The Service will attempt to submit notices to the *Federal Register* once every two weeks if Permit applications have been received since the last publication.  Permit application notices will not contain confidential, proprietary business information, personal information affecting an individual's privacy, or other exemptions to the Freedom of Information Act.

We developed this document in cooperation with the Oklahoma Independent Petroleum Association (OIPA), its members, and other interested oil and gas companies in an effort to best meet the current and anticipated needs of the industry and the Service's statutory and regulatory requirements.

Despite the best efforts of all stakeholders involved, some projects may result in take that was not foreseen during the development of this ICP, or that affect candidate or listed species not provided for here.  Because this ICP only addresses incidental take of the ABB, the Service recommends that project proponents refer to the *Species Take Avoidance Measures for Non-covered Species Related to Selected Oil and Gas Projects within the American Burying Beetle Range in Eastern Oklahoma* and the *Oklahoma Ecological Services Field Office Migratory Birds and Eagle Avoidance Measures from Actions Associated with Oil and Gas Projects* available on the website at ***http://www.fws.gov/southwest/es/oklahoma/ABBICP***.  If Covered Activities may result in take of non-covered, federally-listed, regulated, and protected species, projects are not

5

eligible to participate in this ICP unless they have obtained a Permit from the Service for the additional species. In these circumstances, project proponents are encouraged to work with the Service to develop an HCP that meets the needs or unique circumstances of their project and apply for an individual Permit. Conviction of an ESA violation is cause for suspension or revocation of a current Permit (50 CFR 13.27) and may disqualify a project proponent from receiving a Permit within five years of such a conviction (50 CFR 13.21(c)). A violation of other appropriate Federal, state, or local laws may also constitute an ESA violation (50 CFR 13.21(c)).

## 1.2     Planning Area

The Planning Area (Figure 1) encompasses the known and potential range of the ABB and its habitat in 45 counties in the state of Oklahoma. These include: Adair, Atoka, Bryan, Carter, Cherokee, Choctaw, Cleveland, Coal, Craig, Creek, Delaware, Garvin, Haskell, Hughes, Johnston, Kay, Latimer, Le Flore, Lincoln, Love, Marshall, Mayes, McClain, McCurtain, McIntosh, Murray, Muskogee, Noble, Nowata, Okfuskee, Okmulgee, Osage, Ottawa, Pawnee, Payne, Pittsburg, Pontotoc, Pottawatomie, Pushmataha, Rogers, Seminole, Sequoyah, Tulsa, Wagoner and Washington counties in Oklahoma.

Noble and Cleveland counties in Oklahoma are not currently considered to be within the range of the ABB. However, because of the proximity to occupied portions of the species range and existing potential habitat, we have included these counties in the Planning Area at this time to prevent delays in permitting if ABBs are found within county boundaries during the term of this ICP. The conservation program (minimization and mitigation measures) associated with this ICP only apply in occupied ABB habitat within the ABB range. To determine whether the ABB range and potential for take of ABB occurs in these counties, see Step 5 of the *Eligibility Determination for ABB ICP* and Section 5.1.7. of this ICP.

Land within the Planning Area includes undeveloped land, agricultural lands, and rural and urban development. The Planning Area includes numerous national wildlife refuges, wildlife management areas, state parks, and other lands managed for conservation. The vast size of the Planning Area includes significant diversity in habitats, resources, and degrees of development. Not all of the resources located within the Planning Area are expected to be affected by the Covered Activities.

6

# American Burying Beetle
# Oil and Gas Conservation Plan
*Planning Area*



**Figure 1. Planning Area for the American Burying Beetle ICP.**

## 1.3    Permittees

Project proponents planning to engage in Covered Activities (as identified in Section 2) within the Planning Area may be eligible for a Permit, if specific conservation measures identified in the ICP are being or will be implemented.  Those measures include minimization, and mitigation measures for the ABB (Section 4).  Following issuance of a Permit, these project proponents are referred to as Permittees.

## 1.4    ICP and Permit Duration

This ICP will not become effective until a decision is made under NEPA following publication of the *Federal Register* Notice of Availability of the draft Environmental Assessment and draft ICP, a 14-day public comment period, and the Service addresses public comments.  If the Service makes a finding of no significant impact (FONSI), the ICP will be available for potential issuance of Permits for 24 months following its effective date, as identified at ***http://www.fws.gov/southwest/es/oklahoma/ABBICP***.  Permits issued under the ICP may cover new construction for up to 24 months and operation and maintenance activities for up to 20 years after Permit issuance.  Permit duration will not exceed 20 years.  Therefore, take issued under this ICP may occur for a maximum of 22 years following ICP authorization.

## 1.5    Regulatory Context

The Service can only issue Permits to authorize incidental take resulting from activities which are otherwise lawful (ESA §10(a)(1)(B)).  Project proponents seeking a Permit under this ICP, therefore, must comply with all applicable Federal, State, and local statutes and regulations.

Permittees under this ICP will coordinate with land managers within the Planning Area.  All activities permitted through this ICP that occur on or impact any park, recreation or refuge lands; wilderness areas; wild or scenic rivers; national natural landmarks; sole or principal drinking water aquifers; prime farmlands; wetlands (Executive Order 11990); floodplains (Executive Order 11988); national monuments; and other ecologically significant or critical areas under Federal ownership or jurisdiction will meet the requirements of the managing entities.

Additionally, Permittees under this ICP will work with the Service, State Historic Preservation Offices, and Tribal Historic Preservation Officers to assist the Service in fulfilling the requirements of Section 106 of the National Historic Preservation Act, 16 U.S.C. § 470f, and its implementing regulations at 36 C.F.R. part 800.  Activities permitted through this ICP will accommodate access to and ceremonial use of Indian sacred sites by Indian religious practitioners and avoid adversely affecting the physical integrity of such sacred sites.

8

## 1.6    Covered Species

The ABB is the only species covered under this ICP and therefore only addresses incidental take of the ABB.  The ABB is described further in Section 3.0 of this ICP.

The Service evaluated the potential for other federally-listed species, candidate species, species proposed for Federal listing, eagles, and migratory birds within the ICP Planning Area (Figure 1) that could be avoided or affected by the Covered Activities (Section 2).  Service-recommended avoidance measures for other species with regulatory standing are provided in the *Species Take Avoidance Measures for Non-covered Species Related to Selected Oil and Gas Projects within the American Burying Beetle Range in Eastern Oklahoma* and the *Oklahoma Ecological Services Field Office Migratory Birds and Eagle Avoidance Measures from Actions Associated with Oil and Gas Projects* available on our website at ***http://www.fws.gov/southwest/es/Oklahoma/***.  Project proponents must avoid or receive separate take authorization of other federally-protected species that occur within their respective project area(s) in order to meet issuance criteria for participation in the ICP.  Failure to provide for ESA compliance for other regulated species may constitute a violation of Section 9, and may result in suspension or revocation of Permits issued under the ICP.

## 1.7    Alternatives to the Taking

Section 10(a)(2(A)(iii) of the Act requires that the applicant describe "what alternative actions to the taking the applicant considered, and the reasons why such alternatives are not being utilized."

The only alternative to the proposed incidental taking we considered is for project proponents to avoid any actions that could result in take of ABB within the species' range.  Under this alternative, some exploration, development, and transportation of crude oil, natural gas, and petroleum products would be curtailed within the range of the ABB (to avoid take of the species) and therefore would not meet the needs of project proponents.  Complete avoidance of ABB habitat is not practical or feasible for most oil and gas industry activities within the Planning Area.

## 2.0    COVERED ACTIVITIES

Only actions listed and described here as "Covered Activities" are eligible to receive incidental take authorization through this ICP.  Industry standards, disturbance area estimates, and averages were obtained primarily from oil and gas industry representatives (primarily OIPA members) and were used when estimating the overall oil and gas development that may occur within the Planning Area over the ICP term.

9

All Covered Activities associated with each project must be fully contained within the ICP Planning Area in order to be eligible to participate through the plan. Therefore, pipelines or other infrastructure that extend beyond the ICP Planning Area are not eligible to participate in this ICP and project proponents should seek incidental take authorization independent of the ICP, if needed.

For the purposes of this ICP, Covered Activities are categorized and defined as "Upstream Production" and "Midstream Development", which are commonly used terms in the crude oil, natural gas, and petroleum products industries. There may be some overlap between the two categories and different Federal agencies may define "upstream" and "midstream" differently than the definitions in this ICP. The following descriptions provide an overview of the activities analyzed and for which incidental take coverage will be available through this ICP.

## 2.1    Upstream Production

Upstream production, as defined by this ICP, includes activities associated with oil, natural gas, and other petroleum products and development of the infrastructure required to extract those resources. Covered activities associated with upstream production include:

Geophysical Exploration – also known as seismic exploration

Construction, operation, and maintenance of new and existing well field infrastructure and decommissioning of obsolete facilities, including:

Well pads
Drilling and completion activities
Wells
Gas flaring
Work and access roads
Electrical distribution lines (voltage must be 34.5 kilovolts (kV) or less)
Off-site impoundments
Communication towers

### 2.1.1   Geophysical Exploration

Geophysical exploration is the process of locating oil and gas deposits beneath the earth's surface. This involves generating seismic waves and measuring their reflectance through differing geologic structures. These seismic waves may be initiated by detonating explosives or through a process known as "land vibroseis." Reflected seismic waves are recorded and interpreted to characterize subterranean landforms. Seismic companies often design sound

10

generation points to avoid identified sensitive habitats and hazards and still collect meaningful data.

Ground disturbance associated with geophysical exploration may include clearing vegetation or construction of roads.  In some instances, hand crews are used to place source and receiver lines and drill shot holes, avoiding the necessity of road building.  Hand crews and their equipment can be brought in to remote or environmentally sensitive sites by helicopter, known as heli-portable drilling.  In other cases, small off-road vehicles can be used for equipment and personnel.  Vehicles used in the course of geophysical exploration activities sometimes include the use of wide track or rubber tires and smooth treads on vibroseis trucks to minimize disturbance and soil compaction.  Road building or clearing may result in a maximum ground disturbance of 2 acres per square mile (0.8 hectares per 2.6 square kilometers).

2.1.2   Well Field Development

*Well Pad Construction*

Areas determined to have recoverable crude oil or natural gas deposits must be developed as well fields to initiate extraction of these resources.   Well fields include facilities and infrastructure that support oil and gas production.  Well pads include all structures and equipment necessary for recovering crude oil or natural gas (production wells).  Well pads may also be necessary for obtaining water for oil and gas recovery (water wells) or disposal of fluids used in the oil and gas recovery following production (disposal wells).  This includes the primary facilities including the pad, drilling rig, pump or well head, and reserve pits for the containment of drilling muds and cuttings.  The well pad also includes facilities such as storage tanks for extracted water and crude oil, fuel tanks, water tanks, mist pumps, mud pumps, flow lines, pipelines, and associated electrical equipment.  The pad also houses structures such as the cellar (where the well's main borehole is drilled), drilling pipe storage areas (referred to as the rat and mouse holes), and various trenches and sumps (to collect liquids).

Typical well pad construction requires vegetation clearing; grading to level the site; construction of storm water and erosion control structures; laying shale, gravel, and/or rock over the well pad; and constructing reserve/cutting pits, trenches, sumps, a cellar, and the rat and mouse holes. Land clearing, grading, and construction are typically performed with a bulldozer or other heavy equipment.  Soil is typically excavated to a depth of approximately 6 inches (15.2 centimeters) during routine well pad installation.

Topsoil removed from the construction area is typically stored for use during site restoration. Vegetation debris piles are stored along the edges of the construction site and are typically buried in the reserve pit, burned, or left in place after drilling operations are completed.

11

Additional shale, gravel, and/or rock may be delivered to the construction site via dump trucks to aid in leveling the site and raise the pad above grade. In most cases, two reserve pits are excavated using a bulldozer within the well site. The pits are approximately 75 by 75 feet (22.9 by 22.9 meters) each and are a minimum of 8 feet (2.4 meters) deep. Additional soil or fill may be hauled in for pit construction and/or clay may be hauled to the site to line the reserve pits. Once completed, additional gravel or rock is hauled in to cover the vehicular traffic areas and trailer areas associated with drilling operations. Once constructed, the majority of the pad site is a long term installation (30-40 years for a productive well). Once a well is ready for production, reserve pits and slopes used for drilling purposes are restored with topsoil and re-vegetated. Standard erosion control measures are incorporated into each well pad site. The average production well pad is approximately 4 acres (1.6 hectares) in size, not including associated electrical distribution lines, offsite impoundments, and access roads. The average water well pad is approximately 1 acre (0.4 hectares) and an average disposal well pad is approximately 6 acres (2.4 hectares)

*Road Construction*

Development of well fields relies on existing roadways or may require construction of new roads. Newly constructed roads are first cleared of vegetation with a bulldozer and leveled with a road grader. Shale/rock/gravel is used to stabilize the length of the road. Approximately 80 percent of newly constructed roads remain in permanent use, and 20 percent are used only temporarily (existing for less than five years) and are restored to natural conditions. Road length can vary significantly, however the average road length per well pad is 300 feet (91.4 meters). Rights-of-way (ROW) for access roads average 25 feet (7.6 meters) in total width for permanent roads and 15 feet (4.6 meters) for temporary roads. Roads require periodic maintenance to correct washouts or other deterioration. Where necessary, culverts and ditches may be installed to facilitate drainage away from the road.

*Electrical Distribution Lines*

Each well pad has its own electrical distribution line (voltage must be 34.5 kV or less to be covered under this ICP), unless power is provided by a generator. Vegetation clearing and grading along the electric transmission ROW are typically necessary prior to installation. The length of electric distribution line necessary at each facility is determined by the location and distance to the nearest existing active line and is, on average, 300 feet (91.4 meters) in length. ROWs average 30 feet (9.1 meters) in width. Distribution lines are typically suspended 30 feet (9.1 meters) above grade and are typically constructed above-ground, with 18 inch diameter poles approximately every 75 – 80 feet (22.8 – 24.4 meters). Electrical distribution lines and poles are needed throughout the life of the well.

12

Less often, electrical distribution lines may be buried to meet the needs of the project design. If distribution lines are buried below-ground, trenching is accomplished with back-hoes, track-hoes, or similar other ditching equipment. Excavated soil is placed to one side of the trench in a spoil pile. After the trench is excavated, the electric line is then strung in the open trench. The excavated trench is backfilled with the previously removed soil.

*Off-Site Impoundments*

Construction of an impoundment outside of the existing well pad is sometimes needed to maintain a water source for hydraulic fracturing operations. Hydraulic fracturing is a well stimulation process used to maximize the extraction of crude oil and natural gas, by injecting fluids into the geologic formation. Excavating equipment is used to construct impoundments and fill from the pit is stockpiled along its edge. Impoundments are lined with an impermeable liner to prevent leaks, breakage, or discharge of impounded materials into ground or surface water. Water is then pumped into the impoundment. Less than one percent of well pads require off-site impoundments. The average size of such impoundments is 2.5 acres (1.0 hectares) and the structure typically remains permanent after project completion.

*Drilling, Completion, and Production*

Following construction of access roads and well pads, drilling rigs and associated equipment are transported to the well pad and installed. Drilling rigs are approximately 140 to 180 feet (42.7 to 54.9 meters) in height. All drilling activities occur within the previously disturbed (cleared and graded) well pad. After drilling is completed, the rig is removed and hydraulic fracturing equipment may be brought onto the well pad to facilitate production. All activities associated with drilling and well completion occurs on previously disturbed areas. Drilling rigs typically include multiple sources of light. After drilling and completion, typically 35 percent of the well pad is re-vegetated. The remaining 65 percent is typically maintained as a well pad for 30-40 years.

*Gas Flaring*

Some operations may produce natural gas as a byproduct of other operations at rates that are not economically feasible to collect for sale. In some locations, no pipeline infrastructure is available to transport natural gas off-site. If no other use for the gas is found, such gas may be flared (burned in the air) for disposal over a 3 – 6 day initial period during drilling and production. This gas passes through a vent away from the well and is burned in the presence of a pilot flame. Additionally, smaller flares may be associated with tanks at production sites. These smaller flares may be burning constantly throughout the production process.

13

Draft Oil and Gas Industry Conservation Plan                                    May 2014

*Communication Towers*

Communication towers may be required at some facilities, are usually constructed within the permanent footprint of the well pad, and typically range from 10 – 200 feet (3.0 – 61.0 meters) in height.  Under the ICP communication towers must be under 200 feet in height, shall not use any guy wires, and not use lighting, unless required by the Federal Aviation Administration.  Communication towers that exceed 200 feet in height or require guy wires are not eligible for inclusion under this ICP.  Project proponents with these towers should seek consultation with the Oklahoma Ecological Services Field Office to address potential impacts to listed species through a separate permitting process.  Towers exceeding 200 feet in height typically have Federal oversight through the Federal Aviation Administration or Federal Communications Commission.

*Operation, Maintenance, and Decommissioning of Wells, Roads, and Electrical Distribution Lines*

Covered Activities for the purposes of this ICP include operation and maintenance of newly built and existing crude oil, natural gas, and petroleum facilities and decommissioning of obsolete facilities.  Operation and maintenance activities may be routine (i.e., planned upgrades to equipment) or emergency (i.e., unplanned repairs).

Well operation and maintenance activities typically occur within the existing well pad.  Erosion affecting adjoining property may require disturbance outside of the existing well pad to repair and install additional erosion control features.  Decommissioning of wells may involve removing the permanent structures and restoring the area of the well pad to its original condition.

Operation and maintenance of permanent access roads includes adding additional surface material (i.e., gravel, dirt) to the road and maintaining bar ditches.  Roads will require periodic maintenance to correct washouts or deterioration.  To minimize dust, water may be applied to roads.  All additional disturbances would occur within previously disturbed areas.

If a road is no longer needed, surface material would be removed and native vegetation is typically restored by seeding.  Temporary roads may be restored with native vegetation following construction and would not require any operation and maintenance activities.

Operation and maintenance of electric distribution lines may include pole replacement and repairing above-ground lines.  Most repairs require less than 1 acre (0.4 hectares) of disturbance, typically about 50 square feet (4.6 square meters).  Electric distribution line ROWs are kept clear of trees and brush to provide for line maintenance.  Vegetation is typically maintained with mowing equipment (tractor, brush hog, etc.) or herbicide application (by applicators on foot or all-terrain vehicles) once every one to three years.  Decommissioning of above ground electric

14

FWS000723

distribution lines may involve removal of poles and distribution lines for above-ground lines. Buried electric lines would likely be left in place once disconnected from power sources.

## 2.2     Midstream Development

Midstream development, as defined in this ICP, includes gathering, processing and treatment, transmission, and distribution of crude oil, natural gas, or other petroleum products. Petroleum products may include unprocessed natural gas liquid or condensate streams (including methane, ethane, propane, butane, and pentane). Refined oil products including gasoline, diesel, and kerosene may also be transported via pipeline. Covered Activities associated with midstream development include the following:

> Construction of gathering, transmission, and distribution pipelines

> Construction of associated surface facilities, including:

>> Access roads
>> Booster, compressor, and pump stations
>> Meter stations, mainline valves, pig launchers and receivers, regulator facilities, and other required facilities
>> Natural gas processing and treatment facilities
>> Communication towers
>> Electric distribution lines (voltage must 34.5 kV or less)
>> Electric substations

> Operation and maintenance of pipeline and associated surface facilities

> Decommissioning and reclamation of pipeline and associated surface facilities

Pipelines located within the boundaries of well pads are included in upstream production, while gathering, transmission, and distribution pipelines are considered midstream development.

### 2.2.1   Pipeline Construction

Oil and gas pipeline construction involves land clearing activity where ROWs are cleared and graded. Pipeline construction ROWs are typically divided into four areas of activity: trenching, spoil piles (excavated materials consisting of topsoil or sub-soils that have been removed and temporarily stored during the construction activity), pipeline assembly, and vehicle traffic areas. Clearing and installation of the pipeline typically requires the use of heavy equipment. The types of equipment used during construction may include track-hoes, bulldozers, side booms, bending

15

machines, ditching machines, boring machines, and in some cases hydraulic directional drilling rigs. Pipe hauling and welding trucks as well as miscellaneous smaller vehicles are also used on most projects.

Pipeline ROW widths are determined by the pipeline diameter and material, as well as terrain and site-specific conditions. Trench widths are determined by the pipeline diameters (e.g., typically the diameter of the pipe plus 6 to 12 inches (15.2 to 30.4 centimeters) clearance between the pipe and the trench wall) and pipeline burial depths (e.g., deeper trenches usually dictate greater trench widths to address sidewall instability and worker safety). Pipeline construction ROWs also vary based on the type of pipeline. Gathering pipeline ROWs (the smaller interconnected pipeline networks which bring crude oil or natural gas from wells to treatment plants or processing facilities) average 50 feet (15.2 meters) in width. Transmission pipeline (longer pipes with larger diameters that move oil and gas longer distances) typically have construction ROWs of 75 feet (22.9 meters) to 150 feet (45.7 meters) depending on pipe sizes. Distribution pipelines (pipelines used to take products to the final consumer, including feeder lines) typically consist of small diameter, pipelines with construction ROWs of 10 to 50 feet (3.0 to 15.2 meters).

Typical pipeline construction proceeds along the ROW in one continuous operation. Prior to initiating ground-disturbing activities, existing underground utilities (i.e., cables, conduits, and pipelines) must be located, identified, and flagged to prevent accidental damage during pipeline construction. Project areas are cleared of vegetation and large obstacles, such as trees, rocks, brush, and logs. Timber is only removed where necessary for construction purposes. Timber and other debris are burned or disposed of in accordance with applicable regulations.

Following clearing, the construction workspace is graded where necessary to allow safe passage of equipment. Temporary erosion and sediment controls are installed after initial disturbance of the soils, in accordance with local, state, and Federal regulations. Also during grading, topsoil may be stripped from the area overlying the pipeline trench and spoil piled in the ROW. The topsoil is stockpiled separately from the subsoil. The segregated topsoil is typically restored to its original location immediately following installation of the pipe and backfill of the trench to reduce erosion and preserve native seed stock.

Trenching may be accomplished with back-hoes, track-hoes, or similar other ditching equipment. Excavated soil is placed to one side of the trench in a spoil pile. After a trench is excavated and pipeline assembled, the pipe is laid in the open trench using a side boom. The excavated trench is backfilled with the previously removed soil.

Depending on pipeline size and type, hydrostatic tests may be conducted by filling the pipeline with water and pressurizing it to ensure integrity at operating pressures.

16

FWS000725

After backfilling the trench, work areas are graded and restored as closely as possible to preconstruction contours, and previously segregated topsoil is spread across the construction ROW. Surplus construction material and debris is removed, and typically vegetation is re-established (usually through seeding). To minimize future settling, the trench may be compacted with tracked construction equipment or left crowned. Permanent erosion controls are installed within the ROW as needed during the restoration phase.

Pipe installation by conventional or directional boring, also known as horizontal direction drilling (HDD), may be utilized at roads, railroad crossings, water crossings, or in other sensitive areas. Conventional road boring requires excavation of a pit on either side of the feature, the placement of boring equipment in the pit, and boring under the feature. HDD is a trenchless crossing method that is typically carried out in three stages: (1) directional drilling of a small-diameter pilot hole; (2) enlarging the pilot hole to a sufficient diameter to accommodate the pipeline; and (3) pulling the prefabricated pipeline into the enlarged bore hole.

Contractor yards and pipe storage areas are generally located in existing commercial/industrial sites or other previously disturbed areas, but may require land clearing in areas with native vegetation. Extra work space (i.e., areas needed for equipment storage and trenching) is sometimes required at stream, wetland, railroad, road, and other pipeline crossings due to extra safety and environmental precautions often taken in these areas.

### 2.2.2   Construction of Associated Surface Facilities

Surface facilities associated with crude oil, natural gas, and petroleum product pipelines may include access roads, booster stations, pump stations, compressor stations, valve sites, meter stations, pig (a device used to clean and/or inspect pipelines) launchers and receivers (locations where pigs are inserted into or removed from a pipeline), processing/treatment plants, communication towers, electric distribution lines and other utilities, electric substations, and others. The number, type, and size of facilities required for each pipeline varies depending on the size of the pipeline, product being transported, topography of the area, existing infrastructure in the area, and needs of the project proponents.

Construction of access roads may be necessary to reach pipelines and/or associated facilities if existing roads are not available. Some of these access roads may be reclaimed following construction; however others remain for operation and maintenance of the pipeline and associated facilities. Roads typically range in widths from 15-30 feet (4.6 – 9.1 meters), with an average length of 0.25 miles (0.40 kilometers), depending on the location and necessary use. Roads are expected to require periodic maintenance to correct washouts or other deterioration. Where necessary, culverts and ditches may be installed to facilitate drainage away from the road.

17

Booster, compressor and/or pump stations are generally required at intervals between 25 and 100 miles (between 40 and 160 kilometers) along a pipeline to maintain or increase internal pressures and keep the flow of oil or gas moving through the pipeline at an appropriate rate. The location of these stations is typically determined by topography, the type of product being transported, and system hydraulic requirements. Compressor, booster, and pump stations are usually built within or adjacent to the pipeline ROW. Additional clearing and grading may be required at these facilities during construction. Office, control, utility, storage, and maintenance buildings and parking areas, may be associated with these facilities. These associated facilities range in size from approximately 0.1 acres to over 5 acres (0.04 to over 2.0 hectares). Compressor and pump station facilities generally incorporate gravel or other hardened surfaces, lighting and perimeter fencing.

Associated surface facilities that occur within pipeline ROWs may include meter stations, mainline valves, pig launchers/receivers, regulator facilities, and other required facilities. Connections between large transmission pipelines and smaller pipelines require meter/regulator stations to control the metering and flow control. Mainline valves are installed along transmission pipelines to enable portions of the pipeline to be shut down or isolated, if necessary. Pig launcher/receiver facilities are usually installed at locations of other aboveground facilities such as compressor stations or meter stations, but these facilities may also be required at points of pipeline diameter change or to accommodate the maximum practical distance that can be recorded by a pig during internal inspections. Regulators, which control the pressure of sections of pipeline, are associated surface facilities for natural gas distribution pipelines. Gas flaring may be associated with tanks at surface facilities. Each meter station, mainline valve site, pig/launcher/receiver, and regulator facility may be surrounded by security fencing. Other appurtenances include miscellaneous facilities such as filter/separators, miscellaneous valves, sumps, tanks, yard piping, pipeline markers, cathodic protection system (a method of protection for iron and steel against electrochemical corrosion) components, offices, storage buildings, and sheds. These are often associated with other surface facilities like compressor stations, but some, such as pipeline markers, may be located independently on pipeline ROWs.

Additional processing or treatment facilities may be required to process natural gas before it can be transported. Relatively few natural gas processing facilities are necessary, as gathering systems may interconnect more than 100 wells to a processing facility. These facilities generally range in size from approximately 5 to 30 acres (2.0 to 12.1 hectares). Processing facilities generally include hardened surfaces, lighting, and perimeter fencing.

Communication towers may be required at some of the associated surface facilities, are usually constructed within the permanent footprint of the facility, and typically range from 10 – 200 feet (3.0 – 61.0 meters) in height. Under the ICP, communication towers must be under 200 feet in height, shall not use any guy wires, and not use lighting, unless required by the Federal Aviation

Administration.  Communication towers that exceed 200 feet in height or require guy wires are not eligible for inclusion under this ICP.  Towers exceeding 200 feet in height typically have Federal oversight through the Federal Aviation Administration or Federal Communications Commission.

Electric distribution lines (voltage of 34.5 kV or less) and other utilities are often constructed to serve facilities that need a source of electricity, such as compressor and pump stations, valve sites, and processing plants.  Vegetation clearing and potentially grading along the electric distribution ROW are typically necessary prior to installation.  The length of electric distribution line necessary is determined by the location and distance to the nearest substation.  Distribution lines are usually between 0.5 miles (0.8 kilometers) and 5 miles (8 kilometers) in length.  If distribution lines are buried below-ground, trenching is accomplished with back-hoes, track-hoes, or similar other ditching equipment.  Excavated soil is placed to one side of the trench in a spoil pile.  After the trench is excavated, the electric line is then strung in the open trench.  The excavated trench is backfilled with the previously removed soil.  If above-ground, distribution lines are approximately 18 – 40 feet (5.5 – 12.2 meters) high, depending on the voltage required.  Poles are usually constructed every 75 – 80 feet (22.9 – 24.4 meters).  The typical permanent ROW is approximately 20 feet (6.1 meters) wide.  Electrical distribution lines and poles are needed throughout the life of the well pad and are considered permanent structures; however, ROWs associated with these lines may be maintained as native vegetation.

Electric substations may be associated with electric distribution lines.  These substations generally require approximately 2 to 5 acres (0.8 to 2.0 hectares) of disturbance.  Electric substations are usually located off a county road but occasionally require an access road to be built to the site.  Electric substations are typically surrounded by fencing.  When constructed in association with an associated facility, the substation may be constructed on the same facility site within an easement granted to the electric service provider.

2.2.3   Operation and Maintenance of Pipelines and Associated Surface Facilities

Covered Activities include operation and maintenance of existing and newly built facilities and decommissioning of obsolete facilities as described above.  Operation and maintenance activities may be routine (i.e., planned upgrades to equipment) or emergency (i.e., unplanned repairs).

During the operation and maintenance phase of midstream development, visual inspections are performed in accordance with Oklahoma Department of Transportation regulations and pipeline operator procedures.  Such inspections may be carried out by personnel on foot, in all-terrain vehicles, or aerially.  Pipeline integrity is checked throughout the pipeline's lifespan, sometimes requiring soil disturbance.  Digging to, exposing, and in some instances replacing pipeline, may be necessary based on inspection results.  Annual pipeline maintenance generates from 0.005 to

19

0.015 acres of soil disturbance per mile (0.002 to 0.006 hectares per 1.6 kilometers) of pipeline. The Service therefore estimates an average annual total of 0.01 acres per mile (0.0025 hectares per kilometer) of pipeline may be disturbed due to maintenance activities.

The permanent ROWs of larger transmission pipeline, some gathering lines, and the electric distribution lines are kept permanently clear of trees and brush to allow future maintenance and inspections.  Vegetation maintenance is typically done by large mowing equipment (tractor, brush hog, etc.) or herbicide application, by foot or all-terrain vehicles, once every one to three years.

Gas flaring may be used at associated surface facilities and pipelines.  Smaller gas flares may be burning constantly throughout the life of the project, while others may be short-term (20-30 minute intervals) that are used as control of pressure for emergency releases.

Operation and maintenance of permanent access roads includes adding additional surface material (i.e., gravel, dirt) to the road and maintaining bar ditches.  Disturbances are expected to occur within previously disturbed areas.  Roads will require periodic maintenance to correct washouts or deterioration.  To minimize dust, water may be applied to roads.

Operation and maintenance of electric distribution lines may include pole replacement for above-ground lines.  Repair of buried lines may require soil disturbance to locate problems.  These repairs typically rely on existing roads.  Most repairs require less than 1 acre (0.4 hectares) of disturbance, typically about 50 square feet (4.6 square meters).

## 2.2.4    Decommissioning and Reclamation

Decommissioning a pipeline and associated facilities occurs when the pipeline or facility is no longer functional or necessary.  Such facilities are typically removed and the area may be restored to native vegetation conditions.  Decommissioned pipelines are either dismantled and removed or left in place.  Pipelines left in place are capped and grouted at locations of road/railroad crossings, which requires minor soil disturbance at the locations of the capping.  Removing pipelines involves excavating to expose the pipeline, cutting and removing the pipe, and backfilling and reclaiming the area.

If an access road is no longer needed, surface material would be removed and native vegetation is typically restored by seeding.  Decommissioning of above ground electric distribution lines involves removal of poles and distribution lines.  Buried electric lines would likely be left in place following disconnection from power sources.

20

2.3     Spills or Releases of Crude Oil, Natural Gas, or Petroleum Products are NOT Covered Under the ICP

Crude oil, natural gas, and petroleum products (including fuel and other operational fluids) spills or releases associated with construction, operation, or maintenance actions are **not** covered under the ICP.  Such spills or releases may impact vegetation and soils and may cause affected areas to become unsuitable for the ABB.  To avoid and minimize chance of contamination, project proponents develop spill response protocols as required in the Spill Prevention Control and Countermeasures (SPCC) section of the Oil Pollution Act (40 CFR §112.3).  The SPCC plan describes spill prevention, preparedness, and response to prevent discharges to navigable waters and adjoining shorelines.

Project proponents are required to respond to spills per the Clean Water Act (CWA) (33 U.S.C Title 33 Ch 26), the OPA (33 U.S.C Title 33 Ch. 40) and Oklahoma Corporation Commission rules (O.S. § Title 12 Ch. 3 sec 52).  Response and cleanup of spills are not Covered Activities under the ICP.  If the Environmental Protection Agency (EPA) is involved with a response, then EPA may consult with the Service through Section 7 of the ESA regarding effects to threatened and endangered species associated with response activities.  Incidental take could be addressed through this Section 7 consultation, if appropriate.

Any injury to natural resources, including the ABB, associated with a release of oil or hazardous substances or the response to a release of oil or hazardous substances is not covered under the ICP and may constitute a violation of Section 9 of the ESA.  Such injury(s) would be addressed under the Natural Resource Damage provisions in the CWA (33 USC §§ 1251, et seq.), OPA (33 USC §§ 2701, et seq.), Comprehensive Environmental Response, Compensation and Liability Act (CERCLA) 42 USC §§ 9601, et seq.), National Oil and Hazardous Substances Pollution Contingency Plan (40 CFR 300), and/or other appropriate laws and regulations.

## 3.0    COVERED SPECIES

The ABB is the only Covered Species addressed in this ICP.  The purpose of this chapter is to: (1) provide a concise review of pertinent information on the species, including a species description, review of the species' life history, status and distribution, reasons for the ABB's decline, threats, and survival and recovery needs; (2) describe the anticipated effects of the Covered Activities on the ABB, (3) analyze these impacts and estimate the resulting amount of incidental take; and (4) evaluate the impact of this taking on populations of the species within the Planning Area.

21

## 3.1    Species Information

### 3.1.1    Species Description

The ABB is the largest carrion beetle (silphid) in North America, reaching 1.0 to 1.8 inches (2.5 to 4.6 centimeters) in length (Wilson 1971, Anderson 1982, Backlund and Marrone 1997). ABBs are black with orange-red markings.  The most diagnostic feature of the ABB is the large orange-red marking on the raised portion of the pronotum (the upper surface of the first segment of the body that lies between the head and the abdomen), a feature shared with no other members of the genus in North America (USFWS 1991).  The ABB also has orange-red frons (the upper, anterior part of the head), and a single orange-red marking on the clypeus (the lower face located just above the mandibles).  Antennae are large, with notable orange club-shaped tips.

### 3.1.2    Life History

The ABB is a nocturnal species active in the summer months (active season) when ambient nighttime air temperatures consistently exceed 60° F (15.5 ° C) (Service 1991).  They are most active from two to four hours after sunset (Walker and Hoback 2007, Bedick et al. 1999). During the daytime, ABBs are believed to bury themselves in vegetation litter.  Some weather conditions, including rain and strong winds, reduce ABB activity (Bedick et al. 1999).

ABBs have been reported moving distances ranging from 0.10 to 18.6 miles (0.16 to 30 kilometers) in various parts of their range (Bedick et al. 1999, Creighton and Schnell 1998, Jurzenski et al. 2011, Schnell et al. 1997-2006).  Creighton and Schnell (1998) conducted a study on movement patterns of ABBs at Camp Gruber and Fort Chaffee in 1992 and 1993.  The longest distance recorded for an individual was 6.2 miles (10 kilometers) over six nights, or approximately 1.03 miles (1.66 kilometers) per night, and the maximum distance moved by one ABB was 1.8 miles (2.9 kilometers) in one night (Creighton and Schnell 1998).  Schnell et al. (1997-2006) reported a one day movement of 2.6 miles (4.18 kilometers).  Considering the ABB's mobility, small size, recorded movement distances, and distance from which they can detect carrion, the Service considers presence/absence surveys to be conservatively effective over a distance of 0.5 miles (0.8 kilometers).

Adult ABBs bury into the soil during the inactive season when ambient nighttime air temperatures consistently fall below 60°F (15.5º C) (USFWS 1991).  In Oklahoma, this typically occurs for approximately 8 to 9 months from late September until mid-May (American Burying Beetle Oklahoma Presence/Absence Live-trapping Survey Guidance).  The length of the active and inactive periods, however, fluctuates with temperature.  Recent studies indicate that ABBs in Arkansas bury to depths ranging from 0 to 8 inches (0 to 20 centimeters) during the inactive

22

season (Schnell et al. 2007).  Others have reported overwintering depths ranging from 0 – 27 inches (0 – 68.6 centimeters) (Hoback 2011).

Adult ABBs seek a mate soon after emergence following the inactive season.  Male and female ABBs typically cooperatively bury a carcass, but individuals of either sex are capable of burying a carcass alone (Kozol et al. 1988).  Once underground, both adults remove the fur or feathers from the carcass, roll it into a ball, and treat it with secretions that retard the growth of mold and bacteria.  The female ABB lays eggs in the soil near the carcass, which is then used as a food source by larval ABBs until they emerge in approximately 48-65 days (Kozol et al. 1988).  Typical broods consist of 12-18 larvae, though broods of more than 25 have been reported (Kozol 1990a).  These newly emerged ABBs (tenerals) over-winter as adults and comprise the breeding population the following spring and summer (USFWS 1991).  Individuals usually live for only one year.

Adults locate carcasses using chemoreceptors on their antennae.  Burying beetles are capable of finding carrion at a distance of up to 18.6 miles (30 km, Jurzenski et al. 2011).  Success in finding carrion depends upon many factors including availability of optimal habitats for small vertebrates (Lomolino and Creighton 1996), density of competing invertebrate and vertebrate scavengers, individual searching ability, reproductive condition, and temperature (Ratcliffe 1996).  Once a carcass has been found, inter-specific and intra-specific competition may occur until a dominant male and female remain (Scott and Traniello 1989).  Competition between *Nicrophorus* species can lead to injuries, as noted by Bedick et al. (1999) when burying beetles were commonly found with multiple appendages missing.  Kozol (1991) reported that ABBs typically out-compete other burying beetles as a result of its larger size.

ABBs require larger carrion items to reach its maximum reproductive potential (i.e., to raise a maximum number of offspring) when compared to other burying beetle species (USFWS 1991, Kozol et al. 1988, Trumbo 1992).  When selecting carrion for burying in larval brooding chambers, birds and mammals weighing from 1.7-10.5 oz. (48.19 – 297.67 g) are preferred, with an optimum weight of 3.5-7.0 oz. (99.22 – 198.45 g, USFWS 1991).  Kozol et al. (1988) found no significant difference in ABB preference for avian verses mammalian carcasses.  At Fort Chaffee, Holloway and Schnell (1997) found that ABBs numbers were higher in areas with high densities of small mammals (USFWS 2008b).  Food item selection by adult ABBs can include live insects as well as an array of available carrion species and sizes (Trumbo 1992).

The ABB is considered a habitat generalist when searching for food items, and the species has been successfully live-trapped in several vegetation types including native grasslands, grazed pasture, riparian zones, coniferous forests, mature forest, and oak-hickory forest, as well as on a variety of various soil types (Creighton et al. 1993; Lomolino and Creighton 1996; Lomolino et al. 1995; USFWS 1991).  Ecosystems supporting ABB populations are diverse and include

23

primary forest, scrub forest, forest edge, grassland prairie, riparian areas, mountain slopes, and maritime scrub communities (Ratcliffe 1996; USFWS 1991). The ABB readily moves between different habitats (Creighton and Schnell 1998, Lomolino et al. 1995) (USFWS 2008b).

ABB habitat in Oklahoma consists of fragmented grassland/woodland matrices. The species is found within a mixture of vegetation types from oak-hickory and coniferous forests on lowlands, slopes, and ridge tops to deciduous riparian corridors and valley pasturelands (USFWS 1991; Creighton et al. 1993). Habitat structure (i.e., woodland vs. grassland) does not appear to influence over-winter survival rate in Oklahoma (Holloway and Schnell 1997).

While studies indicate that the ABB is a habitat generalist in terms of feeding, it is likely more restricted when selecting burial sites for reproduction. Soil conditions must be conducive to excavation by ABBs (Anderson 1982; Lomolino and Creighton 1996). Soil moisture is also a factor because ABBs die quickly when desiccated (Bedick et al. 2006). Soils in the vicinity of captures are all well drained and include sandy loam and silt loam, with a clay component noted at most sites. Level topography and a well-formed detritus layer at the ground surface are common (USFWS 1991).

Lomolino and Creighton (1996) found reproductive success was higher in forest verses grassland habitat. Carcasses may be more difficult to secure in grassland due to the near absence of a leaf litter layer and may be more difficult to bury due to the tendency of grassland soils to be more compact than those in forest. However, of the carcasses buried, habitat characteristics did not significantly influence brood size. Holloway and Schnell (1997) found significant correlations between the numbers of ABBs caught in traps and the biomass of mammals and birds, irrespective of the predominant vegetation (USFWS 2008b).

3.1.2.1        Areas Unfavorable for the ABB

While the ABB uses a wide variety of habitats, the Service currently believes that areas exhibiting the following characteristics are *unfavorable* for use by ABBs based on disturbance regime, vegetation structure, unsuitable soil conditions, and carrion availability:

1. Land that is tilled on a regular basis, planted in monoculture, and does not contain native vegetation.
2. Pastures or grasslands that have been maintained through frequent mowing, grazing, or herbicide application at a height of 20 cm (8 inches) or less.
3. Land that has already been developed and no longer exhibits surficial topsoil, leaf litter, or vegetation.
4. Urban areas with maintained lawns, paved surfaces, or roadways.
5. Stockpiled soil without vegetation.

24

6. Wetlands with standing water or saturated soils (defined as sites exhibiting hydric-soils, and vegetation typical of saturated soils, and/or wetland hydrology).

**NOTE: Areas adjacent to wetlands and/or riparian areas are not considered unfavorable for the ABB, as they may be important for ABBs seeking moist soils during dry conditions.**

The Service considers all areas that do not fit within one of the above descriptions of "Areas Unfavorable for the ABB" as ABB habitat.

The most recent information regarding ABB biology and habitat can be found in the ABB Impact Assessment for Project Reviews and the ABB Oklahoma Presence/Absence Live-trapping Survey Guidance on the Oklahoma Ecological Field Service's website at: ***http://www.fws.gov/southwest/es/Oklahoma/***.

3.1.3   Status

The ABB was proposed for Federal listing in October 1988 (53 FR 39617) and designated as an endangered species on July 13, 1989 (54 FR 29652), and retains this status. Critical habitat has not been designated for the ABB. The ABB Final Recovery Plan was signed on September 27, 1991. At that time only two disjunct natural populations were known to occur (i.e., one population found in four counties in Oklahoma and one population from an island off the coast of Rhode Island) at the extremities of the species' historic range (USFWS 2008a).

Additional populations of ABB have been discovered since the Recovery Plan was completed in 1991. While four eco-regions currently support ABB populations, the most recent Five Year Review found that the ABB remains endangered throughout its current range due to ongoing threats to known populations and the failure to discover or establish viable populations in the remaining Recovery Areas (USFWS 2008a).

3.1.4   Distribution

The historic range of the ABB included over 150 counties in 35 states, including most of temperate eastern North America and the southern portions of three eastern Canadian provinces (USFWS 1991; Peck and Kaulbars 1987). Documentation confirming the species' presence is not uniform throughout this broad historical range. More records exist from the Midwest into Canada and in the northeastern United States than from the southern Atlantic and Gulf of Mexico region (USFWS 1991). During the 20th century, the ABB disappeared from over 90 percent of its historical range (Ratcliffe 1995). The last ABB specimens along the mainland of the Atlantic seaboard, from New England to Florida, were collected in the 1940s (USFWS 1991).

FWS000734

The ABB is currently known to occur in nine states:  Rhode Island, Massachusetts, Oklahoma, Arkansas (Carlton and Rothwein 1998), Nebraska regions (Ratcliffe 1996, Bedick et al. 1999), Kansas (Sikes and Raithel 2002), South Dakota (Backlund and Marrone 1995, 1997; Ratcliffe 1996), Texas (Godwin 2003), and Missouri (personal communication with Bob Mertz, St. Louis Zoo, May 30, 2013).  The ABBs in Missouri are part of a nonessential experimental population (under Section 10(j) of the ESA) that was reintroduced in 2012.  Most populations are located on private land.  Populations known to exist on public land include: Ouachita National Forest, Arkansas/Oklahoma; Ozark-St. Francis National Forests, Arkansas; Camp Gruber, Oklahoma; Fort Chaffee, Arkansas; Sequoyah National Wildlife Refuge, Oklahoma; Block Island National Wildlife Refuge, Rhode Island; Valentine National Wildlife Refuge, Nebraska; and Camp Maxey, Texas.

Confirmed Oklahoma ABB sightings since 1992 include the following counties: Atoka, Bryan, Cherokee, Choctaw, Coal, Craig, Creek, Haskell, Hughes, Johnston, Latimer, Le Flore, Marshall, Mayes, McCurtain, McIntosh, Muskogee, Okfuskee, Okmulgee, Osage, Pittsburg, Pontotoc, Pushmataha, Rogers, Seminole, Sequoyah, Tulsa, and Wagoner, and Washington (29 counties).  Additional counties with ABB habitat and potential occurrence due the proximity to the above counties include:  Adair, Carter, Delaware, Garvin, Kay, Lincoln, Love, McClain, Murray, Nowata, Ottawa, Pawnee, Payne, and Pottawatomie.

### 3.1.5   Reasons for decline

The ABB's decline may be due to the species' specialized resource requirements.  Carrion is a finite resource widely scattered in space and time (Karr 1982, Pimm et al.1988, Peck and Kaulbars 1987).  Since the middle of the 19th century, a number of species with ranges that co-occurred with historic ABB distributions and with sizes within the ABB's preferred carrion weights, including Greater Prairie-Chicken (*Tympanchus cupido*), Wild Turkey *(Meleagris gallopavo)*, and the Passenger Pigeon (*Ectopistes migratorius),* have suffered significantly reduced ranges or been driven to extinction (USFWS 1991).

Land use changes that fragmented native forest and grasslands and created edge habitats (such as the edge between forest and grassland, or grassland and cropland), in addition to the removal of top-level carnivores such as the grey wolf (*Canis lupis*) and eastern cougar (*Puma concolor),* during the westward expansion of settlement in North America caused a decrease of indigenous species and an increase in meso-carnivores that thrive in areas disturbed by humans.  These species include the American crow (*Corvus brachyrhynchos)*, raccoon (*Procyon lotor)*, red fox (*Vulpus fulva)*, opossum (*Didelphis virginiana)*, striped skunk (*Mephitis mephitis)*, coyotes (*Canis latrans),* feral cats (*Felis domesticus*), and other opportunistic predators (Wilcove et al. 1986).  A number of these species, especially the raccoon and striped skunk, have undergone dramatic population increases over the last century (Garrott et al. 1993), and the coyote and

26

opossum have expanded their range. These generalist predators have increased in abundance where edge habitats allow increased foraging opportunities (Ray 2000). Therefore, as habitat for species in the favored weight range for ABB reproduction decreased, populations of their predators (ABB competitors) increased; potentially further limiting ABB reproductive potential.

There is little doubt that habitat loss and alteration affect this species at local or even regional levels, and could account for the extirpation of populations once they become isolated from others (Kozol 1995, Ratcliffe 1996, Amaral et al. 1997, Bedick et al. 1999). The prevailing theory regarding the ABBs' decline is that habitat fragmentation (USFWS 1991): (1) reduced the carrion prey base of the appropriate size for ABB reproduction, and (2) increased the vertebrate scavenger competition for this prey (Kozol 1995, Ratcliffe 1996, Amaral et al. 1997, Bedick et al. 1999).

For most guilds (groups of organisms with similar habitat requirements and that respond in a similar way to changes in their environment), larger species tend to feed on larger prey, occupy a greater diversity of habitats, dominate in interference competition, and maintain larger home ranges. However, they may suffer from exploitative competition from smaller species (Ashmole 1968, Gittleman 1985, Hespenheide 1971, Rosenzweig 1968, Schoener and Gorman 1968, Werner 1974, Wilson 1975, and Zaret 1980). The comparatively large ABB must range over a larger area and a greater diversity of habitats to find suitable carcasses. Larger prey is typically less abundant than smaller prey (Peters 1983, Brown and Maurer 1987, Damuth 1991, and Lawton 1990) and typically requires more energy to bury than smaller prey (Creighton et al. 2007). While large size alone does not necessarily result in the species' endangered status, rarity and extinctions tend to be higher among larger species within trophic levels or guilds (Diamond 1984; Martin and Klein 1984; Vrba 1984; Owen-Smith 1988; and Stevens 1992). Although less than 2 grams in weight, the ABB is nevertheless the largest member of a guild that specializes on vertebrate carcasses, which are relatively unpredictable resources.

3.1.6   Threats

The ABB Recovery Plan (USFWS 1991) and the 5-year Species Status Review (USFWS 2008a) identify potential threats to the ABB, including: disease/pathogens, pesticides, direct habitat loss and alteration, interspecific competition, loss of genetic diversity in isolated populations, increase in competition for prey, increase in edge habitat, decrease in abundance of prey, agricultural and grazing practices, and invasive species.

Fire may cause mortality of individuals during the ABB's active season (Howard et al. 2012), and can impact ABB habitat during the active or inactive seasons.

27

ABBs are attracted to artificial lighting (Kozol 1990b), which can lead to disruptions of the species' normal behavior patterns. The species has been shown to respond differently to varying light sources, and UV or mercury vapor lights elicit stronger responses while sodium vapor lights are the least attractive to ABBs (Anshutz et al. 2007).

A study of genetic variation within and between ABB populations from Rhode Island and those in the Oklahoma - Arkansas area reportedly display low levels of genetic variation, most of which occurs within a single population (Kozol et al. 1994). There were no unique diagnostic bands within either population, but they found the Oklahoma -Arkansas population to be somewhat more diverse. Reduced genetic variation is often a result of founder effect, genetic drift, and inbreeding. This study suggests that multiple bottleneck events, small population sizes, and high levels of inbreeding may contribute to the genetic variation patterns observed in ABBs (Kozol et al. 1994).

Populations of ABBs from Rhode Island, Arkansas, South Dakota, Oklahoma, and Nebraska reportedly display little evidence of unique genetic variation and study authors suggest that there is no evidence to suggest that these five populations should be treated as separate, genetically independent conservation segments (Szalanski et al. 2000).

The red imported fire ant (*Solenopsis invicta*, RIFA*)* has become a formidable competitor for carrion and a potential source of mortality for burying beetles when they co-occur at a food source (Warriner 2004, Godwin and Minich 2005). Scott et al. (1987) studied the closely related *N. carolinus* in Florida and concluded that the inability of this species to successfully bury carrion was due to RIFA interference. Collins and Scheffrahn (2005) noted that RIFA may reduce ground-nesting populations of rodents and birds, and have reportedly completely eliminated ground-nesting species from a given area. Of the states containing populations of ABB, RIFA now occur in all or parts of Arkansas**,** Oklahoma, and Texas (USDA 2003).

### 3.1.7   American Burying Beetle Conservation Priority Areas

The Service reviewed the threats and known locations of ABB in Oklahoma to identify areas where we believe conservation of the ABB should be targeted in Oklahoma. The ABB Conservation Priority Areas (CPA) would support focused conservation efforts, such as mitigation lands. CPAs include areas with recent (within 10 years) documented ABB presence that the Service believes are likely to contain important elements for ABB conservation and recovery, such as documented presence over multiple years, relatively high density populations, breeding, feeding, and sheltering habitat, and carrion resources. Using presence/absence survey data from the previous 10 years (2003 – 2013), all surveys where ABBs were documented were selected. The Service buffered each of these positive survey point locations with a radius of 10 km (6.2 miles) based on documented maximum movement distance under normal conditions for

an ABB recaptured in Oklahoma (movement over 6 nights – Creighton and Schnell 1998). To remove potential isolated locations, only buffers that intersected three or more other buffers were included as a CPA.  Based on previous survey locations, using a minimum of three intersections as the selection criteria reduced the number of outlying positive surveys and selected areas with numerous grouped surveys that identified the ABB.  After selection, the CPA buffers that were within 10 km (6.2 miles) of each other were combined to create new polygons using the 'aggregate polygon' tool in ArcMap, resulting in a total of four CPA areas (Figure 2).  These four areas make up the CPAs in Oklahoma.  See the American Burying Beetle Impact Assessment for Project Reviews for additional information regarding CPAs.



Figure 2.  Conservation Planning Areas within the ICP Planning Area, as of February 2014.

## 3.2      Anticipated Effects on the American Burying Beetle

Covered Activities under this ICP are likely to result in take of ABBs and impacts to their habitat.  Take of ABBs in the form of mortality or injury to adults, larvae, or eggs may result from crushing and collision; impacts to breeding, feeding, and sheltering habitat; increased habitat fragmentation; and changes from one vegetation community to another.

29

Take of ABBs is expected to result from human and equipment movement and ground disturbance associated with construction and installation of well pads, pipelines, access roads, electrical distribution lines and substations, and off-site reservoirs.  Operation and maintenance, and decommissioning of these activities are also expected to result in take of the ABB.

Take of ABBs and impacts to their habitat will differ with methodologies implemented and with ABB activity level when these activities occur.  Expected differences, if anticipated, are described for the ABB's active and inactive seasons.

Activities occurring during the ABB active season could reduce the species' foraging and reproduction efficiency for the duration of the active season.  Species used by ABB (for food and reproduction) and their habitat within project areas would be impacted, likely reducing the available food sources, decreasing reproductive potential, and decreasing use by ABBs in the area.  Reduced availability of carrion may result from greater competition from vertebrate scavengers; this is especially true in those areas where forested ABB habitats are fragmented (Kozol 1995, Ratcliffe 1996, Amaral et al. 1997, and Bedick et al. 1999).  Installation of any permanent facilities (such as access roads) would remove ABB habitat used for breeding, feeding, or sheltering.

## 3.2.1   Vegetation Removal

Activities that include removal of vegetation may cause habitat degradation, a reduction of habitat connectivity, a loss of breeding and sheltering habitat by removing vegetation and altering soil moisture (loss of vegetation decreases soil moisture), and cause a species composition change within the small community that ABBs rely on for reproduction (Grant et al. 1982). ABBs are sensitive to soil moisture and die quickly when desiccated (Bedick et al. 2006). Additionally, these activities may increase the potential for introduction of non-native or invasive species due to the removal of existing vegetation.  ABBs occurring within the leaf litter or uncovered during the removal of vegetation may be wounded or killed from exposure to adverse weather conditions or crushed by vegetation removal equipment.

## 3.2.2   Use of Vehicles and Heavy Equipment

Activities requiring off-road vehicles, trucks, or heavy equipment may cause a loss of breeding and sheltering habitat (suitable soil for excavation and burial) from soil compaction, vegetation crushing and trampling, and alteration of soil moisture.  Equipment causing soil compaction may crush ABBs within the area, either above ground (during active season) or below ground (during active or inactive season).  During the ABB active season, equipment may crush brood chambers containing ABB adults, larvae, and eggs.  Direct physical injury or mortality may result when individuals collide with equipment.  In dry conditions, equipment could increase the risk of

FWS000739

ignition of wildfire. Wildfire may cause loss of breeding, feeding, and sheltering habitat, alter the small mammal community (for a period of time) to a less optimal size class for optimal ABB reproduction (Kirchner et al. 2011), and injury or mortality for individuals exposed to fire. Operation fluids (for example, fuel and oil) required for equipment maintenance may cause take of ABBs if individuals or habitat are exposed to them during the active or inactive season.

### 3.2.3    Disturbance and Movement of Soil

Movement and physical disturbance of soil during construction activities such as grading, soil excavation, and topsoil stripping may crush or expose ABBs (adults, larvae, and/or eggs during the active season; adults during the inactive season) causing injury or mortality through direct impact or exposure to desiccation.

Soil erosion occurring during construction or following installation of project facilities may bury ABB adults or broods (during active season) or overwintering adults (during inactive season) too deep for them to emerge. Additionally, it may expose ABBs to adverse environmental conditions if soils (or individuals/broods) are washed away.

### 3.2.4    Human Presence and Movement

Introducing or increasing human presence and movement within or adjacent to ABB habitat may increase the amount of crushing or trampling of vegetation, leading to habitat degradation and potential displacement of ABBs in the area.

### 3.2.5    Light

Unnatural light sources occurring during the active season may attract ABBs, which could result in take through collision or crushing by equipment and/or increasing energetic demands. Many groups of insects have been shown to be attracted to lights, including beetles (Longcore and Rich 2004). Light used during nighttime construction can disrupt ABB foraging behavior and increase predation on ABBs (USFWS 1991). Additionally, light associated with the flame of gas flares used in drilling and production of natural gas alter the natural light regime and may attract ABBs. Light sources are not expected to affect ABBs during the inactive season, as ABBs are not above ground during that time period.

### 3.2.6    Vegetation Maintenance

Regular vegetation maintenance within project areas may cause injury or mortality of ABBs. During the active season, ABBs exposed to mowing/vegetation equipment may be crushed or exposed to desiccation. If vegetation maintenance reduces vegetation height to less than 8

31

JA-200

inches, the soil may dry to the point that: 1) ABBs have difficulty burying carcasses, 2) soil may not structurally support reproductive chambers, or 3) adult or larval ABBs become desiccated (Bedick et al. 2006). Maintaining grass and vegetation at less than 8 inches tall could affect ABB reproduction (during the active season) and survival when ABBs are underground (during active or inactive season). If widespread application of herbicides are used to maintain the ROW (killing all vegetation within the ROW), instead of mechanical vegetation removal (i.e., mowing) or spot-treatment of herbicides, soil may also dry causing the same impacts as described above. Large mowing equipment operated within ABB habitat may cause soil compaction, resulting in take of buried ABBs during the active or inactive season (Hoback et al. 2012, Hoback 2013). Vegetation maintenance may result in temporary habitat loss, temporary habitat fragmentation, and/or alteration of ABB habitat.

### 3.3    Impacts Analysis and Estimated Incidental Take

The Service anticipates incidental take of ABBs will result from Covered Activities. Such take is expected to occur in the form of injury or death of adults, larvae, and eggs from by crushing or collision, or from limiting available resources, resulting in the loss of breeding, feeding, and sheltering habitat. Take of ABBs is expected to result from ground disturbance associated with geophysical exploration (seismic), development, extraction, transport, and/or distribution of crude oil, natural gas, and/or other petroleum products, electrical distribution lines and substations, and off-site reservoirs. Activities related to operation and maintenance, reclamation, and decommissioning are also expected to result in take of the ABB.

It is difficult to estimate the number of ABBs that will be taken because there is no density estimate for the Planning Area. Take of the ABB is also difficult to quantify because: 1) individuals of the species are small in size, making them difficult to locate, which makes encountering dead or injured individuals unlikely; 2) ABB losses may be masked by temporal fluctuations in numbers; 3) ABBs spend a substantial portion of their lifespan underground; and 4) the species is primarily active at night. These factors make it difficult to detect the amount of take that will occur. Although we cannot estimate the number of individual ABBs that will be incidentally taken, the Service is providing impacts to habitat as a proxy to quantify take levels and define when take would be considered to be exceeded.

While the oil and gas activities covered under the ICP would likely cause take of ABBs in the form of mortality, harm, and harassment, some of these losses constitute a one-time or short-duration pulse effect to the ABB populations in Oklahoma, so they will not affect ABB populations long-term. The restoration program would ensure that the acres disturbed by Projects will be either restored appropriately or mitigated at the rate for permanent impacts (1:1 or higher). In addition, protection of ABB habitat in previously unprotected areas would improve the likelihood of survival and recovery of the species.

FWS000741

### 3.3.1   Use of Impacts to Habitat as a Proxy for Take

The use of habitat as a proxy for take of individuals of a species is consistent with existing case law.  Courts have recognized that as a general matter "Congress wanted incidental take to be stated in numbers of animals, where practical, not in terms of habitat markers" (*Miccosukke Tribe of Indians or Florida v. US*, 566 F.3d 1257 [11th Cir. 2009]).  However, courts have also explained that "While Congress indicated its preference for a numerical value; it anticipated situations in which impact could not be contemplated in terms of a precise number.…  In the absence of a specific numerical value, however, the Fish and Wildlife Service must establish that no such numerical value could be practically obtained" (see *Arizona Cattle Growers' Association v. U.S. Fish and Wildlife Service*, 273 F.3d 1229, 1249-50 [9th Cir. 2001]).  See also *Oregon Natural Resources Council v. Allen*, 476 F.3d 1031, 1037 [9th Cir. 2007] in which the Service was directed to explain why it was unable to numerically quantify the level of take.  Because quantification of the number of ABBs impacted incidental to Covered Activities is not possible given available data, the Service believes that relying on impacts to occupied ABB habitat is a suitable surrogate to estimate the amount of take that is likely to occur.  Within this ICP, "occupied ABB habitat" is defined as areas:

1) suitable for ABB use (containing ABB habitat)
   AND
2) Within the effective survey radius of a valid ABB survey where ABBs were identified *or* ABBs are assumed present by the Applicant/Permittee (no surveys have been conducted).

### 3.3.2   ABB Habitat within the ICP Planning Area

Some areas within the Planning Area are unsuitable for ABB use (i.e., areas that are developed, have unsuitable soils, or contain water).  To determine how many acres within the Planning Area may be impacted by the Covered Activities in areas that are habitat for the ABB, the Service estimated the ratio of ABB habitat to areas unsuitable for the ABB using GIS and the 2006 National Land Cover Database (NLCD) (Fry et al. 2011).  Permittees will likely delineate potential habitat for the ABB within their project areas at a smaller scale than the NLCD data, using different methods (for example, ground-truthing or satellite aerial photography).  However, for the purpose of roughly estimating the total habitat within the Planning Area, the Service selected to use the NLCD data.  Definitions for each of the land cover categories are in Table 1.  Areas selected as ABB habitat included the land cover categories of Deciduous Forest, Evergreen Forest, Mixed Forest, Shrub/Scrub, Herbaceous, Woody Wetlands, Emergent Wetlands, and Hay/Pasture (Table 1).  Although portions of the Woody Wetlands and Emergent Wetlands are likely unsuitable for the ABB, portions of those areas are likely suitable, especially during dry periods.  Therefore, the entire category was included as habitat for this analysis.  Areas unsuitable for the ABB (areas where take is not expected to occur) included the land cover

FWS000742

categories of Open Water, Developed Open Space, Developed Low Intensity, Developed Medium Intensity, Developed High Intensity, Barren Land, and Cultivated Crops. Approximately 85.8 percent (19,612,333 acres; 7,936,830 hectares) of the Planning Area was considered ABB habitat according to NLCD data, and approximately 14.2 percent (3,245,830 acres; 1,313,541 hectares) was not considered ABB habitat.

It is likely that some additional lands within the Planning Area are not suitable for the ABB (based on vegetation type and land management practices). However, the Service does not currently have the data necessary to determine the potential suitability of the entire Planning Area using these additional factors. Therefore, for the purpose of this analysis, the Service assumes that 85.8 percent of the Planning Area may be habitat for the ABB.

**Table 1.  Total Acres of ABB habitat within Planning Area.**

| Land Cover | NLCD Land Cover Description | Habitat (Acres) | Non-Habitat (Acres) |
|---|---|---|---|
| Open Water | Areas of open water, generally with less than 25% cover of vegetation or soil. | 0 | 658,534 |
| Developed, Open Space | Areas with a mixture of some constructed materials, but mostly vegetation in the form of lawn grasses. Impervious surfaces account for less than 20% of total cover.  These areas most commonly include large-lot single-family housing units, parks, golf courses, and vegetation planted in developed settings for recreation, erosion control, or aesthetic purposes. | 0 | 1,071,561 |
| Developed, Low Intensity | Areas with a mixture of constructed materials and vegetation. Impervious surfaces account for 20% to 49% percent of total cover. These areas most commonly include single-family housing units. | 0 | 244,026 |
| Developed, Medium Intensity | Areas with a mixture of constructed materials and vegetation. Impervious surfaces account for 50% to 79% of the total cover. These areas most commonly include single-family housing units. | 0 | 82,823 |

34

FWS000743

Draft Oil and Gas Industry Conservation Plan                                    May 2014

| Land Cover | NLCD Land Cover Description | Habitat (Acres) | Non-Habitat (Acres) |
|---|---|---|---|
| Developed, High Intensity | Highly developed areas where people reside or work in high numbers. Examples include apartment complexes, row houses and commercial/industrial. Impervious surfaces account for 80% to 100% of the total cover. | 0 | 37,300 |
| Barren Land | Areas of bedrock, desert pavement, scarps, talus, slides, volcanic material, glacial debris, sand dunes, strip mines, gravel pits and other accumulations of earthen material. Generally, vegetation accounts for less than 15% of total cover. | 0 | 36,710 |
| Deciduous Forest | Areas dominated by trees generally greater than 5 meters tall, and greater than 20% of total vegetation cover. More than 75% of the tree species shed foliage simultaneously in response to seasonal change. | 6,950,418 | 0 |
| Evergreen Forest | Areas dominated by trees generally greater than 5 meters tall, and greater than 20% of total vegetation cover. More than 75% of the tree species maintain their leaves all year. Canopy is never without green foliage. | 1,147,268 | 0 |
| Mixed Forest | Areas dominated by trees generally greater than 5 meters tall, and greater than 20% of total vegetation cover. Neither deciduous nor evergreen species are greater than 75% of total tree cover. | 393,081 | 0 |
| Shrub/Scrub | Areas dominated by shrubs; less than 5 meters tall with shrub canopy typically greater than 20% of total vegetation. This class includes true shrubs, young trees in an early successional stage or trees stunted from environmental conditions. | 165,290 | 0 |
| Herbaceous | Areas dominated by gramanoid or herbaceous vegetation, generally greater than 80% of total vegetation. These areas are not subject to intensive management such as tilling, but can be utilized for grazing. | 6,074,645 | 0 |

35

| Land Cover | NLCD Land Cover Description | Habitat (Acres) | Non-Habitat (Acres) |
|---|---|---|---|
| Hay/Pasture | Areas of grasses, legumes, or grass-legume mixtures planted for livestock grazing or the production of seed or hay crops, typically on a perennial cycle. Pasture/hay vegetation accounts for greater than 20% of total vegetation. | 4,694,828 | 0 |
| Cultivated Crops | Areas used for the production of annual crops, such as corn, soybeans, vegetables, tobacco, and cotton, and also perennial woody crops such as orchards and vineyards. Crop vegetation accounts for greater than 20% of total vegetation. This class also includes all land being actively tilled. | 0 | 1,114,876 |
| Woody Wetlands | Areas where forest or shrubland vegetation accounts for greater than 20% of vegetative cover and the soil or substrate is periodically saturated with or covered with water. | 155,185 | 0 |
| Emergent Herbaceous Wetlands | Areas where perennial herbaceous vegetation accounts for greater than 80% of vegetative cover and the soil or substrate is periodically saturated with or covered with water. | 31,618 | 0 |
| Total Acres | | 19,612,333 | 3,245,830 |

Metric conversion: 1 acre = 0.4 hectares

### 3.3.3   Temporary, Permanent Cover Change, and Permanent Impacts

Impacts to ABB habitat are categorized as follows:

*Temporary Impacts*

Temporary impacts include areas of ground disturbance resulting from Covered Activities restored to a condition suitable for ABB use within 5 years of the impact with similar vegetative cover.  This restoration timeframe of 5 years is based on the amount of time in which the Service expects most grass and shrub dominated cover types could be re-established to their previously undisturbed state based on the climate and vegetation types within the Planning Area.

The ABB is a habitat generalist and specific vegetation types required for the ABB have not been identified, but they have been documented within grassland cover types and native grasses and shrubs are a component of most areas that support ABBs in Oklahoma.  Native warm season

36

grasses can take several years to get established, but previous research suggests that 5 years is a realistic timeframe for restoration of these areas within the Planning Area (ODOT 2011, USDA 2009).

*Permanent Cover Change Impacts*

Permanent cover change impacts are defined here as changing a vegetation cover type to a different vegetation cover type  (e.g., forest or shrubland to grassland), resulting in increased fragmentation of habitat (Oxley et al. 1974, Kozol 1995, Ratcliffe 1996, Amaral et al. 1997, Bedick et al. 1999, Trumbo and Bloch 2000, Marvier et al. 2004).  Similar to temporary impacts, these areas will need to be restored to a condition suitable for ABB use within 5 years.  If these areas will be purposefully maintained (through vegetation control) as a different land cover type than prior to project implementation, the Service considers the vegetation cover of the area to have a permanent cover change.

Man-made changes to land cover types can create intense, sudden contrast between land cover types (i.e., a grassland ROW fragmenting a contiguous stand of forest habitat), compared to natural patchy landscapes.  These cover type conversions often occur within the ROWs of linear infrastructure, including electric transmission lines, pipelines, and roadways.

Evidence suggests that permanent change in cover types, even if they are both native to the area, can increase threats to ABBs (Trumbo and Bloch 2000) by increasing the number of invasive plant species present (Marvier et al. 2004), reducing the carrion prey base of the appropriate size for ABB reproduction (Oxley et al. 1974), or increasing the scavenger competition for carrion (Kozol 1995, Ratcliffe 1996, Amaral et al. 1997, Bedick et al. 1999) necessary for ABB reproduction.  Additionally, changing the vegetation cover type from forest to grassland provides access, which may increase human use and presence (including use of vehicles) in the area.

To determine whether a project's cover change type will be permanently altered based on the proposed vegetation maintenance activities, project proponents should determine current land cover type using standard techniques (i.e., ground truthing; analysis of recent aerial or satellite imagery; as described in Table 1, or the latest version of the Multi-Resolution Land Characteristics Consortium's National Land Cover Database, available at ***http://www.mrlc.gov/***).  The land cover type prior to impacts should be compared to the expected land cover type following the action (including any proposed maintenance/vegetation management activities and requests by the landowner).  If the land cover type within the action area will be different (for example, prior to impact, NLCD classified the area at forest; following the impact, the land cover type will fit in the NLCD land cover description for herbaceous) than the original cover type 5 years after the action, the area will have a "permanent cover change."  By definition, a permanent cover change does not eliminate ABB habitat.

37

Impacts within ROWs (for projects such as pipeline and electric distribution lines) that have a permanent change in cover and are immediately adjacent and parallel to existing ROWs, may be considered temporary because they do not increase habitat fragmentation.  Co-locating ROWs along existing ROWs, roads, or other interruptions in habitat does not contribute to further fragmentation or edge effect and is preferable to crossing previously undisturbed areas.

*Permanent Impacts*

Permanent impacts are those that eliminate ABB habitat (i.e., buildings, roads, quarries, strip mines), as well as any impact to habitat that takes more than 5 years to restore to ABB habitat. Permanent impacts to ABB habitat are expected to result in the greatest amount of take of individuals of the species.

### 3.3.4   Total Impact Estimates within Planning Area

Although it is difficult to accurately predict upstream and midstream development due to factors including fluctuating economic markets for oil and gas, resource availability, and potential technological advances, the Service developed an estimate of this development within the Planning Area based on a review of Oklahoma Corporation Commission (OCC) data (average number of drilled production and disposal wells from 2003 to 2012 (OCC 2012), Oklahoma Water Resources Board data (average number of water wells within the Planning Area), and in close cooperation with OIPA representatives (amount of pipeline, associated facilities, and general information).

Given our estimate that 85.8 percent of the area within the Planning Area is ABB habitat and the estimated disturbance associated with Covered Activities (as described in Section 2.0), the Service's estimated total habitat impacts to the ABB (Table 2).  Approximately 0.16 percent (28,657 acres; 11,597 hectares) of the 19,612,333 acres (7,936,830 hectares) of ABB habitat may be impacted over the 24 month construction period covered in the ICP.  The methods used to determine the amount of ABB habitat within the ICP Planning Area in Oklahoma (described in Section 3.3.2) have not been applied to other states within the ABB range.  However, given that the ABB range expands well beyond Oklahoma, the Service anticipates that the overall percentage of range-wide ABB habitat that may be impacted by Covered Activities in this ICP is likely much smaller than 0.16 percent (the percentage of Oklahoma ABB habitat in that may be impacted by Covered Activities.

The Service believes that not all ABB habitat impacts will occur in areas occupied by the ABB (determined through surveys or assuming presence).  However, without knowing the locations of the impacts, the Service cannot estimate the exact amount of occupied ABB habitat that will be

FWS000747

impacted.  Therefore, assuming that all ABB habitat may be occupied for the purpose of estimating take, a maximum of 32,234 acres of occupied ABB habitat would be impacted.

**Table 2.  New impacts of Oil and Gas Development within ABB habitat** (approximately 0.16 percent of the 19,612,333 acres of ABB habitat within the Planning Area)**.**

|  | Acres |
|---|---|
| **Planning Area Size** | 22,858,163 |
| **ABB Habitat within Planning Area** | 19,612,333 |
| **New Oil and Gas Activities Anticipated within Planning Area** | 37,569 |
| **New Oil and Gas Activities Anticipated within ABB Habitat** | 32,234 |

Metric conversion: 1 acre = 0.4 hectares

## 4.0    CONSERVATION PROGRAM

The Conservation Program describes actions project proponents will implement to provide for the conservation of the Covered Species.

## 4.1    Biological Goals and Objectives

This ICP establishes biological goals and objectives as required under the Service's "5 Point Policy" (65 FR 35242).  The conservation measures described in the ICP, including measures to conserve and enhance ABB habitat, are consistent with the long-term survival and recovery of the ABB.  Specifically, the goal and objectives of the ICP, over the 24-month ICP duration, are:

**Biological Goal 1:  Conserve ABB habitat within established Conservation Priority Areas**

*Objectives:*

a)  Conserve in perpetuity between 0.04 (8,059 acres) - 0.32 (64,468 acres) percent of the ABB habitat in the Planning Area (19,612,333 acres), assuming full use of authorized take described in Section 3.3.4.  These estimates are based on a range of potential impacts: the minimum assuming that all impacts are temporary and outside of Conservation Priority Areas (8,059 acres of mitigation as described in Section 4.2.2.3; 0.04 percent of ABB habitat in the Planning Area) and the maximum assuming all impacts are permanent and within Conservation Priority Areas (64,468 acres of mitigation as described in Section 4.2.2.3; 0.32 percent of ABB habitat in the Planning Area).  Meeting this objective will contribute toward the long-term viability of ABB populations in Oklahoma by providing permanent areas conserved and

39

managed for the species.  See Section 3.1.7 for description of Conservation Priority Areas.

    b) Impact, through temporary or permanent impacts, no more than 0.16 percent of ABB habitat in the Planning Area (32,234 acres impacted within 19,612,333 acres) associated with Covered Activities.

<u>Method of Measuring Outcome:</u>  Each Permittee will submit an annual report to the Service quantifying the total amount of ABB habitat impacted by Covered Activities. We will analyze all reports to evaluate objectives (a) and (b).

**Biological Goal 2:  Restore ABB habitat impacted by Covered Activities**

*Objectives:*
    a) Ensure restoration of ABB habitat at sites with temporary or permanent cover change impacts by Covered Activities.

<u>Method of Measuring Outcome:</u>  Restoration and enhancement actions will be quantified and described in the annual report to be submitted by each Permittee, in addition to Restoration Reports (Section 7.3).  We will evaluate reports from all Permits on an annual basis and determine the cumulative amount of habitat restoration and enhancement within the Planning Area.

## 4.2    Minimization and Mitigation Measures

Section 10(a)(2)(B) of the ESA requires that conservation programs specify what steps an applicant will take to minimize and mitigate the impacts likely to result from taking that occurs incidental to carrying out otherwise lawful activities.  Before issuing a Permit, the Service must find that the applicant will minimize and mitigate the impacts of such taking to the maximum extent practicable.  The measures described here are intended to minimize and mitigate those impacts that cannot be avoided.  Minimization and mitigation measures are required for covered activities occurring in occupied ABB habitat (ABB habitat where ABBs are assumed or documented through a valid survey).  Minimization and mitigation measures are not required for activities occurring in areas unfavorable for the ABB (see Section 3.1.2.1) or within the effective area of a valid negative survey (as described in the Service's American Burying Beetle Oklahoma Presence/Absence Live-trapping Survey Guidance), as take is not expected in these areas.

40

Project proponents that choose to apply for a Permit by participating in the ICP will describe and document their compliance with these measures and will include an annual summary of these actions in the annual report, described further in Section 7.3.

## 4.2.1   MINIMIZATION MEASURES

Many of the industry standards described in Covered Activities (Section 2.0) also serve to minimize impacts to the ABB.  Additionally, Permittees must agree to implement the following minimization measures.  See Section 5.1 for Changed Circumstances relating to several of the minimization measures listed below.

1. Reduce motor vehicle, machinery, or heavy equipment use

Motor vehicles, machinery, and heavy equipment can generate take of ABBs by crushing and collisions when individuals of the species are above-ground or by soil compaction when the species is underground (Section 3.2.2).  Reducing the number and use of motor vehicles and heavy equipment in occupied ABB habitat can minimize impacts from these activities. Permittees will minimize the number and use of motor vehicles and heavy equipment necessary in occupied ABB habitat to meet the objectives of the project.  If heavy equipment, machinery, or motor vehicle use is required in occupied ABB habitat for a project, these vehicles will be allowed only in the areas that are necessary for the required activity.  All motor vehicles, machinery, and heavy equipment shall be parked within areas already impacted, areas where disturbance is planned to occur, or areas where occupied ABB habitat impacts and mitigation, as appropriate, have been assessed.

2. Reduce risk of motor vehicles sparking wildfire

Vehicle use or improper maintenance of vehicles and machinery could ignite fires during dry conditions or in areas with dry vegetation, which may cause take of ABBs (Section 3.2.2). Motor vehicles, machinery, and heavy equipment should not be parked where dry grass or vegetation could be ignited.  All vehicles will be maintained according to the respective service manuals.  In dry conditions, grass and debris will be cleaned away from machinery exhaust systems and bearings on a weekly basis.  All bearings will be lubricated and all spark arrestors will be serviced as necessary to reduce risk of sparking a fire.  Equipment necessary at each project includes: a shovel, water, and working fire extinguisher in case of accidental ignition of a wildfire.

FWS000750

3. <u>Increase safety during operation fluid use and storage</u>

Operational fluids (fuel, oil, or other fluids for maintenance of equipment) may cause take of ABBs (Section 3.2.2). Permittees must be in compliance with all applicable state and Federal laws regarding fuel use and storage. Additionally, all operational fluids (fuel and motor vehicle oil) will be stored and all equipment must be fueled within areas already impacted, areas where disturbance is planned to occur, or areas where occupied ABB habitat impacts and mitigation, as appropriate, have been assessed.

4. <u>Reduce erosion and increase soil stability</u>

Land erosion can directly impact ABB habitat and cause take of ABBs (see Section 3.2.3). To prevent topsoil loss, gully formation, or other negative impacts to ABB habitat, Permittees will implement erosion control techniques in accordance with prudent industry standards for sediment and erosion control. Examples of prudent industry standards are described in the Independent Petroleum Association of America's Reasonable and Prudent Practices for Stabilization of Oil and Natural Gas Exploration and Production Sites found at: ***http://www.ipaa.org/governmentrelations/reasonable-and-prudent-practices-for-stabilization-rapps-for-oil-and-natural-gas-exploration-and-production-sites/***. Permittees must comply with all state and Federal laws regarding erosion control and soil stabilization.

5. <u>Provide educational program for construction personnel</u>

Human presence and movement within ABB habitat may cause take of ABBs (Section 3.2.4). All workers operating in the project area will be trained about ABB habitat, biology, reasons for ABB decline, and the responsibility of all workers to protect the ABB. Standardized ABB educational information  is provided on the Service's website ***www.fws.gov/southwest/es/oklahoma/ABBICP***. Permittees will provide each worker with a full color Endangered Species Card with a picture of the ABB and a summary of information about the ABB and the ICP before conducting soil disturbing activities. Permittees will post signs at all access points to the project area highlighting the areas as occupied ABB habitat and reminding workers to follow special restrictions in the area. All workers are required to report any ABB sightings to the project manager or environmental inspector, remove all food wastes from the ROW each day, and prohibit dogs or cats on the ROW (workers may not bring animals on to the ROW). Additionally, all workers must park their vehicles within already impacted areas, areas where disturbance is planned to occur, or areas where impacts and mitigation, as appropriate, have been assessed.

42

6.  <u>Limit use of artificial lighting</u>

Artificial lighting (i.e., from construction or operations at night) can cause take of ABBs by interfering with normal behavior patterns (Section 3.2.5).  Therefore, activities occurring during the ABB active season within occupied ABB habitat will be limited to daylight hours, other than situations described below.

Necessary lighting associated with operations or in limited instances where it is necessary to extend construction activities beyond daylight hours (e.g. to maintain the integrity of a bore hole during horizontal directional drill activities when installing a pipeline) must be down-shielded to minimize the effect on ABBs.  Additionally, sodium vapor lights are required, rather than UV or mercury vapor lights near occupied ABB habitat, because they have been shown to be the least attractive to ABBs (Anshutz et al. 2007).

Drilling rigs used during production, communication towers, or emergency response situations that require lighting are not required to use sodium vapor lighting or down shield lighting.

7.  <u>Limit use of gas flares</u>

Light sources can cause take of ABBs by interfering with the species' normal behavior patterns and increasing energetic demands (Section 3.2.5).  Current technology allows for enclosure of the flame for some types of flares, thus minimizing or eliminating emitted light.  Projects requiring small, constantly burning flares throughout the life of the project will cover the flame to eliminate the visibility of all natural gas flares to minimize artificial light sources that are attractive to ABBs.

8.  <u>Limit disturbance from mechanical vegetation maintenance</u>

Vegetation maintenance following construction in areas already restored to ABB habitat (areas with temporary and permanent cover change impacts) may disturb individuals of the species and alter their normal behavior (Section 3.2.6).  Vegetation maintenance frequency and duration should be restricted to that necessary to allow for visual surveys and prevent hazards (e.g., fire).  Vegetation must be maintained at a height of 8 inches or more to maintain soil moisture.  Vegetation maintenance activities will be completed during the ABB inactive season (approximately late September – early May) because these activities may cause take of ABBs during the active season.  Given the implementation of this minimization measure, the Service believes that no additional mitigation is necessary for post-construction, intermittent non-soil disturbing operations and maintenance (for example, mowing using tractor equipment or vehicle traffic along ROW) within ABB habitat.

43

FWS000752

9. Limit herbicide use

Removal of vegetation within ABB habitat may cause take of ABBs (Section 3.2.6). Herbicides necessary for vegetation maintenance or removal in areas already restored to ABB habitat (areas with temporary and permanent cover change impacts) must be applied by licensed applicators in accordance with label directions. Herbicides must be applied using methods that minimize spray drift. If broadcast application of herbicides is necessary for effective ROW vegetation control (e.g., in areas with dense stands of target woody plants and/or invasive forbs or grasses), application equipment must be equipped with spray nozzles designed to produce an herbicide spray pattern of uniform water droplet size and apply herbicides at a calibrated rate and at a set pattern on the ROW, thus ensuring precise application. Aerial broadcast application of herbicides cannot be used. Following complete restoration of ABB habitat, herbicides used for vegetation maintenance following construction may only be applied if vegetation can be maintained at a height of 8 inches or more (to maintain soil moisture). Large equipment and vehicles necessary for application of herbicides may only be used once in a given area during the ABB active season. Any additional use of herbicide during the ABB active season must be done by hand application instead of large equipment and vehicles.

10. Set aside topsoil for replacement following construction

Projects with temporary or permanent cover change impacts that require removal of top soil within occupied ABB habitat will set aside the top soil during construction activities for restoration following construction (see "Replacement of Top Soil" in Section 4.2.2.1).

## 4.2.2   Mitigation Measures

### 4.2.2.1 Post-construction Restoration for Temporary and Permanent Cover Change Impacts

Project proponents will implement the following measures for temporary and permanent cover change project impacts:

1. Replacement of Top Soil

During restoration of project areas within occupied ABB habitat that required top soil removal during project activities (as described above), top soil will be replaced at the original location.

44

2.   Relief of Soil Compaction

Immediately following Covered Activities that removed vegetation and compacted soils by the use of heavy equipment, and prior to vegetation re-establishment, the impacted area will be ripped to a depth of 24 inches (or to rock, if present, whichever is less), to relieve soil compaction at depths used by ABBs.  This effort will improve or enhance ABB habitat by making soils easier for ABBs to bury carrion or themselves.  This measure is not required for small project areas (such as maintenance work on a pipeline) where the use of tractors and ripping equipment would result in increasing the impact area.

3.   Re-Establishment of Vegetation

Following Covered Activities involving removal or killing of vegetation within a project area containing occupied ABB habitat prior to impacts, vegetation will be re-established with a native species composition similar to the surrounding area or, if requested by the landowner, the same vegetation type that existed prior to impacts.  Preference should be given to the establishment of native vegetation if the landowner does not have specific requests and restoration of native vegetation is feasible.  If construction/soil disturbance ends during the dormant vegetation season, bare soil will be temporarily stabilized if necessary to prevent erosion.  At the beginning of the next growing season (preferably prior to the start of the ABB active season in mid-late May), these areas will be re-established with vegetation.  Seeds used during vegetation re-establishment must be free of invasive species seeds.  Invasive species to be avoided are listed at ***http://ok-invasive-plant-council.org/images/OKinvasivespp.pdf***.  Where native vegetation restoration is appropriate and feasible, species composition of re-established vegetation will be based on the native plant communities described within the United States Department of Agriculture's Ecological Site Descriptions Datasets (USDA 2011), according to the location of each project site.

For an impact to be considered temporary, vegetation must be re-established to the original density (based on visual comparison of before/after photographs of the project area and comparison to adjacent undisturbed areas) within 5 years of the initial impact.  Vegetation re-established for permanent cover change impacts should be restored to the density of the grasslands or pastures nearest to the project area, preferably restored with native species.

4.   Inspection of Invasive Plant Species

Because vegetation composition may change the carrion base (small mammal and bird composition) of an area, Permittees will monitor project sites with temporary or permanent cover change impacts following post-construction restoration and document any invasive species (as

45

listed at ***http://ok-invasive-plant-council.org/images/OKinvasivespp.pdf***) in their annual reports during the 5-year restoration period.

4.2.2.2 Offsite Habitat Mitigation through Mitigation Lands for Temporary, Permanent Cover Change, and Permanent Impacts

This section describes how impacts to occupied ABB habitat will be offset through conservation and management of ABB habitat in perpetuity. Project proponents will mitigate temporary, permanent cover change, and permanent project impacts likely to result in take of ABBs (within occupied ABB habitat) using one of the three following options:

1. ***Individual- or Permittee-responsible for mitigation lands:*** These consist of mitigation lands established by the Permittee. Such mitigation tracts must be described in detail and included in the project description. Such lands must, to the maximum extent practicable, meet the minimum standards and other requirements described in Service guidelines, *American Burying Beetle Conservation Strategy for the Establishment, Management, and Operations of Mitigation Lands* found at ***http://www.fws.gov/southwest/es/oklahoma/ABBICP***. Also described in Service guidelines, conservation easements and agreements must be approved by the Service prior to any habitat impacts that could result in take of ABBs. The Permittee or their designee is responsible for ensuring the success of and managing the mitigation land in perpetuity, even if the project is finite in duration (refer to Service guidelines).

2. ***Conservation Banks***: Conservation banks are mitigation lands that are established by a Bank Sponsor. These sites are usually established to mitigate for the effects of multiple projects. By definition a Service-approved conservation bank meets the minimum standards and other requirements described in Service guidelines (*American Burying Beetle Conservation Strategy for the Establishment, Management, and Operations of Mitigation Lands* and *Guidance for the Establishment, Use, and Operation of Conservation Banks*, found at ***http://www.fws.gov/southwest/es/oklahoma/ABBICP***). Conservation banks are established through a conservation bank agreement with the Service and conservation easements for the bank must be approved by the Service. When a Permittee chooses to mitigate through the purchase of credits in a Service-approved conservation bank, the bank sponsor is responsible for ensuring the success of and managing the mitigation land in perpetuity upon sale of the credits. If a Permittee chooses this option, Permittee must purchase appropriate credits prior to any habitat impacts that could result in take of the ABB. Permittees can visit ***http://geo.usace.army.mil/ribits/index.html***, the Regulatory In-lieu Fee and Bank Information and Tracking System (RIBITS) for information on Service-approved conservation banks with available ABB credits.

46

FWS000755

3. ***Third party mitigation lands:*** These mitigation lands are usually established for a single project or project proponent rather than multiple projects or proponents as as conservation banks. Such lands and agreements must, to the maximum extent practicable, meet the minimum standards and other requirements described in Service guidelines, *American Burying Beetle Conservation Strategy for the Establishment, Management, and Operations of Mitigation Lands* found at ***http://www.fws.gov/southwest/es/oklahoma/ABBICP***. Conservation easements and agreements must be approved by the Service prior to any habitat impacts that could result in take of ABB. The mitigation land sponsor (landowner or easement holder) is responsible for and assumes liability for the success of and management of the approved mitigation land in perpetuity.

All mitigation proposals must, to the maximum extent practicable, meet the minimum standards and other requirements described in *American Burying Beetle Conservation Strategy for the Establishment, Management, and Operations of Mitigation Lands* found at ***http://www.fws.gov/southwest/es/oklahoma/ABBICP***.

4.2.2.3          Mitigation Ratios

Mitigation ratios are established to provide appropriate mitigation for the type, duration, and location of project-related impacts and related take or effects of take. These mitigation ratios (Table 3) are set to provide progressively more mitigation for progressively more severe levels of adverse effects or take.

Each acre of temporary impact ($\leq$5 years) occurring within the ABB range (but not within a CPA), would require 0.25 acres of mitigation (1:0.25 ratio). These mitigation ratios are the base rates for impacts within the ABB range (but not within a CPA) and increase based on location or duration. For example, the Service believes ABB Conservation Priority Areas (CPAs) contribute more towards ABB conservation compared to other areas within the species range, but not within the CPAs, and therefore the ratio for each acre of temporary impact within a CPA is one-half acre of mitigation (1:0.5). To mitigate for each acre of temporary impact within a conservation bank or on mitigation lands the mitigation ratio is 1:1.5.

Although the Service has defined impacts removing occupied ABB habitat for less than 5 years as a "temporary impact," these impacts cause take of ABBs that may negatively affect the ABB population in the area permanently. Loss of individuals and their potential offspring, even during a 5-year or less timeframe, reduces the number of ABBs in the area and may decrease genetic diversity of the population. Because the ABB is an annual species, and the offspring of one year overwinter to become the reproductive adults the following year, ABBs that are removed from the reproductive population will cause a temporary decrease in the overall

47

population. Therefore, the Service requires mitigation to be provided in perpetuity for these "temporary impacts" to habitat, though at a lower ratio than for "permanent impacts" to habitat.

Permanent cover change has additional impacts to ABBs compared to temporary impacts, and mitigation ratios for permanent cover change impacts are higher. For permanent cover change impacts occurring within the ABB range, 0.5 acres of mitigation will be required (1:0.5 ratio) for each acre of impact. The ratio for each acre of these impacts within a CPA is 1 acre of mitigation (1:1). To mitigate for each acre of permanent cover change impact on mitigation lands, the mitigation ratio is 1:2, which is the same as the ratio for impacts in a CPA, plus replacement for the acre of mitigation from prior projects that would be impacted by the action.

Permanent impacts to occupied ABB habitat have higher mitigation ratios (Table 3) because they are expected to result in the highest level of effects over the longest period of time. For permanent impacts (>5 years) occurring within the ABB range, 1 acre of mitigation will be required for each acre of impact (1:1 ratio). The ratio for each acre of permanent impact within a CPA is 2 acres of mitigation (1:2), and on mitigation lands, the mitigation ratio is 1:3, which is the same as the ratio for impacts in a CPA, plus replacement for the acre of mitigation from prior projects that would be impacted by the action. This will ensure that earlier mitigation is not lost to a new project, while recognizing an earlier established land-use right (i.e., mineral extraction).

Permittees will estimate which type of habitat impact will occur on each portion of the project area and mitigate appropriately, with Service approval, prior to any ground-disturbing activities likely to result in take of ABBs in occupied ABB habitat. Permittees estimating permanent impacts will mitigate at the permanent ratio prior to impacts. No additional post-construction restoration measures are required for areas mitigated under the permanent mitigation ratio.

Permittees estimating temporary or permanent cover change impacts within all or part of their project area will mitigate with appropriate ratios prior to impacts and document the impact start date (the date impacts to occupied ABB habitat began). All areas mitigated as temporary or permanent cover change impacts must implement post-construction restoration measures described in 4.2.2.1 and these areas must be restored to a condition suitable for ABB use within 5 years of the impact start date. Permittees will include information about restoration methods within their annual reports (described in Section 7.3). When a Permittee has restored these areas, they will submit their restoration report to the Service (part of the requirements of reporting described in Section 7.3 below). All take of ABBs occurring on that project site prior to restoration following the initial impact (not to exceed 5 years) does not require any additional mitigation (habitat mitigation through provision of mitigation lands or conservation bank credits). Following restoration to ABB habitat, all future impacts to the then-restored ABB habitat will be considered a new impact and will require additional minimization and mitigation measures to be considered covered under this ICP.

48

If the area has not become suitable for ABB use within 5 years following the temporary or permanent cover change impact start date, Permittees must provide additional mitigation prior to the end of the 5 year period, since the impact was actually permanent instead of temporary or permanent cover change. The amount of additional mitigation required is the difference between the amount of mitigation required for a permanent impact and the amount of mitigation that a Permittee previously secured as a temporary or a permanent cover change impact.

**Table 3. Mitigation Ratios for ICP Planning Area. Ratios = acres of impact : acres of mitigation.**

| | AREAS OF IMPACT | | |
|---|---|---|---|
| IMPACT PERIOD | ABB RANGE (BUT NOT WITHIN CPA) | CONSERVATION PRIORITY AREA | MITIGATION LAND |
| TEMPORARY | 1:0.25 | 1:0.5 | 1:1.5* |
| PERMANENT COVER CHANGE | 1:0.5 | 1:1 | 1:2* |
| PERMANENT | 1:1 | 1:2 | 1:3* |
| *MITIGATION LAND ratio is equal to the CPA ratio plus the mitigation acre(s) lost. | | | |

4.2.2.4        Location of Offsite Mitigation

All offsite mitigation provided for the ABB under this ICP must be within an ABB CPA (see Section 3.1.7 and Figure 2). The location of the impacts determines which CPA polygon the mitigation should occur in by Service Area. The Service Area of any mitigation land defines the area in which mitigation lands and conservation bank credits may be used to offset project impacts. There are two Service Areas within the ABB Range in Oklahoma (Figure 3), dividing the northern and southern portions of the ABBs Oklahoma range. The Service delineated these Service Areas to encourage development of mitigation lands in appropriate portions of the ABB range in Oklahoma. For example, although the North Service Area appears to include a relatively isolated area of ABB habitat within Oklahoma (based on current survey information), it is contiguous with the Kansas ABB metapopulation and therefore may be important to ABB recovery.

Project impacts must be mitigated within the Service Area in which the impacts occur, unless the Permittee receives written Service approval to mitigate outside of the Service Area where impacts occur. If a Permittee chooses to provide mitigation through the conservation bank option, credits can be purchased at any conservation bank within the Service Area in which the impacts occur.

49

If project impacts occur in more than one Service Area, the Service may require split mitigation, based on the percentage of impacts to each area (e.g., if 70 percent of the impacts occur within the North Service Area, then 70 percent of the mitigation should occur within the North Service Area).

## 4.3      Monitoring

### 4.3.1    Compliance Monitoring

Compliance monitoring verifies that Permittees are fully implementing the ICP and meeting terms and conditions of their Permit(s).  Compliance monitoring requires that the Permittee prepare and submit an annual report for Service review and comment.  Annual report requirements are further described in Section 7.3.  Failure to comply with Permit terms and conditions or failure to implement activities prescribed in this ICP may result in suspension or revocation of the Permit (50 CFR 13.27 & 13.28).  Violations of Permit terms and conditions that contribute to a violation of the ESA could also subject Permittees to criminal or civil penalties.



Figure 3.  Service Areas and Conservation Priority Areas for the ABB within the ICP Planning Area.

50

Acceptance of a Permit documents the Permittee's acknowledgment of various requirements, including the obligation to allow Service staff, or other persons designated by the Service, to access, with 3-day notice, the property at any reasonable hour for the purpose of conducting compliance inspections (50 CFR 13.47).

4.3.2    Biological/Effectiveness Monitoring

Biological/Effectiveness monitoring relies on sound scientific principles and provides data used to assess whether the conservation program is working as anticipated.  Monitoring will provide the scientific data necessary to evaluate the success of the ICP in meeting the Biological Goals and Objectives described in Section 4.1.

Impacts of the taking resulting from projects participating through this ICP may be mitigated by Permittees, or by acquiring conservation credits from an authorized ABB habitat conservation bank.  Biological/effectiveness monitoring requirements are further described in *American Burying Beetle Conservation Strategy for the Establishment, Management, and Operations of Mitigation Lands*.  Permittees are responsible for management, monitoring, and reporting the biological/effectiveness on those mitigation lands for which the Permittee is responsible (refer to American Burying Beetle Conservation Strategy for the Establishment, Management, and Operations of Mitigation Lands for reporting requirements associated with mitigation lands).  Management, monitoring, and reporting the biological/effectiveness on Conservation Banks or other third party mitigation lands is the responsibility of the banker or third party, respectively.

Other than the biological/effectiveness monitoring that is being conducted on the mitigation lands, the Service will monitor and evaluate biological effectiveness of the ICP through review of annual reports and ABB presence/absence surveys.  Each Permittee will allow Service staff, or other persons designated by the Service, to access the property at any reasonable hour for the purpose of monitoring ABB populations or  trapping ABBs (50 CFR 13.47).  Permittees will monitor restoration on project sites with temporary impacts to ensure that restoration goals are achieved.  Results will be included in their annual reports and restoration report described in Section 7.3.

## 4.4    ADAPTIVE MANAGEMENT

Service policy (65 CFR 35242) defines adaptive management as a formal, structured approach for addressing the uncertainty inherent in all natural systems.  It involves examining alternative strategies for meeting measurable biological goals and objectives, and then, if necessary, adjusting future conservation, management, monitoring, or mitigation actions based upon what is learned.  Adaptive management plans are required for HCPs where there is substantial uncertainty regarding the effects of the action on the covered species or the efficacy of

51

minimization and mitigation measures.  The adaptive management program identifies the
potential need for modification of the Plan and uses research as an on-going feedback loop for
continuous improvement.  It should also identify triggers for certain responses and incorporate
those triggers and responses into HCP implementation.  If desired results are not being achieved,
adjustments can be made to increase the HCP's implementation effectiveness.

Minimization and mitigation actions prescribed in this ICP will be monitored and analyzed to
determine whether they are producing the anticipated results.  If the desired results are not being
achieved, adjustments based on monitoring and the analysis of monitoring results can be made to
increase their effectiveness.

### 4.4.1    Adaptive Management Actions

The conservation actions described in this ICP are intended to mitigate for the impacts of the
taking of the ABB resulting from Covered Activities.  Management plans developed for
mitigation lands (Permittee-responsible mitigation lands, conservation banks, and third party
mitigation lands) incorporate adaptive management principles that provide flexibility to
accommodate needed changes to achieve established biological goals and objectives as described
in the *American Burying Beetle Conservation Strategy for the Establishment, Management, and
Operations of Mitigation Lands*.

Adaptive management may include, but may not be limited to, periodic evaluation of the
Service's protocol for ABB surveys, habitat delineation, ABB range, and ABB CPAs.

### 5.0      CHANGED AND UNFORESEEN CIRCUMSTANCES

The No Surprises Rule provides assurances to Permittees that no additional commitments of
land, water, or financial compensation will be required for species adequately covered by the
Permit under a properly implemented conservation plan without the consent of the Permittee (63
FR 8859).  Regulations from 50 CFR § 17.22 (b)(5) related to no surprises, changed
circumstances, and unforeseen circumstances state:

(i) *Changed circumstances provided for in the plan.*  If additional conservation and mitigation
measures are deemed necessary to respond to changed circumstances and were provided for in
the plan's operating conservation program, the permittee will implement the measures specified
in the plan.

(ii) *Changed circumstances not provided for in the plan.*  Unforeseen circumstances are "changes
in circumstances affecting a species or geographic area covered by a conservation plan that could
not reasonably have been anticipated by plan developers or the Service at the time of the
conservation plan's negotiation and development, and that result in a substantial and adverse
change in the status of the covered species" (50 CFR 17.3).

52

## 5.1 Changed Circumstances Provided for in the ICP

The Service defines "changed circumstances" as "changes in circumstances affecting a species or geographic area covered by a conservation plan or agreement that can reasonably be anticipated by plan or agreement developers and the Service and that can be planned for (e.g., the listing of new species, or a fire or other natural catastrophic event in areas prone to such events)" (50 CFR § 17.3). If such changed circumstances occur during the term of the Permit, the Permittee is obligated to implement the additional conservation measures specified in the plan (50 CFR § 17.22(b)(5)(i)).

### 5.1.1 Assumptions Used to Develop the ICP are Incorrect

The Service, using the best available science, identifies the following assumptions within this ICP and potential Permittee responses to new information.

**Assumption 1:** ABB CPAs are the areas of higher ABB presence

**Permittee Response to Assumption 1:** The Service currently anticipates re-analyzing CPAs every three years. If research indicates that areas not selected as a CPA have high ABB numbers or if current CPAs are found to have low ABB numbers, the methods used to select CPAs will be re-evaluated during the process, potentially expanding, contracting, or shifting ABB CPAs. Following re-evaluation of CPAs, Permittees will mitigate appropriately for new impacts based on the location of project impacts, according to the latest CPA delineation method. If impacts have occurred, but restoration of temporary or permanent cover change impacts is not complete, the new CPA boundaries will not apply to the area previously impacted and additional mitigation credits will not be required.

**Assumption 2:** ABB *"Areas unfavorable for ABB use" are correct*

**Permittee Response to Assumption 2:** If research indicates that ABBs use areas described in "Areas unfavorable for ABB use," in the *ABB Impact Assessment for Project Reviews* those habitat types would be removed from the list and Permittees would need to consider these areas as ABB habitat when evaluating impacts for new projects and mitigate appropriately in occupied areas. If research indicates that ABBs avoid areas that are not currently described in "Areas unfavorable for ABB use," those areas would be added to the list and Permittees would no longer need to consider those areas as ABB habitat when evaluating impacts and mitigation in those areas would no longer be required.

53

**Assumption 3:** *Areas with "temporary impacts" or "permanent cover change impacts" become suitable for ABB use within 5 years of disturbance*

**Permittee Response to Assumption 3:** If research indicates that all or specific impacts to the ABB cannot be considered temporary or a permanent cover change because habitat does not become suitable for the ABB use within 5 years of disturbance, Permittees must increase mitigation ratios for all such impacts that would have previously been considered "temporary" or "permanent cover change" to the ratio for "permanent."

**Assumption 4:** *Vehicle use, tractor equipment, and implements used to maintain vegetation and inspect ROWs, when conducted during the ABB inactive season, and while maintaining vegetation at 8 inches or higher does not cause additional take of ABBs.*

**Permittee Response to Assumption 4:** If research indicates that tractor equipment in certain soil types with certain conditions would cause permanent removal of occupied ABB habitat, Permittees must use the mitigation ratio for "permanent" in areas with these soil types and/or conditions that require the use of tractor equipment for new or ongoing impacts.

**Assumption 5:** *Herbicides, if used as directed on the label and according to recommended minimization measures, would not cause additional take of the ABB.*

**Potential Permittee Response to Assumption 5:** If research indicates that a specific herbicide (or combination of herbicides) causes injury or mortality of ABBs, Permittees may no longer be allowed to use the herbicide (or specific combinations of them) within occupied ABB habitat.

**Assumption 6:** *Light sources that cannot be blocked, down-shielded, or use sodium vapor lights (examples include drilling rigs, some flares, and communication towers) do not attract and cause take of ABBs in habitat other than within the impacted, mitigated area.*

**Potential Permittee Response to Assumption 6:** If research indicates that light attracts and causes take of ABBs from outside of the area already impacted and mitigated, Permittees requiring light sources must appropriately mitigate (as based on research outcome) the area within the range of attraction to the ABB for new or ongoing activities requiring these light sources.

5.1.2    Fire, Flood, Drought, and Tornadoes

Restored ABB habitat (i.e., project areas with temporary impacts that have implemented restoration methods to restore ABB habitat as described in Section 4.2.2.1) may experience fire, flooding, or tornado impacts during the term of the ICP.

FWS000763

In the event that fire caused by a Permittee's activities substantially decreases the success of restoration and vegetation re-establishment efforts within 5 years of the impact start date, additional restoration actions will be repeated as necessary to restore ABB habitat within these areas within 5 years from the initial impact. If ABB habitat cannot be restored within 5 years of the initial impact due to the fire, Permittees will increase mitigation ratios for these areas to be equivalent to ratios for permanent impacts.

If natural events, such as fire, flood, drought, or tornados substantially decrease the success of restoration and vegetation re-establishment efforts, restoration actions will be repeated as necessary to restore ABB habitat in these areas within 5 years of the natural event, or the Permittees will increase mitigation ratios for these areas to be equivalent to ratios for permanent impacts.

If natural events impact project areas that had already been fully restored to ABB habitat (original density and distribution of vegetation based on visual comparison of before/after photographs of the project area and comparison to adjacent areas undisturbed by a Permittee's activities), no additional restoration or vegetation re-establishment efforts would be necessary.

If emergency operation and maintenance repairs are necessary to address the impacts of these events, such activities will be addressed as described in the "Emergency Repairs requiring Habitat Clearing" section below.

### 5.1.3    Delisting During Permit Term

If the ABB is delisted during the term of the Permit, it is expected that such delisting would be made partly in response to mitigation actions by the Permittees. Consequently, the Permittees may not seek any mitigation funding refund, and operation and maintenance of any established mitigation lands would continue into perpetuity. However, delisting would remove the prohibition for new project-related incidental take to occur, so restrictions related to future operation and maintenance activities within ABB habitat would no longer apply. Permittees may choose to continue implementation of these conservation measures to reduce threats to the species, especially during the Service's required 5-year post delisting monitoring of the species' status.

### 5.1.4    Potential Effects to Newly Listed Species or Critical Habitat

In the event that a species becomes listed under the ESA and may be affected by Covered Activities, the Service will determine whether current conservation measures in the ICP are sufficient to avoid take of the newly listed species. If not, the Service will work with Permittees to identify measures necessary to achieve avoidance of take. Permittees will implement these

55

measures until the Service notifies the Permittee that such measures are no longer necessary or the Permittee develops their own HCP and acquires a Permit for take of that species.

## 5.1.5   Emergency Repairs Requiring Habitat Clearing

Emergency repair situations may occur and could represent a changed circumstance.  Damage to existing and future facilities caused by weather, degradation or malfunction of equipment, or other factors may require emergency repairs (not including spills).  It is possible that damaged project materials or emergency repair operations could necessitate activities that may impact occupied ABB habitat.

Quick action to repair damaged or threatened equipment may be necessary to protect the safety of people and property in the vicinity of existing and future facilities.  As such, the Permittees may conduct any emergency repairs or emergency maintenance on existing and future facilities as needed without prior notification to the Service.  However, cases where these impacts are not covered by an approved IPP (see Section 7.0 below), the Permittee will notify (by e-mail to *ABB_ICP@fws.gov*) the Service within 7 days of performance of the impacting activity that occurs in known or potential habitat for the ABB.

Upon notification, the Service will determine whether the activity resulted in a changed circumstance with respect to the ABB.  If the Service determines that a changed circumstance has occurred, the following measures will be implemented:

- The Service, in cooperation with the Permittee, will determine the amount of negative impacts that rise to the level of take of the ABB resulting from the changed circumstance, based on the best available information.

- The Service will determine whether additional mitigation is needed to offset any negative impacts that rise to the level of take of ABB because of the changed circumstance. Permittees will provide mitigation to adequately cover impacts to ABB habitat.

## 5.1.6   Covered Species Adversely Affected by Invasive Species

If the Service determines that invasive species of plants or animals are adversely affecting the ABB to a degree not contemplated in the ICP within project areas that have been restored to ABB habitat as described in Section 4.2.2.1, Permittees will work with the Service to develop and implement an invasive species control plan for new projects and operation and maintenance activities, if appropriate (as determined by the Service).  Such a plan might include modification of methods use for vegetation management (i.e., cleaning equipment to reduce spread of invasive

56

species) or capture or destruction of the invasive species through mechanical, biological, and in carefully limited circumstances, chemical measures.

### 5.1.7    ABB Range Expansion within the Planning Area

Although the Service does not currently consider Cleveland and Noble counties in Oklahoma to be a part of the current ABB range, the Service has included these counties within the Planning Area for several reasons.  These counties are adjacent to counties within the ABB range that have documented ABB occurrence and habitat.  The Service believes these counties may also contain potential habitat for the ABB.  Additionally, these counties have not currently been widely surveyed for the ABB.

In addition to Cleveland and Noble counties, the Service believes there is potential for the ABB range to expand within counties on the western boundary of the current ABB range.  Current ABB range exists in portions, but not the entirety, of Carter, Creek, Garvin, Kay, Lincoln, Love, McClain, Murray, Osage, Pawnee, Payne, and Pottawatomie counties in Oklahoma.

Therefore, the Service anticipates that ABBs may be found in these counties in the future.  To prevent delays caused by the need to amend the ICP before Permittees can apply for take coverage for Covered Activities in these counties, the Service is including Cleveland and Noble counties and all portions of Carter, Creek, Garvin, Kay, Lincoln, Love, McClain, Murray, Osage, Pawnee, Payne, and Pottawatomie counties in the Planning Area at this time.

If ABBs are documented in these counties during the ICP duration and the Service adds these counties to the ABB species range, Permittees will implement ABB minimization and mitigation measures in these counties according to their Permit Terms and Conditions in order to receive take coverage for Covered Activities in these areas.  Permittees will revisit the Service's Information, Planning, and Conservation (IPaC) website at ***http://ecos.fws.gov/ipac/*** within 90 days of beginning a project (as identified in Step 5 of the *Eligibility Determination for ABB ICP*) to ensure species information is correct.  Results from IPaC are considered valid for 90 days.

### 5.1.8    Permittee Unable to Implement Minimization or Post-Construction Restoration Measures

If Permittees are unable to follow required Minimization Measures described in Section 4.2.1 and the post-construction restoration measures (for temporary or permanent cover change impacts) described in Section 4.2.2.1, additional measures must be implemented, as described below.

57

**Minimization Measure:** *Reduce erosion and increase soil stabilization*

If erosion control measures do not perform as intended and wash sediment into or disturb additional soil outside of the original project footprint, the project area must be expanded to include the additional ABB habitat that is impacted.  Mitigation is required for these areas with impacts to occupied ABB habitat (temporary ratio if areas have not become suitable for ABB use within 5 years, permanent ratio if area is not restored to ABB habitat within 5 years).

**Minimization Measure:** *Limit disturbance from vegetation maintenance*

If a Permittee is unable to implement the vegetation maintenance minimization measure (as described in #8 in Section 4.2.2.1) additional mitigation must be provided to adequately cover impacts (temporary ratio if areas are restored to ABB habitat within 5 years, permanent ratio if area has not become suitable for ABB use within 5 years).

**Post-Construction Restoration Measures:** *Replacement of top soil, relief of soil compaction, and re-establishment of vegetation*

If a Permittee is unable to successfully implement any or all of the applicable post-construction restoration measures described in Section 4.2.2.1 (replacement of top soil, relief of soil compaction, re-establishment of vegetation, or inspection of invasive species) for "temporary" or "permanent cover change" impacts (for example, has not become suitable for ABB use within 5 years, landowner requests land is converted to a land cover that is unfavorable for ABB use, top soil cannot be replaced), these impacts must instead be considered a "permanent" impact. Additional mitigation must be provided to adequately cover "permanent" impacts prior to the 5 year anniversary of the initial impacts.

5.1.9    New Scientific or Commercial Data Related to Reference Documents

The information contained in reference documents on the website at ***http://www.fws.gov/southwest/es/oklahoma/ABBICP*** of the ICP is based on the best scientific and commercial data available at the time of its development.  It is possible that new scientific and commercial data may become available, which could result in updates to survey protocols, species range, CPAs, and ABB habitat delineation.  Following any changes and any required public notice, all Permits issued under the ICP will follow the updated reference documents.

**5.2      Changed Circumstances Not Provided for in the ICP**

If the Service determines that additional conservation and mitigation measures are deemed necessary to respond to changed circumstances and such measures were not provided for in the

58

plan's operating conservation program, the Service will not require any conservation and mitigation measures in addition to those provided for in the plan without consent of the permittee, provided the plan is being properly implemented.

## 5.3     Unforeseen Circumstances

Unforeseen circumstances are "changes in circumstances affecting a species or geographic area covered by a conservation plan that could not reasonably have been anticipated by plan developers or the Service at the time of the conservation plan's negotiation and development, and that result in a substantial and adverse change in the status of the covered species" (50 CFR 17.3).

From 50 CFR § 17.22 (b)(5) (iii) *Unforeseen circumstances.*

> (A) In negotiating unforeseen circumstances, the Director will not require the commitment of additional land, water, or financial compensation or additional restrictions on the use of land, water, or other natural resources beyond the level otherwise agreed upon for the species covered by the conservation plan without the consent of the permittee.

> (B) If additional conservation and mitigation measures are deemed necessary to respond to unforeseen circumstances, the Director may require additional measures of the permittee where the conservation plan is being properly implemented, but only if such measures are limited to modifications within conserved habitat areas, if any, or to the conservation plan's operating conservation program for the affected species, and maintain the original terms of the conservation plan to the maximum extent possible. Additional conservation and mitigation measures will not involve the commitment of additional land, water or financial compensation or additional restrictions on the use of land, water, or other natural resources otherwise available for development or use under the original terms of the conservation plan without the consent of the permittee.

> (C) The Director will have the burden of demonstrating that unforeseen circumstances exist, using the best scientific and commercial data available. These findings must be clearly documented and based upon reliable technical information regarding the status and habitat requirements of the affected species. The Director will consider, but not be limited to, the following factors:

>> (*1*) Size of the current range of the affected species;
>> (*2*) Percentage of range adversely affected by the conservation plan;
>> (*3*) Percentage of range conserved by the conservation plan;
>> (*4*) Ecological significance of that portion of the range affected by the conservation plan;
>> (*5*) Level of knowledge about the affected species and the degree of specificity of the species' conservation program under the conservation plan; and

59

FWS000768

(*6*) Whether failure to adopt additional conservation measures would appreciably reduce the likelihood of survival and recovery of the affected species in the wild.

In the case of an unforeseen circumstance, the Service, any Federal, state, or local government agency, nongovernment organization, or private entity may take any actions necessary in order to conserve a species, as long as the actions are at the expense of that entity.

In the event of an unforeseen circumstance, the Service will provide at least a 30-day notice of a proposed finding of unforeseen circumstances to Permittees and will work with Permittees to develop an appropriate response to the new conditions.  Permittees will have the opportunity to submit information to rebut the proposed finding, if it deems necessary.

## 6.0    FUNDING

Section 10(a)(2)(A)(ii) of the ESA requires that Permittees must specify the funding that will be available to implement actions that will be enacted to minimize and mitigate the impacts of the taking.  The ESA also requires that the Service must find that "the applicant will ensure that adequate funding for the plan will be provided" (Section 10(a)(2)(B)(iii)).

Permittees must therefore demonstrate adequate funding sources to fully implement the actions described in the ICP and the terms and conditions of the Permit.  Expenses related to these activities are the sole responsibility of the Permittee.  Failure to demonstrate appropriate funding prior to IPP approval (discussed below in Section 7.0) or to meet funding obligations after the Permit is issued and IPPs are approved, may be grounds for denying IPPs for future projects or revoking or suspending an existing Permit, respectively.  Permittees unable to meet the financial requirements described here may not meet qualifications for approval of IPPs and should contact the Service for additional guidance or potential approval of alternative funding mechanisms.

*Funding for Off-Site Mitigation*

Mitigation requirements for each Permittee's anticipated Covered Activities will be estimated during the IPP review process.  If conservation banks are the selected mitigation method, documentation of credit purchase or reservation agreements must be provided to the Service prior to IPP approval.  If Permittee-responsible or third party mitigation lands are the selected mitigation method, these lands must be acquired, have established endowments and completed management plans, and be approved by the Service prior to any impacts that may result in take, as described in *American Burying Beetle Conservation Strategy for the Establishment, Management, and Operations of Mitigation Lands* found on the Service's website (***http://www.fws.gov/southwest/es/Oklahoma/ABBICP***).

60

Funding obligations are directly related to the mitigation option(s) selected by the applicant, as described in *American Burying Beetle Conservation Strategy for the Establishment, Management, and Operations of Mitigation Lands*.  If a Permittee chooses to fulfill mitigation requirements through the purchase of credits from a Service-approved conservation bank, the conservation bank will be responsible for the management of the mitigation lands secured through the purchase of bank credits.  If a Permittee elects to fulfill mitigation obligations through Permittee-responsible or third party mitigation lands, all management responsibilities, including adaptive management procedures associated with those lands, must be fully funded and managed by the Permittee or designated third party entity, respectively.

*Funding for Full Implementation of the ICP, Including Changed Circumstances and Post-Construction Restoration*

Permittees must demonstrate funding assurances for full implementation of the ICP, including implementation of changed circumstances and restoration of areas with temporary or permanent cover change impacts.  Funding required under ESA § 10(a)(2)(B)(iii) may be assured through one of the following options:

**a) Financial Test and Corporate Guarantee:**

(1) Permittees may satisfy the funding requirements of this section by demonstrating that they pass a financial test as specified in this paragraph.  To pass this test Permittees must meet the criteria of either paragraph (i) or (ii) of this section and submit documentation of this information (signed by a corporate officer such as the CEO or Budget and Finance officer) to the Service with their IPP:

(i) The Permittee must have:
    (A) Two of the following three ratios: a ratio of total liabilities to net worth less than 2.0; a ratio of the sum of net income plus depreciation, depletion, and amortization to total liabilities greater than 0.1; and a ratio of current assets to current liabilities greater than 1.5; and
    (B) Net working capital and tangible net worth each at least six times the sum of the current ICP implementation cost estimates (including mitigation and Changed Circumstances), and
    (C) Tangible net worth of at least $10 million; and
    (D) Assets located in the United States amounting to at least 90 percent of total assets or at least six times the sum of the current ICP implementation cost estimates.

OR

61

(ii) The Permittee must have:

(A) A current rating for its most recent bond issuance of AAA, AA, A, or BBB as issued by Standard and Poor's or AAA, AA, A, or BAA as issued by Moody's; and

(B) Tangible net worth at least six times the sum of the current ICP implementation cost estimates; and

(C) Tangible net worth of at least $10 million; and

(D) Assets located in the United States amounting to at least 90 percent of total assets or at least six times the sum of the current ICP implementation cost estimates.

## b) Letter of Credit

(1) A Permittee may satisfy the requirements of this section by obtaining an irrevocable standby letter of credit which conforms to the requirements of this paragraph and submitting the letter to the Service prior to IPP approval. The letter of credit must be effective before initiation of any impacts that may result in take of the ABB. The issuing institution must be an entity which has the authority to issue letters of credit and whose letter-of-credit operations are regulated and examined by a Federal or State agency.

(2) A Permittee who uses a letter of credit to satisfy the requirements of this section must also establish a standby trust fund. Under the terms of the bond, all payments made thereunder will be deposited by the surety directly into the standby trust fund and must be reported to the Service.

(3) The letter of credit must be accompanied by a letter from the Permittee referring to the letter of credit by number, issuing institution, and date, and providing the following information: the Permit Number, name, and address of the Permittee, and the *Estimate of ICP Implementation Costs* (***http://www.fws.gov/southwest/es/oklahoma/ABBICP***) assured by the letter of credit.

(4) The letter of credit must be irrevocable and issued for the Permit duration.

(5) The letter of credit must be issued in an amount at least equal to the amount estimated in the *Estimate of ICP Implementation Costs* document**.**

## c) Trust Fund

(1) A Permittee may satisfy the requirements of this section by establishing a trust fund which conforms to the requirements of this ICP, the terms and conditions of any Permit issued under this ICP, the *Estimate of ICP Implementation Costs*, and submitting an originally signed duplicate of the trust agreement to the Service with their IPP.

FWS000771

(2) Deposits into the trust fund must be made annually over the term of the ICP Permit or over the remaining operating life of the Permit; this period is hereafter referred to as the "deposit period." The deposit into the trust fund must be reported to the Service and made as follows:

> (i)  The first deposit must be made before any impacts to ABB habitat that may result in take of the ABB.  The first payment must be at least equal to the *Estimate of ICP Implementation Costs*, divided by the number of years in the deposit period. Subsequent deposits must be made no later than 30 days after each anniversary date of the first deposit.
>
> (ii) If a Permittee establishes a trust fund and the value of that trust fund is less than the *Estimate of ICP Implementation Costs* when an IPP is approved, the ICP implementation cost estimate amount must be fully funded over the deposit period as defined above. Deposits must continue to be made no later than 30 days after each anniversary date of the first deposit throughout the term of the ICP and Permit.

(3) The Permittee may accelerate deposits into the trust fund or may deposit an amount equal to the *Estimate of ICP Implementation Costs* at any time once the fund is established.

## d) Surety Bond

(1) A Permittee may satisfy the requirements of this section by obtaining a surety bond which conforms to the requirements of this ICP, the terms and conditions of any Permit issued under this ICP, and the *Estimate of ICP Implementation Costs* and submitting the bond to the Service with their IPP.  The bond must be effective before IPP approval. The surety company issuing the bond must, at a minimum, be among those listed as acceptable sureties on Federal bonds in Circular 570 of the U.S. Department of the Treasury.

(2) The Permittee who uses a surety bond to satisfy the requirements of this section must also establish a standby trust fund.  Under the terms of the bond, all deposits made thereunder will be deposited by the surety directly into the standby trust fund and must be reported to the Service.  An originally signed duplicate of the trust agreement must be submitted to the Service with the surety bond.

(3) The bond must guarantee that the Permittee will fund the standby trust fund in an amount equal to the *Estimate of ICP Implementation Costs* and sum of the bond before any impacts under the ICP that may result in take of the ABB.

(4) Under the terms of the bond, the surety will become liable on the bond obligation if the Permittee fails to perform as guaranteed by the bond.

FWS000772

(5) The sum of the bond must be in an amount at least equal to the *Estimate of ICP Implementation Costs*.

**e) Performance Bond**

(1) A Permittee may satisfy the requirements of this section by obtaining a performance bond which conforms to the requirements of this ICP, the terms and conditions of any Permit issued under this ICP, the *Estimate of ICP Implementation Costs,* and submitting the bond to the Service with their IPP.  The bond must be effective before IPP approval. The company issuing the bond must, at a minimum, be among those listed as acceptable sureties on Federal bonds in Circular 570 of the U.S. Department of the Treasury.

(2) The Permittee who uses a performance bond to satisfy the requirements of this section must also establish a standby trust fund.  Under the terms of the bond, all deposits made thereunder will be deposited by the surety directly into the standby trust fund and must be reported to the Service.  An originally signed duplicate of the trust agreement must be submitted to the Service with the performance bond.

(3) The bond must guarantee that the Permittee will fund the standby trust fund in an amount equal to the *Estimate of ICP Implementation Costs* and sum of the bond before any impacts under the ICP that may result in take of the ABB.

(4) Under the terms of the bond, the surety will become liable on the bond obligation if the Permittee fails to perform as guaranteed by the bond.

(5) The sum of the bond must be in an amount at least equal to the *Estimate of ICP Implementation Costs*.

**f) Insurance**

(1) A Permittee may satisfy the requirements of this section by obtaining insurance which conforms to the requirements of this paragraph and submitting a certificate of such insurance to the Service with their IPP.  The insurance must be effective before any impacts that may result in take of the ABB.  At a minimum, the insurer must be licensed to transact the business of insurance, or eligible to provide insurance as an excess or surplus lines insurer, in one or more States.

(2) The insurance policy must be issued for a face amount at least equal to the current *Estimate of ICP Implementation Costs*.  The term "face amount" means the total amount the insurer is obligated to pay under the policy. Actual payments by the insurer will not change

64

the face amount, although the insurer's future liability will be lowered by the amount of the payments.

(3) The insurance policy must guarantee that funds equal to the *Estimate of ICP Implementation Costs* will be available to provide implementation of the Permit. The policy must also guarantee that once Permit is issued, the insurer will be responsible for paying out funds, up to an amount equal to the face amount of the policy, upon the direction of the Service, to such party or parties as the Service specifies.

(4) The Permittee must maintain the policy in full force and effect until the Service consents to termination of the policy by the Permittee. Failure to pay the premium, without substitution of alternate financial assurance as specified in this section, may constitute a violation of the Permit, warranting such remedy as the Service deems necessary.

(5) Each policy must contain a provision allowing assignment of the policy to a successor Permitee. Such assignment may be conditional upon consent of the insurer, provided such consent is not unreasonably refused.

(6) The policy must provide that the insurer may not cancel, terminate, or fail to renew the policy except for failure to pay the premium. The automatic renewal of the policy must, at a minimum, provide the insured with the option of renewal at the face amount of the expiring policy. If there is a failure to pay the premium, the insurer may elect to cancel, terminate, or fail to renew the policy by sending notice by certified mail to the Permittee and the Service. Cancellation, termination, or failure to renew may not occur, however, during the 120 days beginning with the date of receipt of the notice by both the Service and the Permittee, as evidenced by the return receipts.

## 7.0    PERMIT PROCESSING AND IMPLEMENTATION

To receive a Permit under the ICP, project proponents must submit a Permit application. The application and potential receipt of a Permit through the ICP is the first step of the approval process.

## 7.1    Permit Application Process

This section describes the Permit application process and provides information on the development and submission of the following items:

- A 3-200-56 *Federal Fish and Wildlife Permit Application Form* found on our website at ***http://www.fws.gov/permits/*** (including supplementary information requested in

65

the Permit application form: total number of acres, covered activities requested under the Permit, etc.);

- Application Processing Fee;
- A copy of the ABB ICP Eligibility Determination document
  - Project proponents interested in applying for a Permit must complete the Eligibility Determination document. This document can assist potential applicants with determining whether their project, or projects, may be eligible for a Permit under this ICP. If a proposed project is determined to not be eligible to participate through the ICP, the Eligibility Determination document provides recommendations intended to assist project proponents identify alternate processes that can help them achieve compliance with the ESA. If project proponents determine that their project, or projects, may be eligible for coverage they may seek Permit issuance through the application process.
- General map and counties included within the requested Permit coverage area (location of impacts, if known by Permit applicant, but may be the entire Planning Area if the applicant desires).

These items are located on our website at *www.fws.gov/southwest/es/oklahoma/ABBICP*.

The total number of acres requested by the applicant within the Permit Application may either be a specific number (if known) or the total amount of take allowed within the ICP (32,234 acres). All Permits issued without a specific amount of take will state that take of "up to 32,234 acres" may be allowed through the Permit.

The Service will track the amount of take used under the ICP through the approval of IPPs (approval process described below). If the total take approved in IPPs reaches the total take analyzed under this ICP (32,234 acres), no additional IPPs will be approved by the Service (unless the total take for the ICP is amended as described in Section 7.4).

The total amount of take approved by the Service in IPPs and the amount of take remaining within the ICP will be posted on the Service's website, *http://www.fws.gov/southwest/es/oklahoma/ABBICP.* The amount of take will be updated following each approval of an IPP.

*Permit Application Submission*

Permit applications (with original signatures in blue ink), all associated information described above (and in the application instructions), and the processing fee must be submitted to the Service's Regional Office, Endangered Species Division—Environmental Review, Section 10 Permits, Room 6064, P.O. Box 1306, Albuquerque, NM 87103. For

66

JA-235

faster processing, Applicants may also submit an electronic copy of the application by e-mail to **FW2_HCP_Permits@fws.gov** with the subject heading "ICP Application – Company Name."

## 7.2    Permit Implementation

Once a Permit is issued, the Permittee will be responsible for:

    1) Fully implementing the actions described in this ICP;

    2) Complying with all terms and conditions of the Permit;

    3) Submitting Individual Project Packages (IPPs) and ensuring Service approval prior to initiation of impacts;

    4) Ensuring that minimization measures are implemented and that adequate mitigation is in place before corresponding take occurs;

    5) Monitoring and tracking their total take and impacts to occupied ABB habitat; and

    6) Reporting occupied ABB habitat impacts and mitigation on an annual basis.

### 7.2.1   Individual Project Package Process

Following the receipt of a Permit under the ICP, Permittees are required to submit Individual Project Packages (IPPs) for Covered Activities within occupied ABB habitat occurring in the area covered by the Permit. These IPPs must be approved by the Service under the issued Permit prior to initiation of impacts. Permittees must submit IPPs electronically by e-mail to Service at **ABB_ICP@fws.gov**. E-mail subject heading should read "Permit TEXXXXXXX – IPP – Company Name" with the applicable Permit number (found in Box 3 of Permit) and the Permittee's company name. All IPPs must contain the following:

- Individual Project Package Checklist
  - Copy of the Permit under which Permittee is requesting IPP approval;
  - A recent (within 90 days) printout of the IPaC query for the project area;
  - Map and description of the location of impacts, including photographs (as described below);
  - ABB survey results or notification that ABB presence will be assumed;
  - *Species Assessment and Mitigation Calculations for the ICP*
  - *Calculation Spreadsheet for Covered Activities*;
  - Mitigation and Funding Assurances;
    - Documentation demonstrating completion/reservation of mitigation requirements; and
    - Documentation of funding assurances and the *Estimate of ICP Implementation Costs* worksheet  Each of these documents is described in more detail below.

67

Documents described above can be found at *www.fws.gov/southwest/es/oklahoma/ABBICP*.

Permittees with newly-constructed oil and gas projects covered by the ICP may include both construction and operation and maintenance activities within the same IPP or may submit one IPP for construction and one for operation and maintenance activities. Permittees with oil and gas facilities existing prior to the ICP may submit IPPs for their ongoing operation and maintenance activities. The Service recognizes that it is not feasible to submit an IPP for each individual operation and maintenance activity proposed within occupied ABB habitat. Therefore, Permittees may lump these activities for multiple projects into one IPP. Individual Project Packages for operation and maintenance activities must include a general description of types of activities, estimations of typical size and frequency of operation and maintenance activities based on past activities, and typical impact type associated with activities, but are not required to provide specific location information and the exact amount of take. However, operation and maintenance IPP applications should provide as much information as possible for the Service to adequately evaluate proposed potential project(s). Mitigation completion/reservation for operation and maintenance IPPs must be documented in the IPP application and in place prior to impacts, unless it is an emergency repair as described in Section 5.1.5 of the ICP. Following operation and maintenance IPP approval, Permittees must ensure that take associated with these activities is appropriately mitigated prior to impacts.

*Determining Amount of Take*

Prior to submission of IPPs, the project proponent may have a qualified, federally-permitted (Section 10(a)(1)(a)) individual conduct presence/absence surveys within project areas containing ABB habitat, in accordance with the Service's most current ABB Survey Guidance (available at *http://www.fws.gov/southwest/es/Oklahoma/*). "Take" in areas containing ABB habitat and within the effective areas of positive surveys must be minimized and mitigated appropriately (assurances of adequate mitigation must be provided) prior to project initiation. Any take of ABBs caused by these surveys are covered under the ESA § 10(a)(1)(A) Permit for scientific research. Minimization and mitigation measures are not required for activities within the effective area of a documented, valid negative survey result, as take is not expected in these areas.

A Permittee may choose to forgo surveys and assume that ABBs are present within the identified ABB habitat in their project area. Some examples of reasons the Permittee may choose to forgo surveys include:

      1) Project timelines do not allow for survey protocols to be met, or

68

2) Project implementation will occur within the inactive season of the ABB, where surveys are not effective and a survey was not conducted after July 28th of the previous active season, or

3) The project is within or near an area known to have high numbers of ABBs (i.e., a Conservation Priority Area), or

4) The Permittee determines that assuming presence is more cost effective than paying for and waiting for survey results.

If surveys are not conducted for the entire impact area, the Permittees will assume ABB presence on all areas with ABB habitat during the IPP submission process.

*Mitigation and Area of Impact Calculations*

The *Species Assessment and Mitigation Calculations* and *Covered Activities Impact Area Calculations* documents provides a streamlined process that determines the amount of mitigation required to offset the impacts of incidental taking resulting from Covered Activities. Before the Service can approve an IPP, assurances of adequate mitigation must be provided. This calculator and spreadsheet assists applicants with projecting the potential amount of mitigation they will need prior to IPP approval. The *Calculation Spreadsheet for Area of Impact from Covered Activities* generates information that is used within the Mitigation Calculator.

*IPaC Results and Map/Description of Project Area*

Information obtained from IPaC, as identified in the *Species Assessment and Mitigation Calculations* document, will be used to identify the general Permit coverage area for each IPP. Within IPaC, Permittees should delineate their project areas by drawing a line or polygon over a map, or select by county. IPaC results will include a species list, which must be provided with the Permittee's IPP.

Permittees will use the location of project impacts to determine the appropriate location for mitigation, in accordance with the Service's *ABB Conservation Strategy for the Establishment, Management, and Operations of Mitigation Lands*. Take of ABBs occurring outside of each IPP's described location would <u>not</u> be covered under this ICP. If future incidental take is expected outside of the IPP's described location, a new IPP should be prepared and submitted that more correctly describes that project.

In addition to the IPaC Results, Permittees must submit maps and description of the area requested for IPP approval. Maps should include a large scale map with context of your project within the surrounding area, a small scale map specific to the project area. Maps should delineate ABB habitat from non-habitat (unless the entire project area is assumed to be ABB habitat).

69

Additionally, maps should delineate areas with anticipated temporary, permanent cover change, and permanent impacts.

Individual Project Packages that include temporary and/or permanent cover change impacts must submit color digital images taken prior to impacts, the date the photograph was taken, and the location of established photograph points (latitude and longitude recorded in NAD83). Photographs must be taken in the four cardinal directions (North, South, East, and West) at the established photograph points. For non-linear projects, such as well pads and associated surface facilities, photograph point locations must include, at a minimum, all 4 corners of the project site. For linear projects, such pipelines and electric distribution lines, photograph point locations must include, at a minimum, points every 0.25 miles along the project route. The Service prefers that pre-impact photographs be taken during late summer/early fall (August through October), but will accept pre-impact photographs taken at any time of the year. These photographs will be used to demonstrate vegetation establishment following impacts.

*Mitigation Assurances*

Permittees must demonstrate adequate funding for mitigation. If conservation banks are the selected mitigation method, documentation of credit purchase or reservation agreements must be provided to the Service prior to final IPP approval and initiation of impacts. If Permittee-responsible or third party mitigation lands are the selected mitigation method, these lands must be acquired, have completed management plans and perpetual protection (for example, a conservation easement), as described in the Service's *ABB Conservation Strategy for the Establishment, Management, and Operations of Mitigation Lands*, and be approved by the Service prior to the initiation of impacts. Permittees must, at a minimum, submit their plans for mitigation (type, location, status, and any reservation agreements in place) with their IPPs. Understanding that final purchase of Permittee-responsible mitigation lands, conservation bank credits, or third party mitigation lands may not be preferable prior to IPP approval, the Service will coordinate with the Permittee to ensure that mitigation funding and IPP approval are done concurrently. See Section 6.0 for more information on required funding.

*Funding Assurances*

In addition to mitigation funding, Permittees must also demonstrate adequate funding sources to fully implement the ICP, including complete and maintain required minimization and mitigation measures, conduct compliance and effectiveness monitoring, and implement measures that may be required due to changed circumstances. Funding options for changed circumstances and post-construction restoration are described in Section 6.0. For each IPP, Permittees must identify the selected funding option, submit applicable documentation of the selected funding assurance (as discussed in Section 6.0), and complete the *Estimate of ICP Implementation Costs* worksheet.

70

FWS000779

Understanding that establishment of some funding options may not be preferable prior to IPP approval, the Service will coordinate with the Permittee to ensure that funding and IPP approval are done concurrently.

*Service Review and Notification of IPP Approval or Denial*

Following the receipt of a complete IPP, the Service will review the IPP for potential approval. The Service will notify Permittees via e-mail (to the e-mail address submitted by Permittee(s) on the IPP Checklist) if and when their IPP is approved under their Permit. The Service will also correspond via e-mail if the IPP package is incomplete or has been denied for any reason.

### 7.2.2   Impact, Mitigation, and Post-Construction Restoration Tracking

Following Service approval of IPPs, Covered Activities under the IPP and Permit may begin. During and after implementation of Covered Activities, Permittees must:

*Track Impacts to ABB*

After project completion, the Permittee will document the actual amount of impacts to occupied ABB habitat. This will be necessary for two reasons: 1) impacts to occupied ABB habitat (incidental take) must be monitored and tracked to ensure that incidental take identified in the Service's Biological Opinion for the ICP has not been exceeded and 2) the Permittee must ensure that impacts to habitat did not exceed project specific estimates (based on habitat delineation above) and IPP projections (based on estimates in their IPP).

*Ensure Minimization and Mitigation*

The ESA requires that the conservation program meeting the requirements for Permit issuance must include measures to minimize and mitigate impacts to covered species to the maximum extent practicable. All minimization and mitigation measures, as identified in Section 4.0 of this document, should be tracked by the Permittee and reported in accordance with Section 7.3 below. Adequate mitigation, as described in the Service's *American Burying Beetle Conservation Strategy for the Establishment, Management, and Operations of Mitigation Lands* found at ***http://www.fws.gov/southwest/es/oklahoma/ABBICP***, must be in place before the corresponding take occurs.

*Track Temporary and Permanent Cover Change Impacted Areas and Mitigation*

An impact may be considered temporary or permanent cover change if the impacted area will be restored to an area suitable for ABB use (within 5 years of the initial impact). Permittees will

71

determine whether Covered Activities will cause temporary or permanent cover change impacts and mitigate appropriately for those impacts (see Temporary, Permanent Cover Change, and Permanent Impacts in Section 4.2.2.2 above).  Following initial temporary or permanent cover change impacts, the Permittee may conduct additional Covered Activities within the impacted area without additional mitigation if the area has not yet been Service-validated as restored to ABB habitat (not to exceed 5 years from impact start date).  For example, a Permittee determines that construction of a pipeline results in temporary and/or permanent cover change impacts and mitigates appropriately prior to impacts.  Additional Covered Activities (i.e., maintenance or repair) occurring within the original construction area would not need additional mitigation, until the area has been restored to ABB habitat.  If subsequent impacts or failure of restoration techniques will prevent the area from being restored to a condition suitable for ABB use within 5 years of the impact start date, then additional mitigation would be required before the 5th anniversary of the impact start date.  All additional mitigation provided for these impacts must be reported in the annual report (Section 7.3 below).

## 7.3    Reporting

*Annual Reports*

An annual report of Covered Activities, as well as management activities undertaken under the terms of this ICP, will be prepared by Permittees and submitted electronically to ***ABB_ICP@fws.gov***.  E-mail subject heading should read "XXXX Annual Report – Permit TEXXXXXXX – IPP #XXX" with the applicable year in four digit format, Permit number (found in Box 3 of Permit) and IPP number (found in IPP approval e-mail from Service) for the project.  A copy of the cover letter (or e-mail) must be submitted to the Service's Regional Office (preferably by e-mail with the same subject heading to ***FW2_HCP_Permits@fws.gov***), Endangered Species Division - Environmental Review, Section 10 Permits, Room 6064, P.O. Box 1306, Albuquerque, NM 87103.  Annual reports will be submitted by January 31 of each year that the Permit is in effect.  The report will summarize information on the monitoring and management activities for all IPPs under the Permit, including:

- Permit number and IPP numbers
- Description of activity conducted within occupied ABB habitat
- Annual area (in acres) disturbed within occupied (either assumed or by surveys) ABB habitat occurring within each reporting year.
- Duration (temporary/permanent cover change/permanent) of all impacts in occupied ABB habitat
- Location (County, Township/Range/Section) of impacts
- Map identifying the location of impacts
- Habitat type impacted (CPA, non-CPA, or ABB Conservation Bank/mitigation lands)

72

FWS000781

- Minimization measures implemented within occupied ABB habitat
- Amount (acres) of mitigation required based on impacts (duration)
- Type (Permittee-responsible Mitigation Land, Conservation Bank, 3rd Party Mitigation Land) of mitigation provided
- Date of mitigation (mitigation provided but not yet used to offset impacts) credit purchase/mitigation land approval
- Total acres of mitigation provided for impacts in approved IPPs secured, but not yet applied to impacts
- Summary of the above information by year and cumulative for entire duration of this Permit (for each IPP).  The amount of mitigation provided must always be higher than the amount of impacts
- All Permits that include any IPPs with temporary or permanent cover change impacts must also include:
    - Impact start date (used to determine 5 year- restoration period for temporary or permanent cover change impacts)
    - Map identifying the areas with temporary and permanent cover change impacts and restoration status
    - Number of acres with temporary or permanent cover change impacts
    - Number of acres with restoration still in progress
    - Number of acres considered by Permittee to be restored (and therefore already within separate Restoration Report described below)
    - Techniques implemented to restore areas (with temporary or permanent cover change impacts) to ABB habitat
    - Photographs of the project area are required with each annual report prior to submission of the restoration report described below.  Permittees must submit color digital images, the date the photograph was taken, and the location of established photograph points (latitude and longitude recorded in NAD83).  Photographs must be taken annually in the four cardinal directions (North, South, East, and West) at the established photograph points.  The established photograph points used for reporting must be the same photograph points identified during the IPP approval process (described above in Section 7.2.1).  Photographs must be taken annually during the late summer/early fall (August through October).  These photographs will be used to demonstrate vegetation establishment following impacts.

Permittees will use the Reporting Spreadsheet for the American Burying Beetle ICP on our website.  This reporting form, including the amount and type of information required, is subject to change as data organization or data needs are determined by the Service.  Prior to annual report submittal, all Permittees will check the ICP website (***http:\www.fws.gov\southwest\es\oklahoma\ABBICP***) to ensure that they have the most up-to-

73

date reporting forms.  If no impacts to the ABB occur during a given year of the Permit's duration, Permittees may send an e-mail to the Oklahoma Ecological Services Field Office at (*ABB_ICP@fws.gov*) and the Regional Office (*FW2_HCP_Permits@fws.gov*) stating that no impacts occurred during that calendar year.  E-mail subject heading should read "XXXX Annual Report – Permit TEXXXXXXX – IPP #XXX – NO Impacts."

*Restoration Report for Temporary or Permanent Cover Change Impacts*

All IPPs with temporary or permanent cover change impacts must submit a restoration report when areas are considered by the Permittee to be fully restored to ABB habitat.  This restoration report must be submitted within 5 years of Impact Start Date (without restoration the impact is considered permanent and mitigation must be increased).  Restoration reports should include:

- Permit Number
- IPP Number
- Impact start date (used to determine 5 year- restoration period for temporary or permanent cover change impacts)
- Map identifying the areas with temporary and permanent cover change impacts and restoration status
- Number of acres with temporary or permanent cover change impacts
- Number of acres considered by Permittee to be restored
- Techniques implemented to restore areas (with temporary or permanent cover change impacts) to ABB habitat
- All color digital images previously taken for annual reports.  Additionally, Permittees must submit photographs taken annually within two weeks of the date the pre-impact photographs were taken during the calendar year of the restoration report (for example, if pre-impact photographs were taken on July 15, 2015, the restoration report must include photographs taken within two weeks of July 15 of the given calendar year).  Permittees will submit color digital images, the date the photograph was taken, and the location of established photograph points (latitude and longitude recorded in NAD83).  Photographs must be taken in the four cardinal directions (North, South, East, and West) at the established photograph points.  The established photograph points used for reporting must be the same photograph points identified during the IPP approval process (described above in Section 7.2.1) and annual reports.

Restoration reports must be submitted electronically to *ABB_ICP@fws.gov*.  E-mail subject heading should read "Restoration Report – Permit TEXXXXXXX – IPP #XXX" with the applicable Permit number (found in Box 3 of Permit) and IPP number (found in IPP approval e-mail from Service) for the project.  This report, including the amount and type of information required, is subject to change as data organization or data needs are determined by the Service.

74

FWS000783

**7.4      Permit Amendments**

Clarifications and Minor Administrative Amendments

From time to time it may be necessary to clarify provisions of the ICP or Permits to address issues with respect to administration of the process or the precise meaning and intent of the language contained within those documents. Permittees may also wish to have provisions clarified and may request that the Service provide such clarifications. Clarifications do not change the substantive provisions of any of the documents in any way but merely clarify and make more precise the provisions as they exist.

In addition, it may be necessary to make Minor Administrative Amendments to the ICP that do not make substantive changes to any of the provisions, but which may be necessary or convenient, over time, to more fully represent the overall intent of the applicants and the Service. Any request for Clarification or any proposed Minor Administrative Amendment will be reviewed by the Service. If the Service approves the amendment or clarification, it will be processed and a response provided. Clarifications may be approved locally by the Field Supervisor of the Oklahoma Fish and Wildlife Service Office. Minor Administrative Amendments to the ICP may be approved by the local Field Supervisor or the Regional Office, depending on the nature of the amendment. Clarifications and Minor Administrative Amendments to the ICP shall be memorialized by a letter of agreement that will be archived at the Oklahoma Field Office and will be posted on the ICP website, *http://www.fws.gov/southwest/es/oklahoma/ABBICP*

The ICP may be amended without amending issued Permits when the amendments are of a minor or technical nature such that the net impacts on Covered Species and levels of take resulting from the amendment are not increased over those described in the original ICP and the Service's decision documents. Examples of minor amendments to the ICP that would not require a Permit amendment include, but are not limited to, (a) minor revisions to monitoring or reporting procedures and (b) minor revisions in accounting procedures.

To propose a minor amendment to the ICP without amending their Permit, applicants must submit to the Service, in writing, a description of: (a) the proposed amendment; (b) an explanation of why the amendment is necessary or desirable; and (c) an explanation of why the applicants believe the effects of the proposal are not different from those described in the original ICP. If the Service concurs with the proposed amendment, then it shall authorize the ICP amendment in writing, and the amendment shall be considered effective upon the date of the written authorization from the Service.

FWS000784

Other circumstances which may require minor amendments include (but are not limited to) requests to update Permits with changes to Permittee name (such as after merger or acquisition) or mailing address.

<u>Major Amendments</u>

Major Amendments are modifications that result in impacts not previously analyzed, such as (but not limited to), new listing as threatened or endangered of species not addressed by this ICP that may be affected by Covered Activities, expansion of the ICP Plan Area, or the addition of Covered Activities. Substantive changes shall be processed as an amendment in accordance with the provisions of the ESA and regulations at 50 CFR Parts 13 and 17 and shall be subject to appropriate environmental review under the provisions of NEPA. Major Amendments to the ICP may be implemented by the Service following publication of the approved, amended ICP. Following completion of a Major Amendment to the ICP, all future Permits would contain the modifications contained within the Major Amendment. Previously-existing Permits will not be required to incorporate any changes caused by a Major Amendment, unless a Permittee voluntarily chooses to modify their Permit.

Major Amendments to individual Permits would be required for any modification of the Covered Activities that is expected to cause take of Covered Species not analyzed or authorized in the original Permit or if the authorized amount of take is insufficient for the Permittee's need. These amendments must be completed prior to the activities causing take. If Permittees need to expand project areas, the Service recommends that Permittees apply for an additional Permit under the ICP, rather than requesting a Major Amendment to an existing Permit.

## 7.5    Such Other Measures that the Service May Require

If dead, injured, or sick endangered or threatened species, migratory birds, or eagles are discovered, Permittees are required to contact the Service's Law Enforcement Office in Oklahoma (405-715-0617) for care and disposition instructions. Extreme care must be taken in handling sick or injured individuals to ensure effective and proper treatment. Care must also be taken in handling dead specimens to preserve biological materials in the best possible state for analysis of cause of death. In conjunction with the care of sick or injured endangered or threatened species or preservation of biological materials from any dead specimens, Permittees and their contractors/subcontractors have the responsibility to ensure that evidence intrinsic to the specimen is not unnecessarily disturbed.

Permittees will notify (by e-mail to ***ABB_ICP@fws.gov***) the Service within 24 hours of spills or releases of crude oil, natural gas, and petroleum products (including fuel and other operational fluids) in areas with occupied ABB habitat.

76

If during the tenure of Permits issued through participation in the ICP, the project design and/or the extent of habitat impacts is altered, such that there may be an increase in the anticipated take of the covered species, Permittees are required to contact the Service and obtain a new Permit or IPP approval and/or amendment of their Permit before commencing any construction or other activities that might result in take beyond that described in their Permit.

The authorization granted by Permits issued through participation in the ICP will be subject to full and complete compliance with, and implementation of, the ICP and all specific conditions contained in resulting Permits. Permit terms and conditions shall supersede and take precedence over any inconsistent provisions in the ICP or other Permit documents.

Acceptance of Permits serves as evidence that Permittees understand and agree to abide by the terms of the Permit and all applicable Sections of 50 CFR Parts 13 and 17.

## 8.0    PREPARERS AND CONTRIBUTORS

U.S. Fish and Wildlife Service
OIPA and member Oil and Gas companies- Covered Activities data and descriptions

FWS000786

## 9.0    LITERATURE CITED

Amaral, M., A.J. Kozol, and T. French. 1997. Conservation strategy and reintroduction of the endangered American burying beetle. Northeastern Naturalist 4(3): 121-132.

Anderson, R.S. 1982. On the decreasing abundance of *Nicrophorus americanus* Olivier (Coleoptera: Silphidae) in eastern North America. The Coleopterists Bulletin 36: 362-365.

Anshutz, R.M., W.J. Allgeier, D.G. Snethen, W.W. Hoback.  2007.  The impacts of light and light types on nocturnal carrion beetles, including the American Burying Beetle.  Poster Presentation at North Central Branch Entomology Meeting, Winnipeg, Manitoba, Canada.

Ashmole, N.P. 1968. Body size, prey size, and ecological segregation in five sympatric tropical terns (Aves: Laridae). Syst. Zool. 17 (1968), pp. 292–304.

Backlund, D. and G. Marrone. 1995. Surveys for the endangered American burying beetle (*Nicrophorus americanus*) in Gregory, Tripp and Todd Counties, South Dakota. Final rep. to the Service, Pierre, SD. 12 pp. Unpub. MS.

Backlund, D. and G.Marrone. 1997. New records of the endangered American burying beetle, *Nicrophorus americanus* Olivier, (Coleoptera: Silphidae) in South Dakota. Coleopterists Bulletin 51(1): 53-58.

Bedick, J.C., Brett C. Ratcliffe, W. Wyatt Hoback, and Leon G. Higley. 1999. Distribution, ecology and population dynamics of the American burying beetle *Nicrophorus americanus* Olivier (Coleoptera, Silphidae)] in South-central Nebraska, USA. Journal of Insect Conservation 3(3): 171-181.

Bedick, J.C., W.W. Hoback, and M.C. Albrecht. 2006. High water-loss rates and rapid dehydration in the burying beetle, Nicrophorus marginatus.  Physiological Entomology 31: 23-29.

Brown, J.H., and B. Maurer. 1987. Evolution of species assemblages: Effects of energetic constraints and species dynamics on diversification of the North American avifauna. American Naturalist 130: 1-17.

78

Carlton, C.E. and F. Rothwein. 1998. The endangered American burying beetle, *Nicrophorus americanus* Olivier, at the edge of its range in Arkansas (Coleoptera: Silphidae). Coleopterists Bulletin 52: 179-185.

Collins, L. and R.H. Scheffrahn. 2005. Featured creatures: Red-imported fire ant. University of Florida, Dept. of Entomology and Nematology. Publ. no. EENY-195.

Creighton, J.C. and G. Schnell. 1998. Short-term movement patterns of the endangered American burying beetle *Nicrophorus americanus*. Biological Conservation 86: 281-287.

Creighton, J.C., C.C. Vaughn, and B.R. Chapman. 1993. Habitat preference of the endangered American burying beetle (*Nicrophorus americanus*) in Oklahoma. The Southwestern Naturalist 38: 275-277.

Creighton, J.C., R. Bastarache, M.V. Lomolino, M.C. Belk. 2007. Effect of forest removal on the abundance of the endangered American burying beetle, Nicrophorus americanus. J Insect Conserv, Published online: 16 October 2007.

Damuth, J. 1991. Of size and abundance. Nature, Lond. 351: 268–269.

Diamond, J. 1984. Historic extinctions: a Rosetta stone for understanding prehistoric extinctions. Pages 824-862 in P. S. Martin and R. G. Klein, editors. Quaternary extinctions: a prehistoric revolution. University of Arizona Press, Tucson, Arizona, USA.

Fry, J., Xian, G., Jin, S., Dewitz, J., Homer, C., Yang, L., Barnes, C., Herold, N., and Wickham, J., 2011. Completion of the 2006 National Land Cover Database for the Conterminous United States, *PE&RS*, Vol. 77(9):858-864.

Garrott, R. A., White P.J., and Vanderbilt White C.A. 1993. Over-abundance: An Issue for Conservation Biologist? Conservation Biologist 7: 946-949.

Gittleman, J.L. 1985. Carnivore body size: ecological and taxonomic correlates. Oecologia, Berl. 67 (1985), pp. 540–554.

Godwin, W, B. 2003. Report of the discovery of the American burying beetle (*Nicrophorus americanus* Oliver) at the Texas Army National Guard facility Camp Maxey, Lamar County, Texas. Unpub. MS.

FWS000788

Godwin, W.B. and V. Minich. 2005. Status of the American burying beetle, *Nicrophorus americanus* Olivier, (Coleoptera: Silphidae) at Camp Maxey, Lamar County, Texas. Interagency final rep. to Texas Army Natl. Guard. 19 pp. Unpub. MS.

Grant, W.E., E.C. Birney, N.R. French, and D.M. Swift. 1982. Structure and productivity of grassland small mammal communities related to grazing-induced changes in vegetative cover. Journal of Mammalogy 63(2):248–260.

Hespenheide, H.A. 1971. Hespenheide, Food preference and the extent of overlap in some insectivorous birds, with special reference to Tyrannidae. Ibis 113**:** 59–72.

Hoback, W.W. 2011. Summary of Overwintering field activities. Report submitted to the U.S. Fish and Wildlife Service.

Hoback, W.W., S.R. Butler, and A. Conley. 2012. Trap and Relocate Effects and Impact of Vehicles on American Burying Beetle. Quarterly Report. September 15, 2012. Federal Highway Administration/Nebraska Department of Roads, Lincoln, NE.

Hoback, W.W. 2013. Research Project Quarterly Report: Compaction Effects on Burying Beetles. University of Nebraska, Kearney, Nebraska.

Holloway, A.K. and G. D. Schnell. 1997. Relationship between numbers of the endangered American Burying beetle, *Nicrophorus americanus* Olivier (Coleoptera: Silphidae) and available food resources. Biological Conservation 81:145-152.

Howard, D.R., C.L. Hall, and E. Bestul. 2012. Annual status update of the endangered American burying beetle at The Nature Conservancy's Tallgrass Prairie Preserve in Oklahoma. Unpublished report to TNC.

Jurzenski, J., D.G. Snethen, M. L. Brust, and W.W. Hoback. 2011. New Records of Carrion Beetles in Nebraska Reveal Increased Presence of the American Burying Beetle, *Nicrophorus americanus* Olivier (Coleoptera: Silphidae). Great Plains Research 21:131-43.

Karr, J.R. 1982. Population variability and extinction in the avifauna of a tropical land bridge island. Ecology 63: 1975-1978.

Kirchner, B.N., N.S. Green, D.A. Sergeant, J.N. Mink, and K.T. Wilkins. 2011. Responses of small mammals and vegetation to a prescribed burn in a tallgrass Blackland Prairie. American Midland Naturalist 166:122–125.

FWS000789

Kozol, A.J. 1990a. *Nicrophorus americanus* 1989 laboratory population at Boston University. Report prepared for the Service, Concord, NH. Unpub. MS.

Kozol, A.J. 1990b. The natural history and reproductive strategies of the American burying beetle, *Nicrophorus americanus*. Report to the Service, Hadley, MA. Unpub. MS.

Kozol, A.J. 1991. Annual monitoring of the American burying beetle on Block Island. Report to The Nature Conservancy, 294 Washington Street, Boston, Massachusetts. Unpub. MS.

Kozol, A.J. 1995. Ecology and population genetics of the endangered American burying beetle, *Nicrophorus americanus*. Dissertation, Boston University, Massachusetts.

Kozol, A.J., M.P. Scott, and J.A. Traniello. 1988. The American burying beetle: studies on the natural history of an endangered species. Psyche 95: 167-176.

Kozol, A.J., J.F.A. Traniello, and S.M. Wouldiams. 1994. Genetic variation in the endangered burying beetle *Nicrophorus americanus* (Coleoptera: Silphidae). Annals of the Entomological Society of America 6:928-935.

Lawton, J.H. 1990. Species richness and population dynamics of animal assemblages. In: Patterns in body size: abundance and space. Phil. Trans. R. Soc. Lond. B, 330**:** 283–291.

Lomolino, M.V., J.C. Creighton, G.D. Schnell, and D.L. Certain. 1995. Ecology and conservation of the endangered American burying beetle, Nicrophorus americanus. Conservation Biology 9:605-614.

Lomolino, M.V. and J.C. Creighton. 1996. Habitat selection, breeding success and conservation of the endangered American burying beetle, *Nicrophorus americanus*. Biological Conservation 77: 235-241.

Longcore T. and C. Rich. 2004. Ecological light pollution. Front Ecol. Environ. 2:191-198.

Martin, P.S., and R.G. Klein, editors. 1984. Quaternary extinctions: a prehistoric revolution. University of Arizona Press, Tucson.

Marvier, M., P. Kareiva, M.G. Neubert. 2004. Habitat Destruction, Fragmentation, and Disturbance Promote Invasion by Habitat Generalists in a Multispecies Metapopulation. Risk Analysis 24, 869–878.

81

Oklahoma Corporation Commission (OCC). 2012. 2012 Report on Oil and Natural Gas Activity Within the State of Oklahoma. Technical Services Department, Oil and Gas Conservation Division, Oklahoma City, Oklahoma.

Oklahoma Department of Transportation (ODOT). 2011. Vegetative Rehabilitation of Highway Cut Slopes in Eastern Oklahoma. Final Report – FHWA-OK-11-09.

Owen-Smith, R.N. 1988. Megaherbivores: The influence of very large body size on ecology. Cambridge University Press, Cambridge, England.

Oxley, D.J., M.B. Fenton, and G.R. Carmody. 1974. The effects of roads on populations of small mammals. Journal of Applications in Ecology 11: 51-59.

Peck, S.B. and M.M. Kaulbars. 1987. A synopsis of the distribution and bionomics of the carrion beetles (Coleoptera: Silphidae). Proceedings of the Entomological Society of Ontario. 118: 47-81.

Peters, R.H. 1983. The ecological implications of body size. Cambridge University Press, Cambridge.

Pimm, S.L., H.L. Jones, and J. Diamond. 1988. On the risk of extinction. Am. Nat. 132: 757-785.

Ratcliffe B. 1995. Nebraska's threatened and endangered species: American burying beetle. Nebraska Games and Parks commission. Unpub. MS.

Ratcliffe, B.C. 1996. The carrion beetles (Coleoptera: Silphidae) of Nebraska. Bulletin of the Nebraska State Museum Vol. 13.

Ray, J. C. 2000. Mesocarnivores in Northeastern North America: Status and Conservation Issues. WCS Working Papers No. 15. Available for download from *http://www.wcs.org/science/*

Rosenzweig, M.L. 1968. The strategy of body size in mammalian carnivores. Amer. idl. Nat. 80: 299–315.

Schnell, G. D., A.H. Hiott and V. Smyth. 1997-2006. Evaluation of American burying beetles on the Weyerhaeuser Habitat Conservation Plan Area. Final rep. to Weyerhaeuser Company. Unpub. MS.

FWS000791

Schnell, G.D., A. E. Hiott, J.C. Creighton, V.L. Smyth, and A. Komendat. 2007. Factors affecting overwinter survival of the American burying beetle, Nicrophorus americanus (Coleoptera: Silphidae). Journal of Insect Conservation DOI 10.1007/s10841-007-90865.

Schoener, T.W. and G.C. Gorman. 1968. Some niche differences in three Lesser Antillean lizards of the genus Anolis. Ecology 49: 819–830.

Scott, M.P., J.F.A. Traniello, and I.A. Fetherston. 1987. Competition for prey between ants and burying beetles: differences between northern and southern temperate sites. Psyche 94: 325-333.

Scott, M.P. and J.F.A. Traniello. 1989. Guardians of the underworld. Natural History 6: 32-36.

Sikes, D.S. and Christopher J. Raithel. 2002. A review of hypotheses of decline of the endangered American burying beetle (Silphidae: *Nicrophorus americanus* Olivier). Journal of Insect Conservation 6: 103-113.

Stevens, G. 1992. Spilling over the competitive limits to species co-existence. Pages 40-56 in N. Eldredge, editor. Systematics, ecology and the biodiversity crisis. Columbia University Press, New York.

Szalanski, A.L., D.S. Sikes, R. Bischof and M. Fritz. 2000. Population genetics and phylogenetics of the endangered American burying beetle, *Nicrophorus americanus* (Coleoptera: Silphidae). Annals of the Entomological Society of America 93: 589-594.

Trumbo, S.T. 1992. Monogamy to communal breeding: exploitation of a broad resource base by burying beetles (*Nicrophorus*). Ecological Entomology 17: 289-298.

Trumbo, S.T. and P.L. Bloch. 2000. Habitat fragmentation and burying beetle abundance and success. Journal of Insect Conservation 4(4):245-252.

United States Department of Agriculture (USDA) -APHIS. 2003. Imported Fire Ants: An agricultural pest and human health hazard. March 2003 Fact Sheet.

United States Department of Agriculture (USDA) – NRCS. 2009.  Natural Resources Conservation Service.  Establishing Native Warm Season Grass Mixtures.  April 2009 Fact Sheet.

United States Department of Agriculture (USDA) – Natural Resources Conservation Service. 2011.  Ecological Site Information System Database.  Ecological Site Description User

FWS000792

Guide.  Revised January 4, 2011.  Accessed at
*http://esis.sc.egov.usda.gov/Welcome/pgESDWelcome.*aspx on May 1, 2013.

United States Fish and Wildlife Service (USFWS). 1991. American burying beetle (*Nicrophorus americanus*) recovery plan. Newton Corner, Massachusetts. 80 pp.

United States Fish and Wildlife Service (USFWS). 2008a. Five-year review of the status of the American Burying Beetle. June 16, 2008. Southwest Regional Office, Albuquerque, New Mexico.

United States Fish and Wildlife Service (USFWS). 2008b. December 8, 2008 letter to Kimberly D. Bose, Federal Energy Regulatory Commission, transmitting its biological opinion regarding construction and operation of the Arkoma Connector Pipeline in Atoka, Coal, and Bryan counties, Oklahoma, by MarkWest Pioneer, L.L.C.

Vrba, E.S. 1984. Evolutionary patterns and process in the sister-group Alcephalinii-Aepycerotini (Mammalia: Bovidae). Pages 62-79 in N. Eldredege and S.M. Stanley, editors. Living fossils. Springer-Verlag, Berlin.

Walker, T.L. and W. Hoback. 2007. Effects of invasive eastern red cedar on capture rates of *Nicrophorus americanus* and other Silphidae. Env. Entolol. 36(2): 297-307.

Warriner , M.D. 2004. Survey for the American burying beetle (*Nicrophorus americanus*) On Arkansas Game and Fish Wildlife Management Areas (Coleoptera: Silphidae). Arkansas Nat. Heritage Comm. Unpubl rep. Little Rock, AR. 14 pp.

Werner, E.E. 1974. The fish size, prey size, handling time relation of several sunfishes and some implications. J Fish. Res. Bd. Can. 31: 1531–1536.

Wilcove, D.S., C.H. McLellan, and A.P. Dobson. 1986. Habitat fragmentation in the temperate zone. In M.E. Soule (ed.), Conservation Biology: The Science of Scarcity and Diversity, pp. 237-256. Sinauer Associates, Sunderlan, MA.

Wilson, E.O. 1971. The Insect Societies. Harvard University Press, Cambridge, MA.

Wilson, E.O. 1975. Sociobiology, the new synthesis. Belknap Press, Harvard University Press, Cambridge, Mass. 697 pp.

Zaret, T.M. 1980. Predation and freshwater communities. Yale University Press, New Haven, CT.

84

FWS000793

## 10.0    SIGNATURES

This OIL AND GAS INDUSTRY CONSERVATION PLAN Associated with Issuance of Endangered Species Act Section 10(a)(1)(B) Permits for the American Burying Beetle in Oklahoma is approved as of the last signature date below, and is in effect as of that date.

**Approval Recommended:**

_Michelle Shaughnessy_                                            5/21/14

**Michelle Shaughnessy, Assistant Regional Director**            **Date**
**Ecological Services**
**Southwest Region**

**Approved:**

_Joy E. Nicholopoulos_                                            5/21/14

**Joy E. Nicholopoulos**                                          **Date**
**Deputy Regional Director**
**Southwest Region**

85

FWS000794

# PUBLIC SUBMISSION

**As of:** October 21, 2019
**Received:** June 25, 2019
**Status:** Posted
**Posted:** June 25, 2019
**Tracking No.** 1k3-9aok-rn0d
**Comments Due:** July 02, 2019
**Submission Type:** Web

**Docket:** FWS-R2-ES-2018-0029
Reclassifying the American Burying Beetle from Endangered to Threatened on the Federal List of Endangered and Threatened Wildlife

**Comment On:** FWS-R2-ES-2018-0029-0001
Endangered and Threatened Species: Reclassifying the American Burying Beetle from Endangered to Threatened on the Federal List

**Document:** FWS-R2-ES-2018-0029-0022
Submitted Electronically via eRulemaking Portal

---

## Submitter Information

**Name:** Amy Smith
**Address:**
　218 South Wright Street
　Siloam Springs, AR, 72761
**Email:** amysmith@searchconsultinghouse.com

---

## General Comment

The American burying beetle (ABB) is an endangered species and proposal to down list it to threatened is not warranted. Yes, thanks to increased survey efforts it has been found in more areas than at the time of its listing. But it is still only found at the edge of its former range and is missing from 29 states. Populations have not met the recovery criteria. Reintroduction efforts have had limited success. The USFWS predicts the ABB with be lost from much of its range due to climate change and does not consider habitat change to be a significant contributor to the ABBs decline.

Presumably we will be without the AMERICAN burying beetle. No one knows the impacts of its extinction. Undoubtedly there will be an increase in decomposing carcasses. The ability to identify antimicrobials used by the ABB uses to delay decomposition will be lost. Flies that transport diseases will increase. Certainly, there will be a cascade of organisms going extinct such as the phoretic mite that travels with the ABB, feeding on fly eggs. Arguably the ABB fills a niche that, once vacant will have collateral effects. So, why should we consider them threatened?

The USFWS predicts the ABB will be extirpated from 59% of its range due to climate change. The ABB is sensitive to increasing temperatures and dry conditions. Air temperatures of 85-90F have caused ABB sterilization and death. Few Nicrophorus species are found in areas with mean-max temperatures of 95 which likely limits their occurrence in the south. Low levels of precipitation and soil moisture has likely limited them in the west. Temperature, changing precipitation levels, and increased evaporative losses are predicted to negatively affect ABBs. This is especially true in the Southern Plains Analysis Area (SPAA) where ABBs are predicted to be extirpated by 2040-2069. Undoubtably climate change will have serious negative effects on the ABB, but it is

FWS000937

hard to know where it might survive. Stripping it of protection will not help the beetle. The loss of a large portion of its range does not support an argument that it is doing better and should be down listed.

Curiously, the USFWS has concluded that habitat change will have limited impacts on ABBs in the SPAA. Habitat change reduces carcasses necessary for ABB reproduction, increases competition, and makes habitats unsuitable for ABBs. Projects within the SPAA have historically been held responsible for such impacts. Given the impacts detailed below, why wouldnt habitat change and climate change exacerbate its endangerment? Habitat change has been associated with the decrease of carcasses necessary for successful ABB reproduction. Some species within the size range are now extinct. Many others have been significantly reduced. Habitat changes may result in a shift towards smaller carcass sources but these support fewer larvae and are subject to increased competition.

Habitat change resulting in open, disturbed habitats can support red imported fire ants which compete with ABBs for carcasses and can kill ABBs. Fragmentation associated with habitat change has resulted in increased competition for carcasses. Fragmentation has been related to reduced bird and mammal populations. Meso-carnivores and other opportunistic scavengers increase in edge habitat from fragmentation, causing increased competition for carcasses. Scavengers may remove 93% of carcasses.

Fragmentation can change the microhabitat which results in warmer, drier conditions. This increases fly development and abundance that increases competition with ABBs. Flies in warmer areas find carcasses faster than ABBs and develop more quickly. ABBs carry phoretic mites that eat fly eggs thereby reducing competition with flies. These mites are of limited use if the fly eggs have already hatched. Increased temperatures also increase the rate that carcasses decompose making them unsuitable for ABB use for larvae.

Even if the ABB is assumed threatened, the 4(d) rule is out of context with the conclusion that climate change will cause their loss in the SPAA and that habitat change will have negligible impacts. In the proposed 4(d) rule, incidental take of ABBs in the SPAA is only prohibited on identified conservation lands. The ABB populations these areas vary dramatically and could be easily eliminated. None of the conservation areas actively manage for ABBs. Further, without prohibitions to incidental take then surveys will not be required. Without surveys, how would population changes be identified?

Given the effects of climate change and habitat change, how can we conclude that the ABB is threatened? The status of the species is being based on simplified representations of nature. Even if the models are correct, the loss of a large portion of its range does not support the argument that the ABB is threatened. Removing its protection will not help the beetle. Where in the Endangered Species Act does it say we can give up? ~ Amy Smith, Ph.D.

FWS000938

# 1.0   PETITIONED ACTION

The Petitioners respectfully submit this petition to delist the American burying beetle (*Nicrophorus americanus*, ABB), an endangered insect, to the U.S. Fish and Wildlife Service (USFWS) for consideration under Section 4 of the Endangered Species Act (ESA).

*Nicrophorus americanus* is the largest of the carrion beetles (Coleoptera: Silphidae) in North America. The USFWS listed *N. americanus* as an endangered species (i.e., a species in danger of extinction throughout all or a significant portion of its range) in 1989 (USFWS 1989). In the agency's final listing rule, the USFWS stated "once widely distributed throughout eastern North America, this species has disappeared from most of its former range" (USFWS 1989).  Claims of a 90 percent reduction in the historic range of the species were the foundation of the USFWS's decision to list *N. americanus* as endangered – yet scientifically defensible, range-wide studies of presence/absence or abundance have never been completed for this highly variable and eclectically distributed species.  While anecdotal evidence of a historic decline in the range and distribution of *N. americanus* exists in the public record (likely related to the demise of the passenger pigeon and the expansion of modern agriculture around the turn of the 20th century, as postulated by Sikes and Raithel 2002), there is no evidence that *N. americanus* is currently in danger of extinction across all or a significant portion of its contemporary range.  Historic conditions are not relevant to current status determinations under the ESA – proper analysis of the five ESA listing factors must be based on present or threatened future conditions.  In fact, the known contemporary range, distribution, and abundance of *N. americanus* is actually expanding with the application of increased and more effective survey effort, as well as the implementation of multiple captive breeding and reintroduction efforts.  Furthermore, at the time of listing, the USFWS was unable to identify any actual threats to current populations of *N. americanus* and more recent analyses of threats are based largely on speculation and assumption – not actual evidence of downward pressure on the current abundance or distribution of the species. Population and habitat viability modeling involving the USFWS and other experts also indicates that all naturally occurring wild populations of *N. americanus* are of sufficient size to be demographically viable for the foreseeable future.

In short, the Petitioners request that the USFWS delist *N. americanus* from protection under the ESA, since the best available science does not support the existence of any threats significant enough to be driving *N. americanus* towards extinction in the foreseeable future.

FWS000948

June 30, 2019

Public Comment
USFWS Proposal to Reclassify the Endangered American Burying Beetle
Attn: FWS-R2-ES-2018-0029

I am writing as an interested, private citizen with a long history of experience with the American Burying Beetle (ABB). I retired from the USFWS in 2011, where I served as a Supervisory Endangered Species Specialist. For about a 20-year period (~1989 to about 2009), I served as lead Service biologist for the recovery of the ABB across its range. In addition to coordinating, editing and preparing administrative documents on the species, such as the 1991 Recovery Plan (C.Raithel, RI DEM), section 7 biological opinions, and a 5-Year Review, I also worked closely with the ABB in the field on Block Island, Rhode Island, and with reintroduction efforts on Penikese and Nantucket Island, Massachusetts, and southeastern Ohio. Since leaving the Service in 2011 and as recently as June 28, 2019, I have continued to participate in the annual monitoring and brood provisioning of the ABB on Block Island as a volunteer for the RI Division of Environmental Mgt. and /or the Block Island Office of The Nature Conservancy. In sum, I have 30 years experience working on this interesting and enigmatic species, the ABB.

I have reviewed the Federal Register proposing the re-classification of the American Burying Beetle and it appears well researched and clearly written. For example, the climate change discussion is more comprehensive than expected and seems plausible based on current understanding of the species' temperature tolerances. Elsewhere in the document however, there are contradictions. Moreover, the conclusion - that the ABB is no longer Endangered but rather Threatened with extinction - appears inconsistent with the scientific analyses that are presented.

The document contains several inherent contradictions and misleading findings. The range description, "populations are known to occur in" is stated as parts of 9 states but two of these states (MA and MO) have reintroduced populations of uncertain long term sustainability and the ABB in two additional states, Texas and Kansas, are believed to be either extirpated or status uncertain/unknown. With respect to the ABB in Texas, it is described as having a known population as well as "may be extirpated." Arguably, it is one or the other and cannot be both. The current range of populations that may be self- sustaining for the foreseeable future is likely better described as portions of 5 states (RI, OK, AR, NE and SD) not 9. Further, the ABB occurrences in Nebraska and South Dakota are almost entirely on private land for which there are no regulatory protections.

The FR document acknowledges that the species is now likely extirpated from parts of Arkansas, status unknown and unprotected in KS, is declining in several OK and AR locations, is threatened in southern areas by landscape level climate change, but still warrants "less" protection as a threatened species. The inclusion of a possible, new, range-expanding population in Michigan based on uncertain evidence of a single specimen in 2017 that could not be verified during surveys in 2018 has no place in this document. This occurrence should be considered speculative until documented with adequate annual surveys and expert-verified specimens. Reporting a Michigan occurrence in the document is misleading and of uncertain meaning.

Omissions and facts lacking adequate emphasis in the document include:  no mention of the Penikese Island, MA and southeast Ohio failed reintroduction efforts and that the reintroduced Nantucket Is population persists at low density and appears unsustainable without continuous (perpetual?) human intervention. Nearly thirty years into the recovery effort, the Service and dedicated state and NGO cooperators have yet to demonstrate that an extirpated population can be restored and be self-sustaining.  Another point worth consideration is that the natural Block Island population is secure for the present, but the ABBs there may be subsisting on provisioned non-native quail and the introduced, naturalized ring-neck pheasant, a game species which is actively hunted on the Island and whose populations are not closely managed or censused.

The most important omission is lack of discussion on essential carrion species specific to each analysis area and the lack of protection or management to perpetuate those.  Would the FWS propose reclassifying a mammalian predator without a full discussion on the present and future status of its prey?  In many respects, the proposal (particularly the 4(d) rule) treats the ABB as it would a plant or herbivore, in that it addresses "habitat" but does not adequately take into consideration the vertebrate carrion populations necessary for reproduction, their density, population trends and those of competitors for that resource. Recall that the document acknowledges that there are many areas of apparently suitable habitat for which the species is extirpated. So what essential biological feature is missing from these suitable but unoccupied areas?  This demonstrates unfortunately, that preserving habitat through the 4(d) rule as proposed will not necessarily preserve the species. Consider a hypothetical example where an unchecked feral cat population on Block Island (a suspected predator of pheasants) could have a greater population impact on the ABB than localized, small scale soil disturbances.

Proposing reclassification to threatened status as a result of receipt of a de-listing petition is problematical.  I am disappointed that Region 2 failed to revise the 1991 Recovery Plan with new criteria on reclassification and de-listing.  Although this was not a required step prior to proposing reclassification, it would have been preferable to convene an objective, independent panel of experts to revise the Plan. With that approach, a proposed reclassification would logically follow achievement of the new criteria for "Threatened" status per that plan and would be uncontroversial. The plan and reclassification criteria would already have been vetted by the scientific community. Proposing reclassification to Threatened with a 4(d) rule that may have the effect of reducing regulatory protection for the oil, gas and pipeline industries taints this process, which should be based solely on the best scientific data available.  It appears to be a measured step to appease these industries, that are also the petitioners to de-list, but fails the standard of utilizing the best scientific data available and avoidance of actions that are arbitrary and capricious.

Proposed 4(d) Rule with respect to only regulating actions that are "population drivers" such as soil disturbing activities:  Once again this suggests an incomplete appreciation of the ecology of the species.  The success and persistence of the ABB on a particular landscape will not only be influenced by soil disturbance and the vegetative aspects of the habitat, but also many other factors such as what carrion species (reproductive resources) are present and the inter-relationship of those carrion resources with scavengers or other Nicrophorus and Silphids that

compete for them. Any action that either reduces carrion or increases competition for them could be population drivers, but as proposed may not be prohibited through 4(d).

In conclusion, the species is certainly less endangered today than at the time of listing when only the two extant populations were known. Is the species better off than when listed in 1989 – yes, but is it better off than it was 10 or 15 years ago (perhaps not), So, which way is the overall species population trend going? If the species has indeed declined in the past decade or two, or if it is likely to decline in the coming decades due to climate change, is reclassification warranted? If the Service moves forward with the proposed action, then the agency should also establish and publish criteria that will identify and trigger the need to relist as Endangered if the ABB declines. Lastly, despite the body of informative research that has been attained during the years since listing in 1989, many basic aspects of the species ecology remain unknown or poorly understood. In my view therefore, reclassification despite an improvement in status since 1989, is premature.


Sincerely,

Michael J. Amaral

USFWS Supervisory Endangered Species Biologist, RETIRED

Former USFWS (R5) lead for recovery of species.

CC:

USFWS New England Field Office

A. Hecht, USFWS Region 5

S. Comings, TNC, Block Island

C. Raithel, RI DEM, retired

Lindsey Griffith, c/o Sen. Markey

FWS000979



# NEBRASKA
## – GAME PARKS –

2200 N. 33rd St. • P.O. Box 30370 • Lincoln, NE 68503-0370 • Phone: 402-471-0641

July 1, 2019

## ELECTRONIC SUBMISSION: www.regulations.gov
## Attention Docket ID No. FWS-R2-ES-2018-0029

U.S. Fish & Wildlife Service
MS: BPHC
5275 Leesburg Pike
Falls Church, VA 22041-3803

RE:    Comments on Reclassifying the American Burying Beetle from Endangered to
       Threatened on the Federal List of Endangered and Threatened Wildlife

To Whom It May Concern:

The Nebraska Game and Parks Commission (Commission) appreciates the opportunity
to comment on the reclassification of the American burying beetle (*Nicrophorus
americanus*)(ABB) from endangered to threatened and the proposal of a 4(d) rule under
the Endangered Species Act (ESA). The Commission promotes the value of conserving
and maintaining our resources for the benefit of future generations which aligns with the
core concepts of the ESA. After review of the proposed reclassification of ABB, the
Commission offers the following comments:

1. **Regarding the reclassification from endangered to threatened:**
   The Commission feels that the proposed ESA down-list of ABB from endangered
   to threatened is not warranted from the criteria established in the ABB Recovery
   Plan and is not justifiable from a conservation stand-point. According to the ABB
   Species Status Assessment (SSA), the ABB's historical range has been reduced
   by 90%, many of the known populations are small and geographically isolated,
   and monitored populations in the southern portions of the range continue to
   exhibit declines. Projections in the proposed rule have determined that due to
   predicted climate changes, Southern Plains populations of ABB will become
   extirpated, further shrinking the occupied range of the species; thus putting at
   risk several other populations and the overall viability of the species. Additionally,
   the proposed rule lacks discussion on impacts to Southern Plains ABB from land-
   use changes induced by oil and gas exploration and mining. It appears
   contradictory and poorly justified to be considering a down-listing for a species
   that is predicted to go extinct in a significant portion of its current occupied range
   in a few decades.

TIME OUTDOORS IS TIME WELL SPENT

FWS001041

The U.S. Fish and Wildlife Service (Service) should not reclassify a species when it has not met the criteria for down-listing or until a new Recovery Plan has been written. According to the current ABB Recovery Plan at least 3 populations of ABB should have been reestablished or discovered within each of 4 broad geographical areas of its historical range. Thus far, no populations have been established in the Great Lake states. Several ABB have been reintroduced to Ohio with little to no success and one reported record in Michigan has yet to be verified. If it is the Service's intention to re-write or write a new Recovery Plan to accompany the reclassification of this species, what would that new plan look like? If Nebraska is to be the "last bastion" of protection for ABB, how do we approach conservation in the absence of a viable Recovery Plan?

This action essentially abandons the existing Recovery Plan. In absence of an applicable Plan, how will impacts and effects be quantified and qualified? The burden of recovery will be placed almost entirely on the Nebraska Sandhills population and this burden of recovery will increase the need for formal consultation, as every action in Nebraska would likely end in a "jeopardy" determination when looking at the entire population compared to the impacted population. What will the burden of recovery look like to Nebraska landowners and conservation managers?

While the Northern Plains population is not expected to be extirpated by the low end projections of climate change, under the high projections emissions scenario, the temperature shift could make the Loess Canyons and portions of the Sandhills areas too warm to sustain ABB; therefore, extirpating them from these areas. With the loss of the Loess Canyons area and damage to the Sandhills areas under this scenario, the Northern Plains population could be at substantial risk of extinction mid-century. The Loess Canyons population has demonstrated extreme sensitivity to drought, decrease in habitat due to eastern red cedar expansion, and its isolation from the Sandhills and Kansas populations. If drought and tree encroachment continue at current rates, this population could be extirpated early century. Additionally, because the majority of Nebraska land is privately owned, only 0.7% of the Loess Canyons area and 3.9% of the Sandhills area is currently government protected. This small amount of protected lands puts the species at great risk of loss, due to private landowner land-use decisions.

The review of impacts from future land-use change due to agricultural conversion appears to be flawed and it is unclear how it was determined that only 5-15% of the suitable habitat in the Northern Plains is at risk. Past agricultural conversion has been pivotal in the loss of this species from most of its historic range. While it is recognizable that commodity prices fluctuate, it is also reasonable to assume, with future climate predictions and intense weather events, farmers will seek to produce on portions of their property that had formerly been in grass to recover losses from a previous season. Additionally, the suitable habitat in Nebraska provides some of the richest soils with a relatively moist climate, which is

2

FWS001042

desirable for crop production. Conversion of suitable habitat to row crops and wind development should be considered a larger risk to this species' viability.

With respect to the lack of consideration given to future land use changes due to wind projects, the Nebraska Energy Office provides a list of wind projects under construction and under development on its website at: http://www.neo.ne.gov/statshtml/89.htm. This list outlines the potential projects that may be constructed in the foreseeable future and may be located within ABB range, which should be used in the Service's further evaluation of impacts to land-use by wind.

2. **Regarding the proposed 4(d) Rule:**
   If ABB is reclassified to threatened, the Commission agrees with the exemptions from prohibition of incidental take for ranching, grazing, and wildlife management activities in the Northern Plains populations, as outlined in the proposed 4(d) rule. ABB are present in ranching and grazing areas because ranchers have continued to consciously work on their land to conserve it. This exception for ranchers will be positive for the ranching community and should create several partnerships with conservation agencies and organizations to enhance and protect habitat for ABB.

   The exemptions allowing for incidental take due to wildlife management activities would allow for growing season prescribed fire, which has been proven to enhance habitat for ABB, as evidenced by the most productive traps in the Loess Canyons population lands that are located in an area which burned in 2002. These exemptions would allow for timely eastern red cedar control, a decrease in regulatory burden, and increased trust with landowners.

   The proposed 4(d) rule would give an unprecedented amount of exemptions from the prohibition of incidental take for the Southern Plains population. This does not align with conservation of the species. The 4(d) rule should have the same exemptions for the entire species range to conserve as many individuals as possible. The exemptions applied to the Northern Plains population are reasonable, prudent, and could arguably benefit the future habitat and conservation of ABB rangewide.

   While the 4(d) rule would become effective after the species is reclassified, Nebraska state statute, the Nebraska Nongame and Endangered Species Conservation Act (37-801), does not currently provide exemptions from the prohibition of take of this state-listed species (all federally-listed species are also state-listed) with regards to the activities outlined in the proposed rule. Therefore, additional burden would be placed upon the Commission to address the discrepancy within the laws and/or regulations. Where would funding come from to bear the burden of recovery for the species?

3

FWS001043

Again, thank you for allowing us to comment and if you have any questions regarding our comments, please contact Melissa Marinovich, Assistant Division Administrator of Planning and Programming, at melissa.marinovich@nebraska.gov or by telephone at (402) 471-5422.

Sincerely,

James N. Douglas, Director

FWS001044

Public Comment
USFWS Proposal to Reclassify the Endangered American Burying Beetle (*Nicrophorus americanus*)

As the Executive Director of the Rhode Island Zoological Society that manages the Roger Williams Park Zoo in Providence Rhode Island, I write with great concern over the US Fish and Wildlife Service's proposal to reclassify the endangered American burying beetle (ABB). The Roger Williams Park Zoo has worked with this amazing species for a quarter century. We have worked on conservation planning, captive breeding initiatives, and the reintroduction of the ABB here in the eastern portion of its range on both Block Island, the only extant population in the east. We have led the reintroduction effort on Nantucket Island since 1994. Our Director of Conservation, Lou Perrotti is considered by many to be a world expert on the species.

After reviewing the Federal Register document titled, Endangered and Threatened Species: Reclassifying the American Burying Beetle from Endangered to Threatened on the Federal List (ID: FWS-R2-ES2018-0029-0001), I have noted numerous serious concerns. This document seems to be well written and researched on the surface, however there are several very important issues that are brought to light when one delves deeper. The fact that the ABB is no longer being considered endangered is the fact that is most inconsistent with the data presented.

The range description states the ABB's current population consists of 9 states. Two of the states listed, Texas and Kansas both have population that are uncertain or unknown. I would suggest not including Texas as a State with a population as your Proposed Rule document states, " No positive surveys have been documented in the Arkansas or Texas portion of the Red River Analysis Area since 2008, and only eight positive surveys are known in the analysis area (all in Oklahoma) since 2008. Populations in Texas are thought to be extirpated." Eleven years with no beetles found certainly suggests that the species is extirpated from Texas. Two others listed, Massachusetts and Missouri are not naturally occurring populations but are reintroduced from captive bred beetles. Reintroduced populations that are dependent on human provisioning should not be included in the state count. The number nine is extremely misleading when it is actually only 6 states where naturally occurring populations exist. It should also be noted the populations in Nebraska and South Dakota are almost entirely on private land with no protections from the regulatory authorities. It was acknowledged in the document that the ABB is likely extirpated from parts of AR and declining in other parts of AR and OK. The record of an ABB being found in Michigan in 2017 without a verified specimen and no others found in surveys conducted in 2018 should NOT be included in this proposal as a possible range extension until more thorough surveys are done. What is portrayed as an apparent improvement in its status since listing in 1989 is largely due to more search efforts. We must not forget that this species has disappeared from 90% of its former range. Many more surveys are needed range wide to make any kind of valid assessment of the population status.

On the subject of reintroduction efforts, since its listing in 1989, researchers have yet to prove that this species can be reintroduced and establish self-sustaining populations anywhere within

its historic range. There is no mention of the first pilot reintroduction effort on Penikese Island MA, that failed soon after provisioning stopped. Despite ongoing efforts in Missouri and Ohio, it is yet to be proven that reintroduction has established this species in those states. The reintroduction effort on Nantucket Island is the longest running of these reintroduction programs, and in over 25 years, this has not been able to establish a self-sustaining population that can exist without intense human assistance. This fact is clearly documented in your Proposed Rule document, "On Nantucket Island, the reintroduced population does not appear to be self-sustaining and requires human assistance for long-term maintenance (Mckenna-Foster et al. 2016, entire)." In addition, it states, "For example the American burying beetle population on Nantucket Island was established with provisioned carcasses and is projected to be extirpated without continued provisioning of appropriately sized carcasses (Mckenna-Foster et al. 2016, entire)." The goal of any reintroduction effort is self-sustaining populations.  As an institution that has been on the ground working for over two decades to establish this species, we can say with certainty that it is still too early to say if reintroductions can be used as a conservation tool to establish this species anywhere within its historic range without continued human intervention to sustain population levels.

Yet another issue is that there is simply not adequate information regarding the genetics of existing, yet geographically isolated, populations of American burying beetles across its known range. In the Proposed Rule document, no comprehensive genetic work has yet been performed to assess if these populations are genetically distinct. Even in the western portion of the range, there is no documented gene flow between these populations. Isolated populations like this become less resilient over time to various pressures. In the east, both the naturally occurring population on Block Island, RI, and the reintroduced population on Nantucket, MA, are far from any other known population and are "island populations" this makes them very susceptible to genetic bottlenecking, stochastic events, or potential disease that may either impact carrion resources or the beetles themselves.

It is important to note carrion resource was not mentioned or considered at all, as we know this is a very resource dependent species on a specialist level. The resources used by the ABB are specific to each analysis area and are very susceptible to population shifts caused by lack of habitat protection in these areas, or the introduction of a non-native or invasive species such as feral cats that would be detrimental to the island populations the most. We have found that the Block Island population is primarily utilizing an introduced, naturalized ring-neck pheasant population that is hunted with no on the ground management or monitoring. As was previously mentioned the Nantucket population is surviving in very low numbers on farm raised non-native quail supplied annually by project partners. It is clear that much more research is needed in this area.

With that being said, as comprehensive as the SSA appears, and as much work as I know went into it, I feel that much more information is needed to make any determination on whether or not to reclassify the American burying beetle. Much more time is needed to assess the current reintroduction efforts in Massachusetts, Ohio and Missouri, further genetic assessment of extant populations is needed, more surveys outside of the current known range need to be

conducted, and more information on many of the unknown parts of the ABB's ecology, and what the effect on the available carrion resources utilized by these populations will be if this were to go through and habitat protections are weakened.

In conclusion, it is extremely premature to make any decision that would affect the listing status and the way the American Burying Beetle and its habitat is managed and protected at this time. Any changes made would set a precedent that could now be used to change the status of many other species across all taxa granted protection under the ESA. A change would also ease restrictions that will only be in the best interest of developers and resource extractors, not the well-being of our wildlife and critical habitats they need to survive and ultimately threatening human quality of life.

Sincerely,


Dr. Jeremey Goodman
Executive Director
RI Zoological Society/Roger Williams Park Zoo

Public Comment
USFWS Proposal to Reclassify the Endangered American Burying Beetle (*Nicrophorus americanus*)

I am writing as the Director of Conservation Programs for the Roger Williams Park Zoo in Providence Rhode Island, and as the Species Survival Program (SSP) Coordinator for the American burying beetle (ABB) for the Association of Zoos and Aquariums (AZA). I and the Roger Williams Park Zoo have worked with this amazing species for over two decades on the conservation planning, captive breeding initiatives, and the reintroduction of the ABB here in the eastern portion of its range on both Block Island, the only extant population in the east, and have led the reintroduction effort on  Nantucket Island since 1994 . As SSP coordinator I also oversee the captive breeding efforts in three other zoological institution within the AZA that are actively involved in reintroduction efforts in the western portion of its range.

After reviewing the Federal Register document titled, Endangered and Threatened Species: Reclassifying the American Burying Beetle from Endangered to Threatened on the Federal List (ID: FWS-R2-ES2018-0029-0001), though this document seems to be well written and researched, I have some issues with the document. The fact that the ABB is no longer being considered endangered but threatened with extinction is the fact I disagree with the most and is inconsistent with the data presented. The only issue based on what we know about the ABB that I do agree with is continuing the climate change discussion and how this will affect the species in the future.

One issue that concerns me is the range description, it states the ABB's current population consists of 9 states. If you look at the 9 states listed two of these are Texas and Kansas both have population that are uncertain or unknown. I would suggest not including Texas as a State with a population as your Proposed Rule document states, " No positive surveys have been documented in the Arkansas or Texas portion of the Red River Analysis Area since 2008, and only eight positive surveys are known in the analysis area (all in Oklahoma) since 2008. Populations in Texas are thought to be extirpated." Eleven years with zero positive surveys suggests that the species is extirpated from Texas. Two others listed Massachusetts and Missouri are not naturally occurring populations but are reintroduced from captive bred beetles. Because of this, I would not feel comfortable to include any reintroduced populations in the "nine States," listed as having extant populations of American burying beetles. I find the number nine to be misleading. Therefore, the total of six States (Arkansas, Kansas, Nebraska, Oklahoma, South Dakota and Rhode Island) that currently have known and naturally occurring populations of American burying beetles is more representative of current range status. It should also be noted the populations in Nebraska and South Dakota are almost entirely on private land with no protections from the regulatory authorities. It was acknowledged in the document that the ABB is likely extirpated from parts of AR and declining in other parts of AR and OK. I also feel the record of an ABB being found in Michigan in 2017 without a verified specimen and no others found in surveys conducted in 2018 should NOT be included in this proposal as a possible range extension until more thorough surveys are done. Despite what seems to be an apparent improvement in its status since listing in 1989, largely due to more

search efforts, we must not forget that this species has disappeared from 90% of its former range and many more surveys are needed range wide to make any kind of assessment of the population status.

On the subject of reintroduction efforts, since its listing in 1989, researchers have yet to prove that this species can be reintroduced and establish self-sustaining populations anywhere within its historic range. There is no mention of the first pilot reintroduction effort on Penikese Island MA, that failed soon after provisioning stopped. Ongoing efforts in Missouri and Ohio, both efforts are yet to prove that reintroduction has established this species in those states. The reintroduction effort on Nantucket Island is the longest running of all of these reintroduction programs, and in over 25 years, this has not been able to establish a self-sustaining population that can exist without intense human assistance. As mentioned in your Proposed Rule document, "On Nantucket Island, the reintroduced population does not appear to be self-sustaining and requires human assistance for long-term maintenance (Mckenna-Foster et al. 2016, entire)." And, "For example the American burying beetle population on Nantucket Island was established with provisioned carcasses and is projected to be extirpated without continued provisioning of appropriately sized carcasses (Mckenna-Foster et al. 2016, entire)." The goal of any reintroduction effort is self-sustaining populations but as someone who has been on the ground working for over two decades to establish this species it is still too early to say if reintroductions can be used as a conservation tool to establish this species anywhere within its historic range without continued human intervention to sustain population levels.

Another issue that I have is that there is simply not adequate information regarding the genetics of existing, yet geographically isolated, populations of American burying beetles across its known range. In the Proposed Rule document, no comprehensive genetic work has yet been performed to assess if these populations are genetically distinct. Even in the western portion of the range, there is no documented gene flow between these populations. Isolated populations like this become less resilient over time to various pressures. In the east, both the naturally occurring population on Block Island, RI, and the reintroduced population on Nantucket, MA, are far from any other known population and are "island populations" this makes them very susceptible to genetic bottlenecking, stochastic events, or potential disease that may either impact carrion resources or the beetles themselves.

It is important to note carrion resource was not mentioned or considered at all, as we know this is a very resource dependent species on a specialist level. The resources used by the ABB are specific to each analysis area and are very susceptible to population shifts caused by lack of habitat protection in these areas, or the introduction of a non-native or invasive species such as feral cats that would be detrimental to the island populations the most. We have found that the Block Island population is primarily utilizing an introduced, naturalized ring-neck pheasant population that is hunted with no on the ground management or monitoring and as mentioned the Nantucket population is surviving in very low numbers on farm raised non-native quail supplied annually by project partners. I feel much more research is needed in this area.

FWS001091

With that being said, as comprehensive as the SSA appears, and as much work as I know went into it, I feel that much more information is needed to make any determination on whether or not to reclassify the American burying beetle. Much more time is needed to assess the current reintroduction efforts in Massachusetts, Ohio and Missouri, further genetic assessment of extant populations is needed, more surveys outside of the current known range need to be conducted, and more information on many of the unknown parts of the ABB's ecology, and what the effect on the available carrion resources utilized by these populations will be if this were to go through and habitat protections are weakened.

In conclusion, I feel it is premature to make any decision that would affect the listing status and the way the American Burying Beetle and its habitat is managed and protected at this time. I would hate to think that just because this is an insect and not a large charismatic species that this can be done without taking the facts listed above into consideration. I fear that this could set a precedent that could now be used to change the status of many other species across all taxa granted protection under the ESA that would ease restrictions that will only be in the best interest of developers and resource extractors, not the well-being of our wildlife and critical habitats they need to survive and ultimately threatening human quality of life.

Sincerely,


Lou Perrotti
Director of Conservation Programs
Roger Williams Park Zoo

FWS001092

# PUBLIC SUBMISSION

**As of:** October 21, 2019
**Received:** October 09, 2019
**Status:** Posted
**Posted:** October 10, 2019
**Tracking No.** 1k3-9cnf-7cec
**Comments Due:** October 09, 2019
**Submission Type:** Web

**Docket:** FWS-R2-ES-2018-0029
Reclassifying the American Burying Beetle from Endangered to Threatened on the Federal List of Endangered and Threatened Wildlife

**Comment On:** FWS-R2-ES-2018-0029-0042
Endangered and Threatened Species: Reclassifying the American Burying Beetle from Endangered to Threatened

**Document:** FWS-R2-ES-2018-0029-0071
Submitted Electronically via eRulemaking Portal

---

## Submitter Information

**Name:** Daniel Snethen
**Address:**
PO Box 294
Kyle,  57752
**Email:** silphidsnethen@hotmail.com
**Phone:** 6052016930

---

## General Comment

I am a researcher of the American Burying Beetle. I was the discoverer of this beetle in several Nebraska Counties and and also in several new localities in SD. I just finished the second season of a three year study of this beetle in SD. I have been researching this beetle for over 25 years. It is my opinion that this beetle has not recovered in any sense of the word. Most of the historic range is still void of this beetle. I have extended its known range at both the Northern and North Western boundaries but this extension is likely due to either the lack of looking for these beetles along the historic borders or simply the beetles moving to suitable habitat from degraded habitat no longer suitable. I have over the past five years noticed a definite trend toward a diminishing population in the Merritt Reservoir area of Cherry County, NE. Also, there seems to be some series issues with prime American Burying Beetle habitat in Southern Tripp County, SD. Several areas of prime habitat have been sampled these past two season with zero captures of American Burying Beetles and in some instances zero beetles from the genus Nicrophorus. These areas of sparse specimens have in previous seasons been rife with American burying beetles and other burying beetles.

Habitat is a major concern. Many species of concern exist in the same habitat. Examples are trumpeter swans, western fringed prairie orchids, ornate box turtles, several species of lizard. This habitat is fragile and is sub-irrigated. We must stop the fracturing of this fragile habitat. We must preserve the sandhills of NE and South Central SD. If we continue to disrupt this habitat with wind farms, light pollution, pipelines etc...we will loose a very pristine area of our Nations Natural Heritage.

It is my professional opinion that we should do even more to protect the American Burying Beetle. Down listing

FWS001221

or delisting of this species will result in the loss of habitat and species other than and including the American Burying Beetle. As it is, global warming is likely to claim the southern population of this beetle. We must be diligent in not allowing this beetle to go extinct.

FWS001222

JA-272

file:///C/...202019-10-21%2012-01-11_docs/20191009_Daniel%20Snethen_public%20comments%20on%20proposed%20abb%20rule.html[10/4/2021 11:45:40 PM]

# PUBLIC SUBMISSION

| | |
|---|---|
| **As of:** October 21, 2019 | |
| **Received:** October 09, 2019 | |
| **Status:** Posted | |
| **Posted:** October 09, 2019 | |
| **Tracking No.** 1k3-9cn2-q7ob | |
| **Comments Due:** October 09, 2019 | |
| **Submission Type:** Web | |

**Docket:** FWS-R2-ES-2018-0029
Reclassifying the American Burying Beetle from Endangered to Threatened on the Federal List of Endangered and Threatened Wildlife

**Comment On:** FWS-R2-ES-2018-0029-0042
Endangered and Threatened Species: Reclassifying the American Burying Beetle from Endangered to Threatened

**Document:** FWS-R2-ES-2018-0029-0056
Submitted Electronically via eRulemaking Portal

---

## Submitter Information

**Name:** James Lawson

---

## General Comment

October 9, 2019

Public Comments Processing
Attn: Docket No. FWS-R2-ES-2018
U.S. Fish and Wildlife Service
MS: JAO/1N
5275 Leesburg Pike
Falls Church, VA 22041-3803

My company operates oil and gas leases in Osage County Oklahoma. We have maintained a great relationship and partnership with the Osage Nation.

The policies of FWS and the Osage Agency of the BIA regarding the American Burying Beetle have inhibited opportunities for investment necessary to sustain production in Osage County since before 2014.

I have cooperated and respected these policies, even though the Beetle was never endangered in the first place, according to respected scientists studying the ABB.

I support the proposal to change the status of the American Burying Beetle from Endangered to Threatened.

Respectfully,
Lawco Holdings LLC
James R. Lawson
CEO

FWS001232

**JA-273**



# SWCA®
## ENVIRONMENTAL CONSULTANTS
Sound Science. Creative Solutions.®

# Petition to Delist
# the American Burying Beetle
# (*Nicrophorus americanus*)
# in Accordance with Section 4 of the
# Endangered Species Act

Petitioned by

**American Stewards of Liberty**
**Independent Petroleum Association of America**
**Texas Public Policy Foundation**
**Dr. Steven W. Carothers**

Prepared by

**SWCA Environmental Consultants**

August 18, 2015

FWS001278

FWS001279

# SIGNATURES

WE, THE PETITIONERS, RESPECTFULLY SUBMIT THIS PETITION TO DELIST THE FEDERALLY ENDANGERED AMERICAN BURYING BEETLE (*NICROPHORUS AMERICANUS*) TO THE U.S. FISH AND WILDLIFE SERVICE FOR CONSIDERATION PURSUANT TO SECTION 4 OF THE ENDANGERED SPECIES ACT.

AMERICAN STEWARDS OF LIBERTY
DAN BYFIELD, CEO
624 SOUTH AUSTIN AVENUE, STE. 101
GEORGETOWN, TEXAS 78626
(512) 365-2699
DAN@AMERICANSTEWARDS.US

INDEPENDENT PETROLEUM ASSOCIATION OF AMERICA
DAN NAATZ, SENIOR VICE PRESIDENT OF GOVERNMENT RELATIONS AND POLITICAL AFFAIRS
1201 15TH STREET, NW SUITE 300
WASHINGTON, DC 20005
(202) 857-4722

TEXAS PUBLIC POLICY FOUNDATION
ROBERT HENNEKE, DIRECTOR, CENTER FOR THE AMERICAN FUTURE
901 CONGRESS AVENUE
AUSTIN, TEXAS 78701
(512) 472-2700
RHENNEKE@TEXASPOLICY.COM

STEVEN W. CAROTHERS, FOUNDER/SENIOR SCIENTIST
SWCA ENVIRONMENTAL CONSULTANTS
4407 MONTEREY OAKS BLVD., SUITE 110
AUSTIN, TEXAS  78749
(928) 853-2253
SCAROTHERS@SWCA.COM

FWS001280

FWS001281

# CONTENTS

1.0  **Petitioned Action** ............................................................................................................1

2.0  **Species and Habitat Description** ...................................................................................2

3.0  **Scientific and Regulatory History** ................................................................................4

4.0  **Delisting Precedents** .......................................................................................................6

4.1  Recovery ....................................................................................................................6

4.2  Extinction ..................................................................................................................7

4.3  Original Data in Error ...............................................................................................8

5.0  **Justification for the Petitioned Action** .........................................................................9

5.1  Original Listing in Error ...........................................................................................9

5.1.1  Historic Range Contraction Not Relevant to Current Status ...........................9

5.1.2  Unfounded Claims of Contemporary Population Decline and Restricted Distribution ...... 11

5.1.3  No Information on Actual Threats to the Species .........................................14

5.1.4  2008 5-year Status Review Did Not Adequately Consider New Information ...................14

5.2  Continued Listing Not Warranted ..........................................................................15

5.2.1  Range, Distribution, and Population Size ....................................................16

5.2.2  Analysis of Listing Factors .........................................................................20

6.0  **References Cited** ..........................................................................................................24

# FIGURES

**Figure 1.**    Known range of *N. americanus* since listing as endangered in 1989. ....................17

**Figure 2.**    Historic range and current Oklahoma range of *N. americanus* (modified from Sikes
and Raithel 2002). ........................................................................................................18

# TABLES

**Table 1.**    History of range, distribution, and abundance information and regulatory decision-
making for *N. americanus*. ...........................................................................................4

**Table 2.**    Collection of *N. americanus* at an Oklahoma site between 1979 and 1988 by blacklight
(USFWS 1989). ...........................................................................................................13

**Table 3.**    Current range, distribution, and estimated abundance of *N. americanus*. .....................19

**Table 4.**    Changes in potentially suitable land cover for use by *N. americanus* between 2001-
2011 within the current range of the species. ........................................................21

FWS001282

FWS001283

JA-279

# 1.0  PETITIONED ACTION

The Petitioners respectfully submit this petition to delist the American burying beetle (*Nicrophorus americanus*, ABB), an endangered insect, to the U.S. Fish and Wildlife Service (USFWS) for consideration under Section 4 of the Endangered Species Act (ESA).

*Nicrophorus americanus* is the largest of the carrion beetles (Coleoptera: Silphidae) in North America. The USFWS listed *N. americanus* as an endangered species (i.e., a species in danger of extinction throughout all or a significant portion of its range) in 1989 (USFWS 1989). In the agency's final listing rule, the USFWS stated "once widely distributed throughout eastern North America, this species has disappeared from most of its former range" (USFWS 1989). Claims of a 90 percent reduction in the historic range of the species were the foundation of the USFWS's decision to list *N. americanus* as endangered – yet scientifically defensible, range-wide studies of presence/absence or abundance have never been completed for this highly variable and eclectically distributed species. While anecdotal evidence of a historic decline in the range and distribution of *N. americanus* exists in the public record (likely related to the demise of the passenger pigeon and the expansion of modern agriculture around the turn of the 20th century, as postulated by Sikes and Raithel 2002), there is no evidence that *N. americanus* is currently in danger of extinction across all or a significant portion of its contemporary range. Historic conditions are not relevant to current status determinations under the ESA – proper analysis of the five ESA listing factors must be based on present or threatened future conditions. In fact, the known contemporary range, distribution, and abundance of *N. americanus* is actually expanding with the application of increased and more effective survey effort, as well as the implementation of multiple captive breeding and reintroduction efforts. Furthermore, at the time of listing, the USFWS was unable to identify any actual threats to current populations of *N. americanus* and more recent analyses of threats are based largely on speculation and assumption – not actual evidence of downward pressure on the current abundance or distribution of the species. Population and habitat viability modeling involving the USFWS and other experts also indicates that all naturally occurring wild populations of *N. americanus* are of sufficient size to be demographically viable for the foreseeable future.

In short, the Petitioners request that the USFWS delist *N. americanus* from protection under the ESA, since the best available science does not support the existence of any threats significant enough to be driving *N. americanus* towards extinction in the foreseeable future.

FWS001284

## DELISTING THE AMERICAN BURYING BEETLE IS WARRANTED



- Historic range contractions are not relevant to the current status of the species and reliance on anecdotal collection records to infer trends is fraught with bias and non-scientific analysis.

- The known range, distribution, and abundance of the species has been expanding in recent decades with additional survey effort, including a 100-fold expansion of the known range since listing and a 3% range expansion in 2015.

- All known naturally occurring wild populations are demographically viable for the foreseeable future, with little risk of extinction under estimated current conditions.

- No actual threats to the species have been substantiated with contemporary evidence of population declines.

- Recent trends in land use and land cover change within the range of the species are not significant and do not suggest current changes in the overall availability of actual habitat for the species.

- The species is easily raised in captivity and reintroduction efforts are underway, with recent advances in marking techniques that should improve the success of such efforts.

Addressing this erroneous listing as quickly as possible is of prime importance to the Petitioners. Several of the Petitioners believe that species inappropriately receiving the protections of the ESA cause significant economic harm. In the case of *N. americanus*, many land development, agriculture, transportation, and pipeline or utility operations are delayed or restricted due to the presence of the beetle (Williamson 2014). In the state of Oklahoma, *N. americanus* has cost $6.5 million in protection efforts over the last 20 years, including $1.3 million that the Oklahoma Department of Transportation spent on conservation actions in a 6-year time span (Palmer 2015). The erroneous listing of *N. americanus* has caused delays of essential road and bridge projects and costs Oklahoma taxpayers (Smoot 2015). The *N. americanus* has also caused issues with the development of the Keystone XL Pipeline, a $5.3 billion project, related to permitting and protection for *N. americanus*, as well as related lawsuits (Laskow 2012; Snyder 2013). Others believe that the objectives of the ESA are best served by focusing limited conservation resources on species that truly warrant the protections of the ESA. All Petitioners believe that *N. americanus* should no longer be listed as threatened or endangered under the ESA.

Pursuant to ESA Section 4(b)(3)(A), the question USFWS must determine at this stage is "whether the petition presents substantial scientific or commercial information indicating that the petitioned action may be warranted." This is a relatively low-threshold burden of proof. For the purposes of this decision, "'substantial information' is that amount of information that would lead a reasonable person to believe that the measure proposed in the petition may be warranted" (50 CFR 424.14(b)(1)).

# 2.0   SPECIES AND HABITAT DESCRIPTION

*Nicrophorus americanus* is a carrion beetle that feeds and reproduces on vertebrate carcasses within a certain size range. Carcasses used by *N. americanus* typically range from 100 to 300 grams; although, smaller, presumably suboptimal, carcasses ranging from 30 to 100 grams are also used (Kozol et al. 1988). Larger carcass size has been associated with increased reproductive output (USFWS 2014a), but

FWS001285

the relationship may not be strong. For example, Smith (2011), in a study by the Oklahoma Department of Wildlife Conservation funded by a USFWS Section 6 grant that was not cited in USFWS (2014a), found that "carcass size did not impact brood size or larval mass so size of carcasses may not be as much of a limiting factor as competition for carcasses and subsequent reproductive success."

Carrion beetles, such as *N. americanus*, bury their carcasses beneath the soil to help protect the carcass from scavenging by other animals. Because of this behavior, the texture and moisture content of the soil upon which a carcass is found contributes to appropriate habitat for this species. It appears that soil conditions must be somewhat conducive to excavation by *N. americanus* individuals, indicating a moderate level of pliability regardless of soil type (Anderson 1982; Lomolino and Creighton 1996); although, *N. americanus* will move carcasses up to 1 meter to better soil conditions and members of the genus have been documented using animal burrows or other similar features to "bury" carcasses (USFWS 1991, Jurzenski 2012). Soil moisture also appears to be a factor in preventing desiccation while brooding or overwintering (Bedick et al. 2006).

Vegetation cover contributes to appropriate habitat for *N. americanus* by providing the litter or detritus under which *N. americanus* are believed to shelter during the day in the species' summer active season (USFWS 2014a). Vegetative detritus also contributes to the maintenance of appropriate soil conditions during the brooding and winter inactive periods (USFWS 1991). *Nicrophorus americanus* has been observed in multiple types of vegetation communities including grasslands, grazed pastures, scrub, deciduous woodlands, pine forests, bottomland/riparian woodlands, and edge habitats. The species is highly mobile and appears to move readily between vegetation communities, indicating a lack of vegetation preference (USFWS 2014a). Habitat for *N. americanus* is not dependent upon vegetative structure or composition – or even on specific soil types, but instead is thought to rely on specific-sized carcasses lying on top of soils suitable for the burial of such carcasses. In fact, the USFWS acknowledges this association by stating in the agency's most recent, albeit informal, status review (USFWS 2014a):

> Holloway and Schnell (1997) found significant correlations between the numbers of ABBs caught in traps and the biomass of mammals and birds, irrespective of the predominant vegetation (USFWS 2008b) suggesting that the habitat *per se* is not the key environmental driver for occupation of an area by ABB, but rather the density of their reproductive resources (small mammals and birds) found within those habitats.

*Nicrophorus americanus* has a summer active season that typically runs between late April and September, when ambient nighttime air temperatures consistently exceed 60 degrees Fahrenheit (USFWS 1991). During this period, individuals forage, pursue mates, locate and defend suitable carcasses, and rear broods. When not engaged in brood rearing, *N. americanus* individuals are believed to shelter under vegetation litter on the ground surface during the day and are most active above ground from two to four hours after sunset (Walker and Hoback 2007, Bedick et al. 1999). Some weather conditions, including extreme temperatures, rain, and strong winds, reduce the summertime nocturnal activity of individual *N. americanus* (Bedick et al. 1999).

During their active season, *N. americanus* as a species is thought to have two peak periods of above ground activity (USFWS 2008). The first occurs over several weeks in the early summer after the beetles emerge from their winter inactive season to forage, locate suitable carcasses for feeding and brood rearing, and attract mates. Burying beetles are capable of finding a carcass between one and 48 hours after death at a distance up to two miles (Ratcliffe 1996). If successful, a mated pair will raise a brood underground near a buried carcass, a process that typically takes about 48 to 65 days (Kozol et al. 1988). Adults provide extensive parental care of their brood and typical brood sizes are between 12 and 18 larvae (Kozol 1990). A second period of above-ground activity by *N. americanus* occurs in late summer when new adults (called tenerals) emerge to feed before the next winter inactive season. The parents die off

FWS001286

after reproduction or during the subsequent winter.  The life cycle of this beetle is thought to last about one year (USFWS 2014a).  Because of this short life span, USFWS (2014a) states that each year's population levels are largely dependent on the reproductive success of the previous year, with "high numbers and abundance in one year, followed by a decline in numbers the succeeding year, or vice versa" (USFWS 2014a).

*N. americanus* has been reported moving distances of 0.10 to 18.6 miles in various parts of the species' range (Bedick et al. 1999, Creighton and Schnell 1998, Jurzenski et al. 2011, Schnell et al. 1997-2006).  However, 6.2 miles appears to be the average maximum distance travelled by an individual beetle over six days with an average of approximately 1.03 miles per night (Creighton and Schnell 1998). This high degree of mobility and lack of fidelity to any particular vegetation or soil type means that the presence of *N. americanus* individuals at any particular location is highly variable.  USFWS (2014a) states that "survey data for ABBs in Oklahoma has documented both positive and negative ABB survey results in the same calendar year and even the same ABB active season within the same general location."

Once ambient nighttime air temperatures consistently drop below 60 degrees Fahrenheit, *N. americanus* individuals bury into the soil, generally at or just below the frost line, to overwinter for a period of eight to nine months (USFWS 2014a).  Again, the vegetation community at overwintering sites generally does not appear to be an influencing factor in overwinter survival rates, at least for the Oklahoma population (Holloway and Schnell 1997).  Having access to a carcass during the winter appears to improve the overwinter survival rate of *N. americanus* individuals, which studies estimate ranges between 25 percent to about 70 percent (USFWS 2014a).

# 3.0   SCIENTIFIC AND REGULATORY HISTORY

The USFWS' decision to list *N. americanus* as endangered with extinction hinged largely on observations gleaned from historic and contemporary collection records that the species appeared to be extirpated from a significant portion of its historic range. USFWS (1991, 2014a) describes the historic range of *N. americanus* as including "over 150 counties in 35 states" that cover "most of temperate eastern North American and the southern borders of three eastern Canadian provinces."  While the USFWS also notes that "documentation of records is not uniform through the broad historical range," neither the history of collection records nor current survey efforts represent a focused, systematic survey of presence or absence across this historic range over time.  Nevertheless, the USFWS continues to describes the current status of *N. americanus* as dire since the "during the 20th century, the ABB disappeared from over 90 percent of its historical range" (USFWS 2014a).  Instead, the when considering listing *N. americanus* as endangered in 1989, USFWS should have acknowledged that it lacked robust or even sufficient evidence of any actual contemporary decline in *N. americanus* range, distribution, or abundance that would have pointed to a trend towards extinction.

**Table 1.** History of range, distribution, and abundance information and regulatory decision-making for *N. americanus*.

| Date | Event |
| --- | --- |
| **1790** | Olivier first describes the species, *N. americanus*, from an undesignated type locality (USFWS 1991). |
| **circa 1850 - 1920** | Historic collection records document the presence of *N. americanus* across the "Atlantic region from the middle states to Texas," and some records include notes about the "abundant," "widely distributed," and "frequent" observations of *N. americanus* during this period (Davis 1980). |

FWS001287

| Date | Event |
|------|-------|
| **circa 1920 - 1950** | Collections of *N. americanus* apparently decline across the eastern edge of the range. The species appeared to be largely extirpated from mainland portions of states east of the Appalachian Mountains by the 1940s. Reports of *N. americanus* from the central Midwest states declined through 1950s (USFWS 1991). |
| **circa 1950 - 1989** | Collection records and other personal communications during this period note the "lack of recently collected specimens" and "lack of success in trapping *N. americanus*," with many collectors reporting no success in collecting *N. americanus* from many localities (Davis 1980). USFWS (1989) stated that "since 1960, this once ubiquitous species has been collected only in Ontario, Kentucky, Arkansas, Michigan, Oklahoma, Nebraska… and in two New England states." *Nicrophorus americanus* distribution records during the three decades leading to the listing decision document a known range that included eight U.S. or Canadian states. |
| **1984** | USFWS recognized *N. americanus* as a candidate for listing, but noted that sufficient biological information was not available to support a proposed rule (49 FR 21670). |
| **1989** | USFWS lists *N. americanus* as endangered under the ESA on the basis of an apparent decline in historic range and abundance based on curated collection records and poorly supported assertions of contemporary declines (USFWS 1989). USFWS (1989) provided no evidence of any actual or ongoing threats to the species ("the cause of the species decline is unknown"). The known range of *N. americanus* is described as being limited to two extant populations: one in Rhode Island and another in eastern Oklahoma, "despite extensive efforts to locate additional populations." The USFWS describes the Block Island population as having an estimated population of 520 individuals in 1986, and reports the collection of only 10 individuals from the Oklahoma site over a 10-year period. |
| **1991** | USFWS publishes a recovery plan for *N. americanus* that describes the expansion of the known range in Oklahoma from a single site to four counties and reports the collection of 219 individuals from Oklahoma in 1991 – a substantial increase compared to the Oklahoma collections cited in the 1989 listing rule. USFWS considered the population on Block Island to be "apparently stable" at a level of approximately 500 individuals. USFWS proposes that the decline in *N. americanus* may be related to habitat loss and fragmentation that altered the composition of the vertebrate fauna community and reduced the abundance of carrion resources of the size preferred by *N. americanus*. |
| **2005** | Amaral et al. (2005) published a population and habitat viability assessment for *N. americanus* that estimated all naturally occurring *N. americanus* populations to be at least 1,000 individuals and projected little risk of single extinction given estimated current conditions. The assessment included input from a wide variety of experts, including the USFWS, state wildlife agencies, university researchers, zoos involved in *N. americanus* captive breeding programs, and the International Union of Concerned Scientists Conservation Breeding Specialist Group. |
| **2008** | USFWS publishes a 5-year Status Review of *N. americanus* that recommended continued endangered status despite acknowledgement that the known range and distribution of the species greatly expanded since listing, several populations occur on public lands or private conservation lands, multiple populations are estimated to be "demographically viable over the long term," captive breeding stocks and the husbandry practices are "well-established," and actual threats to the species remain either a "longstanding hypothesis" or "purely theoretical." Nor does USFWS provide any evidence of how or to what extent current populations continue to be affected by these hypothetical or theoretical threats. The range of the species at this time is known to include much broader distribution over parts of seven states. |
| **2014** | USFWS publishes an updated biological review of *N. americanus* to support its general conservation plan for addressing the purported impacts of Oklahoma oil and gas development on the species. USFWS (2014a) states that *N. americanus* is now known to occur in nine states: Block Island, Rhode Island; Nantucket Island, Massachusetts; eastern Oklahoma; western Arkansas; Loess Hills and Sandhills regions, central Nebraska; Chautauqua Hills region, southeast Kansas; south-central South Dakota; northeast Texas; and Missouri (a designated non-essential, experimental population). This distribution incudes three national wildlife refuges and several other public or private conservation areas. |

| Date | Event |
|------|-------|
| **2015** | USFWS expanded yet again the known range of *N. americanus* in Oklahoma to accommodate new positive survey records from the western edge of its known distribution. The expansion added more than 500,000 acres to the range of the species in Oklahoma, an increase of approximately 3 percent (USFWS 2015a). |

# 4.0   DELISTING PRECEDENTS

Delisting a species from the protections of the ESA may occur as a result of achieving recovery, species extinction, or new analysis that indicates that the original listing was in error. Since 1967, 59 species have been delisted (51 domestic and 8 foreign species). Of these, 19 were delisted because the original data were found to be in error, 30 have been recovered, and 10 have gone extinct (USFWS 2015b).

## 4.1   Recovery

The Policy and Guidelines for Planning and Coordinating Recovery issued by the USFWS in 1990 defines recovery as "the process by which the decline of an endangered or threatened species is arrested or reversed, and threats to its survival are neutralized, so that its long-term survival in nature can be ensured. The goal of this process is the maintenance of secure, self-sustaining wild populations of the species" (USFWS 1990:1). While there is a regulatory basis for the development of recovery plans, there is no requirement that recovery plans be implemented. **It is also important to recognize that neither the ESA nor the USFWS regulation establishes that recovery plans act as the sole determinant of a species' progress towards achieving recovery.**

For example, in its final rule to delist the Lake Erie water snake in 2011, the USFWS states that "recovery plans are intended to provide guidance to the USFWS, States, and other partners… they are not regulatory documents and cannot substitute for the determinations and promulgation of regulations required under 4(a)(1) of the Act" (76 Fed. Reg. 50681). In regard to implementation of recovery plans, the USFWS identifies that "there are many paths to accomplishing recovery of a species, and recovery may be achieved without all criteria being fully met" (76 Fed. Reg. 50681). Moreover, "the determination to remove a species from the Federal List of Endangered and Threatened Wildlife is ultimately based on an analysis of whether a species is no longer endangered or threatened" (76 Fed. Reg. 50681). Therefore, a species may be delisted on the basis of recovery even if the specific recovery criteria identified in the species' recovery plan have not been met.

Other examples of species that have been delisted on the basis of recovery not necessarily defined by strict adherence to published recovery plan criteria include the following:

- **Columbian White-tailed Deer (*Odocoileus virginianus leucurus*), Douglas County distinct population segment) (68 Fed. Reg. 43647) -** In 2003, the Douglas County distinct population segment of the Columbian white-tailed deer (distinguished in the 1983 revision to the recovery plan) was delisted due to recovery. Prior to listing, the species had declined by 1970 to just two known populations representing approximately 400–500 individuals. Largely as a result of conservation efforts and regulations on hunting, by 2002, the species increased to over 6,000 known individuals (68 Fed. Reg. 43651). This represents a population increase of 1,417.5% (based on a starting value of 400 known individuals). Despite this population increase, there remained only two known

FWS001289

populations of the species at the time of delisting, and the range of the delisted population segment included only one county in Oregon. The basis for delisting the distinct population segment was the establishment of secure habitats. The recovery plan "did not define secure habitat to include only publically owned lands; rather, it provided further guidance on secure habitat by stating that local entities, including planning commissions, county parks departments, and farm bureaus could secure habitat through zoning ordinances, land-use planning, parks and greenbelts, agreements, memoranda of understanding, and other local jurisdictions" (68 Fed. Reg. 43651). They additionally encouraged conservation organizations to contribute through "easements, leases, acquisitions, donations, or trusts" (68 Fed. Reg. 43651).

- **Robbins' Cinquefoil (*Potentilla robbinsiana*) (67 Fed. Reg. 54968) -** In 2002, the Robbins' Cinquefoil was delisted due to recovery. This determination was based on the application of protective conservation actions and the addition of new viable populations. At the time of the listing in 1980, there was only one known population of the species that had been transected by development associated with the Appalachian Trail. Within that population, approximately 2,000 individual plants were known to occur. By the time the species was delisted, more than 14,000 individual plants were known to occur at two naturally occurring localities and two transplanted localities (67 Fed. Reg. 54968). This represents a known population increase of 600%. While the recovery plan initially called for four new transplant sites, it was later determined that only two of these sites needed to be viable. In response to comments received relating to the separation from the objectives outlined in the recovery plan, the USFWS iterated that "the objectives identified during the recovery planning process provide a guide for measuring the success of recovery, but are not intended to be absolute prerequisites, and should not preclude a reclassification or delisting action if such action is otherwise warranted" (67 Fed. Reg. 54972).

- **Aleutian Canada goose (*Branta canadensis leucopareia*) (66 Fed. Reg. 15643) -** In 2001, the Aleutian Canada goose was delisted due to recovery. In 1975, 790 individuals of the species were known to exist. By 1989, the population had increased to 5,800 known individuals (an increase of 634%). As a result of that increase, the species was down-listed to threatened. In 2000, there were 36,978 known individuals (an increase of an additional 537%) and the species was delisted (66 Fed. Reg. 15643). This represents a cumulative population increase of 4,580% from the time of listing. The species was determined to be recovered due to the discovery of new localities, the introduction of captive-bred individuals that led to an expanded range, and the elimination of threats like hunting by establishing closed hunting areas.

These are just a handful of examples where species have been delisted on the basis of recovery. In these cases, the USFWS determined that the threat of extinction and decline of the species had been reversed. In many cases, the conditions considered for recovery were different from those outlined in the initial recovery planning process as new scientific information became available. In all cases, some forms of perpetual protective measures were implemented in support of continued species security.

## 4.2   Extinction

To date, 10 species have been delisting under the ESA due to extinction. While this is a warranted justification for the removal of a species from the protections of the ESA, it is not relevant to *N. americanus* and therefore not discussed further in this petition.

# 4.3    Original Data in Error

The third acceptable criteria for delisting are instances where the original data used to support the listing is determined to be in error. In such cases, **delisting may be warranted if the analysis of new information or a reanalysis of the original information indicate that the existence or magnitude of threats to the species, or both, do not support a conclusion that the species is at risk of extinction now or in the foreseeable future**. Examples of species that have been delisted on the basis of an erroneous listing include:

- **Pine Barrens treefrog (*Hyla andersonii*) (48 Fed. Reg. 52740) -** In 1983, the Florida population of the Pine Barrens treefrog was delisted due to a finding that the original data were in error. The USFWS stated "recent evidence indicates that the species is much more widely distributed than originally known" (48 Fed. Reg. 52740). At the time of the listing, there were only seven known localities of this species in Florida and the predominant threat was cited as "the present or threatened modification, or curtailment of its habitat or range" (48 Fed. Reg. 52741). By 1979, several more populations were identified, and by 1980 there were over 150 confirmed occupied locations for the species (an increase of at least 2,042%). The final rule noted that while the overall distribution of the species was relatively limited, the likelihood of discovering more known localities in consideration with the additional new sites discovered indicated that "the Florida population is relatively secure for the immediate future" (48 Fed. Reg. 52741).

- **Rydberg Milk-Vetch (*Astragalus perianus*) (54 Fed. Reg. 37911) -** In 1989, the Rydberg Milk-Vetch was delisted on the basis of erroneous data. At the time when this species was listed, there was only one known locality. The subsequent delisting was based on the discovery of 11 additional localities over nine years of research (an increase of 1,100%). This delisting was supported by the existence of regulatory mechanisms that minimized the impacts of the threats identified in the initial listing factors.

- **McKittrick pennyroyal (*Hedeoma apiculatum*) (58 Fed. Reg. 49244) -** In 1993, the McKittrick pennyroyal was delisted because of "the number of newly discovered populations and the remote and inaccessible nature of the habitat" (58 Fed. Reg. 49244). This species was at the time of listing and continues to be only known from two counties, one each in Texas and New Mexico. At the time of listing, there were 7 known localities of the species. At the time of delisting, there were 36 known populations of the species (an increase of 414%) (58 Fed. Reg. 49245). The USFWS determined that since this plant species occurs in hard-to-reach habitats, it is likely that its distribution is even broader than the confirmed locations, and that its natural preferred habitat limits the likelihood of human-related impacts.

- **Utah (Desert) Valvata snail (*Valvata utahensis*) (75 Fed. Reg. 52272) –** In 2010, the Utah Valvata snail was delisted on the basis of new information. At the time of listing in 1992, the species was believed to occur in only "a few springs and mainstream Snake River sites" at, isolated points along the Snake River. The species was delisted after data showed that the species range extended an additional 122 miles beyond the initially identified range (an increase in the known range of 118.5%). The USFWS determined that due to the increased range of the species, the listing factors would not contribute to the likelihood of the species being threatened with extinction in the foreseeable future. Among the threats discussed, impacts to its habitat from agricultural and industrial purposes were excluded as threats because "the species persists in these varied mainstem Snake River systems, including impounded reservoir habitats" (75 Fed. Reg. 52280).

FWS001291

> **This distinction is critical because despite the continued presence of previously perceived threats, the proven ability of the species to continue to thrive in those conditions supported delisting.**

# 5.0   JUSTIFICATION FOR THE PETITIONED ACTION

Herein, the Petitioners present and analyze the credible scientific or commercial information that would lead a scientifically accurate species status review to conclude that delisting of *N. americanus* may be warranted. The following assessment demonstrates how the original listing was in error, even given the information available at the time, and that information that became available subsequent to the listing decision continues to demonstrate that *N. americanus* is not now threatened and never was at risk of extinction in the foreseeable future. Therefore, the Petitioners believe that *N. americanus* should be delisted.

## 5.1    Original Listing in Error

In 1989, the USFWS stated in its final listing rule for *N. americanus* (USFWS 1989:29654):

> Endangered status is warranted by the decline in the species' range from more than a third of the continental United States and parks of southeastern Canada to only two verified populations.  Failure of 1986 efforts to relocate the species in Arkansas and Michigan suggests that whatever caused the decline of the species was at work at least as recently as the mid 1970's.  While it is not improbable that other remnant populations will be discovered in the future, it is likely that those populations remain vulnerable to the factors that have caused the general decline of the species.  Further, there is no known way to reverse any decline that might occur in the known populations.

The Petitioners believe that the USFWS erred in 1989 when it determined that *N. americanus* was endangered with extinction over all or a significant portion of its range.  The best scientific and commercial information available at the time of listing was not sufficient to demonstrate that any one or a combination of the five factors necessary for listing described in Section 4(a)(1) of the ESA was at the time driving *N. americanus* towards extinction.  Instead, the USFWS based its listing decision on largely antidotal evidence of a historic reduction in the range of *N. americanus*, a misunderstanding of the current range and distribution of the species, and speculation about the existence of unspecified "threats" that were presumed to be causing a decline in the species.  In fact, at the time of listing, USFWS had no information at all about any threats acting on the species and no credible information on trends in the *N. americanus* population – let alone any evidence of current or recent declines. Therefore, the USFWS had no rational basis for determining in 1989 that *N. americanus* was endangered with extinction.  Clearly, the listing was in error.

### 5.1.1    *Historic Range Contraction Not Relevant to Current Status*

The assertions made by USFWS in the 1989 listing rule about the purported decline in the range of *N. americanus* were based on data gleaned from historic and contemporary entomological collections housed in permanent repositories.  Relying on historical collections to make conclusions about trends in a species' range or abundance is inappropriate due to significant issues with collector bias, variations in collection methods and levels of effort, and problems with "presence only" data sets (Davis 1980; Pearce and Boyce 2006; Jeppsson et al. 2010; Shaffer et al. 1998).  In fact, there is a wealth of information in the scientific literature warning of such issues.  In a similar instance of using natural history collections (NHCs), Jeppsson et al. (2010:1950) is very clear about the perils of collection bias stating that "a major

FWS001292

drawback in using historical collections, however, is that such data sources in most cases are based on nonstandardized sampling methods. Thus one needs to consider potential biases in the data, such as changes in sampling effort, changes in sampling methods and the effects of increased knowledge on species biology." They go further and detail those biases (Jeppsson et al. 2010:1941):

> Potential sources of bias: (1) *No records of absences* – There is usually no knowledge about species absences, making it difficult to know whether a lack of records is due to species absence, non-detection (e.g. from stratified presence/absence studies) or that the location has not been visited (e.g. for presence only data); the real reason is, however, usually unknown [37]; (2) *Changes in sampling effort* – It cannot be assumed that the sampling effort has been constant over time, because NHCs usually stem from many years and many sources. Therefore, the yearly number of records of a specific species is not only dependent on the population size, but also on the yearly sampling effort; (3) *Changes in spatial coverage of sampling* – Three possible biases may arise. First, if the sampled area is constant, population increases due to expansion of the distribution may remain undetected. Second, if the sampled area changes with time, perceived population changes may not be real [21, 57]. Third, different collectors may recognize a name of a location as different in extension, giving the impression of changed spatial coverage; (4) *Changes of collection methods* – New knowledge on species' biology and new collection methods may increase species detection and collection, resulting in apparent but not necessarily true positive population trends; (5) *The attractiveness to collect a certain species may change* – NHCs depend on the willingness of collectors to collect specimens of different species. The attractiveness of a species is, among other things, influenced by the charisma of its visual characteristics, its sensitivity to human-induced habitat changes, its rarity, its red-list status, or its protection status. If any of these factors change with time, so may the collection effort for the species."

These same biases, plus additional important points, are also described in Shaffer et al. (1998). These authors discuss assumptions that must be considered when using such data, including two very relevant points to the USFWS's assertions about *N. americanus*: 1) that "the 'expertise' of the collectors is 'equal'" and 2) "normal biotic and abiotic factors regulations population fluctuations were the same during the sampling periods" (Shaffer et al. 1998:29).

The other main problem with the USFWS's claims of *N. americanus* declines inferred from historical collection data is related to the Jeppsson et al. (2010) warning about reliance on presence-only data. Pearce and Boyce (2006:406) discusses species abundance and distribution modelling and states: "knowledge of only the presence of a species presents a number of data-quality issues" and "…making use of 'presence-only' data, consisting only of observations of the organism but with no reliable data on where the species **was not** [emphasis added] found. Sources for these data include atlases, museum and herbarium records, species lists, incidental observation databases and radio-tracking studies." They also caution scientists by stating, "Our caveat is that researchers must be mindful of study design and the biases inherent in the presence data and be cautious in the interpretation" (Pearce and Boyce 2006:410).

Although not relevant to the 1989 listing decision, it is possible that *N. americanus* did incur a historic decline due to threats that are no longer relevant in today's current conditions. The USFWS (1991) offered several examples of historic declines in optimally sized carrion resources for *N. americanus*:

> Since the middle of the 19th century, two species of birds in the favored weight range for *N. americanus*, the passenger pigeon (*Ectopistes micratorius*) and the greater prairie chicken (*Tympanuchus cupido*), have been eliminated from the eastern North American fauna…Further, several other birds in this weight class, particularly certain gallinaceous

FWS001293

birds such as the wild turkey (poults), waterfowl, and shorebirds, have severely declined rangewide. Wild turkeys, for example, occurred throughout the range of the American burying beetle, and until recently, were extirpated from much of their former range…The cessation of fertilizing agricultural fields with whole fish (prohibited, for example, by law on Long Island about 1920 according to Robert Latham *in litt*.), probably resulted in large-scale carrion reductions in areas where this practice was formerly common, particularly along coasts or rivers.

However, none of these historic carrion source declines were relevant to the listing of *N. americanus* in 1989. The passenger pigeon and the greater prairie chicken may have indeed been an abundant carrion source for *N. americanus* historically, but their declines began in late 1800s and their extinctions/extirpations occurred in the early 1900s (Kates 2005; Smithsonian Institution 2001), which are not pertinent to determining listing status in 1989 or continued listing today. While the decline of wild turkey populations in the U.S. in the early 1900s may have played a role in a historic decline of *N. americanus*, the range-wide comeback of this species was well underway in the 1970s (Iowa Department of Natural Resources 2015) and again not relevant to determining listing status in 1989 or continued listing today. Furthermore, the use of fish on farmlands as fertilizer that historically (i.e., early 1900s), provided carrion availability to *N. americanus* was an unnatural man-made resource that was only done in a small portion of the range of *N. americanus*; thus, not applicable to the range-wide abundance discussion of *N. americanus*.

The Petitioners note that the available evidence at the time, however flawed, pertaining to the presumed historic contraction of the *N. americanus* range had (and continues to have) no bearing on whether or not the species' range is currently contracting. As Davis (1980) points out in his paper on *N. americanus* collections, "the range at the turn of the century is only of historical importance. The present limits of its distribution are unknown. Almost nothing is known of its biology" (Davis 1980:245). Listing Factor A pertains to the "present or threatened" destruction, modification, or curtailment in habitat or range. If USFWS cannot demonstrate a present or likely future downward trend in habitat or range pushing a species toward extinction in the foreseeable future, this listing factor has not been substantiated. As the USFWS stated in a 2001 guidance document pertaining to the preparation of species status assessments for taxa under consideration for listing, "it is important to distinguish between current (say within the last 10 years) and historical trends; historical trends provide background and perspective, while current trends provide the evidence that listing is warranted or unwarranted" (USFWS 2001:4).

## 5.1.2    Unfounded Claims of Contemporary Population Decline and Restricted Distribution

In the 1989 listing rule, the USFWS made several claims about the presumed current decline of *N. americanus*. However, as described below, the USFWS did not have reliable information upon which to draw this conclusion. First, the final listing rule presented the known range of *N. americanus* as being composed of only two populations: one in eastern Oklahoma and another on an island off the coast of New England (Block Island, Rhode Island). However, subsequent survey efforts reported in the 1991 Recovery Plan quickly proved this distribution to be incorrect. Next, the listing rule (USFWS 1989) made assumptions regarding the *N. americanus* population based on the presence of five other Silphid congeners. USFWS (1989 states that "...the sporadic pattern of these collections at a blacklight that has reportedly been operated for more than 5000 hours since 1976 and the fact that at least five other species of *Nicrophorus* are regularly collected at this site, suggest that the size and stability of this population may be a matter of concern." However, the USFWS provided no data on the ecological relevance of using these other species as a surrogate for *N. americanus*. Finally, the investigations cited in the listing rule regarding the then current distribution and range of *N. americanus* were grossly inadequate for this purpose since they provided only one year of survey data for a species whose presence varies widely in

FWS001294

space and time without any information about methodology and/or level of effort used to select and survey the collection sites.

The USFWS reported that *N. americanus* had been collected from at least eight states during the 30 years prior to the listing decision: Kentucky, Arkansas, Michigan, Oklahoma, Nebraska, two New England states, and the Canadian state of Ontario (USFWS 1989). However, at the time of listing, the USFWS noted that the "once ubiquitous" *N. americanus* was then only known to occur in two locations, one at either end of its historic range. In the final listing rule, the USFWS expresses concern that "extensive" efforts during the 1980s to relocate the species in at least two of the recently documented states of occurrence (Arkansas and Michigan) were not successful, and that other efforts to locate the species in Oklahoma were also not successful. However, the USFWS soon discovered, with the application of additional survey effort, that *N. americanus* actually occurred in many other locations. By the time of the 5-year Status Review in 2008, the USFWS recognized that the distribution of *N. americanus* included dozens of counties across several states, and in 2015 the USFWS expanded even further (by more than 500,000 acres or nearly 3 percent) the range of the species in Oklahoma to accommodate positive survey results documented beyond the western edge of the previously "known" range (USFWS 2015a). Clearly, the "extensive" and "significant" efforts to locate *N. americanus* in the 1980's prior to listing were not particularly effective at detecting the presence of the species over large portions of the historic range. The USFWS erred in 1989 when it presumed the range of *N. americanus* had decreased to only two small localities. The USFWS itself actually admits in the 2008 5-year Status Review that "the immediate threat of extinction has thus subsided in the 18 years since listing." (USFWS 1991:4).

The USFWS's conclusions about the presumed decline of *N. americanus* in the 1989 listing rule are unreliable since the USFWS failed to describe how collection efforts during the 30 years prior to listing compared to the 100+ years of historic collection efforts since the species was first described in 1790. As we discussed above, reliance on entomological collections to ascertain trends for range, distribution, or abundance are significantly flawed. The USFWS did not have a rational basis for making conclusions about trends in the status of the *N. americanus* with the data that was available at the time. The agency relied on largely incidental and anecdotal information, collected in a scattered and non-standardized fashion, to infer the current status of the species. As described above, the data available to the USFWS at the time was not sufficient for this purpose and led the agency to make unsupported conclusions about the *N. americanus*.

As part of its rationale for inferring a decline in *N. americanus* over time, the USFWS made comparisons with collection records for other congeneric species of carrion beetles. The 1989 listing rule repeatedly notes that insect collectors regularly collect other silphids at sites, often in abundance, implying that the lack of *N. americanus* collections or the low number of *N. americanus* collections was an indicator that *N. americanus* populations were in decline. However, the USFWS and the greater scientific community had very little information about the specific ecology of *N. americanus* itself, let alone how the ecology of *N. americanus* compared to that of other silphids. No science was available at the time that investigated the relationships among different carrion beetles. Davis (1980), one of the few publications actually cited by USFWS in the final listing rule, actually states "almost nothing is known of its biology and anyone knowing of a population is requested to contact the author" (Davis 1980:249). The USFWS provided no rational basis for using the distribution, abundance, or collection frequency of other silphids as a surrogate for inferring the status of *N. americanus*.

The USFWS noted in the final listing rule that:

> … failure of extensive efforts in 1986 to recapture American burying beetles at the sites of most recent captures in Arkansas and Michigan suggests a continuing constriction of the species' range. Significant efforts in 1986 and 1987 to locate American burying

beetles on another New England island, where a 1985 capture was reported, were unsuccessful. Other recent unsuccessful capture efforts were conducted in northwestern Pennsylvania, New Jersey, New York (Long Island), Tennessee, western North Carolina, Torreya State Park in Florida, and on mainland areas in New England. The abundance of the species in collections (including student collections) with capture dates prior to 1950 and the ease of capture at blacklight and pitfall traps experienced at the site of the known extant island population confirm that these unsuccessful efforts to locate American burying beetles are indicative of their decline throughout most of their former range.

The USFWS describes these collection efforts as "extensive," despite involving only a year or two of survey effort. No other information was provided to document the methods or level of effort used to select or survey collection sites. The USFWS should have recognized instead that limited surveys do not appear to be sufficient to determine the status of *N. americanus*, at any scale, when the presence of *N. americanus* is highly variable. In fact, the USFWS describes in the final listing rule a pattern of *N. americanus* collections made by an individual in Oklahoma between 1976 and 1988 that actually demonstrates the wide variability of *N. americanus* detectability at a single site over a period of several years (Table 2). These collections were made at blacklight over more than 5,000 hours between 1976 and 1988 (USFWS 1989).

**Table 2.** Collection of *N. americanus* at an Oklahoma site between 1979 and 1988 by blacklight (USFWS 1989).

| Year | *N. americanus* Collections |
|---|---|
| **1979** | 1 specimen |
| **Unknown date between 1979 and 1987** | 1 specimen; all other years collected 0 *N. americanus* specimens |
| **1987** | 7 specimens |
| **1988** | 1 specimen |

The data from this collection series should have pointed USFWS to conclude that the inability to relocate *N. americanus* in Arkansas, Michigan, and other states – evidence cited by USFWS of recent and continued decline in the population due to exposure to unidentified threats – may simply have been the result of variability in the distribution and abundance of *N. americanus* at any given time and location. Instead, the USFWS erroneously concluded that conditions at the known Rhode Island population were typical of the species' ecology (USFWS 1989).

This presumption was unfounded since most of the historic *N. americanus* range did not involve islands. In fact, the natural conditions of Block Island, Rhode Island, had been highly altered for an extensive period. As stated in the 1991 Recovery Plan, "the Block Island population occurs on glacial moraine deposits vegetated with a post-agricultural maritime scrub plant community" and "Block Island was totally deforested by the mid-1700'…, and only in very recent decades has vigorous woody growth reappeared following the abandonment of grazing and agricultural practices" (USFWS 1991:15). Clearly, the conditions found on Block Island are not similar to the forests, prairies, or other vegetation communities where *N. americanus* has been documented across the eastern United States. Thus, the USFWS incorrectly presumed that the habitat parameters of an outlier population were representative of the conditions of the entire species.

13

FWS001296

### 5.1.3    No Information on Actual Threats to the Species

A clear error in the original listing rule is inability of the USFWS to identify any actual threats to the species or to demonstrate that any one or a combination of the five listing factors was actually driving *N. americanus* towards extinction; particularly regarding evidence of the "present or threatened destruction, modification or curtailment of habitat or range." The listing rule relies entirely on an assertion of the apparent decline of *N. americanus* from most of its historic range and an unfounded hypothesis that "the extent of the species' decline suggests that any newly discovered populations are also vulnerable to whatever factors have caused their disappearance elsewhere" (USFWS 1989). Instead, the USFWS acknowledged in the final listing rule that "habitat generally similar to that of the known population is not rare" (USFWS 1989).

The USFWS also states, without attribution, that "a low reproductive rate (compared with other insects) limits the ability of this species to rebound from any period of elevated mortality" as a potential threat under Listing Factor E (other natural or manmade factors affecting its continued existence) (USFWS 1989). However, the USFWS provides no evidence in the listing rule that *N. americanus* actually has a low reproductive rate compared to other insects – or even other silphids – and provides no substantiation that its reproductive rate is somehow limiting the population size or its ability to recover from stressors.

### 5.1.4    2008 5-year Status Review Did Not Adequately Consider New Information

The USFWS prepared a 5-year Status Review for *N. americanus* in 2008. The purpose of a 5-year status review is to ensure that listed species have the appropriate level of protection under the ESA. The reviews assess whether or not the status of a listed species has changed since the time of its listing or its last status review, and whether it should be classified differently or delisted. However, this review also included information that pre-dated the listing decision, clearly demonstrating that the USFWS did not consider all of the available science in its original 1989 listing decision (USFWS 2008, USFWS 1989). In the agency's 2008 5-year Status Review of *N. americanus*, the USFWS perpetuated their assertions regarding the historic range and abundance of *N. americanus* and recommend retaining endangered status, despite the discovery of additional populations. However, the size of the historic range is irrelevant to a species current listing status – only the range at time of listing or in light of the "present or threatened" curtailment of range is relevant to such regulatory decisions.

In the time since *N. americanus* was listed as endangered, numerous surveys of wild populations, as well as several reintroductions of captive-raised stock, were conducted and subsequently increased the known range of the species from two states (Rhode Island and Oklahoma) to seven states (Arkansas, Kansas, Nebraska, Oklahoma, Rhode Island, South Dakota, and Texas) in 2008 (USFWS 2008). The USFWS even stated in their 2008 5-year Status Review that "documentation that the ABB occurs throughout a more extensive range than that know at the time of listing is the most significant new information pertinent to this status review" (USFWS 2008:17). This increase in known range was primarily a product of an increased level of survey effort and more effective capture methodologies (i.e., capture with baited pitfall traps rather than at blacklight). With this information, USFWS should have recognized that there was never a threat to extinction in the first place—merely a lack of surveys to properly search for *N. americanus*. Instead, the USFWS justified continued listing, again, primarily on the basis that "even with the discovery of additional ABB populations, the species remains extirpated from about 90 percent of its historic range, and there is a significant disparity in distribution between the eastern and western portions" (USFWS 2008).

Significantly, USFWS (2008) did not adequately consider the findings of Amaral et al. (2005) that stated:

FWS001297

> … ABB populations in habitats that are able to maintain 1,000 beetles or more are viable long-term in the absence of severe catastrophic events or reduction in carrying capacity through reduced carcass availability, habitat loss or fragmentation…    Currently, all naturally occurring ABB populations are estimated to be at least 1,000 individuals. The ABB model projects little risk of single population extinction and no risk of metapopulation extinction over the next 50 years given estimated current conditions.

The USFWS fails to acknowledge that Amaral et al. (2005) took into account "current conditions" and probabilities for catastrophic events.  Instead, the agency (2008) relied on speculation and mere suggestion about the "possible factors" that contributed to the presumed disappearance of the species from parts of its historic range.  In the listing factor analysis presented in the 5-year Status Review, USFWS discussed the current extent and potential for future changes to a variety of surface land uses, like agriculture, forestry, urban development, oil and gas production, and military training; pointing to these activities as evidence of habitat loss and fragmentation.  However, USFWS provides no connection between the extent and magnitude of these land use changes and actual habitat for *N. americanus*, which is based on the vertebrate fauna community – not vegetation. Sikes and Raithel (2002) correctly points out that "…the factors that led to the decline of *N. americanus* may not all still be present."

Relying on an assessment of land use changes was not sufficient to demonstrate the loss, modification, or curtailment of habitat for N. *americanus*.  The USFWS cites Trumbo and Bloch 2000, Sikes and Raithel 2002, Wolf and Gibbs 2005, Schnell et al. 2006 as "confirming the adverse effects of habitat modification and fragmentation on burying beetle abundance, diversity, and success" (USFWS 2008).  However, none of the studies cited actually confirm the existence of "adverse effects" on *N. americanus*.  Neither Trumbo and Bloch (2000) nor Wolf and Gibbs (2005) study *N. americanus* at all, but instead involve other species of carrion beetle in Michigan, Connecticut, and Maryland.  Trumbo and Bloch (2000) even emphasize that different species of carrion beetle demonstrated different levels of activity in different "habitat types" (forested, edge, or open), which make the extension of their findings to *N. americanus* unsupportable.  The other two publications cited as "confirmation" of this relationship also fail to support the USFWS's statement.  Sikes and Raithel (2002) is a presentation of several hypotheses on the historic decline of *N. americanus*, not a scientific study presenting data about the adverse effects of habitat modification and fragmentation on *N. americanus* abundance, diversity, and success.  Schnell et al. (2006) simply summarizes monitoring efforts on a commercial forest site.  The assertion by USFWS in the 2008 5-year Status Review that scientific evidence confirmed that habitat modification and fragmentation adversely affects *N. americanus* was unsupported.

# 5.2    Continued Listing Not Warranted

We have demonstrated that the original listing of *N. americanus* was in error, based on faulty assumptions about the species' range, distribution, and abundance following what was likely a historic shift in the faunal composition of the eastern United States with the demise of the passenger pigeon.  It is now clear that *N. americanus* exhibits stable and robust populations across several states and at least five different ecoregions. This post-passenger pigeon range, distribution, and abundance (where *N. americanus* are variably present at relatively low densities across eight to ten states) represents the "new normal" condition for *N. americanus*.  In this context, there is no information to suggest that the status of the species is currently in decline.

Below we present a review of the current status of the species that incorporates new information since the time of the 2008 5-year Status Review and appropriately measures the current status of the species against its recent – not historic – range, distribution, and abundance.  The USFWS's own guidance for preparing species status assessments (USFWS 2001) clearly states that "it is important to distinguish between

*Petition to Delist American Burying Beetle (Nicrophorus americanus)*                    *August 18, 2015*

current (say within the last 10 years) and historical trends; historical trends provide background and perspective, while current trends provide the evidence that listing is warranted or unwarranted."

## 5.2.1    Range, Distribution, and Population Size

When listed as endangered in 1989, the USFWS described the known range of the species as occurring in a single Oklahoma site and at a relatively robust and stable population in Rhode Island.  The best approximation of the current range of *N. americanus* is provided by the list of counties of known or suspected occurrence maintained by the USFWS on its Environmental Conservation Online System website (USFWS 2015c); except for Oklahoma, where the USFWS Oklahoma Ecological Services Field Office provides more specific range information for that state (USFWS 2015a).   Table 3 and Figure 1 summarize the current extent of the known range for *N. americanus*, and show that *N. americanus* is known or suspected to occur across more than 51 million acres in 98 counties and ten states.

In 2008, USFWS described the extant range of *N. americanus* as including parts of seven states: Arkansas, Kansas, Nebraska, Oklahoma, South Dakota, Texas, and Rhode Island.  By 2014, USFWS described the current range of *N. americanus* as including parts of nine[1] states (adding the state of Massachusetts and a non-essential, experimental population in Missouri to the list).  Not included in either the 2008 or 2014 accountings are significant efforts by USFWS and others to reintroduce *N. americanus* to four different sites in Ohio that have released more than 1,000 captive bred *N. americanus* into the wild.  USFWS (2014) states that "to date no ABBs have been captured in post-release years" in Ohio; although, this assertion is contradicted by USFWS (2008) that instead says "relatively few" *N. americanus* have been caught during post-release monitoring.  In 2015, USFWS expanded yet again its description of the known range to include more than 500,000 acres to the western edge of the range in Oklahoma to accommodate new survey results (USFWS 2015a).  In fact, the current known range in Oklahoma expands even the previously understood historic range of the species, as mapped in Sikes and Raithel (2002) (Figure 2)

---

[1] USFWS (2014) includes an error in reporting the number of states with current records of occurrence.  The text identifies nine states with current occurrences: Rhode Island, Massachusetts, Oklahoma, Arkansas, Nebraska, Kansas, South Dakota, Texas, and Missouri; but summarizes this information as including only eight states.

FWS001299



**Figure 1.** Known range of *N. americanus* since listing as endangered in 1989.

Therefore, the known range of *N. americanus* acknowledged by the USFWS has expanded from approximately 473,000 acres to more than 51,000,000 acres over a span of 26 years, representing a more than 100-fold expansion in size of the known range – two orders of magnitude. The extent of the known range including eight to ten states of occurrence has held relatively stable since the mid-2000s. However, as the 2015 known range expansion in Oklahoma suggests, the pattern of expanded survey effort leading to expanded known range indicates that the full extent of the current range of this species has not been delineated and it is likely that additional survey efforts will continue to expand the area across which the species is known to occur.

Even as recent as the 2014 biology review, the USFWS emphasizes the purported "90 percent decline" in the historic range of the species as evidence of the need for continued endangered status. However, it is more appropriate in the context of ESA listing decisions to instead emphasize the 100-fold expansion of the known range since listing. As the USFWS (2001) status review guidance indicates, this period of reference is a more appropriate basis for assessing the status of the species than the presumed range of *N. americanus* gleaned from occasional collections and anecdotal records from entomologists reported 100 years ago.



&#9647; 2015 Range of American Burying Beetle in Oklahoma (USFWS 2015)

&#9632; Historic Range of American Burying Beetle (Sikes and Raithel 2002)

**Figure 2.**    Historic range and current Oklahoma range of *N. americanus* (modified from Sikes and Raithel 2002).

The population of *N. americanus* is also substantially larger and more robust than known at the time of listing. The USFWS described the Block Island population as having an estimated population of 520 individuals in 1986, and reported the collection of only 10 individuals from the Oklahoma site over a 10-year period between 1979 and 1988. The estimated size of the current population includes more than 40,000 individuals across the range, and the populations in seven of the ten states comprising the current range have been recently described as stable or increasing in size (Backlund 2008, Jurzenski et al. 2011, Amaral et al. 2005, USFWS 2008). Moreover, population and habitat viability modeling by Amaral et al. (2005) suggests that:

> … ABB populations in habitats that are able to maintain 1,000 beetles or more are viable long-term in the absence of severe catastrophic events or reduction in carrying capacity through reduced carcass availability, habitat loss or fragmentation… Currently, all naturally occurring ABB populations are estimated to be at least 1,000 individuals. The ABB model projects little risk of single population extinction and no risk of metapopulation extinction over the next 50 years given estimated current conditions.

FWS001301

Furthermore, genetic studies of extant *N. americanus* populations across the range revealed little evidence that the populations in Rhode Island, Arkansas, South Dakota, Oklahoma, and Nebraska have unique genetic variation (Szalanski et al. 2000). In fact, Szalanski et al. (2000) found "no evidence to suggest that these five populations should be treated as separate, genetically independent conservation segments." Clearly, *N. americanus* currently maintains several redundant and well distributed populations that each has long-term viability, barring "severe catastrophic events" or reduced carrying capacity in occupied habitats.

**Table 3.**     Current range, distribution, and estimated abundance of *N. americanus*.

| STATE | COUNTIES OF KNOWN OR SUSPECTED OCCURRENCE* | APPROXIMATE RANGE (square miles) | ESTIMATED POPULATION SIZE (number of individuals) | TRENDS |
|---|---|---|---|---|
| **South Dakota** | 4 | 3,467,188 | ~500-1,000 (Backlund 2008) | Stable (Backlund 2008) |
| **Nebraska** | 25 | 18,794,346 | ~5,000 (Peyton 2003, Jurzenski 2012) | Stable/Increasing (Jurzenski 2012) |
| **Kansas** | 5 | 2,003,610 | Unknown (USFWS 2014a) | Unknown (USFWS 2014a) |
| **Oklahoma** | 43** | 19,541,875 | >30,000 (Amaral et al. 2005) | Stable/Increasing (USFWS 2008) |
| **Texas** | 2 | 1,271,430 | Unknown (USFWS 2014a) | Declining/Possibly Extirpated (USFWS 2014a) |
| **Arkansas** | 5 | 2,142,309 | 3,000-5,000 (Amaral et al. 2005) | Increasing (USFWS 2008) |
| **Missouri (experimental, non-essential population)** | 4 | 1,834,310 | 240 released (USFWS 2012) | Increasing (Amaral et al. 2005) |
| **Ohio** | 7 | 2,413,150 | ~1,000 released (U.S. Forest Service 2011) | Unknown (U.S. Forest Service 2011) |
| **Rhode Island** | 1 | 214,773 | 1,000-2,000 (USFWS 2008) | Increasing (USFWS 2008) |
| **Massachusetts** | 1 | 30,151 | 300 (Amaral et al. 2005) | Stable (Amaral et al. 2005) |
| **Natural or Reintroduced Populations** | 94 | 49,878,834 | ~40,800 to ~44,300 | |
| **Non-essential, Experimental Populations** | 4 | 1,834,310 | 240 | |

FWS001302

| Entire Range | 98 | 51,713,144 | ~41,040  to ~44,540 |

*USFWS (2015c)    **USFWS (2015a)

## 5.2.2    Analysis of Listing Factors

The ESA does not identify a minimum population, range, or distribution that must be achieved and maintained to warrant delisting a species. A listing or delisting determination is to be based entirely on the risk of species extinction from any one or a combination of the five factors provided in the ESA.

### Listing Factor A (present or threatened destruction, modification, or curtailment of habitat or range):

The best available science indicates that *N. americanus*, a species that has been documented across 15 different ecoregions (USFWS 2008), is not dependent on any particular vegetation community, soil type, or even animal species. In this respect, *N. americanus* is clearly a habitat generalist (Holloway and Schnell 1997, Jurzenski et al. 2014). But, the actual habitat of *N. americanus* is best described as vertebrate carrion (species identity is not important) within a specific size range lying over soils that are conducive to burying (i.e., being neither too wet, too loose, nor too compact). This habitat is "scarce and unpredictable in space and time" (Jurzenski et al. 2014) and *N. americanus* are well adapted to detect and travel long distances to find its eclectically distributed habitat wherever it occurs. There is no evidence that *N. americanus* are constrained by human activities such that so-called "unfavorable" land uses necessarily present a barrier to movement.

Some researchers have postulated that changes in land use and land cover from human activities have changed the composition of the faunal community in ways that decreased the number of wildlife of the size class preferred by *N. americanus* and increased the populations of scavengers that compete with *N. americanus* for carrion, ultimately reducing the amount of carrion habitat available to *N. americanus*. Sikes and Raithel (2002) note that scavenger populations of coyotes, skunks, raccoons, and opossums have increased substantially over the past century, but do not provide information that suggests these trends are still relevant today. Jurzenski and Hoback (2011) state that "unfortunately, there are no published data comparing the number of vertebrate scavengers, including opossums, in areas with extant ABB populations and areas that no longer support these populations." In fact, Sikes and Raithel (2002) acknowledge that "…the factors that led to the decline of *N. americanus* may not all still be present."

Sikes and Raithel (2002) note that "most of the historical *N. americanus* collections, at least in the eastern portion of its range, occurred during the period when much of the landscape was highly agricultural." Therefore, it is difficult to establish that even intense changes in land use and land cover present a threat to the habitat of *N. americanus*.

To the extent that changes in land use and land cover may lead to changes in the composition of the vertebrate fauna community and affect the availability of *N. americanus* habitat, as summarized by Sikes and Raithel (2002), Table 4 shows how land use and land cover within the current known range of *N. americanus* have changed between 2001 and 2011, based on data provided by the National Land Cover Dataset (NLCD) (Homer et al. 2011). Land use/land cover classes that could provide suitable conditions for burying carrion include forests, shrub/scrub, grassland, pasture/hay, woody wetlands, and emergent woodlands; land use/land cover classes unlikely to provide suitable conditions for burying carrion include open water, developed uses, barren land, and cultivated crops. Between 2001 and 2011, approximately 195,092 acres of land within the current known range of the *N. americanus* (as defined by the 94 counties of occurrence shown in Figure 1) were converted from a potentially suitable land use/land cover class to a potentially unsuitable class – a change of only 0.4 percent over the decade. While USFWS (2008) points to the "numerous man-made lakes" created in Oklahoma and the ranking of Oklahoma as among the top

*Petition to Delist American Burying Beetle (*Nicrophorus americanus*)*    *August 18, 2015*

producing states for a number of agricultural products, neither these types of land use changes nor conversions to developed land uses have significantly altered the landscape within the current known range of *N. americanus* over the past decade.   Therefore, there is no reason to suspect that any large-scale changes to the landscape that would significantly alter the composition of the vertebrate faunal community in ways that affect the abundance of carrion preferred by *N. americanus* have occurred in the recent past or are likely to occur in the future.

**Table 4.**   Changes in potentially suitable land cover for use by *N. americanus* between 2001-2011 within the current range of the species.

| LAND COVER CLASS | ACRES |
|---|---|
| **Deciduous Forest** | |
| No change | 10,056,830 |
| To other potentially suitable cover | 292,270 |
| To potentially unsuitable cover | 26,284 |
| **Evergreen Forest** | |
| No change | 1,624,987 |
| To other potentially suitable cover | 254,927 |
| To potentially unsuitable cover | 2,305 |
| **Mixed Forest** | |
| No change | 634,301 |
| To other potentially suitable cover | 61,430 |
| To potentially unsuitable cover | 1,157 |
| **Shrub/Scrub** | |
| No change | 174,557 |
| To other potentially suitable cover | 46,732 |
| To potentially unsuitable cover | 4,210 |
| **Grassland/Herbaceous** | |
| No change | 22,694,003 |
| To other potentially suitable cover | 166,333 |
| To potentially unsuitable cover | 124,503 |
| **Grassland/Herbaceous** | |
| No change | 8,000,834 |
| To other potentially suitable cover | 31,764 |
| To potentially unsuitable cover | 25,748 |
| **Woody Wetlands** | |
| No change | 666,769 |
| To other potentially suitable cover | 26,228 |
| To potentially unsuitable cover | 3,371 |
| **Emergent Herbaceous Wetlands** | |
| No change | 508,298 |

FWS001304

| LAND COVER CLASS | ACRES |
|---|---|
| To other potentially suitable cover | 72,614 |
| To potentially unsuitable cover | 7,514 |
| **ALL POTENTIALLY SUITABLE LAND COVERS** | |
| **No change** | **44,360,579 (97.5%)** |
| **To other potentially suitable cover** | **952,298 (2.1%)** |
| **To potentially unsuitable cover** | **195,092 (0.4%)** |

As described above, there is no evidence that the current range of *N. americanus* is presently shrinking or that present or threatened destruction or modification of habitat is causing a downward trend in the abundance of *N. americanus*. Instead, the best available data shows that our understanding of the current range is actually expanding with the application of more survey effort using methods that are better at detecting the presence of the species (in fact, the USFWS just updated its recommended presence/absence survey protocols for *N. americanus* in May 2015, suggesting that improvements to increase detectability are still ongoing). The known contemporary range of the species has expanded 100-fold since listing in 1989. Therefore, there is no information to suggest that the habitat supporting *N. americanus* is presently or at risk of significant modification or curtailment in ways that would push the *N. americanus* towards extinction.

In fact, there are thousands of acres of public lands (parks, preserves, forests, grasslands, military reservations, and similar) and other private conservation lands (conservation banks and private nature preserves) within the currently known range of *N. americanus*. These lands are maintained in predominately a natural condition and support the fauna community used by *N. americanus* regardless of the listing status of *N. americanus*. The conservation value of these lands was not adequately considered in the 2008 5-year Status Review.

Amaral et al. (2005) estimated that all of the naturally occurring populations of *N. americanus* are demographically viable, projecting "little risk of single population extinction and no risk of metapopulation extinction over the next 50 years given estimated current conditions." Amaral et al. (2005) included consideration of "projected impacts from catastrophes and habitat loss" in their viability model. There is no evidence to suggest that the "estimated current conditions" and the allowances made for projected impacts modeled by Amaral et al. (2005) have changed since listing or are likely to change in ways that lead to a reduced carrying capacity within the current known range. Therefore, Listing Factor A is does not threaten *N. americanus*.

***Listing Factor B (overutilization):***

The USFWS has never identified overutilization as a threat to *N. americanus* (USFWS 2008). Even with increased survey effort, most contemporary collections of *N. americanus* follow USFWS-endorsed survey methods for *N. americanus* (USFWS 2010, USFWS 2014b) that call for the temporary capture and release of individuals and require specific protocols that minimize mortality (i.e., traps must be checked by mid-morning to prevent overheating and desiccation, use of trap designs that minimize capture of rainwater and access by scavengers, and shielding from bait that has become liquefied). Therefore, there is no current evidence that overutilization is a threat to the species.

***Listing Factor C (disease or predation):***

The USFWS acknowledges that there is no evidence of disease being a threat to *N. americanus* and, despite documentation that a number of different species have predated *N. americanus* (Jurzenski and Hoback 2011), "direct predation is not believed to be an important mortality factor" for the species

(USFWS 2008). Therefore, there is no information to indicate that Listing Factor C threatens the status of *N. americanus*.

**Listing Factor D (inadequacy of existing regulatory mechanisms):**

The USFWS acknowledged in the 2008 5-year Status Review that "in many situations it is difficult to apply the protective provisions under sections 7 and 9 of the ESA, because the use of baited pitfall traps may successfully capture beetles in locations where it is simply transient or present only opportunistically due to the carrion provided in the in the trap." With this statement, the USFWS admited that the conservation status of the *N. americanus* has not been substantially improved with the protections afforded by its endangered status under the ESA – again, pointing to the conclusion that the original listing was in error. Conversely, removal of those protections should not substantially decrease the conservation status of the species and suggests that the existing regulatory mechanisms that generally influence human uses of the landscape are sufficient to prevent this listing factor from threatening the continued existence of the species.

Nonetheless, there are a variety of conservation efforts currently in place that benefit the species. A total of approximately 5,144 acres are permanently protected for the explicit benefit of *N. americanus* in two conservation banks in Oklahoma, as well as a permittee-responsible mitigation reserve in Oklahoma (Common Ground 2015, Business Wire 2014).This includes the Muddy Boggy Conservation Bank, Common Ground Capital ABB Conservation Bank, and the Keystone McAlester Conservation Area. Additionally, there are many captive breeding and reintroduction efforts for *N. americanus* that released wild caught or captive raised beetles at seven sites across Missouri, Ohio, and Massachusetts in attempts to re-establish population in the wild (USFWS 2008). *Nicrophorus americanus* are reared at the St. Louis Zoo in St. Louis, Missouri; Roger Williams Park Zoo in Providence, Rhode Island; The Wilds in Ohio; and the Cincinnati Zoo in Cincinnati, Ohio (77 Fed. Reg. 16712). *Nicrophorus americanus* also benefit from the existence of public lands in Oklahoma, Arkansas, Rhode Island, Nebraska, and Texas. These lands and most likely others offer thousands of acres that are largely protected from disturbances that would render broad areas unsuitable for use by *N. americanus* and are generally maintained in a natural state

**Listing Factor E (other natural or manmade factors):**

USFWS (2008) addresses competition for carrion by scavengers as an "other natural or manmade factor," instead of as a form of habitat loss, and states that "competition for carrion can be a limiting factor" contributing to the decline of the species. However, while *N. americanus* are known to compete with vertebrate scavengers, invertebrate scavengers, and other carrion beetles, there is no indication that such competition is any more or less intense today than at the time of listing or that *N. americanus* populations are currently suffering declines as a result of such competition. No studies have been performed that demonstrate adverse population-level effects on *N. americanus* arising from competition for carrion, only that competitive interactions are part of the ecology of the species and that *N. americanus* individuals do not always outcompete other carrion users. However, these observations are not sufficient to establish that competition is a threat to the status of the species as a whole.

Furthermore, *N. americanus* has been successfully reared at several universities and zoos (USFWS 2008). Currently, captive ABB populations are maintained at the Roger Williams Park Zoo in Providence, Rhode Island; St. Louis Zoo in St. Louis, Missouri; The Wilds in Ohio; and the Cincinnati Zoo in Cincinnati, Ohio (USFWS 2012). Captive-reared and direct-translocated ABBs have been released at seven sites in attempts to re-establish populations in the wild. ABB reintroductions have been attempted in Missouri, Ohio, and Massachusetts (USFWS 2008). Not all reintroduction efforts have been successful, but researchers recently published a study that demonstrated that the most common (and, until recently, USFWS-advocated) method of marking individual beetles (i.e., by clipping or notching of the wing

coverings called "elytra") significantly reduces the reproductive success of marked individuals by 90 percent (Hall et al. 2015). The wing coverings are important for sound production by individual beetles and are used in communication related to breeding, carcass defense, and brood rearing. Modifying wing coverings adversely affects *N. americanus* communication and may also alter the beetle's ability to move. Hall et al. (2015) note that most lab-raised *N. americanus* individuals used in reintroduction efforts have been so marked, which may be contributing factor in why some reintroductions have not been successful.

# 6.0   REFERENCES CITED

Amaral, M., R. Morgan, C. Davidson, H. Dikeman, K. Holzer, and O. Byers (eds.). 2005. American burying beetle (*Nicrophorus americanus*) population and habitat viability assessment: Final report. IUCN/SSC Conservation Breeding Specialist Group, Apple Valley, MN. 77 pp.

Anderson, R.S. 1982. On the decreasing abundance of *Nicrophorus americanus* Olivier (Coleoptera: Silphidae) in eastern North America. The Coleopterists Bulletin 36: 362-365.

Backlund, D. C., G. M. Marrone, C. K. Williams, and K. Tillman. 2008. Population Estimate of the Endangered American Burying Beetle, *Nicrophorus americanus*, Olivier (Coleoptera: Silphidae) in South Dakota. The Coleopterists Bulletin 62(1): 9-15

Bedick, J.C., B.C. Ratcliffe, W.W. Hoback, and L.G. Higley. 1999. Distribution, ecology and population dynamics of the American burying beetle *Nicrophorus americanus* Olivier (Coleoptera, Silphidae) in south-central Nebraska, USA. Journal of Insect Conservation 3(3): 171-181.

Bedick, J.C., W.W. Hoback, and M.C. Albrecht. 2006. High water-loss rates and rapid dehydration in the burying beetle, *Nicrophorus marginatus*. Physiological Entomology 31: 23-29.

Business Wire. 2014. Update: Mitigation Solutions USA announces Muddy Boggy Conservation Bank expansion. September 16, 2014. http://www.businesswire.com/news/home/20140916005052/en/Update-Mitigation-Solutions-USA-Announces-Muddy-Boggy#.VRWk5U1OW70. Accessed March 27, 2015.

Creighton, J.C. and G. Schnell. 1998. Short-term movement patterns of the endangered American burying beetle *Nicrophorus americanus*. Biological Conservation 86: 281-287.

Davis, L.R. 1980. Notes on beetle distributions with a discussion of *Nicrophorus americanus* Olivier and its abundance in collections. (Coleoptera: Scarabeidae, Lampyridae and Silphidae). Coleopterist Bulletin 34:245-25.

Hall, C.L., D.R. Howard, R.J. Smith, and A.C. Mason. 2015. Marking by elytral clip changes stridulatory characteristics and reduces reproduction in the American burying beetle, *Nicrophorus americanus*. Journal of Insect Conservation. 19(1):155-162.

Holloway, A.K., and G.D. Schnell. 1997. Relationship between numbers of the endangered American burying beetle *Nicrophorus americanus* Olivier (Coleoptera: Silphidae) and available food resources. Biological Conservation 81:145-152.

Homer, C.G., Dewitz, J.A., Yang, L., Jin, S., Danielson, P., Xian, G., Coulston, J., Herold, N.D., Wickham, J.D., and Megown, K. 2015. Completion of the 2011 National Land Cover Database for the conterminous United States - Representing a decade of land cover change information. Photogrammetric Engineering and Remote Sensing, v. 81, no. 5, p. 345-354.

Iowa Department of Natural Resources. 2015. Wild turkey information. Available at http://www.iowadnr.gov/Hunting/TurkeyHunting/WildTurkeyInformation; accessed June 2015.

FWS001307

Jeppsson, T., A. Lindhe, U. Gärdenfors, and P. Forslund. 2010. The use of historical collections to estimate population trends: A case study using Swedish longhorn beetles (Coleoptera: Cerambycidea). Biological Conservation 143(2010): 1940-1950.

Jurzenski, J. 2012. Factors affecting the distribution and survival of endangered American burying beetles, *Nicrophorus americanus* Oliver. *in* Dissertations and Student Research in Entomology, Paper 20. University of Nebraska-Lincoln, Department of Entomology. http://digitalcommons.unl.edu/entomologydiss/20.

Jurzenski, D.J., C.F. Jorgensen, A. Bishop, R. Grosse, J. Reins, and W.W. Hoback. 2014. Identifying priority conservation areas for the American burying beetle, *Nicrophorus americanus* (Coleoptera: Silphidae), a habitat generalist. Systematics and Biodiversity. 12(2): 149-162.

Jurzenski, J., D.G. Snethen, M. L. Brust, and W.W. Hoback. 2011. New records of carrion beetles in Nebraska reveal increased presence of the American burying beetle, *Nicrophorus americanus* Olivier (Coleoptera: Silphidae). Great Plains Research 21:131-43.

Kates, J. 2005. Wildlife: Greater prairie-chicken (*Tympanuchus cupido*). Available at http://www.nrcs.usda.gov/Internet/FSE_DOCUMENTS/nrcs143_010041.pdf. Accessed: June 2015.

Kozol, A.J. 1990. *Nicrophorus americanus* 1989 laboratory population at Boston University. Report prepared for the Service, Concord, NH. Unpub. MS.

Kozol, A.J., M.P. Scott, and J.F.A. Traniello. 1988. The American burying beetle, *Nicrophorus americanus*: Studies on the natural history of a declining species. Psyche. 95:167-176.

Lomolino, M.V. and J.C. Creighton. 1996. Habitat selection, breeding success and conservation of the Endangered American Burying Beetle, *Nicrophorus americanus*. Biological Conservation 77: 235-241.

Palmer, J. 2015. Eastern Oklahoma road projects face added costs of protecting the American burying beetle. The Oklahoman. Accessed from http://newsok.com/eastern-oklahoma-road-projects-face-added-costs-of-protecting-the-american-burying-beetle/article/5393637.

Pearce, J. L. and M.S. Boyce. 2006. Modelling distribution and abundance with presence-only data. Journal of Applied Ecology 43: 405–412.

Peyton, M. 2003. Range and population size of the American burying beetle (Coleoptera: Silphidae) in the dissected hills of south-central Nebraska. University of Nebraska-Lincoln. Great Plains Research: A Journal of Natural and Social Sciences. 13:127-138.

Ratcliffe, B.C. 1996. The carrion beetles (Coleoptera: Silphidae) of Nebraska. Bulletin of the Nebraska State Museum Vol. 13.

Schnell, G. D., A.H. Hiott and V. Smyth. 1997-2006. Evaluation of American burying beetles on the Weyerhaeuser Habitat Conservation Plan Area. Final report to Weyerhaeuser Company. Unpub. MS.

Shaffer, H.B., R.N. Fisher, and C. Davidson. 1998. The role of natural history collections in documenting species declines. Tree 13(1):27-30.

Sikes, D.S. and C.J. Raithel. 2002. A review of hypotheses of decline of the endangered American burying beetle (Silphidae: *Nicrophorus americanus* Olivier). Journal of Insect Conservation 6:103-113.

Smith, A. 2011. Examination of American burying beetle reproductive habitat. Endangered Species Act Section 6 grant number E-65-R-2. Oklahoma Department of Wildlife Conservation.

Smithsonian Institution. 2001. The passenger pigeon. Available at: http://www.si.edu/encyclopedia_si/nmnh/passpig.htm. Accessed: June 2015.

Smoot. D.E. 2015. County weighs end to American burying beetle's endangered status. Muskogee Phoenix Newspaper. Accessed from http://www.muskogeephoenix.com/news/local_news/county-weighs-end-to-american-burying-beetle-s-endangered-status/article_e6caa0a6-9edc-11e4-b516-23886371d3df.html.

Snyder, J. 2013. Beetle-bedeviled Keystone XL needs dead rats to let it be. Bloomberg Business. Accessed from http://www.bloomberg.com/news/articles/2013-05-31/beetle-bedeviled-keystone-xl-needs-dead-rats-to-let-it-be.

Szalanski, A.L., D.S. Sikes, R. Bischof and M. Fritz. 2000. Population genetics and phylogenetics of the endangered American burying beetle, *Nicrophorus americanus* (Coleoptera: Silphidae). Annals of the Entomological Society of America 93: 589-594.

Trumbo, S.T., and P.L. Bloch. 2000. Habitat fragmentation and burying beetle success. Journal of Insect Conservation. 4:245-252.

U.S. Fish and Wildlife Service (USFWS). 1989. Determination of endangered status for American burying beetle: Final rule. 54 FR 29652-29655.  3pp.

U.S. Fish and Wildlife Service (USFWS). 1990. Policy and guidelines for planning and coordinating recovery of endangered and threatened species. U.S. Department of the Interior. May 25, 1990.

U.S. Fish and Wildlife Service (USFWS). 1991. American burying beetle (*Nicrophorus americanus*) recovery plan. Prepared by Christopher Raithel, Rhode Island Division of Wildlife. West Kingston, Rhode Island. 81 pp.

U.S. Fish and Wildlife Service (USFWS). 2008. American burying beetle (*Nicrophorus americanus*) 5-year review: Summary and evaluation. Ecological Services Field Office, Concord, USA.

U.S. Fish and Wildlife Service (USFWS). 2001. Guidance for conducting status assessments for taxa which are under consideration for listing as threatened or endangered species.  USFWS Region 3. Published May 30, 2001.  http://www.fws.gov/midwest/endangered/concern/sa-guid.pdf; accessed July 10, 2015.

U.S. Fish and Wildlife Service (USFWS). 2010. American burying beetle *Nicrophorus americanus* survey guidance. Revised April 20, 2010. 23 pp.

U.S. Fish and Wildlife Service (USFWS). 2012. Establishment of a nonessential experimental population of American burying beetle in southwestern Missouri: Final rule. 77 FR 16712-16718. 6pp.

U.S. Fish and Wildlife Service (USFWS). 2012. American burying beetle (*Nicrophorus americanus*) reintroduction in Missouri. http://www.fws.gov/midwest/endangered/insects/ambb/mo2012release.html; accessed June 5, 2015.

U.S. Fish and Wildlife Service (USFWS). 2014a. American burying beetle (*Nicrophorus americanus*). Tulsa, Oklahoma, USA. 28 pp.

U.S. Fish and Wildlife Service (USFWS). 2014b. American burying beetle *Nicrophorus americanus* Oklahoma presence/absence live-trapping survey guidance.  14pp.

FWS001309

U.S. Fish and Wildlife Service (USFWS). 2015a. American burying beetle: Additional information. USFWS Oklahoma Ecological Services Field Office. http://www.fws.gov/southwest/es/oklahoma/ABB_Add_Info.htm; last accessed July 10, 2015.

U.S. Fish and Wildlife Service (USFWS). 2015b. Environmental Conservation Online System: Delisting Report. Accessed 07/10/2015 from: http://ecos.fws.gov/tess_public/pub/delistingReport.jsp

U.S. Fish and Wildlife Service (USFWS). 2015c. Environmental Conservation Online System: Species profile for American burying beetle (*Nicrophorus americanus*). http://ecos.fws.gov/speciesProfile/profile/speciesProfile.action?spcode=I028; accessed July 10, 2015.

U.S. Forest Service. 2011. Endangered Species Return to the Wayne NF. http://www.fs.usda.gov/detail/wayne/home/?cid=STELPRDB5310535; last accessed June 5, 2015

Walker, T.L. and W. Hoback. 2007. Effects of invasive eastern red cedar on capture rates of *Nicrophorus americanus* and other Silphidae. Env. Entolol. 36(2): 297-307.

Williamson, E. 2014. Lawmaker turns spotlight on bugs and birds in Oklahoma. The Wall Street Journal. Accessed from http://www.wsj.com/articles/SB10001424052702304071004579409612496520146 .

Wolf, J.M, and J.P. Gibbs. 2005. Silphids in urban forests: Diversity and function. J. Urban Ecosystems. 7:371-384.

# Species Status Assessment Report
## for the
# **American Burying Beetle**
## (*Nicrophorus americanus*)



© Peter Blanchard (used with permission)

## Version 1.0
# February 2019



FWS001321

Species Status Assessment Report for the
American Burying Beetle *Nicrophorus americanus*
Prepared by the
U.S. Fish and Wildlife Service
February 2019

# EXECUTIVE SUMMARY

This Species Status Assessment (SSA) report is a summary of information assembled and reviewed by the U.S. Fish and Wildlife Service (Service) and incorporates the best scientific and commercial data available. The SSA framework (U.S. Fish and Wildlife Service 2015, entire) is intended to support an in-depth review of the species' biology and threats, an evaluation of its biological status, and an assessment of the resources and conditions needed to maintain long-term viability. SSAs are not a decision document; rather, the report provides information that helps inform various types of decisions.

To evaluate the biological status of the ABB, both currently and into the future, we assessed a range of potential scenarios to allow us to consider the species' resiliency within populations and the viability of the species over its range. Several factors influence the resiliency of a population to stochastic events. Important factors are habitat availability, carrion availability and climate conditions. As we consider the future viability of the species, higher overall species viability is associated with more populations with high resiliency distributed across the range of the species.

The ABB is the largest silphid (carrion beetle) in North America, and is native to 35 states in the United States and the southern borders of three eastern Canadian provinces, covering most of temperate eastern North America. The species is believed to be extirpated from all but nine states in the U.S. and likely from Canada. Based on the last 15 years of records, the ABB is now known to occur in portions of Arkansas, Kansas, Oklahoma, Nebraska, South Dakota, and Texas (not documented since 2008), on Block Island off the coast of Rhode Island, and reintroduced populations on Nantucket Island off the coast of Massachusetts and in southwest Missouri. Reintroduction efforts are also underway in Ohio, but survival of reintroduced ABBs into the next year (successful over-wintering) has not yet been documented. A potential report of an ABB in Michigan in 2017 is being investigated to determine if the area supports ABBs.

We have assessed the ABB's levels of resiliency, redundancy, and representation currently and into the future by ranking the condition of each population. We generally refer to ABB populations as clustered, localized areas, roughly defined by habitat differences or other geographical features, with inter-breeding ABB individuals. However, there are no clear boundaries separating many of the areas known to be occupied by ABB. So for the purposes of this analysis we've organized the current range of the ABB into analysis areas that follow broad

FWS001322

geographic and ecological patterns (Figure ES-1). The Southern Plains analysis areas include the Red River, Arkansas River, and Flint Hills analysis areas. The Northern Plains analysis areas include the Loess Canyons, Sandhills, and Niobrara River analysis areas and the New England Analysis Area includes Block Island off the coast of Rhode Island, and a reintroduced population on Nantucket Island off the coast of Massachusetts. This is the scale of "populations" referred to in the analysis of risk factors potentially affecting the species (Chapters 4 and 5).



**Figure ES-1.** American Burying Beetle Species Status Assessment seven analysis areas.

This SSA is a qualitative assessment of the relative condition of the seven analysis areas based on the knowledge and expertise of species experts, as well as all available published and unpublished information. Our analysis of the past, current, and future influences on ABB long term viability revealed that there are two known factors that pose the largest risk to the future viability of the species. These risks factors are primarily habitat impacts due to land use and effects related to climate change. Other important factors (such as the availability of appropriate sized carrion for reproduction, or soil moisture) are all dependent on, or affected by, the habitat loss or alteration related to land use and climate.

FWS001323

We have forecasted ABB resiliency, redundancy, and representation under two future plausible land use change scenarios and under two different climate change emission scenarios through 2099. Land use scenarios were evaluated separately and then combined with climate scenarios. The scenarios included the following assumptions about stressors to the populations:

**Land Use Change Scenarios**

Scenario 1: Continued Current Rate of Land Change and High Management/Protection
- Urban expansion rate of 10% for northern and southern plains analysis areas and 20% for the New England Analysis Area.
- A 5% increase in conversion from grassland/pasture to cropland for Northern Plains analysis areas.
- A 2% increase in conversion from grassland/pasture to cropland for Southern Plains analysis areas.
- Management of all existing protected lands is assumed to continue. Some limited areas of protected lands may be added or expanded.
- A potential 30% reduction in conditional habitat in the Southern Plains analysis areas to reflect temporary agricultural impacts like high utilization of vegetation via grazing or mowing for hay.

Scenario 1 Results (without climate changes) – Agricultural land uses and urban expansion are predicted to have some impacts to ABB habitat and populations over time, but the impacts affect a relatively small percentage of the analysis areas. Relative to current conditions, there are no changes anticipated in condition categories for future habitat, population factors, resiliency or viability under scenario 1 for land use changes alone (Table 5-9). Resilient populations would potentially be present through 2099 in all analysis areas except the Red River Analysis Area. The existing trend for the Red River Analysis Area has been a relatively rapid decline in the last ten years with only 9 positive surveys in the last 10 years and only 7 positive surveys in the last five years. The redundancy provided by the Red River Analysis Area currently appears to be very limited and could be discounted for the future. ABBs are likely to be extirpated from the Red River Analysis Area in future years, but the population decline does not appear to be due to land use changes.

Scenario 2 : Accelerated Rate of Land Change, Low Management
- Urban expansion rate of 20% for Northern and Southern Plains analysis areas and 30% for the New England Analysis Area.
- A 30% increase in conversion from grassland/pasture to cropland for Northern Plains analysis areas.
- A 5% increase in conversion from grassland/pasture to cropland for Southern Plains analysis areas.

FWS001324

- No specific management for ABBs and no new protected lands.
- A potential 60% reduction in conditional habitat in the southern plains analysis areas to reflect temporary agricultural impacts like high utilization of vegetation via grazing or mowing for hay.

Scenario 2 Results (without climate changes) – Agricultural land uses and urban expansion are predicted to have impacts to ABB habitat and populations over time, but the impacts affect a relatively small percentage of the analysis areas. There are minor changes anticipated in condition categories for future habitat, population factors, resiliency or viability under scenario 2 for land use changes alone (Table 5-9). Resilient populations would potentially be present through 2099 in all analysis areas except the Red River, Loess Canyons and New England analysis areas. The resiliency of the New England Analysis Area is considered low under scenario 2 without active management.

**Future Climate Scenarios**

The projections of climate change in the Fifth Assessment Report of the Intergovernmental Panel on Climate Change (IPCC) (documents issued in 2013 and 2014) were based on four scenarios developed by teams of scientists a few years earlier. These scenarios, known as Representative Concentration Pathways (RCP) scenarios 2.6, 4.5, 6.0, and 8.5, were designed to span the range of values in the scientific literature, from low to intermediate to high, for "radiative forcing" (RF) as of 2100 and the different pathways by which various RF conditions might be reached. RF relates to atmospheric conditions which are the result in part, but not entirely, of emissions of greenhouse gases; with increasing RF, global temperature rises and other changes in climate occur. The RCPs are widely used throughout the scientific community for modeling a broad range of possible future climate conditions.

In our analysis of potential climate change impacts to the ABB, we utilized two of those scenarios, RCP 4.5 and 8.5, over different blocks of time through the end of this century. RCP 4.5 is at the low end of the intermediate range of conditions and represents a situation under which key atmospheric conditions would stabilize at a relatively moderate level shortly after 2100, RCP 8.5 is the high end of such conditions. For ease of reference we refer to these as "Emissions Scenarios" although they are not based solely on emissions of greenhouse gases. Our approach of using the two RCPs is consistent with the current widespread scientific practice of considering projections based on RCP 4.5 and RCP 8.5 so as to consider a range of projected conditions, rather than relying on a single scenario. The US Global Change Research Program is using these two RCPs as the core scenarios for the ongoing development of the Fourth National Climate Assessment, and they also are used as the basis for projections generated via the US Geological Survey's National Climate Change Viewer. We did not use RCP 2.6, due to numerous scientific papers showing that although it is theoretically possible to achieve this pathway and outcome, key assumptions underlying it already have not been met (including a

ES-4

FWS001325

very rapid reduction in GHG emissions) and other future activities it relies upon are highly speculative.

<u>Moderate Emissions Scenario (RCP 4.5)</u> –Under conditions projected using this moderate RCP scenario , the Southern Plains Analysis Areas has a increased risk of being extirpated by 2040-2069 (Table ES-1), leaving only the Northern Plains and New England populations. Resiliency of the remaining New England populations could be low without adequate management for the ABB. The Loess Canyons Analysis Area is also projected to have low resiliency due to red cedar expansion and sensitivity to droughts. With this significant loss of resiliency in four of the seven analysis areas, plausible reductions in resiliency in the Northern Plans populations and known limitations of the New England populations, representation and redundancy would be impacted, affecting overall viability of the species.

<u>High Emissions Scenario (RCP 8.5)</u> – At the high emissions level, ABB populations in Southern Plains analysis areas very likely would be extirpated by 2040-2069 (TableES-1) and populations in the Northern Plains analysis areas could be extirpated by 2070-2099. Temperatures and other climate conditions in the Northern Plains analysis areas are projected to approach or meet thresholds that do not support ABB populations near the end of the 2040-2069 time period. The New England Analysis Area could maintain moderate resiliency through 2099 with active management, but with population loss in 6 analysis areas, redundancy and representation would be greatly reduced. Viability for the species would be considered very low.

**Table ES-1.** Future resiliency under two (RCP 4.5 and 8.5 climate emission scenarios.

| Analysis Area | Future Resiliency with Land Use (from Table 5-4) | Future Resiliency - Including Future Climate | | | | | |
|---|---|---|---|---|---|---|---|
| | | Climate Change (2010 - 2039) | | Climate Change (2040 - 2069) | | Climate Change (2070 – 2099) | |
| | | Moderate Emissions RCP 4.5 | High Emissions RCP 8.5 | Moderate Emissions RCP 4.5 | High Emissions RCP 8.5 | Moderate Emissions RCP 4.5 | High Emissions RCP 8.5 |
| *Northern Plains* | | | | | | | |
| Niobrara River | Moderate | Moderate | Moderate | Moderate | Moderate-Low | Moderate-Low | ø |
| Sand Hills | High | High | High | High | High | High | ø |
| Loess Canyons | Low | Low | Low | Low | Low | Low | ø |
| *Southern Plains* | | | | | | | |
| Flint Hills | Moderate | Low | Low | ø | ø | ø | ø |
| Arkansas River | High | Low | Low | ø | ø | ø | ø |
| Red River | Low | ø | ø | ø | ø | ø | ø |
| *New England* | | | | | | | |
| Block& Nantucket | Moderate-Low | Moderate-Low | Moderate-Low | Moderate-Low | Moderate-Low | Moderate-Low | Moderate-Low |

FWS001326

| 3Rs | Parameters | Current Condition | Future Condition (Viability out to 2099 with projected land use and climate change scenarios) |
|---|---|---|---|
| **Resiliency: Population** (Large populations able to withstand stochastic events) | Primary indicators of resiliency are geographic distribution of ABBs within analysis areas and relative abundance and available habitat with each analysis. Area | • 6 analysis areas with moderate to high resiliency<br>• 1 analysis area with low resiliency and 2 reintroduced populations<br>• Extirpated from about 90% of the historic range | • Land use changes alone have relatively minor effects except for the New England Analysis Area<br>• 3 southern populations are extirpated with moderate (RCP 4.5) climate projections<br>• All but the New England populations are extirpated with high (RCP 8.5) climate projections. Northern Plains populations could be extirpated by about 2070. |
| **Representation** (genetic and ecological diversity to maintain adaptive potential) | Genetic information and geographic distribution of populations is being used to describe representation for the ABB. | • Overall representation is considered moderate.<br>• The current known range does include populations from northern, southern, eastern and western areas of the ABB range, but representation from eastern areas is limited to small New England island populations. | • With moderate (RCP 4.5) climate projections, representation would be reduced with the loss of genetic and ecological diversity represented by the southern populations<br>• With high (RCP 8.5) climate projections, nearly all representation would be lost and only the New England populations may remain |
| **Redundancy** (Number and distribution of populations to withstand catastrophic events) | The number and geographic distribution of ABB populations (measured with existing survey data) | • Current redundancy could range as high as 9 "populations" (including reintroduced populations)<br>• 6 populations, if we only count populations that are considered self-sustaining. | • With moderate (RCP 4.5) climate projections, 3 Northern Plains and 1-2 New England populations maintained<br>• With high (RCP 8.5) climate projections, only 1-2 small populations in New England (moderate/low resiliency) maintained |

FWS001327

## Table of Contents

EXECUTIVE SUMMARY ........................................................................................................ 1

**CHAPTER 1: INTRODUCTION** .......................................................................................... 1

**CHAPTER 2: SPECIES BIOLOGY AND NEEDS** ............................................................ 5

2.1 Species Taxonomy ........................................................................................................ 5

2.2 Species Description ....................................................................................................... 5

2.3 Range ............................................................................................................................ 6

2.4 Life History and Individual Needs ............................................................................... 8

    2.4.1 Active and Inactive Periods .................................................................................. 8

    2.4.2 Movement ........................................................................................................... 11

    2.4.3 Feeding and Hydration ....................................................................................... 12

    2.4.4 ABB Habitat ....................................................................................................... 13

2.5 Population and Rangewide Needs ............................................................................... 16

    2.5.1 Overview of Species Needs ................................................................................ 16

    2.5.2 Reproduction ...................................................................................................... 16

    2.5.3 Genetics .............................................................................................................. 20

    2.5.4 Defining Populations as Analysis Areas ............................................................ 21

**CHAPTER 3: RISK FACTORS** ......................................................................................... 25

3.1 Introduction ................................................................................................................ 25

3.2 Habitat Loss and Alteration ........................................................................................ 25

3.3 Availability of Carrion ............................................................................................... 29

3.4 Competition with meso-carnivores ............................................................................ 31

3.5 Inter and intra-specific competition ........................................................................... 32

3.6 Loss of Genetic Diversity ........................................................................................... 35

3.7 Disease/Pathogens ...................................................................................................... 36

3.8 Changing Climate ....................................................................................................... 37

    3.8.1 Overview of Climate Change ............................................................................. 37

    3.8.2 – Effects to the Species3.8.2 Effects to the Species ......................................... 44

3.9 Other Potential Risks .................................................................................................. 48

    3.9.1 Pesticides ............................................................................................................ 48

FWS001328

3.9.2 Artificial Lighting ........................................................................................... 49

3.10 Summary of Risk Factors .................................................................................. 49

**CHAPTER 4: CURRENT CONDITIONS** ............................................................... **51**

4.1 Current and Historical Range ............................................................................. 51

4.2 Habitat Availability ............................................................................................ 53

    4.2.1 Red River ..................................................................................................... 55

    4.2.3 Flint Hills ..................................................................................................... 59

    4.2.4 Loess Canyons .............................................................................................. 60

    4.2.6 Niobrara River .............................................................................................. 65

    4.2.7 New England ................................................................................................. 65

    4.2.8 Assessing Fragmentation .............................................................................. 66

4.3 Protected Lands .................................................................................................. 67

4.4 Population Status ................................................................................................. 71

    4.4.1 ABB Surveys Broad Assessment .................................................................. 72

    4.4.2 Site Specific Population Accounts ................................................................. 74

4.5 Reintroduction Areas and Experimental Populations ......................................... 81

    4.5.1 New England Population ................................................................................ 81

    4.5.2 Missouri Experimental Population ................................................................ 81

    4.5.3 Ohio Reintroduction Sites ............................................................................. 83

4.6 Current Climate .................................................................................................. 83

    4.6.1 Known ABB Biological Limitations Related to Temperature......................... 84

    4.6.2 Current Effects of Temperature on ABB ....................................................... 86

4.7 Current Resiliency, Representation, and Redundancy ......................................... 89

    4.7.1 Current Resiliency ........................................................................................ 89

    4.7.2 Current Representation .................................................................................. 98

    4.7.3 Current Redundancy ................................................................................... 100

**CHAPTER 5 – FUTURE CONDITIONS** ............................................................. **102**

5.1 Introduction ..................................................................................................... 102

5.2 Land Use change .............................................................................................. 103

    5.2.1 Agriculture ................................................................................................. 103

FWS001329

5.2.2 Urbanization.................................................................................................. 108

5.3 Future land use scenarios ...................................................................................... 109

5.3.1 Scenario 1 – Continued Current Rate of Land Change and High
Protection/Management ................................................................................................ 109

5.3.2 Scenario 2 – Accelerated Rate of Land Change, Low Management ....................... 125

5.4 Climate Change ...................................................................................................... 145

5.4.1 Climate projection methods used for our analyses .................................................. 145

5.4.2 Resiliency under Future Climate Conditions ........................................................... 151

5.4.3 Representation.......................................................................................................... 165

5.4.4 Redundancy.............................................................................................................. 166

5.4.5 Summary of Viability with Future Climate Conditions............................................ 167

5.5 Status Assessment Summary ................................................................................. 167

5.5.1 Current Viability ...................................................................................................... 168

5.5.2 Future Viability ........................................................................................................ 168

5.5.3 Other Factors Affecting Future Viability................................................................. 171

FWS001330

# CHAPTER 1: INTRODUCTION

The American burying beetle, (ABB) *Nicrophorus americanus,* occurs in various habitat types in portions of nine states: Arkansas, Kansas, Massachusetts, Missouri (recently reintroduced, experimental population), Nebraska, Oklahoma, Rhode Island, Texas (not documented since 2008), and South Dakota Based on the last 15 years of records. Reintroduction efforts are also underway in Ohio, but survival of reintroduced ABBs into the next year (successful over-wintering) has not yet been documented. A report of an ABB in Michigan in 2017 is being investigated to determine if the area supports ABBs populations. Surveys in 2018 failed to verify the report, but additional surveys are planned in 2019 (Figure 1-1). The ABB was designated as an endangered species in 1989 (54 FR 29652) and a recovery plan was prepared in 1991 (USFWS 1991).

## American Burying Beetle Current Distribution
### Based on 15 Years of Survey Data (2001-2015*)



**Figure 1-1.** Current known distribution of the American burying beetle (*survey data based on 2001-2015 except for 2017 Michigan occurrence).

This Species Status Assessment (SSA) report is a summary of information assembled and reviewed by the U.S. Fish and Wildlife Service (Service) and incorporates the best scientific and commercial data available. The SSA framework (U.S. Fish and Wildlife Service 2015, entire) is

1

ABB SSA Report - February 2019

intended to support an in-depth review of the species' biology and threats, an evaluation of its biological status, and an assessment of the resources and conditions needed to maintain long-term viability. This SSA report documents the results of the comprehensive status review for the ABB.

The Service is engaged in a number of efforts to improve the implementation of the Endangered Species Act (ESA) (see www.fws.gov/endangered/improving_ESA). As part of this effort, our Endangered Species Program has developed the SSA framework to guide how we assess the biological status of species. Because biological status assessments are frequently used in all of our Endangered Species Program areas, developing a single, scientifically sound document is more efficient than compiling separate documents for use in our listing, recovery, consultation, and other conservation programs. Therefore, we have developed this SSA Report to summarize the most relevant information regarding life history, biology, and considerations of current and future risk factors facing the ABB. In addition, we forecast the possible response of the species to various future risk factors and environmental conditions to provide a complete risk analysis for the ABB.

The objective of the SSA is to thoroughly describe the viability of the ABB based on the best scientific and commercial information available. Through this description, we will determine what the species' needs, its current condition in terms of those needs, and its forecasted future condition. In conducting this analysis, we take into consideration changes that are likely happening in the environment – past, current, and future – to help us understand what factors drive the viability of the species.

For the purpose of this assessment, we define viability[1] as a description of the ability of a species to sustain populations in the wild beyond a biologically meaningful time frame. Using the SSA framework, we consider what the species needs to maintain viability by characterizing the status of the species in terms of its resiliency, representation, and redundancy.

**Species Status Assessment Framework**



**Resiliency** describes the ability of a species to withstand either periodic or stochastic disturbance events, not rising to the level of catastrophic. Resiliency is positively related to population size and growth rate and may be influenced by connectivity among populations. Generally speaking, populations need abundant individuals within habitat patches of adequate area and quality to maintain survival and reproduction in spite of disturbance. We can measure resiliency based on metrics of population size and condition; in the case of the ABB, the primary indicators of resiliency are geographic distribution of ABBs within analysis areas and

---

[1] Viability is not a specific state, but rather a continuous measure of the likelihood that the species will sustain populations over time. USFWS 2015. Draft Species Status Assessment Framework. Version 3.3 October 2015., p. 8.

FWS001332

ABB SSA Report - February 2019

relative abundance (both measured by analysis of survey data) and available habitat with each analysis area.

**Representation** describes the ability of a species to adapt to changing environmental conditions. Representation can be measured through the breadth of genetic diversity within and among populations and the ecological diversity (also called environmental variation or diversity) of populations across the species' range. The more representation or diversity the species has, the higher its potential of adapting to changes (natural or human caused) in its environment. Geographic distribution of occupied and potentially suitable habitat and genetic information is being used to describe representation for the ABB.

**Redundancy** describes the ability of a species to withstand catastrophic events. A catastrophic event is defined here as a rare destructive event or episode affecting many populations and occurring suddenly. Redundancy is about spreading the risk and can be measured through the duplication and broad distribution of resilient populations across the range of the species. The more resilient populations the species has, distributed over a larger area, the better chances that the species can withstand catastrophic events. For the ABB, we are using the size and geographic distribution of populations (measured with existing survey data) and of occupied and potentially suitable habitat (measured with geospatial analyses) to describe redundancy.

To evaluate the viability of the ABB both currently and into the future, we assessed a range of conditions to allow us to consider the species' resiliency, representation and redundancy.

The format for this SSA Report includes the following chapters:
1. Introduction;
2. Species Biology and Needs. The resource needs of individuals and a framework for what the species needs across its range for species viability;
3. Risk Factors. The likely causes of the current and future status of the species, and determining which of these risk factors affect the species' viability and to what degree;
4. Current Conditions. The species' current range, habitat conditions, and population estimates; and
5. Future Conditions and Viability. A description of the viability in terms of resiliency, representation, and redundancy.

Additional supplemental information and analysis was used to complete this SSA Report. We prepared a geospatial analysis using Geographic Information Systems (GIS), and the corresponding GIS Analysis Report is presented in Appendix A. Supporting climate analyses is found in Appendix B and literature cited in this SSA Report is found in Appendix C.

Importantly, this SSA Report does not result in, nor predetermine, any decisions by the Service under the ESA. In the case of the ABB, the SSA does not determine whether the ABB continues to warrant protections of the ESA, or whether it should be proposed for downlisting or delisting under the ESA. That decision will be made by the Service after reviewing this document, along with the supporting analysis, any other relevant scientific information, and all applicable laws,

FWS001333

regulations, and policies. The results of a decision will be announced in the *Federal Register*. Instead, this SSA Report provides a strictly scientific review of the available information related to the biological status of the ABB.

FWS001334

# CHAPTER 2: SPECIES BIOLOGY AND NEEDS

## 2.1 SPECIES TAXONOMY

The American burying beetle (ABB) *Nicrophorus americanus* is a member of the beetle family Silphidae (subfamily Nicrophorinae); these beetles are known by their habit of burying vertebrate carcasses for reproductive purposes and for exhibiting parental care of young. The genus *Nicrophorus* contains about 70 species world-wide, of which 15 occur in North America (Peck and Kaulbars 1987, entire). Globally, burying beetles are restricted to temperate climates, and high elevations in tropical climates (Arnett 1946; Howden & Peck 1972; Cornaby 1974; Young 1978; Howden & Peck 1985; Peck & Anderson 1985; Trumbo 1990; Smith *et al.* 2000; Ruddiman 2001; Sikes & Venables 2013). Both population densities and species diversity of *Nicrophorus* are higher in northern localities where habitat generalists and habitat specialists occur in sympatry (Scott 1997 et al., entire). Reasons for burying beetles' lack of success in southern locales include increased competition with ants, flies, and perhaps vertebrates, as well as increased temperatures and rates of carcass decomposition (Anderson 1982, entire; Trumbo 1990, p. 6-7; Scott et al. 1997, entire). *Nicrophorus americanus* is probably most closely related to the similarly sized, *Nicrophorus germanicus* of the Old World. In its extant populations, the geographic distribution of *Nicrophorus americanus* overlaps with *N. carolinus, N. marginatus, N. pustulatus*, *N. tomentosus*, and *N. orbicollis*, from which it differs physically in coloration and size. Within North American *Nicrophorus, Nicrophorus americanus* is most similar to *N. orbicollis. Nicrophorus americanus* was first described by Olivier in 1790 (Entomologie, II, Paris), with the type locality undesignated.

## 2.2 SPECIES DESCRIPTION

The ABB is the largest silphid (carrion beetle) in North America, reaching 1.0 to 1.8 inches (25-35 cm) in length (Anderson 1982, p. 362; Backlund and Marrone 1997, p. 53). The beetles are black with orange-red markings (Figure 2-1).  Their hardened elytra (wing coverings) are smooth, shiny black, and each elytron has two scallop shaped orange-red markings. The pronotum over the mid-section between the head and wings is circular in shape with flattened margins and a raised central portion (Ratcliff 1996, pp. 54, 62). The most diagnostic feature of the ABB is the large orange-red marking on the raised portion of the pronotum, a feature shared with no other members of the genus in North America (USFWS 1991, pp. 2-4). The ABB also has an orange-red frons (the upper, anterior part of the head), and a single orange-red marking on the clypeus, which can be viewed/considered as the lower "face" located just above the mandibles. Antennae are large, with notable orange club-shaped tips for chemoreception.

5

ABB SSA Report - February 2019



**Figure 2-1**. American burying beetle anatomy.

Gender can be determined from markings on the clypeus: males have a large, rectangular, red marking and females have a smaller, triangular, red marking. The ABB is an annual species that may live up to 12-16 months. Age of ABB's can be categorized as teneral, mature, or senescent. Age of adults is determined by intensity of color (younger individuals appear to have more vibrant color) and the overall condition of the body and appendages. Marking of a teneral beetle are brighter with the elytron and pronotum macula appearing more uniform in color, the exoskeleton is softer and more translucent looking, and the elytron pubescence is more pronounced. On a second year adult, (one that has overwintered) the pronotum appears more orange than the elytra. Senescent beetles are more scarred, often with pieces missing from the margin of the pronotum or elytra, have cracks in the exoskeleton, and/or appendages are missing (e.g., tarsi legs, antennae (Bedick et al. 1999, p. 175.)

## 2.3 RANGE

Historically, the known geographic range of the ABB included 35 states in the United States and the southern borders of three eastern Canadian provinces, covering most of temperate eastern North America (Figure 2-2; Anderson and Peck 1985, p 54; USFWS 1991, p. 5; Peck and Kaulbars 1987, p. 75). Historical records document ABBs occurrence from the east coast to Nebraska in the 1920s. However, documentation of records is not uniform throughout this broad historical range. More records exist from the Midwest into Canada and in the northeastern United States than from the southern Atlantic and Gulf of Mexico region and some portions of southeastern United States have few or no records (USFWS 1991, p. 6). During the 20th century, the ABB disappeared from over 90 percent of its historical range (Lomolino et al. 1995, p. 606). The last ABB specimens along the mainland of the Atlantic seaboard, from New England to Florida, were collected in the 1940s (USFWS 1991, pp.6-8). At the time of ESA listing in 1989, known populations were limited to one on Block Island, Rhode Island; and one in Latimer

6

County, Oklahoma. After the species was listed, survey efforts increased and the ABB was discovered in more locations, particularly in South Dakota, Nebraska and Oklahoma. The ABB is now known to occur in portions of Arkansas, Kansas, Oklahoma, Nebraska, South Dakota, and Texas (not documented since 2008), on Block Island off the coast of Rhode Island, and reintroduced populations on Nantucket Island off the coast of Massachusetts and in southwest Missouri. Reintroduction efforts are also underway in Ohio, but survival of reintroduced ABBs into the next year (successful over-wintering) has not yet been documented.



**Figure 2-2.** Current and historic range of the American burying beetle, by county/province (*survey data based on 2001-2015 except for 2017 Michigan occurrence).

A potential report of an ABB in Michigan in 2017 is being investigated to determine if the area supports ABBs. Michigan surveys in 2018 failed to confirm the report of ABBs, but additional surveys are planned in 2019. We do not have enough information on the Michigan report to confirm or assess the status of ABBs in this area.

FWS001337

## 2.4 LIFE HISTORY AND INDIVIDUAL NEEDS

The life history of the ABB is similar to that of other burying beetles (Pukowski 1933, entire; Scott and Traniello 1987, p 693; Kozol et al. 1988, p 173; Wilson and Fudge, 1984, entire). The ABB is a nocturnal species that lives for only about one year.  American burying beetles are active from late spring through early fall, occupying a variety of habitats and bury themselves in the soil to hibernate for the duration of the winter. Reproduction occurs in the spring-early summer. New adult beetles or offspring (called tenerals), usually emerge in summer, over-winter (hibernate) as adults, and comprise the breeding population the following summer (Kozol 1988, p 2; Amaral et al. 2005, pp. 30, 35). Adults and larvae depend on dead animals (carrion) for food, moisture, and reproduction. Figure 2-3 below provides an overview of the ABB's life history and individual needs, which is discussed in more detail in the following sections.



**Figure 2-3.**  American burying beetle ecology diagram.

### 2.4.1 Active and Inactive Periods

*Inactive Period:* When the nighttime ambient air temperature is consistently below 59°F (15.0°C), ABBs bury into the soil and become inactive (USFWS 1991, p. 11; Scott and Traniello 1989, p. 34–35; Kozol 1995, p. 11). This inactive period typically extends from late September through mid-May (Figure 2-4) in the southern portions of the range, (Arkansas, Kansas and Oklahoma) (Kozol 1990c, p. 4; USFWS 1991, p. 11; USFWS 2008, p 13). In the northern

FWS001338

portion of their range (New England, Nebraska and South Dakota), the inactive period usually extends from early September through May or early June. The length of the inactive period can fluctuate depending on air temperature, and in cooler, more northern latitudes this period is typically longer. Studies in Nebraska have found that overwintering *N. orbicollis* move throughout the soil column during the winter to stay at or just below the frost line to avoid freezing. Researchers also found a strong relationship between depth and soil temperature, with depth increasing as temperatures decrease (Conley 2014; pp.35–68). Surface vegetation structure (i.e., woodland vs. grassland) does not appear to influence over-winter survival rates (Holloway and Schnell 1997, pp.148–151).

Data suggest that over-wintering results in significant mortality (Bedick *et al.* 1999, p. 13), ranging from 25 percent to about 70 percent, depending on year, location, and availability of carrion in the fall (Schnell et al. 2008, entire; USFWS 2008b, p. 13). Schnell et al. (2008, p. 483) found that ABBs that were provided a carcass had a higher survival rate in an over-wintering study, but ABBs do not attempt to bury carcasses in the fall (when it is unknown if ABBs select areas near a carcass to over-winter, but are still attracted to carcasses to forage and may select areas under or near carcasses to over-winter. Antidotal evidence indicates that ABBs overwinter with carrion at least on occasion. At a site in eastern Oklahoma, American burying beetles were observed in association with carcasses placed in the field in early October, well after the breeding season. Specifically, several beetles were found in small tunnels dug into the soil directly under rat carcasses (J. C. Creighton, pers. comm. 2016). In fact, a number of the beetles in our experiment constructed the same type of tunnels into the soil under provided carcasses (Schnell et al. 2008, entire). Experimental results indicate that one can enhance overwinter survival by provisioning American burying beetles with carrion (Schnell et al. 2008, entire).

FWS001339



**Figure 2-4.** American burying beetle active and inactive periods for northern and southern populations.

*Active Period*: ABBs emerge from their winter inactive period when ambient nighttime air temperatures consistently exceed 59° F (15 °C) (Kozol 1988, p. 11; Kozol 1990c, p. 4; Bedick et al 1999 p. 179; USFWS 2008 p. 13). Typically, ABBs are active from May through September in southern portions of its range, but in more northern latitudes of their range, the active period is typically June through August (Figure 2-4). The ABBs are active at night and during their active period; they are most active from two to four hours after sunset. No captures have been recorded immediately after dawn (Walker and Hoback 2007, p. 304; Bedick et al. 1999, entire). During the daytime, ABBs are believed to bury under vegetation litter or into soil (Jurzenski 2012, p. 76.) ABBs begin reproductive activity and rearing their young (broods) soon after emergence from overwintering (Figure 2-5). During May and June ABBs secure a mate and carcass for reproduction and reproductive process takes approximately 50-60 days (Kozol 1988, p. 41).

10



**Figure 2-5.** American burying beetle reproductive timing, representing differing ranges of timing from American burying beetle and surrogate species literature.

Weather conditions, such as rain and strong winds, can result in reduced ABB activity (Bedick et al. 1999, pp.178-180). However, on Block Island, Rhode Island, burying beetles were successfully trapped repeatedly on both rainy and windy nights, provided the temperature was above 59º F (15º C, Kozol et al. 1988, p. 11).

Trapping capture rates for ABBs can be used to estimate population densities and activity levels. Capture rates are highest from mid-June to early-July and again in mid-August (Kozol et al. 1988, pp.36-37; Bedick et al. 2004, pp. 66-67; USFWS 1991, p 11) across the more northern latitudes within the range of the species, however survey data shows captures per unit effort in Oklahoma is highest in July (unpublished Service data), indicating a possible phenological difference between the north and south populations.

## 2.4.2 Movement

Individual ABBs must fly to find food, a mate, and an appropriate sized carcass on or near suitable soils for burial. This could require individual ABBs to move considerable distances to fulfill these needs. American burying beetles are nocturnal and have been reported moving distances up to 18 miles (mi) (29 kilometers (km)) in a single night in Nebraska, in the direction of the prevailing wind (Jurzenski 2012, p. 36; Jurzenski et al. 2011, p. 135; Bedick *et al* 2004, pp.66-67). While Raithel et al. (2006, entire) previously found that wind direction plays a role when ABB are traveling long distances; wind direction showed no affect for short distance moves, and longer distance moves tended to be downwind. Bedick et al. (2004, p. 66) reported five recaptures from distances of 2-4 mi (3–6 km). However, Bedick et al. (1999, p. 176) found

11

that of the 158 ABBs recaptured, 85% moved 0.3 mi (0.5 km) or less per night. Creighton and Schnell (1998, p. 284) reported ABB movements between sites averaged 0.74 mi (1.23 km) nightly in their search for carrion (n=23 movements between sites) with a range from 0.16 mi (0.25km) for 1 night to a maximum of 6.2 mi (10.0 km) over 6 nights.



A limitation related to movement information from most mark and recapture studies, is that marked individuals are released during the day and near the trap they were captured in. ABBs are nocturnal and typically will not move far from a daylight release site until nightfall. When they become active that night, they could be attracted to the bait in the nearby trap and recaptured at the same location, or another nearby trap. Existing information from mark and recapture studies (discussed above) suggests that most nightly movements are relatively short (less than 0.5 miles, or 0.8 km), but these estimates may not accurately reflect natural ABB movement patterns due to limitations in monitoring the potential longer movement distances of individuals. There are indications that ABB individuals have potential to move long distances over an active season if resources they need cannot be found in an area (Jurzenski 2012, Chapter 1, p. 1-23).

## 2.4.3 Feeding and Hydration

When not involved with brood rearing, carrion selection by adult carrion beetles for food can include an array of available carrion species and sizes, as well as feeding through capturing and consuming live insects (USFWS 1991, p. 11) and eating fly larvae when encountered on a carcass (Trumbo 1994, p. 247). The ABB has been shown to be attracted to an array of vertebrate carcasses including mammals, birds, (Kozol et al. 1988, p. 170) and herptiles (Bedick 1997, p. 32) and Kozol et al. (1988, p. 170) found no preference for avian verses mammalian carcasses. Baited traps could be attracting ABBs for both feeding and potential reproduction, but reproduction includes feeding because ABB adults and larvae feed on carcasses that are buried for reproduction. ABBs did not bury carcasses past mid-August, near the end of the assumed reproductive season, but were attracted to carcasses for feeding (Kozol 1988, pp. 36-37; Kozol 1990A, p. 6; Creighton pers. comm. 2016). ABBs do not bury carcasses for feeding only and can use carcasses of all sizes as food.

*Nicrophorus* carrion beetles get moisture from soils or the food they eat, and will readily drink with access to water but desiccate rapidly without some amount of moisture (Bedick *et al.* 2006, entire). *Nicrophorus* beetles have high water loss rates and likely seek moist microhabitats to

12

FWS001342

avoid desiccation (Bedick et al. 2006, entire). Bedick et al. (2006, entire) looked at a congener of ABB and found that during the summer months, there can be high mortality of burying beetle (Coleoptera: Silphidae) species in pitfall traps containing dry soil, if left unserviced for more than 12 hours. Burying beetles possess a "combination of behavioral and morphological characteristics" that could render them particularly susceptible to desiccation (Bedick et al. 2006, entire). For example, the ABB's truncated elytra and a proclivity to secrete defensive fluids appear to be unusual features for animals living without access to water or in hot, arid environments (Bedick et al. 2006, p. 24). *Nicrophorus* mortality in traps is drastically reduced if high humidity conditions exist or if access to water is provided (Bedick et al. 2006, entire).

Laboratory and field measures reveal that ABBS seek moist soils. Hoback 2008, (pp. 2, 4) allowed ABBs within an enclosure to select between moist loam, dry loam, wet sand and dry sand soils, with and without leaf litter. The average soil moistures were 11 % for the wet sand and 1.5 % for the dry sand.  Soil moisture was an average of 30% for wet loam and 5% for dry loam. Approximately 70% of tested ABBs selected moist loam soil with the vast majority also being found associated with leaf litter. Approximately 20% of tested beetles were found in wet sand with the majority being found not associated with leaf litter.

## 2.4.4 ABB Habitat

### 2.4.4.1 Suitable Vegetation

The ABB is considered a generalist in terms of the vegetation types where it is found, as it has been successfully live-trapped in a wide range of habitats, including wet meadows, partially forested loess canyons, oak-hickory forests, shrub land and grasslands, lightly grazed pasture, riparian zones, coniferous forest, and deciduous forests with open understory (Walker 1957, entire; USFWS 1991, pp.14-17, 2008, pp.8-11; Creighton et al. 1993, entire; Kozol 1995, p. 8; Lomolino et al. 1995, entire; Lomolino & Creighton 1996, entire; Jurzenski 2012, pp.47-72; Willemssens 2015, pp.5-6). Individuals do not appear to be limited by vegetation types as long as food, shelter, and moisture are available and have been recorded moving between and among these habitat types (Holloway and Schnell 1997, entire; Creighton and Schnell 1998, entire).

Holloway and Schnell (1997, entire) found at Fort Chaffee, Arkansas that trapping success of *N. americanus* was higher at sites where small mammals are more abundant, irrespective of habitat defined on the basis of general vegetative characteristics. ABBs occurrence in an areas is widely believed to depend on the presence of small mammals, birds and other sources of carrion necessary for completion their life cycle (Anderson 1982, entire; Muths 1991, p. 450; USFWS 1991 p. 11; Amaral et al. 1997 p. 131; Bishop et al. 2002, entire).

13

American burying beetles are rarely found in areas such as agricultural lands that are tilled frequently. In the Nebraska Sandhills ecoregion, the probability of ABB presence may decrease near agricultural areas where over 73% of the habitat is cropland (Jurzenski et al. 2014 p. 10). They are not found in areas that are permanently inundated with water, although they may use wetland areas that are only seasonally flooded or seek moist soils near areas with water. Habitats that are frequently altered by mowing or other land uses where vegetation height is typically 8 inches or less are unsuitable in southern portions of the ABB range. Urban areas with manicured lawns or where access to top soil is unavailable (pavement), etc. are also considered unsuitable habitat.

## 2.4.4.2 Importance of Moisture

ABBs require appropriate soils to bury themselves for shelter and require adequate levels of soil moisture to avoid desiccation. ABBs seek moist areas and burrow into these areas during inactive periods (Bedick et al. 2004, p. 28). Hoback (2008, p. 1) reported that during periods of daily inactivity ABBs sought out moist soils or were under leaf litter, but it is not currently known if there are specific preferences for each *Nicrophorus* species (Jurzenski 2012, p. 76). Approximately 70% of beetles tested were found in moist loam soil with the vast majority also being found associated with leaf litter. Approximately 20% of tested beetles were found in wet sand with the majority being found not associated with leaf litter. Individual survival is also influenced by air and soil temperature, moisture, or combined temperature and moisture (Kozol 1988, entire; Scott 1998a, entire; Bedick et al. 2006, entire; Willemssens 2015, entire). This can be demonstrated by the distribution of ABB across its current known range, especially at the western and southern edges, which appear to be precipitation or climate related. The observed deaths of ABB associated with pitfall trapping in arid environments suggesting that relative humidity and soil moisture are most likely limiting factors in the distributions of *Nicrophorus* species, including ABB. Since the Service began requiring the addition of moisture to baited pitfall traps, ABB mortality has been reduced from almost 20% to practically 0, demonstrating that a proper moisture component is a required resource need for ABB survival (USFWS unpublished ABB trapping data.)

## 2.4.4.3 Habitat Associations

ABBs are successful across several habitat types and exhibit high niche overlap with most other species of burying beetles. The wide variety of suitable habitat types and large historic range demonstrates ABB's generalist nature; although their selection of suitable carrion for reproduction may be much more narrow (Lomolino and Creighton 1996, p. 240). While many congeners coexist with ABB, their niches usually vary, parsing out individual needs among species. The ABB's range also appears to be limited by temperatures to the south and precipitation/moisture to the west in ways that may limit habitat associations.

14

ABB habitat associations can vary due to local conditions and assumptions about habitat suitability that apply in one area may not apply in another. For example, two models were developed for two different habitat areas in Nebraska. In the Nebraska Sandhills model, loamy sand soil, wetlands, and precipitation variables were positively associated with ABB presence. Loam soil, crop lands, woodlands, developed lands and maximum air temperature were found to have a negative relationship with ABB presence (Jurzenski et al. 2014, p. 7). ABB occurrence also was modelled using similar methods for the Loess Canyons region of Nebraska (McPherron et al. 2012, entire). The 2011 Loess Canyons model found woodlands to have a positive influence on ABB occurrence and wetlands to have a negative influence. The modelled outcomes for these two different ecoregions identified different variables and different positive or negative associations to predict ABB occurrence. The ABB needs to avoid desiccation, which is more likely to occur in dry upland areas with quick-draining sand. Wetland areas in the Sandhills generally are wet due to elevated ground water levels and retain water and have more soil moisture in areas with sandy soils (Jurzenski et al. 2014, p. 8). These examples in Nebraska elucidate the local differences of ABB habitat associations and that extrapolation beyond specific ecoregions should be done with caution. A variable that was in agreement with both models was the negative influence of agriculture (Jurzenski et al. 2014, p. 10). The negative relationship found between agriculture development and ABB presence in both models supports the idea that within Nebraska ABBs are restricted to their current range because of habitat destruction and modification (Sikes and Raithel 2002, entire). The same thought applies to the Sandhills' model selection of developed areas as a negative predictor (Jurzenski et al. 2014, p. 10).

### 2.4.4.4 Foraging Habitat

Foraging habitat for the ABB is generally not assumed to be limiting, provided carrion resources are available. The ABB will forage on a wide variety of carrion and other invertebrates in a variety of habitats. Carrion for foraging is less limiting than carrion for reproduction because it does not need to be buried or prepared. Large carrion, such as a dead raccoon or deer, are too large to be buried, but can attract large numbers of foraging carrion beetles. Some habitats and vegetation types tend to support higher densities of potential carrion, but preferred habitat for foraging could vary by location. Relatively little research has been focused on ABB foraging, but it is logical that the density and types of carrion can influence the quality of foraging habitat. For example larger carrion are easier to detect and will last longer than small carrion for foraging ABBs. Large carrion that provides a food source for a longer period of time may be more important in the fall when ABBs may not be flying as much (due to cooler night time air temperatures), but ABBs may still be active in the soil beneath the carcass (depending on soil temperatures).

15

FWS001345

## 2.5 POPULATION AND RANGEWIDE NEEDS

### 2.5.1 Overview of Species Needs

The ABB needs properly functioning ecosystems that contain suitable soils sufficient to support diverse vegetative communities that sustain appropriate wildlife populations such that suitable carrion to facilitate reproduction is available. Suitable soils must contain the appropriate abiotic elements (soil temp, soil moisture, particle size, etc.) that are favorable for excavation and formation of brood chambers and contribute to proper growth and development of young. Soils that are too compact prevent ABBs from completing their reproductive cycle or if compaction occurs after the onset of reproduction, may affect ABB young emerging during the following spring. Additionally soils that are unsuitable may prohibit ABBs from overwintering underground during periods of adverse weather conditions. If the ABB cannot bury themselves during these periods, considerable localized mortality may occur.

These suitable areas must be of sufficient size to support the survival of adequate numbers of individual ABBs such that the opportunity to find a mate is not diminished and that the presence and abundance of carrion to support breeding and feeding are uninterrupted. The ABB is an annual species and is dependent upon annual reproduction to sustain extant populations. Sufficiently sized areas also contribute to opportunities for populations to at least remain stable over time. Ideally areas should be of sufficient size to support a positive growth rate and enable populations to expand over time. Smaller populations typically are more susceptible to random demographic and environmental events that negatively influence persistence over time. These suitable areas also must be connected with other suitable, occupied ABB habitats so that gene flow and genetic diversity are maintained, if not enhanced, and individuals have access to refugia, when needed, across the landscape.

The Service does not currently have information on the minimum size of suitable areas (habitat patch size) needed to maintain a viable population of ABBs. The minimum area to support a viable population would be dependent on the habitat quality which could include climate, soils, vegetation, carrion availability, predators, and competition.

### 2.5.2 Reproduction

Reproductive activity for the ABB usually begins in May to June once ambient nocturnal air temperatures in the general area approach 59°F (15.5°C) consistently and ABBs cease burying carcasses by mid-August (Kozol 1988, pp. 36-37; Kozol 1990a, p. 6; Creighton pers. comm. 2016). Immediately upon emergence from their winter hibernation, ABBs begin searching for a mate and proper sized carcass for reproduction. Burying beetles are capable of finding a carcass between one and 48 hours following death of prey and at a distance of at least two mi (3.2 km), but finding them after 24 hours is more typical (Conley 1982, entire). Success in finding carrion

16

depends upon many factors including availability of optimal habitats for small vertebrates (Lomolino and Creighton 1996, entire), density of competing invertebrate and vertebrate scavengers, individual searching ability, reproductive condition (Wilson and Knollenberg 1984, p. 165) and nighttime air temperature (Wilson et al. 1984, p. 211; Ratcliffe 1996, pp.60-65; Wilson and Fudge 1984, pp.197-198). The ABB has been shown to be attracted to an array of vertebrate carcasses including mammals, birds, (Kozol et al. 1988, p. 170) and herptiles (Bedick 1997, p. 32) and Kozol et al. (1988, p. 170) found no preference for avian verses mammalian carcasses. Consequently, it is widely believed that ABB will use any carcass for reproduction, as long as it is within the favored weight class to maximize fecundity, but further investigation is required to determine the actual resource ABB uses *in situ*.

While the ABB has life history requirements similar to other carrion beetles, it is the largest *Nicrophorus* in North America and requires a larger carcass to reach its maximum reproductive potential (i.e., to raise a maximum number of offspring) than the other burying beetles (USFWS 1991, p. 2; Kozol et al. 1988, p 37; Trumbo 1992, pp. 294-295). Potential carrion sources for reproduction are carcasses weighing from 1.7-10.5 ounces (48 – 297 g), with an optimum weight of 3.5-7.0 ounces (80-200 g) (Kozol 1988, pp. 12-13, 25, 36-39, figures 1-2, Kozol 1990a, pp. 7-8).

During the active season, ABBs must fly to find a mate and appropriate-sized carcass on or near appropriate soils for burial, and compete with other ABBs (intraspecific competition) and congeners (interspecific competition) for those carcasses. Competitive advantages for congeners can be based on season, time of day, temperature, habitat, or size of carrion. An example is in northern areas of the U.S. where *N. orbicollis* is larger and can displace *N. defodiens* on a carcass. Competition between the two species appears to be temperature dependent; *N. orbicollis* finds the highest proportion of experimental carcasses on relatively warm nights, but N. *defodiens* can find and bury carcasses at lower temperatures (Wilson et al. 1984, p. 211). Thus, cool nights are thought to serve as a temporal refuge for coexistence with *N. orbicollis*. Further south, without these cool nights, *N. defodiens* is at a competitive disadvantage (Scott 1998a, p. 599). *Nicrophorus orbicollis* is the most similar congener to the ABB in North America and similar competition could exist between these species. The ABB is slightly larger and can displace *N. orbicollis* at a carcass, but *N. orbicollis* becomes active earlier in the day at dusk and may have an advantage in finding carcasses first.

American burying beetles are nocturnal and must find and bury the carcass in one night. Once an appropriate carcass has been found for reproduction, inter- and intra-specific competition can occur until usually only a single dominant male and female burying beetle remain (Springett 1967; p. 56; Wilson and Fudge 1984, entire; Scott and Traniello 1989, p. 34). Carcasses that become available are not necessarily found and buried immediately by carrion beetles. Complete concealment may take from 2 to 24 h, during which time the carcass could be discovered and

17

appropriated by a competitor (Wilson and Fudge 1984, p. 197; Scott 1990, entire; Scott 1994, p. 370). The ABB typically out-competes other burying beetles as a result of its larger size (Kozol et al. 1988, p. 170). Once the ABB wins the battle for the rights to the carcass, the successful couple buries the carrion, usually in the first night (USFWS 1991, p. 12), copulates, and constructs a brood chamber around the carcass (Figure 2-6), although either sex is capable of burying a carcass alone (Kozol et al. 1988, p. 170).



**Figure 2-6.** Brood ball with American burying beetle *Nicrophorus americanus* larvae. Photo used with permission. Louis Perrotti Roger Williams Park Zoo. 2008.

Parental care in the genus *Nicrophorus* is unique because both parents participate in the rearing of young (Pukowski 1933, p. 585; Fetherston et al. 1990, entire; Trumbo 1990, p. 9), with care provided by at least one parent, usually the female. Parental care is critical for larval survival (Wilson and Fudge 1984, p. 202). Once underground, both parents strip the carcass of fur or feathers, roll the carcass into a ball and treat it with anal and oral secretions that form a brood chamber and retard growth of mold and bacteria. The female ABB lays eggs in the soil adjacent to the carcass (Pukowski 1933, p. 555; Milne 1976, p. 84; Scott and Traniello 1990, p. 274; Milne and Kozol 1995, p. 16) where the eggs incubate for about 6 days before hatching into altricial larva. Higher temperatures increase egg development rates, reduce incubation times (Damos and Savolpoulou-Soultani 2012), and studies suggest that females reproducing on smaller carcasses produce fewer eggs than females reproducing on larger carcasses (Creighton et al. 2009, p. 681; Billman et al. 2014a, entire; 2014b, entire). Just before eggs hatch and larvae reach the carcass, parents prepare the brood ball by opening a small feeding depression at the top

18

that they treat with regurgitated oral fluids. Brood sizes of ABBs can sometimes exceed 25 larvae, but 12-18 is more typical (Kozol 1990b, entire).

One or both of the parents may remain with the larvae for several days and at least one parent, usually the female, will remain until they pupate (Scott 1990, entire; Kozol 1995, p. 15). Larvae beg and are fed by parents (Pukowski 1933, p 569; Fetherston et al. 1990, p. 184; Smiseth et al. 2003, entire; Leigh and Smiseth 2012, entire), or they can feed directly from the treated carcass. Larvae of large *Nicrophorus* species, are extremely dependent on parental regurgitation and will die before they reach second instar (second stage of larval development) if they receive no parental care (Scott 1998a, p. 602). Additionally, ABBs will cull their brood through cannibalism to increase size and survival of larvae in response to a less than adequately sized carcass (Billman et al. 2014a, entire; 2014b, entire). The reproductive process from carcass burial to eclosure (emergence from pupae) is about 30 to 65 days (Smith and Clifford 2006, p. 11: 31-42 days; Kozol 1995, pp. 2, 99: 55-65 days; Kozol 1988, p. 16: 48-65).

While early research indicated that ABBs reproduce only once per year (univoltine) (Bedick et al. 2004, p. 178), other researchers have found that in a laboratory settings ABBs are capable and successful in producing a second brood during the same season (bivoltine) (Kozol 1990, p. 12; Bedick et al. 1999, p. 3;). ABBs are considered univoltine in the northern portion of their range due to the relatively short active season (Bedick *et al.* 1999, p. 3; Lomolino and Creighton 1994, p. 62). In the southern portion of their range, where temperatures remain suitable for longer durations, adults (F1 generation) may potentially breed twice and their young-of-the year (F2 generation) may breed at least once within the same active season, but data is lacking *in situ* and more research would be needed to confirm or refute this assumption (USFWS 1991, p. 13) but more recent work has shown this may limited by other factors. Recent research showed that *N. orbicollis* stop breeding once temperatures reach about 80 ° F and mid-late summer air and soil temperatures could limit potential for reproduction by adults (F1 generation) or young-of-the year (F2 generation) in portions of the ABB range (Curtis Creighton personal comm. July 2016). A more complete discussion is included in Chapter 3, 3.7.2 – Effects to the Species, for climate change. Tenerals can quickly become adults and have successfully bred and reproduced in captive colonies within 2-3 weeks of eclosure (Bob Merze and Lou Perrotti  personal communication 2016.) A teneral insect is one that has completed pupation, recently molted and its exoskeleton is yet to harden and get its final coloration. After emerging from the pupa, the adult becomes sclerotized within 24 hours, after which it digs its way out of the subterranean cell (Ratcliff 1996, p. 30).

## 2.5.2.1 Habitat for Reproduction

While studies indicate that the ABB is a generalist in terms of vegetation types where it is found, it is widely believed they are likely more restricted when using burial sites for breeding

FWS001349

((USFWS 1991, pp. 4, 11; Amaral *et al.* 1997, p. 131). This is observed as burying beetles will often move the carcass several feet (up to 1 meter) to a more suitable soil type or even an abandoned burrow or crack in the soil (Smith et al. 2001, entire). Significant correlations between the numbers of ABBs caught in traps and the biomass of mammals and birds have been observed irrespective of the predominant vegetation (Holloway and Schnell 1997, pp. 148,149,151) suggesting that the vegetation type *per se* is not the key environmental driver for occupation of an area by ABB, but rather the abundance of their reproductive and food resources (small mammals and birds) found within those habitats.

ABBs bury a carcass in the soil for successful brood rearing and reproduction, and soils that are too hard or too compact may limit their ability to create a suitable brood chamber. Likewise, soils that are too loose, such as those with too much sand, will not support the walls of the chamber and, therefore, are also not suitable for brood chambers (Pukowski 1933, p. 523; Milne and Milne 1976, entire; Muths 1991, p. 448). Furthermore, soil moisture has also been found to be a key component of their habitat and is most likely a limiting factor for most burying beetles, especially during drought (Bedick et al. 2006, entire). Therefore, certain soil conditions such as very xeric (dry), or loose soils, sandy soils, and highly saturated soils, are generally accepted to be unsuitable for carcass burial and thus are unlikely reproductive habitats (Bedick et al. 2006, entire; Abbott and Abbott 2013, p. 7). In Oklahoma, Lomolino and Creighton (1996, entire) found reproductive success was higher in forest verses grassland; nevertheless, of the carcasses buried in the two different vegetation types, brood size did not seem to be influenced by vegetation characteristics (Lomolino and Creighton 1996, p. 238-240). In the southern portion of their range, ABBs occur in forests with substantial litter layers and deep, loose soils as well as grasslands and bottomland forests where the substrate is conducive for carcass burial (Creighton et al. 1993, entire; Lomolino and Creighton 1996, entire).

### 2.5.3 Genetics

Earlier genetic studies found no evidence to suggest that any populations should be treated as separate, genetically independent conservation segments. Kozol *et al*. (1993, entire) examined ABB genetic variation to compare the Block Island population and the eastern Oklahoma and western Arkansas population. At that time, both populations were found to have low levels of genetic variation, and most of the variation occurred within a single population. There were no unique diagnostic bands within either population, but they found the Oklahoma-Arkansas population to be somewhat more diverse. Reduced genetic variation is often a result of founder effect, genetic drift, and inbreeding. Kozol *et al*. (1994, p. 933,) suggested, based on entire works by Waller *et al*. 1987, Lacy 1987, and Packer *et al* 1991) that multiple bottleneck events, small population size, and high levels of inbreeding may be factors contributing to the pattern of genetic variation in ABBs.

FWS001350

Expanding on Kozol *et al.*'s 1993 study, Szalanski (2000, enitre) compared ABB DNA from five populations: Block Island in Rhode Island, Arkansas, South Dakota, Oklahoma, and Nebraska. The authors found little evidence that the five populations had unique genetic variation, and no evidence to suggest that these five populations should be treated as separate, genetically independent conservation segments. There is recent evidence suggesting that the New England population may represent a genetically distinct population as compared to western populations (Patricia Parker – personal communication, September 19, 2015). The University of Missouri researchers, in cooperation with the St. Louis Zoo suggest that although the two areas are distinct, they appear to share some genotypes. However, geographic isolation between the two areas will likely continue to differentiate them further, making them more distinct over time. The researchers also examined differences between northern and southern areas, but no clear genetic distinctions were observed. However, samples did not represent all areas of the northern or southern range and samples representing additional natural populations would provide greater support for this conclusion (Rois 2015). Regarding overall genetic diversity, high genetic variability exists in both the eastern and western areas (Patricia Parker – personal communication, September 19, 2015).

## 2.5.4 Defining Populations as Analysis Areas

The SSA is not using the same four broad geographical areas as the Recovery Plan because we believe those areas may not adequately represent genetic or ecological diversity (also called environmental variation or diversity) within and among populations. For example, most of the areas used in the Recovery Plan represent only northern or southern regions, but the Midwest area is very large and encompasses all western populations from the gulf coast to the Canadian border. It is comprised of northern and southern populations that may represent different ecological diversity. The ABBs in the southern areas are not currently known to have unique genetic characteristics, but differences between northern and southern populations of ABBs and congeners in reproductive and overwintering studies (Wyatt Hoback and Curtis Creighton personal communications 2016), may represent regional adaptations to warmer climates. We have made the assumption that differences in ecological diversity are more likely to evolve due to difference in latitude than any based on longitude.

The SSA evaluates the current and future status of known populations based on analysis areas that are based on recent known records of ABBs. These analysis areas are defined below and were evaluated for their representation of the genetic or ecological diversity that is currently available and what was potentially represented historically.

We generally refer to ABB populations as clustered, localized areas, roughly defined by habitat differences or other geographical features, with inter-breeding ABB individuals. However there are no clear boundaries separating many of the areas known to be occupied by ABB. So for the

FWS001351

ABB SSA Report - February 2019

purposes of this analysis we've organized the current range of the ABB into analysis areas that follow broad geographic and ecological patterns (Figure 2-7). This is the scale of "populations" referred to in the analysis of risk factors potentially affecting the species (Chapter 4). Thus far, limited genetic analysis of individuals from across the species' range have identified little genetic structuring between these populations, presumably indicating that historically there has been regular gene flow between these populations. There is recent evidence suggesting that the New England population may represent a genetically distinct population as compared to western populations (Patricia Parker – personal communication, September 19, 2015). More complete genetic information is provided in Chapter 4, section 4.7.2. In some cases there is no distinct geological feature separating analysis areas, but there can be differences in risk factors related to land uses, human population concentrations or other factors.

These analysis areas were designated based on capture of ABBs since 2001. As a coarse estimate, we included an 18.6 mi (30 km) buffer around each capture location, which is based on flying capabilities, to determine the outside boundaries of analysis areas. Boundaries between analysis areas are based on current ABB survey information and/or natural or man-made boundaries. The analysis areas are not intended to imply a high probability that the ABB occurs throughout these areas, but are used as a framework for conducting this analysis.

FWS001352

ABB SSA Report - February 2019



**Figure 2.7** American burying beetle analysis areas for the SSA report.

The Niobrara River was used to designate the boundary between the Niobrara River and Sandhills analysis area, which separates the two areas. The Flint Hills/Arkansas River boundary was designated by assessing the distribution of ABB survey information, which clearly shows a demarcation (from east to west) where positive surveys are limited, thus creating some level of separation between the two areas. The boundary between the Arkansas River and Red River analysis areas was designated using the Level III Ecoregional boundary, referred to as the South Central Plains. A brief description of each analysis area is provided in Table 1-1 below.

FWS001353

ABB SSA Report - February 2019

**Table 1-1.** Analysis Areas used to analyze risk factors and current and future conditions.

| Geographic Area | Analysis Area | Total Acres | General Description |
|---|---|---|---|
| Southern Plains | Red River | 3,251,894 | The flood plain of the Red River and areas with more level topography and suitable soils support relatively large areas of agricultural row crop, hay, or pasture lands. Where terrain is mixed, bottomland hardwood forests, mixed hardwood and evergreen forest and commercial timber (mostly pine plantations) operations dominate these areas. |
| | Arkansas River | 17,753,431 | Multiple ecoregions represented with diverse land cover types and habitat that ranges from old mountains to prairies. Large portions of the analysis area are dominated by a mixture of forest types whereas other portions are dominated by grassland/pasture lands with some trees and shrub cover. Cropland makes up a small portion of the area and although urbanization is greatest in the analysis area, it represents a small portion of the overall area. |
| | Flint Hills | 3,706,908 | Three Level III ecoregions are represented in this area, which is dominated by grassland and pasture, followed by trees and shrub cover, and to a lesser extent croplands. Urbanization represents a small portion of the area, comprised of multiple small urban areas. |
| Northern Plains | Loess Canyons | 2,759,065 | The Central Great Plains ecoregion is represented in this area in which grasslands and pasture make up nearly half of this area, with croplands making up nearly one third and to a much lesser extent scrublands followed by mixed forest. Urbanization represents only a small portion of the area, comprised of multiple small urban areas. |
| | Sandhills | 10,819,170 | The majority of this area is comprised of the Sandhills Ecoregion, in which grassland and pasture with intermixed trees and shrub cover make up the majority of this area, followed by cropland and mixed forest. Urbanization represents only a small portion of the area, comprised of multiple small urban areas. |
| | Niobrara River | 4,108,903 | Three Level III ecoregions are represented in this area in which grassland and pasture with intermixed trees and shrub cover make up the majority of this area, followed by cropland and mixed forest. Urbanization represents only a small portion of the area, comprised of multiple small urban areas. |
| New England | Nantucket and Block Islands | 42,432 | Block Island is 6,111 acres in size, and Nantucket is 36,321 acres in size. Combined there is a total of 42,431 acres with 25,865 suitable habitat acres and 14,457 acres of protected lands. Habitat is a mixture of grassland/shrubs with small areas of forest. Urban and residential areas are a significant portion of Block Island. |

24

# CHAPTER 3: RISK FACTORS

## 3.1 INTRODUCTION

The American Burying Beetle Recovery Plan (USFWS 1991) and the 5-year Status Review of the species (USFWS 2008a) identify the following factors as potential threats to ABB: direct habitat loss and alteration, increase in competition for prey, inter and intra-specific competition, increase in edge habitat, decrease in abundance of prey, loss of genetic diversity in isolated populations, disease/pathogens, DDT, agricultural and grazing practices, and invasive species. None of these factors alone adequately explain why ABBs declined over much of their historic range, while congeneric species remain relatively common range wide [there are eight sympatric congeners which are not in peril (Sikes and Raithel 2002, entire)].

The prevailing theory regarding the ABB's decline over a large portion of their historical range is habitat change (USFWS 1991, p 20, Sikes and Raithel 2002, entire) which: (1) reduced the carrion prey base of the appropriate size for ABB reproduction, and (2) increased the vertebrate scavenger competition for this resource (Kozol 1995, p 170; Lomolino and Creighton 1996, entire; Ratcliffe 1996; Amaral et al. 1997, p. 123–124; Bedick et al. 1999, p. 179; Creighton et al. 2009, p. 40). Although much of the evidence suggesting the reduction of carrion resources as a primary mechanism of decline is circumstantial, this hypothesis fits the temporal and geographical pattern of the disappearance of ABBs, and is sufficient to explain why ABBs declined while related species did not.

Potential risk factors or threats are discussed below and listed by analysis area in Table 3-1. All of the potential threats identified in the recovery plan and some additional threats are addressed in the remainder of this chapter, but these potential risk factors are not equal in all portions of the ABB range. This chapter is an overview of the potential risk factors and additional discussions of for each analysis area are covered in Chapters 4 (Current Conditions) and 5 (Future Conditions and Viability)

## 3.2 HABITAT LOSS AND ALTERATION

Due to the ABBs relatively large size and specialized breeding behavior (Creighton et al. 2009, p. 37) the prevailing theory regarding the ABBs' decline has been habitat loss and alteration or vegetative alteration (USFWS 1991, p 20, Sikes and Raithel 2002, entire) which reduced the carrion prey base of the appropriate size for ABB reproduction, and increased the vertebrate scavenger competition for this prey (Kozol 1995, p 170; Ratcliffe 1996, Lomolino and Creighton 1996, entire Amaral et al. 1997, p. 123–124; Bedick et al. 1999, p. 179; Creighton et al. 2009, p. 40). In a fragmented ecosystem, larger species have been shown to be negatively affected before

25

smaller species, a phenomenon that has been well-documented with carrion and dung beetles in South America (Klein 1989, entire).

There is little doubt that habitat loss and alteration affect this species at local or even regional levels, and could account for the extirpation of populations once they become isolated from others (Kozol 1995, p 170; Ratcliffe 1996, Lomolino and Creighton 1996, entire Amaral et al. 1997, p. 123–124; Bedick et al. 1999, p. 179; Creighton et al. 2009, p. 40). For example, there are no known ABB populations surviving in intensively farmed or highly urbanized areas. Portions of the historical and current ABB range have experienced substantial habitat loss (such as urban development and roads) or vegetative alterations (such as intensive row cropping and grazing). Projects that my cause ABB habitat loss or reduce habitat suitability are common. As a part of administering the Endangered Species Act the Service is asked to review numerous proposed projects that may have impacts to the ABB. Projects evaluated include pipelines, roads, quarries, communication towers, residential housing development, bridges, mining, petroleum production, commercial agricultural and recreational development, transmission lines, and water and wastewater treatment facilities. Impacts from these activities vary in size and duration, with projects such as quarries with hundreds of acres of permanent impacts (although limited in overall number of projects), to pipeline projects that may result in temporary impacts to habitat and because of their linear nature may be a relatively small in total area impacted. The majority of the projects were small and very few have large and permanent impacts.

Some types of land uses are relatively common in portions of the Southern Plains analysis areas, but rare in the remainder of the existing ABB range. For example, oil and gas development can have local impacts to habitat in portions of the Southern Plains analysis areas, but is relatively uncommon in other analysis areas. Oil and gas development can be significant in some areas, but minor compared to agriculture or urban expansion in the entire Southern Plains analysis areas. In Oklahoma, an Industry Conservation Plan (ICP) was developed to streamline ESA compliance for the oil and gas Industry. Approximately 32,000 acres of oil and gas related soil disturbance were estimated to occur (between 2014-2016, within the potential ABB range in Oklahoma), but the actual rate has been much less and a large percentage is considered temporary. The ICP covers most of the combined Red River, Arkansas River, and Flint Hills analysis areas. To date (about 3 years), 355 acres of occupied or assumed ABB habitat have been permanently impacted by activities covered in the ICP, 601 acres have been converted to another habitat type (e.g., from forest to grassland) still suitable for the ABB, and 1,457 acres impacted temporarily (restored to suitable ABB habitat within five years). Over 1,800 acres of permanent mitigation has been established at two conservation banks through the ICP. At this rate, approximately 3,550 acres would be permanently impacted over a 30 year period. However, oil and gas activity has been relatively low during those three years and may not represent future conditions. If we assume a rate of 10,000 acres of habitat loss over a 30 year period (about 3 times the recent rate),

26

the loss of approximately 30,000 acres could occur by 2099. This is less than 1% of the suitable habitat in the Southern Plains analysis areas.

Land conversion to agriculture, intensive domestic livestock grazing, logging, fire suppression, wind energy development and urban development are common causes of habitat loss and fragmentation within the current ABB range. For example, large areas of native grasslands have been converted to introduced non-native grasses such as fescue and bermuda grass varieties to improve pastures for intensive cattle grazing operations. Even in areas with native vegetation, pastures and hay fields can be more intensely grazed or mowed during drought periods when demand for grass/hay is high, which can keep habitat in an unfavorable or marginal condition for longer time periods.

Agricultural and forestry/silvicultural industry practices can make some areas unsuitable or marginal for ABB use. For example, lands used for row crops may provide some seasonal ABB habitat, but are frequently tilled and maintained in a relatively barren landscape for periods of time when crops are harvested and before newly seeded crops have grown. Some crops also require use of pesticides that could adversely affect ABBs. Large contiguous areas of row crops provide poor habitat for potential carrion species ABBs rely on and this probably accounts for very few positive ABB survey results in areas dominated by row crops.

Intensive silviculture with pine plantations has a similar effect on ABB habitat and is essentially using trees as a row crop. In intensive silviculture management, a plantation is harvested via a clear cut and then replanted with seedlings. New clear cuts can support high rodent numbers for several years, but in some cases the competing vegetation is controlled with herbicides and/or mowing to enhance survival and growth of the young trees. Young pines are planted close together so that they tend to shade out other vegetation as they grow larger, and areas with dense pine canopy tend to be poor habitat for potential carrion species and ABBs because the plantation has a low diversity of vegetation with very limited food resources for potential carrion.

Since European settlement, fires have been largely suppressed in much of the ABB range, leading to changes in community types and species composition. The suppression of fire has allowed an expansion of woody vegetation in most of the ABB's current range (Ratajczak et al. 2012, entire). The expansion of invasive woody species like eastern red cedar has reduced Grassland and savanna habitats and increased the canopy cover in forested habitats (New, 2012, p. 1). Riparian areas and bottomland habitats have been severely degraded not only as a result of conversion to agriculture and logging, but also because of inundation by numerous reservoirs (Wells 2007, pp. 18–27). The anthropogenic breakdown of barriers to dispersal also has permitted the invasion of non-indigenous species (Northern Prairie Wildlife Research Center

FWS001357

2006) such as johnsongrass (*Sorghum halepense*), Russian olive (*Elaeagnus augustifolia*), saltcedar (*Tamarix ramosissima*), and *Sericea lespedeza*.

The effect of vegetative alterations on habitat use and suitability for ABBs is difficult to measure on a large scale with existing data and survey methods. Databases for land use may identify areas as rangeland or pastureland, but do not provide information on the current level of grazing or habitat conditions of those grazed areas. Habitat quality can vary within and between pastures, and years, in grazed grassland or savanna habitat.

The use of land for grazing and other agricultural activities typically results in vegetation changes that reduce numbers of relatively large rodents (Lovejoy et al., 1986, pp. 276–277), such as hispid cotton rats *Sigmodon hispidus* (100-225g in samples from Fort Chaffee, Arkansas), which are of optimal feeding and breeding size for the ABB (Holloway and Schnell 1997, page 151) in Southern Plains analysis areas. Generally, increases in farming and ranching alter vegetation in ways that support larger numbers of small rodents, such as deer mice, which can be fed on by ABBs, but are probably too small (i.e. only 15-25 g) for them to use successfully when breeding (Holloway and Schnell 1997, page 151). Heavily grazed habitat in Southern Plains analysis areas tend to be poor habitat for most birds and rodents that are potential carrion and have low or no positive ABB surveys. Southern analysis areas with no grazing or light-moderate grazed habitat with taller vegetation can be favorable habitat with good ABB catch rates.

Grazing in the Nebraska and South Dakota analysis areas does not seem to have the same negative effect on ABB numbers or presence. Potential carrion sources in Northern Plains analysis areas may be adapted to shorter grasslands. The grasslands in the Northern Plains analysis areas receive about half the annual precipitation compared to the Southern Plains analysis areas and the native grasslands in the Northern Plains analysis areas are shorter. These mid-grass prairies support different potential carrion species that are adapted to shorter grasses (see section 3.3 below). Also, grazing on the sandy soils in the Northern Plains analysis areas may not compact soils as much as grazing in Southern Plains areas with more clay in the soils. Soil compaction may affect the growth of vegetation and the ability of ABBs to bury a carcass.

The ABB uses a variety of habitats and habitat quality may be a function of its ability to support appropriate and available sources of suitable carrion for reproduction (USFWS 1991, p 16–24). Some vegetation alterations, such as prescribed fires, are natural and may enhance habitat for some sources of carrion and ABBs. Additional discussions of habitat loss and alteration are included for specific analysis areas in chapters 4 and 5. Habitat loss and alterations related to current conditions and potential future conditions for each analysis area are addressed in these chapters.

FWS001358

## 3.3 AVAILABILITY OF CARRION

The ABB's uneven distribution and density, and the significant decline of their distribution are likely due to the species having specialized resource requirements with carrion being a finite resource that is widely scattered in space and time (Karr 1982, p 233; Pimm et al. 1988, p 757, 776–777; Peck and Kaulbars 1987, p 55). Data available for the ABB on Block Island, Rhode Island supports the contention that the primary mechanism for the species range wide declines "lies in its dependence on carrion of a larger size class relative to that used by all other North American burying beetles, and that the optimum-sized carrion resource base has been reduced throughout the species range" (USFWS 1991, p 21; Peck and Kaulbars, p 55). Since the middle of the 19th century, certain animal species in the favored weight range for ABBs have either been eliminated from North America or significantly reduced over their historic range ( USFWS 1991), including the passenger pigeon (*Ectopistes migratorius*), Carolina parakeet (*Conuropsis carolinensis*), greater prairie-chicken (*Tympanchus cupido*), bobwhite quail (*Colinus virginianus*) and wild turkey (*Meleagris gallopavo*) to name a few. The passenger pigeon was estimated at one time to have been the most common bird in the world, numbering 3 to 5 billion (Ellsworth and McComb 2003, p 1549). There were once as many passenger pigeons within the approximate historic range of the ABB as there are numbers of birds of all species overwintering in the United States today. Young wild turkeys are briefly at a suitable size during the active season, occurred throughout the range of the ABB, and until recently, were extirpated from much of their former range. Black-tailed prairie dogs (*Cynomys ludovicianus*) which occur in the Northern Plains analysis area have drastically declined (Miller et al. 1990, p 763) and based on the extent of overlap between the prairie dog's initial range and that of the ABB, previously dense populations of prairie dogs may also have supported ABBs.

Availability of appropriate-sized carcasses is important for ABB reproduction and reduced availability of appropriate carcasses is the leading hypothesis for the historical decline in ABB distribution. Carcasses must be large enough to provision larvae, but small enough for two adult beetles to bury, prepare and they must be located on or near soils suitable for burial and construction of an underground brood chamber. Adult ABBs may feed on carcasses of any size, but ABBs prefer to use carcasses of approximately 80-200 grams for reproduction and have been documented to use a variety of carrion for this purpose (including fish, reptiles, mammals, and birds). Smaller carcasses can be used by ABBs, but smaller carcasses support fewer larvae (decreases fecundity), are used by several other congeners (increases competition), and are more quickly consumed by flies and other carcass scavengers. Carcasses that are too large for reproduction are difficult to bury and too large for the adults to prepare and maintain (control competing fly larvae, cover with secretions to control decomposition and fungus).

ABBs are known to use a variety of carrion, but it is not known what species are the primary sources of carrion for ABBs in the different analysis areas. Carrion availability for ABB reproduction may be associated with different species of birds and small mammals in different

29

areas of the ABB's range. Many species of birds and small mammals are known to fluctuate or cycle in abundance due to changes in weather, vegetation succession, predator/prey balances and competition. The fluctuations in abundance of potential carrion species could affect the availability of suitable carrion for ABB reproduction. Schnell et al. (2006, entire) reported that areas of high ABB concentrations appeared to shift annually throughout Fort Chaffee, Arkansas and Camp Gruber, Oklahoma, even though land use within each area stayed relatively stable (USFWS 2008b, p. 14). These shifts in ABB concentrations could be related to shifts in carrion availability and Holloway and Schnell (1997, p. 151) documented that areas with higher catch rates of ABBs corresponded with areas with greater abundances of small mammals and birds at Fort Chaffee. Significant correlations were found of the number of ABBs caught with biomass of 0-200 g mammals; biomass of mammals plus birds; numbers of species of mammals; and numbers of individual mammals. American burying beetles frequented sites where small vertebrates (particularly mammals) were relatively abundant, irrespective of the predominant habitat at that site. However, all of the areas with the highest ABB catch rates were in grasslands or open forest with a grass component (Schnell and Hiott, 2005, p. 3). There was no relationship between the number of beetles and the biomass of 0-200 g birds (Holloway and Schnell 1997, p. 151).

Schnell et al. 2014 (pp. 178–180) researched potential carrion and ABB relationships at Camp Gruber in Oklahoma during the summer of 2003. Eighty seven sites were surveyed for beetles (baited pitfall-traps), birds (modified point-count transects), and mammals (Museum Special snap-traps and rat traps), finding significant rank correlations of number of ABBs with number of species of birds, number of individual birds, and biomass of birds but not with similar measures for mammals. Combined biomass of birds and mammals was significantly associated with number of beetles. Path analysis, considering four possible direct influences of measures for vertebrates on beetles, indicated number of beetles was directly and positively affected by biomass of birds and biomass of mammals and inversely by number of individual mammals, while number of individual birds was unrelated to numbers of beetles. Beetles tended to be at sites with fewer but larger mammals that were near 200 grams. Path analysis provided the most informative assessment in that variables potentially influencing beetle numbers were considered simultaneously. While results for Camp Gruber were not identical to those of a similar study at Fort Chaffee, Arkansas, both indicated ABB was more likely in places frequented by vertebrates. The association might be due to beetles being attracted to places with more vertebrates because carcasses likely were more abundant; alternatively, suitable environmental conditions may attract vertebrates and ABBs. Also, beetles may have increased reproductive success at such sites. Lack of covariation of numbers of avian and mammalian species at sites strengthens the supposition of beetles being attracted to sites because of birds and mammals found there.

The carrion sources may be different for different analysis areas. Carrion sources specific to the ABB are unknown, but significant correlations between the numbers of beetles and the numbers

30

and biomass of <200-g birds or <200-g mammals has been documented at some sites. Carrion sources for ABBs in portions of the Southern Plains analysis areas appear to be mostly mammals, such as at Ft. Chaffee in Arkansas (Holloway and Schnell 1997, p. 151) or a mixture birds and larger rodents at Camp Gruber (Schnell et. al 2014, page 178). At Block Island, carrion sources are presumed to be birds, as there is no significant population of the appropriate size mammals on the island (Raithel 2002, p. 198). Relative to the Southern Plains analysis areas, the Northern Plains analysis areas support different potential carrion species such as pheasants, prairie chickens, sharp-tailed grouse, prairie dogs, ground squirrels and several species of migratory birds that nest in Nebraska and South Dakota, but only migrate through Oklahoma, Kansas and Arkansas.

## 3.4 COMPETITION WITH MESO-CARNIVORES

During the westward expansion of settlement in North America, the removal of top-level carnivores such as the grey wolf (*Canis lupis*) and eastern cougar (*Puma concolor*) occurred simultaneously with land use changes that fragmented native forests and grasslands and created more edge habitats (such as the edge between forest and grassland, or grassland and cropland). These two processes, (extirpation and fragmentation) resulted in meso-carnivores (mid-sized) becoming more abundant (Gipson and Brillhart 1995 pp. 305–307; Garrott et al. 1993, p. 946–949, Wilcove et al. 1986, p. 248-249). Meso-carnivores prey on small mammals and birds and directly compete with carrion beetles for carrion.

Fragmentation of large contiguous habitats into smaller pieces or patches of habitat may increase species richness, but the species composition usually changes. Fragmentation of forests and grasslands cause a decrease of indigenous species and a corresponding increase in meso-carnivores that thrive in areas disturbed by humans such as: American crow (*Corvus brachyrhynchos*), raccoon (*Procyon lotor*), red fox (*Vulpus fulva*), opossum (*Didelphis virginiana)*, striped skunk (*Mephitis mephitis*), coyotes (*Canis latrans*), feral cats (*Felis domesticus*), and other opportunistic predators (Wilcove et al. 1986, p. 248-249).

This fragmentation facilitated increased competition for limited carrion resources among the "new" predator/scavenger community. A number of these species, especially the raccoon and striped skunk, have undergone dramatic population increases over the last century (Garrott et al. 1993, p. 946), and the coyote and opossum have expanded their range. These scavengers may extend hundreds of feet from edges into forest in eastern North America. Matthews (1995, p. 19) found that a high percentage of carcasses are claimed by ants, flies and vertebrate scavengers (83%). DeVault et al. (2011, entire) investigated the fate of mouse carcasses in an intensively farmed region in Indiana, USA, using remote cameras. Vertebrates removed 234 of 266 (88%) carcasses within two weeks after placement. Raccoons (Procyon lotor) and Virginia opossums (*Didelphis virginiana*) were the predominant scavengers, removing 184 of 197 (93%) carcasses

31

for which a scavenger could be identified. Air temperature influenced carcass removal by vertebrates only at higher temperatures, with fewer carcasses removed as temperatures increased over 22 degrees C. Elevated densities of mesopredators, coupled with the reduced search area for carrion due to the sparse distribution of habitat, likely were responsible for the rapid discovery and high level of carcass removal by vertebrates compared to previous investigations. They suggested that in agricultural landscapes, the competitive balance for carrion can differ substantially from that found in more pristine habitats and abundant mesopredators may have negative consequences for other species that use carrion.

## 3.5 INTER AND INTRA-SPECIFIC COMPETITION

For most guilds (a group of species that utilize similar resources), larger species tend to feed on larger prey, occupy a greater diversity of habitats, dominate in interference competition, and maintain larger home ranges, but may suffer from exploitative competition from smaller species (Ashmole 1968, entire; Gittleman 1985, entire; Hespenheide 1971, entire; Rosenzweig 1968, entire; Schoener and Gorman 1968, entire; Werner 1974, entire; Wilson 1975, entire; and Zaret 1980, entire). While large size alone does not necessarily confer endangerment, rarity and extinctions tend to be higher for larger species within trophic levels or guilds (Diamond 1984; Martin and Klein 1984; Vrba 1984; Owen-Smith 1988; and Stevens 1992). Although less than two grams in weight, the ABB is nonetheless the largest member of a guild that specializes on vertebrate carcasses, a rare and unpredictable resource. Larger prey is less abundant than smaller prey (Peters 1983, Brown and Maurer 1987, p. 9; Damuth 1991, and Lawton 1990) and larger guild members require larger home ranges (Brown and Maurer 1987, p. 9). In contrast to other members of the necrophore guild, the ABB may range over a larger area and a greater diversity of habitats to find suitable carcasses.

In addition, larger carcasses are harder to bury than smaller ones (Creighton et al. 2009, p. 38) enabling vertebrate scavengers extra time to steal the carcass from the insects. ABBs are the largest species of burying beetle in the New World (Western Hemisphere) and require carcasses of 3.5 to 7.0 ounces (80 to 200 g, Kozol et al. 1988, p. 13) to maximize its fecundity, whereas all other burying beetles can breed abundantly on much smaller carcasses, with the smaller species using carcasses as small as 0.11 to 0.18 ounces (3.12 to 5.10 g, Trumbo and Fiore 1994, Table 2, p. 172).

Size appears to be the most important determinant of success in competition for securing carrion; the largest individuals displace smaller burying beetles (Kozol et al. 1988, p. 18). ABBs have been recorded as commandeering a carcass that has been buried by another burying beetle species. However, factors other than size (e.g., temperature or activity patterns) might also affect the outcome of competition (Wilson and Fudge 1984, p. 200) because competition for carrion from other burying beetles species (i.e., congeners) increases with carcass size (Trumbo 1992, p.

32

FWS001362

293,) and carrion-feeding flies were found to be a large competitor as well (Scott et al. 1987, Table 1, p. 329; Trumbo and Fiore 1994, p. 173). Habitat fragmentation (and increase in edge habitat) causes increased vertebrate and invertebrate scavenger pressure, which decreases availability of carrion of the appropriate size, and increases competition between burying beetles (Creighton et al. 2009, p. 40–42). As ABB populations decline, the competition between ABBs and sympatric congeners for sub-optimally sized carcasses would be expected to increase.

Habitat changes that favor smaller carrion sources may indirectly benefit congeners/competitors that can use smaller carcasses. Generally, vegetation changes associated with farming and ranching are accompanied by larger numbers of small rodents, such as deer mice, which can be fed on by ABB, but are probably too small (i.e. only 15-25 g) for them to use successfully when breeding (Holloway and Schnell 1997, p. 151)

Studies based on habitat preferences of vegetation or statewide physiographic regions have shown niche partitioning among Nicrophorinae by latitudinal distribution (Anderson and Peck 1986, entire; Peck and Kaulbars 1987, entire), seasonal and diurnal activity patterns (Shubeck 1971, entire; 1983, pp. 45-46), and mass of carrion resource (Sikes and Raithel 2002, p 11; Schnell et al. 2014, p. 178). Research has investigated habitat partitioning showing soil, vegetation, air temperature, and soil types and moisture as factors influencing habitat associations with *Nicrophorus* species (Scott, 1998, pp. 596, 597-600; Bishop et al., 2002, entire; Bedick et al. 2006, p 28). Soil texture may be important to *Nicrophorus* species as well (Muths 1991, entire; Scott, 1998 – p. 599, Bishop et al. 2002, entire). Niche partitioning by soil texture among some burying beetles has been described, but for those species where their occurrence overlaps, niche partitioning may also be due to other factor(s) besides soil texture (Bishop et al. 2002 – p. 463). Additionally, *Nicrophorus* habitat preferences have been repeatedly tested for niche partitioning (Anderson 1982, entire; Shubeck 1983, entire; Peck and Kaulbars 1987, entire; Creighton et al. 1993, entire; Lingafelter 1995, entire) and these partitions and changes that favor competing species could help to explain declines in the ABB across its historical range (Lomolino and Creighton 1996, entire).

Habitat or vegetation changes can also affect the abundance and diversity of competing congeners. For example, both *N. orbicollis* and *N. marginatus* are relatively large congeners that can compete with ABBs for carrion, but *N. orbicollis* is a forest specialist and *N. marginatus*, a grassland specialist (Lomolino et al. 1995, p. 611; Lomolino and Creighton 1996, pp. 238–240; Backlund and Marrone 1997, Table 2, p. 56). Succession and invasion of woody vegetation has been documented in many areas of the ABB range (attributed largely to fire suppression) and would favor the expansion of *N. orbicollis*.

33

FWS001363

The ABB's most similar and closely related congener is *N. orbicollis*. The figure at right shows a photograph taken for comparison between *N. orbicollis*, and *N. americanus*. Based on the historical geographic range, the ecological tolerances (e.g., diel periodicity, breeding season), and phylogenetic information indicates these species may be each other's closest surviving relatives (Szalanski et al. 2000, entire). Being so similar, they likely are each other's greatest congeneric competitors (Sikes and Raithel 2002, p. 109), and interspecific competition may affect populations at the local level. Typically, surveys for ABBs result in at least 10 times (or more) more *N. orbicollis* than ABBs (Walker 1957,



*Nicrophorus americanus*

*Nicrophorus orbicollis*

© Peter Blanchard, Manifest Photography LLC

Table VII, p. 273; Lomolino and Creighton 1996, p. 238; Amaral et al. 1997, p. 128; Carlton and Rothwein 1998, p. 183; Sikes and Raithel 2002, p. 109.) While the ABB is more successful than *N. orbicollis* in utilizing carcasses greater than 100 g, these data suggest that *N. orbicollis* may be a formidable competitor for the ABB (Sikes and Raithel 2002, p. 109) and may have actually increased (have been released from competition) in those areas where ABBs disappeared (USFWS 1991). In addition, *N. marginatus* may also be a formidable competitor to ABBs. *N. marginatus* is on average slightly larger and utilizes larger carcasses than *N. orbicollis* and in prairie states is typically more abundant (Backlund and Marrone 1997, Bedick et al. 1999). *N. carolinus* is another large congener that may compete with ABBs in portions of the range Bedick et al. 1999, p 179). Increased temperatures and drier conditions may make congeners like *N. carolinus* more competitive and reduce or eliminate *N. americanus* in southern and western populations. The decline of ABB and the increase in *N. carolinus* in Texas could represent these effects (Abbott and Abbott 2013, entire. Another threat to ABB reproductive success is brood parasitism after the oviposition by other burying beetle species near an ABB buried carcass (Müller et al. 1990, Trumbo 1994, entire). Trumbo (1992, p. 295) found that mixed species burying beetle broods were more common on larger carcasses.

Invasive species can also be competitors for carrion. The imported fire ant (*Solenopsis invicta* – RIFA) has become a formidable competitor for carrion and a potential source of mortality for burying beetles when they co-occur at a food or reproductive resource (Godwin and Minich 2005, p. 9). RIFA are attracted to wildlife species nesting under or on the ground and in low trees. Species that breed and live in open habitats are more vulnerable than species living in closed-canopied habitats, which tend to have much lower fire ant densities. RIFA are omnivorous, feeding on both animal and plant material. However, insects appear to be their preferred food source (Wilcox and Giuliano 2006, p. 3). Scott et al. (1987, pp. 327–328) concluded that the inability of *N. carolinus* (similar in size to the ABB) to successfully bury carrion provided experimentally in Florida was due to interference by imported fire ants. Only 5

34

of 48 carcasses were successfully exploited by N. carolinus, despite pitfall trapping that demonstrated that N. carolinus was locally abundant. Fire ants may reduce ground-nesting populations of rodents and birds, and in some instances, may completely eliminate ground-nesting species from a given area (Collins and Scheffrahn 2005, Wilcox and Giuliano 2006, p. 4). Fire ant infestations are not evenly distributed; rather, they tend to be more numerous in open, disturbed habitats (Gleim et al. 2013, pp. 270, 271).  Of the states containing populations of ABB, fire ants are known to infest all or parts of Arkansas, Oklahoma, and Texas (USDA 2003, online).

The degree of fire ant-related effects on ABB is not clear, and while it is unlikely that competition and mortality related to fire ants alone would cause the extirpation of ABBs directly, insects appear to be fire ants preferred food source (Wilcox and Giuliano 2006, p. 3). Additionally, fire ants have been found to significantly reduce the foraging behaviors of cotton rats (Darracq et al. 2016, p. 1) as well as affect bobwhite quail chicks (Giuliano et al. 1996, entire) in areas where they co-occur. Both of these animals are widely believed to support ABB reproduction in various parts of its range. Some areas in northern Texas (Camp Maxey) and southern Oklahoma have documented populations of ABB in areas that have had fire ants for decades, but these areas have more recently experienced local ABB extirpations. Schnell et al. (2006, pg. 3-4) noted an increase in the number of fire ant mounds near trap sites in 2005, on the Weyerhaeuser HCP planning area in McCurtain County, Oklahoma, and Little River County, Arkansas, but the decline in ABB captures began several years prior to 2005. Fire ants have been been present in variable densities for more than 15 years in many areas of southern Oklahoma that still currently have relatively high ABB catch rates. We understand that land use affects ABB populations at various scales, but it is more difficult to disentangle the adverse effects of intensive land management, such as clear cutting forests, from the subsequent adverse effects of fire ant invasion following disturbance, as well as climate change in areas where all these factors are culminating in the alteration of ABB habitat. Further study would be needed to disentangle these effects on ABB. While similar congeners like *N. carolinus* and *N. orbicollis* continue to occur in good numbers in areas with fire ant co-occurrence, it is unknown if these cohorts have additional strategies beyond what ABB possess, or phenology differences that allow them to better cope with these adverse effects.

## 3.6 LOSS OF GENETIC DIVERSITY

Descriptions of existing genetic studies are provided in Chapter 2, (2.5.3). The species occurs in a wide range of ecological conditions and it is unknown if any particular setting is more important than another. Therefore, we assume that we can best reduce the risk of loss of any unidentified genetic or ecological diversity through maintaining a broad distribution of the species across its range. We are measuring this distribution indirectly through the spatial analysis of occupied habitats. The broader the distribution of these habitats, the higher the overall

35

representation of the species and the more the adaptive potential for the species can be maintained.

Additional genetic study is needed to determine if the loss of genetic diversity is affecting or limiting ABB populations, but there is no existing evidence to support this as a risk. Isolation and fragmentation of ABB populations in the future could reduce or eliminate genetic exchange within and between populations and cause a loss of genetic diversity over time. The New England population of ABBs has been isolated from other populations for decades. This population may have unique genetics and reintroductions at other locations like the Nantucket Island site would help maintain the genetic diversity represented by this population.

## 3.7 DISEASE/PATHOGENS

A pathogen hypothesis could account for the ABBs pattern of decline. Any pathogen that could be transmitted among adult burying beetles, and was non-fatal to congeners of ABB could affect or eliminate most contiguous ABB populations, and leave only peripheral isolated populations intact (Sikes and Raithel 2002, p. 102). Raithel (in US Fish and Wildlife Service (1991, p.18) suggested this hypothesis and also pointed out that no evidence of a disease or pathogen had been found. However, there has been only limited investigation to test this hypothesis. As reported by Sikes and Raithel, (2002, p. 106) a phylogenetic analysis by Peck and Anderson (1985, entire), found that the ABB was phenotypically and evolutionarily distant from New World *Nicrophorus* groups. This indicates potential susceptibility to a pathogen that would not affect sympatric congeners. However, no empirical evidence has become available to verify that a species-specific pathogen was responsible for gaps in the center of ABB's historical range (USFWS 2008, p. 31).

Further, there is a bacterium that has potential to affect ABB. *Wolbachia* are members of the Order Rickettsiales (α-Proteobacteria), a diverse group of symbionts with parasitic, mutualistic or commensal lifestyle (Negri and Pellecchia 2012, p. 356). *Wolbachia* are common intracellular bacteria that are found in arthropods and nematodes. These alphaproteobacteria endosymbionts (a major group of gram-negative bacteria) are transmitted vertically through host eggs and alter host biology in diverse ways, including the induction of reproductive manipulations, such as feminization, parthenogenesis, male killing and sperm–egg incompatibility. They can also move horizontally across species boundaries, resulting in a widespread and global distribution in diverse invertebrate hosts (Werren et al. 2008, entire). Evidence of *Wolbachia* infection has been found in five sympatric species of nicrophorine burying beetles, including the ABB. Studies have only begun to look at the effects to ABB and any population level effects of these infections is unclear and untested. Although there is limited existing evidence of disease/pathogens affecting populations, it could be a future risk for ABBs. Diseases that directly affect the ABB or affect carrion sources could affect future populations. Intentional or accidental introductions of non-

36

FWS001366

native insects could introduce diseases/pathogens that ABBs have had no prior exposure or resistance.

## 3.8 CHANGING CLIMATE

### 3.8.1 Overview of Climate Change

Scientific measurements spanning several decades demonstrate that changes in climate are occurring and that the rate of change has been faster since the 1950s. Examples include warming of the global climate system and substantial changes in precipitation in some regions of the world, including increases in extreme drought and flood events.  (For these and other examples, see IPCC 2014, pp. 7, 40-54). The main scientific measure of climate change, the earth's average annual temperature (the surface air temperature above land and oceans), shows clear evidence of the change since modern recordkeeping began in 1880 (Figure 3-1).



**Figure 3-1.** Change ("anomaly") in average annual global mean temperature (°C left axis, °F right axis), 1880 – 2016, relative to average for the 20th century. Source: NOAA  https://www.ncdc.noaa.gov/cag/time-series/global

Two key points evident in Figure _are: (1) the average annual temperature varies, i.e., each year is not necessarily warmer than the last; and (w) despite the variability, a clear warming trend is evident. Building on extensive scientific data and analyses provided by the Intergovernmental Panel on Climate Change (IPCC) in its reports since the early 1990s, the most recent (2014) assessment by the IPCC concluded: "*Warming of the climate system is unequivocal, and since the 1950s, many of the observed changes are unprecedented over decades to millennia. The atmosphere and ocean have warmed, the amounts of snow and ice have diminished, and sea level has risen.*" (IPCC 2014, p. 2). A similar conclusion was stated in the Third National

FWS001367

Climate Assessment: "*Global climate is changing and this is apparent across a wide range of observations.*" (Melillo *et al*., 2014, p. 18)

Results of scientific analyses presented by the IPCC show that most of the observed increase in global average temperature since the mid-20th century cannot be explained by natural variability in climate, and is "very likely" (defined by the IPCC as 90 percent or higher probability) due to the observed increase in greenhouse gas concentrations in the atmosphere as a result of human activities, particularly carbon dioxide emissions from use of fossil fuels (IPCC 2014, p. 40 and figures 1.1 and 1.10, pp.41, 49). Further confirmation of the role of greenhouse gasses comes from several scientific analyses. For example, Huber and Knutti (2011, p. 4), concluded it is extremely likely that approximately 75 percent of global warming since 1950 has been caused by human activities. Based on their evaluation of information available at the time, the Third National Climate Assessment includes a statement that "the majority of the warming at the global scale over the past 50 years can only be explained by the effects of human influences" (Walsh et al., 2014, p. 23 and associated citations). Various analyses in the IPCC's Fifth Assessment Report let to the conclusion that more than 50 percent of the observed global warming from 1951 – 2010 was "extremely likely" (defined as 95 – 100% likelihood) due to human-caused increase in GHGs concentrations and that it is "virtually certain" (99-100% probability) that internal variability (i.e., naturally occurring variations in climate) cannot account for the observed warming during that period (Bindoff *et al*., 2013, p. 869, 881-888, Fig. 10.5). At the sub-global scale, analyses by Hansen and Stone (2016, p. 532, 535-536) found that almost two-thirds of the continental scale impacts related to atmospheric and ocean temperature can be "confidently" attributed to climate forcing resulted from human actions.

Scientists use a variety of climate models, which include consideration of natural processes and variability, as well as various scenarios of potential levels and timing of greenhouse gas emissions, to evaluate the causes of changes already observed and to project future changes in temperature and other climate conditions (e.g., Meehl et al. 2007, entire; Ganguly et al. 2009, pp. 11555, 15558; Prinn et al. 2011, pp. 527, 529; Flato et al. 2013, entire). All combinations of models and emissions scenarios yield very similar projections of increases in the most common measure of climate change, average global surface temperature (commonly known as global warming), over the near term (2016 – 2035), until about 2030– 2040 (Kirtman *et al*. 2013, pp. 955-956, 978-982,1009-1012 including Fig. 11.25). Although projections of the intensity and rate of warming begin to differ under different scenarios after about 2030, projections are very similar for all scenarios through 2050. The overall trajectory of all the projections is one of increased global warming through the end of this century, even for the projections based on scenarios that assume that the rate of greenhouse gas emissions will decline and their concentrations in the atmosphere will stabilize (RCP 4.5 and RCP 6.0) or decline (RCP 2.6) (Collins *et al*., 2013, pp. 1054-1058, including Tables 12.2 and 12.3).

FWS001368

Further, even if all greenhouse gas emissions ceased immediately, the global average temperature would likely continue to increase (one estimate being roughly another 0.5 °F), a situation that is known as "climate commitment". This is the result of response of the climate system to the level of greenhouse gases already in the atmosphere (Walsh et al. 2014, p. 25; Matthews and Zickfeld 2012, entire; Diffenbaugh 2013 entire; Frölicher et al 2014, entire).

Thus, there is very strong scientific support for projections that warming of the earth will continue through the 21st century and that the extent and rate of change will be influenced substantially by the extent of greenhouse gas emissions (IPCC 2014, pp. 58-62). (See IPCC 2014, p. 56, for a summary of other global projections of climate-related changes, such as frequency of heat waves and changes in precipitation. Also, see IPCC (2014, entire) for a summary of observations and projections of extreme climate events.

Within the Great Plains, average temperatures have increased and projections indicate this trend will continue over this century (Shafer et al., 2014, pp.442-445). Future precipitation is much more challenging to model and therefore projections of it have more uncertainty as compared to temperature. Precipitation within the southern portion of the Great Plains is expected to decline, with extreme events such as heat waves, sustained droughts, and heavy rainfall becoming more frequent (Shafer et al 2014, p. 445, Fig. 19.4; Walsh et al. 2014, pp. 28-40).

Seager et al. (2007, pp. 1181, 1183–1184) suggests that 'dust bowl' conditions of the 1930s could be the new climatology of the American Southwest, with future droughts being much more extreme than most droughts on record. More recently, Cook et al. (2015, entire) described the past history of repeated drought in the absence of changing climate, and projected a substantial increase in the risk of drought in the southwest and central plains under both moderate and high future emissions scenarios used for current climate change modeling (see below for an explanation of emissions scenarios), exceeding droughts observed during the last millennium. Other modeling also projects changes in precipitation in North American through the end of this century, including an increase in dry conditions throughout the central Great Plains (Swain and Hayhoe 2015, entire). Further, recent analysis involving the use of both moderate and high emissions scenarios shows that over this century, deep soil layers may become increasing dry during the spring, summer and fall snow-free/frost-free period (Schlaepfer et al. 2017, pp. 2-5, including Figures 3c for the US). See also Cook et al. 2016 (entire) for a comprehensive review of scientific papers on past and projected future "megadroughts" in North America.

Various changes in climate may have direct or indirect effects on species. These effects may be positive, neutral, or negative, and they may change over time, depending on the species and other relevant considerations, such as interactions of climate with other variables. Examples include: habitat fragmentation, alterations in key vegetation in response to temperature or other climate-related changes such as expansion of invasive species; or changes in types or abundance of

39

FWS001369

competing species, predators, or prey. (e.g. see Settele et al. 2014, pp. 274–275, 278–19). Identifying likely effects often involves aspects of climate change vulnerability analysis. Vulnerability refers to the degree to which a species (or system) is susceptible to, and unable to cope with, adverse effects of climate change, including climate variability and extremes. Vulnerability is a function of the type, intensity, and rate of climate change and variation to which a species is exposed, its sensitivity, and its adaptive capacity (Settele et al. 2014, p. 290; see also Glick et al. 2011, pp. 19–22). There is no single method for conducting such analyses that applies to all situations (Glick et al. 2011, p. 3; see also Foden et al. 2016, pp. 5-12). We use our expert judgment and appropriate analytical approaches to weigh relevant information, including uncertainty, in our consideration of various aspects of climate change.

The life history characteristics of many species are closely connected with climate conditions, e.g., thermal tolerances during certain stages of the life cycle. Accordingly, many climate scientists have expected that numerous species will shift their geographical distributions in response to warming of the climate (e.g., McLaughlin et al. 2002, p. 6070). In mountainous areas, species may shift their range altitudinally, in flatter areas, ranges may shift latitudinally (Peterson 2003, p. 647; Settele et al. 2014, pp. 294-301). A review of the scientific literature several years ago by Parmesan (2006, entire) led to a generalization that in face of changing climate (particularly increasing temperatures), many species are likely to move poleward or up in elevation to stay within the range of climate conditions associated with their life history. Evidence of poleward movement of the ranges of many species of plants and animals, consistent with changes in temperature, has been accumulating for many years (e.g., Parmesan et al. 1999; Root 2003; Hickling et al. 2006; LaSorte and Thompson 2007; Dunn and Winkler 2010; Chen et al. 2011; Dunn and Møller 2013). A recent meta-analysis of long-term datasets revealed that relatively substantial shifts in the distribution of some species have already occurred, resulting in range contractions for some species and expansions for others (Parmesan and Hanley 2015, p. 851). Nevertheless, the extent to which range shifts can or will occur for many taxa remains an open question (e.g. Early and Sax. 2011, entire), and some studies have identified movements that are not well-linked to changes in climate (e.g., La Sorte & Jetz, 2012; Zhu *et al*. 2012; Comte & Grenouillet 2015), and some species have not shown range shifts.

Another challenge relates to the non-stationary of changes in temperature or other conditions under changing climate, i.e., changes are continuing, not stabilizing. This means temperature or other climate conditions important to a species may remain within a suitable range of values for a period of time but become unsuitable over time, prompting another "adapt, move, or die" situation for species that cannot tolerate the change.

The ability to move varies by species. For example among animals this can vary from birds which can move relatively easily and rapidly via flight, to ground-dwelling invertebrates that are only capable of short distance movements at any given time and for which range shifts may take

40

a considerable amount of time and could span several generations. Range shifts may result in localized extinctions over parts of the range, while the occupied range may expand elsewhere, depending upon habitat suitability and other variables (e.g., presence of competing species). Changes in geographical distributions can vary from subtle to more dramatic rearrangements of occupied areas (Peterson 2003, p. 650). Peterson (2003, p. 651) expected that species occupying flatland areas such as the Great Plains generally would undergo more severe range alterations than those in montane areas. Additionally, populations occurring in fragmented habitats can be more vulnerable to effects of climate change and other threats, particularly for species with limited dispersal abilities (McLaughlin et al. 2002, p. 6074). Species inhabiting relatively flat lands will require corridors that allow movements, presuming suitable habitat exists in other areas.

Where existing occupied range is bounded by areas of unsuitable habitat, the species' ability to move into suitable areas is reduced and the amount of occupied habitat could shrink accordingly. In some cases, particularly when natural movement has a high probability of failure, management involving translocation area within known current or historical range may be a way facilitate a shift to habitat that is likely to remain suitable for a longer period of time under changing climate. This can add to the resilience of a species (or population) to withstand changing climate, and/or it may "buy time" pending development of other measures and/or emergence of new information. For example, the Service has conducted climate-related translocation of the endangered Key tree cactus (*Pilosocereus robinii*) to establish individuals at locations in the Florida Keys within their historic range that are less susceptible to effects increased soil salinity in the habitat of this species due to ongoing and projected sea level rise and related storm surge. This effort to "buy time" for about two decades as part of the recovery effort for the species, which also includes *ex situ* management of individuals at a botanical garden, and on-going studies of the adaptive capacity of the species to withstand more saline soils. In situations involving species that cannot or are considered highly unlikely to be able to tolerate changing conditions, and which have very limited capacity to move or face barriers to moving (e.g, topographic features, habitat fragmentation) one management option that may be considered is translocation to establish one or more populations in locations outside the historic range of a species. This type of translocation is referred to by various terms such as "managed relocation", "assisted colonization", and "assisted migration"), and although it may be considered in an attempt to ensure  persistence of a population or species, there is no guarantee of success and there are numerous complexities and controversies associated with such endeavors (e.g., Schwartz et al. 2012, entire).

The exposure of species to changes in temperature and their thermal tolerance is one of the main considerations involved in assessing the vulnerability of species to changing climate (Glick et al. 2011, entire). Species differ in the range of temperatures they can tolerate without experiencing effects on reproduction or survival of individuals. Generally speaking, when a species is exposed

FWS001371

to temperatures above or below the range to which they are adapted, the magnitude of the change and how long it persists can impact survival and/or reproductive success of individual, which in turn results in effects on populations. Characterizing this in a general sense, several outcomes are possible:

1. At the extreme, the temperature change can reach a level that individuals cannot tolerate, i.e., a lethal threshold. Under such conditions, populations are extirpated.

2. Another possibility is the temperature reaches a level at which the individuals exposed to it can survive, but cannot successfully reproduce. Over time this leads to reduction in population abundance and distribution, and eventually results in extirpation of the population once the adults die. In this type of situation, although individuals will still be detected during surveys or monitoring this situation is actually one of "quasi-extinction", i.e., the population is still extant but it is a simply a matter of time before it no longer exists. The period of time could range from decades for species with long lifespans, to a few years for species that live only a year or less.

3. Yet another possibility is that individuals are able to survive but their reproductive success declines. Over time this results in reduced abundance; the eventual outcome depends on whether some level of stabilization occurs such that reproductive success balances mortality and the population continues to persist but at a lower level of abundance, which could reduce its resilience. Changes in distribution also are possible with lower abundance.

Another important general consideration is the adaptive capacity of a species to changes in its environment. In the context of changing climate conditions (e.g., temperature, moisture) to which plant and animal species are exposed, adaptive capacity refers to the ability of a species or population to cope with changes and it is one of the three main components of assessing the vulnerability of species to changing climate (Glick et al. 2011, pp.19-22; Foden et al. 2016, pp. 5-8). The adaptive capacity of species is considered to have three main components (Beever et al. 2016, p. 132, and citations therein): (1) evolutionary adaptive capacity (i.e., the ability to evolve, via genetic changes); (2) dispersal ability, which may involve highly localized to long-distance movements to locations where conditions are within the range of what the species can tolerate; and (3) and phenotypic plasticity, a term that generally refers to behavior adjustments. In general, the stress on a species that results from exposure to temperatures outside what it normally tolerate is expected to increase with the frequency, magnitude, and duration of the exposure (e.g., Buckley and Huey 2016, entire).

Ideally, populations will adapt to conditions that otherwise would have been lethal and a cause of extinction, a situation referred to as "evolutionary rescue" (Bell 2013, p. 2). Although it is clear that the adaptive capacity of a species is an important consideration, it is challenging to assess when the tolerances of a species, their adaptive capacity, or both, are poorly understood – as often is the case. Although considerable effort is being made in the scientific community to

42

FWS001372

better understand both tolerances and adaptive capacity in the context of a changing climate, these same studies illustrate widespread agreement about the need for much more research to better understand both topics (e.g., Buckley and Huey 2016, entire; Bell 2013, entire; Chevin and Lande 2010, entire; Hoffman and Sgrò 2011, entire; Nicotra et al 2015, entire; Sgrò et al. 2016, entire; Telemeco et al. 2016, entire; Terblanche et al. 2011).

A related general consideration with regard to temperature tolerance is whether a species is an "endotherm" or an "exotherm." Endotherms can make internal adjustment to maintain their body temperature within a suitable range. Mammals and birds are examples of endotherms. In contrast, an exotherm is a species that has very limited or no such ability, and their internal body temperature is depends mainly on the temperature in their environment. Examples of exotherms include reptiles (e.g., snakes, lizards) and insects, including the American burying beetle.

Tolerances to changing conditions other than temperature are important for many plants and animal species. Changes in soil moisture are an example. Soil moisture is influenced by many factors, such as the type of soil, the timing and magnitude of precipitation (e.g., snow, rain), the frequency and length of drought, and temperature. As noted above, drought is projected to be more frequent and extended in many parts of the world, including the Great Plains, with associated effects that include reductions in soil moisture. Further, the combination of increasing temperature and drought, referred to as "hot drought" results in greater impacts on various ecological conditions (e.g., water availability, soil moisture) than increased in temperature or drought alone (Overpeck 2012, entire; Luo et al 2017, entire)

In addition to uncertainty about the extent to which species have the adaptive capacity to cope with the effects of changing climate (which can vary by species, populations, and differences in local conditions), another underlying question across many of the topics described above involves the extent to which any of the possible adjustments to increasing temperature or other aspects of changing climate can occur rapidly enough avoid population extirpation or species extinction, given the velocity of climate change (e.g., Dobrowski et al. 2013, entire; Loarie et al., 2009, entire; Ohlemüller 2011, entire; Sahlean et al. 2014, entire). One key aspect of this involves how rapidly species are able to change their "climatic niche", which refers to the set of temperature and precipitation conditions where a species or population occurs and has been able to persist in the past, and which is influenced by tolerances for temperature and other non-biotic conditions and by interactions among species (Jezkova and Wiens 2016, and citations therein). A recent study found that across 266 phylogenetic groups analyzed, the rates of niche change varied for individual taxa, but overall were much slower than the rates of projected climate change, "suggesting that the amount of change needed to persist may often be too great, even if these niche shifts were instantaneous" ( Jezkova and Wiens 2016, p. 1).

43

### 3.8.2 – Effects to the Species

The taxonomy and life history of ABBs indicate a limited ability to tolerate warmer temperatures. Nicrophorus abundance and diversity are higher in cooler climates. There are 15 Nicrophorus species in the United States and Canada, but only 2 endemic to Central America and they occur at higher elevations. Reasons for burying beetles' lack of success in warmer climates include increased competition with flies and ants, as well as increased rates of carcass decomposition. Carcass decomposition is dominated by dipteran species (true flies) and the diversity of dipteran species using carcasses increases in warmer climates. Based on species distributions and existing climate conditions, few Nicrophorus species appear to be capable of maintaining populations in areas with average summer mean-maximum temperatures at or exceeding the 95 ° F threshold (N. *carolinus,* and possibly *pustulatus* and *marginatus*) and there are no Nicrophorus species in areas with average summer mean maximum temperatures exceeding 100 ° F. Under the RCP 8.5 emissions scenario (approximately current rate of climate change) all Southern Plains ABB populations would be projected to have summer mean maximum temperatures of 98-100° F by 2040-2070 and 102-104° F by 2070-2099. All Nicrophorus species are at risk of extirpation within the Southern Plains ABB range under these projected climate conditions.

Climate has always limited the ABB range to some degree. Populations at the northern edge of the historic range were limited by cool night time temperatures and shorter growing seasons (see temperature requirements in section 2.4.1) and could potentially expand to the north as climates warm. However, there are no current populations near the northern edges of the historic range and habitat limitations may prevent existing populations from moving north. The southern edge of the ABB range is likely limited by high temperatures (Figure 3-2). The western edge of the species range has been limited by reduced precipitation and soil moisture. Although temperature and other effects of climate change are expected to affect ABBs in both the northern and the southern parts of the range, we expect the populations in southern areas to be affected sooner and to a greater extent. ABBs near the southern and western edge of the range may already be at their limits for climate related tolerances and have a limited ability to adapt to rapidly changing climate conditions. Mean maximum temperatures for summer months are projected to increase by 6 or more degrees by the end of the century in southern analysis areas and approach or exceed 100°F (see information in section 5.4).

44

FWS001374



**Figure 3-2.** Mean maximum summer maximum air temperature (F) from 1981-2010. Data Source PRISM.

Increased air temperatures, changes in precipitation, increased evaporative losses, and prolonged droughts may stress or kill individual ABBs and reduce reproductive success or reduce the time periods with suitable conditions for reproduction. Temperature tolerances for ABBs are currently unknown, but high air temperatures have been documented to kill or sterilize ABBs at captive colonies when air conditioning systems have failed, resulting in colony temperatures at 85-90°F for about two weeks (Bob Merz Personal Comm. October 6, 2016). Survey protocols require traps to be checked in the morning because ABB mortalities have occurred when they are confined in traps during warm days. More indirect effects of increased temperatures and reduced precipitation or soil moisture may be related to competition. Congeners with higher temperature and or lower moisture tolerances, like *N. carolinus*, may be more competitive and reduce or eliminate ABBs in southern populations (Abbott and Abbott 2013, p. 2).

45

"Insects are adapted to particular temperature ranges and temperature is often the most detrimental environmental factor influencing their populations and distribution. In general, within optimum ranges of development and as environmental temperature decreases, their rates of development  slow and cease at the lowest (base) temperature, while as temperature rises, development rates increase up to an optimum temperature, above which they again decrease and eventually cease at their temperature maximum." (Damos and Savolpoulou-Soultani 2012). Increasing temperatures resulting from climate change could reduce the reproductive success of ABBs by reducing the portion of the active season with suitable temperatures for reproduction. Curtis Creighton (personal comm. July 2016) provided information from recent temperature studies with *N. orbicollis* that indicates even small increases in temperature can affect reproduction. The percent of successful broods declined at temperatures greater than 20° C (68° F) and declined rapidly at any temperatures greater than 25° C (77° F). An increase of only 2-3 degrees (from 25° to 27-28° C) stopped most beetles from attempting to prepare a carcass for reproduction and those that did were not successful. *N. orbicollis* in the northern portion of their range (Wisconsin) can actually have a longer period of suitable climate conditions for reproduction than *N. orbicollis* in the southern portion (Oklahoma) due to these temperature restrictions. This type of research has not been conducted with ABBs, but *N. orbicollis* is the most similar congener and has a similar range.

Increased air temperatures can also affect reproductive success by reducing the availability of suitable carrion. ABBs are only active at night and this combination of factors creates a very narrow window of time for otherwise suitable carcasses to be available for ABBs to find, bury and prepare for reproduction. Higher temperatures cause carrion to decompose more rapidly and fly larvae to quickly consume small carcasses under these conditions. At high temperatures, exposed carcasses can be heavily infested with fly larvae within two days and carcasses may only be suitable and available for 1-2 nights.

Adult ABBs use secretions to slow decomposition, but high temperatures could reduce the effectiveness of the secretions or accelerate decomposition to a degree that the secretions are overwhelmed (Jacques et al. 2009. p. 871). While the ABB has life history requirements similar to other carrion beetles, it is the largest *Nicrophorus* in North America and requires a larger carcass to reach its maximum reproductive potential (i.e., to raise a maximum number of offspring) than the other burying beetles (USFWS 1991, p. 2; Kozol et al. 1988, p 37; Trumbo 1992, pp. 294-295). ABBs also have a longer time period for egg and larval development than other carrion beetles, so the carcass must last longer (at least 12-14 days) to provide food and moisture for larvae. Temperature related increases in decomposition and development of fly larvae could limit or prohibit reproductive success for ABBs.

Evidence from previous research also supports temperature related impacts to Nicrophorus reproduction. Trumbo (1990) found the Sandhills habitat in North Carolina was not conducive to

46

FWS001376

burying beetle reproduction in late summer. The open canopy forest might increase surface temperature and speed decomposition, favoring exploitative competitors such as carrion flies and ants which tend to be the first to arrive on carcasses placed in the field during daylight. Trumbo concluded that burying beetles did not attempt to reproduce in this locale in late summer. One aim of this study was to examine phenology and reproductive success of burying beetles in southeastern woodlands of North America and to compare these findings with previous studies in northern habitats, especially with those of Wilson and Fudge (1984). On both days 1 and 2, burying beetles discovered and buried a greater proportion of available carcasses in Michigan than in North Carolina. Beetles in Michigan also produced more successful broods after they located and buried a carcass. This measure of success is not directly comparable among studies since Wilson and Fudge (1984) collected data over an entire breeding season while Trumbo's study only measured brood success on carcasses discovered in July and August. Nevertheless, Wilson and Fudge (1984) did not indicate extreme fluctuations in reproductive success, so at least in midsummer, burying beetles in the southeast experience more reproductive failures. Beetles might have more difficulty in North Carolina because the later average time of discovery and warmer temperatures lead to more advanced decomposition of the carcass before nest-building is completed and oviposition by beetles begins (Trumbo 1990).

If ABBs have similar temperature tolerances (relative to *N. orbicollis*, described above) for reproduction, then ABBs in Southern Plains analysis areas could have a very limited time period for reproduction relative to Northern Plains analysis areas. According to Oklahoma Mesonet data, average soil temperatures in the 4-10 inch range reach 77°F by early to mid-June and retain those temperatures until mid to late October in Southern Plains analysis areas. All Mesonet sites are relatively open and may have tall grass, but do not have shade from trees. Soils in shaded areas may be somewhat cooler. In the spring, southern soil temperatures at 4-10 inches reach 55°F by mid to late March and night time temps reach 55-60 by late April in many years, so reproduction for ABBs could be limited to parts of April through May or early June. Any tenerals emerging in June may have to survive until fall (possibly active through October) and would not have time to reproduce that summer before soil temperatures became too warm. Then ABBs would over-winter until April before they could reproduce themselves. This requires a very long period of activity, a relatively short inactive season and then reproduction nearly a year after they emerge. The long period of activity could result in higher mortality, injuries, aging, and over wintering stress on adult ABBs before they can reproduce. Climate changes with warming temperatures and shorter winters could exaggerate these effects and shorten the effective reproductive period for ABBs in the Southern Plains analysis areas.

ABBs in Northern Plains analysis areas may have a longer time period for potential reproduction than ABBs in Southern Plains analysis areas. ABBs in the north would emerge from over wintering by late May or June and be ready to reproduce at that time. June –August could have suitable conditions for reproduction in northern areas and that could be nearly twice as long as

47

the Southern Plains analysis areas. ABB tenerals in northern areas emerge later than in those in the south (usually July or August) and are only active for a few months before becoming inactive by September or October for the winter. This could reduce the mortalities and stresses of survival during the active season and allow higher survival of tenerals going into the winter and surviving into the next active season.

Climate change also has potential to affect habitat availability through changes in land uses. Increased temperatures could increase water demands and usage for irrigation and potentially lower groundwater levels in aquifers. Lower water tables could affect soil moisture in the Sandhills and other areas with groundwater near the surface. Also, increased temperatures and longer droughts may increase the percentage of pastures that are heavily grazed or increase the demand for hay and encourage more cuttings. With reduced plant growth during droughts, recovery from grazing or mowing down to short heights is slow. Both of these conditions would decrease the availability of suitable habitat because more pasture and hay lands would be maintained as unsuitable habitat (short grass <8 inches) for longer periods of time in Southern Plains analysis areas.

## 3.9 OTHER POTENTIAL RISKS

### 3.9.1 Pesticides

For any man-made toxin, to be a significant factor in the decline of ABB populations, we would have to account for the lack of equivalent impact on the sympatric congeners of the ABB. Unfortunately, there is limited historical information (e.g., Trumbo and Thomas (1998, entire) regarding *Nicrophorus* community structure with which to assess effects of past DDT spraying or other contaminants. It is possible that some ABB, and presumably other *Nicrophorus*, populations may have been extirpated by pesticide use, but there is no existing information to indicate that pesticide use has caused declines or extirpations over large areas of the ABB range (Sikes and Raithel 2002, p. 105).

Most of the existing ABB range does not experience any widespread pesticide applications. Most of the known occupied habitat on the western portions of the ABB range is grassland or woodland/grassland mix that has grazing or hay production as an agricultural use and pesticides are not routinely or widely used (such as aerial or broadcast spraying) in these types of agriculture. Pesticides are frequently used for row crops that may be within the ABB range, but ABBs are rarely found in row crops. Pesticide applications for grasshoppers has been proposed in past years for grassland portions of the ABB range in NE and SD, but has rarely been implemented on a large scale. In NE and SD, a large portion of the known ABB distribution overlaps with distributions of economically damaging grasshoppers that are managed using Dimilin and Malathion pesticides. Dimilin was found to have some negative effects on *N.*

48

FWS001378

*orbicollis* brood success when carcasses were exposed to the pesticide and then later used for larval development. Malathion caused direct mortality of *N. marginatus* Fabricius, a diurnal species, when sprayed directly, but would be unlikely to directly harm nocturnal ABBs. Indirectly, Malathion on a carcass might stress parental beetles and cause changes in brood size (Jurzenski 2012, pp. 112–115). These pesticides have potential adverse effects for ABBs, but the potential effects vary with the pesticide and application method, scale and timing.

Herbicides are more likely to be used in portions of the current range, but are less likely to directly affect ABBs. ABBs are below ground most of the time and would have limited exposure to most herbicides. Herbicides are used to some degree in portions of the ABB range to control broad-leave weeds (forbs) and reduce competition for grasses in pastures. Herbicides that reduce forbs in rangeland could reduce habitat diversity and food sources for potential carrion sources. This could indirectly reduce habitat suitability for reproduction and feeding for ABBs.

## 3.9.2 Artificial Lighting

Circumstantial support for artificial lights as a factor in the decline could be derived from the fact that most extant populations of ABB occur in relatively remote, lightless areas, and artificial lighting was becoming widespread during the late 1800s (Bright 1949, entire), concurrent with the beginning of *N. americanus*' disappearance from the Northeast. However, fluorescent lights (including blacklights like those used in "Bug Zappers") are considerably more attractive to night-flying insects, and these are a relatively recent feature of the landscape (Sikes and Raithel 2002, p. 106). Additionally, it is difficult to separate the effects of lights and the related land use changes and fragmentation that usually coincide with the lights. Both *N. orbicollis* and *Necrodes surinamensis*, and other light-attracted silphids, remain abundant in some areas with lights. It remains at least possible that artificial lights, if they are responsible for a chronic, albeit low, level of adult attrition, could be affecting ABB populations. Nevertheless, it presently seems that if artificial lighting has had a negative effect on ABB it has been minor relative to other influences (Sikes and Raithel 2002, p. 106).

## 3.10 SUMMARY OF RISK FACTORS

This chapter is an overview of the potential risk factors (Table 3-1) and additional discussions of for each analysis area are covered in Chapters 4 (Current Conditions) and 5 (Future Conditions and Viability). The American Burying Beetle Recovery Plan (USFWS 1991) and the 5-year Status Review of the species (2008a) identify the following factors as potential threats to ABB: direct habitat loss and alteration, increase in competition for prey, inter and intra-specific competition, increase in edge habitat, decrease in abundance of prey, loss of genetic diversity in isolated populations, disease/pathogens, DDT, agricultural and grazing practices, and invasive species. None of these theories alone adequately explain why the ABB declined over much of

49

their historic range while congeneric species are still relatively common range wide [there are eight sympatric congeners which are not in peril (Sikes and Raithel 2002, p. 104)] and some of these risks are not relevant in all remaining areas. Much of the evidence suggesting the reduction of appropriate carrion resources as a primary mechanism of decline is circumstantial, but this hypothesis fits the temporal and geographical pattern of the disappearance of ABBs, and is sufficient to explain why ABBs declined while related species did not. It also may explain current distributions and the presence or absence of ABBs in most of the existing analysis areas. Potential risk factors are not equal in all portions of the ABB range and some risk factors have changed since the recovery plan was written. Some remaining populations have risks associated with areas of urban development, but most current ABB populations are in rural areas and have potential risks associated with agricultural land uses. Risks associated with the effects of changing climate, including increasing temperatures, are now a significant threat for some analysis areas.

FWS001380

# CHAPTER 4: CURRENT CONDITIONS

## 4.1 CURRENT AND HISTORICAL RANGE

Historically, the known geographic range of the ABB included 35 states in the United States and the southern borders of three eastern Canadian provinces, covering most of temperate eastern North America (Chapter 2 - Figure 2.2; Anderson and Peck 1985, p 54; USFWS 1991, p. 5; Peck and Kaulbars 1987, p. 75). During the 20th century, the ABB disappeared from over 90 percent of its historical range (Ratcliffe 1995, p. 1) (Figure 4-1). The last ABB specimens along the mainland of the Atlantic seaboard, from New England to Florida, were collected in the 1940s (USFWS 1991, p. 6, Table 1, p. 7). At the time of listing in 1989, known populations were limited to one on Block Island, Rhode Island; and one in Latimer County, Oklahoma.



**Figure 4-1.** County records of American burying beetle by 20 year periods. Black counties represent records with that 20 year period. Gray counties represent records older than 40 years.

After the species was listed, survey efforts increased and the ABB was discovered in more locations, particularly in South Dakota, Nebraska and Oklahoma (Amaral *et al.* 1997, p. 125). Surveys resulting in the collection of other *Nicrophorus* species, which use similar trapping techniques as those used for ABBs, have continued throughout the eastern United States without

51

collection of the ABB; Amaral et al. (1997) identifed surveys from several other states, including Maine, Massachusetts, Michigan, mainland Rhode Island, Long Island New York, New Jersey, North Carolina, Ohio, Louisiana, Tennessee, Florida and Pennsylvania; however, no additional remnant populations were discovered (Amaral et al. 1997, p. 125). Additionally, ongoing research efforts at universities and others entities across the ABB's historical range have potential for by-catch of ABB when studying other animals, particularly insects. For example, researchers studying prairie mole cricket (*Gryllotalpa major*), recorded the first ABB captured at the the Tallgrass Prairie Preserve in Osage County, Oklahoma. Consequently, the Service sent letters to all states across the ABB's historical range, inquiring if any by-catch of ABB had been recorded; we did not receive any positive responses. We also reviewed museum records and reached out to curators for any and all ABB records and included any new records in our analyses.

Currently, the ABB is known to occur in nine states: on the East Coast, it is found on Block Island off the coast of Rhode Island, and a reintroduced population now occurs on Nantucket Island off the coast of Massachusetts (Figure 4-2). It is also found in eastern Oklahoma, western Arkansas (Carlton and Rothwein 1998, entire), Loess Canyons in south-central Nebraska and Sandhills in north-central Nebraska (Ratcliffe 1996, 60–65; Bedick et al. 1999, entire), south-central South Dakota (Backlund and Marrone 1997, entire; Ratcliffe 1996, 60–65), Chautauqua Hills region of southeastern Kansas (Miller and McDonald, entire), northeast Texas (Godwin 2003, entire), and a newly reintroduced colony in Missouri is showing success (personal communication with Bob Mertz, St. Louis Zoo, May 30, 2013). The ABB population in Missouri is a nonessential experimental population (under section 10(j) of the ESA) that was reintroduced to the area in 2012. A reintroduction effort in Ohio is ongoing, but no overwinter survival of the introduced ABBs has been documented and no viable or self-sustaining populations are known in that state. A potential report of an ABB in Michigan in 2017 is being investigated and surveys in 2018 failed to confirm the report of ABBs.  Additional surveys are planned in 2019 and we do not have enough information on the Michigan report to confirm or assess the status of ABBs in these areas.

FWS001382



**Figure 4-2.** Current and historical county records of the American burying beetle from 1870 to 2015 (*except for 2017 Michigan occurrence).

## 4.2 HABITAT AVAILABILITY

The ABB is considered a generalist in terms of the vegetation types where it is found, as it has been successfully live-trapped in a wide range of habitats, including wet meadows, partially forested loess canyons, oak-hickory forests, shrub land and grasslands, lightly grazed pasture, riparian zones, coniferous forest, and deciduous forests with open understory (Walker 1957, entire; USFWS 1991, pp.14-17, 2008, pp.8-11; Creighton et al. 1993, entire; Kozol 1995, p. 8; Lomolino et al. 1995, entire; Lomolino & Creighton 1996, entire; Jurzenski 2012, pp.47-72; Willemssens 2015, pp.5-6). See Chapter 2, Section 2.4.4 for further description of the ABB's habitat.

Potential habitat for the ABB within the current range was evaluated by using LANDFIRE/GAP land cover map unit descriptions (Appendix A). Land cover types were mapped within the current range and reviewed for potential suitability for ABB use. Approximately 2,040 land cover types were identified within the current range and grouped by favorable, conditional, marginal, and unsuitable ABB habitat classifications, which we defined as follows:

53

Favorable - Land cover types with suitable soils and vegetation to support all or critical portions of the ABB life cycle. Favorable lands may range from high to low quality ABB habitat, but most of these lands should be capable of supporting ABB populations. The ABB uses a wide variety of habitats and favorable land cover types including multiple forest, savanna, shrub, and grassland/herbaceous land covers.

Conditional - Land cover types that can be favorable under some conditions and unsuitable under others. For example, most pasture land in southern plains analysis areas may be favorable habitat if grazing is light to moderate or infrequently mowed, but the same area may be unsuitable if it is heavily grazed or frequently mowed.  Fields managed for hay can be unsuitable habitat when the vegetation is mowed at short heights, but can be favorable habitat between cuttings when the grass/hay is tall enough to provide suitable habitat for birds and mammals that are carrion sources for ABBs. Wetlands are another example. They may be unsuitable under flood conditions, but very important habitat during droughts, given that ABBs need moist soils.

Marginal – Land cover types that can provide limited habitat for some portions of the ABB life cycle. Examples include land covers that have poor or thin soils (such as barren lands) that make them unsuitable for reproduction, but may provide habitat for day use or help support potential carrion species to some degree.

Unsuitable – Land cover types that do not provide habitat that would be favorable for any portion of the ABB life cycle (such as open water or highly developed urban lands).

These classifications were mapped and quantified (in acres) for each analysis area, which are described in Chapter 2, Section 2.5.2. In general, land cover types were reviewed for vegetation and soils that could directly or indirectly support ABB life history needs for food, shelter and reproduction. This includes land cover types that provide at least seasonal habitat for ABBs.

As a caution, the detail and accuracy of the land cover data is limited and the actual habitat quality or suitability may not be accurately reflected for all areas with this analysis of available habitat. The existing information for ABB habitat suitability is also limited and the land cover classifications for suitability were conservative. Land covers were assumed to be favorable if some level of ABB use was documented and no obvious habitat limitations were included in the land cover descriptions. Most of the U.S. Forest Service lands in Oklahoma and Arkansas are considered favorable, but the limited surveys in those areas indicate that ABBs may not be present or are present in low numbers. Readers should not assume that all areas of favorable or conditional lands support ABBs.

FWS001384

ABB SSA Report - February 2019

**Table 4.1** Total area (acres) of American burying beetle habitat classifications by analysis area.

| Analysis Area | Analysis Area | Favorable habitat | Conditional habitat | Marginal habitat | Unsuitable habitat |
|---|---|---|---|---|---|
| Red River | 3,251,894 | 1,268,571 | 1,201,914 | 207,922 | 573,488 |
| Arkansas River | 17,753,431 | 8,134,009 | 5,800,174 | 536,420 | 3,282,828 |
| Flint Hills | 3,706,908 | 674,001 | 2,144,209 | 27,870 | 860,829 |
| Loess Canyons | 2,758,610 | 815,215 | 849,606 | 22,126 | 1,071,662 |
| Sandhills | 10,819,170 | 1,069,818 | 7,537,587 | 26,279 | 2,185,485 |
| Niobrara River | 4,108,712 | 261,376 | 2,684,056 | 16,037 | 1,147,244 |
| New England | 42,431 | 13,081 | 9,459 | 3,325 | 16,566 |

### 4.2.1 Red River

The Red River Analysis Area includes 3,251,894 total acres with 2,678,406 acres of potential habitat (combined favorable, conditional and marginal land cover types, see Table 4-1) in portions of Arkansas, Texas and Southeastern Oklahoma near the Red River (Figure 4-3).



**Figure 4-3**. American burying beetle habitat condition in the Red River Analysis Area

55

Of the total analysis area, favorable habitat comprises 39%, conditional habitat 37%, and marginal habitat 6%, while the remaining 18% is considered unsuitable. The flood plain of the Red River and areas with more level topography and suitable soils support relatively large areas of agricultural row crop, hay, or pasture lands with more intensive agricultural use that are less favorable for ABBs. Bottomland hardwood forests, mixed hardwood and evergreen forest and commercial timber (mostly pine plantations) operations dominate large areas (1,109,107 acres or 34%) of the analysis area. Most forested habitat is considered favorable for ABBs, although intensively managed pine plantations and forested areas in the mountain ranges of Oklahoma and Arkansas tend to be marginal due to plantation management practices and thin rocky soils in the old mountain ranges.

Large portions of this analysis area are dominated by grassland/pasture lands with some percentage of trees and shrub cover (1,787,980 acres or 55%). Most of these grassland/pasture lands are considered conditional habitat and support agricultural uses like grazing and hay production that can affect habitat suitability. The large percentage of conditional habitat makes the ABB population in this analysis area more sensitive to changes in land uses that affect the habitat suitability. For example, pastures and hay fields are more intensely grazed or mowed during drought periods when demand for grass/hay is high and keeps the habitat in an unsuitable or marginal condition for longer time periods. Discussions of potential impacts of land uses (including agriculture and forestry practices) on ABB habitat are included in Chapter 3.

Land use from agriculture and silviculture (pine plantations) practices make much of this area marginal for ABB use. There are no large urban areas, but multiple small to medium communities and some development due to tourism and retirement/seasonal homes, have some areas dominated by low to high intensity residential development. Developed areas are about 3% of the total analysis area.

Current risk factors include habitat loss and alteration due to intensive agricultural land uses, commercial forestry, and some areas of urban development (see related discussions in Chapter 3). Climate change, as discussed in Chapter 3 and 5, may also be affecting the suitability of ABB habitat in this analysis area. Portions of this analysis area are at the southern and western edge of the known ABB range and thresholds for temperature and moisture limits could be exceeded with potential climate changes in future years. ABBs have declined or been extirpated from large portions of this analysis area in the last 10 years (see section 4.4.1) and this may reflect reductions in suitable habitat due to recent drought and high summer temperatures.

### 4.2.2 Arkansas River

The Arkansas River Analysis Area includes 17,753,431 total acres with 14,470,603 acres of

FWS001386

potential habitat (combined favorable, conditional and marginal land cover types, see Table 4-1) in portions of Arkansas and Oklahoma (Figure 4-4).



**Figure 4-4**. American burying beetle habitat condition in the Arkansas River Analysis Area

Of the total analysis area, favorable habitat comprises 46%, conditional habitat 33%, marginal habitat 3% and unsuitable habitat is 5.5%. This analysis area supports the largest area of known occupied ABB habitat in the southern portion of the range and includes at least three areas with concentrations of positive surveys. The three areas of known ABB concentrations include Fort Chaffee, Cherokee and Flanagan Prairie Natural Areas in Arkansas, Camp Gruber/Cherokee Wildlife Management Area (Oklahoma), and a large undefined area focused around counties of Coal, Hughes, Pittsburg and portions of surrounding counties in south central Oklahoma. This south central concentration includes the McAlester Army Ammunition Plant and several Oklahoma Department of Wildlife Conservation (ODWC) wildlife management areas (WMA). Other portions of the Arkansas River Analysis Area, such as Creek and Pushmataha Counties, have areas with concentrations of positive surveys, but ABB survey information is more limited in other parts of this analysis area and numbers or areas of concentrated positive surveys remain uncertain.

FWS001387

This large analysis area includes diverse land cover types and habitat that ranges from old mountains to prairies. Most of these cover types have at least some positive ABB surveys, but they are not all equal in suitability for ABBs. Large portions of the analysis area are dominated by a mixture of forest types (8,396,038 acres or 47%) and most forested habitat is considered favorable for ABBs. However, intensively managed pine plantations and forested areas in the mountain ranges of Oklahoma and Arkansas tend to be marginal due to plantation management practices and thin rocky soils in the old mountain ranges. The existing surveys in the mountains have low catch rates that indicate they are poor habitat for ABBs. Other portions of this analysis area are dominated by grassland/pasture lands with some trees and shrub cover (7,575,114 acres or 43%). Most of these grassland/pasture lands are considered conditional habitat and support agricultural uses like grazing and hay production that can affect habitat suitability. The large percentage of conditional habitat makes the ABB population in this analysis area more sensitive to changes in land uses such as grazing or haying that affect the habitat suitability. There are areas dominated by cropland, but they comprise only 2.4% of the analysis area. Urban areas are relatively minor in area (4.4%), but these urban areas are dominated by developed land covers and the analysis area includes cities like Tulsa, Muskogee, and McAlester in Oklahoma and Ft. Smith in Arkansas. Most of the cropland and developed lands are considered unsuitable ABB habitat.

Oil and gas activity is locally high in portions of this analysis area, but minor compared to agricultural land uses. In Oklahoma, an Industry Conservation Plan (ICP) was developed to streamline ESA compliance for the oil and gas Industry. The ICP covers most of the combined Red River, Arkansas River, and Flint Hills analysis areas, but most of the activity and all of the mitigation has been in the Arkansas River Analysis Area. To date (about 3 years), 357 acres of occupied or assumed ABB habitat have been permanently impacted by activities covered in the ICP, 602 acres have been converted to another habitat type (e.g., from forest to grassland) still suitable for the ABB, and 1,459 acres impacted temporarily (restored to suitable ABB habitat within five years). Over 1,800 acres of permanent mitigation has been established at two conservation banks through the ICP.  Both conservation banks are in the Arkansas River Analysis Area.

Current risk factors include habitat loss/alteration due to agricultural land uses (mostly grazing with some areas of row crops), commercial forestry, energy related projects, and some areas of urban expansion. For example, urban expansion from the Fort Smith area in Arkansas and intensive agricultural uses in the Arkansas River floodplain, have limited suitable habitat near Ft Chaffee. Urban expansion near Tulsa, Oklahoma has reduced suitable habitat and connectivity between the Arkansas River and Flint Hills Analysis Areas. Some portions of the analysis area are more affected by habitat loss and alteration than others, which may explain why many areas of potential habitat have few or no positive ABB surveys. Temperature and precipitation changes associated with climate change, as discussed in Chapter 3, could also affect habitat suitability and potentially reduce or eliminate ABB use of large areas (especially the southern portions) in

58

this analysis area. Portions of this analysis area are near the southern and western edge of the known ABB range and thresholds for temperature and moisture limits could be approached or exceeded with potential climate changes in future years, but no obvious climate–related impacts are currently apparent.

### 4.2.3 Flint Hills

The Flint Hills Analysis Area includes 3,706,908 total acres with 2,846,079 acres of potential habitat (combined favorable, conditional and marginal land cover types, see Table 4-1) in portions of Kansas and Oklahoma (Figure 4-5).

Of the total analysis area, favorable habitat comprises 18%, conditional habitat 58%, marginal habitat 0.1% and unsuitable is 4.3%. Some portions of the analysis area are dominated by a mixture of forest types (705,816 acres or 19%) that are mostly favorable habitat, but large portions are dominated by grassland/pasture lands with some percentage of trees and shrub cover (2,483,628 acres or 67%). Most of these grassland/pasture lands are considered conditional habitat and support agricultural uses like grazing and hay production that can affect habitat suitability. The large percentage of conditional habitat makes the ABB population in this analysis area more sensitive to changes in land uses that affect the habitat suitability. There are areas dominated by cropland, but they are only 8% of the analysis area. Urban areas are relatively minor in area as well (4%), but multiple small urban areas are dominated by developed land covers. Most of the cropland and developed lands are considered unsuitable ABB habitat.

Current risk factors include habitat loss/alteration due to agricultural land uses (mostly grazing with some areas of row crops), and some areas of urban expansion. Much of this analysis area is dominated by native grasslands and livestock grazing is the primary land use. Alterations through intensive grazing, annual burning, and herbicide use to control forbs and woody vegetation are potentially affecting habitat suitability for carrion sources and ABBs. Climate change could also affect habitat suitability and potentially reduce or eliminate ABB use of large areas (especially the southern portions) in this analysis area. Portions of this analysis area are near the southern and western edge of the known ABB range and thresholds for temperature and moisture limits could be approached or exceeded with potential climate changes in future years.

FWS001389

ABB SSA Report - February 2019



**Figure 4-5**. American burying beetle habitat condition in the Flint Hills Analysis Area

## 4.2.4 Loess Canyons

The Loess Canyons Analysis Area includes 2,758,610 total acres with 1,686,948 acres of potential habitat (combined favorable, conditional and marginal land cover types, see Table 4-1) in southcentral portions of Nebraska (Figure 4-6). Of the total analysis area, favorable habitat comprises 30%, conditional habitat 31%, marginal habitat 0.8% and unsuitable 2.6%. Small portions of the analysis area are dominated by a mixture of forest types (about 3%) but large portions are dominated by grassland/pasture lands with some trees and shrub cover (1,733,819 acres or 63%). Most of these grassland/pasture lands are considered conditional habitat and support agricultural uses like grazing and hay production that can affect habitat suitability. However, grazing in the Nebraska and South Dakota analysis areas does not seem to have the same negative effect on ABB numbers or presence (relative to southern analysis areas), possibly because potential carrion sources are different in northern analysis areas and some may be adapted to shorter grasslands (see discussion in Chapter 3, section 3.1. There are large areas dominated by cropland (823,068 acres), that represent 30% of the analysis area. Urban areas are relatively minor in area (2%), but multiple small urban areas are dominated by developed land covers. Most of the cropland and developed lands are considered unsuitable ABB habitat.

60



**Figure 4-6**. American burying beetle habitat condition in the Loess Canyons Analysis Area

Current risk factors include habitat loss and alteration due to agricultural land uses (mostly conversion of grassland to row crops), and some areas of urban expansion. Because of fire suppression, native eastern redcedar, Juniperus virginiana L., is invading many grassland areas in the Loess Canyons. In the past 30 years, cedar encroachment has covered more than 30% of this landscape and is increasing at a rate of 2% per year. The effects of cedar trees on remaining populations of ABB are currently unknown, but Walker and Hoback 2007 (pages 300-303), collected significantly more Silphidae, including ABB in open habitats. Among the Silphidae, only Nicrophorus orbicollis was collected significantly more often in cedar areas.

Much of this analysis area is dominated by native grasslands and livestock grazing is the primary land use. Alterations through conversion to cropland (Figure 4-7) and expansion of invasive woody vegetation are potentially affecting habitat suitability for carrion sources and ABBs. Climate change could also affect habitat suitability and potentially reduce or expand ABB use of portions of this analysis area. Portions of this analysis area are near the western edge of the known ABB range and changes in temperature and moisture could reduce the suitable habitat area in future years.

FWS001391

ABB SSA Report - February 2019

Most of the potential conversion of ABB habitat to cropland requires irrigation in Nebraska and South Dakota analysis areas. Irrigation supports crop development in semiarid areas and areas with sandy soils. Some regions, like southeastern Nebraska, have seen steep rises in irrigated farmland, from around 5% to more than 40%, during the 1950-2002 time period.



Figure 4-7. Irrigation supports crop development in semiarid areas. Some aquifer-dependent regions, like southeastern Nebraska, have seen steep rises in irrigated farmland, from around 5%

62

FWS001392

ABB SSA Report - February 2019

to more than 40%, during the period shown. (Figure source: reproduced from Atlas of the Great Plains by Stephen J. Lavin, Clark J. Archer, and Fred M. Shelley by permission of the University of Nebraska. Copyright 2011 by the Board of Regents of the University of Nebraska).

**4.2.5 Sandhills**

The Sandhills Analysis Area is the second largest analysis area and includes 10,819,170 total acres with 8,633,685 acres of potential habitat (combined favorable, conditional and marginal land cover types, see Table 4-1) in northcentral portions of Nebraska (Figure 4-8). Of the total analysis area favorable habitat comprises 10%, conditional habitat 70%, marginal habitat 0.2% and unsuitable 20%.  Small portions of the analysis area are dominated by a mixture of forest types (about 3%) but large portions are dominated by grassland/pasture lands with some percentage of trees and shrub cover (7,899,142 acres or 73%). Most of these grassland/pasture lands are considered conditional habitat and support agricultural uses like grazing and hay production. However, grazing in the Nebraska and South Dakota analysis areas does not seem to have the same negative effect on ABB numbers or presence (relative to southern analysis areas), possibly because there are different potential carrion sources in the northern analysis areas. Potential carrion sources in northern analysis areas, such as native grouse, prairie dogs and ground squirrels, may be adapted to shorter grasslands. The effects of grazing and the differences between Northern and Southern Plains analysis areas are also discussed in Chapter 3, section 3.1. There are large areas dominated by cropland (1,434,183 acres), which represent 13% of the analysis area. Urban areas are relatively minor in area (1%), but multiple small urban areas are dominated by developed land covers. Most of the cropland and developed lands are considered unsuitable ABB habitat.

FWS001393

ABB SSA Report - February 2019



**Figure 4-8**. American burying beetle habitat condition in the Sandhills and Niobrara Analysis Areas.

Current risk factors include habitat loss/alteration due to agricultural land uses (mostly conversion of grassland to row crops), and some areas of urban expansion. Wind energy development has increased in recent years and may become a much larger risk in the future. Wind turbines and associated roads and powerlines have direct and indirect adverse effects that have not been assessed. Much of this analysis area is dominated by native grasslands and livestock grazing is the primary land use. Alterations through intensive grazing, conversion to irrigated cropland (see Figure 4-7), and expansion of invasive woody vegetation are potentially affecting habitat suitability for carrion sources and ABBs. Most of the potential conversion of ABB habitat to cropland requires irrigation in Nebraska and South Dakota analysis areas. Increased irrigation or other uses of ground water are a risk if they exceed recharge rates and lower the water table. Declining aquifer levels would threaten the habitat suitability in this analysis area because soil moisture is maintained by water tables that are relatively near the surface.

Climate change could also affect habitat suitability and potentially reduce or expand ABB use of portions of this analysis area. Portions of this analysis area are near the northern and western edge of the known ABB range and changes in temperature and moisture could affect suitable habitat in future years.

FWS001394

## 4.2.6 Niobrara River

The Niobrara River Analysis Area includes 4,108,903 total acres with 2,961,469 acres of potential habitat (combined favorable, conditional and marginal land cover types, see Table 4-1) in northcentral portions of Nebraska and southcentral South Dakota (Figure 4-8). Of the total analysis area favorable habitat comprises 6%, conditional habitat 65%, marginal habitat 0.44% and unsuitable 28%. Small portions of the analysis area are dominated by a mixture of forest types (about 5.33%) but large portions are dominated by grassland/pasture lands with some trees and shrub cover (3,040,447 acres or 74%). Most of these grassland/pasture lands are considered conditional habitat and support agricultural uses like grazing and hay production that can affect habitat suitability. However, grazing in the Nebraska and South Dakota analysis areas does not seem to have the same negative effect on ABB numbers or presence (relative to southern analysis areas), possibly because potential carrion sources in northern analysis areas are different and some (like prairie dogs and ground squirrels) may be adapted to shorter grasslands. The effects of grazing and the differences between Northern and Southern Plains analysis areas are also discussed in Chapter 3, section 3.1. There are large areas dominated by cropland (534,133 acres) that represent 13% of the analysis area. Urban areas are relatively minor in area (2%), but multiple small urban areas are dominated by developed land covers. Most of the cropland and developed lands are considered unsuitable ABB habitat.

Current risk factors include habitat loss and alteration due to agricultural land uses (mostly conversion of grassland to row crops), and some areas of urban expansion. Most of the potential conversion of ABB habitat to cropland requires irrigation in Nebraska and South Dakota analysis areas. Increased irrigation or other uses of ground water are a risk if they exceed recharge rates lowering the water table. Declining aquifer levels would threaten the habitat suitability in this analysis area because soil moisture is maintained by water tables that are relatively near the surface. Much of this analysis area is dominated by native grasslands and livestock grazing is the primary land use. Alterations through conversion to irrigated cropland (Figure 4-7) and expansion of invasive woody vegetation are potentially affecting habitat suitability for carrion sources and ABBs. Climate change could also affect habitat suitability and potentially reduce or expand ABB use of portions of this analysis area. Portions of this analysis area are near the northern and western edge of the known ABB range and changes in temperature and moisture could affect suitable habitat in future years.

## 4.2.7 New England

The New England Analysis Area consists of two islands where ABB are known to occur: Block Island, RI and Nantucket, MA. Of the total analysis area, favorable habitat comprises 31%, conditional habitat 22%, and marginal habitat 8%, while the remaining 39% is considered unsuitable. Land use and habitat types are similar on these two islands. Block Island is 6,111 acres in size, and is mostly comprised of conservation lands (2,523 acres; 41%) and residential areas (1,957 acres; 32%) (Figure 4-9). Nantucket, 36,321 acres in size, is similar, with a large proportion held by land trusts and classified as brushland/early successional habitat.

The Block Island population occurs on glacial moraine deposits vegetated with a post-agricultural maritime scrub plant community. Vegetation includes extensive stands of bayberry

(*Myrica*), shadbush (*Amelanchier*), goldenrod (*Solidao*), and numerous exotic plant species. Vegetation structure varies from shrub thickets to large mowed and grazed fields. Block Island was totally deforested by the mid-1700's (Livermore 1877, p. 24–27), and only in very recent decades has vigorous woody growth reappeared following the abandonment of grazing and agricultural practices (USFWS 1991, p. 13).



**Figure 4-9.** American burying beetle habitat condition on Block Island, RI and Nantucket Island, MA.

## 4.2.8 Assessing Habitat Fragmentation

Land conversion to agriculture, intensive domestic livestock grazing, logging, fire suppression, wind energy development and urban development are common causes of habitat loss and

FWS001396

fragmentation within the current ABB range. For example, large areas of native grasslands have been converted to introduced non-native grasses such as fescue and bermuda grass varieties to improve pastures for intensive cattle grazing operations. Even in areas with native vegetation, pastures and hay fields can be more intensely grazed or mowed during drought periods when demand for grass/hay is high, which can keep habitat in an unfavorable or marginal condition for longer time periods. Our available land cover data was not adequate for measuring the current habitat suitability and effects of fragmentation related to these for these types of land uses.

However, we did assess potential fragmentation effects in other ways. For example, we reduced habitat suitability in buffers around urban areas to account for habitat impacts related to urban expansion. For resiliency assessments we looked at locations of urban areas in relation to concentrations of ABBs to assess current and future risks. Concentrations of positive ABB surveys are an indication that habitat is relatively contiguous and that fragmentation is not excessive. For example, areas with high densities of row crop or other unfavorable habitat tend to have few positive surveys and can indicate high levels of fragmentation. We also made assumptions about conditional habitat like pastures and hay fields to account for land uses that can make habitat temporarily or seasonally unfavorable. Our available land cover data can't provide exact information on what areas are temporarily unfavorable or for how long and these areas could constantly shift or vary, but we assumed percentages of these land covers would be in an unfavorable condition at any given time (where appropriate). More justifications for these assumptions are provided in Chapter 5, section 5.2.1.2 and in discussions of each analysis area.

We also considered the potential for fragmentation based on the quantity and location of the land use. For example, the potential for significant fragmentation due to cropland in most of the Arkansas River Analysis Area is limited because there are a few areas dominated by cropland, but they tend to be concentrated and comprise only 2.4% of the analysis area. The same factors apply to urban development because they comprise only 4.4% of that analysis area and most urban areas are not located near ABB concentrations.

## 4.3 PROTECTED LANDS

Most populations throughout the ABB's range are located on private lands with no long-term, assured protections of suitable habitat. However, there are some public and/or protected lands that are either known to have ABBs present on or have the potential to support ABBs. These protected lands were classified as managed, multi-use, tribal or other to represent their level of protection.

> Managed - Lands are assumed to have management plans that incorporate active management with the primary purpose of maintaining or improving wildlife habitat and would protect or improve ABB habitat.

FWS001397

Multi-use- Lands are assumed to be managed for mixed purposes and may include some management for wildlife that would protect or improve ABB habitat.

Tribal – Lands owned or managed by Native American tribes. Management is variable and controlled by individual tribes. Active management for wildlife is usually included for some portion of these lands.

Other – Lands are not known to be managed or are utilized for purposes that would not provide any protection for ABB habitat.

The Red River Analysis Area has 123,779 acres of managed and 23,997 acres of multi-purpose protected lands. Protected areas include U.S. Forest Service, USFWS National Wildlife Refuge, ODWC wildlife management area lands, but only one is currently known to support ABBs, (see Table 4-2 Protected Lands, Figure 4-10).

The Arkansas River Analysis Area has several relatively large blocks of protected lands represented by Federal and state ownership and 2 large conservation banks that are privately owned. Within the Arkansas portion of the analysis area, Fort Chaffee and Ozark-St. Francis and Ouachita National Forests have conservation plans in place that provide some level of protection, management, and monitoring for ABB. Multiple federal, state, tribal and private lands and conservation banks) areas in Oklahoma have some level of protection, and management. The analysis area has 1,486,002 acres of managed lands and 933,608 acres of multi-purpose protected lands (Table 4-2, Figure 4-10).

The Flint Hills Analysis Area has several relatively large blocks of protected lands represented by Federal, tribal, and state ownership, and over 40,000 acres in the Tallgrass Prairie Preserve managed by The Nature Conservancy (TNC). The analysis area has 133,196 acres of managed and 52,114 acres of multi-purpose protected lands. It also has over 43,000 acres of tribal lands (Table 4-2, Figure 4-10).

FWS001398



**Figure 4-10**. Protected areas within the Red River, Arkansas River, and Flint Hills Analysis Areas.

The Loess Canyons Analysis Area has 15,342 acres of managed and 3,843 acres of multi-purpose protected lands (Table 4-2, Figure 4-11).

69

ABB SSA Report - February 2019



**Figure 4-11**. Protected areas within the Loess Canyons, Sandhills, and Niobrara Analysis Areas.

The Sandhills Analysis Area has 393,983 acres of managed and 24,633 acres of multi-purpose protected lands (Table 4-2, Figure 4-11).

Most of the Niobrara River Analysis Area is private land with no known level of protection, but this analysis area does have some protected areas. The Niobrara River Analysis Area has 58,918 acres of managed, 33,582 acres of multi-purpose, and 765,896 acres of tribal protected lands (Table 4-2, Figure 4-11). In South Dakota there are two small state-owned game production areas that are in public ownership with known occurrences of ABB. The eastern edge of the Niobrara River Analysis Area also has several state-owned game production areas, but ABBs have not been found in these areas. The managed land on the western edge is LaCreek National Wildlife Refuge which has been surveyed for ABB, but none have been found there. The tribal lands to the west (Todd County) do not provide specific protection for ABB, but most of this land is rangeland and less likely to be converted to other land uses.

70

ABB SSA Report - February 2019

The New England Analysis Area consists of two islands where ABB are known to occur: Block Island, RI and Nantucket, MA. Block Island is 6,111 acres in size, and has a large area of conservation lands (2,523 acres; 41%). Nantucket, 36,321 acres in size, is similar, with a large proportion held by land trusts or other protected status (11,934 acres; 33%). Combined there is a total of 42,431 acres with 25,865 suitable habitat acres and 14,457 acres of protected lands.

Table 4-2 provides a summary of our analysis of protected lands within the analysis areas. With the exception of the New England Analysis Area, protected lands are a small percentage of all lands within the analysis areas. The importance of protected lands is discussed later in this chapter within the current conditions for each analysis area. The information for protected lands in New England includes both Block and Nantucket Islands.

**Table 4-2**. Area of Protected Lands (Acres) and Percent of the Analysis Area

| Analysis Area | Managed Lands | Multi-Use Lands | Tribal Lands | Other Protected Lands | Total Protected Lands |
|---|---|---|---|---|---|
| Red River | 123,779 (3.8%) | 23,997 (.7%) | None | 3,523 (0.1%) | 151,299 (4.6%) |
| Arkansas River | 1,486,002 (8.4%) | 933,608 (5.3%) | 1,590 (0.009%) | 140,371 (0.8%) | 2,561,571 (14.4%) |
| Flint Hills | 133,196 (3.6%) | 52,114 (1.4%) | 43,000 | 22,165 (0.6%) | 250,475 (6.8%) |
| Loess Canyons | 15,342 (0.6%) | 3,843 (0.1%) | None | 182 (0.007%) | 19,367 (0.7%) |
| Sandhills | 393,983 (3.6%) | 24,633 (0.2%) | None | 952 (0.009%) | 419,568 (3.9%) |
| Niobrara River | 58,918 (1.4%) | 33,582 (0.8%) | 765,896 (18.6%) | 14,669 (0.4%) | 873,065 (21.2%) |
| New England | 13026 (30.7%) | 1,310 (2.9%) | None | 121 (0.3%) | 14,457 (34%) |

## 4.4 POPULATION STATUS

Because we have limited information by which to measure ABB population abundance, we assessed a range of population conditions to allow us to consider the species' resiliency, redundancy, and representation. The primary indicators of resiliency are geographic distribution of ABBs within analysis areas and relative abundance, based on ratios of positive to negative surveys within an analysis area. Factors such as carrion availability would be appropriate to consider, but carrion abundance or availability can be highly variable and are not commonly monitored across the analysis areas. We assume reproductive success and relative abundance would indirectly represent the availability of appropriate carrion.

FWS001401

## 4.4.1 Broad ABB Survey Assessment

Numerous ABB surveys have been conducted throughout the six western analysis areas - Red River, Arkansas River, Flint Hills, Loess Canyons, Sandhills, and Niobrara River. The majority of these surveys are undertaken to determine whether ABBs are located in areas with anticipated soil disturbing actions associated with development projects. As such, most survey data within these analysis areas are collected sporadically and without a large geographic systematic approach.

To analyze these data and gather general comparisons between analysis areas, we compared the ratio of positive to negative surveys from the last 15 years (2001-2015) (Table 4-3). By doing so, we are able to compare capture rates between analysis areas, which we view as indicative of relative abundance.

**Table 4-3.** Total survey effort from 2001-2015 in each of the 7 analysis areas.

|  | Positive Surveys | Negative Surveys | Percent Positive |
|---|---|---|---|
| Red River | 93 | 903 | 9.3% |
| Arkansas River | 1278 | 3640 | 26.0% |
| Flint Hills | 191 | 1171 | 14.0% |
| Loess Canyons | 209 | 492 | 29.8% |
| Sand Hills | 910 | 920 | 49.7% |
| Niobrara | 131 | 296 | 30.7% |
| New England | na | na | na |

*Survey information from New England was not comparable to other areas, therefore was not analyzed.

The Sandhills in Nebraska had the overall highest positive/negative ratio at 49.7%, suggesting that approximately half of the surveys within that analysis area result in the collection of at least one ABB. This value is based on an overall average of surveys within the analysis area, so should not be considered a probability of capture at any one location. The Niobrara, Loess Canyon, and Arkansas River were somewhat similar in overall positive/negative surveys, with values of 30.7%, 29.8%, and 26.0%, respectively, followed by the lowest values from Flint Hills at 14.0% and Red River at 9.3%.

To better visualize the data, we conducted an interpolation analysis of the presence/absence data (Kriging, ArcGIS 2016), which allowed us to assess potential areas of relatively high capture rates and how those areas are distributed within each analysis area (Figure 4-12). Because of difference in survey methods through the years and limitations to the survey data, we used the interpolation analysis only as an observational assessment rather than a quantifiable statically analysis. Despite its limitations, important observations on capture rates and distribution can be inferred.

Most observable is the broad distribution of high capture rates in the Sandhills area, with relatively little clustering as compared to the Arkansas River area (Figure 4-12). The Loess Canyons and Niobrara River areas have a much smaller areas of high capture rates that are

72

FWS001402

focused near the middle of the analysis areas. The Flint Hills and Red River areas show the smallest area with high capture rates, but were somewhat different in their clustering.



**Figure 4-12**– Kriging interpolation analysis assessing ratio of positive to negative surveys.

73

FWS001403

The Red River area appears to have one small cluster in the eastern portion (using the last 15 years of data, but no clusters in more recent years), whereas the Flint Hills has multiple small clusters.

## 4.4.2 Site Specific Population Accounts

Although surveys are distributed throughout each analysis area and are useful for evaluating general population differences between analysis areas, we have limited areas with frequent, replicative surveys and even fewer areas with population estimates based on mark and recapture studies. These areas provide important information about the ABB status as a local level and reflect annual fluctuations in ABB numbers. Relatively large fluctuations have been documented at monitored sites and are expected. Because the ABB completes its lifecycle in one year, each year's population levels are largely dependent on the reproductive success of the previous year and reproductive conditions in the current year. Fluctuations are thought to be a function of the abundance of the carrion resources on which they depend. Therefore, populations may be cyclic (due to weather, disease, etc.), with high numbers and abundance in one year, followed by a decline in numbers the succeeding year. These short-term stochastic events would not necessarily have long-term effects for populations (USFWS 2008a, p. 33; Amaral et al. 2005, p. 8).

*Red River Analysis Area*

No positive surveys within this analysis area have been documented in Arkansas or Texas and only 8 positive surveys are known in Oklahoma since 2008. From the available survey data, populations appeared to be declining by 2008, but survey effort has been limited in most of the Red River Analysis Area in recent years (Figure 4-13).

There is some evidence that the small population of ABBs known to occur in northern Texas, may be declining (USFWS 2008a) or may be extirpated. In Texas, the ABB has been found on Camp Maxey, Lamar County (Figure 4-13) from 2003 - 2008, and an ABB was documented at the Nature Conservancy's Lennox Woods, Red River County in 2004. No ABBs have been documented at Camp Maxey from 2009 - 2017, despite intensive surveying.

74

FWS001404



**Figure 4-13**. Kriging interpolation analysis showing areas of low versus high capture rates for two time periods.

The decline of ABBs in Texas and portions of this analysis area could represent the effects of climate changes, however historical documentation of ABBs in Texas is limited and does not provide any population-related information prior to 2003. The Texas ABB population was historically only known from a single specimen attributed to Kingsville, TX (south Texas) because it was part of a collection donated from there, but it is questionable if the specimen was actually collected from Kingsville, TX. Four additional Texas specimens from the 1880's were discovered at The Academy of Natural Sciences of Drexel University Invertebrate Collection, but no recent confirmed ABB records in Texas, until 2003 when a single specimen was found at Camp Maxey in Lamar County. No routine surveys for carrion beetles had previously been conducted at Camp Maxey, so it is likely ABBs occurred there, at least periodically, in previous years. In 2005 another 223 ABB individuals were captured in pitfall traps at Camp Maxey. After 2005, the population of ABBs and N. *orbicollis* started to decline. In 2006, there were 68 ABBs captured, 51 ABBs in 2007, and by 2008 this number decreased to 8 ABBs (Abbott and Abbott 2013, p. 2). The pattern indicates the species is on the decline at Camp Maxey and potentially within its Texas range. In 2008, the trapping effort was tripled because of the previous year's patterns; however, the number of ABB captured during these efforts did not increase. Since 2008 there have been no ABBs captured at Camp Maxey or elsewhere in Texas.

75

FWS001405

Factors such as the invasion of fire ants could contribute to the ABB decline, but fire ants had become established in the Red River Analysis Area by the 1990s and were present at Camp Maxey when ABB catch rates were relatively high. *Nicrophorus carolinus* may be replacing ABBs and has seen a drastic increase in population abundance (as observed in pitfall traps) at Camp Maxey as ABBs declined since 2008 (Abbott and Abbott 2013, p. 2). *Nicrophorus carolinus* population numbers seem to follow the mean maximum air temp closely (Abbott and Abbott 2013, p. 2) and this species requires higher soil temperatures for reproduction (25° C or 77° F) (Jacques et al. 2009). The fact that *N. orbicollis* also declined at Camp Maxey during the same time period provides additional evidence that climate may have caused the decline in ABBs. The historical geographic range, and presumably the ecological tolerances, of ABBs is most similar to its congener *N. orbicollis* (Sikes and Rathel 2002, p. 109). The similarity in ecological niche (geographic range, diel periodicity, breeding season, *etc.*), and phylogenetic information indicate these species may be each other's closest surviving relatives (Szalanski et al. 2000), and suggest that ABBs and *N. orbicollis* may have similar temperature and ecological tolerances.

A 10 year monitoring study of the ABB on the Weyerhaeuser HCP planning area in McCurtain County, Oklahoma, and Little River County, Arkansas, revealed a decline in ABB captures. Schnell et al. (2008) suggested that although zero ABB captures for the second year in a row could be of concern, they have previously noted substantial year-to-year population fluctuations in the past (e.g., 16 to 106 ABBs during 1997 to 2004). Within the 10 years being summarized, relative densities of ABBs generally declined from an average of 0.076 beetles per trap-night (106 beetles captured) in 1997 to 0.010 beetles per trap-night (16 beetles captured) in 2001. There was a slight increase in 2002 (0.015 beetles per trap-night) and a greater one in 2003 (0.053 beetles per trap-night), but then relative densities dropped again. During 2005-2007, there were no captures of ABBS at regular sites and only one capture in 2005 at a supplemental site. Factors such as the invasion of fire ants could contribute to the ABB decline, but fire ants had become established in the Red River Analysis Area by the 1980s-1990s. Schnell et al. (2006, pg. 3-4) noted an increase in the number of fire ant mounds near trap sites in 2005, but also commented that it was another dry year and catches of all *Nicrophorus* beetles (except *N. tomentosus*) were the lowest on record since the monitoring began in 1997. The decline in ABB densities began several years before the increase in fire ant mounds was noted in 2005. There has been no evidence of a recovery in ABB captures since 2008 in the southern portions of the Red River Analysis Area.

There has been relatively low survey effort in the Red River Analysis Area within the last 10 years and the current status of ABBs in this area is uncertain. The existing information suggests that the ABB population has declined and may be extirpated from portions of this analysis area.

### *Arkansas River Analysis Area*

Fort Chaffee, Camp Gruber, and McAlester Army Ammunition Plant (Figure 4-11) are the only sites within the Arkansas River Analysis Area with frequent monitoring. These areas are all relatively large blocks of protected and managed native habitat with relatively high densities of ABBs in most years. Fort Chaffee contains the largest, most stable population of ABB found in Arkansas and Camp Gruber/Cherokee Wildlife Management Area represents the largest known

76

population in Oklahoma. However, even the largest and most stable ABB areas have fluctuations in numbers.

Annual monitoring at Camp Gruber from 1992 to 2006 illustrates how captures can fluctuate markedly from year to year, with annual total ABBs captured ranging from 81 in 1999 to 754 in 2006. Overall, however, the survey data indicate a stable to increasing population from 1992 to 2006. Record high numbers of ABBs were captured at Camp Gruber between 2004 and 2007. More recent surveys at Camp Gruber in 2012 captured 521 ABBs (61 surveys), and a more limited survey effort in 2014 captured 27 ABBs (15 surveys) and surveys captured near 500 ABBs in 2016.

ABB numbers also fluctuate at Ft. Chaffee, Arkansas. The ten year average (2006-2015) for captures at Ft. Chaffee is 470 ABBs). Figure 4-14 represents some of the fluctuations in ABB survey results. In 2004, only 235 ABBs were captured, followed in 2005 by 849 captures-the second highest capture year to date. Eight hundred and fifty-one beetles were captured at Ft. Chaffee in 2009, the highest number ever recorded on these lands (Ft. Chaffee MTC, 2014). The lowest capture rate occurred in 2012 with only 51 individuals, followed by 353 captures in 2013. ABB captures increased slightly in 2014 and over 650 were captured in 2015. Trapping effort was similar between years.



**Figure 4-14.** Ft Chaffee ABB Survey Results (1992-2015)

FWS001407



**Figure 4-15.** Ft Chaffee ABB relative abundances (ABBs/trap-night) from1992-2012 based on a subset of 34 sites that have been consistently surveyed annually over the past two decades.

The Arkansas River Analysis Area contains two conservation banks that are established for compensatory mitigation within Oklahoma. They currently provide about 6,772 acres of land that is protected and managed for ABBs in perpetuity. Information on these banks can be found within the RIBITS database (https://ribits.usace.army.mil/).

ABBs are known to be present on at least portions of public lands within the Arkansas River Analysis Area including: Ozark-St. Francis National Forests, Arkansas; Fort Chaffee, Arkansas; Cherokee and Flanagan Prairie Natural Areas, Arkansas, Ouachita National Forest, Arkansas/Oklahoma; and Camp Gruber/Cherokee WMA, Fort Gibson WMA/Corps lands, Lake Tenkiller WMA/Corps lands, Lake Eufaula WMA/Corps lands, McAlester Army Ammunition Plant, Deep Fork National Wildlife Refuge, Sequoyah National Wildlife Refuge, James Collins WMA, Keystone WMA/Corps lands and portions of the McClellan-Kerr WMA/Corps lands in Oklahoma.

*Flint Hills*

The Nature Conservancy's Tallgrass Prairie Preserve in Osage County Oklahoma (Figure 4-10) is the only location within this analysis area with significant survey information, and is known to support a relatively large population of ABBs. Studies at the site in 2009 indicated a probable population of between 2,554 - 4,379 beetles, one of the larger remaining extant populations of the insect (Howard and Hall, 2009). Beginning in late summer 2010, Howard and Hall began to document a significant decline in the number of beetles at the site of over 50% in only two years. The 2012 population was estimated to lie between 1,169 and 1,980 beetles across the 16,000 hectares of the preserve. This was an increase from 2011, in which only 47 beetles were captured

78

FWS001408

at the site (Howard and Hall 2012, p. 1). More recently the capture rates had been relatively low with only 23 ABBs captured in 2014 and 27 in 2015, but increased considerably in 2016 with 403 captures and 3.33 ABB per trap night. Capture rates in 2017 were about half of those in 2016 with 226 captures and 1.77 ABB per trap night (Dr. Dan Howard and C. Hall New Hampshire University, pers. comm. 2017).

Other portions of the Flint Hills Analysis Area in Osage County and northern Washington County in Oklahoma and Chautauqua and Montgomery Counties in Kansas, have documented ABB presence, but these surveys were not designed to estimate population densities. ABB surveys have documented the presence of ABBs at several ODWC Wildlife Management Areas (WMAs) in the Flint Hills Analysis Area, including the Osage (Western Wall and Rock Creek Units), Hulah, and Copan WMAs in recent years. Relatively few recent surveys have been conducted in Kansas and the status of ABBs in that state is uncertain.

*Loess Canyons*

The Nebraska Loess Hills population was thought to be declining in 2006 and 2007, but that short-term decline was likely caused by the effects of drought on carrion availability (W. Hoback, University of Nebraska, pers. comm., March 24, 2011) and the population there has increased in recent years with relief from the drought. This population has a higher risk of extirpation due to its sensitivity to droughts, habitat impacts from eastern red cedar expansion, relatively small size and isolation from other populations (W. Hoback, Oklahoma State University, pers. comm., August 31, 2017).

*Sandhills*

Based on trapping efforts more recently in the Nebraska Sandhills, many more ABBs occur in that population than previously recognized. In 2010, more than 1,000 ABBs were trapped in Nebraska with relatively limited trapping. This analysis area has the highest ratio of positive to negative surveys, See Figure 4-12 for the last 15 time frame, and Table 4-3.

*Niobrara River*

The South Dakota population – The South Dakota population ,with a focus on Tripp County, has been surveyed/monitored from 1995 to 2009 by Gary Marrone and Doug Backlund. In 2005 they conducted a mark re-capture population estimate study, where relatively little change in abundance was documented since 1995. The highest catch per trap night rates were recorded in 2006, 2007 and 2009. However, in Todd, Gregory, and Bennett Counties South Dakota, there appear to be a single record each found in 1998, 1995, and 2007 respectively. Much less survey effort has occurred in these two counties compared to Tripp County. This is a reduction from 1995 where 41 ABBs were captured over Tripp and Gregory Counties, but not in Todd County, the westernmost survey area (Backlund and Marrone 1997, pp. 56). Other areas of South Dakota have been minimally surveyed with no ABB found.

Dr. W. Wyatt Hoback reported that the population in South Dakota was maintaining itself and capture rates were higher than those reported by Backlund et al. (2008) during the June time

FWS001409

period because they captured 361 ABB (W. Wyatt Hoback 2014 report under Section 10 permit).
Dr. Hoback also surveyed the northern section of Nebraska that year and concluded that the
population there was also maintaining itself. A total of 272 ABB were caught in 2014 in northern
Nebraska

During 2003, Backlund and Marrone reported that although captures of ABB were among the
best they have ever recorded, a difference in distribution was observed. The dissected hills along
the Keya Paha River in past years had revealed "good" presence of ABB. But in 2003, only a
single ABB was captured in those habitats. All other ABB were captured in the sandy habitats to
the north and east; lending further evidence to the hypothesis that the source population is tied to
the sand habitats of southern Tripp County. This higher abundance is thought to be from the high
water table under the sand that probably provides a more drought resistant habitat, and remains
productive even in drought years, as was observed in the dry years experienced in 2002 and
2003.

In 2006, the population in Tripp County during drought years recorded abundance (catch per trap
night) of teneral ABB's; extreme heat and drought conditions was thought to cause abnormally
high mortality of vertebrates; thus providing a large number of food and carrion resources for a
very successful brood rearing and survival year." (Backlund and Marrone 2003, pp. XX). In
2005, Backlund et al. (2008) conducted two mark and recapture surveys during June and August,
in southern Tripp County. The population size of ABB in an area of approximately 220 km$^2$ was
estimated to be 333–634 in June (adult population) and 714–1177 in August (adults and
tenerals.). Estimates were obtained using a family of models (program CAPTURE).

### *New England*

The sentinel population of ABBs on Block Island off the coast of Rhode Island is relatively
stable with population estimates ranging from 200-1,000 (Figure 4-15). This population has been
monitored annually since 1991. Carrion provisioning has been conducted on Block Island since
1993. Pairs of beetles have been placed with appropriate carrion in shallow holes and then
covered by wire screening to protect them from predators. The population of ABB on Block
Island probably fluctuates among years for a variety of reasons, including carrion availability,
recruitment in the previous year and winter mortality. Estimates also fluctuate due to the
behavior of the species and conditions during the surveys (Raithel 2016, unpublished report to
the U.S. Fish and Wildlife Service).

FWS001410



**Figure 4-15** Population trend of American burying beetles on Block Island, RI from 1994 to 2016 including measures of total captures, recruitment, and estimated population size based on the Lincoln-Peterson Index.

Nantucket Island - Since 1993 multiple organizations have collaborated to reintroduce ABBs to Nantucket Island, Massachusetts, USA. The following information is provided in Mckenna-Foster et al. 2016 (entire). "Reintroduction methods were successful, but the reintroduced population does not appear to be self-sustaining and requires human assistance for long term maintenance. After provisioning was reduced in 2011, the density has decreased each year. The number of ABBs captured each summer is significantly and positively correlated with the number of broods provisioned the previous year [linear regression, R2=0.85, F(1,7)=39.7, p=0.0004]. The authors suggest that a lack of appropriate sized natural carrion is the main reason for this decline."

## 4.5 REINTRODUCTION AREAS AND EXPERIMENTAL POPULATIONS

### 4.5.1 New England Population

Attempts to reintroduce the ABB have occurred on Penikese Island, MA (Amaral et al. 1997) and Nantucket Island, MA (Mckenna-Foster et al. 2015). The first reintroduction site for the ABB was Penikese Island, Massachusetts in 1990. ABBs were released on Penikese each of four years, from 1990 to 1993. Based on follow-up surveys, a population persisted there for about eight years (until 2002). No ABBs were subsequently found there during modest trapping efforts from 2003 to 2006. Information on the Nantucket Island population is provided with the New England Analysis Area population information above.

### 4.5.2 Missouri Experimental Population

The Service has established Missouri as a non-essential experimental population location in accordance with section 10(j) of the Endangered Species Act prior to the release of the ABBs. The Saint Louis Zoo in cooperation with The Nature Conservancy (TNC) in 2011 began an

FWS001411

effort to reintroduce ABB to the Wah'kon-tah Prairie; a 3,030 acre site jointly owned and managed by Missouri Department of Conservation (MDC) and The Nature Conservancy (TNC). Wah'kon-tah prairie straddles the border of St. Clair and Cedar counties, and is very close to Bates and Vernon counties. These four counties, measuring 2,885 square miles, serve as the boundary of the experimental population. More specifically, three centrally located areas were used as reintroduction sites. Brood stock is provided by Fort Chaffee, Arkansas to the Saint Louis Zoo where they are reared, paired and provisioned for reintroduction in Missouri.

The 2015 effort marked the fourth year of this reintroduction, with 152 pairs of captive bred beetles (one male and one female) released at three different locations on the prairie. There were 172 pairs of beetles released in 2014, 302 pairs released in 2013, and 148 pairs released in 2012. Before being released, all beetles were notched on their elytra with a cauterizing tool to distinguish them from any beetles produced on the prairie. The following spring after the 2012 reintroduction, a single un-notched ABB was captured indicating recruitment and overwintering success on site.  In 2013, 15 un-notched ABBs were collected and in 2014, captured 36 un-notched ABBs. A total of 93 ABBs were collected on Wah' Kon-Tah Prairie in 2015 after the reintroduction. Seventy-three (73) of the collected ABB (including those collected before the reintroductions) were un-marked and 20 were marked recaptures. By the end of August, 2016, 685 ABBs were captured and 368 were un-marked. This high number of un-marked captures indicates this Missouri reintroduced 10(j) experimental population seems to be showing signs of establishing a self-sustaining population. In 2017 ABB numbers were lower. A total effort of 972 trap nights at Wah' KonTah and surrounding sites were conducted between May 24 th and September 21 st , 2017. Zoo staff captured a total of 207 Nicrophorus americanus in 2017, and a total of 143 of these were un-notched beetles. 36 Nicrophorus americanus were collected on Wah' Kon-Tah before the reintroduction in June. These beetles had no notches on their elytra or pronota, indicating that they had not been released during the previous year's reintroduction, nor had they been captured at any point during the previous year. Also a total of 74 un-notched beetles were captured either in regular trapping or in the MDC Mark/Recapture blitz prior to July 16th. These beetles, combined with the two overwintering beetles found during the early 2014 season, and the nine overwintering beetles found early in the 2015 season, and seventeen overwintering beetles found early in the 2016 season provide strong evidence that American burying beetles released on Wah' Kon-Tah Prairie are successfully reproducing and overwintering. • A total of 426 N. americanus were released during the reintroductions. A total of 143 N. americanus without any notches were captured in Zoo traps during the 2017 survey season (a total of both pre- and post-release) and.75 total N. americanus (including 43 unmarked beetles) were captured during the two MDC mark/recapture blitzes. These beetles bring the total of unmarked beetles captured for the 2017 season to 186 N. americanus. Since this total number factors in the individuals caught in the Zoo line traps during the two Mark/Recapture events, it is the true total of unmarked beetles for the 2017 season. The lack of notching indicates that these beetles were produced in the wild. Re-sampling at Wah' Kon-Tah Prairie over several years has demonstrated that the number of individuals of a species varies from year to year, but that the number of species at the site remains constant. Factors such as changes in weather patterns, land usage, and changes in the number of competing species can affect the number of individuals at a site. There were a total of nine N. americanus captures at nearby Monegaw Prairie C.A. Seven of the nine were unmarked beetles and two were recaptures. Additional time and monitoring will provide more assurances that this population will sustain itself without assistance.

FWS001412

ABB SSA Report - February 2019

### 4.5.3 Ohio Reintroduction Sites

The Cincinnati Zoo and The Wilds both help propagate ABBs for release at Fernald Preserve (Butler and Hamilton counties) and The Wilds (Muskingum County.) Previous releases at the Wayne National Forest were unsuccessful. Prior to 2014 all of the wild-caught founder ABBs were donated from Ft. Chaffee, Arkansas and propagated with cooperation from the St. Louis Zoo.  In 2014, the founder ABBs were from Nebraska. Each ABB was paired with a mate and provided with a carcass as a head-start, and although breeding success has been documented each year from the reared ABBs, no overwinter survival has been documented through the post-release monitoring the following spring.

Experts, both working on the ground and within the Service agree that the latitude of the reintroduction could be influencing the ABBs' ability to adapt to the varying climate regime from their original location. Ohio has harder freezes, a longer winter, and a shorter active season than Arkansas, which could influence ABB's habits enough to cause death during overwintering. Therefore in 2013, to compensate for the potential adaptation issue, the group determined the best approach would be to use founder ABBs from a northern latitude such as Nebraska, and since Nebraska and Ohio are similar latitudes, ABBs were obtained and propagated from Nebraska in hopes that founders from the northern population would be more suitable for reintroduction into Ohio, allowing for overwinter survivorship. The 2014 Ohio releases were the progeny of the Nebraska ABBs, however, still no overwintering survival has been documented. We are unsure if overwinter survivorship is not happening or if survivorship is simply too low for detection in spring pre-release monitoring. We are continuing to explore factors for why no overwintering is being documented for this population.

### 4.6 CURRENT CLIMATE

According to NASA, global mean temperature has risen 1.7°F since 1880, with much of the change occurring since 1970 (Figure 4-16, climate.nasa.gov, accessed October 20, 2016). Temperatures in the contiguous U.S. have risen by a similar amount during the same period. Precipitation intensity has also increased, especially across the Midwest and Northeast U.S. (Walsh et al. 2014, Chapter 2 entire).

FWS001413

ABB SSA Report - February 2019



Source: climate.nasa.gov



**Figure 4-16.** Global Temperature Anomaly (Top, change in temperature relative to the 1951-1980 mean) from 1880 to present. Bottom, U.S. Temperature Anomaly, also from 1880 to present.

## 4.6.1 Known ABB Biological Limitations Related to Temperature

Climate has always limited the ABB range and current populations to some degree. Populations at the northern edge are limited by cool night time temperatures and shorter growing seasons (see ABB temperature discussion in section 2.4.1). The western edge has likely been limited by a combination of temperatures and reduced precipitation or soil moisture. The ABB population at the southern edge of its range is likely limited by high temperatures (see section 3.8.2 and 4.4.2 for additional related discussion). While data is lacking for direct evidence that implicates a changing climate may be limiting the distribution of some ABB populations/metapopulations, there is anecdotal information that indicates this may already be occurring in the southern and western terminus of its range.

84

FWS001414

The effects of drought and deluge have short-term observable effects to ABB populations. However, losses associated with one-time or short-duration pulse are less likely to affect overall population survival than longer-duration weather to climate-related adverse effects. Drought conditions appear to reduce ABB catch rates in both the northern and southern plains analysis areas and extended droughts due to climate change could make portions of the current ABB range unsuitable during those droughts.

Although we do not have precise upper and lower temperature thresholds for ABBs, there is evidence that reproductive activity may be limited when air temperatures are above 77° F or below 60° F. Likewise, mortality of individuals has been documented when air temperatures exceed 90° F. After a cooling system failure at the St. Louis Zoo, temperatures of an ABB captive colony reached 85-90° F all day for about 2 weeks. Some mortality occurred and all surviving ABBs were subsequently unable to successfully reproduce (Bob Merz personal comm. September 2016). Curtis Creighton (personal comm. July 2016) provided information from recent temperature studies (constant temperatures in a laboratory with air and soil temperatures the same) with *N. orbicollis* that indicates even small changes in air and soil temperature can affect reproduction. The percent of successful broods declined at air temperatures greater than 68° F and declined rapidly at any temperatures greater than 77° F. An increase of only 4-5 degrees (from 77.0° to 80.6-82.4° F) stopped most beetles from attempting to prepare a carcass for reproduction and those that did were not successful in producing any larvae or pupae. Similar results occurred at low air temperatures. The percent of successful *N. orbicollis* broods declined at temperatures less than 68° F and declined rapidly at any temperatures less than 59° F. A decrease of only 4 degrees (from 59.0° to 53.6-55.4° F) stopped most beetles from attempting to prepare a carcass for reproduction and those that did were not successful. Temperatures for ABB reproduction are likely to be similar to *N. orbicollis*. They are the most similar congeners in North America; both species are nocturnal (although *N. orbicollis* can be active at dusk and dawn) and have very similar historic ranges. In their actual habitat, air and soil temperatures can be different and far more variable, but soil temperatures can exceed 80° F at 10 inches of depth by July in most years in southern Oklahoma (Oklahoma Mesonet data). The decision to bury a carcass would likely be based on the air temperature when the carcass was found, but decomposition rates of buried carcasses and successful development of eggs and larvae would be based on soil temperatures.

Additionally, ABBs become active at night when temperatures are above 55-60°F. Below 55-60°F, ABBs are rarely captured in traps and may be incapable of efficient flight. This would inhibit finding carrion and foraging. Finding carrion for feeding is important during the active season and could be important during the fall to store energy needed to survive a winter. *N. orbicollis* observed overwintering in Nebraska were found to position themselves near the frostline, indicating a metabolic advantage, like aestivation, occurring near freezing ground temperatures (Conley 2014; pp. 49). The colder temperatures became, the deeper beetles would bury, and the warmer temperatures became, the shallower beetles would bury. This indicates beetles base their burial depth on temperature and avoided freezing temperatures and beetles that overwinter slow their metabolic processes to survive. There was no difference in over-winter survival rates of beetles that had access to a carcass and those that did not. They were able to stay the duration of the winter in soil below the frost line and did not need food provisions that beetles in above freezing temperatures utilize for survival (Conley 2014; pp. 35–68). In contrast,

Schnell *et al.* (2008, p. 483) found that ABBs that were provided a carcass had a higher survival rate (77.1% and 44.6% survival in provisioned and nonprovisioned buckets, respectively) in an over-wintering study in Arkansas (no frostline), that indicates access to food could be important when winter temperatures are above freezing. Warmer temperatures in the winter may not slow the beetle's metabolic process enough to aestivate and may affect the beetle's ability to survive a winter without access to food. Finding new sources of food could be difficult if temperatures were not warm enough for flight.

## 4.6.2 Current Effects of Temperature on ABB

It is for the reasons discussed in 4.6.1 above that two metrics of historical climate change were chosen for our current condition temperature analysis. Those metrics were nights per year with temperatures above 75°F (high temperatures with likely reduced or no reproduction) and nights per year between 32°F and 60°F (likely metabolically stressful with no aestivation and limited foraging). Temperature data were collected from recent historical records (1981 – present) found for selected locations using PRISM Gridded Climate Data (PRISM Climate Group, Oregon State University, http://prism.oregonstate.edu, created 4 Feb 2004). Information about how the PRISM dataset is calculated and weather stations used in the model can be found at http://prism.oregonstate.edu/documents/PRISM_datasets.pdf. Data for the current year (2016) were omitted because complete and verified data were not available at the time of analysis. Data were collected from locations in each analysis area near the eastern and western border of that analysis area (Table 4-4). After the number of days for each year analyzed for each metric was calculated, those time-series for each location were explored using t-test and natural log linear regression (Year was used to predict the natural log + 1 transformed day count). T-tests were one tailed (an increase in days was hypothesized), assumed unequal variance, and explored the difference between the first 17 years of analysis (1981 to 1997) and the last 17 years of analysis (1999 to 2015). No trends or significant differences were observed for the metric measuring the number of nights between 32°F and 60°F for any analysis area. Nights above 75°F were only observed in the southern analysis areas (Red River, Arkansas River, and Flint Hills analysis areas) with the exception of seven nights over 35 years in Colome, SD (1 night in 2001, 3 nights in 2006, and 3 nights in 2011). All calculations and statistical analyses were performed using Microsoft Excel 2010 (Redmond, WA).

FWS001416

ABB SSA Report - February 2019

**Table 4-4.** Names and locations of sampling points for extraction of temperature time-series from PRISM Gridded Climate Data.

| Analysis Area | | | |
|---|---|---|---|
| Nearest Town | Side of Analysis Area | Latitude | Longitude |
| *Red River* | | | |
| Idabell, OK | East | 33.8768 | -94.7997 |
| Hugo, OK | West | 34.0090 | -95.5391 |
| | | | |
| *Arkansas River* | | | |
| Van Buren, AR | East | 35.4103 | -94.3335 |
| Shawnee, OK | West | 35.3745 | -97.0014 |
| | | | |
| *Flint Hills* | | | |
| Freedonia, KS | East | 37.5368 | -95.8321 |
| Webb City, OK | West | 36.7959 | -96.7033 |
| | | | |
| *Loess Canyons* | | | |
| Lexington, NE | East | 40.7587 | -99.7786 |
| Wellfleet, NE | West | 40.7447 | -100.7329 |
| | | | |
| *Sand Hills* | | | |
| Amelia, NE | East | 42.2168 | -98.9120 |
| Thedford, NE | West | 41.9954 | -100.5887 |
| | | | |
| *Niobrara* | | | |
| Colome, SD | East | 43.2582 | -99.7019 |
| Merriman, NE | West | 42.9172 | -101.7023 |

The number of nights with temperatures harmful to ABB reproduction increased in all southern analysis areas (Figure 4-17). This increase appeared to be most consistent after 1995 through the present. The Arkansas River analysis area experienced the greatest increase in stressful nights, but all locations in the southern analysis areas experienced significantly more stressful nights between 1999 and 2015 compared to 1981 to 1997 (Table 4-5). This increase in stressful nights was also evident as a significant trend, represented by linear regressions in all locations except Idabell, OK (Red River analysis area).

FWS001417

ABB SSA Report - February 2019



**Figure 4-17.** Plot of the number of days per year with nights (minimum temperatures) above 75°F.  Each south
analysis area is represented by two cities on the east and west side of the analysis area. Idabell, OK (East) and H
OK (West) are in the Red River analysis area. Van Buren, AR (East) and Shawnee, OK (West) are in the Arkan
River analysis area.  Fredonia, KS (East) and Webb City, OK (West) are in the Flint Hills analysis area.

**Table 4-5.** Results of analyses on the number of nights (minimum temperature) above 75°F per
year. T-tests (one-tailed, assuming unequal variance) evaluated the difference between the first
17 years (1981-1997) and the last 17 years (1999-2015) of the 35 year time-series. Natural Log

FWS001418

Linear Regressions were used to develop relationships between year and number of nights with minimum temperatures above 75°F.

| Analysis Area | Mean | | | t-test | Natural Log Linear Regression | | | |
| Nearest Town | All | Initial 17d | Final 17d | P-value | Intercept | Coefficient | R-squared | P-value |
|---|---|---|---|---|---|---|---|---|
| *Red River* | | | | | | | | |
| Idabell, OK | 2.66 | 0.94 | 4.24 | 0.0081 | | *Not Significant* | | |
| Hugo, OK | 8.17 | 1.35 | 13.82 | < 0.0001 | -166.70 | 0.0841 | 0.4721 | < 0.0001 |
| | | | | | | | | |
| *Arkansas River* | | | | | | | | |
| Van Buren, AR | 10.89 | 2.24 | 18.06 | < 0.0001 | -171.86 | 0.0869 | 0.5035 | < 0.0001 |
| Shawnee, OK | 10.80 | 4.76 | 15.82 | 0.0002 | -96.84 | 0.0495 | 0.2674 | 0.0015 |
| | | | | | | | | |
| *Flint Hills* | | | | | | | | |
| Freedonia, KS | 3.71 | 1.47 | 5.94 | 0.0004 | -95.50 | 0.0484 | 0.3441 | 0.0002 |
| Webb City, OK | 6.54 | 3.12 | 9.41 | 0.0033 | -69.27 | 0.0355 | 0.1501 | 0.0215 |

The effects of the increase in nights above 75°F and potential impacts to reproductive success (described in section 3.8.2 and likely combined with other factors) may be occurring in the Red River Analysis Area where declines in positive ABB surveys have been documented since the early 2000s (see a more complete discussion in section 4.4.2). We do not have data specifically related to reproductive success in the Red River Analysis Area, but the population declines coincide with the increase in nights above 75°F and more extreme fluctuations in climate since 1997. The Red River Analysis Area formerly (1993-1996) supported at least local areas with good ABB catch rates in the southeastern portion (Creighton et al. 2009, page 40), but positive/negative ratios and catch rates have declined since the early 2000s. No positive surveys have been documented in the Arkansas or Texas portions since 2008 and only a few positive surveys are known in the Oklahoma portion since 2006. Populations in TX may be extirpated. A more complete discussion of potential climate effects is provided in Chapter 3, section 3.8.2 and future effects in Chapter 5, section 5.4. A more detailed description of the Red River Analysis Area population status and recent trends is in section 4.4.2.

## 4.7 CURRENT RESILIENCY, REPRESENTATION, AND REDUNDANCY

### 4.7.1 Current Resiliency

Resiliency describes the ability of a population to withstand either periodic or stochastic disturbance events, not rising to the level of catastrophic. Resiliency is positively related to population size and growth rate and may be influenced by connectivity among populations. Generally speaking, populations need abundant individuals within habitat patches of adequate area and quality to maintain survival and reproduction in spite of disturbance. For the purposes of this report and the SSA process, the term resiliency is applied to analysis areas (or populations) and is not used for the species or the entire range. The term viability is used for the species as a whole.

89

FWS001419

To summarize the overall current condition of ABBs in analysis areas, we designated three relative categories (good, fair, and poor) based on the population and habitat factors (Table 4-6). The current condition category is a qualitative estimate based on the analysis of the three population factors - relative abundance, population distribution, and known trend and two habitat elements – availability of suitable ABB habitat and amount of protected areas for the ABB, including the level of management of those protected areas.

FWS001420

ABB SSA Report - February 2019

**Table 4-6.** Habitat and Population Condition Category Definitions

| Condition Category | Population Factors | | | Habitat Factors | |
| --- | --- | --- | --- | --- | --- |
| | Relative Abundance | Population Distribution | Known Trends | Available Habitat | Protected Areas and Management |
| **Good** | Good - Positive to negative survey ratios >40%….. | Good – Presence recently documented throughout the analysis area with large concentrations that are interconnected | Good – Most monitored sites indicate increasing or relatively high catch rates or ratios of positive to negative surveys | Good-Total suitable habitat area is large (>2,000,000 acres) and > 1,000,000 acres of favorable habitat | Good- More than 200,000 acres of combined managed and multi-use protected lands |
| **Fair** | Fair - Positive to negative survey ratios >25%….. | Fair – Presence recently documented within at least half of the analysis area with at least one large concentration or all concentrations interconnected | Fair – Monitored sites indicate fluctuating catch rates or ratios over time with repeated recoveries | Fair- Total suitable habitat area is moderate-large >1,000,000 acres | Fair- More than 100,000 acres of combined managed and multi-use protected lands |
| **Poor** | Poor - Positive to negative survey ratios <25%….. | Poor – Presence recently documented in less than half of the analysis area and  no large concentrations or the concentration is isolated | Poor – Most monitored sites indicate declining  catch rates or ratios | Poor- Total suitable habitat is <1,000,000 acres | Poor- Less than 100,000 acres of combined managed and multi-use protected lands |
| **Ø** | - | - | - | - | - |

91

FWS001421

Because we have limited information by which to measure population resiliency based on actual population estimates, the primary indicators of resiliency are area and condition of habitat, geographic distribution of ABBs within analysis areas, relative abundance (based on ratios of positive to negative surveys), and size and number of concentrations of positive surveys within an analysis area.

For this report, resiliency is classified as high, moderate, or low for each analysis area. High resiliency represents a combination of population and habitat factors that are good to fair and would support a high probability of maintaining populations and withstanding periodic or stochastic disturbances under current conditions. Moderate represents a combination of population and habitat factors that are mostly good to fair, but may have some reduced resiliency due to factors classified as poor, and would support a moderate probability of maintaining populations (and withstanding periodic or stochastic disturbances) under current conditions. Low resiliency represents a combination of population and habitat factors that are mostly fair to poor (but may have some factors classified as good) and would only support a low probability of maintaining populations and withstanding periodic or stochastic disturbances under current conditions.

*Red River Analysis Area*

*Suitable habitat*- Good –The 2,678,406 suitable acres (combined favorable, conditional and marginal land cover types, see Table 4.1) is relatively large, but conditional habitat is 37% of the total area and about half of the suitable acres which makes it relatively sensitive to changes in land uses. The suitable area is relatively small compared to other analysis areas.
*Protected Areas*- Fair- There are 123,779 acres of managed and 23,997 acres of multi-purpose protected lands. Protected areas include Department of Defense, U.S. Forest Service, USFWS National Wildlife Refuge, and ODWC wildlife management area lands. Only the Hugo Wildlife Management Area (Corps land Managed by ODWC) is currently known to support ABBs with 5 ABBs captured in 2016 (see Table 4-2 Protected Lands).

*Distribution within the Analysis Area* - Currently the distribution is poor with only a few positive surveys in the northwestern and southcentral portion of the analysis area. Expanding the timeframe to the last 15 years of surveys improves the distribution, and that data indicates one area of concentrated positive surveys in the southeast corner, 7 positives in the central and 4 positives in the western portion. However, the concentration of positive surveys in the southeast corner has not been sustained and there are relatively few positive surveys since 2008 in any portion of this analysis area. The kriging interpolation in Figure 4-13, illustrates the distribution and likelihood of ABB presence within the analysis area (see Appendix A for more information on the kriging methods).

FWS001422

*Relative Abundance - Ratio of Positive to Negative Surveys -* This analysis area has poor relative abundance. The analysis area has a low ratio of positive to negative surveys with only one area of concentrated positive surveys in the last 15 years and no concentrations in the last 10 years. See Table 4-3 and Figure 4-13 for the last 15 and 10 year time frames.

*Summary -* The Red River Analysis Area includes 3,251,894 total acres in portions of Arkansas, Texas and Southeastern Oklahoma near the Red River (fig 4-12). The Red River Analysis Area formerly (1993-1996) supported at least local areas with good ABB catch rates in the southeastern portion (Creighton et al. 2009, page 40), but positive/negative ratios and catch rates have declined since the early 2000s. No positive surveys have been documented in the Arkansas or Texas portions since 2008 and only 8 positive surveys are known (all in Oklahoma) since 2008. Populations in TX may be extirpated. The current resiliency of the Red River Analysis Area is considered low due to the limited distribution and very low ratios of positive to negative surveys in recent years.

### Arkansas River Analysis Area

*Suitable habitat-* Good- There are 14,470,603 suitable acres (combined favorable, conditional and marginal land cover types, see Table 4-1). This is a large area relative to other analysis areas.

*Protected Areas –* Good- There are 1,486,002 acres of managed and 933,608 acres of multi-purpose protected lands. Protected areas include multiple federal, state and private areas and many are known to support ABBs, (see Table 4-2 Protected Lands).

*Distribution within the Analysis Area -* Currently good with some positive surveys in all portions of the analysis area and scattered concentrations of positive surveys in all but the northeastern portion. The areas of concentrated positive surveys are not contiguous and may illustrate areas of habitat fragmentation, but most of the concentrated areas are not widely separated (see Figure 4-12). The kriging interpolation in Figure 4-12, illustrates the distribution and likelihood of ABB presence within the analysis area (see Appendix A for more information on the kriging methods).

*Relative Abundance - Ratio of Positive to Negative Surveys-* Fair- This analysis area has a fair ratio of positive to negative surveys with several areas of concentrated positive surveys in the last 15 years. See Figure 4-12 for the last 15 year time frame, and Table 4-3.

*Summary-* The Arkansas River Analysis Area includes 17,753,431 total acres in portions of Arkansas, Oklahoma and Kansas. The current resiliency of the analysis area is considered high due to the large area, good distribution, several large protected areas, and fair ratios of positive to negative surveys (compared to other analysis areas, see Table 4-3).

FWS001423

*Flint Hills Analysis Area*

*Suitable habitat -* Good- There are 2,846,079 suitable acres (combined favorable, conditional and marginal land cover types, see Table 4-1). This is a small-medium sized area relative to other analysis areas.

*Protected Areas -* Good- There are 133,196 acres of managed and 52,114 acres of multi-purpose protected lands. Protected areas include federal, state, tribal and private areas and many are known to support ABBs, (see Table 4-2 Protected Lands).

*Distribution within the Analysis Area -* Currently fair with some recent positive surveys in the southern 2/3 of the analysis area and one concentration of positive surveys. The kriging interpolation in Figure 4-12, illustrates the distribution and likelihood of ABB presence within the analysis area (see Appendix A for Kriging methods). The survey effort in portions of this analysis area is limited (see Figure 4-12).

*Relative Abundance - Ratio of Positive to Negative Surveys,* Poor - This analysis area has a relatively low ratio of positive to negative surveys with relatively large fluctuations between years. Reports for 2016 indicated more surveys and a higher ratio of positives but some areas have limited survey effort. Portions of this analysis area have a very low ratio of positive surveys that indicates low density populations. See Figure 4-12 for the last 15 year time frame, and Table 4-3.

*Summary-* The Flint Hills Analysis Area includes 3,706,908 total acres in portions of Oklahoma and Kansas. The current resiliency of the analysis area is considered moderate due to the large area of native habitat, good distribution and adjacent to the Arkansas River Analysis Area, several large protected areas, and ratios of positive to negative surveys that are on average low, but can periodically be good in some locations (compared to other analysis areas, see Table 4-3).

*Loess Canyons Analysis Area*

*Suitable Habitat –* Fair- There are 2,758,610 suitable acres (combined favorable, conditional and marginal land cover types, see Table 4-1), but less than 1,000,000 acres of favorable habitat. The analysis area is small relative to other analysis areas.

*Protected Areas-* Poor- There are only 15,342 acres of managed and 3,843 acres of multi-pur*p*ose protected lands. In addition there are 5 conservation easements, held by the Nebraska Land Trust, in the Loess Canyons, totaling 3,277 acres. Protected areas are known to support ABBs, (see Table 4-2 Protected Lands).

94

FWS001424

*Distribution within the Analysis Area* - Currently fair with one relatively large contiguous concentration of positive surveys in the center of the analysis area (see Figure 4-12). The kriging interpolation in Figure 4-12, illustrates the distribution and likelihood of ABB presence within the analysis area (see Appendix A for kriging methods).

*Relative Abundance - Ratio of Positive to Negative Surveys*- Fair- This analysis area has a fair ratio of positive to negative surveys. See Figure 4-12 for the last 15 year time frame, and Table 4-3.

*Summary* - The Loess Canyons Analysis Area includes 2,758,610 total acres in southcentral portions of Nebraska. The current resiliency of the analysis area is considered moderate due to the large area of native habitat, fair distribution, fair ratios of positive to negative surveys (compared to other analysis areas, see Table 4-3). However, expansion of eastern red cedar due to a lack of fire or mechanical control has reduced the habitat quality in much of this analysis area and this population is sensitive to droughts. The analysis area is relatively small and isolated from other populations.

## Sandhills Analysis Area

*Suitable Habitat*- Good- There are 8,633,685 suitable acres (combined favorable, conditional and marginal land cover types, see Table 4-1) and it is a large area relative to other analysis areas.

*Protected Areas*- Good- There are 393,983 acres of managed and 24,633 acres of multi-purpose protected lands.  Most protected areas are known to support ABBs, (see Table 4-2 Protected Lands), but some large forested areas have relatively few positive surveys. The Valentine National Wildlife Refuge is the only large block of protected lands in this analysis area with relatively good numbers of ABBs, but smaller protected areas near the Niobrara River also have ABBs (W. Hoback, Oklahoma State University, pers. comm., January 22, 2018).

*Distribution within the Analysis Area* - Currently good with some positive surveys in all portions of the analysis area and one large contiguous concentration of positive surveys (see Figure 4-12). The kriging interpolation in Figure 4-12, illustrates the distribution and likelihood of ABB presence within the analysis area (see Appendix A for more information on the kriging methods).

*Relative Abundance - Ratio of Positive to Negative Surveys* - Good- This analysis area has the highest ratio of positive to negative surveys. See Figure 4-12 for the last 15 year time frame, and Table 4-3.

*Summary* - The Sandhills Analysis Area includes 10,819,170 total acres in northcentral portions of Nebraska. The current resiliency of the analysis area is considered high due to the large area

95

of native habitat, good distribution, and good ratios of positive to negative surveys (compared to other analysis areas, see Table 4-3).

*Niobrara River Analysis Area*

*Suitable Habitat-* Good – There are 2,961,469 suitable acres (combined favorable, conditional and marginal land cover types, see Table 4-1), but it is relatively small compared to other analysis areas.

*Protected Areas-* Poor – There are only 58,918 acres of managed, 33,582 acres of multi-purpose protected lands. It includes a large area of tribal land, but no ABBs have been documented there. Some protected areas are known to support ABBs, (see Table 4-2 Protected Lands). The two state-owned game production areas where ABB have been trapped are Dog Ear Lake and Rahn Lake. Additional state-owned land exists on the eastern edge of the Analysis Area and but no ABB surveys have been conducted there. The managed area of the national wildlife refuge has been surveyed, but no ABBs have been found.

*Distribution within the Analysis Area* – Currently Fair with some positive surveys in all portions of the analysis area and one contiguous concentration of positive surveys (see Figure 4-12). The kriging interpolation in Figure 4-12, illustrates the distribution and likelihood of ABB presence within the analysis area.

*Relative Abundance - Ratio of Positive to Negative Surveys-* Fair -This analysis area has a fair ratio of positive to negative surveys. See Figure 4-12 for the last 15 year time frame, and Table 4-3.

*Summary -* The Niobrara River Analysis Area includes 4,108,903 total acres in northcentral portions of Nebraska and southcentral portions of South Dakota. The current resiliency of the analysis area is considered moderate due to the good area of native habitat, fair distribution, and fair ratios of positive to negative surveys (compared to other analysis areas, see Table 4-3).

*New England Analysis Area*

*Suitable Habitat -* Poor*- There are 25,865 suitable acres (combined favorable, conditional and marginal land cover types, see Table 4-1) and this is the combined total for both Block and Nantucket Islands. Block Island has 2,554 acres and Nantucket has 23,311 acres of suitable habitat. This is a small area relative to other analysis areas and is classified as poor, but the level of protection and active management partially compensates for the relatively small area.

96

*Protected Areas - Poor*- There is a total of 14,441 total acres of protected lands. There are 2,507 acres of protected lands on Block Island and 11,934 acres on Nantucket Island. The total area of protected lands is small compared to some other analysis areas, but it is a relatively large percentage of the suitable habitat. The level of protection and active management partially compensates for the relatively small area. Protected areas are known to support ABBs, (see Table 4-2 Protected Lands).

*Distribution within the Analysis Area* - Currently fair with some positive surveys in most portions of the analysis area.

*Relative Abundance - Ratio of Positive to Negative Surveys* - This analysis area has a good ratio of positive to negative surveys on Block Island and fair to poor ratios on Nantucket Island.

*Summary* - The New England Analysis Area consists of two islands where ABB are known to occur: Block Island, RI and Nantucket, MA. The current resiliency of the analysis area is considered moderate due to relatively good distribution, and fair ratios of positive to negative surveys (compared to other analysis areas, see Table 4-3). The limited area of potential habitat reduces the resiliency, but the level of protection and active management with provisioning of carcasses partially compensates for the relatively small area. Block and Nantucket Islands are considered to have moderate resiliency with active management. However, Nantucket is a reintroduced population with lower ratios of positive to negative surveys and both islands are highly dependent on active management.

## Resiliency Summary

**Table 4-7.** Summary of Factors for Current Population Resiliency

| Current Resiliency | | | | | | |
|---|---|---|---|---|---|---|
| | Habitat Factors | | Population Factors | | | |
| Analysis Area | Available Habitat | Protected Areas/ Management | Relative Abundance | Population Distribution | Known Trends | Habitat/Population Resiliency |
| Niobrara River | Good | Poor | Fair | Fair | Good | Moderate |
| Sand Hills | Good | Good | Good | Good | Good | High |
| Loess Canyons | Fair | Poor | Fair | Fair | Fair | Moderate |
| Flint Hills | Good | Good | Poor | Fair | Fair | Moderate |
| Arkansas River | Good | Good | Fair | Good | Fair | High |
| Red River | Good | Fair | Poor | Poor | Poor | Low |
| New England | Poor | Poor* | Fair | Fair | Fair | Moderate* |

* New England islands have less than 100,000 acres of protected lands due to the limited area of these islands, but have a relatively high percentage of conservation lands (Block, 41% and

97

FWS001427

Nantucket, 33%). Resiliency is moderate due to continued active management and provisioning of carcasses.

## 4.7.2 Current Representation

Representation can be measured through the breadth of genetic diversity within and among populations and the ecological diversity (also called environmental variation or diversity) of populations across the species' range. The more representation, or diversity, the species has, the higher it's potential of adapting to changes (natural or human caused) in its environment. Geographic distribution of occupied and potentially suitable habitat and genetic information is being used to describe representation for the ABB.

### 4.7.2.1 ABB Ecological Diversity

The ABB's historical and existing range includes populations from a variety of habitats and climates that could result in local or area adaptations for survival. For example, ABBs may become active as early as April in the southern part of the range and as late as May or June in northern portions. Another example is that adults (F1 generation) may potentially breed twice and their young-of-the year (F2 generation) may breed at least once within the same active season in southern populations (Red River, Arkansas River, and Flint Hills) (USFWS 1991, p. 13). ABBs reproduce only once in the northern portion of their range (Loess Canyons, Sandhills, and Niobrara River) due to the relatively short active season and the 48-65 day timeframe for reproduction (Bedick *et al*. 1999, Trumbo 2009, Scott and Traniello 1990). Additionally, western ABB populations are affected by limited precipitation/soil moisture while the population on Block Island rarely experiences similar drought conditions.

In an example of regional differences in reproductive behavior, *N. orbicollis* beetles from Oklahoma were less likely to attempt reproduction at higher temperatures, relative to individuals from Indiana or Wisconsin (Curtis Creighton personal comm. July 2016). All attempts to reproduce at the higher temperatures resulted in failures and the more southern beetles may have adapted to the warmer and more extended periods of high temperatures in the southern portion of their range. This type of research has not been conducted with ABBs, but *N. orbicollis* is the most similar congener and has a similar range.

### 4.7.2.2 Genetics

Earlier genetic studies found no evidence to suggest that any populations should be treated as separate, genetically independent conservation segments. Kozol *et al*. (1993, entire) examined ABB genetic variation to compare the Block Island population and the eastern Oklahoma and western Arkansas population. At that time, both populations were found to have low levels of genetic variation, and most of the variation occurred within a single population. There were no

98

FWS001428

unique diagnostic bands within either population, but they found the Oklahoma-Arkansas population to be somewhat more diverse. Reduced genetic variation is often a result of founder effect, genetic drift, and inbreeding.  Kozol *et al*. (1994, p. 933,) suggested, based on entire works by Waller *et al*. 1987, Lacy 1987, and Packer *et al* 1991) that multiple bottleneck events, small population size, and high levels of inbreeding may be factors contributing to the pattern of genetic variation in ABBs.

Expanding on Kozol *et al*.'s 1993 study, Szalanski (2000, enitre) compared ABB DNA from five populations: Block Island in Rhode Island, Arkansas, South Dakota, Oklahoma, and Nebraska. The authors found little evidence that the five populations had unique genetic variation, and no evidence to suggest that these five populations should be treated as separate, genetically independent conservation segments.

There is recent evidence suggesting that the New England population may represent a genetically distinct population as compared to western populations (Patricia Parker – personal communication, September 19, 2015). The University of Missouri researchers, in cooperation with the St. Louis Zoo suggest that although the two areas are distinct, they appear to share some genotypes. However, geographic isolation between the two areas will likely continue to differentiate them further, making them more distinct over time.

The researchers also examined differences between northern and southern areas, but no clear genetic distinctions were observed. However, samples did not represent all areas of the northern or southern range and samples representing additional natural populations would provide greater support for this conclusion (Rois et al, September 2015). Regarding overall genetic diversity, high genetic variability exists in both the eastern and western areas (Patricia Parker – personal communication, September 19, 2015), suggesting current genetic makeup is well adapted to changing environmental conditions.

## Representation Summary

Overall representation is considered moderate. The current genetic diversity appears to be relatively high, but the ecological diversity has been reduced with the loss of about 90 percent of the historical range. The current known range does include populations from northern and southern areas and eastern and western areas of the ABB range, although representation from eastern areas is limited to the New England island populations and the genetics represented from the Block Island population.

99

### 4.7.3 Current Redundancy

Redundancy for the ABB is measured by the number of highly resilient populations of ABB within ecological regions. The number and the distribution of these populations would be important to spread out the risk and reduce the potential effects of catastrophic events. Current redundancy could range as high as 9 "populations" (including reintroduced populations),4 in the Southern Great Plains (Arkansas River, Red River, Flint Hills and a reintroduced population in Missouri), 3 in the Northern Great Plains (Niobrara, Sandhills, and Loess Canyons), and two within the New England Analysis Area (Block Island and Nantucket). We consider populations within these analysis areas to provide some form of redundancy due to separation by considerable distances, differences in habitat makeup, behavior, existing threats, land use patterns, and climate, as described above.

The large areas of potentially occupied habitat in the Northern Great Plains and southern plains analysis areas helps support the existing redundancy and resiliency for the ABB populations. However, the Red River Analysis Area has very few positive ABB surveys in recent years and the resiliency and redundancy represented by this analysis area appears to be very limited. The reintroduced population in Missouri also supports ABB redundancy in the Southern Plains area and was established with ABBs from Arkansas. The Missouri reintroduction is relatively new and currently supplemented with captive reared ABBs and carrion provisioning. It is unknown if this population could be self-sustaining, but the population has expanded rapidly and provides redundancy if maintained through natural reproduction and/or through continued provisioning and captive rearing. The New England population is widely separated from the others and is represented by two relatively small island populations. The reintroduced population on Nantucket Island does not appear to be self-sustaining (Mckenna-Foster et al. 2016) without human assistance for long term maintenance. Experimental reductions in provisioning have resulted in declining ABB numbers on the island. However, the Nantucket population has been established and sustained since 1993 and long-term plans include renewed and continued assistance through carrion provisioning and monitoring of this population.

While the redundancy could be as high as 9, a more conservative redundancy would be 5 populations (Arkansas River, Flint Hills, Sandhills, Niobrara River, and Block Island). If we only count populations that are considered self-sustaining (without human assistance), the two reintroduced populations (Missouri and Nantucket) would not be included due to questionable long-term resiliencies associated with the human assistance at these sites. The Block Island population also has human assistance in the form of carrion provisioning and the resiliency could be reduced if this assistance ceased. However, the ABB population did sustain itself prior to any assistance and we assume a reduced population may persist there without any assistance. The redundancy represented by the Red River Analysis Area currently appears to be very limited with only seven positive surveys in the last five years and long-term resiliency is so questionable

100

that it could be discounted under a conservative scenario. The resiliency and redundancy provided by the Loess Canyons Analysis Area is also considered relatively low, because it is relatively isolated and vulnerable to redcedar expansion and extended droughts.

Redundancy Summary

The populations in the Northern Great Plains, Southern Plains and New England each provide redundancy that reduces the risk of any catastrophic events. Redundancy for ABBs may range from 5-9 depending on current status and criteria used to describe it. If one or more populations exist in southeastern areas of the ABB historical range, it would provide additional redundancy.

FWS001431

# CHAPTER 5 – FUTURE CONDITIONS

## 5.1 INTRODUCTION

Primary risk factors that have potential to change the status of ABBs in the future are land use changes (conversion of grassland to cropland, high utilization of vegetation through grazing and mowing activities, and urbanization) and changing climate. Other risk factors addressed in Chapter 3 are determined or strongly influenced by land use and climate and data for these factors are not available for all analysis areas, therefore they are not individually analyzed in this chapter. For example, habitat loss, carrion availability, competition from meso-carnivores and other scavengers, pesticide use, invasive species, and even pathogens can all be influenced by land use and climate and the availability of data for these factors is limited. We used variations in land use and climate to develop scenarios for potential future conditions in each of the ABB analysis areas (Figure 5-1). Future changes in land use and climate may be different among analysis areas due to their large areas, differences in geographic location, and variety of habitats and climate conditions.

## American Burying Beetle SSA Analysis Areas



**Figure 5-1.** American burying beetle analysis areas grouped into three geographic regions.

102

FWS001432

In determining potential future viability, we should also consider the potential unknown or uncertain factors that led to the ABBs decline and probable extirpation of most of the eastern portion of the ABB's historical range. The potential risks that lead to the species significant geographic decline are discussed in Chapter 3 and summarized in Chapter 4 and are more thoroughly discussed in Sikes and Raithel (2002, entire). We agree with conclusions of Sikes and Raithel (2002, p.111) regarding what factors may have led to the species' decline, but uncertainty remains as to the exact causes and if those causes may be affecting current populations. Most of the eastern ABB populations were extirpated in about a 50 year period (1920-1970, although the decline likely started before then). We have not documented wide ranging declines in the ABB's existing range in the last 40 years and our known range has expanded, although this is probably due to increased survey effort. The reasons for why the decline would stop or slow are unknown; however, we have observed some declines in the Red River Analysis Area since 2005. As discussed below, evidence suggests that these recent observed declines are related to changing climate conditions in the southern extent of the occupied range, but we cannot rule out other contributing causes.

## 5.2 LAND USE CHANGE

### 5.2.1 Agriculture

Current and future conditions of ABBs are strongly influenced by anthropogenic land uses and the resulting habitat, as described by vegetation or land cover type. American burying beetles can use a wide variety of habitats that have suitable soils, temperatures and precipitation that meet their life history needs, as described in detail in Chapter 2. Anthropogenic land uses determine the condition of vegetation and habitat suitability for ABBs, the type and availability of carrion resources and of competitors. The following fits the most plausible explanation for the decline of this species–a conclusion reached first in USFWS (1991, p. 17-28) and subsequently supported and commented on by other authors (Sikes and Raithel 2002- p. 111); (1) reduction of optimally sized carrion, (2) increased vertebrate scavenger competition for that carrion, and (3) increased congener competition for optimally, and suboptimally, sized carrion–due, in part, to extinctions or declines of optimally sized prey populations resulting from habitat changes, and also to increased vertebrate scavenging and predation (Sikes and Raithel 2002, p. 111). Existing land use and the related influence on vegetation structure and composition and carrion availability appears to be the best predictor of habitat suitability for ABBs (see sections 3.2 and 4.2)

Most of the existing ABB range is in rural areas dominated by some form of agricultural use, including grazing, hay production, forestry and crop production. In some areas these agricultural land uses are being replaced with more urban (primarily residential) expansion, but the total area

FWS001433

affected by urban expansion in most of our analysis areas is relatively minor. Agricultural uses may change in the future with changes in market conditions to more intensive agricultural uses (more intensive grazing, conversion to non-native grasses, and conversion of native vegetation to irrigated or dryland cropland) (Wright and Wimberly 2013, p. 4134).

Existing data for land covers does not give us enough detail to assess the current level or intensity of agricultural use such as grazing pressure, so land cover types like pastures and hay were combined and identified as "conditional" habitat for ABB suitability (see section 4.2). Habitat suitability for the ABB within these conditional areas will vary over time due to weather and/or intensity of agricultural uses. At any given time, some portion of conditional lands may be unfavorable habitat for ABBs.

The potential for land use changes varies within the range of the species and between analysis areas. Analysis areas in the Northern Plains (Figure 5-1) have experienced more conversion to cropland (relative to all other analysis areas) and to some extent; those types of conversions (mostly to irrigated cropland) are likely to continue into future years (Wright and Wimberly 2013, p 4134; Shafer et al. 2014, p. 447). Conversion of grassland to cropland is less likely to affect large portions of New England or Southern Plains analysis areas because crop production and row crop farming are relatively minor land uses in most of these analysis areas and a lower percentage of these analysis areas are considered suitable for row crops. Intensive grazing or mowing that maintains relatively short vegetation (less than 8 inches in height) appears to adversely affect ABB presence more in the Southern Plains analysis areas (relative to all other analysis areas) and this condition could increase in future years due to changes in climate and livestock markets. The shorter vegetation is not likely to directly affect ABBs, but is less favorable habitat for potential carrion in the southern analysis areas that would be in a preferred size range for ABB reproduction. We considered evaluating the potential change of conditional areas in the Northern Plains analysis area due to grazing pressure and related agricultural use. However, ABB survey results suggest that ABB presence within these conditional areas in the Northern Plains and New England Areas are relatively common in areas affected by grazing, at least in comparison to similar areas in the Southern Plains analysis areas. Potential carrion sources in northern analysis areas are different than in southern analysis areas and may be adapted to shorter grasslands. For example, prairie dogs and ground squirrels prefer shorter grasses and do not occur in the Southern Plains analysis areas. Additionally, sandy soils in the Northern Plains analysis areas may not be as affected by grazing-related soil compaction that can occur in soils in the Southern Plains which typically consist of more clay. Therefore, we are not including changes to conditional areas from grazing pressure in our analysis of the Northern Plains analysis areas. The effects of grazing and the differences between Northern and Southern Plains analysis areas are also discussed in Chapter 3, section 3.1.

104

## 5.2.1.1 Northern Plains Analysis Areas

For agricultural land use changes, we are assessing two possible scenarios for future conditions; a continuation of current trends (current rate scenario) and a higher rate of land use change (accelerated rate scenario), which is based on relatively recent observed increases within portions of the Northern Plains analysis areas (Wright and Wimberly 2013, p 4134). We applied a 5% net increase in cropland for our low scenario and a 30% net increase for our high scenario. These rates represent a range of conversions that have occurred in portions of the analysis areas in the last 60 years (https://www.ers.usda.gov/data-products/major-land-uses/major-land-uses/#Cropland). Other sources of historical land use changes (such as USGS land use trends from 1973-2000) were reviewed, but most provided similar rates of change, covered more of a regional area, and covered a much shorter time period. The USDA data was available down to a county level and for a longer time period. Because rate of change and timing are not possible to project (due to market variability), for the purposes of our analysis we assumed that the 5% and 30% net increases could occur anytime through year 2099. Most of the land use changes are assumed to occur by 2069 and then very low rates of change through 2099. Most lands that are feasible for conversion to cropland (grasslands and pasture with adequate soils and slope) would be converted first with remaining lands such as grassland/pasture with poor soils or steeper slopes may become cropland at a slower rate and after more feasible areas have been exhausted. Conversion of these more marginal lands is only attractive or economical under very favorable market conditions, which is difficult to project, but of which examples of such scenarios have been observed in the past (Wright and Wimberly 2013, p 4134).

## 5.2.1.2 Southern Plains Analysis Areas

For our analysis of the Southern Plains analysis areas, future increases in croplands is considered less likely, but higher crop prices could trigger some conversion of pasture or hayfields to cropland. Cropland has declined or had minor increases in recent years and is a relatively small percentage of southern analysis areas (see section 4.2 for descriptions of land covers in analysis areas) (Nickerson et al 2011, p 9).

Cropland is a dominant land cover in some areas with appropriate soils and is a common land cover in large river floodplains, but potential for large scale increases in cropland is limited in most of the southern analysis areas due to a predominance of soils and slopes that do not favor intensive row crop agriculture. Most of the Southern Plains analysis areas are in some form of agricultural use, but relative to the Northern Plains, a lower percentage is cropland and a larger percentage of land uses are related to forestry, pasture or hay. Therefore, we assume this pattern will continue and used a relatively low (2%) net increase in cropland for our status quo current rate scenario and a 5% net increase for our accelerated scenario, out to the year 2099. Because most of the southern analysis areas do not contain much prime farmland, most lands with good

105

FWS001435

suitability for cropland have already been converted. A 2% increase would represent a reasonable estimate of potential additional conversion to cropland in most of the southern analysis areas, based on United States Department of Agriculture Economic Research Service (USDA) data for counties in recent years and within the analysis area over the last 60 years (USDA 2007). Other sources of historical land use changes (such as USGS land use trends from 1973-2000) were reviewed, but most provided similar rates of change, covered more of a regional area, and covered a much shorter time period. The USDA data was available down to a county level and for a longer time period.

Most counties within the analysis areas have lost farmland in recent years (since 1997), but some show minor increases of 2-3% in Oklahoma, and larger increases in Arkansas (4-23%) (USDA 2012, https://www.agcensus.usda.gov/Publications/2012/Online_Resources/County_Profiles/.) Within these counties, about 10-30% is cropland (with the exception of 2 counties in Kansas with about 50% cropland). We assume this could change with market conditions, but is unlikely to increase more than recent (last 20 years) total increases in farmland, which has been less than 3% in most counties. The statewide trends demonstrate changes in cropland over time, but may not reflect changes in the Southern Plains analysis areas because the analysis areas are not in portions of the states that are dominated by cropland. Conversions to cropland within the analysis areas tend to be at lower rates than in areas dominated by cropland (based on USDA county records). We assumed the high scenario for cropland expansion could be net change of 5% by 2099 which is about twice the increase in recent years and half the highest statewide rate for Oklahoma (about 10 %) during the previous 60 years. United States Department of Agriculture Economic Research Service major land use data 1945-2007 indicates statewide cropland acreage has fluctuated in Oklahoma and Arkansas with relatively minor increases and decreases during that time period. Since 1945 there was about a 10% increase by 1997, but then a 10% or greater decline by 2007 in Oklahoma. Total cropland has actually decreased in Oklahoma since 1945 and in more recent years (since 1997), but market conditions could change incentives for conversions to cropland and we have included potential increases to be conservative about considering potential land use changes.

In addition to the more permanent losses related to agricultural conversions, assumptions for the effects of temporary agricultural impacts like high utilization of vegetation via grazing or mowing for hay during drought conditions, are discussed for each Southern Plains Analysis Area. For these temporary effects we assumed a potential 30% reduction in conditional habitat for a low rate and a 60% reduction in conditional habitat as a high rate.

5.2.1.3 New England Analysis Areas

Agricultural uses are mostly pastureland and are considered suitable habitat for ABBs on the New England ABB islands.  The New England islands are similar to the Northern Plains in that

106

FWS001436

ABB catch rates are relatively good in pasturelands and we assume the Block Island pasturelands support carrion sources that are suitable for ABB reproduction. Block Island supported ABBs without any assistance through carcass provisioning, both before and after the demise of nearby mainland populations by 1930. However, the current New England populations may be reliant on some level of provisioning. Cropland is not considered suitable habitat, but there are very limited areas of cropland on the islands and no additional conversion of grassland to cropland is expected (Figure 5-2).



**Figure 5-2.** Projected future land uses on Block Island (2030).

107

FWS001437

ABB SSA Report - February 2019

## 5.2.2 Urbanization

### 5.2.2.1 Northern and Southern Analysis Areas

Land use changes will not occur equally across the analysis areas and potential changes are applied according to the best available information and/or according to past or current trends. For example, existing urban areas in all but the New England Analysis Area are assumed to have net expansions by the corresponding percentages for the low (10%) and high (20%) rates based on previous urban growth and an assumption that the most likely areas of future urban expansion and related land use changes are near existing urban areas (Nowak and Walton 2005, p 384-386). Rates of predicted urban growth over 50 years are highly variable within the large analysis areas and range from 0-5% in most areas and up to 20-60 percent in a few large urban areas. The 10% (scenario 1) and 20% (scenario 2) net increases (relative to existing conditions) in urban areas were intended to be conservative estimates for expansion out to 2099. Some urban areas, such as near Tulsa, Oklahoma, are predicted to expand 20-60% (Nowak and Walton 2005, p. 384) and could impact existing ABB habitat, but most urban growth in the analysis areas is predicted to be far less and there are only a few large metropolitan areas in the analysis areas. Most of the Northern and Southern Plains analysis areas are rural with only small urban areas. Some areas are predicted to lose population and are less likely to expand. Population changes do not always represent the area's urban expansion, but can be used to estimate potential future urban growth. Areas with no or low population increases are not expected to have much habitat loss due to urban growth. There are 25 counties in Oklahoma forecasted to experience population decline by 2075 and many of the counties within the ABB range are predicted to have relatively low rates of increase. For example, the Hughes County population is expected to decline and Coal County's population is expected to increase by about 5% by 2075 (Oklahoma Department of Commerce 2012, page 4, 42,76).

### 5.2.2.2 New England Analysis Area

There are currently about 1,500 houses on Block Island, which is about double the number of houses that were present in 1970. Residential development has been at a pace of about 7-8 houses per year, and the size and massing of houses has increased over the last 30 years (Scott Comings, personal comm. 2016). The most recent Comprehensive Plan, which includes a future land use analysis, conducted by the town of New Shoreham in 2009 predicts a 14% increase in developed land use and about an 18 % increase in protected lands over the next 20 years (from 2010 to 2030)(Figure 5-2). While this analysis of future land use only looks at broad land use classes, it does not appear to predict any major shifts in land use over the next 20 years, with proportional growth predicted for both developed and protected lands. For the New England Analysis Area urban expansion is limited by large areas of protected lands. At some point urban expansion will be reduced due to the relatively high percentage of protected lands (currently 41%

of Block Island and 33% of Nantucket Island). If a 14% increase is predicted for 20 years, we assume a 20% net increase (relative to existing urban areas) in urban growth could be expected out to 2099 if urban expansion continues at a decreasing rate over that time period. We assumed a 20 % net increase for urban growth out to 2099 to represent conditions for scenario 1 and a 30% net increase in urban growth to represent accelerated growth for scenario 2.

## 5.3 FUTURE LAND USE SCENARIOS

Risks described above, either alone or in combination, could affect the resiliency of ABB populations, further reducing the overall redundancy and representation of the species. With a large range of interconnected populations, the species would have historically been more resilient to stochastic events such as land use changes and climate change. If some populations were extirpated by such events, they could be recolonized or expand into new habitat over time by dispersal from nearby populations. This level of connectivity likely made for a highly resilient species overall. However, under current conditions, restoring that connectivity on a large scale is not feasible due to extirpation of large portions of the historic range and changes in land uses that have created large areas of unfavorable habitat around some existing populations. As a consequence of these current conditions, the viability of the ABB may now depend on maintaining existing known populations and potentially restoring new populations, where feasible. The following scenarios (Table 5-1) evaluate a potential range of future conditions within each of the seven analysis areas and its potential effects to those populations and overall viability of the species. A general discussion of land uses that may affect ABBs is provided in chapters 3 and 4 and additional justification for why these scenarios were chosen is provided in sections 5.2.1 and 5.2.2.

**Table 5-1.** Scenarios used for future condition analysis.

|  | Land use Change | Protection/Management |
|---|---|---|
| Scenario 1 | Land use change is assumed to continue at current rates | Management of existing lands continues, with additional lands established |
| Scenario 2 | Land use changes are accelerated | No intentional management for ABB |

## 5.3.1 Scenario 1 – Continued Current Rate of Land Change and High Protection/Management

Under this scenario, land use change is assumed to continue at approximately current rates and management of most private lands is assumed to be maintained at the status quo. Management of all existing protected lands is assumed to be continuing.

FWS001439

All urban areas in the Northern and Southern Plains analysis areas were assumed to have a 10% net increase (relative to existing urban areas) for predicting land use changes by 2099, as described above. This is an assumed net increase for total acres of urban habitat, although we know there are likely to be reductions in some areas and increases in others. Urban areas in the New England Analysis Area were assumed to increase by a net of 20% by 2099 (see discussion in section 5.2.1.2). For all three analysis areas in the Northern Plains we assumed a 5% net increase in acres of agricultural row crop by 2099, as described above. This is an assumed net increase in row crop acres relative to existing conditions, although we know there are likely to be reductions in some areas and increases in others. For Southern Plains analysis areas we assumed a net 2% increase in acres of permanent habitat loss (relative to current conditions) due to agricultural land use changes. To assess temporary impacts of agricultural impacts we assumed 30% of conditional lands could be affected by high grazing or hay production pressure, as described above. After assessing land use change, when then incorporated climate change projections at time intervals of years 2039, 2069, and 2099. Uncertainties are addressed in each appropriate section, but a summary of uncertainties for Scenario 1 include:

- The land use changes are variable between and within the analysis areas, but rates of changes were estimated using the best available information and assumed to represent the entire Northern and Southern Plains areas.
- Land use changes are variable over time and can fluctuate due to market and economy conditions. The rates used for this scenario are based on current and previous rates of change and assumed to continue at a similar rate.
- The percent of conditional lands that are suitable habitat can change due to land use practices, intensity of the uses, and weather conditions during the growing season.
- Population abundance and distribution assessments are based on ABB survey results and survey effort is limited in portions of the range.

## 5.3.1.1 Resiliency

*Southern Plains Analysis Areas*

*Red River Analysis Area*

Habitat- The 3,251,894 total acres and 2,678,406 suitable acres (combined favorable, conditional and marginal land cover types, see Table 4.1) is large enough to maintain ABB populations, but relatively small compared to other analysis areas. Of the total analysis area, favorable habitat comprises 39%, conditional habitat 37%, and marginal habitat 6%, while the remaining 18% is considered unsuitable. Urban expansion is expected to impact 9,900 acres (0.4%) of suitable habitat and long-term agricultural changes are expected to impact 3007 acres (0.1% of suitable habitat) under this scenario by 2099. Assuming 30% of the conditional lands could be affected by high grazing pressure, 362,082 acres (13.5% of suitable habitat) of conditional lands would be at least temporarily changed to unfavorable lands. This would not change the condition for available habitat (considered Good, Table 5-2) in this analysis area, because the combined losses of urban expansion, long-term agricultural changes, and conditional habitat impacted during

FWS001440

droughts (374,959 acres) are only 14% of the suitable acres and do not reduce suitable habitat acres to less than 2,000,000. Not all of the land use changes are likely to occur in suitable habitat so the actual impacts are likely to be less than the percentages described above.

Protected Areas- This analysis area has 123,779 acres of managed and 23,997 acres of multi-purpose protected lands.  Protected areas include U.S. Forest Service, Department of Defense, USFWS National Wildlife Refuge, and ODWC wildlife management area lands. Some areas formally supported ABBs, but positive surveys have documented presence on only one of these lands since 2008 (see Table 4-2 Protected Lands). Protected areas are not likely to be affected by the land use changes assumed under scenario 1, therefore will remain in fair condition.

Relative Abundance - This analysis area has a low ratio of positive to negative surveys with no significant concentrations (relative to other Analysis Areas) in the last 10 years (See Table 4-3 and Figure 4-13 for a comparison of survey trends over the last 15 year time frames). The Red River Analysis Area formerly supported areas with good ABB catch rates in the southeastern portion, but positive/negative ratios and catch rates have declined since the early 2000s. No positive surveys have been documented in the Arkansas or Texas portions within the last 7 years and only a few positive surveys are known in Oklahoma since 2006. The relatively recent decline in relative abundance cannot all be attributed to land use changes. Other factors such as the invasion of fire ants may contribute to the ABB decline, but fire ants had become established in this area more than 10 years prior to the decline (see section 4.4.2). Survey effort has been relatively low in recent years, but ratios of positive to negative surveys are far below all other analysis areas and rated as poor with or without any future land use changes. ABBs also disappeared from protected areas like Camp Maxey, TX, with no significant land use changes. Land use changes in the few portions of this analysis area that still support ABBs could possibly reduce the remaining abundance. The current rating is considered poor and under Scenario 1, the future abundance would be expected to remain poor.

Population Distribution - Distribution is currently poor with only a few positive surveys in the central and western portion of the analysis area in the last 7 years. The relatively recent decline in distribution cannot all be attributed to land use changes and ABBs also disappeared from protected areas with no land use changes. Land use changes in the few portions of this analysis area that still support ABBs could possibly reduce the remaining distribution, but the current distribution was considered poor and under Scenario 1, distribution would likely continue to be poor in the future.

Summary of Land Use Effects on the Red River Analysis Area – There are no changes, relative to the existing conditions (Table 5-2) anticipated in condition categories for future habitat or population factors, thus resiliency under scenario 1 for land use changes alone is not expected to change. There are no major urban areas in this analysis area and any changes in rural land uses

111

are expected to be relatively minor.

**Table 5-2.** Future resiliency of Red River Analysis Area based on projected habitat and population factors under scenario 1 out to 2099.

| Red River Analysis Area | | | | | |
|---|---|---|---|---|---|
| **SCENARIO 1 - Continued Rates of Land Change and High Protection/Management** | | | | | |
| | **Future Habitat Factors** | | **Future Population Factors** | | |
| **CURRENT Resiliency** | **Available Habitat** | **Protected Areas & Management** | **Relative Abundance** | **Population Distribution** | **FUTURE Habitat/Population Resiliency** |
| LOW | Good | Fair | Poor | Poor | LOW |
| See Chapter 4 for narrative | Still large enough to maintain ABB population, but relatively small compared to other AAs. | Presence documented on only one existing protected property since 2008. 3rd lowest total acres compare to other AAs | Significant decline of ABB captures in the last 10 years, which is expected to continue but only partially due to future land use changes. | Population distribution currently poor and some future land use changes could reduce distributions further. | Future land use is not expected to change the resiliency of ABBs within this analysis area. |

*Arkansas River Analysis Area*

Habitat – The Arkansas River Analysis Area is the largest of the seven analysis areas. This analysis area contains 17,753,431 total acres and 14,470,603 suitable acres (combined favorable, conditional and marginal land cover types, see Table 4-1). Of the total analysis area, favorable habitat comprises 46%, conditional habitat 33%, marginal habitat 3% and unsuitable habitat is 18.2%. Urban expansion is expected to impact 1,447,060 acres and long-term agricultural changes are expected to impact 8,450.54 acres under this scenario by 2099. Effects to habitat associated with extended droughts would tend to increase grazing pressure on pasture lands and reduce the ABB habitat conditions on a large, but unknown, percentage of the conditional land covers. As an example, assuming up to 30% of the conditional lands could be affected by high grazing pressure, 1,740,052; acres of conditional lands would be at least temporarily changed to unfavorable habitat. However, the resiliency for this analysis area is not as sensitive to conversions from conditional to unfavorable lands because of its large amount of favorable habitat (8,134,009 acres). Land use changes under this scenario would not change the resiliency condition (good) for available habitat in this analysis area, because the combined losses of urban expansion, long-term agricultural changes, and conditional habitat impacted during droughts (3,195,563 acres) are only 22.1% of the suitable acres and do not reduce suitable habitat acres to less than 2,000,000. Not all of the land use changes are likely to occur in suitable habitat so the actual impacts are likely to be less than the percentages described above.

Protected Areas - The Arkansas River Analysis Area includes 1,486,002 acres of managed and 933,608 acres of multi-purpose protected lands. Protected areas include multiple federal, state

112

and private areas and many are known to support ABBs, (see Table 4-2 Protected Lands). Several large DOD lands support large populations of ABBs and these areas are likely to remain protected into the future. Protected areas could expand with additional mitigation and expansions of conservation banks. ABB habitat on these lands would be managed and conditions would be maintained or enhanced under this scenario.

Relative Abundance - This analysis area has a fair ratio of positive to negative surveys (26%) with several areas of concentrated positive surveys in the last 15 years (Figure 4-12, year timeframe Table 4-3 for positive to negative ratios.). Trends have demonstrated strong fluctuations, with good recovery following periodic declines over the last 15 years. Land use changes in scenario 1 are not expected to change relative abundance much in areas of concentrations and several large DOD and other protected areas have relatively high positive to negative ratios in most years. The highest known concentrations of ABBs (within the Southern Plains) are in this analysis area. The current ratio is near the bottom of the fair category and the ratio depends strongly on what portion of the surveys are conducted in areas of concentrations verses areas with lower densities. Most of the annual surveys are conducted for proposed projects and are highly variable in location. Due to the factors above, positive to negative ratios could fluctuate but future relative abundance is expected to remain fair under scenario 1.

Population Distribution - The distribution is currently good with some positive surveys in all portions of the analysis area and scattered concentrations of positive surveys in all but the northeastern portion. The areas of concentrated positive surveys are not contiguous and may illustrate areas of habitat fragmentation, but most of the concentrated areas are not widely separated (Figure 4-12). Land use changes in scenario 1 are not likely to significantly affect the overall distribution or change the rating of good because areas of concentrations are not near urban areas or are protected lands. Land uses are likely to change much in the rural areas and are distributed to represent the east, south and western portions of the analysis area. However, continued fragmentation near Tulsa, OK, could potentially create an area of unsuitable habitat that would isolate the ABBs in the Flint Hills Analysis Area from the Arkansas River Analysis Area.

Summary of Land Use Effects on the Arkansas River Analysis Area – There are no changes, relative to the existing conditions (Table 5-3), anticipated in condition categories for future habitat or population factors or resiliency under scenario 1 for land use changes alone. There are urban areas in this analysis area, but they are not near areas of ABB concentrations or those concentrations are on protected lands, so urban expansion would have limited effects. Most of this analysis area is rural and any changes in rural land uses are expected to be minor.

FWS001443

**Table 5-3.** Future resiliency of Arkansas River Analysis Area based on projected habitat and population factors under scenario 1 out to 2099.

| Arkansas River Analysis Area | | | | | |
| --- | --- | --- | --- | --- | --- |
| SCENARIO 1 - Continued Rates of Land Change and High Protection/Management | | | | | |
| | Future Habitat Factors | | Future Population Factors | | |
| CURRENT Resiliency | Available Habitat | Protected Areas & Management | Relative Abundance | Population Distribution | FUTURE Habitat/Population Resiliency |
| HIGH | Good | Good | Fair | Good | HIGH |
| See Chapter 4 for narrative | Largest amount of suitable habitat of the seven analysis areas. Even with projected land use change, amount favorable habitat will remain high. | Over 2 million acres of protected lands, including conservation banks for the ABB | Highest known concentration of ABB within Southern Plains AAs is in this area. Periodic annual decline show strong rebounds. | ABB distributions spread out throughout most of this, relatively large area, with some fragmentation | Future land use is not expected to change the resiliency of ABBs within this analysis area. |

*Flint Hills Analysis Area*

Habitat - There are 3,706,908 total acres and 2,846,079 suitable acres (combined favorable, conditional and marginal land cover types (Table 4-1), making this a small-medium sized area relative to other analysis areas. Of the total analysis area, favorable habitat comprises 18%, conditional habitat 58%, marginal habitat 0.1% and unsuitable is 23.2%. Conditional habitat is a large percentage of the total area making it relatively vulnerable to changes in land uses. A large percentage of this analysis area is affected by frequent large-scale prescribed burns that can occur on nearly an annual basis. Burning is good for ABB habitat if the frequency is reduced to every 3-5 years to allow recovery of habitat for potential carrion species like cotton rats, but annual burning of large areas can reduce habitat suitability for these species. Burning of pastures to improve grazing conditions is likely to continue in the future, but annual burning may be reduced or more restricted relative to existing conditions, due to concerns for air quality, human health, liability, property and safety. Urban expansion is expected to impact 13,470 acres and long-term agricultural changes are expected to impact 5,583 acres under this scenario by 2099. Effects to habitat associated with droughts, would tend to increase grazing pressure on pasture lands and reduce the ABB habitat conditions on a large percentage of the conditional land covers. Assuming 30% of the conditional lands could be affected by high grazing pressure/mowing for hay, 645,938 acres of conditional lands would be at least temporarily changed to unfavorable lands. Land use changes under this scenario would not change the resiliency condition of good for available habitat in this analysis area, because the combined losses of urban expansion, long-term agricultural changes, and conditional habitat in an unfavorable condition (664,991 acres) are only 23% of the suitable acres and do not reduce suitable habitat acres to less than 2,000,000. Not all of the land use changes are likely to occur in suitable habitat so the actual impacts are likely to be less than the percentages described above.

114

ABB SSA Report - February 2019

Protected Areas- There are 133,196 acres of managed, 52,114 acres of multi-purpose and about 43,000 acres of tribal protected lands. Protected areas include federal, state, tribal and private areas and many are known to support ABBs, (see Table 4-2 Protected Lands). The ABB is known to occur at several wildlife management areas, and a large TNC prairie preserve. Protection for these areas is likely to continue through 2099 and beyond. ABB habitat on these lands would be managed and conditions would be maintained or enhanced in the future under this scenario. There is some potential for protected lands to increase through mitigation actions, including conservation banks. Future protected areas are expected to remain in the good condition under scenario 1.

Relative Abundance - This analysis area has a relatively low ratio of positive to negative surveys with relatively large fluctuations between years. Preliminary reports for 2016 indicate more positive surveys and a higher ratio of positives. See Figure 4-12 for an overview of the last 15 years, and Table 4-3 for survey results. Trends have demonstrated strong fluctuations, but with good recoveries over the last 10 years and future land use changes are not expected to change the survey ratios or relative abundance. Future relative abundance is expected to remain in the poor condition under scenario 1.

Population Distribution - The Distribution is currently fair with some recent positive surveys in the southern 2/3 of the analysis area and one concentration of positive surveys. The survey effort in portions of this analysis area is limited (see Figure 4-12). Future distribution would be expected to be similar to existing distributions but could improve with more surveys.

Summary of Land Use Effects on the Flint Hills Analysis Area - There are no changes, relative to the existing conditions (5-4), anticipated in condition categories for future habitat or population factors or resiliency under scenario 1 for land use changes alone. There are no large urban areas in this analysis area and any changes in rural land uses are expected to be minor.

115

FWS001445

**Table 5-4.** Future resiliency of Flint Hills Analysis Area based on projected habitat and population factors under scenario 1 out to 2099.

| Flint Hills Analysis Area | | | | | |
|---|---|---|---|---|---|
| SCENARIO 1 - Continued Rates of Land Change and High Protection/Management | | | | | |
| | Future Habitat Factors | | Future Population Factors | | |
| CURRENT Resiliency | Available Habitat | Protected Areas & Management | Relative Abundance | Population Distribution | FUTURE Habitat/Population Resiliency |
| MODERATE | Good | Good | Poor | Fair | MODERATE |
| See Chapter 4 for narrative | Although much of the ABB habitat is conditional and vulnerable to land use change, suitable habitat after projected changes remains high | Over 200,000 acres of protected lands, most with documented ABB presence. | This area has a low relative abundance and is expected to remain in this condition | No significant changes to population distrubutions anticipated in this area. | Future land use is not expected to change the resiliency of ABBs within this analysis area. |
| | | | | | |

*Northern Plains Analysis Areas*

*Loess Canyons Analysis Areas*

Habitat- There are 2,759,065 total acres and 1,678,054 suitable acres (combined favorable, conditional and marginal land cover types, see Table 4-1), which is a small area relative to other analysis areas. Of the total analysis area, favorable habitat comprises 29.7%, conditional habitat 30.8%, marginal habitat 0.3% and unsuitable is 38.8%. Conditional habitat is 30.8% of the total area, but conditional habitats in northern analysis areas are less affected by grazing. Grazing is the primary land use on most of the existing suitable ABB habitat and grazing does not appear to negatively affect habitat suitability in northern analysis areas like it does in southern areas (see section 3.2). Conversion of grasslands to cropland is a future threat to suitable habitat. Based on the rates of conversion in past years, we expect a 5% percent net increase in cropland (41,153 acres) by 2099. Urban expansion is expected to impact 6,769 acres. Land use changes under this scenario would not change the resiliency condition of fair for available habitat in this analysis area, because the combined losses of urban expansion, and long-term agricultural changes (47,922 acres) are only 2.9% of the suitable acres and do not reduce suitable habitat acres to less than 1,000,000. However, eastern red cedar has been expanding rapidly in this analysis area due to a lack of fire or other control and land that is dominated by dense stands of cedar are not suitable habitat. This scenario assumes high protection and management and would include management of cedar, but without control of the invasive plant, the available habitat condition would drop from fair to poor. Not all of the land use changes are likely to occur in suitable

116

FWS001446

habitat so the actual impacts are likely to be less than the percentages described above. This would represent a continuation of the status quo level of habitat effects related to changes in land use and the results are presented in Table 5-2.

Protected Areas – There are 15,342 acres of managed and 3,843 acres of multi-purpose protected lands.  Most protected areas are known to support ABBs, (see Table 4-2 Protected Lands). ABB habitat on these lands would be managed and conditions would be maintained or enhanced under this scenario. The percentage and total area of protected lands in this analysis area is very low, but there may be some potential to expand protected areas in northern analysis areas.

Relative Abundance - This analysis area has a fair ratio of positive to negative surveys (See Figure 4-12 for the last 15 year time frame, and Table 4-3 for survey results). Trends in survey ratios have demonstrated fluctuations with declines during droughts, but with good recoveries over the last 10 years in normal to wet years. Future land use changes are not expected to change the survey ratios or relative abundance under scenario 1. Land management is assumed to control risks related to expansion of redcedar.

Population Distribution - The distribution is currently fair with one relatively large contiguous concentration of positive surveys in the center of the analysis area (see Figure 4-12). The future distribution would be expected to become more fragmented due to conversions of grassland to croplands and expansion of redcedar in some locations, but remain fair by 2099.

Summary of Land Use Effects on the Loess Canyons Analysis Area - The current resiliency of the analysis area is considered moderate due to the fair habitat availability and area of native habitat, fair distribution, and fair ratios of positive to negative surveys (compared to other analysis areas, see Table 4-3). There are no changes, relative to the existing conditions (Table 5-5), anticipated in condition categories for future habitat or population factors or resiliency under scenario 1 for land use changes alone. There are no large urban areas in this analysis area and any changes in rural land uses are expected to be minor (only 2.9% of the suitable acres).

117

**Table 5-5.** Future resiliency of Loess Canyons Analysis Area based on projected habitat and population factors under scenario 1 out to 2099.

| Loess Canyons Analysis Area | | | | | |
|---|---|---|---|---|---|
| SCENARIO 1 - Continued Rates of Land Change and High Protection/Management | | | | | |
| | Future Habitat Factors | | Future Population Factors | | |
| CURRENT Resiliency | Available Habitat | Protected Areas & Management | Relative Abundance | Population Distribution | FUTURE Habitat/Population Resiliency |
| MODERATE | Fair | Poor | Fair | Fair | MODERATE |
| See Chapter 4 for narrative | Although much of the ABB habitat is conditional and vulnerable to land use change, remaining suitable habitat after projected changes remains fair | Less than 20,000 acres of protected lands; future protection and management is considered poor relative to other areas. | Fair ratio of positive to negative surveys and past trends show good recovery after declines. No anticipated change. | One relatively large concentration which is not anticipated to change due to future land use. | Future land use is not expected to change the resiliency of ABBs within this analysis area. |

_Sandhills Analysis Area_

Habitat - There are 10,819,170 total acres and 8,633,685 suitable acres (combined favorable, conditional and marginal land cover types, see Table 4-1). Of the total analysis area, favorable habitat comprises 9.9%, conditional habitat 69.7%, marginal habitat 0.2% and unsuitable is 20.2%. This analysis area has the second largest area of suitable habitat of the seven analysis areas. Conditional habitat is nearly 70% of the total area, but conditional habitat in northern analysis areas are less affected by grazing or mowing. Grazing is the primary land use on most of the existing suitable ABB habitat and grazing does not appear to negatively affect habitat suitability in northern analysis areas like it does in southern areas (see section 3.2). Conversion of grasslands to cropland is a future threat to suitable habitat. Based on the rates of conversion in past years, we expect a 5% percent net increase in cropland (71,709 acres) by 2099. Urban expansion (10% net increase) is expected to impact 12,425 acres by 2099. This would not change the resiliency condition (good) for available habitat in this analysis area, because the combined losses of urban expansion and long-term agricultural changes (84,134 acres) are only 1% of the suitable acres and do not reduce suitable habitat acres to less than 2,000,000. Not all of the land use changes are likely to occur in suitable habitat so the actual impacts are likely to be less than the percentages described above. This would represent a continuation of the status quo level of habitat effects related to changes in land use and the results are presented in Table 5-2.

Protected Areas – There are 393,983 acres of managed and 24,633 acres of multi-purpose protected lands in this analysis area. Protected areas are known to support ABBs, (see Table 4-2 Protected Lands). ABB habitat on these lands would be managed and conditions would be

FWS001448

maintained or enhanced under this scenario. There may be some potential to expand protected areas in northern analysis areas.

Relative Abundance - This analysis area has the highest ratio of positive to negative surveys. See Figure 4-12 for the last 15 year time frame, and Table 4-3. Trends have demonstrated fluctuations, but with good recoveries over the last 10 years. Future land use changes under scenario 1 could have local effects, but are not expected to change the relative abundance for the analysis area.

Population Distribution - The distribution is currently good with some positive surveys in all portions of the analysis area and one large contiguous concentration of positive surveys (see Figure 4-12). The future distribution would be expected to become more fragmented due to conversions of grassland to croplands in some locations, but the overall distribution in the Sandhills Analysis Area would not be affected by future land use changes and should remain good by 2099.

Summary of Land Use Effects on the Sandhills Analysis Area - The Sandhills Analysis Area includes 10,819,170 total acres in northcentral portions of Nebraska. The current resiliency of the analysis area is considered high due to the large area of native habitat, good distribution, and high ratios of positive to negative surveys (compared to other analysis areas, see Table 4-3). The land use changes in scenario 1 may have some local impacts, but are relatively minor in this large analysis area (only 1% of the suitable acres) and are not expected to change the resiliency of the Sandhills Analysis Area (Table 5-6).

**Table 5-6.** Future resiliency of Sandhills Analysis Area based on projected habitat and population factors under scenario 1out to 2099.

| Sand Hills Analysis Area | | | | | |
|---|---|---|---|---|---|
| SCENARIO 1 - Continued Rates of Land Change and High Protection/Management | | | | | |
| | Future Habitat Factors | | Future Population Factors | | |
| CURRENT Resiliency | Available Habitat | Protected Areas & Management | Relative Abundance | Population Distribution | FUTURE Habitat/Population Resiliency |
| HIGH | Good | Good | Good | Good | HIGH |
| See Chapter 4 for narrative | 2nd largest analysis area; although much of the ABB habitat is conditional and vulnerable to land use change, remaining suitable habitat after projected changes remains good. | Over 400,000 acres of protected areas which are not expected to decline as a result of projected land use change. | Highest abundance of all analysis areas, which is not expected to change significantly as a result of land use change. | Positive surveys spread throughout the analysis area with no fragmentation, which is not expected to be significantly affecte by future land use. | Future land use is not expected to change the resiliency of ABBs within this analysis area. |

*Niobrara River Analysis Area*

Habitat - There are 4,108,903 total acres and 2,961,469 suitable acres (combined favorable, conditional and marginal land cover types, see Table 4-1). This is a medium sized area relative to other analysis areas. Of the total analysis area, favorable habitat comprises 6.4%, conditional habitat 65.3%, marginal habitat 0.4% and unsuitable is 27.9%. Grazing is the primary land use on most of the existing suitable ABB habitat and grazing does not appear to negatively affect habitat suitability in northern analysis areas like it does in southern areas (see section 3.2). Conversion of grasslands to cropland is a future threat to suitable habitat. Based on the rates of conversion in past years, we expect a 5% percent net increase in cropland (27,206 acres) by 2099. Urban expansion (10% net increase) is expected to impact 6,670 acres by 2099. This would not change the resiliency condition of good for available habitat in this analysis area, because the combined losses of urban expansion and long-term agricultural changes (33,876 acres) are only 1.1% of the suitable acres and do not reduce suitable habitat acres to less than 2,000,000. Not all of the land use changes are likely to occur in suitable habitat so the actual impacts are likely to be less than the percentages described above. This would represent a continuation of the status quo level of habitat effects related to changes in land use and the results are presented in Table 5-7.

Protected Areas – This analysis area includes 58,918 acres of managed, 33,582 acres of multi-purpose protected lands and a large area of tribal land. (see Table 4-2 Protected Lands). ABB habitat on these lands would be managed and conditions would be maintained or enhanced under this scenario. There may be some potential to expand protected areas in northern analysis areas.

Relative Abundance - This analysis area has a fair ratio of positive to negative surveys (Figure 4-12 and Table 4-3). Trends have demonstrated fluctuations, but with good recoveries over the last 10 years. Future land use changes under scenario 1 could have local effects, but are not expected to change the relative abundance for the analysis area.

Population Distribution – The distribution is currently fair with some positive surveys in all portions of the analysis area and one contiguous concentration of positive surveys (Figure 4-12). The future distribution would be expected to become more fragmented due to conversions of grassland to croplands in some locations, but the overall distribution in the Niobrara River Analysis Area would not be affected by future land use changes in scenario 1and should remain fair by 2099.

Summary of Land Use Effects on the Niobrara River Analysis Area - The Niobrara River Analysis Area includes 4,108,903 total acres in northcentral portions of Nebraska and southcentral portions of South Dakota. The current resiliency of the analysis area is considered

moderate due to the moderate area of native habitat, relatively good distribution, and moderate ratios of positive to negative surveys (compared to other analysis areas, Table 4-3). The future land use changes in scenario 1 may have some local impacts, but are relatively minor (only 1.1% of the suitable acres would be affected) and are not expected to change the resiliency of the Niobrara River Analysis Area (Table 5-7).

**Table 5-7.** Future resiliency of Niobrara River Analysis Area based on projected habitat and population factors under scenario 1out to 2099.

| Niobrara River Analysis Area | | | | | |
|---|---|---|---|---|---|
| SCENARIO 1 - Continued Rates of Land Change and High Protection/Management | | | | | |
| | Future Habitat Factors | | Future Population Factors | | |
| CURRENT Resiliency | Available Habitat | Protected Areas & Management | Relative Abundance | Population Distribution | FUTURE Habitat/Population Resiliency |
| MODERATE | Good | Poor | Fair | Fair | MODERATE |
| See Chapter 4 for narrative | Although much of the ABB habitat is conditional and vulnerable to land use change, remaining suitable habitat after projected changes remains good. | Over 90,000 acres of protected lands, but no lands being managed specifically for ABBs. This condition is not expected to change under future land use. | Abundace is not expected to change significanltly as a result of future land use changes. | Future conditions may become more fragmented due to land conversions, but should remain in fair condition. | Future land is not expected to change the resiliency of ABBs within this analysis area. |

*New England Analysis Area*

The New England Analysis Area consists of two islands where ABBs are known to occur: Block Island, RI and Nantucket, MA. The total combined acres of suitable habitat for both islands are 25,865 and there are 13,939 acres of protected lands. The current resiliency of the analysis area is considered moderate due to the limited area of potential habitat (considered poor condition), relatively good distribution, and moderate ratios of positive to negative surveys (compared to other analysis areas, see Table 4-3).

Block Island is considered to have moderate resiliency with active management. Nantucket is a reintroduced population with lower resiliency with lower ratios of positive to negative surveys. Land use changes and effects to ABBs are predicted to be relatively minor through 2099 because over 41% of Block Island and 33% of Nantucket Island habitat is protected. No conversion to cropland is expected in this analysis area and the only anticipated habitat impacts due to land uses is a 20% net increase in urban acres (see discussion in section 5.2.1.2). Urban expansion is expected to impact about 326 additional acres on Block Island and 438 additional acres on Nantucket Island by 2099 under scenario 1. The impacts due to urban expansion are anticipated to be partially offset by increases in protected lands. The current resiliency (moderate) would be maintained under scenario 1 (Table 5-8).

121

FWS001451

**Table 5-8.** Future resiliency of the New England Analysis Area based on projected habitat and population factors under scenario 1 out to 2099.

| New England Analysis Area | | | | | |
|---|---|---|---|---|---|
| SCENARIO 1 - Continued Rates of Land Change and High Protection/Management | | | | | |
| | Future Habitat Factors | | Future Population Factors | | |
| CURRENT Resiliency | Available Habitat | Protected Areas & Management | Relative Abundance | Population Distribution | FUTURE Habitat/Population Resiliency |
| MODERATE | Poor | Poor | Fair | Fair | MODERATE |
| See Chapter 4 for narrative | Both islands have less than 30,000 acres of suitable habitat, and impacts from future land use change is expected to be minor | Nearly 14,000 acres of protected lands between both islands with effective species management. Not expected to change. | Relative abundance remains fair with only minor effects from future land use change. | Population distribution remains fair with only minor effects from future land use change. | Future land use is not expected to change the resiliency of ABBs within this analysis area. |

_Summary of Land Use Change Effects on Resiliency for Scenario 1_

_Southern Plains Analysis Areas_ - Some types of land use changes are relatively common in portions of the southern analysis areas, but rare in the remainder of the existing ABB range. For example, oil and gas development can have locally significant impacts to habitat in portions of the southern analysis areas; however, overall permanent impacts to ABB habitat are less than 1% of available habitat in the southern analysis areas and relatively minor compared to agriculture or urban expansion (see section 3.2 for addition discussion on oil and gas). Under scenario 1, the Industry Conservation Plan would continue to provide off-setting mitigation for oil and gas impacts that would provide large blocks of managed habitat with long-term protection.

For all three southern analysis areas, the primary land uses are related to agriculture. Agricultural land uses and urban expansion are predicted to have some impacts to ABB habitat over time, but the impacts affect a relatively small percentage of the analysis areas. There are no changes anticipated in condition categories for future habitat, population factors or resiliency under scenario 1 for land use changes alone (Table 5-9). There are some urban areas in the Southern Plains analysis areas, but they are not near any areas of ABB concentrations or the concentrations near urban areas are on protected lands that would not be affected by urban expansion. Most of these analysis areas are rural and any changes in rural land uses are expected to be minor under scenario 1.

FWS001452

**Table 5-9.** Current and Future resiliency of American burying beetle analysis areas based on future habitat and population factors under Scenario 1.

| Scenario 1 - Continued Rates of Land Change and High Protection/Management | | | | | | |
|---|---|---|---|---|---|---|
| | | Future Habitat Factors | | Future Population Factors | | |
| Analysis Area | CURRENT Resiliency | Available Habitat | Protected Areas & Management | Relative Abundance | Population Distribution | FUTURE Habitat/Population Resiliency |
| Niobrara River | Moderate | Good | Poor | Fair | Fair | Moderate |
| Sand Hills | High | Good | Good | Good | Good | High |
| Loess Canyons | Moderate | Fair | Poor | Fair | Fair | Moderate |
| Flint Hills | Moderate | Good | Good | Poor | Fair | Moderate |
| Arkansas River | High | Good | Good | Fair | Good | High |
| Red River | Low | Good | Poor | Poor | Poor | Low |
| New England | Moderate | Poor | Poor | Fair | Fair | Moderate |

### *Northern Plains Analysis Areas*

For all three Northern Plains analysis areas, there are no changes anticipated in condition categories for future habitat, population factors or resiliency under scenario 1 for land use changes alone (Table 5-9). There are few urban areas in the Northern Plains analysis area. Most of these analysis areas are rural and any changes in rural land uses are expected to be minor under scenario 1. The combined impacts of urban expansion and conversion to cropland are expected to affect only about 1-3 % of the suitable habitat in each analysis area. Not all of the land use changes are likely to occur in suitable habitat so the actual impacts are likely to be less than the percentages described above.

This assessment of land use effects includes cautions due to our limited ability to quantify some potential future effects. For example, uncommon increases in crop prices could increase incentives for conversion of grassland to row crops to levels beyond the assumptions used in this scenario. Also, recent development and potential expansion of wind energy projects could add to impacts from other land use changes. The construction of wind turbines, roads, and powerlines has direct permanent habitat impacts and fragments the remaining habitat. The operation of wind turbines also has potential for direct take through ABB collisions with the blades. The collisions of blades with birds and bats could increase the abundance of carcasses and attract ABBs to the area. Indirect effects include changes to potential carrion populations, carrion availability, and abundance of potential competing scavengers such as skunks, raccoons, opossums, coyotes, and crows. The combination of fragmented habitat and collision-related carcasses could attract more scavengers and increase competition with ABBs for carcasses. Another potential indirect effect

123

is the increased potential for conversion of grassland to row crops due to improved road access and available electrical power lines for running electric pumps for irrigation.

Future land use effects related to wind power were not factored into scenario 1 because we did not have estimates of future development or total areas that may be affected by wind projects and there are no studies available to evaluate the actual effects of wind projects on ABBs. The current area of wind projects is relatively small and there are 6,471 wind turbines registered in the Northern Plains Analysis Areas, but we do not know what areas, or what percentage of the suitable habitat in Northern Plains analysis areas may be affected by wind projects in future years.

### *New England Analysis Area*

The current resiliency of the analysis area is considered moderate due to the limited area of  potential habitat (considered poor condition), relatively good distribution, and moderate ratios of positive to negative surveys (compared to other analysis areas, see Table 4-3).

Block Island is considered to have moderate resiliency with active management. Nantucket is a reintroduced population with lower resiliency with lower ratios of positive to negative surveys, but relative abundance and resiliency can be maintained with continued provisioning and active management. Land use changes and effects to ABBs are predicted to be relatively minor through 2099 because over 41% of Block Island and 33% of Nantucket Island habitat is protected. No conversion to cropland is expected in this analysis area and the only anticipated habitat impacts due to land uses is a 20% net increase in urban acres relative to existing conditions (see discussion in section 5.2.1.2). Urban expansion is expected to impact about 326 additional acres on Block Island and 438 additional acres on Nantucket Island by 2099 under scenario 1. The impacts due to urban expansion are anticipated to be partially offset by increases in protected lands. The current resiliency (moderate) would be maintained under scenario 1, largely due to active management.

### 5.3.1.2 Representation

Geographic distribution of occupied and potentially suitable habitat and genetic information is being used to describe representation for the ABB. Under Scenario 1, with all analysis areas maintaining their existing resiliency, the breadth of genetic diversity within and among

FWS001454

populations and the ecological diversity (also called environmental variation or diversity) of populations across the species' range are not likely to be reduced (relative to current conditions).

## 5.3.1.3 Redundancy

For the ABB, we are using the number and geographic distribution of populations (measured through survey data) and of occupied and potentially suitable habitat, as described by survey data and geospatial analyses, to measure redundancy. Current redundancy is 8-9 'populations', three in the Southern Plains (Arkansas River, Red River, and Flint Hills), three in the Northern Plains (Niobrara, Sandhills, and Loess Canyons), two within the New England Analysis Area (Block Island and Nantucket) and one in Missouri. Introduced populations in Missouri and Ohio could increase the redundancy if they are successful. The Missouri reintroduction is relatively new, but appears to be successful and could be considered another population under scenario 1 with continued management. Scenario 1 could have minor effects to the distribution of populations, but the changes in land uses should not extirpate any populations and future redundancy would be maintained with existing number of populations. The future redundancy could be reduced if the Red River population continues to decline and does not recover, but the relatively recent decline cannot all be attributed to land use changes.

## 5.3.1.4 Summary of Viability for Scenario 1

For all analysis areas, there are no changes anticipated in condition categories for future habitat, population factors or resiliency under scenario 1 for land use changes alone (Table 5-9). Agricultural land uses and urban expansion are predicted to have some impacts to ABB habitat over time, but the impacts affect a relatively small percentage of the analysis areas. There are some urban areas in the Southern Plains analysis areas, but they are not near any areas of ABB concentrations or the concentrations near urban areas are on protected lands that would not be affected by urban expansion. Most of these analysis areas are rural and any changes in rural land uses are expected to be minor under scenario 1. Not all of the land use changes are likely to occur in suitable habitat so the actual impacts are likely to be less than the percentages described for each analysis area. The land use changes under scenario 1, (with high protection/management or best case) would result in only minor reductions relative to the current viability and population resiliencies. Future ABB representation and redundancy should not be affected by scenario 1 out to 2099.

## 5.3.2 Scenario 2 – Accelerated Rate of Land Change, Low Management

Under this scenario, land use changes are increased and there is no intentional management for ABBs. Management for ABBs would continue at existing mitigation banks because they are obligated and funded to do that, but there would be no expansion of existing banks and no new

125

banks would be established. Some land management for other species or other purposes may directly or indirectly benefit ABBs, but no specific management for ABBs would be initiated or maintained (except at existing mitigation banks). No new reintroductions would be attempted and management for ABBs would not continue at current reintroduction sites. No monitoring or supplementation of carcasses (such as the current practices in New England) would occur. All urban areas in the Northern and Southern Plains analysis areas are buffered by a 20 % net increase and New England is buffered by 30% net increase in urban acres for predicting land use changes by 2099. All three analysis areas in the Northern Plains assumed a 30% net increase in agricultural conversion to row crop by 2099. Southern analysis areas assumed a net 5% increase in permanent habitat loss due to agricultural land use changes. To assess temporary impacts of agricultural impacts we assumed 60% of the conditional lands in the southern analysis areas could be affected by high grazing pressure during droughts, conditional lands would be at least temporarily changed to unfavorable lands.

Uncertainties are addressed in each appropriate section, but a summary of uncertainties for Scenario 2 include:

- The land use changes are variable between and within the analysis areas, but rates of changes used were estimated using the best available information and assumed to represent the entire Northern and Southern Plains areas.
- Land use changes are variable over time and can fluctuate due to market and economy conditions. The rates used for this scenario are based on current and previous rates of change.
- The percent of conditional lands that are suitable habitat can change due to land use practices, intensity of the uses, and weather conditions during the growing season.
- Population abundance and distribution assessments are based on ABB survey results and survey effort is limited in portions of the range.

## 5.3.2.1 Resiliency

*Southern Plains Analysis Areas*

<u>*Red River Analysis Area*</u>

<u>Habitat-</u> The 3,251,894 total acres and 2,678,406 suitable acres (combined favorable, conditional and marginal land cover types, see Table 4.1) is large enough to maintain ABB populations, but relatively small compared to other analysis areas. Of the total analysis area, favorable habitat comprises 39%, conditional habitat 37%, and marginal habitat 6%, while the remaining 18% is considered unsuitable. Urban expansion is expected to impact 19,799 acres (0.7%) of suitable habitat and long-term agricultural changes are expected to impact 7,517 acres (0.3% of suitable

126

habitat) under this scenario by 2099. Assuming 60% of the conditional lands could be affected by high grazing pressure and hay production during droughts, 724,163 acres (27% of suitable habitat) of conditional lands would be at least temporarily changed to unfavorable lands. This could change the condition for available habitat from the current good condition to fair in some years. The combined losses of urban expansion, and long-term agricultural changes are 27,316 acres and would not change the current condition, but dry conditions, the additional 724,163 acres of temporary impacts to conditional habitat brings the total impacted acres to 751,479 (28% of the suitable acres) and reduces suitable habitat acres to less than 2,000,000. Not all of the land use changes are likely to occur in suitable habitat so the actual impacts are likely to be less than the percentages described above.

Protected Areas- This analysis area has 123,779 acres of managed and 23,997 acres of multi-purpose protected lands. Protected areas include U.S. Forest Service, Department of Defense, USFWS National Wildlife Refuge, ODWC wildlife management area lands. Some areas formally supported ABBs, but positive surveys have documented presence on only one of these lands since 2008 (see Table 4-2 Protected Lands). Some of these areas would be managed for other wildlife in ways that would benefit ABBs, but no management is specifically for ABBs. The habitat factor condition for protected areas is not expected to change under scenario 2 and would remain fair.

Relative Abundance - This analysis area has a low ratio of positive to negative surveys with no concentrations in the last 10 years (See Table 4-3 and Figure 4-13 for a comparison of survey trends over the last 15 year time frames). The Red River Analysis Area formerly supported areas with good ABB catch rates in the southeastern portion, but positive/negative ratios and catch rates have declined since the early 2000s. Camp Maxey in Texas supported good positive/negative ratios in 2005, but those declined through 2008. No positive surveys have been documented in the Arkansas or Texas portions within the last 7 years and only a few positive surveys are known in Oklahoma since 2006. The relatively recent decline in relative abundance cannot all be attributed to land use changes. Survey effort has been relatively low in recent years, but ratios of positive to negative surveys are far below all other analysis areas and rated as poor with or without any future land use changes. ABBs also disappeared from protected areas with no significant land use changes. The declines in relative abundance occurred over a 3-5 year period and it is unlikely that land use changes occurred on a scale that could account for the reduced relative abundance. It is possible that the relative abundance could recover to some degree, but scenario 2 does not propose land management to support a recovery. The scenario 2 level of land use changes in the portions of this analysis area that still support ABBs could possibly reduce the remaining abundance, but the current rating is considered poor and under Scenario 2 land use changes, relative abundance would remain poor (see Table 5-10).

127

Population Distribution - Distribution is currently poor with only a few positive surveys in the western and central portions of the Red River Analysis Area in the last 7 years. The relatively recent decline in distribution cannot all be attributed to land use changes and ABBs also disappeared from protected areas with no land use changes. Land use changes in the few portions of this analysis area that still support ABBs could possibly reduce the remaining distribution, but the current distribution was considered poor and under Scenario 2 land use changes, distribution would likely continue to be poor in the future.

Summary of Land Use Effects on the Red River Analysis Area – There are minor changes, relative to the existing conditions (see Table 4-5 and 5-11), anticipated in condition categories for future habitat, but other habitat or population factors do not change. Resiliency does not change under scenario 2 for land use changes alone. There are no major urban areas in this analysis area and any changes in rural land uses are expected to be relatively minor. The current resiliency for this analysis area is poor and land use changes may impact some of the remaining ABBs, but the land use changes alone under scenario 2 are not likely to extirpate ABBs from this analysis area. The future resiliency under scenario 2 with land use changes alone would remain low (see Table 5-11).

**Table 5-10.** Future resiliency of Red River Analysis Area based on projected habitat and population factors under scenario 2 out to 2099.

| Red River Analysis Area | | | | | |
|---|---|---|---|---|---|
| SCENARIO 2 - Increased Rates of Land Change and Low Protection/Management | | | | | |
| | Future Habitat Factors | | Future Population Factors | | |
| CURRENT Resiliency | Available Habitat | Protected Areas & Management | Relative Abundance | Population Distribution | FUTURE Habitat/Population Resiliency |
| LOW | Good to Fair | Fair | Poor | Poor | LOW |
| See Chapter 4 for narrative | Large area, but suitable habitat reduced to less than 2 million acres during drought years. | Presence documented on one existing protected lands since 2008. 3rd lowest total acres compare to other AAs | Significant decline of ABB captures in the last 10 years, decline is expected to continue and not necessarily related to land use changes. | Population distribution currently poor and future land use changes could reduce distributions further. | Higher rates of land use change and low protection and management is not expected to change the resiliency of ABBs within this analysis area. |

*Arkansas River Analysis Area*

Habitat – The Arkansas River Analysis Area is the largest of the seven analysis areas. This analysis area contains 17,753,431 total acres and 14,470,603 suitable acres (combined favorable, conditional and marginal land cover types, see Table 4-1). Of the total analysis area, favorable habitat comprises 46%, conditional habitat 33%, marginal habitat 3% and unsuitable habitat is 18.2%. Urban expansion (20% net increase) is expected to impact 156,930 acres and long-term

128

agricultural changes (5% net increase) are expected to impact 21,149 acres under this scenario by 2099. Effects to habitat associated with extended droughts, would tend to increase grazing pressure on pasture lands and reduce the ABB habitat conditions on a large, but unknown, percentage of the conditional land covers. As an example, assuming up to 60% of the conditional lands could be affected by high grazing pressure and hay production during droughts, 3,552,553 acres of conditional lands would be at least temporarily changed to unfavorable lands. However, the resiliency for this analysis area is not as sensitive to conversions from conditional to unfavorable lands because it is large and has 8,134,009 acres of favorable habitat. This would not change the resiliency condition of good for available habitat in this analysis area, because the combined losses of urban expansion, long-term agricultural changes, and conditional habitat impacted during droughts (3,730,632 acres or about 26% of the suitable habitat) still leaves about 10,739,971 acres of suitable habitat. Not all of the land use changes are likely to occur in suitable habitat so the actual impacts are likely to be less than the percentages described above.

Protected Areas- The Arkansas River Analysis Area includes1, 486,002 acres of managed and 933,608 acres of multi-purpose protected lands. Protected areas include multiple federal, state and private areas and many are known to support ABBs, (see Table 4-2 Protected Lands). Several large DOD lands support large populations of ABBs and these areas are likely to remain protected into the future. The habitat factor condition for protected areas is not expected to change under scenario 2 land use changes and would remain good.

Relative Abundance - This analysis area has a fair ratio of positive to negative surveys (26%) with several areas of concentrated positive surveys in the last 15 years (Figure 4-12, year timeframe Table 4-3 for positive to negative ratios.). Trends have demonstrated strong fluctuations, with good recovery following periodic depletions over the last 15 years. Land use changes in scenario 2 are not expected to change relative abundance much in areas of concentrations and several large DOD and other protected areas have relatively high positive to negative ratios in most years. The highest known concentrations of ABBs (within the Southern Plains) are in this analysis area. The current ratio is near the bottom of the fair category and land use changes could cause this to fall into the poor category. The ratio depends strongly on what portion of the surveys are conducted in areas of concentrations versus areas with lower densities. Most of the annual surveys are conducted for proposed projects and are highly variable in location.

Population Distribution - The distribution is currently good with some positive surveys in all portions of the analysis area and scattered concentrations of positive surveys in all but the northeastern portion. The areas of concentrated positive surveys are not contiguous and may illustrate areas of habitat fragmentation, but most of the concentrated areas are not widely separated (see Figure 4-12). Land use changes in scenario 2 are not likely to significantly affect the overall distribution or change the rating of good because areas of concentrations are not near

129

urban areas or are protected lands. ABB concentrations are in areas that are not conducive to intensive agricultural use due to topography and soils. ABBs distribution would continue to represent the east, south and western portions of the analysis area. However, some areas of concentration may become more isolated from others. Continued fragmentation near Tulsa, OK, could potentially create an area of unsuitable habitat that would isolate the ABBs in the Flint Hills Analysis Area from the Arkansas River Analysis Area.

Summary of Land Use Effects on the Arkansas River Analysis Area – There could be minor changes for future relative abundance and distribution relative to the existing conditions (see Table 4-5 and 5-11), under scenario 2 land use changes. There are urban areas in this analysis area, but they are not near most areas of ABB concentrations or there are protected lands that would limit urban growth. Most of this analysis area is rural and any changes in rural land uses are expected to be minor in the current areas of ABB concentrations. The combined permanent loss of habitat due to urban and agricultural expansion (178,079 acres) is minor in this large analysis area.

**Table 5-11.** Future resiliency of Arkansas River Analysis Area based on projected habitat and population factors under scenario 2 out to 2099.

| Arkansas River Analysis Area | | | | | |
|---|---|---|---|---|---|
| SCENARIO 2 - Increased Rates of Land Change and Low Protection/Management | | | | | |
| | Future Habitat Factors | | Future Population Factors | | |
| CURRENT Resiliency | Available Habitat | Protected Areas & Management | Relative Abundance | Population Distribution | FUTURE Habitat/Population Resiliency |
| HIGH | Good | Good | Fair | Good | HIGH |
| See Chapter 4 for narrative | Largest amount of suitable habitat of the seven analysis areas. Even with high rates of land use change, amount favorable habitat will remain high. | Over 2 million acres of protected lands, including conservation banks for the ABB | Highest known concentration of ABB within Southern Plains AAs is in this area. Periodic annual decline show strong rebounds. | ABB distributions spread out throughout most of this, relatively large area, with some fragmentation. Not expected to significantly change. | Higher rates of land use change and low protection and management is not expected to change the resiliency of ABBs within this analysis area. |

*Flint Hills Analysis Area*

Habitat - There are 3,706,908 total acres and 2,846,079 suitable acres (combined favorable, conditional and marginal land cover types, see Table 4-1), making this a small-medium sized area relative to other analysis areas. Of the total analysis area, favorable habitat comprises 18%, conditional habitat 58%, marginal habitat 0.1% and unsuitable is 23.2%. Conditional habitat is a large percentage of the total area and makes it relatively sensitive to changes in land uses. Urban expansion (20% net increase) is expected to impact 26,940 acres and long-term agricultural changes (5% net increase) are expected to impact 13,958 acres under this scenario by 2099. A

130

large percentage of this analysis area is affected by frequent large-scale prescribed burns that can occur on nearly an annual basis. Burning is beneficial to ABB habitat if the frequency is reduced to every 3-5 years to allow recovery of habitat for potential carrion species like cotton rats, but annual burning of large areas can reduce habitat suitability for these species. Burning of pastures to improve grazing conditions is likely to continue in the future, but annual burning may be reduced or more restricted relative to existing conditions, due to concerns for air quality, human health, liability, property and safety. Effects to habitat associated with droughts (see section 3.2 and 3.8), would tend to increase grazing pressure on pasture lands and reduce the ABB habitat conditions on a large percentage of the conditional land covers. Assuming 60% of the conditional lands could be affected by high grazing pressure/mowing for hay, 1,291,876 acres of conditional lands would be at least temporarily changed to unfavorable lands. This could change the condition for available habitat from the current good condition to fair (Table 5-12) in some years. The combined losses of urban expansion, and long-term agricultural changes are 40,898 acres and would not change the current condition, but during drought years, the additional 1,286,525 acres of temporary impacts to conditional habitat brings the total impacted acres to 1,332,774 (47% of the suitable acres) and reduces suitable habitat acres to less than 2,000,000. Under scenario 2, these habitat losses/impacts would change the condition category to fair for available habitat in this analysis area, because the combined losses of urban expansion, long-term agricultural changes, and intensive use of conditional habitat reduce suitable habitat acres to less than 2,000,000, but greater than 1,000,000 (see Table 4-4and 5-12). Not all of the land use changes are likely to occur in suitable habitat, so the actual impacts are likely to be less than the percentages described above.

Protected Areas- There are 133,196 acres of managed, 52,114 acres of multi-purpose and about 43,000 acres of tribal protected lands. Protected areas include federal, state, tribal and private areas and many are known to support ABBs, (see Table 4-2 Protected Lands). The ABB is known to occur at several wildlife management areas, and a large TNC prairie preserve. Protection for these areas is likely to continue through 2099 and beyond. ABB habitat on these lands would not be managed directly for ABBs, but management for other species would maintain habitat conditions in the future under this scenario (see Table 5-12).

Relative Abundance - This analysis area has a relatively low ratio of positive to negative surveys with relatively large fluctuations between years. Reports for 2016 indicate more positive surveys and a higher ratio of positives. See Figure 4-12 for the last 15 year time frame, and Table 4-3. Trends at the Tall Grass Prairie Preserve and surrounding areas have demonstrated strong fluctuations, but with good recoveries over the last 10 years. Future land use changes are not expected to change the survey ratios or relative abundance. Current and future ratios of positive to negative surveys are rated as poor (see Table 5-12).

<u>Population Distribution</u> - The Distribution is currently fair with some recent positive surveys in the southern 2/3 of the analysis area and one concentration of positive surveys. The survey effort in portions of this analysis area is limited (see Figure 4-12).  Future distribution would be expected to be similar to existing distributions but could improve with more surveys (see Table 5-12).

<u>Summary of Land Use Effects on the Flint Hills Analysis Area -</u>There are minor changes, relative to the existing conditions (see tables 4-5 and 5-12), anticipated in condition categories for future habitat factors, but no change in the overall resiliency for the Flint Hills Analysis Area under scenario 2 (land use changes alone). There are no large urban areas in this analysis area and any changes in rural land uses are expected to be relatively minor. This analysis area is on the western edge of the ABB range, has relatively low ratios of positive to negative surveys, and some portions may be relatively marginal habitat due to poor soils and limited precipitation. Continued management/protection on some large blocks of higher quality habitat/protected lands may be important in maintaining ABB population resiliency in this analysis area.

**Table 5-12.** Future resiliency of Flint Hills Analysis Area based on projected habitat and population factors under scenario 2 out to 2099.

| Flint Hills Analysis Area | | | | | |
| --- | --- | --- | --- | --- | --- |
| SCENARIO 2 - Increased Rates of Land Change and Low Protection/Management | | | | | |
| | Future Habitat Factors | | Future Population Factors | | |
| CURRENT Resiliency | Available Habitat | Protected Areas & Management | Relative Abundance | Population Distribution | FUTURE Habitat/Population Resiliency |
| MODERATE | Fair | Good | Poor | Fair | MODERATE |
| See Chapter 4 for narrative | Still large enough to maintain ABB population, but suitable habitat reduces to less than 2 million acres during dry years. | Over 200,000 acres of protected lands, most with documented ABB presence. | This area has a low relative abundance and is expected to remain in this condition | No significant changes to population distrubutions anticipated in this area. | Higher rates of land use change and low protection and management is not expected to change the resiliency of ABBs within this analysis area. |

*Northern Analysis Areas*

<u>*Loess Canyons Analysis Area*</u>

<u>Habitat-</u> There are 2,759,065 total acres and 1,678,054 suitable acres (combined favorable, conditional and marginal land cover types, see Table 4-1), which is a small area relative to other analysis areas. Of the total analysis area, favorable habitat comprises 29.7%, conditional habitat 30.8%, marginal habitat 0.3% and unsuitable is 38.8%. Conditional habitat is 30.8% of the total

area, but conditional habitats in northern analysis areas are less affected by grazing. Grazing is the primary land use on most of the existing suitable ABB habitat and grazing does not appear to negatively affect habitat suitability in northern analysis areas like it does in southern areas. Conversion of grasslands to cropland is a future threat to suitable habitat. Based on the potential rates of conversion, we expect a 30% percent net increase in cropland (246,920 acres) by 2099 under scenario 2. Urban expansion (20% net increase) is expected to impact 13,538 acres. The combined losses of urban expansion, and long-term agricultural changes (260,458 acres) are 15.5% of the suitable acres and do not reduce suitable habitat acres to less than 1,000,000. However, without active grassland management and prescribed fire, large areas of suitable habitat (at least another 30% or 503,416 acres, of the current suitable acres by 2099) are predicted to be impacted by dense stands of invasive red cedar and this habitat condition is unfavorable for ABBs and carrion sources (Walker and Hoback 2007, pages 297-298). The combination of cedar invasion, conversion of grassland to cropland, urban expansion and other land use changes is predicted to reduce suitable habitat to less than 1,000,000 acres in this relatively small analysis area. Land use changes under this scenario would change the condition to poor for available habitat in this analysis area (see Table 5-13).

Protected Areas – There are 15,342 acres of managed and 3,843 acres of multi-purpose protected lands. This area and percentage of protected lands is very low relative to most analysis areas. Protected areas are known to support ABBs, (see Table 4-2 Protected Lands). ABB habitat on these lands would not be managed for ABBs, but management for other species may indirectly maintain habitat conditions in some areas under this scenario. Relatively few areas are managed for ABBs currently so the current condition of poor is likely to continue under scenario 2 land use changes.

Relative Abundance - This analysis area has a fair ratio of positive to negative surveys (29.8%, See Figure 4-12 for the last 15 year time frame, and Table 4-3). Trends in survey ratios have demonstrated fluctuations with declines during droughts, but with good recoveries over the last 10 years in normal to wet years. Future land use changes are expected to change relative abundance in most areas under scenario 2. Relatively large areas of suitable habitat will become unfavorable through 2099 under scenario 2 land use changes. Suitable habitat in portions of the Loess Canyons Analysis Area would become more fragmented and reduce the ratio of positive to negative surveys.

Population Distribution - The distribution is currently fair with one relatively large contiguous concentration of positive surveys in the center of the analysis area (see Figure 4-12). The future distribution would be expected to become more fragmented due to red cedar invasion and conversions of grassland to croplands in some locations, but remain fair-poor by 2099.

FWS001463

<u>Summary of Land Use Effects on the Loess Canyons Analysis Area</u> - The current resiliency of the analysis area is considered moderate due to the fair habitat availability and area of native habitat, fair distribution, and fair ratios of positive to negative surveys (compared to other analysis areas, see Table 4-3). There are no large urban areas in this analysis area and any changes in rural land uses are expected to allow sufficient areas of suitable habitat to maintain ABB populations. However, future land use under scenario 2 includes low levels of protection and management for ABBs and habitat. Without active grassland management and prescribed fire, large areas of suitable habitat are expected to be impacted by dense stands of invasive red cedar and this habitat condition is unfavorable for ABBs and carrion sources (Walker and Hoback 2007, pages 297-298). The combination of cedar invasion, conversion of grassland to cropland, and other land use changes is predicted to reduce suitable habitat to less than 1,000,000 acres. The area is also sensitive to droughts because most of it does not have the high water table like the Sandhills to maintain soil moisture. ABB populations appear to fall to low numbers (low catch rates) during extended droughts in the Loess Canyons and this population is isolated from other populations (see Table 4-5 and 5-13). Declining conditions, (from moderate to low) are anticipated for future resiliency under scenario 2 for land use changes alone.

**Table 5-13.** Future resiliency of Loess Canyons Analysis Area based on projected habitat and population factors under scenario 2 out to 2099.

| Loess Canyons Analysis Area | | | | | |
|---|---|---|---|---|---|
| SCENARIO 2 - Increased Rates of Land Change and Low Protection/Management | | | | | |
| | Future Habitat Factors | | Future Population Factors | | |
| CURRENT Resiliency | Available Habitat | Protected Areas & Management | Relative Abundance | Population Distribution | FUTURE Habitat/Population Resiliency |
| MODERATE | Poor | Poor | Poor | Fair | Low |
| See Chapter 4 for narrative | Suitable ABB habitat would decline due to expansion of invasive red cedar and conversion of grassland to row crop land use | Less than 20,000 acres of protected lands; future protection and management is considered poor relative to other areas. | Fair ratio of positive to negative surveys but drought and habitat impacts would affect relative abundance in the future. | One relatively large concentration which may change due to future land use. | Higher rates of land use change with low protection and management is expected to change the resiliency of ABBs within this analysis area. |

*Sandhills Analysis Area*

<u>Habitat -</u> There are 10,819,170 total acres and 8,633,685 suitable acres (combined favorable, conditional and marginal land cover types, see Table 4-1). Of the total analysis area, favorable habitat comprises 9.9%, conditional habitat 69.7%, marginal habitat 0.2% and unsuitable is 20.2%. This analysis area has the second largest area of suitable habitat of the seven analysis areas. Conditional habitat is nearly 70% of the total area, but conditional habitat in northern analysis areas are less affected by grazing or mowing. Grazing is the primary land use on most of

FWS001464

the existing suitable ABB habitat and grazing does not appear to have the same negative affect on habitat suitability in northern analysis areas as it does in southern areas (see section 3.1). Conversion of grasslands to cropland is a future threat to suitable habitat. Based on the rates of conversion in past years, we expect a 30% percent net increase in cropland (430,255 acres) by 2099 under this scenario. Urban expansion (20% net increase) is expected to impact 24,850 acres by 2099. This would not change the resiliency condition of good for available habitat in this analysis area, because the combined losses of urban expansion and long-term agricultural changes (455,105 acres) are 5.3% of the suitable acres and do not reduce suitable habitat acres to less than 2,000,000 (see Table 5.3). Not all of the land use changes are likely to occur in suitable habitat so the actual impacts are likely to be less than the percentages described above.

Protected Areas – There are 393,983 acres of managed and 24,633 acres of multi-purpose protected lands in this analysis area. Protected areas are known to support ABBs, (see Table 4-2 Protected Lands), but some large areas of state and federal forest lands have very low catch rates for ABBs. The Valentine National Wildlife Refuge is the only large block of protected lands in this analysis area with relatively good numbers of ABBs, but smaller protected areas near the Niobrara River also have ABBs (W. Hoback, Oklahoma State University, pers. comm., January 22, 2018). ABB habitat on these lands would not be managed for ABBs, but management for other species may indirectly maintain habitat conditions in some areas under this scenario. Relatively few areas are managed for ABBs, so the current condition of good is likely to continue under scenario 2 land use changes.

Relative Abundance - This analysis area has the highest ratio of positive to negative surveys. See Figure 4-12 for the last 15 year time frame, and Table 4-3. Trends have demonstrated fluctuations, but with good recoveries over the last 10 years. Future land use changes under scenario 2 could have local effects, but are not expected to change the relative abundance condition of good for this analysis area.

Population Distribution - Distribution is currently good with some positive surveys in all portions of the analysis area and one large contiguous concentration of positive surveys (see Figure 4-12). The future distribution would be expected to become more fragmented due to conversions of grassland to croplands in some locations, but the overall distribution in the Sandhills Analysis Area would not be affected by future land use changes and should remain good by 2099. Expansion of wind farms in this analysis area could increase fragmentation and adversely affect future distribution.

Summary of Land Use Effects on the Sandhills Analysis Area - The Sandhills Analysis Area includes 10,819,170 total acres in northcentral portions of Nebraska. The current resiliency of the analysis area is considered high due to the large area of  native habitat, good distribution, and high ratios of positive to negative surveys (compared to other analysis areas, see Table 4-3). The

land use changes in scenario 2 may have some local impacts, but appear to be relatively minor in this large analysis area. There are no changes, relative to the existing conditions (see Table 4-5 and 5-14), anticipated in condition categories for future habitat or population factors or resiliency under scenario 2 for land use changes alone. There are no large urban areas in this analysis area and any changes in rural land uses are expected to allow sufficient areas of suitable habitat (about 94% of existing) to maintain ABB populations and are not expected to change the resiliency of the Sandhills Analysis Area.

However, this assessment of land use effects is qualified by our limited ability to quantify some potential future effects. For example, uncommon increases in crop prices could increase incentives for conversion of grassland to row crops to levels beyond the assumptions used in this scenario. Also, recent development and potential expansion of wind energy projects could add to impacts from other land use changes. The construction of wind turbines, roads, and powerlines has direct permanent habitat impacts and fragments the remaining habitat. The operation of wind turbines also has potential for direct take through ABB collisions with the blades. The collisions of blades with birds and bats could increase the abundance of carcasses and attract ABBs to the area. Indirect effects include changes to potential carrion populations, carrion availability, and abundance of potential competing scavengers such as raccoons, opossums, coyotes, and crows. The combination of fragmented habitat and collision-related carcasses could attract more scavengers and increase competition with ABBs for carcasses. Another potential indirect effect is the increased potential for conversion of grassland to row crops, due to improved road access and available electrical power for running electric pumps for irrigation.

Future land use effects related to wind power development were not factored into scenario 2 because we did not have estimates of future development or total areas that may be affected by wind projects and there are no studies available to evaluate the actual effects of wind projects on ABBs. The current area of wind projects is relatively small, but we do not know what areas, or what percentage of the suitable habitat in the Sandhills or other Northern analysis areas may be affected by wind projects in future years.

FWS001466

**Table 5-14.** Future resiliency of Sandhills Analysis Area based on projected habitat and population factors under scenario 2 out to 2099.

| Sand Hills Analysis Area | | | | | |
|---|---|---|---|---|---|
| SCENARIO 2 - Increased Rates of Land Change and Low Protection/Management | | | | | |
| | Future Habitat Factors | | Future Population Factors | | |
| CURRENT Resiliency | Available Habitat | Protected Areas & Management | Relative Abundance | Population Distribution | FUTURE Habitat/Population Resiliency |
| HIGH | Good | Good | Good | Good | HIGH |
| See Chapter 4 for narrative | 2nd largest analysis area; although much of the ABB habitat is conditional and vulnerable to land use change, remaining suitable habitat after projected changes remains good. | Over 400,000 acres of protected areas which are not expected to decline as a result of projected land use change. | Highest abundance of all analysis areas, which is not expected to change significantly as a result of land use change. | Positive surveys spread throughout the analysis area with no fragmentation, which is not expected to be significantly affected by future land use. | Higher rates of land use change and low protection and management is not expected to change the resiliency of ABBs within this analysis area. |

## Niobrara River Analysis Area

Habitat - There are 4,108,903 total acres and 2,961,469 suitable acres (combined favorable, conditional and marginal land cover types, see Table 4-1). This is a medium sized area relative to other analysis areas. Of the total analysis area, favorable habitat comprises 6.4%, conditional habitat 65.3%, marginal habitat 0.4% and unsuitable is 27.9%. Grazing is the primary land use on most of the existing suitable ABB habitat and grazing does not appear to have the same negative affect on habitat suitability in northern analysis areas as it does in southern areas. Conversion of grasslands to cropland is a future threat to suitable habitat. Conversion of grasslands to cropland is a future threat to suitable habitat. Based on the rates of conversion in past years, we expect a 30% percent net increase in cropland (163,237.5 acres) by 2099. Urban expansion (20% net increase) is expected to impact 13,340 acres by 2099. This would not change the condition of good for available habitat in this analysis area, because the combined losses of urban expansion and long-term agricultural changes (net change of 176,578 acres) are 6% of the suitable acres and do not reduce suitable habitat acres to less than 2,000,000. Not all of the land use changes are likely to occur in suitable habitat so the actual impacts are likely to be less than the percentages described above. This would represent a worst case level of habitat effects related to changes in land use and the results are presented in Table 5-15.

Protected Areas – This analysis area includes 58,918 acres of managed, 33,582 acres of multi-purpose protected lands and a large area of tribal land. (see Table 4-2 Protected Lands). ABB habitat on these lands would not be managed for ABBs, but management for other species may indirectly maintain habitat conditions in some areas under this scenario. Relatively few areas are managed for ABBs so the current condition of poor is likely to continue under scenario 2 land use changes.

137

FWS001467

ABB SSA Report - February 2019

<u>Relative Abundance -</u> This analysis area has a fair ratio of positive to negative surveys (30.7) and the second highest percentage of positive surveys relative to other western analysis areas. See Figure 4-12 for the last 15 year time frame, and Table 4-3. Trends have demonstrated fluctuations, but with good recoveries over the last 10 years. Future land use changes under scenario 2 could have local effects, but are not expected to change the relative abundance condition (fair) for the analysis area.

<u>Population Distribution</u> – The distribution is currently fair with some positive surveys in all portions of the analysis area and one contiguous concentration of positive surveys (see Figure 4-12). The future distribution would be expected to become more fragmented due to conversions of grassland to croplands in some locations, but the overall distribution and concentrations in the Niobrara River Analysis Area under scenario 2 land use changes should remain fair by 2099.

<u>Summary of Land Use Effects on the Niobrara River Analysis Area</u> - The Niobrara River Analysis Area includes 4,108,903 total acres in northcentral portions of Nebraska and southcentral portions of South Dakota. The current resiliency of the analysis area is considered moderate due to the moderate area of native habitat, relatively good distribution, and fair ratios of positive to negative surveys (compared to other analysis areas, see Table 4-3). The land use changes in scenario 2 may have some local impacts with a loss of about 6% of current suitable habitat in this analysis area. There are no changes, relative to the existing conditions (see Table 4-5 and 5-15), anticipated in condition categories for future habitat or population factors or resiliency under scenario 2 for land use changes alone. There are no large urban areas in this analysis area and any changes in rural land uses are expected to allow sufficient areas of suitable habitat (about 94% of existing) to maintain ABB populations and are not expected to change the resiliency of the Niobrara River Analysis Area. However, a 6% loss of habitat in this analysis area could be a significant impact if it increases fragmentation in this relatively small analysis area. The remaining suitable habitat is only slightly above 2,500,000 acres and any new or additional impacts, combined with the scenario 2 habitat losses could affect future habitat condition factors and possibly resiliency in this analysis area.

138

FWS001468

**Table 5-15.** Future resiliency of Niobrara River Analysis Area based on projected habitat and population factors under scenario 2 out to 2099.

| Niobrara River Analysis Area | | | | | |
|---|---|---|---|---|---|
| **SCENARIO 2 - Increased Rates of Land Change and Low Protection/Management** | | | | | |
| | **Future Habitat Factors** | | **Future Population Factors** | | |
| **CURRENT Resiliency** | **Available Habitat** | **Protected Areas & Management** | **Relative Abundance** | **Population Distribution** | **FUTURE Habitat/Population Resiliency** |
| **MODERATE** | **Good** | **Poor** | **Fair** | **Fair** | **MODERATE** |
| **See Chapter 4 for narrative** | Much of the ABB habitat is conditional and vulnerable to land use change. Suitable habitat after projected changes remains good, but is close to fair level. | Over 90,000 acres of protected lands, but no lands being managed specifically for ABBs. This condition is not expected to change. | Abundace is not expected to change significanltly as a result of future land use changes. | Future conditions may become more fragmented due to land conversions, but should remain in fair condition. | Future land use is not expected to change the resiliency, but this could change with even minor additional impacts. |

*New England Analysis Areas*

The New England Analysis Area consists of two islands where ABB are known to occur: Block Island, RI and Nantucket, MA. The current resiliency of the analysis area is considered moderate due to the limited area of potential habitat, relatively good distribution, and moderate ratios of positive to negative surveys (compared to other analysis areas, see Table 4-3).

Habitat - Land use changes and effects to ABBs are predicted to be relatively minor through 2099 because about 54% of the existing suitable habitat is protected. No conversion to cropland is expected in this analysis area and the only anticipated habitat impacts due to land uses is a 30% net increase in urban acres relative to existing conditions (see discussion in section 5.2.1.2). Urban expansion is expected to impact about 488 additional acres on Block Island (out of 6,111 acres) and 656 additional acres on Nantucket Island (out of 36,321 acres) by 2099 under scenario 2. The combination of urban expansion and no management reduce the habitat condition somewhat under scenario 2, but the habitat availability was already considered poor due to the limited area on the islands (less than 1,000,000 acres). The impacts of urban expansion are significant at Block Island, in that urban areas are expected to occupy about 2,115 acres of a 6,111 acre island, but minor relative to the effects of no management. The habitat condition is considered poor under scenario 2 (Table 5-16).

Protected Areas – The impacts due to urban expansion are anticipated to be partially offset by increases in protected lands. Block Island is 6,111 acres in size, and has a large area of conservation lands (2,523 acres; 41%). Nantucket, 36,321 acres in size, is similar, with a large proportion held by land trusts or other protected status (11,934 acres; 33%). Combined there is a total of 42,431 acres with 25,865 suitable habitat acres and 14,457 acres of protected lands. The

areas of protected lands are not expected to change under scenario 2 and most of the protection is not specifically related to the ABB. The condition for protected areas is considered poor due to the limited area on the islands (less than 100,000 acres), but the percentage of protected lands for the New England Analysis Area is higher than all other analysis areas and does help protect habitat into the future. The high percentage of protected lands improves the resiliency of this analysis area.

<u>Relative Abundance</u> – Relative abundance is expected to be poor under scenario 2. The relative abundance appears to be related to the level of carcass provisioning and this management practice would be discontinued under scenario 2. The ABB population on Nantucket is not expected to survive with no management (Mckenna-Foster et al. 2016, p. 7) and the relative abundance for Block Island is expected to decline without active management.

<u>Population Distribution</u> – The future distribution of ABBs on Nantucket Island is expected to be zero and this reintroduced population is expected to fail without continued carcass provisioning (Mckenna-Foster et al. 2016, p. 7). Distribution on Block Island is expected to be similar to the existing distribution and considered fair.

<u>Summary of Land Use Effect on the New England Analysis Area</u> - The current resiliency (moderate) is largely due to the active management (especially on Nantucket Island) and reducing or eliminating the active management is likely to reduce the abundance of ABBs on Block Island and cause the extirpation of ABBs on Nantucket Island. Future resiliency is expected to be low. We are basing these assumptions on monitoring in recent years that has documented reductions in New England ABB populations with reduced management and reduced supplementation of carcasses.

FWS001470

**Table 5-16.** Future resiliency of the New England Analysis Area based on projected habitat and population factors under scenario 2 out to 2099.

| New England Analysis Area | | | | | |
|---|---|---|---|---|---|
| SCENARIO 2 - Increased Rates of Land Change and Low Protection/Management | | | | | |
| | Future Habitat Factors | | Future Population Factors | | |
| CURRENT Resiliency | Available Habitat | Protected Areas & Management | Relative Abundance | Population Distribution | FUTURE Habitat/Population Resiliency |
| MODERATE | Poor | Poor | Poor | Fair | LOW |
| See Chapter 4 for narrative | Both islands have less than 30,000 acres of suitable habitat, and impacts from future land use change is expected to be relatively minor | Nearly 14,000 acres of protected lands between both islands with effective species management. Not expected to change. | Relative abundance declines without management/provisioning, with only minor effects from future land use change. | Distribution remains fair on Block Island, but ABBs are extirpated on Nantucket with no management. Minor effects from future land use change. | Future land use has a minor effect but no management reduces the resiliency in this analysis area. |

*Summary of Land Use Change Effects on Resiliency for Scenario 2*

Southern Plains Analysis Areas – There are no changes (Table 5-17) anticipated in resiliency under scenario 2 for land use changes alone. There are some urban areas in the Southern Plains analysis area, but they are not near areas of ABB concentrations or the concentrations near urban areas are on protected lands that would not be affected by urban expansion. Some land uses such as oil and gas development can have local impacts, but are expected to affect less than 1% of the suitable habitat in southern analysis areas as a whole. Most of these analysis areas are rural and any changes in rural land uses are expected to have a relatively minor effect on ABB populations under scenario 2. The large areas of known and potential habitat in the Southern Plains tend to buffer the effects of most land use changes such as urban and cropland expansion when these changes affect such a low percentage of the suitable habitat. There is a projected combined permanent loss of 1.2% or 246,293 acres from the existing 19,995,088 acres of suitable habitat for the Southern Plains analysis areas. Our assumptions for land use changes were made to be within a potentially plausible range, but even if those percentages were increased, and the permanent loss was multiplied by 10, the losses would only amount to about 12 percent of the suitable habitat. However, some relatively large areas of suitable habitat appear to have low ratios of positive to negative surveys and land uses may make some areas relatively marginal and reduce relative abundance. Intentional management for ABBs is very limited, except on ABB conservation banks and the lack of management under scenario 2 has very little effect in the Southern Plains analysis areas.

141

<u>Northern Plains Analysis Areas</u> - There are no changes (Table 5-17) anticipated in condition categories for future habitat, population factors or resiliency under scenario 2 for land use changes alone in the Sandhills or Niobrara River Analysis Areas, but there are changes in the Loess Canyons Analysis Area. The combined impacts of urban expansion and conversion to cropland are expected to affect about 15 % of the suitable habitat and an additional 30% habitat loss (due to redcedar expansion) is expected in the Loess Canyon Analysis Area. Habitat losses due to land use changes are projected to be 5-6% in the rest of the Northern Plains Analysis Areas. Not all of the land use changes are likely to occur in suitable habitat so the actual impacts are likely to be less than the percentages described above. Most of these analysis areas are rural and changes in rural land uses are expected to have mostly negative effects, but should allow sufficient areas of suitable habitat to maintain ABB populations in most analysis areas. The projected land use changes have a greater effect on smaller analysis areas and reduce the resiliency of the Loess Canyons Analysis Area, but not the other Northern Plains analysis areas. The lack of management under scenario 2 affects the habitat availability in the Loess Canyons Analysis Area. The lack of management through brush control or prescribed fire under scenario 2 allows for expansion of red cedar in the Loess Canyons Analysis Area and greatly contributes to future declines in habitat and resiliency for the ABBs in this area. Scenario 2 land use changes are relatively close to affecting habitat availability factors for the Niobrara River and any new or additional impacts, combined with the scenario 2 habitat losses, could potentially reduce suitable habitat to less than 2,000,000 acres and affect future habitat condition factors in this analysis area.

This assessment of land use effects includes cautions due to our limited ability to quantify some potential future effects. For example, uncommon increases in crop prices could increase incentives for conversion of grassland to row crops to levels beyond the assumptions used in this scenario. Also, recent development and potential expansion of wind energy projects could add to impacts from other land use changes. The construction of wind turbines, roads, and powerlines has direct permanent habitat impacts and fragments the remaining habitat. The operation of wind turbines also has potential for direct take through ABB collisions with the blades. The collisions of blades with birds and bats could increase the abundance of carcasses and attract ABBs to the area. Indirect effects include changes to potential carrion populations, carrion availability, and abundance of potential competing scavengers such as skunks, raccoons, opossums, coyotes, and crows. The combination of fragmented habitat and collision-related carcasses could attract more scavengers and increase competition with ABBs for carcasses. Another potential indirect effect is the increased potential for conversion of grassland to row crops due to improved road access and available electrical power lines for running electric pumps for irrigation.

Future land use effects related to wind power were not factored into scenario 2 because we did not have estimates of future development or total areas that may be affected by wind projects and there are no studies available to evaluate the actual effects of wind projects on ABBs. The

142

current area of wind projects is relatively small and there are 6,471 wind turbines registered in the Northern Plains Analysis Areas, but we do not know what areas, or what percentage of the suitable habitat in Northern Plains analysis areas may be affected by wind projects in future years.

New England Analysis Areas – The future urban expansion reduces the habitat conditions somewhat under scenario 2, but the habitat availability was already considered poor due to the limited area on the islands (less than 1,000,000 acres). The impacts of urban expansion are significant at Block Island, in that urban areas are expected to occupy about 2,115 acres of a 6,111 acre island, but are minor relative to the effects of no management. Future resiliency would be expected to be fair with land use changes alone, but is considered poor without continued carcass provisioning. The current resiliency (moderate) is largely due to the active management (especially on Nantucket Island) and reducing or eliminating the active management is likely to reduce the abundance of ABBs on Block Island and cause the extirpation of ABBs on Nantucket Island. Condition categories for future population factors and resiliency are reduced under scenario 2 due to a lack of active management (Table 5-17).

**Table 5-17**. Current and Future resiliency of American burying beetle analysis areas based on future habitat and population factors under Scenario 2.

| Analysis Area | CURRENT Resiliency | Combined (Urban and Long-Term Agriculture) Land Changes* (acres) | Available Habitat | Protected Areas/ Management | Relative Abundance | Population Distribution | FUTURE Habitat/Population Resiliency |
|---|---|---|---|---|---|---|---|
| | | **Future Habitat Factors** | | | **Future Population Factors** | | |
| *Northern Plains* | | | | | | | |
| Niobrara River | Moderate | -901,781 | Good | Poor | Fair | Fair | Moderate |
| Sand Hills | High | -2,614,956 | Good | Good | Good | Good | High |
| Loess Canyons | Moderate | -1,020,370 | Poor | Poor | Poor | Fair | Low |
| *Southern Plains* | | | | | | | |
| Flint Hills | Moderate | -134,596 | Fair | Good | Poor | Fair | Moderate |
| Arkansas River | High | -229,284 | Good | Good | Fair | Good | High |
| Red River | Low | -80,145 | Good-Fair | Fair | Poor | Poor | Low |
| *New England* | | | | | | | |
| New England | Moderate | -1,142 | Poor | Poor | Poor | Fair | Low |
| *does not include temporary changes to conditional habitat | | | | | | | |

Scenario 2 - Increased Rates of Land Change and Low Protection/Management

## 5.3.2.2 Representation

Under Scenario 2, the breadth of genetic diversity within and among populations and the ecological diversity (also called environmental variation or diversity) of populations across the species' range could be reduced with accelerated levels of land use changes and no management. The relative abundance and resiliency of the New England populations will be reduced and the genetic diversity represented by this analysis area is at much greater risk. The population on

143

FWS001473

Block Island would have low resiliency and Nantucket Island would no longer support ABBs without continued management. The genetics of New England ABBs appears to be unique and may be the only remaining representation of eastern ABB populations.

## 5.3.2.3 Redundancy

For the ABB, we are using the number and geographic distribution of populations (measured through survey data) and of occupied and potentially suitable habitat, as described by survey data and geospatial analyses, to measure redundancy. Current redundancy is 8-9 'populations', three in the Southern Plains (Arkansas River, Red River, and Flint Hills), three in the Northern Plains (Niobrara, Sandhills, and Loess Canyons), two within the New England Analysis Area (Block Island and Nantucket) and one reintroduction in Missouri. Redundancy for this scenario would be reduced from current conditions with the loss of at least one New England island population by 2099. The Nantucket Island population is dependent on active management and will most likely not be self-sustaining under scenario 2. The Missouri reintroduction appears to be successful, but it is too early to tell if this reintroduction will be self-sustaining over any length of time without active management. The future redundancy also could be reduced if the Loess Canyons population is extirpated due low resiliency, and the Red River population continues to decline and does not recover. The future redundancy would be reduced to 7 populations under scenario 2 with the loss of the reintroduced populations at Nantucket Island and Missouri. The redundancy could possibly be reduced to 4, if the Red River population continues to decline, Loess Canyons population is extirpated, and 3 sites with active management (both the New England populations and the Missouri reintroduction) cannot maintain themselves without active management.

## 5.3.2.4 Summary of Viability for Scenario 2

The changes in land use do increase losses of suitable habitat, but most analysis areas in the Northern and Southern Plains are large enough that the potential losses impact a small percentage of the suitable habitat. The losses of habitat do affect resiliency (using current criteria) in Loess Canyons and New England Analysis Areas, primarily because they are smaller analysis areas. The scenarios lack of management for ABBs has relatively little impact in the Northern and Southern Plains because few areas currently have active management for ABBs. The exceptions to this would be the Loess Canyons and New England populations and all reintroduction sites that are currently managed for ABBs. The lack of active management could reduce the resiliency of ABB populations at these sites and the resiliency of the Red River, Loess Canyons and New England Analysis Areas are expected to be low under scenario 2. The lack of management can affect habitat suitability and the Loess Canyons is affected by red cedar expansion without some form of mechanical brush control or prescribed fire. No management can also affect the species more directly and without active monitoring and continued carcass

144

FWS001474

provisioning, the New England populations are at risk. The Nantucket Island population is dependent on active management (Mckenna-Foster et al. 2016, p. 7) and will most likely not be self-sustaining under scenario 2. The Block Island population may be less dependent on carcass provisioning, but is likely to decline without management and the future resiliency of the New England Analysis Area is considered low. The Missouri reintroduction appears to be successful, but it is too early to tell if this reintroduction will be self-sustaining over any length of time without active management.

The viability of the ABB is reduced under scenario 2 (relative to the current status) with resiliency in the New England and Loess Canyons analysis areas changing from moderate to low (see Table 5-17). The potential success of reintroductions is also reduced or eliminated under a scenario with no active management. The status under scenario 2 includes two large populations with high resiliency (Arkansas River and Sand Hills Analysis Areas), two with moderate resiliency (Flint Hills and Niobrara River Analysis Areas) and three populations with low resiliency (Red River, Loess Canyons, and New England Analysis Areas). Representation and redundancy are both reduced under scenario 2 with potential losses of populations in New England, Loess Canyons, Red River, and the reintroduction site in Missouri (see Table 5-17).

## 5.4 CLIMATE CHANGE

Chapter 3 provides an overview of climate change science and how a changing climate may affect the ABB and its habitat and Chapter 4 discusses how climate change is currently affecting the species. In this chapter we assess climate change projections and how the ABB may be affected in the future.

### 5.4.1 Climate projection methods used for our analyses

The Intergovernmental Panel on Climate Change (IPCC) adopted four possible greenhouse gas emission scenarios in its fifth Assessment Report (Hartmann et al. 2013, Moss et al. 2008), which were designed to capture the range of effects of greenhouse gas emissions ranging from near-term recovery (within 100 years) to most probable worst case scenario, with two intermediate scenarios (Moss et al 2008). Each scenario represents total greenhouse gas emissions across the planet. These contributing chemicals included carbon dioxide, methane, nitrous oxide, ozone, other minor greenhouse gases, aerosols, chemically active gases, and land use/land cover.

The four Representative Concentration Pathways (RCP) scenarios (2.6, 4.5, 6, and 8.5) were designed to capture the possible ranges of climate change within the next century. In our analysis of potential climate change impacts to the American burying beetle and its habitat, we only considered two of those scenarios, RCP 4.5 and 8.5. Though those scenarios were originally

FWS001475

ABB SSA Report - February 2019

published in 2006-2007 and the final document produced by the IPCC by 2008 (Moss et al.), by 2014 global temperature had already increased by 0.8°C (1.4°F, Chapter 4). This temperature increase coincided with $CO_2$ emissions in 2014 (projected, Fuss et al. 2014) of 37.0 Gt $CO_2$. The current rate of emissions change best corresponds to the predictions of the RCP 8.5 scenario and not the lower emission scenarios (Figure 5-3). Emissions pathways that will actually occur in the future are not known and will depend on national and international policy, technology development, and other socio-economic factors. This is why typically more than one scenario is typically considered – so that a range of plausible climate futures can be evaluated.



**Figure 5-3.** "**a**, Historical emissions from fossil fuel combustion and industry (black) are primarily from the Carbon Dioxide Information Analysis Center. They are compared with the IPCC fifth assessment report (AR5) Working Group 3 emissions scenarios (pale colors) and to the four representative concentration pathways (RCPs) used to project climate change in the IPCC Working Group 1 contribution to AR5 (dark colors). **b**, The emission scenarios have been grouped into five climate categories measured in ppm $CO_2$ equivalent ($CO_2$eq) in 2100 from all components and linked to the most relevant RCP. The temperature increase (right of panel **a**) refers to the warming in the late twenty-first century (2081–2100 average) relative to the 1850–1900 average. Only scenarios assigned to climate categories are shown (1,089 of 1,184). Most scenarios that keep climate warming below 2 °C above pre-industrial levels use BECCS and many require net negative emissions (that is, BECCS exceeding fossil fuel emissions) in 2100. Data sources: IPCC AR5 database, Global Carbon Project and Carbon Dioxide Information Analysis Center." (excerpt: Fuss et al 2014)

Additionally, the analytical logistics of modeling all four scenarios resulted in our selection of only two scenarios for our analysis. The Coupled Model Intercomparison Project Phase 5 (CMIP5, http://cmip-pcmdi.llnl.gov/cmip5/) is the agency tasked with soliciting modeling groups and collecting results of global climate models based on the RCP scenarios. The CMIP5 only required modeling groups to produce climate model outputs for the RCP 4.5 and RCP 8.5 scenarios to be included in the final project. It was for this reason that many of the modeling

146

FWS001476

groups included in the CMIP5 did not even run RCP 2.6 or RCP 6.0 models. The statistically downscaled climate models used in the analyses presented here were designed so that a there was a large enough and constant set of models and variables for downscaling. The Multivariate Adaptive Constructed Analogs (MACA) modeling team was able to get a consistent set of 20 models with two scenarios for a suite of seven climate variables by only using those two, rather than three or four, scenarios (K. Hegewisch, personal communication, September 19, 2016).

All data and model values used for climatic analyses were obtained from publicly available sources. Historical climate data from the years 1981 through 2010 (including 30 year normal and yearly data) for temperature and precipitation variables were obtained from PRISM (PRISM Climate Group, Oregon State University, http://prism.oregonstate.edu, created 4 Feb 2004). All other climate data, both historical (1971 through 2000) and predictions were obtained from the MACA Statistically Downscaled Climate Data from CMIP5 at the University of Idaho. Climate forcings in the MACAv2-METDATA were drawn from a statistical downscaling of global climate model (GCM) data from the Coupled Model Intercomparison Project 5 (CMIP5, Taylor et al. 2012) utilizing a modification (Hegewisch, Abatzoglou, in prep.) of the Multivariate Adaptive Constructed Analogs (MACA, Abatzoglou and Brown, 2012) method with the METDATA (Abatzoglou, 2011) observational dataset as training data. Historical data products (1971-2000) from the MACAv2 climate forcings do not represent the actual climate or weather during the historical period for any individual year because the data is derived from model predictions for those years. However, the MACAv2 climate forcings do have the same summary statistics as the actual historical data and only those summary statistics were used for this analysis.

The variability of the future temperature projections is analyzed by comparing the mean maximum air temperatures for June-August of all 20 models with the mean outcomes of the five models yielding the highest outcomes and the five yielding the lowest projected outcomes for all analysis areas. This comparison was made for both the RCP 4.5 and 8.5 levels of emissions and an example for the Shawnee site in the Arkansas River Analysis Area is represented by Figure 5-4 below. Similar graphs for all analysis areas are included in Appendix B. Climate change predictions were extracted from the larger prediction dataset to evaluate the best (coolest) and worst (warmest) case within each emissions scenario. For each point estimate location (Table 4-4) models were ranked based on the mean maximum summer (June, July, and August) for the entire prediction period. The five warmest and five coolest, based on the rankings, models for each location were then averaged for each year to create a warm model average and a cool model average. The individual models incorporated in the two extreme subsets differed between sites and emissions scenario (Appendix B).

The mean difference between the extreme groups was used in lieu of the 20 model mean to explore how the extremes within the temperature prediction dataset would affect the

JA-463

encroachment of temperatures unsuitable to the ABB within the current ABB range. The new temperature and range maps for the two extremes were approximated by changing the classification of temperature values on the original maps in the direction and magnitude of the mean variability of the relevant mean extreme for the three analysis areas within the northern or southern plains. This modification was accomplished for the warmer and cooler extremes within both RCP 4.5 and RCP 8.5. These maps are only approximations of the effects of the temperature prediction extremes on the encroachment of temperature thresholds, because the maps are only reclassifications of the 20 model mean predictions and not the actual 5 model means.



**Figure 5-4.** Example of variability of projections from different models. The solid black line is temperatures projected by the average for all 20 models; the red line is the average of the 5 highest (warmest) outcomes; the blue line is the average of the 5 lowest (coolest) outcomes, and the dashed lines are the highest and lowest individual outcomes. (Figures G-L, Tables 3-5)

## 5.4.1.1 Maximum Summer Temperature Threshold

The temperature effects on survival, activity and reproduction all have the potential to limit the ABB range and we are not certain what is the most limiting factor, but current and historic range

148

FWS001478

conditions are assumed to represent those limitations. The Red River in southern Oklahoma/northern Texas represents the southern edge of the species' range and may represent the limits of maximum temperature conditions that can support ABBs.

The mean maximum air temperature for the Red River Area is 94.0 degrees F for the June-August, 1981-2010 time periods (Figure 5-4). The 2001-2015 mean maximum temperatures for areas near the Red River in July-August are 94-95 degrees F. We have few positive surveys in OK near this area since 2008 and no positive surveys in TX or AR near the Red River since 2008. We have no evidence to suggest that habitat conditions within this area has significantly changed, which might explain observed ABB declines in this area. Additionally, other portions of the ABB range have recovered from recent low numbers and 2016 appears to be a relatively good year for ABB catch rates in OK, but this southern edge of the range does not appear to be following that trend. It is possible that temperatures near the Red River area are at, or past a threshold that would support ABBs. This may be further supported by the fact that the species does not exist south of the Red River area, where habitat, soil conditions, and carrion availability are likely to be similar to the Red River area, leading us to believe that the southern edge of the species range is driven by this temperature or climate threshold. Historically relatively few documented ABB records are south of the Red River latitude and nearly all of these records are from coastal areas where temperatures would be moderated by the oceans. The historical mean maximum temperatures for these historical southern records near the coasts are not warmer, and in some cases cooler, than the Red River area (see Figure 5-5). The Red River area represents the warmest portion of the historical and current range and no positive ABB surveys have been documented south of this Red River analysis area latitude in over 70 years. There are no current or known historical populations of ABBS in areas with summer mean maximum temperatures that meet or exceed 95° F

Existing survey information from Ft. Chaffee (Arkansas River Analysis Area) supports the assumption that mean maximum temperatures above 95° F would adversely affect ABB populations. Monitoring of ABBs has occurred yearly from 1992 through 2016. During the sampling period, catch rates of ABBs declined from the previous year every time mean maximum temperatures exceed 95° F (N = 6). Based on this information, continued declines in catch rates and potential extirpation would be possible if mean maximum temperatures exceeding 95° F became the average during summer months and more extreme temperatures occurred more frequently. Additional discussion on ABB distributions along the southern edge of their range is found in section 3.8.2 and the Red River Analysis Area discussion in Section 4.4.2.

149



**Figure 5-5.** Mean maximum summer maximum air temperature (F) from 1981-2010. Data Source PRISM.

The taxonomy and life history of ABBs would indicate a limited ability to tolerate temperatures warmer than the 95 ° F threshold. Nicrophorus abundance and diversity are higher in cooler climates. There are no Nicrophorus species in tropical climates. Reasons for burying beetles' lack of success in southern locales include increased competition with ants, and flies, as well as increased rates of carcass decomposition. Carcass decomposition is dominated by dipteran species (true flies) and the diversity of dipteran species using carcasses increases in warmer climates. There are 15 species of Nicrophorus in the United States and Canada, but only 2 endemic to Central America and they occur at higher elevations. Based on species presence and existing climate conditions, few Nicrophorus species appear to be capable of maintaining populations in areas with average summer mean maximum temperatures exceeding the 95 ° F threshold (possibly N. carolinus, pustulatus and marginatus) and there are no Nicrophorus species in areas with average summer mean maximum temperatures exceeding 100 ° F.

150

Related to climate conditions, we recognize that precipitation, humidity, and soil moisture in combination with temperature influences ABB distribution and plan to assess those interactions, as well. But for the purpose of assessing the effects of climate changes on ABB population viability and habitat suitability, we are focusing on mean maximum temperatures during the summer months (Jun-Aug) to represent a threshold of all climate conditions that can support ABB populations. For evaluating the effects of future climate changes on the resiliency of all analysis areas, we are assuming a mean maximum temperature threshold of 95° F.

## 5.4.1.2 Nighttime Temperatures above 75 Degrees

Data analyses for climate predictions were similar to those employed for historical data (Chapter 4, Section 4.6). The metrics used were nights per year with temperatures above 75°F (likely no reproduction) and nights per year between 32°F and 60F (likely metabolically stressful with no aestivation and no foraging). Temperature data were collected using MACAv2-METDATA statistically downscaled CMIP5 climate predictions for minimum temperature (Abatzoglou, 2011 – entire; Abatzoglou and Brown, 2012 - entire). Data were collected from the same locations adjacent to cities used in Chapter 4. After the number of days for each year analyzed for each metric was calculated, those time-series for each location were explored using simple and natural log linear regression (Year was used to predict the natural log + 1 transformed day count). No trends or significant differences were observed for the metric measuring the number of nights between 32°F and 60°F for any analysis area. Geostatistical analyses were performed using ArcGIS (ArcMap version 10.3, ESRI 2011). All other analyses were performed using MS Excel (Microsoft Corporation, Redman, WA).

## 5.4.2 Resiliency under Future Climate Conditions

## 5.4.2.1 Maximum Summer Temperature Threshold

Our identification of temperature thresholds for the ABB are described in Section 5.4.1.1 above and summarized here. The temperature effects on survival, activity and reproduction all have potential limit the ABB range. The Red River in southern Oklahoma/northern Texas represents the recent southern edge of the species' range and may represent the limits of maximum temperature conditions that can support ABBs. The 2001-2015 mean maximum temperatures for areas near the Red River in July-August are 94-95 degrees F and represent current temperature conditions.

For the purpose of assessing the effects of climate changes on ABB population viability and habitat suitability, we are focusing on mean maximum temperatures during the summer months (Jun-Aug) to represent a threshold of all climate conditions that can support ABB populations.

151

FWS001481

ABB populations may be able to survive periodic or occasional years with mean maximum temperatures at or above 95° F, but areas that average mean maximum temperatures above 95° F are not likely to support populations. For evaluating the effects of future climate changes on the resiliency of all analysis areas, we are assuming a mean maximum temperature threshold of 95° F. Temperatures reported for the analysis areas below represent the mean temperature of a given 30 year time period for a given emissions scenario.

Because we do not have studies designed to determine ABB temperature threshold data, we understand that the temperature threshold could be a range of temperatures and that northern ABBs may have a lower threshold than southern ABBs that may have adapted to higher temperatures (see sections 3.8.2 and 4.6). Therefore, we have identified a near mean maximum threshold temperature range of 93-95° F for the northern analysis areas and 94-95° F for southern analysis areas. These near threshold temperatures represent climate conditions that could negatively affect the ABB's ability to feed, shelter, or reproduce, but for the purposes of our analysis, we are assuming that populations under these temperatures will remain viable. Below, we analyze these thresholds and other projected changes in climate (such as changes in precipitation) over the existing ABB range to assess potential impacts to ABBs within all analysis areas.  Survival and reproductive climate thresholds are affected by a combination of temperature and moisture factors, but forecasting future effects of climate changes on temperature, precipitation and soil moisture is difficult. Only information on forecasted temperature and precipitation are presented in this report.

The effects of climate change and increasing temperatures (Figure 5-6) tends to make the effect of all other future risk factors irrelevant and results are different depending on the geographic location (Southern Plains, Northern Plains, and New England), which model is used (RCP 4.5 and 8.5), and how far into the future we assess the impact (2039, 2069 and 2099). The current observed rate of climate change is similar to the RCP 8.5 (high emissions scenario) models, but rates could change over the analyzed time periods. This is why we considered more than one scenario to evaluate a range of plausible climate futures.

FWS001482

ABB SSA Report - February 2019



**Figure 5-6.** Projected summer maximum air temperature (F) for time periods 2010-2039, 2040-2069, and 2070-2099 under two climate change scenarios – RCP 4.5 and 8.5. The presented temperatures are the mean of 20 climate change models using the MACAv2-METDATA downscaling.

153

FWS001483

*Southern Plains Analysis Areas*

<u>*Red River Analysis Area*</u>

Southern portions of the Red River analysis area already have mean maximum temperatures of 94-95° F in July and August and recent survey information suggests the ABB may be extirpated in portions of this analysis area, including the portions of this analysis area in Texas and Arkansas. At both the moderate (RCP 4.5) and high (RCP 8.5) emission levels, climate change is projected to make future climate in the Red River analysis area near (99% of the Analysis Area in RCP 4.5) or at (100% of the Analysis Area in RCP 8.5) the presumed threshold (mean maximum air temperatures in June, July, and August of >95° F, see section 5.2.2.1 above) of the ABB by 2039 (Figures 5-7 and 5-8). Mean maximum temperatures (averaged over 2010 through 2039) during the June-August time period are predicted to be 95.8 for the moderate emissions and 96.1 for the high emissions level of change during the first third of this century. During the 2040 to 2069 period, mean maximum air temperatures are predicted to exceed the 95° F threshold temperature by at least 3-4 degrees F.

This trend of temperatures increasing beyond the assumed threshold is expected to follow in the other analysis areas. In the moderate emissions scenario, threshold temperatures (>95° F) will cover about half of the Southern Plains analysis areas within 30 years and all but a few small portions of the Southern Plains analysis areas within 60 years. All of the Southern Plains analysis areas would be within the nearing (94-95° F) or above (>95° F) temperature thresholds by 2069 and the entire area is expected to be above the threshold by 2099 (Figure 5-6). With moderate emissions, the Northern Plains analysis areas will likely remain below these threshold temperatures during the 90 year prediction interval (Figure 5-7).

The progression of threshold temperatures will be more aggressive under the high emissions scenario (Figure 5-8). A majority of the Southern Plains analysis areas will be near or exceed threshold temperatures by 2039, with potential to extirpate ABBs from most or all Southern Plains populations. By 2040-2069 the entire Southern Plains area will exceed threshold temperatures, likely resulting in extirpation of the ABB from this area. Threshold temperatures will begin encroaching on the northern analysis area by 2069 and exceed those thresholds by 2099. Under the high emissions scenario, climate changes are expected to completely extirpate the ABB from the Northern Plains analysis areas during the last 30 years of climate change projections (by 2099).

FWS001484



**Figure 5-7**. Projected summer temperature (Jun-July-Aug) of mean maximum air temperature (F) under the low emissions scenario – RCP 4.5. Colors indicate if temperatures have reached the ABB's survival threshold (red) or are nearing the threshold (orange for Southern and yellow for Northern Analysis Areas) where we anticipate effects to the species could take place. Blue indicates temperatures that have not reached the threshold and we do not anticipate temperature related effects. Data Source: MACAv2-METDATA, Multi-Model Mean.

155



**Figure 5-8**. Projected summer temperature (Jun-July-Aug) of mean maximum air temperature (F) under the high emissions scenario – RCP 8.5. Colors indicate if temperatures have reached the ABB's survival threshold (red) or are nearing the threshold (orange for Southern and yellow for Northern Analysis Areas) where we anticipate effects to the species could take place. Blue indicates temperatures that have not reached the threshold and we do not anticipate temperature related effects. Data Source: MACAv2-METDATA, Multi-Model Mean.

156

The Red River Analysis Area is at the southern and western edge of the current occupied range in portions of Arkansas, Texas and Southeastern Oklahoma (Figure 5-1, above). The effects of climate change and increasing temperatures tends to make the effect of all other future risk factors irrelevant. Southern portions of the analysis area already have mean maximums of 94-95° F in July and August and recent survey information suggests the ABB may be extirpated in Texas. At both the moderate and high emission levels, climate change is projected to make future climate in this analysis area at or near the presumed threshold (mean maximum air temperatures of 95° F) of the ABB by 2039 (Figures 5-7 and 5-8).

Only slight changes in annual precipitation are predicted for this analysis area, but precipitation events are expected to be larger with longer periods of no precipitation between events Shafer et al. 2014 (pages 441-445). Soil surface moisture levels have declined in this area between 1988 and 2010 (Georgakakos, A., P. et al. 2014, page 72) and this area may be sensitive to even minor changes in soil moisture because it was already at the southern and western edge of the species range (Figure 5-9).



**Figure 5-9.** Changes in annual surface soil moisture per year over the period 1988 to 2010 based on multi-satellite datasets. Surface soil moisture exhibits wetting trends in the Northeast, Florida, upper Midwest, and Northwest, and drying trends almost everywhere else. (Images provided by W. Dorigo).

<u>Summary of Climate Change Effects on the Red River Analysis Area</u> - The effects of climate change and increasing temperatures makes all other future effects irrelevant (Table 5-18).  The effects of climate change, at both the moderate and high emission level, are predicted to make all

FWS001487

habitats in this analysis area unsuitable by 2039 and those effects may already be occurring. Mean maximum temperatures during the July-August time period are already at or near 94-95° F in portions of this analysis area. The current resiliency of the Red River Analysis Area is considered low and future resiliency is zero due to the limited distribution, very low and declining ratios of positive to negative surveys in recent years, and potential climate change effects.

**Table 5-18.** Future resiliency with land use changes and two (RCP 4.5 and 8.5) climate emission scenarios.

| Analysis Area | Future Resiliency with Land Use (from Table 5-4) | Future Resiliency - Including Future Climate | | | | | |
|---|---|---|---|---|---|---|---|
| | | Climate Change (2010 - 2039) | | Climate Change 2040 - 2069 | | Climate Change (2070 – 2099) | |
| | | Moderate Emissions RCP 4.5 | High Emissions RCP 8.5 | Moderate Emissions RCP 4.5 | High Emissions RCP 8.5 | Moderate Emissions RCP 4.5 | High Emissions RCP 8.5 |
| *Northern Plains* | | | | | | | |
| Niobrara River | Moderate | Moderate | Moderate | Moderate | Moderate-Low | Moderate-Low | Ø |
| Sand Hills | High | High | High | High | High | High | Ø |
| Loess Canyons | Low | Low | Low | Low | Low | Low | Ø |
| *Southern Plains* | | | | | | | |
| Flint Hills | Moderate | Low | Low | Ø | Ø | Ø | Ø |
| Arkansas River | High | Low | Low | Ø | Ø | Ø | Ø |
| Red River | Low | Ø | Ø | Ø | Ø | Ø | Ø |
| *New England* | | | | | | | |
| Block & Nantucket | Moderate-Low | Moderate-Low | Moderate-Low | Moderate-Low | Moderate-Low | Moderate-Low | Moderate-Low |

*Arkansas River Analysis Area*

The more direct effects of climate change and increasing temperatures tends to make all other future effects irrelevant. At both the moderate and high emission levels, climate change is predicted to make all habitats in this analysis area at or near the presumed threshold (mean maximum air temperatures of 95° F) for being unsuitable by 2039. Mean maximum temperatures during the June-August time period are predicted to be 94.67° F for the moderate emissions and 95.08° F for the high emissions level of change for the 2010- 2039 time period (30 year mean, Figure 5-7 and 5-8). This will result in 43% (RCP 4.5) or 64% (RCP 8.5) of the analysis area above the threshold, with an additional 51% (RCP 4.5) or 34% (RCP 8.5) within 2 Fahrenheit degrees of the threshold. By 2069 mean maximum air temperatures are predicted to exceed the threshold temperatures by at least 3-4 degrees (96% and 100% of land area above the threshold for RCP 4.5 and 8.5 respectively). Only slight changes in annual precipitation are predicted for this analysis area, but precipitation events are expected to be larger with longer periods of no

158

precipitation between events. Extended droughts are expected to reduce populations more often in the future and rising temperatures will likely limit reproduction and potential for recoveries from stochastic events. With climate change, a major decline in abundance and distribution in most or all of this analysis area is expected by 2039. Small portions (about 10%) of this analysis area are below the 94° F near threshold in 2039 under both the moderate and high emissions levels (Figure 5-7 and 5-8), but these areas are primarily higher elevation areas in old mountain ranges that have poor rocky soils and have few positive ABB surveys. About one half of the analysis area is above the 95° F threshold in the moderate and about two thirds of the area is above the 95° F threshold at the high emissions level by 2039. Nearly all of the analysis area exceeds the 95° F threshold by 2069 at both emissions levels. Resiliency within the Arkansas River Analysis Area with the forecasted climate changes is expected to be low by 2039 and zero by 2069 and 2099 under both the moderate and high emissions levels (Figure 5-7 and 5-8).

Summary of Climate Change Effects on the Arkansas River Analysis Area - With climate change, future resiliency is considered low to zero by 2039 and zero for any longer time frame. Habitat conditions, population abundance and distribution are all likely to be affected by climate changes. A major decline in abundance and potential extirpation for most or all of this analysis area is expected by 2039. No portions of this analysis area are expected to support ABBs by the end of the next 30 year period in 2040-2069 based on current climate projections

*Flint Hills Analysis Area*

Habitat conditions, population abundance and distribution are all likely to be affected by climate changes. Extended droughts are expected to reduce populations more often in the future and rising temperatures will likely limit reproduction and potential for recoveries from stochastic events. With climate change, a major decline in abundance in most or all of this analysis area is expected by 2039. Only a small portion is actually predicted to be above the 95° F threshold (4% for RCP 4.5 and 32% for RCP 8.5), but most of the remaining area for this analysis area (73% for RCP 4.5 and 64% for RCP 8.5) is at the 94° F near threshold in 2039 under the two emissions scenarios (Figure 5-7 and 5-8). Future resiliency is considered low by 2039 and zero for any longer time frame.

Summary of Climate Change Effects on the Flint Hills Analysis Area - A decline in ABB abundance and distribution for most of this analysis area is expected by 2039. With climate change, future resiliency is considered low by 2039 and zero for any longer time frame. No portions of this analysis area are expected to support ABBs by the end of the next 30 year period in 2040-2069, based on current climate projections.

159

*Summary of Climate Change Effects on the Southern Plains Analysis Areas*

The Red River Analysis Area may already be affected by current or recent climate conditions (see section 4.2.2). Habitat conditions, population abundance and distribution in nearly all portions of the Southern Plains Analysis Areas are likely to be affected by climate changes by 2039 with only small portions of the Arkansas River and Flint Hills Analysis Areas that are not near or above the 95° F threshold at the moderate and high emissions level (see Figure 5-5 and 5-6). Nearly all of the Southern Plains analysis areas are predicted to be above the 95° F threshold by 2040-2069 and no portions are expected to support ABBs by 2069 or 2099, based on current climate projections (see Figures 5-7 and 5-8). Even the most optimistic scenario with RCP 2.6 projects summer temperatures above the 95° F threshold by 2040-2069. Future resiliency is considered zero for the Red River, low for the Arkansas River and Flint Hills analysis areas by 2039, and zero for all southern analysis areas for any longer time frame. The genetic diversity of ABB populations may help them adapt to some future conditions, but the rate of climate related changes is too rapid. It is not realistic to expect ABBs to adapt to the projected temperature increases within a 20 year timeframe and projected summer mean maximum temperatures by 2070-2099 would approach 100° F under RCP 4.5 and 105 ° F under the RCP 8.5 in the Southern Plains Analysis Areas scenario. These temperatures would likely extirpate all Nicrophorus species in the Southern Plains.

*Northern Plains Analysis Areas*

<u>*Loess Canyons, Sandhills, and Niobrara River*</u>

The effects of climate changes are similar for all three analysis areas in the Northern Plains and discussions for the effects of climate changes on the Loess Canyons, Sandhills, and Niobrara River analysis areas are combined in this section. By 2039, none of the Northern Plains analysis areas are expected to approach the 93-95° F near threshold (Figure 5-7 and 5-8). Mean maximum temperatures for June-August increase to near 90° F and precipitation is expected to be slightly less than current levels during June-August, but slightly higher on an annual basis (Source MAVAv2-METDATA, see section 5.3.1). With moderate or high emissions, future resiliency is considered low for the Loess Canyons, moderate for the Niobrara River analysis areas and high for the Sandhills Analysis Area by 2039 (Table 5-18).

By 2040-2069, only small portions (6%) of the Loess Canyons Analysis Area are expected to reach the 93-95° F near threshold under the moderate emissions level, but most of this analysis area (67%) and small portions of the Sandhills (7%) and Niobrara River (25%) analysis areas meet that threshold under the high emissions level (see Figure 5-7 and 5-8). Mean maximum temperatures for all three analysis areas increase to above 90° F and precipitation is expected to be slightly less during June-August, but slightly higher on an annual basis (increase by about1/2

160

inch or less, Source MAVAv2-METDATA, see section 5.3.1). For example, the precipitation in the Sandhills Analysis Area during the June-Aug timeframe is predicted to decline from the historical average of 9.47 inches by less than 1 inch to 8.81 inches with moderate emissions and 8.68 inches with high emissions in 2040-2069. Annual precipitation is not expected to change much (increase by about1/2 inch or less) under any of the climate change scenarios (Source MACAv2-METDATA, see 5.3.1). With moderate emissions, future resiliency is considered low for the Loess Canyons, moderate for the Niobrara River analysis areas and high for the Sandhills Analysis Area by 2069 (Table 5-18). Under high emissions, temperatures approach the 93-95° F near threshold levels in about 2/3 of the Loess Canyons Analysis Area, about 20% of the Niobrara Analysis Area and small portions of the Sandhills Analysis Area (see Figure 5-8) in the 2040-2069 timeframe. The resiliency for the Niobrara River Analysis Area could change to low because the 93-95° F areas are at or near the areas of ABB concentrations in this timeframe.

By 2070-2099, the effects of climate change have more potential to affect the ABB populations in the Northern Plains.  The effects at the moderate emission levels, are not predicted to exceed the presumed 95° F threshold out to 2099 (0% of all northern analysis areas, see Figure 5-7 and 5-8). However, portions of the analysis areas (35% of the Loess Canyons and 5% of the Niobrara Analysis Areas) are in the near threshold range of 93-95° F and the ABBs in northern analysis areas may not have the same temperature tolerances or thresholds as the ABBs in southern analysis areas. With moderate emissions, future resiliency is considered low for the Loess Canyons, moderate to low for the Niobrara River analysis areas and high for the Sandhills Analysis Area by 2070-2099 (Table 5-18).

The effects of climate change at the high emissions level (RCP 8.5) are much greater and temperature increases are predicted to make mean maximum temperatures in all three northern analysis areas exceed the 95° F threshold by about 2-3 degrees. With high emissions, 100% of all Northern Plains analysis areas will exceed the threshold within the 2070-2099 timeframe.  Mean maximum temperatures during the June-August time period are predicted to be 97.95 ° F for the Loess Canyons, 96.73° F for the Sandhills and 97.09° F for the Niobrara River analysis areas with the high emissions level of change by the 2070-2099 timeframe (Figure 5-8). Only relatively small changes in annual precipitation are predicted for this analysis area, but precipitation events are expected to be larger with longer periods of no precipitation between events. Precipitation during the June-Aug timeframe in the Sandhills Analysis Area is predicted to decline from the historical average of 9.47 inches to 8.14 inches for the high emissions scenario (Source MAVAv2-METDATA, see section 5.3.1). Annual precipitation for any of the analysis areas is not expected to change much (increase by about 1 inch or less) under any of the climate change scenarios (Source MAVAv2-METDATA, see section 5.3.1). Future resiliency is considered zero for all Southern and Northern Plains analysis areas by 2070-2099.

161

FWS001491

*Summary of Climate Change Effects on the Northern Plains Analysis Areas*

Habitat conditions, population abundance and distribution are all likely to be affected by climate changes. Potential extirpation is likely for all of the Northern Plains analysis areas by 2070-2099 under the high emissions level. Under the moderate emissions level, populations in all Northern Plains analysis areas should be maintained through 2099, but some reductions in abundance and distribution are possible as temperatures approach the temperature threshold levels. Future resiliency is potentially the same as current resiliency for all Northern Plains analysis areas (except the Loess Canyons Analysis Area) through 2039-2069, but climate changes reduce or eliminate the resiliency (depending on emissions levels) by 2070-2099 (see Table 5-18).

*New England Analysis Areas*

The New England Analysis Area consists of two islands where ABB are known to occur: Block Island, RI and Nantucket, MA. The current resiliency of the analysis area is considered moderate due to the limited area of  potential habitat, relatively good distribution, and moderate ratios of positive to negative surveys (compared to other analysis areas, see Table 4-3).

Block Island is considered to have relatively high resiliency with active management. Nantucket is a reintroduced population with lower resiliency with lower ratios of positive to negative surveys. Climate change is not expected to increase temperatures near any possible thresholds by 2099. Mean Maximum temperatures for June-August are only expected to rise to about 77° F by 2099. Climate related increases in sea levels are not expected to inundate any ABB suitable habitat, but some habitat could be affected during storms due to the increased tides and storm surges.  At the high emissions level of climate change this may be the only remaining population of ABBs. Land use changes and effects to ABBs are predicted to be relatively minor through 2099 because most of the existing suitable habitat is protected (54%) and climate changes are expected to have only minor negative effects on the existing New England populations. The current resiliency (moderate) would be maintained under scenario 1 because active management has helped maintain these island populations.

## 5.4.2.2 Nights with Temperatures above 75°F

Regardless of whether nights above 75°F were observed in the historical period, the number of those nights per year increased in all analysis areas during the prediction period (2010-2099). For the lower emission scenario (RCP 4.5) nights above 75°F began to increase in the Northern Plains analysis areas after 2025 (Figure 5-10 and Appendix C). As these nights were already increasing in the historical record for the southern analysis areas, they continued to increase until around 2075 when there appears to be an asymptotic limit to nights above 75°F between 40 and 60 nights per year (Figure 5-10 and Appendix C). Nights above 75°F increased more

162

ABB SSA Report - February 2019

dramatically under the higher emission scenario (RCP 8.5). Increases in the Southern Plains analysis areas resemble straight lines, with none of the asymptote apparent in the lower emissions scenario (Appendix C). Again, because nights above 75°F were not observed during the historical period for the Northern Plains analysis areas, those areas are slower to increase at first, but quickly increase beginning around 2030 to 2050 for all Northern Plains analysis areas.

Historical records for nights above 75°F maxed out at between 4 and 18 nights per year (Chapter 4). With the exception of Freedonia, KS, all other locations within the Southern Plains analysis areas exceeded 18 nights above 75°F per year during the first 30 years of predictions (2010 to 2039, Table 5-11). Climate predictions for the end of the 21st century indicate that nights above

75°F will triple to quintuple resulting in up to 97 nights per year above 75°F in Hugo, OK (RCP 8.5, Table A). Results for 2099 in the Northern Plains analysis areas are not as dire as the Southern Plains areas with nights above 75°F equaling or slightly exceeding historical records for the southern analysis areas. Surprisingly, the northernmost sampling point (Colome, SD – Appendix C) is predicted to exceed most or all of the Northern Plains analysis areas in nights above 75°F (Table 5-11).

Though mean predictions of nights above 75°F for some areas rarely or never exceeded one standard deviation above zero (Appendix C), all locations and emissions scenarios exhibited significant positive relationships with time. Though all relationships explained greater than 57% of the variability in predicted days above 75°F, most relationships explained more 80% of variability. These relationships indicate that despite difficulties differentiating any individual point or location from no change, the overall trend at each location is highly significant and increases with time.

163

JA-479

FWS001493

ABB SSA Report - February 2019



**Figure 5-10.** The mean (red line) and standard deviation (pink shading) of 20 statistically downscaled climate change models for two locations (East = Idabell, OK; West = Hugo, OK) within the Red River Analysis Area. Each graph shows the change over time in the mean number of nights with minimum temperatures greater than or equal to 75°F. American Burying Beetles in captivity cannot reproduce when temperatures exceed 75°F. Figures for other analysis area are provided in Appendix C.

FWS001494

**Table 5-11.** Mean number nights above 75°F for each of the analysis areas during thirty year periods. RCP are Relative Concentration Pathways representing possible emission scenarios.

| Analysis Area | | Mean Number of Nights Above 75°F | | |
|---|---|---|---|---|
| Nearest Town | RCP | 2010 - 2039 | 2040 - 2069 | 2070 - 2099 |
| *Red River* | | | | |
| Idabell, OK | 4.5 | 24.9 | 44.3 | 54.8 |
| | 8.5 | 26.9 | 61.3 | 94.6 |
| Hugo, OK | 4.5 | 28.8 | 47.9 | 58.3 |
| | 8.5 | 32.1 | 65.4 | 97.3 |
| *Arkansas River* | | | | |
| Van Buren, AR | 4.5 | 22.1 | 38.8 | 48.5 |
| | 8.5 | 25.2 | 55.5 | 88.3 |
| Shawnee, OK | 4.5 | 30.1 | 46.9 | 56.0 |
| | 8.5 | 33.5 | 62.3 | 91.2 |
| *Flint Hills* | | | | |
| Freedonia, KS | 4.5 | 14.5 | 27.4 | 34.6 |
| | 8.5 | 17.2 | 39.9 | 67.6 |
| Webb City, OK | 4.5 | 26.4 | 41.3 | 49.0 |
| | 8.5 | 29.5 | 54.7 | 82.1 |
| *Loess Canyons* | | | | |
| Lexington, NE | 4.5 | 0.7 | 3.3 | 4.9 |
| | 8.5 | 1.0 | 7.3 | 24.8 |
| Wellfleet, NE | 4.5 | 0.2 | 1.4 | 2.3 |
| | 8.5 | 0.5 | 3.9 | 17.6 |
| *Sand Hills* | | | | |
| Amelia, NE | 4.5 | 0.5 | 2.5 | 4.3 |
| | 8.5 | 0.8 | 6.1 | 21.7 |
| Thedford, NE | 4.5 | 0.1 | 0.6 | 1.2 |
| | 8.5 | 0.2 | 2.2 | 12.4 |
| *Niobrara* | | | | |
| Colome, SD | 4.5 | 1.3 | 4.0 | 6.5 |
| | 8.5 | 1.7 | 8.4 | 24.7 |
| Merriman, NE | 4.5 | 0.1 | 0.5 | 0.9 |
| | 8.5 | 0.16 | 1.79 | 10.58 |

## 5.4.3 Representation

The combination of land use changes and projected climate changes could reduce representation, or diversity of the species. The Southern Plains analysis areas are at high risk of extirpation due to climate changes under both the moderate and high emissions options by 2039-2069 and temperatures would be at least 2-4 degrees above the current

165

assumed threshold (June-August Mean Maximum of 95 ° F) by 2069. The ABBs in the southern analysis areas are not known to have unique genetic diversity, but could have behavioral differences that represent regional adaptations to warmer climates. It is possible the populations have different life history strategies, due to variations in ecological drivers that have not yet been identified. ABBs in the Northern Plains analysis areas are also at risk of extirpation due to climate change, but on a longer time frame. Temperatures are not predicted to reach potential threshold levels until the 2070-2099 timeframe and only at the high emissions level of climate change. The New England Analysis Area is not threatened by climate change related increases in temperatures because the islands temperatures are moderated by the Atlantic Ocean. Mean Maximum temperatures for June-August are not predicted to exceed the upper 70s° F by 2099 in the New England Analysis Area. At the high emissions level of climate change, the New England population is likely to be the only remaining genetic diversity unless new populations from other analysis areas are established in more northern areas, or populations are maintained in captive conditions. Under scenario 2 the representation provided by the New England populations is questionable because resiliency is considered low without active management.

## 5.4.4 Redundancy

Redundancy with the high emissions level climate change would go from current conditions to only one or two New England island populations by 2099. Under scenario 1 with active management, New England would maintain two island populations. Under scenario 2 with no active management, the Nantucket population would be extirpated and the Block Island population may maintain itself. However, the Block Island resiliency is considered low without active management. The ABB populations in all other analysis areas would be extirpated. At the moderate emissions level of climate change (out to 2099) redundancy would decline from eight to five (or four) populations with ABBS surviving in the Northern Plains (Niobrara, Sandhills, and possibly Loess Canyons), and one or two (2 populations under scenario 1 and 1 population under scenario 2) within the New England Analysis Area (Block Island and Nantucket). If successful, the Ohio reintroduction could add to the redundancy, but the Missouri reintroduction is expected to be extirpated by 2069 with climate changes (moderate and high) similar to northern portions of the Southern Plains analysis areas.

### 5.4.5 Summary of Viability with Future Climate Conditions

High emissions levels of climate change would result in the representation and redundancy associated with only one or two small island populations with limited genetic and ecological diversity by 2070-2099. The only representation remaining would be the in the New England Analysis Area. Under scenario 1 with active management, New England would maintain two island populations. Under scenario 2 with no active management, the Nantucket population would be extirpated and the Block Island population may maintain itself. However, the loss of all ABB populations is possible because the Block Island resiliency is considered low without active management. ABBs in the Southern Plains and Northern Plains analysis areas are all predicted to be extirpated under the high emissions level of climate change by 2070-2099. The high emissions (RCP 8.5) level closely represents the current rates of climate change and a very realistic scenario.

At the moderate emissions level of climate change (out to 2099), northern analysis areas may continue to support ABBs, but the species viability would be reduced due to a loss of representation and redundancy with the extirpation of southern analysis areas and the introduced population in Missouri (assumed to occur by 202040-2069). The Loess Canyons Analysis Area has low resiliency by 2039 and could be extirpated as well due to a combination of eastern red cedar expansion and sensitivity to droughts. With moderate emissions levels of climate change the viability would potentially be represented by northern analysis areas in Nebraska, South Dakota, New England, and possibly successful reintroductions in Ohio. However, the Sandhills would be the only high resiliency population remaining and the Niobrara River may be the only moderate resiliency population by 2070-2099. New England may have moderate resiliency with active management. All other remaining populations would have low resiliency unless new reintroductions are successful.

### 5.5 STATUS ASSESSMENT SUMMARY

The species status assessment for ABBs uses the analysis of current conditions and potential future scenarios to assess future resiliency for analysis areas and viability of the species over their current range.

FWS001497

## 5.5.1 Current Viability

Chapter 4 addresses the current status of ABBs in the 8 analysis areas. The current resiliency is at least moderate for all analysis areas except the Red River Analysis Area and high for at least 2 analysis areas. Current overall representation is considered moderate. The current genetic diversity appears to be relatively high, but the ecological diversity has been reduced with the loss of about 90 percent of the historical range. The current known range does include populations from northern and southern areas and eastern and western areas of the ABB range, although representation from eastern areas is limited to the New England island populations. Current redundancy is limited to 8-9 'populations', 3 in the Southern Plains (Arkansas River, Red River, and Flint Hills), 3 in the Northern Plains (Niobrara, Sandhills, and Loess Canyons), two within the New England Analysis Area (Block Island and Nantucket) and the Missouri reintroduction if we assume continued active management. Reintroduction efforts may add to the future redundancy, and the Missouri reintroduction appears to be successful, but it is too early to tell if these reintroductions will be successful or self-sustaining over any length of time.

Although analysis areas within the southern and northern areas are not known to have unique genetic representation, the presence of both northern and southern populations does improve representation by maintaining the genetic diversity and ecological diversity (also called environmental variation or diversity) of the species. The more representation, or diversity, the species has, the higher it's potential of adapting to changes (natural or human caused) in its environment. We consider populations within these northern and southern areas to provide some form of representation and redundancy due to differences in habitat diversity, existing threats, land use patterns, and climate, as described above. The redundancy provided by the Red River Analysis Area currently appears to be very limited or could be discounted with only seven positive surveys in the last five years. However, the large area of potentially occupied habitat in the Flint Hills and Arkansas River analysis areas (total of 17,316,682 potentially suitable acres) helps support the existing redundancy, representation and resiliency for the Southern Plains. If one or more populations exist in southeastern areas of the ABB historic range, it would provide additional redundancy.

## 5.5.2 Future Viability

The primary risk factors that have potential to change the status of ABBs in the future are habitat availability and suitability, as driven by changes in land uses and climate. Most of the other risk factors are determined or strongly influenced by land use and climate.

FWS001498

5.5.2.1 Scenario 1 – Continued Current Rate of Land Change and High
Protection/Management

This represents our assumptions for status quo continuation into the future. There are no changes
anticipated in condition categories for future habitat, population factors or resiliency under
scenario 1 for land use changes alone (Table 5-9). Agricultural land uses and urban expansion
are predicted to have some impacts to ABB habitat over time, but the impacts affect a relatively
small percentage of the analysis areas. There are some urban areas in the Southern Plains
analysis areas, but they are not near any areas of ABB concentrations or the concentrations near
urban areas are on protected lands that would not be affected by urban expansion. The land use
changes under scenario 1, (with high protection/management or best case) would result in only
minor reductions relative to the current viability and population resiliencies. Future ABB
representation and redundancy should not be affected by scenario 1.

5.5.2.2 Scenario 2 Accelerated Rate of Land Change and Low Management

The changes in land use do increase losses of suitable habitat, but most analysis areas are large
and the potential losses affect resiliency of two analysis areas (using current criteria). The
scenarios lack of management for ABBs has relatively little impact because few areas currently
have active management for ABBs. The exceptions to this would be the Loess Canyons, New
England populations and all reintroduction sites that are currently managed for ABBs. The Loess
Canyons Analysis Area has low resiliency by 2039 due to a combination of eastern red cedar
expansion (limited fire or mechanical control) and sensitivity to droughts. Future resiliency for
New England would be fair with land use changes alone, but is considered poor without
continued carcass provisioning. The current resiliency (moderate) is largely due to the active
management (especially on Nantucket Island) and reducing or eliminating the active
management is likely to reduce the abundance of ABBs on Block Island and cause the
extirpation of ABBs on Nantucket Island. Condition categories for future population factors and
resiliency are reduced under scenario 2 (Table 5-17). The lack of active management is expected
to result in low resiliency for New England under scenario 2.

5.5.2.3 Inclusion of Future Climate Conditions

Scenarios 1 and 2 were analyzed with land use projections first so we could assess the effects of
potential future land use alone. The effects of climate changes (both RCP 4.5 and 8.5) were then
incorporated into both land use scenarios (1 and 2) to represent the combined effects of land use
and climate change on ABB populations. The effects of potential climate changes outweigh all
land use changes except in the New England analysis area. Land use changes are relatively minor
in most analysis areas and are no longer relevant when climate changes make these habitats
unsuitable. Once temperatures and moisture thresholds are exceeded, even the best habitats (with

169

land uses designed to benefit the ABBs) are no longer able to support populations. There are no major differences between scenarios with climate change, and climate change combined with land use changes except in the Loess Canyons and New England analysis areas.

By 2039, the levels of land use change (scenarios 1and 2), with moderate and high climate change, would result in reduced resiliency in all southern analysis areas and reductions in redundancy. The Red River Analysis Area would be extirpated and the Arkansas River and Flint Hills analysis areas would have low resiliencies. Northern analysis areas would have minor adverse effects related to climate changes and habitat loses due to land use changes would reduce the resiliency of the Loess Canyons Analysis Area to low.

By 2040-2069, ABBs in all southern analysis areas would likely be extirpated and this is a loss of about 59% of the current range. The summer mean maximum threshold (95° F) would be exceeded in nearly all portions of the southern analysis areas under either the moderate or high emissions levels of climate change. Northern analysis areas are largely unaffected by moderate emissions levels of climate change by 2069. However, at high emissions, temperatures approach the 93-95° F near threshold levels in about 2/3 of the Loess Canyons Analysis Area and small portions of the other two analysis areas in the Northern Plains (see Figure 5-5). The combination of land use and climate changes is predicted to have some effects on the resiliency of northern analysis areas. Future resiliency is considered low for the Loess Canyons, low-moderate for the Niobrara River and high for the Sandhills analysis areas (see Table 5-18?).  Representation and redundancy would be reduced.

By 2070-2099, the effects of climate change have more potential to affect the ABB populations in the Northern Plains. The effects at the moderate emission levels are not predicted to exceed the presumed 95° F threshold out to 2099 (see Figure 5-6, 5-7). However, portions of the analysis areas (about 2/3 of the Loess Canyons Analysis Area) are in the near threshold range of 93-95° F and the ABBs in northern analysis areas may not have the same temperature tolerances or thresholds as the ABBs in southern analysis areas. The thresholds for climate related effects on northern ABB populations have not been researched, and assumptions that their tolerances are similar to southern populations should be considered with caution until additional research can be conducted. With moderate emissions and scenario 1or 2 land use changes, future resiliency is considered low for the Loess Canyons, low-moderate for the Niobrara River and high for the Sandhills Analysis Area by 2099 (see Table 5-18). Populations in the Northern Plains and New England would provide the ABB's remaining resiliency, redundancy, and representation by 2070-2099 with moderate emissions. Redundancy would be provided by 3 remaining populations from the Northern Plains and 1-2 populations from New England (depending on the long-term success of the reintroduced Nantucket Island population and the level of active management). With moderate emissions, representation would be limited to the genetic and ecological diversity represented by Northern Plains and New England populations. The diversity of the southern

JA-486

analysis areas would be lost unless efforts to preserve that diversity through new reintroductions or captive populations are successful.

The effects of climate change at the high emissions level are much greater and mean maximum temperatures in all three Northern Plains analysis areas by 2070-2099, are expected to exceed the 95° F threshold by about 2-3 degrees. Mean maximum temperatures during the June-August time period are predicted to be 97.95 ° F for the Loess Canyons, 96.73 ° F for the Sandhills and 97.09° F for the Niobrara River analysis areas with the high emissions level of change by 2070-2099 (see fig 5-7). Only relatively small changes in annual precipitation are predicted for this analysis area, but precipitation events are expected to be larger with longer periods of no precipitation between events. Precipitation during the June-Aug timeframe in the Sandhills Analysis Area is predicted to decline from the historical average of 9.47 inches to 8.14 inches for the high emissions scenario (Source MACAv2-METDATA, see section 5.3.1). Annual precipitation for any of the analysis areas is not expected to change much (increase by about 1 inch or less) under any of the climate change scenarios (Source MACAv2-METDATA, see section 5.3.1).

At the high emissions level, future resiliency is considered zero for all western analysis areas by 2070-2099 and the New England analysis area would be the only remaining populations unless other reintroduced populations are established in northern areas. Climate changes are only anticipated to have minor effects (increased tides and storm surges) on New England populations. New England mean maximum temperatures for June-August are only expected to rise to about 77° F by 2099 and increases in sea levels are not expected to inundate any ABB suitable habitat. However, the resiliency of New England populations could be affected by impacts to existing habitat and is dependent on active management. The resiliency of the New England Analysis Area is considered low under scenario 2 without active management.

### 5.5.3 Other Factors Affecting Future Viability

#### 5.5.3.1 Ability of the species to move north to adapt to climate change

If there were ABB populations at the northern edge of the species range that were limited by low temperatures (ABBs are not very active at night time temperatures below 55° F), it would be logical that a mobile species would expand to the north, assuming suitable habitat was available, as temperatures increased. However, there are no existing ABB populations that are near the historic northern range limits and no evidence that any existing populations are limited by low temperatures (see Figure 4.2). If suitable habitat was available to the north of existing populations, ABBs should already be present in those areas.

171

FWS001501

This would apply to existing areas in Kansas and Missouri that are between the Flint Hills or Arkansas River analysis areas and the Loess Canyons analysis area. If more suitable habitat was present in Kansas, ABBs from Oklahoma and southern Kansas could progressively move north as climate changed, but under the moderate or high emissions level of climate change, nearly all of Kansas is above the 95° F threshold temperature by 2069-2099 (see figures 5-7 and 5-8). Intensive agriculture, mostly in the form of row crops dominates the land to the north of existing populations in Nebraska and South Dakota and limits the suitability of that habitat to support ABBs. The ability of ABBs to move north as climate changes appears to be limited by a lack of suitable habitat to the north of any existing ABB populations in northern areas. Natural movement and adaptation to climate change for ABBs would require a corridor of suitable habitat to the north of existing populations.

There may be potential to reintroduce ABBs to habitat in northern areas that would maintain suitable temperatures with future climate changes. However, methods for reintroducing ABBs are still being developed and there are no reintroductions that have documented long-term success in restoring or establishing a viable population that is self-sustaining. Reintroductions on Nantucket Island and in Missouri have documented establishment of ABBs that have survived winters, but it is not yet known if these areas could maintain populations without supplementing carrion, monitoring and management.

## 5.5.3.2 Climate Effects to Carrion

Some potential carrion species may be affected by climate changes. Some species like pheasants in northern analysis areas may decline with increasing temperatures. Pheasants do not occur or are in very low numbers in the southern analysis areas and gradually increase in abundance as you move north to Kansas, Nebraska and South Dakota. If future temperatures in the Northern Plains become similar to what occurs in southern Oklahoma today, pheasants and possibly other suitable carrion species may no longer be abundant there. Other species like cotton rats have expanded to the north, but the shorter grass habitat that is native for the northern ABB habitat may not be as favorable to cotton rats, as they prefer dense vegetation.

## 5.5.3.3 Alternative Scenarios with Reintroductions in Northern Areas

An aggressive reintroduction alternative in northern portions of the historic range would be an option for maintaining or enhancing ABB redundancy and representation into the future. Climate effects are predicted to occur over decades and this could allow time to develop and implement successful reintroductions of ABBs in northern areas that are not predicted to have climate related limitations for ABB populations. For example, areas near the Great Lakes and the Atlantic coast are predicted to have less severe climate changes due to the moderating effect of large nearby waterbodies. Many of these areas are within the historic range, but there are no

172

known ABB populations near these areas and little potential for ABBs to naturally reestablish populations there.

Despite predicted climate effects, efforts to reestablish ABB populations with adequate resiliency, representation and redundancy could be attempted in suitable climate-safe areas. To maintain existing levels of representation and redundancy, at least 2-3 new large populations (for moderate emissions climate effects or 5-6 populations for high emissions climate effects) would need to be established in climate safe areas and these populations would need to include representation of all existing genetic and ecological diversity in the current ABB populations. These reintroduced populations would provide insurance for long-term climate changes. The recent success of Missouri reintroduction efforts provides some evidence that this alternative scenario has potential, but there are multiple conditions and issues that would need to be addressed.

1. We do not know why the ABB was extirpated from these potential reintroduction sites or if any limiting factors have changed. Research related to potential limiting factors, such as carrion sources, competition, and genetics would need to be initiated for any reintroduction site.
2. We do not have agreements with the appropriate states or Canadian provinces to initiate or implement these reintroductions. Establishing experimental populations may be required.
3. We do not know if these reintroductions would be successful or if resources are available to initiate and maintain them. Previous reintroduction attempts have had mixed success (see Chapter 4, section 4.5). Reintroductions appear to require large numbers of ABBs and would involve moving wild or captive raised beetles. Methods have been developed for captive propagation and some captive populations are being maintained. However, the Nantucket Island introduction has demonstrated that the appropriate carrion resources must be present to maintain introduced populations, unless continued provisioning of carcasses is incorporated into management.

### 5.5.3.4 Summary of Historical Range Decline and Implications

The American Burying Beetle Recovery Plan (USFWS 1991) and the 5-year Status Review of the species (USFWS 2008a) identify the following factors as potential threats to ABB: direct habitat loss and alteration, increase in competition for prey, inter and intra-specific competition, increase in edge habitat, decrease in abundance of prey, loss of genetic diversity in isolated populations, disease/pathogens, DDT, agricultural and grazing practices, and invasive species. None of these factors alone adequately explain why ABBs declined over much of their historic range, while congeneric species remain relatively common range wide [there are eight sympatric congeners which are not in peril (Sikes and Raithel 2002, entire)].

FWS001503

The prevailing theory regarding the ABB's decline over a large portion of their historical range is habitat change (USFWS 1991, p 20, Sikes and Raithel 2002, entire) which: (1) reduced the carrion prey base of the appropriate size for ABB reproduction, and (2) increased the vertebrate scavenger competition for this resource (Kozol 1995, p 170; Lomolino and Creighton 1996, entire; Ratcliffe 1996; Amaral et al. 1997, p. 123–124; Bedick et al. 1999, p. 179; Creighton et al. 2009, p. 40). Although much of the evidence suggesting the reduction of carrion resources as a primary mechanism of decline is circumstantial, this hypothesis fits the temporal and geographical pattern of the disappearance of ABBs, and is sufficient to explain why ABBs declined while related species did not.

In addition to known risk factors, we need to consider the history of potential unknown or uncertain factors related to the decline and probable extirpation of most of the eastern portion of the ABB's historic range. The potential risks are discussed in chapter 3 and the potential causes for previous declines are thoroughly discussed in Sikes and Raithel 2002. We agree with the conclusions in Sikes and Raithel 2002, but are not certain what caused the declines in most eastern ABB populations and not sure if those risks are still current risks. The relatively rapid decline in ABB populations occurred from the early 1900s to the 1970s and we have not documented any continuing declines in most of the existing ABB range since the 1980s. If the factors that caused the loss of nearly 90 percent of the range occurred within a 70 year window and were still in effect; why haven't we seen a continued decline in the remaining population during the subsequent 50 years? It is possible the reduction of carrion resources as a primary mechanism of decline is accurate and that appropriate carrion resources in the remaining or current range have not been affected in the same way and continue to support ABB populations. We have documented some declines in the Red River Analysis Area since 2005, but these declines do not appear to be related to habitat or carrion. Populations on large protected areas like Camp Maxey in Texas declined with no apparent habitat changes. There is some evidence that these declines are related to climate changes (see discussions in sections 4.4.2 and 5.4.2.1), but we cannot rule out other contributing causes.

FWS001504

# APPENDIX C

# References Cited
# American Burying Beetle Species Status Assessment
# February 2019

Abatzoglou, J.T. 2011. Development of gridded surface meterological data for ecological applications and modelling. International Journal of Climatology published online, DOI: 10.1002/joc.3413 pp.11.

Abatzoglou, J.T., and T.J. Brown. 2012. A comparison of statistical downscaling methods suited for wildfire applications. International Journal of Climatology 32:772-780.

Abbott, K. and J.C. Abbott. 2013. How temperature affects Nicrophorus carolinus as a proxy for understanding the presence or absence of the American burying beetle (*Nicrophorus americanus*) in Texas. Permit # TE172278-0 Summer/Fall 2013.

Amaral, M., A.J. Kozol, and T. French. 1997. Conservation strategy and reintroduction of the endangered American burying beetle. Northeastern Naturalist 4(3): 121-132.

Amaral, M., R. Morgan, C. Davidson, H. Dikeman, K. Holzer, and O. Byers. 2005. American burying beetle (*Nicrophorus americanus*) population and habitat viability assessment: Final Report. IUCN/SSC Conservation Breeding Specialist Group, Apple Valley, MN. 80 pp.

Anderson, R.S. 1982. On the decreasing abundance of *Nicrophorus americanus* Olivier (Coleoptera: Silphidae) in eastern North America. The Coleopterists Bulletin 36:362–365.

Anderson, R.S. and S.B. Peck. 1985. The Carrion Beetles of Canada and Alaska (Coleoptera:Silphidae and Agyrtidae). Publication 1778, Biosystematics Research Institute, Ottawa, Ontario.

Anderson, R.S. and S.B. Peck. 1986. Geographic patterns of colour variation in North American *Nicrophorus* burying beetles (Coleoptera; Silphidae). Journal of Natural History 20:283–297.

Ashmole, N.P. 1968. Body size, prey size, and ecological segregation in five sympatric tropical terns (Aves: Laridae). Systematic Zoology17:292–304.

Backlund, D. and G. Marrone. 1995. Surveys for the endangered American burying beetle (*Nicrophorus americanus*) in Gregory, Tripp and Todd Counties, South Dakota. Final rep. to the U.S. Fish and Wildlife Service, Pierre, SD. 12 pp. Unpub. MS.

FWS001536

Backlund, D. C., and G.M. Marrone. 1997. New records of the endangered American burying beetle, *Nicrophorus americanus* Olivier, (Coleoptera: Silphidae) in South Dakota. Coleopterists Bulletin 51(1): 53–58.

Bartlett, J. 1987. Evidence for a sex attractant in burying beetles. Ecological Entomology 12:471–472.

Bartlett, J. 1988. Male mating success and paternal care in *Nicrophorus vespilloides*. Behavoral Ecology and Sociobiology 23: 297–303.

Bedick, J. C. 1997. Distribution and ecology of the American burying beetle (*Nicrophorus americanus* Olivier) in south-central Nebraska. Masters Thesis, University of Nebraska. Lincoln, Nebraska.

Bedick, J.C., B. C. Ratcliffe, W. W. Hoback, and L. G. Higley. 1999. Distribution, ecology and population dynamics of the American burying beetle *Nicrophorus americanus* Olivier (Coleoptera, Silphidae)] in South-central Nebraska, USA. Journal of Insect Conservation 3(3): 171–181.

Bedick, J.C., B.C. Ratcliffe, and L.G. Higley. 2004. A new sampling protocol for the Endangered American burying beetle, *Nicrophorus americanus* Olivier (Coleoptera: Silphidae). The Coleopterist Bull. 58(1): 57–70.

Bedick, J.C., W.W. Hoback, and M.C. Albrecht. 2006. High water-loss rates and rapid dehydration in the burying beetle, *Nicrophorus marginatus*. Physiological Entomology 31:23–29.

Beever, E.A., J. O'Leary, C. Mengelt, J.M. West, S. Julius, N. Green, D. Magness, L. Petes, B. Stein, A.B. Nicotra, A.B., J.J. Hellmann, A.L. Robertson, M.D. Staudinger, A.A. Rosenberg, E. Babji, J. Brennan, G.W. Schuurman, and G.E. Hofmann. 2016. Improving conservation outcomes with a new paradigm for understanding species' fundamental and realized adaptive capacity. Conservation Letters. 9(2):131–137. doi: 10.1111/conl.12190

Billman, E.J., J.C. Creighton, and M.C. Belk. 2014a. Prior experience affects allocation to current reproduction in a burying beetle. Behavioral Ecology, 25(4):813–818.

Billman, E.J., J.E. Rasmussen, J.C. Creighton, J.B. Johnson, and M.C. Belk. 2014b. A multivariate approach to the analysis of within lifetime variation in life history. Methods in Ecology and Evolution 8:797–805

Bishop, A.A., W.W. Hoback, M.C. Albrecht, and K.M. Skinner. 2002. A comparison of an ecological model and GIS spatial analysis to describe niche partitioning amongst carrion beetles in Nebraska.

FWS001537

Bright, Jr., A.A. 1949. The electric-lamp industry: technological change and economic development from 1800 to 1947. Massachusetts Institute of Technology, Studies of Innovation.

Brown, J.H., and B. Maurer. 1987. Evolution of species assemblages: Effects of energetic constraints and species dynamics on diversification of the North American avifauna. American Naturalist 130:1–17.

Buckley, L. B. and R. B. Huey. 2016. How extreme temperatures impact organisms and the evolution of their thermal tolerance. *Integr. Comp. Biol.* 56 (1): 98-109. doi: 10.1093/icb/icw004

Carlton, C.E. and F. Rothwein. 1998. The endangered American burying beetle, *Nicrophorus americanus* Olivier, at the edge of its range in Arkansas (Coleoptera: Silphidae). Coleopterists Bulletin 52:179–185.

Chen, I*., J.K.* Hill, R. Ohlemüller, D. B. Roy, D.B. and C.D. Thomas. 2011. Rapid range shifts of species of climate warming*.* Science. 333:1024–1026*.*

Chevin, L.-M. and R. Lande. 2010. When do adaptive capacity and genetic evoluatoin prevent extinction of a density-regulated population? Evolution, 64: 1143–1150. doi:10.1111/j.1558-5646.2009.00875.x

Collins, M., R. Knutti, J. Arblaster, J.-L. Dufresne, T. Fichefet, P. Friedlingstein, X. Gao, W.J. Gutowski, T. Johns, G. Krinner, M. Shongwe, C. Tebaldi, A.J. Weaver and M. Wehner, 2013: Long-term Climate Change: Projections, Commitments and Irreversibility. pp. 1029-1136 *In*: Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change [Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Collins, L. and R.H. Scheffrahn. 2005. Featured creatures: Red-imported fire ant. University of Florida, Department of Entomology and Nematology. Publ. no. EENY-195.

Conley, M.R. 1982. Carrion locating efficiency in burying beetles, *Nicrophorus carolinus* (L.)(Silphidae). The Southwest Naturalist. 27(1):11–15.

Conley, A.L. 2014. Overwintering biology and tests of trap and relocate as a conservation measure for burying beetles. Master's Thesis, University of Nebraska at Kearney.

Cook, B.I., T.R. Ault, J.E. Smerdon. 2015. Unprecedented 21st century drought risk in the American Southwest and Central Plains. Sci Adv. 1. doi:10.1126/sciadv.1400082.

FWS001538

Cook, B. I., E.R. Cook, J.E. Smerdon, R. Seager, A.P. Williams, S. Coats, D.W. Stahle, and J. V. Díaz. 2016. North American megadroughts in the Common Era: reconstructions and simulations" WIREs Clim Change, 7: 411–432. doi:10.1002/wcc.394 *(NASA Publications.* Paper 215. **http://digitalcommons.unl.edu/nasapub/215)**

Creighton, J.C. and G. Schnell. 1998. Short-term movement patterns of the endangered American burying beetle *Nicrophorus americanus*. Biological Conservation 86:281–287.

Creighton, J.C., C.C. Vaughn, and B.R. Chapman. 1993. Habitat preference of the endangered American burying beetle (*Nicrophorus americanus*) in Oklahoma. The Southwestern Naturalist 38:275–277.

Creighton, J.C., R. Bastarache, M.V. Lomolino, M.C. Belk. 2009. Effect of forest removal on the abundance of the endangered American burying beetle, *Nicrophorus americanus*. Journal of Insect Conservation 13:37–43.

Damuth, J. 1991. Of size and abundance. Nature, London 351**:**268–269.

DeVault, T.L., Olson, Z.H., Beasley, J.C. and Rhodes, O.E., 2011. Mesopredators dominate competition for carrion in an agricultural landscape. Basic and Applied Ecology, 12(3):268–274.

Diamond, J. 1984. Historic extinctions: a Rosetta stone for understanding prehistoric extinctions. Pages 824-862 in P. S. Martin and R. G. Klein, editors. Quaternary extinctions: a prehistoric revolution. University of Arizona Press, Tucson, Arizona, USA.

Diffenbaugh, N.S. 2013. Human well-being, the global emissions debt, and climate change commitment. Sustain Sci (2013) 8:135–141. DOI 10.1007/s11625-012-0174-4

Dobrowski SZ, J. Abatzoglou, A.K. Swanson, J.A. Greenberg, A.R. Mynsberge, Z.A. Holden, and M.K. Schwartz. 2013. The climate velocity of the contiguous United States during the 20th century. Global Change Biol. 2013; 19 (1):241–51. doi: 10.1111/gcb.12026

Early, R. and D.F. Sax. 2011. Analysis of climate paths reveals potential limitations on species range shifts. *Ecology Letters* 14: 1125–1133.

Ellsworth, J.W. and B.C. McComb. 2003. Potential effects of passenger pigeon flocks on the structure and composition of presettlement forests of eastern North America. Jour. of Cons. Biol. 17(6):1548–1557.

ESRI 2011 ArcGIS Desktop ver. 10.3. Environmental Systems Research Institute. Redlands, CA, USA.

Fetherston, I.A., M.P. Scott, and J.F.A. Traniello. 1990. Parental care in burying beetles: The organization of male and female brood-care behavior. Ethology 85:177–190.

**JA-494**

FWS001539

Flato, G., J. Marotzke, B. Abiodun, P. Braconnot, S.C. Chou, W. Collins, P. Cox, F. Driouech, S. Emori, V. Eyring, C. Forest, P. Gleckler, E. Guilyardi, C. Jakob, V. Kattsov, C. Reason and M. Rummukainen, 2013: Evaluation of Climate Models. pp. 741- 866 *In*: Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change [Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Foden, W.B., M. Pacifici, and D. Hole. 2016. Chapter 2. Setting the scene. *In* Foden, W.B. and Young, B.E. (eds.) (2016). *IUCN SSC Guidelines for Assessing Species' Vulnerability to Climate Change*. Version 1.0. Occasional Paper of the IUCN Species Survival Commission No. 59. Cambridge, UK and Gland, Switzerland: IUCN Species Survival Commission. pp. 5-12.
http://www.iucn.org/theme/species/publications/guidelines

Frölicher, T.L., M. Winton, and J. L. Sarmiento. 2014. Continued global warming after CO2 emissions stoppage. Nature Climate Change. 4: 40-44. doi: 10.1038/NCLIMATE2060

Fuss, S., J.G. Canadell, G.P. Peters, M. Tavoni, R.M. Andrew, P. Ciais, R.B. Jackson, C.D. Jones, F. Kraxner, N. Nakicenovic, C. Le Quere, M.R. Raupach, A. Sharifi, P. Smith and Y. Yamagata. 2014. Betting on negative emissions. Nature Climate Change 4:850–583.

Garrott, R. A., White P.J., and Vanderbilt White C.A. 1993. Over-abundance: an issue for conservation biologist? Conservation Biologist 7:946–949.

Georgakakos, A., Fleming, P., Dettinger, M., Peters-Lidard, C., Richmond, T., Reckhow, K., White, K., and Yates, D. 2014. Ch. 3: Water Resources, in: Climate Change Impacts in the United States: The Third National Climate Assessment, edited by: Melillo, J. M., Richmond, T. (T. C.), and Yohe, G. W., U.S. Global Change Research Program, 69112, https://doi.org/10.7930/J0G44N6T.

Gipson P.S. and Brillhart D.E. 1995. The coyote: an indicator species of environmental change on the Great Plaines. In: LaRoe E.T., Farris G.S., Puckett C.E., Doran P.D. and Mac M.J. (eds), Our Living Resources: A Report to the Nation of the Distribution, Abundance, and Health of US Plants, Animals, and Ecosystems. pp. 305–309. US Department of the Interior, National Biological Service, Washington, DC, USA,

Gittleman, J.L. 1985. Carnivore body size: ecological and taxonomic correlates. Oecologia, Berlin 67:540–554.

Giuliano, W.M., C.R. Allen, R.S. Lutz, S. Demarais. 1996. Effects of Red Imported Fire Ants on Northern Bobwhite Chicks. The Journal of Wildlife Management, 60(2):309–313.

Gleim, E.R., L.M. Connor, and M.J. Yabsley. 2013. The Effects of Solenopsis invicta (Hymenoptera: Formicidae) and Burned Habitat on the Survival of Amblyomma

5

americanum (Acari: Ixodidae) and Amblyomma maculatum (Acari: Ixodidae). Population and Community Ecology, Journal of Medical Entomology 50(2):270–276.

Glick, P., B.A. Stein, and N.A. Edelson, editors. 2011. Scanning the conservation horizon: A guide to climate change vulnerability assessment. National Wildlife Federation, Washington, D.C.

Godwin, W. B. 2003. Report of the discovery of the American burying beetle (*Nicrophorus americanus* Oliver) at the Texas Army National Guard facility Camp Maxey, Lamar County, Texas. Unpublished Report.

Godwin, W.B. and V. Minich. 2005. Status of the American burying beetle, *Nicrophorus americanus* Olivier, (Coleoptera: Silphidae) at Camp Maxey, Lamar County, Texas. Interagency final rep. to Texas Army Natl. Guard. 19 pp. Unpublished Report.

Hartmann, D.L., A.M.G. Klein Tank, M. Rusticucci, L.V. Alexander, S. Brönnimann, Y. Charabi, F.J. Dentener, E.J. Dlugokencky, D.R. Easterling, A. Kaplan, B.J. Soden, P.W. Thorne, M. Wild and P.M. Zhai, 2013: Observations: Atmosphere and Surface. In: Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change [Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Hespenheide, H.A. 1971. Food preference and the extent of overlap in some insectivorous birds, with special reference to *Tyrannidae*. Ibis 113(1):59–72.

Hoback, W.W. 2008. NDOR American Burying Beetle Research Final Report. Unpublished Report submitted to Nebraska Department of Roads. pp. 16.

Hoback, W.W. 2011. Summary of Overwintering field activities. Unpublished Report submitted to the U.S. Fish and Wildlife Service pp. 7.

Hoffman, A. A. and C. M. Sgrò. 2011. Climate change and evolutionary adaptation. Nature. 470: 479–485. doi:10.1038/nature09670

Holloway, A.K. and G. D. Schnell. 1997. Relationship between numbers of the endangered American Burying beetle, *Nicrophorus americanus* Olivier (Coleoptera: Silphidae) and available food resources. Biological Conservation 81:145–152.

Huber, M. and R. Knutti. 2011. Anthropogenic and natural warming inferred from changes in Earth's energy balance. Natural Geoscience 5: 31-36.

Howard, D.R., and C.L. Hall. 2012. An update on the status of the American burying beetle at The Nature Conservancy's Tallgrass Prairie Preserve in Oklahoma. Report provided to the U.S. Fish and Wildlife Service. Ecological Services Field Office, Tulsa.

FWS001541

Huey, R B., M. R. Kearney, A. Krockenberger, J. A. M. Holtum, M. Jess, and S. E. Williams. 2012. Predicting organismal vulnerability to climate warming: roles of behaviour, physiology and adaptation. Phil. Trans. R. Soc. B. 367:1665-1679. DOI: 10.1098/rstb.2012.0005

IPCC, 2014: Climate Change 2014: Synthesis Report. Contribution of Working Groups I, II and III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change [Core Writing Team, R.K. Pachauri and L.A. Meyer (eds.)]. IPCC, Geneva, Switzerland, 151 pp.

Jacques, B.J., S. Akahane, M. Abe, W. Middleton, W.W. Hoback, and J.J. Shaffer. 2009. Temperature and food availability differentially affect the production of antimicrobial compounds in oral secretions produced by two species of burying beetle. Journal of Chemical Ecology 35:871–877.

Jezkova T. and J.J. Wiens. 2016. Rates of change in climatic niches in plant and animal populations are much slower than projected climate change. Proc. R. Soc. B 283: 20162104. http://dx.doi.org/10.1098/rspb.2016.2104

Jurzenski, J. 2012. Factors affecting the distribution and survival of endangered American burying beetles, *Nicrophorus americanus* Olivier. Dissertations and Student Research in Entomology. Paper 20. http://digitalcommons.unl.edu/entomologydiss/20

Jurzenski, J., D.G. Snethen, M. L. Brust, and W.W. Hoback. 2011. New Records of Carrion Beetles in Nebraska Reveal Increased Presence of the American Burying Beetle, *Nicrophorus americanus* Olivier (Coleoptera: Silphidae). Great Plains Research 21:131–43.

Jurzenski, J., C.F. Jorgensen, A. Bishop, R. Grosse, J.Riens, and W.W. Hoback. 2014. Identifying priority conservation areas for the American burying beetle, *Nicrophorus americanus* (Coleoptera: Silphidae), a habitat generalist. Systematics and Biodiversity. DOI: 10.1080/14772000.2014.892542

Karr, J.R. 1982. Population variability and extinction in the avifauna of a tropical land bridge island. Ecology 63:1975–1978.

Kirtman, B., S.B. Power, J.A. Adedoyin, G.J. Boer, R. Bojariu, I. Camilloni, F.J. Doblas-Reyes, A.M. Fiore, M. Kimoto, G.A. Meehl, M. Prather, A. Sarr, C. Schär, R. Sutton, G.J. van Oldenborgh, G. Vecchi and H.J. Wang. 2013: Near-term Climate Change: Projections and Predictability. pp. 953-1028 *In*: Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change [Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

FWS001542

Klein, B.C. 1989. Effects of forest fragmentation on dung and carrion beetle communities in central Amazonia. Ecology 70:1715–1725.

Kozol, A.J. 1990a. The natural history and reproductive strategies of the American burying beetle, *Nicrophorus americanus*. Report to the Service, Hadley, MA. Unpublished report.

Kozol, A.J. 1990b. *Nicrophorus americanus* 1989 laboratory population at Boston University. Report prepared for the Service, Concord, NH. Unpublished report.

Kozol, A.J. 1990c. Suggested survey protocol for *Nicrophorus americanus*, the American burying beetle. Report to the USFWS, Hadley, MA. Unpublished report.

Kozol, A.J. 1991. Studies on the ABB, on Block Island. Report submitted to The Nature Conservancy, 294 Washington Street, Boston, Massachusetts. Unpublished report.

Kozol, A.J. 1995. Ecology and population genetics of the endangered American burying beetle, *Nicrophorus americanus*. Dissertation, Boston University, Massachusetts.

Kozol, A.J., M.P. Scott, and F.F.A. Traniello. 1988. The American burying beetle, *Nicrophorus americanus*: Studies on the natural history of a declining species. Psyche 95:167–176.

Kozol, A.J., J.F.A. Traniello, and S.M. Wouldiams. 1993. Genetic variation in the endangered burying beetle *Nicrophorus americanus* (Coleoptera: Silphidae). Annals of the Entomological Society of America 6:928–935.

Kozol, A.J., J.F.A. Traniello, and S.M. Williams. 1994. Genetic variation in the endangered burying beetle *Nicrophorus americanus* (Coleoptera: Silphidae). Entomological Society of America, November:928–935.

Lacy, R. C. 1987. Loss of genetic diversity from managed populations: interacting effects of drift, mutation, immigration, selection, and population subdivision. Conservation Biology 1:143-158.

Lavin, Stephen J., Clark J. Archer, and Fred M. Shelley. 2001. Atlas of the Great Plains. Used with permission of the University of Nebraska. Copyright 2011 by the Board of Regents of the University of Nebraska.

Lawton, J.H. 1990. Species richness and population dynamics of animal assemblages. In: Patterns in body size: abundance and space. Philosophical Transactions of the Royal Society of London. Series B, Biological sciences 330**:**283–291.

Leigh, D. and P.T. Smiseth. 2012. Parent-offspring conflict over the transition to independence in *Nicrophorus vespilloides*: Parental chemical cues and offspring begging. Ethology 118:460–465.

FWS001543

Lingafelter, S.W. 1995. Diversity, Habitat Preferences, and Seasonality of Kansas Carrion Beetles (Coleoptera:Silphidae). Journal of the Kansas Entomological Society, Vol. 68, No. 2 (Apr., 1995), pp. 214–223.

Livermore, S.T. 1877. History of Block Island, Rhode Island. Reprinted 1961 by The Murray Printing Company, Forge Village, MA.

Livneh, B., E.A. Rosenberg, C. Lin, B. Nijssen, V. Mishra, K.M. Andreadis, E.P. Maurer, and D.P. Lettenmaier. 2013. A long-term hydrologically based dataset of land surface fluxes and States for the Conterminous United States: updates and extensions. Journal of Climate. 26:9384–9392

Loarie, S.R., P. B. Duffy, H. Hamilton, G. P. Asner, C. B. Field, and D.D. Ackerly. 2009. The velocity of climate change. Nature. 462, 1052-1055. doi:10.1038/nature08649

Lomolino, M.V. and J.C. Creighton. 1994. Habitat use and genetic characterization and variability in the American burying beetle, *Nicrophorus americanus*, in Oklahoma. Project E-13-4. Report to Oklahoma Department of Wildlife Conservation, 1801 N. Lincoln Blvd, Oklahoma City, OK 74105.

Lomolino, M.V. and J.C. Creighton. 1996. Habitat selection, breeding success and conservation of the endangered American burying beetle, *Nicrophorus americanus*. Biological Conservation 77:235–241.

Lomolino, M.V., J.C. Creighton, G.D. Schnell, and D.L. Certain. 1995. Ecology and conservation of the endangered American burying beetle, *Nicrophorus americanus*. Conservation Biology 9:605–614.

LoPresti, E., A. Mckenna-Foster, L. Perrotti, and J. Blyth. 2011. American burying beetle (*Nicrophorus americanus*) survey on Nantucket Island, Massachusetts, 2011. Report submitted to the U.S. Fish and Wildlife Service on October 31, 2011.

Lovejoy, T.E., R.O. Bierregaard, Jr., A.B. Rylands, J.R. Malcolm, C.E. Quintela, L.H. Harper, K.S. Brown, Jr., A.H. Powell, G.V.N. Powell, H.O.R. Shubart, and M.B. Hays. 1986. Chapter 12, Edge and other effects of isolation on Amazon forest fragments.

Luo, L., D. Apps, S. Arcand, H. Xu, M. Pan, and M. Hoerling. 2017. Contribution of temperature and precipitation anomalies to the California drought during 2012–2015. Geophysical Research Letters. 44: 3184–3192. doi:10.1002/2016GL072027.

Martin, P.S., and R.G. Klein, editors. 1984. Quaternary extinctions: a prehistoric revolution. University of Arizona Press, Tucson.

FWS001544

Matthews, C.Y. 1995. Interspecific competition between the burying beetles *Nicrophorus americanus* and *Nicrophorus orbicollis*. M.S. Thesis, University of Oklahoma, Norman.

Matthews, H. D. and K. Zickfeld. 2012. Climate response to zeroed emissions of greenhouse gases and aerosols. Nature Climate Change. 2: 338-341. doi:10.1038/nclimate1424.

McKenna-Foster, A., L. Perrotti, B. Donohue, E. Sorrows. 2015. American burying beetle (*Nicrophorus americanus*) Survey on Nantucket Island, Massachusetts, 2015. Report submitted to U.S. Fish and Wildlife Service.

Mckenna-Foster, A., L. Perrotti, J. Blyth, E. LoPresti, R.S. Kennedy. 2016. Measuring success of a reintroduced population of the American burying beetle (*Nicrophorus americanus*) to Nantucket Island, MA. Journal of Insect Conservation DOI 10.1007/s10841-016-9926-2.

McLaughlin, J.F., J.J Hellman, C.L. Boggs, and P.R Ehrlich. 2002. Climate change hastens population extinctions. Proceedings of the National Academy of Sciences of the United States of America. 99 (9): 6070-6074.

McPherron, M.M., J. Jurzenski, M.M. Albrecht, K.M. Farnsworth-Hoback, T.L. Walker, and W.W. Hoback. 2012. Model of habitat suitability for American burying beetles in Nebraska's Loess canyons ecosystem. Trends in Entomology 8:27–36.

Melillo, J.M., T.C. Richmond, and G. W. Yohe, Eds., 2014. *Highlights of Climate Change Impacts in the United States: The Third National Climate Assessment*. U.S. Global Change Research Program. 148 pp.

Miller, E.J., and L. McDonald. 1997. Rediscovery of Nicrophorus americanus Olivier (Coleoptera: Silphidae) in Kansas. The Coleopterists Bulletin 51(1):22.

Miller, B., Biggins D. and Reading R. 1990. A proposal to conserve black-footed ferrets and the prairie dog ecosystem. Environmental Management 14:763–769.

Milne, L.J. and M. Milne. 1976. The social behavior of burying beetles. Scientific American 235(2)84–89.

Moss R., M. Babiker, S. Brinkman, E. Calvo, T. Carter, J. Edmonds, I. Elgizouli, S. Emori, L. Erda, K. Hibbard, R. Jones, M. Kainuma, J. Kelleher, J.F. Lamarque, M. Manning, B. Matthews, J. Meehl, L. Meyer, J. Mitchell, N. Nakicenovic, B. O'Neill, R. Pichs, K. Riahi, S. Rose, P. Runci, R.Stouffer, D. van Vuuren, J. Weyant, T. Wilbanks, J. Pascal van Ypersele, and M. Zure., 2008. Towards New Scenarios for Analysis of Emissions, Climate Change, Impacts, and Response Strategies. Intergovernmental Panel on Climate Change, Geneva, 132 pp.

Müller, J.K., A.K. Eggert, and S. K. Sakaluk. 1998. Carcass maintenance and biparental brood care in burying beetles: are males redundant? Ecological Entomology 23:195–200.

10

FWS001545

Muths, E.L. 1991. Substrate Discrimination in Burying Beetles, *Nicrophorus orbicollis* (Coleoptera: Silphidae). Journal of the Kansas Entomological Society, 64(4):447–450.

Negri, I., and M. Pellecchia. 2012. Sex Steroids in Insects and the Role of the Endosymbiont Wolbachia: A New Perspective, In Sex Hormones, (Ed) Prof. Raghvendra Dubey (Ed.), InTech. 430 pp. ISBN: 978-953-307-856-4.

New, T.R., 2014. Fire Ecology and Insect Ecology. In Insects, Fire and Conservation. Springer International Publishing. pp. 1-20.

Nickerson, C., R. Ebel, A. Borchers, and F. Carriazo. 2007. Major Uses of Land in the United States, EIB-89, U.S. Department of Agriculture, Economic Research Service, pp. 9

Nicotra, A.B., E. A. Beever, A. J. Robertson, G.E. Hofmann, and J.O'Leary.  2015. Assessing the components of adaptive capacity to improve conservation and management efforts under global change. Conservation Biology. 29: 1268-1278. Doi: 10.1111/cobi.12522

Northern Prairie Wildlife Research Center. 2006. Regional Trends of Biological Resources Grasslands Prairie Integrity and Legacies Intercommunity Management: Prairie Integrity. *http://www.npwrc.usgs.gov/resource/habitat/grlands/integrty.htm*.

Nowak, D.J. and J.T. Walton. 2005. Projected urban growth (2000-2050) and its estimated impacts on the US forest resource. Journal of Forestry 103 (8):383-389.

Oklahoma Department of Commerce. 2012. 2012 Demographic state of the state report. Oklahoma state and county population projections through 2075. 184 pp.

Ohlemüller, R. 2011. Running out of climate space. Science. 334: 613-614. doi: 10.1126/science.1214215

Olivier, G.A. 1789-1808. ou, Histoire naturelle des insectes, avec leur caractères génériques et spécifiques, leur description, leur synonymie, et leur figure enluminée. Coléoptères. Entomologie II.

Oliver, M. A. "Kriging: A Method of Interpolation for Geographical Information Systems." International Journal of Geographic Information Systems 4: 313–332. 1990.

Owen-Smith, R.N. 1988. Megaherbivores: The influence of very large body size on ecology. Cambridge University Press, Cambridge, England.

Packer, C., A.E. Pusey, H. Rowley, D.A. Gilbert, J. Martenson and S.J. O'Brien. 1991. Case study of a population bottleneck: lions of the Ngorongoro Crater. Conservation Biology. 5: 219-230.

Parmesan, C. 2006. Ecological and evolutionary responses to recent climate change. Annual Review of Ecology, Evolution, and Systematics, 37, 637–669.

11

FWS001546

Parmesan, C., and M.E. Hanley. 2015. Plants and climate change: complexities and surprises. Annals of Botany 116: 849–864. doi:10.1093/aob/mcv169

Peck, S.B. and M.M. Kaulbars. 1987. A synopsis of the distribution and bionomics of the carrion beetles (Coleoptera: Silphidae) of the Conterminous United States. Proceeding of the Entomological Society of Ontario 118:47–81.

Pimm, S.L., H.L. Jones, and J. Diamond. 1988. On the risk of extinction. The American Naturalist 132(6):757–785.

Peters, R.H. 1983. The ecological implications of body size. Cambridge University Press, Cambridge.

Peterson, A.T. 2003. Projected climate change effects on Rocky Mountain and Great Plains birds: generalities of biodiversity consequences. Global Change Biology 9:647-655

Pimm, S.L., H.L. Jones, and J. Diamond. 1988. On the risk of extinction. American Naturalist 132:757–785.

PRISM Climate Group, Northwest Alliance for Computational Science and Engineering. Oregon State University, http://prism.oregonstate.edu, created 4 Feb 2004.

Pukowski, E. 1933. Okologische untersuchungen an *Necrophorus* F. (Ecological investigation of *Necrophorus* F.). Zeitschrift fur Morphologie und Oekologie der Tiere 27:518–586.

Raithel, C.J. 2002. Monitoring and management of American burying beetles in Rhode Island, 1996-2002. Section 6 Performance Reports, no. E-17-27 submitted to Service, Hadley, MA. Unpublished report.

Raithel, C.J., 2002. Small island, big birds: avian biomass and the persistence of the American burying beetle on Block Island. The ecology of Block Island. Rhode Island Natural History Survey, Kingston RI, pp.197-202.

Raithel, C.J., H.S. Ginsberg, and M.L. Prospero. 2006. Population trends and flight behavior of the American burying beetle, *Nicrophorus americanus* (Coleoptera: Silphidae), on Block Island, RI. Journal of Insect Conservation 10:317–322.

Ratajczak, Z., J.B. Nippert, and S.L. Collins. 2012. Woody encroachment decreases diversity across North American grasslands and savannas. Ecology 93(4):697–703.

Ratcliffe B. 1995. Nebraska's threatened and endangered species: American burying beetle. Nebraska Games and Parks commission. Unpublished manuscript.

Ratcliffe, B.C. 1996. The carrion beetles (Coleoptera: Silphidae) of Nebraska. Bulletin of the Nebraska State Museum Vol. 13.

FWS001547

Rois, L., B. Merz and P. Parker. 2015. Conservation genetics of the American Burying Beetle. Unpublished report to U.S. Fish and Wildlife Service, Oklahoma Ecological Services Field Office. pp. 3.

Rois, L., B. Merz and P. Parker. 2015. Conservation genetics of the endangered American burying beetle *Nicrophorus americanus*. Poster presentation.

Rosenzweig, M.L. 1968. The strategy of body size in mammalian carnivores. American Midland Naturalist 80:299–315.

Ruth, J. M. 2006. Partners in Flight – U.S. Website. Served by the USGS Patuxent Wildlife Research Center, Laurel, Maryland, USA. *http://www.partnersinflight.org*.

Sahlean, T.C., I. Gherghel, M. Papes, A. Strugariu, and S.R. Zamfirescu. 2014. Refining climate change projections for organisms with low dispersal abilities: A case study of the Caspian whip snake. PLoS ONE. 9:e91994. doi: 10.1371/journal.pone.0091994 PMID: 24670422

Schnell, G. D., A.H. Hiott and V. Smyth. 2006. 1997-2003 American burying beetle survey, Camp Gruber, Oklahoma. Sam Noble Oklahoma Museum of Natural History, Norman, Oklahoma. Final rep. to Camp Gruber National Guard Training Center. Unpublished report.

Schnell, G. D., A.H. Hiott and V. Smyth. 2011. 1997-2006 Evaluation of American burying beetles on the Weyerhaeuser Habitat Conservation Plan Area. Sam Noble Oklahoma Museum of Natural History, Norman, Oklahoma. Final report to Weyerhaeuser Company. Unpublished report.

Schnell, G. D., and A.H. Hiott. 2005. 2005 American burying beetle survey at Fort Chaffee, Arkansas. Sam Noble Oklahoma Museum of Natural History, Norman, Oklahoma. Final report submitted to Chaffee Maneuver Training Center. Unpublished report.

Schnell, G.D., A. E. Hiott, J.C. Creighton, V.L. Smyth, and A. Komendat. 2008. Factors affecting overwinter survival of the American burying beetle, *Nicrophorus americanus* (Coleoptera: Silphidae). Journal of Insect Conservation 12:483–492.

Schnell, G.D., J.C. Goetzinger, A.E. Hiott, B.D.N. Estevez, and S.P. Brennan. 2014. Effects of available food resources on numbers of the endangered American burying beetle (*Nicrophorus americanus*). The Southwestern Naturalist, 59(2):173–180.

Schoener, T.W. and G.C. Gorman. 1968. Some niche differences in three Lesser Antillean lizards of the genus *Anolis*. Ecology 49:819–830.

Scott, M.P. and J.F.A. Traniello. 1987. Behavioral cues trigger ovarian development in the burying beetle *Nicrophorus tomentosus*. Journal of Insect Physiology 33:693–696.

FWS001548
JA-503

Scott, M.P. and J.F.A. Traniello. 1989. Guardians of the underworld. Natural History 6:32–36.

Scott, M.P and J.F.A. Traniello. 1990. Behavioral and ecological correlates of male and female parental care and reproductive success in burying beetles (*Nicrophorus* spp.) Animal Behavior 39:274–283.

Scott, M.P., J.F.A. Traniello, and I.A. Fetherston. 1987. Competition for prey between ants and burying beetles: differences between northern and southern temperate sites. Psyche 94:325–333.

Scott, M.P. 1990. Brood guarding and the evolution of male parental care in burying beetles. Behavioral Ecology and Sociobiology 26:31–39.

Scott, M.P. 1994. Competition with flies promotes communal breeding in the burying beetle, *Nicrophorus tomentosus*. Behavioral Ecology and Sociobiology, 34(5):367–373.

Scott, M.P. 1998a. The ecology and behavior of burying beetles. Annual Review of Entomology, 43:595-618.

Scott, M.P. 1998b. Facultative Adjustment of the Duration of Parental Care by Burying Beetles. Journal of Insect Behavior, 11(4):597–603.

Schwartz, M.W., J. J. Hellmann, J. M. McLachlan, D. F. Sax, J. O.Borevitz, J. Brennan, A. E. Camacho, G. Ceballos, J. R. Clark, H. Doremus, R. Early, J. R. Etterson, D. Fielder, J. L. Gill, P. Gonzalez, N Green, L. Hannah, D. W. Jamieson, D. Javeline, B.A. Minteer, J. Odenbaugh, S. Polasky, D. M. Richardson, T. L. Root, H. D. Safford, O. Sala, S. H. Schneider, A.R. Thompson, J.W. Williams, M. Vellend, P. Vitt, and S. Zellmer. 2012. Managed relocation: integrating the scientific, regulatory, and ethical challenges. BioScience. 62(8):732-743. doi:10.1525/bio.2012.62.8.6

Seager, R., M. Ting, I. Held, Y. Kushnir, J. Lu, G. Vecchi, H. Huang, N. Harnik, A. Leetmaa, N. Lau, C. Li, J. Velez, and N. Naik. 2007. Model projections of an imminent transition to a more arid climate in southwestern North America. Science 316:1181-1184.

Settele, J., R. Scholes, R. Betts, S. Bunn, P. Leadley, D. Nepstad, J.T. Overpeck, and M.A. Taboada, 2014: Terrestrial and inland water systems. In: Climate Change 2014: Impacts,Adaptation, and Vulnerability. Part A: Global and Sectoral Aspects. Contribution of Working Group II to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change [Field, C.B., V.R. Barros, D.J. Dokken, K.J. Mach, M.D. Mastrandrea, T.E. Bilir, M. Chatterjee, K.L. Ebi, Y.O. Estrada, R.C. Genova, B. Girma, E.S. Kissel, A.N. Levy, S. MacCracken, P.R. Mastrandrea, and L.L.White (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 271-359.

FWS001549

Sgrò, C. M., J.S. Terblanche, and A.A. Hoffman. 2016. What can plasticity contribute to insect responses to climate change? Annu. Rev. Entomol. 61:433–51. doi: 10.1146/annurev-ento-010715-023859.

Shafer, M., D. Ojima, J. M. Antle, D. Kluck, R. A. McPherson, S. Petersen, B. Scanlon, and K. Sherman, 2014: Ch. 19 (pp. 441-461): Great Plains. *In*: Climate Change Impacts in the United States: The Third National Climate Assessment, J. M. Melillo, Terese (T.C.) Richmond, and G. W. Yohe, Eds., U.S. Global Change Research Program. doi:10.7930/J0D798BC.

Shubeck, P.P. 1971. Diel Periodicities of Certain Carrion Beetles (Coleoptera: Silphidae). The Coleopterists Bulletin, 25(2):41–46.

Shubeck, P.P. 1983. Habitat Preferences of Carrion Beetles in the Great Swamp National Wildlife Refuge, New Jersey (Coleoptera: Silphidae, Dermestidae, Nitidulidae, Histeridae, Scarabaeidae). Journal of the New York Entomological Society 91(4):333–341.

Sikes, D.S. and C. J. Raithel. 2002. A review of hypotheses of decline of the endangered American burying beetle (Silphidae: *Nicrophorus americanus* Olivier). Journal of Insect Conservation 6:103–113.

Smiseth, P.T., C.T. Darwell, and A.J. Moore. 2003. Partial begging: an empirical model for the early evolution of offspring signaling. Philosophical Transactions of the Royal Society of London. Series B, Biological sciences 270:1773–1777.

Smith, R.J., Bonilla, M., Callahan, C. & Mann, J. 2001. Comparison of reproductive success of in-situ burial versus the use of abandoned burrows for carcass interment by *Nicrophorus investigator* (Coleoptera: Silphidae). Journal of the Kansas Entomological Society 73:148–154.

Springett, B.P. 1967. The biology of *Necrophorus* (Coleoptera) and the mortality of terns (*Sterna*); an ecological study. Durham theses, Durham, University. Available at Durham E-Theses Online: http://etheses.dur.ac.uk/9084/

Stevens, G. 1992. Spilling over the competitive limits to species co-existence. Pages 40-56 in N. Eldredge, editor. Systematics, ecology and the biodiversity crisis. Columbia University Press, New York.

Swain, S. and K. Hayhoe. 2015. CMIP5 projected changes in spring and summer drought and wet conditions over North America. Clim Dyn. 44: 2737-2750. doi: 0.1007/s00382-014-2255-9

Szalanski, A.L., D.S. Sikes, R. Bischof and M. Fritz. 2000. Population genetics and phylogenetics of the endangered American burying beetle, *Nicrophorus americanus* (Coleoptera: Silphidae). Annals of the Entomological Society of America 93:589–594.

Taylor, K.E. R.J. Stouffer, and G.A. Meehl. 2012. An overview of CMIP5 and the experiment design. American Meteorological Society BAMS 485–498.

Telemeco, R.S., B.Fletcher, O. Levy, A. Riley, Y. Rodriguez-Sanchez, C. Smith, C. Teague, A. Water, M. Angilletta Jr., and L. B. Buckley. 2016. Lizards fail to plastically adjust nesting behavior or thermal tolerance as needed to buffer populations from climate warming. Global Change Biology. doi: 10.1111/gcb.13476

Terblanche, J.S., A. A. Hoffmann, K. A. Mitchell, L. Rako, P. C. le Roux, S. L. Chown. 2011. Ecologically relevant measures of tolerance to potentially lethal temperatures. Journal of Experimental Biology. 214: 3713-3725; doi: 10.1242/jeb.061283

Trumbo, S.T. 1990. Reproductive success, phenology, and biogeography of burying beetles (Silphidae, *Nicrophorus*). American Midland Naturalist 124(1):1–11.

Trumbo, S.T., 1991. Reproductive benefits and the duration of paternal care in a biparental burying beetle, *Nicrophorus orbicollis*. Behaviour 117: 82–105.

Trumbo, S.T. 1992. Monogamy to communal breeding: exploitation of a broad resource base by burying beetles (*Nicrophorus*). Ecological Entomology 17: 289–298.

Trumbo, S.T. 1994. Interspecific competition, brood parasitism, and the evolution of biparental cooperation in burying beetles. OIKOS 69:241–249.

Trumbo, S.T. 2009. Age-related reproductive performance in the parental burying beetle, *Nicrophorus orbicollis*. Behavioral Ecology 20(5):951–956.

Trumbo, S.T., and A.J. Fiore. 1994. Interspecific competition and the evolution of communal breeding in burying beetles. American Midland Naturalist 131(1):169–174.

U.S. Department of Agriculture (USDA). National Agricultural Statistic Service – NASS. Census of Agriculture, 2012 Census Publications, State and County Profiles. http://www.agcensus.usda.gov/Publications/2012/Online_Resources/County_Profiles/

U.S. Department of Agriculture (USDA) – Animal and Plant Health Inspection Service (APHIS). 2003. Imported Fire Ants: An agricultural pest and human health hazard. March 2003 Fact Sheet.

U.S. Fish and Wildlife Service (USFWS). 1991. American burying beetle (*Nicrophorus americanus*) recovery plan. Newton Corner, Massachusetts. 80 pp.

FWS001551

U.S. Fish and Wildlife Service (USFWS). 2008. Five-year review of the status of the American Burying Beetle. June 16, 2008. Southwest Regional Office, Albuquerque, New Mexico.

U.S. Fish and Wildlife Service. 2015. USFWS Species Status Assessment Framework: an integrated analytical framework for conservation. Version 3.3 dated October 2015.

Vrba, E.S. 1984. Evolutionary patterns and process in the sister-group *Alcephalinii-Aepycerotini* (Mammalia: Bovidae). Pages 62-79 in N. Eldredege and S.M. Stanley, editors. Living fossils. Springer-Verlag, Berlin.

Walker, T. J. 1957. Ecological studies of the arthropods associated with certain decaying materials in four habitats. Ecology 38(2): 262–276.

Walker, T.L. and W. Hoback. 2007. Effects of invasive eastern red cedar on capture rates of *Nicrophorus americanus* and other Silphidae. Environmental Entomology 36(2):297–307.

Waller, D. M., D. M. O'Malley and S. C. Gawler. 1987. Genetic variation in the extreme endemic *Pedicularis furbishiae* (Scrophulariaceae). Conserververation Biology 1: 335-340.

Walsh, J., D. Wuebbles, K. Hayhoe, J. Kossin, K. Kunkel, G. Stephens, P. Thorne, R. Vose, M. Wehner, J. Willis, D. Anderson, S. Doney, R. Feely, P. Hennon, V. Kharin, T. Knutson, F. Landerer, T. Lenton, J. Kennedy, and R. Somerville, 2014: Ch. 2 (pp. 19-67) Our Changing Climate. *In* Climate Change Impacts in the United States: The Third National Climate Assessment, J. M. Melillo, Terese (T.C.) Richmond, and G. W. Yohe, Eds., U.S. Global Change Research Program, 19-67. doi:10.7930/J0KW5CXT.

Werner, E.E. 1974. The fish size, prey size, handling time relation of several sunfishes and some implications. Journal of the Fisheries Research Board of Canada 31:1531–1536.

Werren, J.H., L. Baldo, and M.E. Clark. 2008. *Wolbachia*: master manipulators of invertebrate biology. Nature Reviews in Microbiology 6:741–751.

Wilcove, D.S., C.H. McLellan, and A.P. Dobson. 1986. Habitat fragmentation in the temperate zone. In M.E. Soule (ed.), Conservation Biology: The Science of Scarcity and Diversity, pp. 237–256. Sinauer Associates, Sunderlan, MA.

Wilcox E., and W.M. Guiliano. 2006. Red imported fire ants and their impacts on Wildlife. University of Florida Extension publication WEC 207.

Willemssens, K.A. 2015. Soil preferences of *Nicrophorus* beetles and effects of compaction on burying behavior. University of Nebraska-Lincoln. Dissertations & Theses in Natural Resources. Paper 112. http://digitalcommons.unl.edu/natresdiss/112.

FWS001552

Wilson, E.O. 1971. The Insect Societies. Harvard University Press, Cambridge, MA.

Wilson, E.O. 1975. Sociobiology, the new synthesis. Belknap Press, Harvard University Press, Cambridge, Mass. 697 pp.

Wilson, D.S. and J. Fudge. 1984. Burying beetles intraspecific interactions and reproductive success in the field. Ecological Entomology 9:195–203.

Wilson, D.S., W.G. Knollenberg. 1984. Food discrimination and ovarian development in burying beetles (Coleoptera Silphidae: *Nicrophorus*). Annals of the Entomological Society of America. 77(2):165–170.

Wilson, D.S., W.G. Knollenberg, and J. Fudge. 1984. Species packing and temperature dependent competition among burying beetles (Silphidae, *Nicrophorus*). Ecological Entomology 9:205–216.

Wright, C.K., and M.C. Wimberly. 2013. Recent land use change in the Western Corn Belt threatens grasslands and wetlands. PNAS 110(10): 4134–4139.

Zaret, T.M. 1980. Predation and freshwater communities. Yale University Press, New Haven, CT.

FWS001553

Conservation Status and Reintroduction of the Endangered American Burying Beetle

Author(s): Michael Amaral, Andrea Kozol and Thomas French

Source: *Northeastern Naturalist*, 1997, Vol. 4, No. 3 (1997), pp. 121-132

Published by: Eagle Hill Institute

Stable URL: https://www.jstor.org/stable/3858707

**REFERENCES**
Linked references are available on JSTOR for this article:
https://www.jstor.org/stable/3858707?seq=1&cid=pdf-
reference#references_tab_contents
You may need to log in to JSTOR to access the linked references.

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms of scholarship. For more information about JSTOR, please contact support@jstor.org.

Your use of the JSTOR archive indicates your acceptance of the Terms & Conditions of Use, available at https://about.jstor.org/terms



is collaborating with JSTOR to digitize, preserve and extend access to *Northeastern Naturalist*

1997                    *NORTHEASTERN NATURALIST*                    4(3): 121-132

# CONSERVATION STATUS AND REINTRODUCTION OF THE ENDANGERED AMERICAN BURYING BEETLE

MICHAEL AMARAL *, ANDREA KOZOL **, AND THOMAS FRENCH ***

ABSTRACT - The American burying beetle (*Nicrophorus americanus*), listed as endangered in 1989, is one of only about 30 species of insects protected under the Endangered Species Act of 1973. In the eastern United States, the site of the only remnant population of the species is Block Island, Rhode Island. The first reintroduction of the American burying beetle occurred on Penikese Island, Massachusetts from 1990-1993 using captive-raised and wild beetles translocated from Block Island. Annual monitoring at Penikese Island from 1991-1996 confirms that small numbers of beetles are reproducing on naturally occurring carrion and that the population is persisting three years after the last release.

## INTRODUCTION

A review of the composition of taxonomic groups currently on the federal list of threatened and endangered species reveals that insects are grossly underrepresented relative to their abundance in nature. Is this because insects are less threatened by human activities or that they are more adaptable than other organisms? In general, we believe the answer is no. We argue that the reason so few insects are afforded protection pursuant to the Endangered Species Act of 1973 is because scientific knowledge for all but a few economically important species lags far behind that for high-profile organisms such as the flowering plants, vertebrates and macro-invertebrates. Of the more than 1,000 threatened and endangered species presently listed in the United States, less than 3 percent (29), are insects (US Fish and Wildlife Service 1996). Not surprisingly, two thirds of these are butterflies and moths (Lepidoptera); most of the remainder are beetles (Coleoptera). Selected families within these two orders have been studied extensively by both professional and amateur entomologists due to their color, diversity, behavior, and the importance of some species as pests in forestry and agriculture.

The carrion or burying beetles in the genus *Nicrophorus* (Silphidae) have fascinated students of natural history for over a century. These relatively large and colorful insects exhibit among the highest levels of parental care of any species in the Coleoptera (Milne and Milne 1976;

* US Fish and Wildlife Service. 22 Bridge Street. Unit 1. Concord. NH 03301;
** 85 Horse Pond Road, Sudbury, MA 01776; *** Massachusetts Division of Fisheries and Wildlife, 1 Rabbit Hill Road, Westborough, MA 01581

This content downloaded from
164.159.60.2 on Tue, 21 Sep 2021 21:14:18 UTC
All use subject to https://about.jstor.org/terms
FWS001574

**JA-510**

USCA Case #23-5285    Document #2088280      Filed: 12/06/2024     Page 517 of 767

Wilson 1971). As early as 1980, researchers commented on the apparent rarity of the largest North American species in the genus, *Nicrophorus americanus* (Olivier 1790), the American burying beetle (Davis 1980) (cover photo). Once known in eastern North America from at least 150 counties in 35 states and three Canadian provinces, the American burying beetle has apparently disappeared from all but a few peripheral locations within this once broad geographical range (US Fish and Wildlife Service 1991). In the Northeast, historic records of occurrence for *N. americanus* are reported from Nova Scotia, Quebec, Maine, New Hampshire, New York, Massachusetts, and Rhode Island. Based on this decline, the US Fish and Wildlife Service added the American burying beetle to the list of Endangered and Threatened Wildlife and Plants in 1989 (*Federal Register* vol. 54 (133): 29652-5).

The natural history of the American burying beetle is similar to that of many other members of this group (Kozol et al. 1988; Pukowski 1933; Scott and Traniello 1987; Wilson and Fudge 1984). American burying beetles are able to locate carcasses using chemoreceptors on their antennae. Once a carcass has been found (Fig. 1), interspecific as well as intraspecific competition occurs until usually only a single dominant male and female burying beetle remain (Scott and Traniello 1989). The pair generally cooperates in burying the carcass and once underground, it is shaved of fur or feathers, rolled into a ball, and treated with anal and oral secretions that retard the growth of mold and bacteria. The female lays eggs in the soil near the carcass and the developing larvae are fed regurgitated food by both male and female parents. Larvae grow rapidly



Figure 1. Natural mortality of herring gull chicks (*Larus argentatus*) provide a seasonally abundant source of carrion for the American burying beetle (*Nicrophorus americanus*) on Penikese Island. Photo by Bill Byrne.

This content downloaded from
164.159.60.2 on Tue, 21 Sep 2021 21:14:18 UTC
All use subject to https://about.jstor.org/terms

FWS001575

USCA Case #23-5285    Document #2088280    Filed: 12/06/2024    Page 518 of 767

and after 10-14 days, crawl off into nearby soil to pupate. Newly eclosed adults emerge from the soil in five to six weeks and disperse. Brood sizes for *N. americanus* can sometimes exceed 35 larvae, but 12-18 is more typical (Kozol 1990). The American burying beetle is an annual species; the young of the year overwinter as adults and comprise the breeding population the following summer (Kozol 1990).

## REASONS FOR DECLINE

Factors that caused the disappearance of the American burying beetle, which Wells et al. (1983) state "must represent one of the most drastic declines of an insect's range ever to be recorded", remain a subject of debate. Anderson (1982) inferred that the decline of *N. americanus* is attributable to ecological factors associated with its large size and to the deforestation of eastern North America, which eliminated mature climax forests from all but a few isolated localities. However, any species known from such a broad geographical range is unlikely to be an extreme habitat specialist, so direct habitat loss seems unlikely. The apparent timing and pattern of the decline, particularly in the Northeast, strongly suggests that DDT or other organochlorine pesticides could not have been responsible for most of the extirpations, since most populations were gone a full 25 years before these compounds were broadly applied to our landscape (US Fish and Wildlife Service 1991). The fact that the other 14 *Nicrophorus* species in North America have not undergone a similar decline (Anderson and Peck 1985) adds to the enigma.

While the American burying beetle has life history requirements similar to other carrion beetles, it is the largest *Nicrophorus* in North America and requires a larger carrion item to realize its maximum reproductive potential (i.e., to raise a maximum number of offspring) than the other *Nicrophorus*. In fact, Kozol et al. (1988) demonstrated that there is a positive relationship between carcass weight (100-200 grams is ideal) and brood weight.

The only known extant population of this species east of the Mississippi River occurs on Block Island, about 26 km south of coastal, mainland Rhode Island. Block Island has a long history of human occupation and many resulting landscape changes. The island was totally deforested by the mid-1700's (Livermore 1877), and only in very recent decades has lush woody growth reappeared. What differentiates Block Island from similar appearing mainland habitats is the absence of virtually all mammalian vertebrate scavengers/predators, such as foxes, raccoons, opossums and skunks. The lack of these predators is at least partially responsible for some species of ground nesting birds, such as the ring-neck pheasant (*Phasianus colchicus*) and woodcock (*Scolopax minor*), reaching high densities on the island (C. Raithel, R.I. Division

This content downloaded from
164.159.60.2 on Tue, 21 Sep 2021 21:14:18 UTC
All use subject to https://about.jstor.org/terms                    FWS001576

JA-512

USCA Case #23-5285    Document #2088280    Filed: 12/06/2024    Page 519 of 767

of Fish and Wildlife, unpublished data). Raithel, primary author of the American Burying Beetle Recovery Plan, contends that the reproductive resource that these bird species provide for the beetle, and the lack of vertebrate scavengers that compete with carrion beetles for this limited resource are responsible for the persistence of *N. americanus* on Block Island (US Fish and Wildlife Service 1991). These unique conditions do not occur on the nearby mainland.

West of the Mississippi River, the American burying beetle is known to occur in several eastern Oklahoma and contiguous Arkansas counties, several counties in eastern Kansas and central Nebraska, and in extreme southern South Dakota.

Applying the hypothesis - that carrion resources suitable for *N. americanus* reproduction are limited due to vertebrate predation and competition - to explain the decline of the beetle in its western range is more problematical, since the areas described above have the usual assemblage of mid-sized, mammalian predators and scavengers. Nonetheless, we believe that the most plausible explanation for the rangewide decline of the American burying beetle is as follows: as virgin forests and grasslands were cut, farmed, developed or converted to pasture, there were fewer indigenous species of potential benefit to *N. americanus* and increased numbers of "edge scavengers" such as raccoons, foxes, and skunks, etc., resulting in keener competition for fewer available carrion (Raithel 1990; US Fish and Wildlife Service 1991). Also, since the mid-19th century, two species of birds in the favored weight range for the American burying beetle, the passenger pigeon (*Ectopistes migratorius*) and the greater prairie chicken (*Tympanuchus cupido*) have been eliminated from eastern and midwestern North America (US Fish and Wildlife Service 1991). These birds and the wild turkey (*Meleagris gallopavo*), which once occurred throughout the range of the American burying beetle, may have provided an abundance of carrion from natural mortality of chicks or poults (Amaral 1992). Further discussion regarding the decline of the American burying beetle can be found in Kozol et al. (1988), US Fish and Wildlife Service (1991), Lomolino et al. (1995), and Lomolino and Creighton (1996).

## CONSERVATION EFFORTS

Federal designation as an endangered species is intended to mark the beginning of a concerted protection and recovery effort with the goal of removing the species from danger of extinction. Section 4 of the Endangered Species Act directs the Fish and Wildlife Service to develop recovery plans for all threatened or endangered species that will benefit from them. These plans include measurable recovery goals and the

This content downloaded from
164.159.60.2 on Tue, 21 Sep 2021 21:14:18 UTC
All use subject to https://about.jstor.org/terms

FWS001577

JA-513

USCA Case #23-5285    Document #2088280    Filed: 12/06/2024    Page 520 of 767

identification of responsible agencies, priority actions, and an estimate of costs to achieve results. The recovery plan for the American burying beetle was completed in 1991, within two years of the species' designation as an endangered species. Among the highest priority tasks for recovery of the American burying beetle are the following:

1. Monitor existing wild populations
2. Maintain [existing] captive populations
3. Continue a pilot reintroduction effort (Penikese Island, MA)
4. Prioritize areas and conduct surveys for additional populations
5. Conduct additional reintroductions and manage new populations

In the seven years since listing, considerable progress has been achieved on a number of these tasks. The Rhode Island population on Block Island has been monitored annually with capture, mark and recapture methods. Efforts to determine the distribution of the Oklahoma population have expanded the known range of the species there to about 13 eastern Oklahoma counties (Lomolino and Creighton 1996). Additionally, *N. americanus* was determined to be present in four nearby counties in Arkansas (pers. comm. C. Carlton Louisiana State University, Baton Rouge), in several counties in central and northern Nebraska (Ratcliffe and Jameson 1992; Ratcliffe 1996) and in southern South Dakota (Backlund and Marrone 1995). No population estimates are available for this region, although mark and recapture efforts were conducted in Oklahoma in 1991 and 1992 (pers. comm. K. Frazier, US Fish and Wildlife Service, Tulsa, OK), and in Nebraska (pers. comm. B. Ratcliffe, Univ. of Nebraska Museum, Lincoln). Recently, small numbers of American burying beetles were also documented from Wilson, Elk and Montgomery Counties, Kansas (pers. comm. Dan Mulhern, US Fish and Wildlife Service, Manhattan, KS).

The Fish and Wildlife Service and state and private cooperators have sponsored and/or conducted surveys in selected locations in several other states, including Maine, Massachusetts, Michigan, mainland Rhode Island, Long Island New York, New Jersey, North Carolina, Ohio, Louisiana, Tennessee, Florida and Pennsylvania; however, no additional remnant populations have been discovered.

A key step in the recovery of the American burying beetle will be the re-establishment of populations within its historical range using captive-reared individuals (and/or beetles translocated directly from wild populations). From 1986-1994, a breeding colony of *N. americanus* was maintained at Boston University by A. Kozol, who also developed a captive husbandry and breeding protocol for the species. The captive population was supplemented about every two years with new beetles from Block Island (>50 in total). American burying beetles were also raised at the Cincinnati Zoo - Insectarium from 1991-1993 (for educa-

This content downloaded from
164.159.60.2 on Tue, 21 Sep 2021 21:14:18 UTC
All use subject to https://about.jstor.org/terms

FWS001578

tional purposes) and at the University of Oklahoma (for research). American burying beetles raised at Boston University were used in the first reintroduction effort involving this species.

## REINTRODUCTION

Penikese Island was chosen as the site of the first reintroduction of the American burying beetle due to a number of biological and political considerations. Penikese Island, located near the tip of the Elizabeth Island chain in Buzzards Bay, Massachusetts (Fig. 2) is owned by the Massachusetts Division of Fisheries and Wildlife and managed as a wildlife sanctuary. The island supports an ample potential food base for the American burying beetle, eastern cottontail rabbits (*Sylvilagus floridanus*), and approximately 750 breeding pairs of herring gulls (*Larus argentatus*). Vegetation (grassy meadows with few trees and shrubs) and soils (sandy, well drained glacial till) are structurally similar to those that occur in habitat occupied by the American burying beetle on Block Island. Also, two historic American burying beetle collection records are known from Penikese, 1923 and 1947, with the latter record being the most recent in the state (French 1990).

There are clear advantages of testing reintroduction methodologies on an island such as Penikese: 1) mammalian predators and scavengers are absent; 2) follow-up monitoring to determine the survival of release animals and persistence of offspring is facilitated by the relatively small size of the island, 28 hectares (70 acres); and 3) the likelihood that release animals will disperse from the island is greatly reduced.



Figure 2. Location of Penikese Island near the tip of the Elizabeth Island chain, Buzzards Bay, Massachusetts.

This content downloaded from
164.159.60.2 on Tue, 21 Sep 2021 21:14:18 UTC
All use subject to https://about.jstor.org/terms

FWS001579

USCA Case #23-5285    Document #2088280    Filed: 12/06/2024    Page 522 of 767

In 1988 and 1989, extensive pitfall trapping on Penikese and two other nearby islands, Cuttyhunk and Nashawena, resulted in the capture of over 3,300 individual carrion beetles of five genera (*Nicrophorus, Necrophila, Necrodes, Silpha,* and *Oiceoptoma*) and eight species, but no American burying beetles were observed. This survey provided strong evidence that *N. americanus* was not present on Penikese or on either of the nearby islands. In each of the subsequent four years, 1990-1993, adult beetles raised at Boston University and a small number of beetles from Block Island were released on Penikese Island in a cooperative effort involving Boston University, the Massachusetts Division of Fisheries and Wildlife, the R.I. Division of Fish and Wildlife (management authority for source population) and the US Fish and Wildlife Service.

Procedures developed for releasing the beetles at Penikese entailed providing adult pairs of beetles with a $100 \pm$ gram dead domestic chicken and sequestering the beetle pair and the carcass on the ground under an inverted, 1-2 gallon, black plastic container (Fig. 3). The container discourages flies, crows or gulls from disturbing the carrion and also provides darkness. Released beetles were either individually marked with bee tags or were marked by removing a small notch from the right or left elytron. In southern New England, late June to mid July appears to be a favorable time for releases. Pairs of adult beetles generally bury carrion overnight or within 24-36 hours. Underground, the activity of the beetles preparing the carcass compacts the soil and creates a well defined brood chamber. Mating, egg-laying and brood rearing occur shortly thereafter. Carcasses can be carefully exhumed 10 days after burial to determine



Figure 3. The senior author and Andrea Kozol release a pair of captive reared American burying beetles (*Nicrophorus americanus*) on Penikese Island, June 1992. Photo by Bill Byrne.

This content downloaded from
164.159.60.2 on Tue, 21 Sep 2021 21:14:18 UTC
All use subject to https://about.jstor.org/terms                    FWS001580

USCA Case #23-5285    Document #2088280    Filed: 12/06/2024    Page 523 of 767

breeding success and the number of third instar larvae present (Fig. 4, p. 130). In this way, a close estimate of the F1 generation can be easily obtained. It is also possible through pitfall trapping surveys to estimate the productivity of breeding pairs by returning to the island following emergence of teneral adults in fall, and to estimate overwinter survival of progeny by pitfall trapping the following early summer.

To increase the likelihood that reintroduced American burying beetles and their progeny will persist on Penikese Island, measures in addition to pairing release beetles and providing them carrion were implemented. Griffith et al. (1989) reviewed 93 case histories of native bird and mammal translocations, and found that translocations into areas with potential competitors of similar life form were less successful than translocations into areas without competitors or areas with a congeneric potential competitor. Therefore, to reduce interspecific competition with an abundant congener on the island, several hundred *N. orbicollis* were removed from Penikese in 1990 and 1991. Also, any American burying beetles caught during follow-up monitoring efforts were paired and provided whole carrion to enhance mate location and stimulate reproduction.

Using the release methods described above, 59 beetles in 1990, 30 in 1991, 62 in 1992, and 60 in 1993, for a total of 211 *N. americanus* were released on Penikese Island. These annual release totals represent the maximum number of individuals available from captive breeding efforts plus five translocated individuals from the wild population on Block Island. While no attempt was made to estimate the carrying capacity for the American burying beetle on Penikese Island, captures of *N. orbicollis* and other carrion beetles suggest that several hundred to the low thousands of individual silphids persist on the island. Subsequent monitoring efforts utilized pitfall traps baited with rotten meat or fish to determine the presence and relative abundance of surviving offspring. We also carefully surveyed the gull colony in search of chick mortality and checked gull and rabbit carcasses found on the ground surface or partially interred for the presence of beetles and larvae.

While it is premature to evaluate the long-term success of the reintroduction program, preliminary results are very encouraging. Beginning in 1991, the year following the first release, through July 1996, small numbers of *N. americanus* were documented during each annual follow-up monitoring effort. American burying beetles were also observed on naturally occurring carrion (muskrats and herring gulls) and several pairs were located on either partially or completely interred herring gull chick carcasses. It has also been encouraging to observe *N. americanus* feeding on, and in one case, successfully reproducing on naturally occurring carrion (herring gull chick). Although captures of American burying beetles during our follow-up monitoring efforts have been low (Table 1), our surveys occur during late June to early July

This content downloaded from
164.159.60.2 on Tue, 21 Sep 2021 21:14:18 UTC
All use subject to https://about.jstor.org/terms                    FWS001581

**JA-517**

USCA Case #23-5285    Document #2088280    Filed: 12/06/2024    Page 524 of 767

Table 1.  Preliminary results of American burying beetle reintroduction to Penikese Island, Massachusetts.

| | No. Released Pairs (singles) | Breeding Success Rate (Estimate) | Ave. Brood Size (Estimate) | Estimated F1 Pop. | No. of Progeny Observed | Remarks |
|---|---|---|---|---|---|---|
| 1990 | 25 (9) | 60% | 14 | 210 | - | First release |
| 1991 | 13 (4) | Not checked (78%) | Not checked (13) | 132 | 16 | ABB found feeding on muskrat. Pair consisting of a wild and BU ABB found on dead gull chick; 14 of 16 ABB's paired and provided whole carrion. |
| 1992 | 24 (14) | 86% | 12 | 248 | 5 | Cool temperatures depressed all *Nicrophorus* captures; 4 of 5 ABB's paired and provided whole carrion. |
| 1993 | 30 (0) | 97% | 13.4[1] | 390 | 3 | Released ABBs included 5 translocated Block Island beetles. One released pair successfully buried gull chick. Wild pair found on herring gull chick; 16 larvae raised[2]. |
| 1994 | 0 | - | - | - | 9 | Three wild pairs found on partially interred herring gull. Provided fresh carrion. One wild pair found interred on gull chick with 15 larvae. |
| 1995 | 0 | - | - | - | 13 | 11 captured in pitfalls. One wild pair found on partially interred herring hull carcass. Partially interred small rabbit found. |
| 1996 | 0 | - | - | - | 3 | Pair found on partially interred herring gull chick carcass. One caught in pitfall trap. |
| Totals | 211 | | | 980 | 49 | Additionally, the remains of 13 ABBs were found between 9/92 and 7/96. |

ABB = American Burying beetle
BU = Captive-reared Boston University

[1] based on BI field data for carcasses 100-120 grams in size
[2] large, fly-infected carcass replaced with a 150 gram herring gull carcass

This content downloaded from
164.159.60.2 on Tue, 21 Sep 2021 21:14:18 UTC
All use subject to https://about.jstor.org/terms                 FWS001582

JA-518

USCA Case #23-5285     Document #2088280          Filed: 12/06/2024      Page 525 of 767

when there is an abundance of gull carrion that competes with baited pitfall traps. Nevertheless, we have shown that American burying beetles persist on Penikese Island for three generations following the last release. In visits to the island in future years, we will determine if the population persists and appears to be self-sustaining, and if so, whether there has been successful dispersal to nearby islands.

Based on the success of release procedures and the persistence of the American burying beetle on Penikese Island, a second reintroduction has been initiated on Nantucket Island. At over 12, 955 hectares (32,000 acres) in size, and with over 4,818 hectares (11,900 acres) in conservation reserves (pers. comm. Karen Combs-Beattie, Nantucket Conservation Foundation), Nantucket has the potential to support a large and secure American burying beetle population.

Additional reintroductions should be actively pursued to reestablish populations within other portions of the historical range of the species. Captive rearing procedures are well established for this group of animals (Anderson and Peck 1985, Kozol 1992), thus relatively large numbers of beetles can be produced for this purpose. However, prior to initiating any additional captive breeding programs, it is strongly recommended that potential reintroduction sites be clearly identified. These sites should be in some form of protected status, such as a designated wildlife management area, or in conservation agency ownership, where presence of the beetles will be compatible with existing and future management programs. The area should also be thoroughly surveyed for the occurrence



Figure 4. A well prepared carcass is exhumed 10 days after burial on Penikese Island. Both adult beetles and 11 third instar larvae are found. Photo by Michael Amaral.

This content downloaded from
164.159.60.2 on Tue, 21 Sep 2021 21:14:18 UTC
All use subject to https://about.jstor.org/terms

FWS001583

USCA Case #23-5285    Document #2088280    Filed: 12/06/2024    Page 526 of 767

of *Nicrophorus* beetles, both to determine the potential presence of remnant *N. americanus* populations and to evaluate the area's ability to support carrion beetles. It is also highly desirable to determine the species composition and relative abundance of the vertebrate prey species present, since this and soil suitable for carcass burial are probably the most important "habitat components" for *N. americanus*. All reintroductions should also include consideration of the genetics of source and recipient populations, and should occur within the general historical range of the species (US Fish and Wildlife Service 1991).

## ACKNOWLEDGEMENTS

The authors gratefully acknowledge Christopher Raithel, author of the Recovery Plan, who compiled and analyzed the historical collection data for the American burying beetle and is responsible for developing the theory for what led to the species' decline; Anne Hecht for her encouragement and support at the project's inception; and David Masch and other staff of the Penikese Island School for lodging, hospitality and logistical support at Penikese.

## LITERATURE CITED

AMARAL, M. 1992. Conservation of the endangered American burying beetle (*Nicrophorus americanus*). Pages 509-516 in American Association of Zoological Parks and Aquariums Annual Conference proceedings. Toronto, Canada. 574 pp.

ANDERSON, R.S. 1982. On the decreasing abundance of *Nicrophorus americanus* Olivier (Coleoptera: Silphidae) in eastern North America. Coleopterists Bulletin, 36:362-365.

ANDERSON, R.S., and S. B. PECK. 1985. The Carrion Beetles of Canada and Alaska, *In* The Insects and Arachnids of Canada, Part 13. Canadian Govt. Publ. Center, Ottawa, Canada. 121 pp.

BACKLUND, D., and G. MARRONE. 1995. Surveys for the endangered American burying beetle (*Nicrophorus americanus*) in Gregory, Tripp, and Todd Counties, South Dakota, August 1995. Unpubl. report to the US Fish and Wildlife Service, S.D. Natural Heritage Program, S.D. Dept. of Game, Fish and Parks, Pierre, SD. 12 pp.

DAVIS, L. 1980. Notes on beetle distributions, with a discussion of *Nicrophorus americanus* Olivier and its abundance in collections. Coleopterists Bulletin 34(2): 245-251.

FRENCH, T. 1990. A plan to re-establish a breeding population of the American burying beetle to Penikese Island, MA. Unpubl. report by the Natural Heritage and Endangered Species Program, Massachusetts Division of Fisheries and Wildlife, Westborough, MA. 10 pp.

GRIFFITH, B. , J. M. SCOTT., J. W. CARPENTER and C. REED. 1989. Translocation as a species conservation tool: status and strategy. Science 245:477-480.

KOZOL, A.J. 1990. Update *Nicrophorus americanus* 1989 laboratory popula-

This content downloaded from
164.159.60.2 on Tue, 21 Sep 2021 21:14:18 UTC
All use subject to https://about.jstor.org/terms          FWS001584

tion at Boston University. Unpubl. report prepared for the US Fish and Wildlife Service, Newton Corner, MA. 14 pp.

KOZOL, A.J. 1992. A guide to rearing the American burying beetle, *Nicrophorus americanus*, in captivity. Unpubl. report prepared for US Fish and Wildlife Service, Concord, NH. 17 pp.

KOZOL, A.J., M.P. SCOTT, and J.F.A. TRANIELLO. 1988. The American burying beetle, *Nicrophorus americanus*: Studies on the natural history of a declining species. Psyche 95:167-176.

LIVERMORE, S.T. 1877. History of Block Island. Reprinted 1961 by The Murray Printing Company, Forge Village, MA.

LOMOLINO, M. V. and J.C. CREIGHTON. 1996. Habitat selection, breeding success, and conservation of the endangered American burying beetle *Nicrophorus americanus*. Biological Conservation 77:235-241.

LOMOLINO, M.V., J. C. CREIGHTON, G.D. SCHNELL and D.L. CERTAIN. 1995. Ecology and conservation of the endangered American burying beetle (*Nicrophorus americanus*). Conservation Biology 9(3):605-614.

MILNE, L.J. and M.J. MILNE. 1976. The social behavior of the burying beetles. Scientific American 235: 84-90.

OLIVIER, M. 1790. Entomologie, ou histoire naturelle des insects. Vol. 2. Coleoptera no. 10. Boudouin, Paris. 8pp.

PUKOWSKI, E. 1933. Ökologische untersuchungen an *Necrophorus* F.Z. Morph. Oekol. 27: 518-586.

RAITHEL, C.R. 1990. Some non-random thoughts about *Nicrophorus americanus*. Unpubl. report. Rhode Island Division of Fish and Wildlife. West Kingston, RI. 50 pp.

RATCLIFFE, B.C. and M.L. JAMESON 1992. New Nebraska occurrences of the endangered American burying beetle (Coleoptera: Silphidae). Coleopterists Bulletin 46:421-425.

RATCLIFFE, B.C. 1996. The carrion beetles (Coleoptera: Silphidae) of Nebraska. Vol. 13, Bulletin of the University of Nebraska State Museum. 100 pp.

SCOTT, M.P. and J.F.A. TRANIELLO, 1987. Behavioral cues trigger ovarian development in the burying beetle *Nicrophorus tomentosus*. J. Insect Physiol. 33: 693-696.

SCOTT, M.P. AND J.F.A. TRANIELLO. 1989. Guardians of the underworld. Natural History 6:32-36.

US FISH AND WILDLIFE SERVICE. 1991. American burying beetle (*Nicrophorus americanus*) recovery plan. Newton Corner, MA. 62 pp.

US FISH AND WILDLIFE SERVICE. 1996. Endangered Species Bulletin. Vol. 21, no. 6. Washington, DC. 28pp.

WELLS, S.M., R.M. PYLE, and N.M. COLLINS, 1983. The IUCN Invertebrate Red Data Book. IUCN, Gland, Switzerland. 650 pp.

WILSON, D.S. and J. FUDGE. 1984. Burying beetles intraspecific interactions and reproductive success in the field. Ecological Entomology 9:195-203.

WILSON, E.O. 1971. The Insect Societies. Belknap Press of Harvard University Press, Cambridge, MA. 548 pp.

This content downloaded from
164.159.60.2 on Tue, 21 Sep 2021 21:14:18 UTC
All use subject to https://about.jstor.org/terms

FWS001585

# American Burying Beetle

## Population and Habitat Viability Assessment



**14 – 17 November 2005**
**St. Louis, Missouri**

## FINAL REPORT



FWS001586

Photos courtesy of US Fish and Wildlife Service.

A contribution of the IUCN/SSC Conservation Breeding Specialist Group.

Amaral, M., R. Morgan, C. Davidson, H. Dikeman, K. Holzer, and O. Byers (eds.) 2005. *American Burying Beetle (Nicrophorus americanus) Population and Habitat Viability Assessment: Final Report. IUCN/SSC Conservation Breeding Specialist Group, Apple Valley, MN.*

> *IUCN encourage meetings, workshops and other fora for the consideration and analysis of issues related to conservation, and believe that reports of these meetings are most useful when broadly disseminated. The opinions and recommendations expressed in this report reflect the issues discussed and ideas expressed by the participants in the workshop and do not necessarily reflect the formal policies IUCN, its Commissions, its Secretariat or its members.*

© Copyright CBSG 2006

Additional copies of the *American Burying Beetle (Nicrophorus americanus) Population and Habitat Viability Assessment: Final Report* can be ordered through the IUCN/SSC Conservation Breeding Specialist Group, 12101 Johnny Cake Ridge Road, Apple Valley, MN 55124, USA www.cbsg.org.

FWS001587

# The CBSG Conservation Council
## These generous contributors make the work of CBSG possible

### $50,000 and above

Chicago Zoological Society
  -Chairman Sponsor
SeaWorld/Busch Gardens

### $20,000 and above

Minnesota Zoological Garden
  -Office Sponsor
Omaha's Henry Doorly Zoo
Toronto Zoo

### $15,000 and above

Columbus Zoo and Aquarium -The
  WILDS
Disney's Animal Kingdom
Evenson Design Group
Saint Louis Zoo
Wildlife Conservation Society - NYZS
World Association of Zoos and
  Aquariums (WAZA)
Zoological Society of London

### $7,000 and above

Australian Regional Association of
  Zoological Parks and Aquariums
  (ARAZPA)
Cleveland Zoological Society
Nan Schaffer
San Diego Zoo
White Oak Conservation Center

### $1,000 and above

African Safari Wildlife Park
Albuquerque Biological Park
Al Ain Zoo
Alice D. Andrews
Allwetterzoo Münster
Anne Baker
Apenheul Zoo
Association of Zoos and Aquariums
  (AZA)
Audubon Zoological Gardens
Bristol Zoo
British and Irish Association of Zoos and
  Aquariums (BIAZA)
Calgary Zoological Society
Chester Zoo
Cincinnati Zoo
Colchester Zoo
Copenhagen Zoo
Detroit Zoological Park
Dickerson Park Zoo
Dublin Zoo
Durrell Wildlife Conservation Trust
El Paso Zoo
Everland Zoo
Fort Wayne Zoological Society
Gladys Porter Zoo
Great Plains Zoo & Delbridge Museum
Japanese Association of Zoological
  Gardens and Aquariums (JAZA)
Kansas City Zoo
Laurie Bingaman Lackey
Leisure and Cultural Services
  Department of Hong Kong

Loro Parque
Los Angeles Zoo
Marwell Zoological Park
Milwaukee County Zoo
North Carolina Zoological Park
Ocean Park Conservation Foundation
Paignton Zoo
Palm Beach Zoo at Dreher Park
Parco Natura Viva - Italy
Perth Zoo
Philadelphia Zoo
Phoenix Zoo
Pittsburgh Zoo & PPG Aquarium
Point Defiance Zoo & Aquarium
Prudence P. Perry
Randers Regnskov Tropical Zoo
Ringling Bros., Barnum  & Bailey
Robert Lacy
Rotterdam Zoo
Royal Zoological Society - Antwerp
Royal Zoological Society - Scotland
Royal Zoological Society - South
  Australia
Saitama Children's Zoo
San Antonio Zoo
San Francisco Zoo
Sedgwick County Zoological Society
Taipei Zoo
The Living Desert
Thrigby Hall Wildlife Gardens
Tiergarten Schönbrunn – Zoo Vienna
Toledo Zoological Society
Twycross Zoo
Union of German Zoo Directors
Utah's Hogle Zoo
Wassenaar Wildlife Breeding Centre
Wilhelma Zoo
Woodland Park Zoo
Zoo Frankfurt
Zoologischer Garten Köln
Zoologischer Garten Zurich

### $500 and above

Aalborg Zoo
Akron Zoological Park
Banham Zoo and Sanctuary
BioSolutions Division of SAIC
Cotswold Wildlife Park
Dutch Federation of Zoos
Fairchild Tropical Botanic Garden
Fort Worth Zoo
FOTA Wildlife Park
Givskud Zoo
Granby Zoo
Heidelberg Zoo
Jacksonville Zoo and Gardens
Kerzner International North America
Knoxville Zoo
Knuthenborg Safari Park
Lincoln Park Zoo
Lisbon Zoo
Little Rock Zoo
Naturzoo Rheine
Odense Zoo
Oregon Zoo
Ouwehands Dierenpark
Riverbanks Zoological Park

Rosamond Gifford Zoo
Swedish Association of Zoos
Wellington Zoo
Welsh Mountain Zoo
Wildlife World Zoo, Inc.
Zoo La Palmyre
Zoo Madrid
Zoologischer Garten Rostock

### $250 and above

Alice Springs Desert Park
Arizona - Sonora Desert Museum
Birmingham Zoo
Bramble Park Zoo
Edward & Marie Plotka
Emporia Zoo
Lee Richardson Zoo
Mark Barone
Montgomery Zoo
Racine Zoological Society
Sacramento Zoo
Svenska Djurparksföreningen
Tokyo Zoological Park Society
Topeka Zoo, Friends of
Wildlife Safari - Oregon

### $100 and above

African Safari - France
Alex Rübel
Aquarium of the Bay
Bighorn Institute
Brandywine Zoo
Central Zoo Authority - India
Chahinkapa Zoo
Ed Asper
Elias Sadalla Filho
Folsom Children's Zoo
International Center for Birds of Prey
Lion Country Safari, Inc.
Miami Metrozoo
Nigel Hewston
Poznan Zoo
Rolling Hills Zoo
Steinhart Aquarium
Steven J. Olson
Tautphaus Park Zoo

### $50 and above

Alameda Park Zoo
Darmstadt Zoo
Miller Park Zoo
Oglebay's Good Children's Zoo
Peter Riger
Plzen Zoo
Safari Parc de Peaugres - France
Stiftung Natur-und Artenschutz in den
  Tropen
Touro Parc - France
Wuppertal Zoo

*Thank You!*
*June 2006*

# American Burying Beetle

# Population and Habitat Viability Assessment Workshop

## St. Louis, Missouri

## 14-17 November 2005

| I | EXECUTIVE SUMMARY | 3 |
|---|---|---|
| | • Introduction | 5 |
| | • The workshop process | 6 |
| | • Outcomes | 7 |
| II | WORKING GROUP REPORTS | 9 |
| | • Wild populations | 11 |
| | • Habitat | 15 |
| | • *Ex situ* populations | 22 |
| III | POPULATION MODELING REPORT | 27 |
| IV | PARTICIPANT LIST and INTRODUCTION QUESTIONS | 43 |
| V | INVITATION and INVITATION LIST | 49 |
| VI | GLOSSARY of ACRONYMS | 55 |
| VII | WORKING GROUP NOTES | 59 |
| IX | APPENDIX A | 73 |

FWS001589

2

**American Burying Beetle**

**Population and Habitat Viability Assessment Workshop**

**St. Louis, Missouri**

**14-17 November 2005**

# Final Report

**Section I**
**Executive Summary**

FWS001591

4

FWS001592

# Executive Summary

### Introduction

A Population and Habitat Viability Assessment workshop was conducted for the American Burying Beetle in St. Louis, Missouri on 14-17 November 2005.

The American burying beetle (ABB) was once abundant in most eastern and central states as well as the southern borders of eastern Canadian provinces. It was found in Missouri as recently as 1980, in Jasper County (USFWS, 1991). At the time it was placed on the U.S. federal endangered species list in 1989, the only known populations occurred on Block Island in Rhode Island and in Latimer County, Oklahoma. However, since then, field surveys have discovered populations in five other states: Arkansas, Kansas, Nebraska, and South Dakota. (Backlund and Marone, 1997; Bedick et al. 1999) In 2005, the ABB was also apparently discovered in northeastern Texas, but further verification of this record is pending.

The decline of the American burying beetle has been underway for nearly a century. The once widespread population was fragmented and greatly diminished by the 1920's (Ratcliffe, 1996). The prevailing theory for this decline points to habitat loss and fragmentation leading to a corresponding decrease in suitable habitat. As more and more land was converted for agricultural use, the changed habitat favored scavenging mammal and bird species that compete with carrion beetles for resources. Passenger pigeons and prairie chickens, ideal carrion size for the beetle, disappeared. Turkey and waterfowl populations declined (Simpson, 1991). Small rodents adapted well to the new habitats and some species flourished. However, most small mammals are too small for the giant carrion beetle (ABB) which requires a 80-200 gram carcass to maximize its reproductive potential. The cutting of forests, tilling and pasturing of the prairies led to more edge habitat, ideal for predators and scavengers that directly compete with the beetles for carrion.

The federally endangered American burying beetle (*Nicrophorus americanus* Olivier*)* is the largest member of the family *Silphidae* in North America. Easily recognized by their shiny black bodies and red to orange markings on their pronotum, this species offers its young extended parental care, an unusual behavioral trait in beetles. After finding an appropriate-sized carcass, intense inter- and intra-species competition occurs (Kozol, 1990). Together, a victorious pair moves the carcass to a suitable site and buries it. Then they cooperatively prepare it by removing hair or feathers and coating it in preservative oral and anal secretions that retard bacterial and fungal growth. The female beetle lays her eggs near the preserved carcass. After the eggs hatch, the parents move the first instar (stage) larvae to the carcass, where the larvae solicit feeding by stroking the mandibles of the parents. Both parents remain with the carcass and larvae, feeding their offspring with regurgitated meat until the larvae are capable of feeding themselves. Eventually, large third instar larvae burrow a short distance from the now-diminished carcass and form a pupation cell. The new adults then emerge from pupation within 30-45 days (Prospero, 1999).

FWS001593

In May 2004, the Saint Louis Zoo opened its Wild Care Institute, comprised of 12 Conservation Centers around the world where threatened animals and their ecosystems are receiving a focused approach to help in their survival. The Invertebrate Department at the Saint Louis Zoo chose the American burying beetle as its animal of conservation focus and is dedicated to creating a sustainable future for this endangered beetle. Consistent with the goals of the American Burying Beetle Conservation Center, the St. Louis Zoo invited the Conservation Breeding Specialist Group (CBSG) to conduct a Population and Habitat Viability Assessment (PHVA) for the American Burying Beetle.

The PHVA was organized, hosted and generously funded by the St. Louis Zoo's Wild Care Institute. The Workshop involved a variety of stakeholders from eight states and the United Kingdom, including representatives from federal and state wildlife agencies, zoological institutions and the timber industry. The goals of the Workshop were to:

- encourage communication and collaboration with government and non-government conservation programs;
- develop a risk analysis and simulation population model for the American burying beetle;
- formulate practical, scientific management of the American burying beetle throughout its range; and
- suggest research priorities linked to conservation and recovery of the American burying beetle.

**The Workshop Process**

The PHVA Workshop began on 14 November 2005. Each of the 21 participants was asked to share with the group their personal goal for the workshop. These goals are listed in Section V of this report. Next, presentations were given to ensure that everyone was starting from the same place, familiar with the process and with available scientific information. CBSG introduced the PHVA process and the role of population modeling in the Workshop. Then several scientific presentations were given to bring everyone up to date. Speakers included: Michael Amaral, Chris Davidson, Hayley Dikeman, Jane Stevens, Paul Pearce-Kelly, Lou Perrotti, Chris Reynolds, Chris Raithel, and Wyatt Hoback.

The first Workshop task, a mind mapping exercise, was designed to identify issues and needs related to the long-term survival of the American burying beetle. The issues identified were then organized into topics for further working group discussions. The three working groups were: Captive Populations, Habitat, and Wild Populations. A process of working group sessions, followed by plenary reports and discussion, was used throughout the entire Workshop.

The participants worked together in plenary with Kathy Holzer, the population modeller, to estimate demographic rates and population-specific information used to develop a simulation model for the American burying beetle. Model results were subsequently reported back to workshop participants to evaluate the viability of burying beetle populations and to identify important areas in need of further research.

The working groups consolidated the issues identified on the mind map, where appropriate, and amplified them to ensure clarity and level of importance. Participants were then asked to write

FWS001594

an 'issue statement' for each issue and to prioritize these statements. The next step was to brainstorm potential solutions to address high priority concerns. In addition, the groups were asked to identify those solutions with the potential to impact any of the population model input parameters. This enabled alternative management scenarios to be modeled and their impact on burying beetles evaluated. The penultimate step in the workshop process involved the development and prioritization of recommendations for implementation of preferred solutions.

Recommendation presentations were shared with the entire group and included lengthy, animated discussions. The groups then resumed work to respond to the concerns heard in plenary session and to begin developing action plans for implementation of their priority recommendations. Instructions were given for the development of concrete action steps using the SMART criteria. Each action was to be made 'SMART': Specific, Measurable, Attainable, Relevant and Timely, and include: 1) a timeline (when the action will begin and when it will be completed); 2) responsible party; and 3) resource needs. Action steps can be long- or short-term. They are small steps that help to implement stated recommendations. Reports from each working group, including detailed recommendations, can be found in Section II of this document.


## Outcomes

Each working group identified a set of recommendations to address the key issues facing the American burying beetle. All recommendations were listed on flip charts and posted at the front of the meeting room. A prioritization exercise was then conducted. Each participant was given three sticky dots and asked to place a dot on the recommendation they feel most needs to be addressed in order to protect the future of the American burying beetle. The sticky dots were counted and the recommendations with the greatest number of dots were considered the top priority outcomes of the Workshop. This was a very powerful exercise and the voice of the Workshop was clearly heard in its prioritization of the need for life history research, surveys and improved communication among stakeholders. The recommendations are listed below in order of priority:

1. Develop research to understand ABB life history requirements (competition, predictive and descriptive habitat modeling, etc) within four core recovery regions designated in the recovery plan. 10 points

2. Conduct field surveys to identify significant new extant populations of ABBs within its historic range that will contribute to meeting recovery objectives (criteria). 7 points

3. Promote collaboration and communication by establishment of a list serve, web site and annual meeting. 7 points

4. Develop and implement health profiling methodology. 6 points

5. Define and identify suitable habitat through development of a working group to a) review existing inventory data, modeling and experimental design, b) build a standardized model

for data collection and analysis (soil, vegetation, carrion, weather disturbances), and c) implement the model in appropriate focus areas.  5 points

6. Promote conservation of core populations on private lands.  4 points

7. Develop and implement genetic profiling methodology.  3 points

8. Retain important core populations with state and federal ownership and explore opportunities to expand these areas and/or connect them with corridors.  3 points

9. Identify and establish "X" number of new reintroduced core populations in order to meet recovery objectives.  3 points

10. Identify, engage, and involve stakeholders in focus areas to protect the ABB.  2 points

11. Develop and implement husbandry management guidelines.  1 point

12. Recovery Plan to recommend and give direction to research and other support needs that can be provided by the *ex situ* community.  1 point

13. Utilize PHVA and revised Recovery Plan to leverage new research dollars.  0 points

14. Centralize existing data and encourage data sharing and collaboration.  0 points

Workshop participants used the best available data to develop a baseline population model for wild American burying beetle populations. Although there is a fair amount of uncertainty regarding many of the demographic rates, this model appeared relatively robust in projecting population persistence over the next 50 years and demonstrated the ability of beetle populations to grow rapidly when resources are abundant. Model results suggest that American burying beetle populations of 1,000 or more are viable long-term in the absence of severe catastrophic events or reduction in carrying capacity through reduced carcass availability, habitat loss or fragmentation. Smaller populations may be more vulnerable to the impacts of stochastic processes and experience reduced viability. Currently, all naturally occurring ABB populations are estimated to be at least 1,000 individuals. The model projects little risk of single population extinction and no risk of metapopulation extinction over the next 50 years given estimated current conditions. More accurate data, particularly on first-year mortality, would strengthen the ability of models to evaluate burying beetle population viability. Management strategies designed to improve survival to breeding age and reproductive success would be beneficial to the conservation of ABB populations.

FWS001596

**American Burying Beetle**

**Population and Habitat Viability Assessment Workshop**

**St. Louis, Missouri**

**14-17 November 2005**

# Final Report

**Section II**
**Working Group Reports**

FWS001597

FWS001598

# Wild Populations Working Group Report

***Group Participants:*** *Michael Amaral, Chris Davidson, Jane Stevens, Wyatt Hoback, Mike Fritz, Ana Hiott*

**PREAMBLE:** Dissemination of the ABB PHVA report will be the responsibility of local U. S. Fish and Wildlife Service (USFWS) Ecological Services Field Offices within the historic range. This report, in addition to all known data on the ABB, also will be available on the web site maintained by the St. Louis Zoo.

**Issue 1.  Protect Core Populations: It is inefficient and counterproductive to "consult/protect" every ABB habitat occurrence, since the species is highly mobile and a feeding habitat generalist.  Rather, we need to identify and prioritize protection needs for the best core populations.  This will enable us to diminish regulatory protections for locations with outlying or peripheral ABB occurrences and focus on the habitat for populations most important to the species' long term conservation.**

Recommendation:  Retain important core populations within state and federal ownership. Explore opportunities to expand these areas and/or connect them with corridors.

*Action 1:* The USFWS, U. S. Forest Service (USFS), Department of Defense (DOD), and state-owned Wildlife Management Areas (WMAs) and Natural Areas will develop and implement land management plans for public lands that include specific standards to address management of ABB populations and habitat.  For those public lands that already have land management plans, these plans should be revised to include specific ABB standards as soon as their specific guidelines require plan revision.  Authorities within the Endangered Species Act (ESA) should be used, where necessary, to promote implementation of plans.  For those properties without management plans that specifically address the ABB, utilize authorities within the ESA and state T/E (threatened/endangered) acts to promote development and implementation of plans.  This is important because core populations are important to recovery and without management plans populations may not remain viable.

*Action 2:* USFWS will strategically utilize section 7 (ESA) to protect essential features of core population habitat.  This should include further defining different thresholds for consultations in core versus peripheral population areas by 2007.  For example, within the boundary of a core population habitat, all federally permitted activities that affect 3 or more acres will be reviewed pursuant to section 7.  Outside core population habitat, only activities affecting 25 acres or more will be reviewed.

Recommendation:  Promote conservation of core populations on private lands.

*Action 1:* USFWS local field offices will encourage state agencies and Non-governmental Organizations (NGOs) to obtain grant funding (*e.g.* Section 6 (ESA) land acquisition grants) for land acquisition and conservation on an "as needed basis."  Identifying stakeholder groups at local levels to increase communication and "get the word out" about various land conservation

FWS001599

incentive programs.  This is important to expand core population habitat as these areas are identified by state and federal agencies and NGOs.

*Action 2*: Enroll private lands in conservation easements (NGOs), federal and state incentive programs (state and federal agencies), habitat conservation plans (USFWS), and safe harbor agreements (USFWS).  Programmatic (statewide) safe harbor agreements streamline bureaucratic processes and encourage private landowner participation and conservation.

*Action 3*:  NGOs (zoos, museums, TNC, etc.) will begin developing educational materials (*e.g.* videos, brochures, curriculum packages, etc) by 2006 and provide support to state and federal agencies for public outreach.  St. Louis Zoo will take lead with other interested individuals in prioritizing materials that will give us the most "bang for our buck".

**Issue 2:  There may be undiscovered ABB populations that merit protection: These could contribute to the survival and recovery of the species.  Until these populations are identified and protected, they remain at risk due to habitat loss, fragmentation or other causes.**

Recommendation:  Identify areas and conduct field surveys to identify new extant populations within the historic range.

*Action 1:*  USFWS (local field offices) and state heritage programs will review historical collection records and survey effort for all states/sites with post-1970 ABB records by 2007. These include Trigg Co., KY; Jasper Co., MO; Hocking Co., OH; Washington Co., AR; and Ontario, Canada.

*Action 2*: USFWS (local field offices) and state heritage programs will review pre-1970 collection records and availability of suitable habitat within additional states in historical range, and conduct additional new field surveys by 2008.

*Action 3*: USFWS (Mike Amaral) will summarize all negative field survey data by spring 2006.

*Action 4*: Federal and state agencies, NGOs, zoos, and universities will conduct surveys in areas identified in Action 1 through 3 by 2008.

Actions 1 through 4 are needed to locate undiscovered populations that would significantly expand the known extant range.

**Issue 3.  Inadequate baseline/life history information:  Adequate baseline/life history data is needed to ensure we know what biological and physical elements are critical to protect populations and manage habitat in order to sustain the species.**
o  Sub-issue: In order for the core populations to be viable over the long term, we need to know how much habitat is necessary and the minimum viable population size.

Recommendation:  Develop research to understand life history requirements within multiple core geographic recovery regions in the Recovery Plan.

FWS001600

*Action 1*: Conduct research on biotic factors that affect ABB life history (universities or zoos; timeframe =ASAP). Wyatt Hoback (Univ. of Nebraska) will oversee broader implementation.

> *Action 1a*: Utilize new technologies as they become available to track daily movements of ABBs, to find overwintering habitats, and to identify natural reproductive areas in comparative portions of range (east, west, north, south).

> *Action 1b*: Investigate genetic variability within and between populations to inform minimum viable population estimates.

*Action 2*: Conduct research on abiotic factors that affect ABB life history (universities and zoos; timeframe ASAP). Wyatt Hoback will oversee broader implementation.

> *Action 2a*: Investigate effects of artificial lighting, pesticide use, and fire on ABB populations. These effects may be important to one or more core populations and should be investigated accordingly.

> *Action 2b*: Determine potential impacts and develop management plans to address the spread of exotic and invasive plant and animal species.

*Action 3*: Develop Best Management Practices based on Action 2 that private/public land managers can use (universities, state and federal agencies; timeframe ASAP).

*Action 4*: Preserve dead and moribund animals and identify insect health expert who can conduct baseline health screening (all; timeframe ASAP). See *ex situ* group.

Recommendation: Leverage new research dollars.

*Action 1*: Utilize PHVA and revised Recovery Plan to justify grants for research. Explore all potential sources for research funding (ongoing basis). This may include a page on the web site that directs researchers to potential funding sources (all researchers and St. Louis Zoo; timeframe ASAP).

Recommendation: Centralize existing data and encourage data sharing and collaboration.

*Action 1*: St. Louis Zoo will establish a list serve by Feb. 2006.

*Action 2*: St. Louis Zoo will develop (summer 2006) and operate (continuous) a web site dedicated to the ABB that contains public outreach materials, photographs, and published and unpublished data in a format (pdf) which is readily available to interested parties.

*Action 3*: All state and federal agencies, universities, and NGOs are encouraged to provide data to St. Louis Zoo to be incorporated into the web site (ongoing basis).

**Issue 4. Need to establish new populations within historic range: In order to restore the species to representative areas within its historic range, and to have redundancy (multiple**

FWS001601

**populations to ensure resiliency), many new populations need to be established (or discovered)**.

<u>Recommendation:</u>  Identify and establish "X" number of new core populations within historic range to meet Recovery Plan objectives.

*Action 1*: USFWS will develop reintroduction site criteria that can be used to assess and identify suitable habitat for reintroduction sites by 2006 (draft site criteria have been developed and are available on an as-needed basis now).

*Action 2*: USFWS, state wildlife agencies, universities, and zoos will identify wild populations for translocation source or establish captive breeding populations for reintroduction use.

*Action 3*: USFWS, state wildlife agencies, universities, and zoos will conduct translocation or reintroduction efforts.  This action requires a commitment to follow-up population monitoring.

FWS001602

# Habitat Working Group Report

**Group Participants:** *Peggy Horner, Michael Arduser, Chris Raithel, Hayley Dikeman, Chris Reynolds, Michael Fritz, Brock Blevins*

**Overall issue**: Define suitable habitat (specifically reproductive, wintering, feeding habitat) in order to identify and establish ABB "focus areas."  These are areas of public or otherwise secure land with relatively high ABB concentrations that provide abundant suitable habitat.

**Overall Issue Statement:** We hypothesize that the distribution, establishment and disappearance of American burying beetle populations is correlated with, and limited by the distribution and variation of certain habitat characteristics.  Our goal is to identify these habitat characteristics (both biotic and abiotic) and their variation at local and landscape scales, in order to define suitable and unsuitable American burying beetle habitat.  From these data we will construct a "suitable habitat" model to strategically guide survey effort, reintroduction planning and management.

**Issue 1**: **Identify the abiotic and biotic factors that characterize suitable habitat.**
Three general components of suitable ABB habitat were identified: feeding, reproductive, and overwintering habitats.  Detailed knowledge of suitable habitat components is needed to determine where ABBs "really are" in the landscape.  We assume that ABB's reproductive and overwintering habitats are more limiting (restrictive) than feeding habitats.  Habitat variables include carrion, soil, vegetation, disturbances, weather and landscape influences.  Knowledge of where ABBs are occurring will allow us to focus attention and resources.  Focusing our efforts will facilitate and maximize the recovery/conservation of the ABB, facilitate coordination between agencies/landowners/academia/states/etc., minimize duplication of efforts, and identify the landowners that need to be involved.  This would also facilitate and assist the USFWS in compliance with the ESA.

**Biotic Factors**
**1. Carrion**
**Assumptions:** Availability of carrion of suitable size/weight for reproduction is a limiting factor for ABBs.

**Information needed:** Is carrion availability actually a limiting factor?  How do we assess/measure carrion availability?  How do we evaluate competition for carrion?

**Known information/info sources:** Existing data sources such as breeding bird surveys, quail counts, etc. on ABB areas/non-ABB areas gives us some idea of the carrion base.

**Solution:** Review existing data, such as breeding bird surveys, quail counts, small mammal surveys, literature on biomass matrix data, other literature, etc.
Develop field experiments to augment data gaps, for example:
1.  Measure rates of carrion removal by predators/competitors at selected study sites which are similar in as many ways as possible (soils, land use, carrion base), and preferably close together (i.e., within the same landscape), *except* for absence/presence of ABBs.  Assess areas with no

FWS001603

ABBs, and areas <u>with</u> ABBs for rates/frequencies of carrion removal/capture.  No differences in carrion removal/capture measures between ABB absent sites and ABB present sites would suggest that competition for carrion is not, by itself, limiting.  Higher rates of carrion removal/capture on the non-ABB sites would suggest otherwise.

**Abiotic Factors**
**1.  Soil**
**Assumptions:** Reproductive and over wintering habitat is correlated with soil parameters

**Information needed:** Effects of frost line, temperature, moisture, compaction, types, disturbance, pH, and organic matter on ABBs.

**Known information/Info sources:** Every state/most counties have Soil Type Maps, many of the ABBs sites have disturbance data.  Sources include Fort Chaffee, Camp Gruber, Weyerhaeuser, natural heritage inventory, MO natural areas, state wildlife management areas, federal wildlife refuges, TNC, GAP data, states, USFWS, National forest, and National Parks.

**Solutions:** Collect known information on soil parameters to determine any trends in correlations, develop an experimental design to collect the data 'gaps,' implement a study in different populations across the range of the species.

**2. Vegetation**
**Assumptions:** Non-native plant monocultures (Bermuda, fescue grasses) are limiting factors to ABBs using the area.

**Information Needed:** Importance of structure, species composition, diversity, and density.

**Known information/Info sources:** Some information is known from Fort Chaffee, Camp Gruber, Weyerhaeuser, natural heritage inventory, MO natural areas, state wildlife management areas, federal wildlife refuges, TNC, GAP data, states, USFWS, National forest, and National Parks; Nebraska also has some information.

**Solution:** Review existing vegetation data at ABB known locations or 'Focus Areas,' identify gaps in information, develop a protocol for collecting the information, and implement the new survey experimental design in selected locations across the range.

**3. Weather**
**Assumptions:** Weather affects the current distribution and numbers of ABBs.

**Information Needed:** Weather data where high concentrations of ABBs currently exist and where there is long-term ABB data.

**Known information/Info sources:** Precipitation, humidity; min, max, average temperatures, snowfall is currently accessible through web sites and military installations.

FWS001604

**Solutions:** Review and analyze climate data from known weather stations and determine correlations through modeling or other statistical analysis.

**4. Disturbance**
**Assumptions:** ABBs are affected by disturbances, whether single large event disturbances (fires, drought) or chronic, smaller scale events (grazing, etc).

**Information Needed:** Effects of fire (season, habitat type, intensity, frequency), grazing (species, frequency), and haying/mowing on ABB populations.

**Known information/Info sources:** Camp Gruber has data on their fire regime, troop movements, haying and mowing.  It's likely that other areas have this information too.

**Solutions:** Review and analyze disturbance data at ABB known locations or 'Focus Areas,' identify gaps in information, develop a protocol for collecting the information, and implement the new survey experimental design in selected locations across the range.

**5.  Landscape**
**Assumptions:** ABBs do less well in the vicinity of human development; rather, they need large, roadless, undeveloped landscapes to maintain vigorous populations.

**Information needed:** Are things such as roads, utility right of ways, and urbanization affecting ABBs?

**Known/Information/Info sources:** GIS data, Web data, aerial photography is available to look at historical and current landscapes.

**Solutions:** Identify large focus areas to conduct research, collect and review existing data, create a measure of human imprint/impact, and correlate to known ABB locations and known unoccupied areas.

**6. Survey Methodology**:
**Assumptions:** Baited pitfall traps lure ABBs into areas were they may or may not choose to be independent of the artificial bait provided.  They may use a baited area for feeding but we assume they may or may not use this area for reproduction or overwintering.

**Information needed:** An alternative method of locating and following ABBs in their environment.

**Known information/Info sources:**

**Solutions:** Review literature involving ABB monitoring methods, and also for other Nicrophorus species and beetles in general.

FWS001605

**OVERALL SOLUTION:** Review data, identify data gaps, develop a model to analyze existing data and develop an experimental design to collect needed data, identify areas to conduct the experiment across the range of the ABB, and implement the study.

**Issue 2.  Coordinate ABB protection and management with land managers and stakeholders.**

**Assumption:** Once Focus Areas are identified, associated landowners need to be involved. Relationships with landowners need to be developed and/or maintained, particularly with private landowners.  Best Management Plans (BMPs), based on knowledge of suitable habitat, should be developed to improve/manage ABB habitat.

**Information needed:** Identification of focus areas and associated landowner identification.

**Known information/Info sources:** HCPs, Safe Harbors, Partners for Wildlife, Easements, Landowner Incentive Program, EPA 319 projects, NRCS programs, conservation banks, TNC focus areas, NGO's , military SCUBS, Airports/AFBs, community conservation, municipal involvement, zoo exhibits, county agents (County conservation Districts), Agency outreach efforts, tribes, FWS Refuge plans, Military Plans, and State Wildlife Plans.

**Solutions:** Work with existing agencies to carry the message to land managers (NRCS, County Conservation Districts). Develop a Public relations/public outreach plan (includes media), and identify outreach products we don't currently have. Identify compatible land uses and develop BMPs that are specific to regions. And Investigate community conservation strategies.

**Issue 3.  Understand how landscape influences suitable habitat.**
Once suitable habitat is identified and focus areas are identified, we need to know what size the focus areas need to be to sustain a viable population, and what corridors are needed to allow for movement between metapopulation/populations.  We decided it was important to look at the species at the landscape level, defined as the ABB's historic range.  We further discussed the importance of habitat fragmentation, loss of habitat, and connectivity/corridors.  (See wild population working group report).

**Prioritized Recommendations:**

**Recommendation 1: Form a working group to review existing habitat data in occupied, historic but currently unoccupied, and never occupied ABB areas.**  Data reviewed should include published and unpublished inventory studies regarding carrion, soil, vegetation, weather, disturbance, and methodology utilized.  It is important to know what data we already have and what we need to collect, as well as which methods have worked or have not worked, and the results.  In cases where data are robust enough to permit correlational analyses, these should be undertaken to better inform the construction of a standard experimental design (see below).

*Action 1.*   Gather and compile existing information.
        A.  Who?

One individual from each state. *Hayley will take the lead on this while getting commitments from individuals to participate in the working group as a whole.*

    B. When?
    Each state to have data assembled by June 1, 2006
    C. How?
    Literature search, data search/collection (survey data and related vegetation surveys), contact federal, state, NGO, etc., landowners for what data they have on vegetation, soil, disturbance, and weather.

*Action 2.*  Identify information gaps, consistencies, trends, etc.
    A. Who?
    Working group
    B. When?
    October 15, 2006
    C. How?
    Conference Call

*Action 3:*  Review existing data in occupied, historic but currently unoccupied, and never occupied ABB areas.  Data reviewed should include inventory data regarding carrion, soil, vegetation, weather, disturbance, and modeling and experimental designs implemented.  This group would include representatives from each state that currently has ABBs, US Fish and Wildlife Service, and State Wildlife Agencies.  If existing data is robust enough to be useful in addressing the goal of identifying suitable habitat, perform correlational analyses.

**Recommendation 2: Assemble a subcommittee from the habitat working group to develop a standard experimental design and model for collecting and analyzing habitat data employing a new sampling method.**  Additional representatives from each state with ABBs should also be included in the subcommittee.  This subcommittee would work together and employ any needed outside experts to finalize an experimental design, protocols and methodology to collect habitat data.  Data targets should include soil, vegetation, carrion, and disturbance parameters, as well as any others identified by the subcommittee.  Data should be collected in areas of historical ABB areas, currently occupied, and unoccupied areas to determine what habitat parameters are important or affect ABBs, and to determine what habitats need to be protected and managed.  The goals are to determine what habitat parameters are important or effect ABBs, and to determine what habitats need to be protected and managed.

*Action 1.*  Evaluate existing and new experimental designs and models, and explore and develop alternative methods other than pitfall trap data to clarify habitat selection by ABBs.
    A. Who?
    Working group with statistician expert to flush out details and expectations of analyzing existing data and developing a new experimental design for determining ABB preferred reproductive habitat.  The expert (graduate student, consultant, or researcher) will finalize the data analysis of the existing data and developing new experimental design methods (about $10,000 will be needed to hire the expert to do this; see Action 2 below).  Identify which focus area to use as implementation sites for the new experimental designs.

FWS001607

B. When?
   January, 2007
C. How?
   Group meeting.  Location will be decided during the February 15 conference call.
   Approximately $2,000 will be needed for host to set up the meeting site.
D. Measure: Formal recommendation from group

*Action 2.*  Statistician/modeler.
   A. Who?
      Hayley will find an expert to fill this role by contacting the USFWS, USGS, FS, etc.
   B. How?
      Approximately $10,000 will be needed to fund this expert to analyze or develop correlation using existing data in a model, and develop a new experimental design and model for the data collected from the new experimental design.

*Action 3.*  Identify an individual knowledgeable with GIS to manage existing and collected data.
   A. Who?
      *Hayley will take the lead for getting individuals to participate in the working group.*
   B. How?
      Identify those most familiar with and capable of providing greatest input.
   C. When?
      Have committed individuals participating in working group by end of 2005.

**Recommendation 3:  Implement the standardized experimental design and sampling protocol in several focus areas (i.e., an area with high ABB numbers and a secure core, relative to ownership) within selected populations (populations identified elsewhere in this PHVA document by the "Wild populations" group).**

*Action 1.*  Implement experiments based on newly developed experimental design to collect ABB habitat selection data.  Approximately $20,000 to $30,000 will be needed per focus area.
   A. Who?
      Working group or consultants/grad students identified by the working group.
   B. When?
      Implementation of the experiment needs to done in the 2007 field season.
      Hiring staff to implement this work needs to be done by the fall of 2006 at the latest.
   C. How?
      Hiring staff to conduct work.

*Action 2.*  In areas with current transects, look at presence/absence data at ABB locations at the landscape scale in relation to habitat parameters.  All trap efforts (positive or negative) need to be reported.

*Action 3.*  USFWS to standardize and require capture data from permits.

20

FWS001608

**Recommendation 4: Identify, engage, and involve stakeholders in selected focus areas to protect ABB populations.**

FWS001609

# *Ex situ* Populations Working Group Report

***Group participants:*** *Lou Perotti, Bob Merz, Steve Shurter, Daniel Koch, Randy Morgan, Sabrina Kirkpatrick, Paul Pearce-Kelly*

Note: Topics listed in order of agreed importance.

**Issue 1: *Ex situ* support of the USFWS ABB Recovery Plan.**
How this might best be realised will be determined by the Recovery Plan's *ex situ* mandate. Our understanding is that the current Recovery Plan is our working mandate until updated and revised. Potential mandate areas could include:

- Augmenting existing *in situ* populations or helping establish new populations.
  This has been the historic and is the current main focus.

- Providing reservoirs of genetic diversity.
  This has implications in terms of founder base and management regimes.

  Both of these roles raise the issue of the necessary number of participating institutions.

- Addressing specific biological issues (basic biology, life cycle and management issues, both captive and wild).
  Lab conditions provide opportunities to enhance knowledge of particular areas impractical to obtain in the field (e.g. investigating the significance of phoretic mites and other potential symbionts).

- Public education.
  Zoo-based mechanisms are already in place to promote and create support for the various elements of the program.

- Generation of funds.
  Zoo and universities are uniquely positioned to investigate and secure grants and other funding opportunities.

**Recommendation: The ABB Recovery Plan (RP) should recognize and give direction to research and other support needs that can be provided by the *ex situ* program.**

*Action:* ABB RP to provide appropriate direction (via RP Updates or Revision) relative to health, genetics, reintroduction, captive management, biological research issues, education, funding, etc. as identified by USFWS with input from stakeholders, with working draft document available for review by next annual meeting (Fall 2006).

**Issue 2: There is a pressing need to clarify the health profile of the ABB.** This is a key program issue encompassing both wild and captive elements. Without knowledge of wild population health profiles it is impossible to interpret what constitutes an infectious agent in

22

FWS001610

either wild or captive populations (ref: World Conservation Union guidelines 1987, 1995 and 2001).

- The current lack of relevant pathology investigations or pooling of pathology data (including potential model species data) is hindering progress.

- The current lack of pathology/necropsy protocols (for both *in* and *ex situ* populations) prevents the availability of suitable material for health investigations.

**Recommendation 1: Produce pathology/necropsy protocols for both *in situ* and *ex situ* populations** (example: Fregate Beetle Management Guidelines 2004).

*Action*: Randy Morgan (Cincinnati Zoo), Lou Perrotti (Roger Williams Park Zoo) and St Louis Zoo will produce a draft protocol by May 2006 (with input from invertebrate pathologist Romain Pizzi) and circulate to Workshop participants for review and comment.

- There is uncertainty as to where this health investigation work should and can be conducted.

**Recommendation 2: A collaborative partnership approach should be investigated.**

*Action:* Randy Morgan (Cincinnati Zoo), Lou Perrotti (Roger Williams Park Zoo) and St. Louis Zoo will investigate and approach potential collaborative partners. The use of congener species may provide appropriate modeling.

- There is a current lack of standardized measurements. We see adult body size as being a particularly useful index, but others might also include larval development and aspects of the life cycle.

**Recommendation 3: Produce standardized measurement protocols** (ref: Fregate beetle MG).

*Action:* Nebraska, Fort Chaffee and Roger Williams Park Zoo to produce standardized measurement guidelines. These measurement guidelines are to be incorporated into the management guidelines, and will be completed by May 2006.

**Issue 3: Captive husbandry and related issues.**
- Currently there is variation in keeping systems and breeding results being experienced in different institutions. There is a need to review and summarize historic and current keeping methods and associated results. This should form the basis for the production of comprehensive management guidelines.

**Recommendation 1: Review and summarise historic and current keeping methods and associated results.**

*Action:* Lou Perotti (Roger Williams Park Zoo), Randy Morgan (Cincinnati Zoo) and Bob Merz (St Louis Zoo) will review and summarize historic and current husbandry management methods and associated results. Captive populations were (formally kept at Cincinnati Zoo and Boston

FWS001611

University, and are currently maintained at Roger Williams Park Zoo, St Louis Zoo, Ohio State University and Purdue Calumete University. Another colony is planned to be held at The Wilds in 2006.). First draft to be done by May 2006 (Bob Merz to lead).

**Recommendation 2: Produce comprehensive management guidelines.**

*Action:* Lou Perrotti (Roger Williams Park Zoo), St. Louis Zoo and Cincinnati Zoo to produce comprehensive husbandry management guidelines. First draft to be produced by 2006 ABB RP annual meeting.

**Issue 4: Reintroduction.** Reintroduction has been considered an important mandate of the *ex situ* program since its conception. Currently there is no standardized reintroduction protocol (including follow-up assessments).

- The *ex situ* program needs direction from the ABB RP as to specific reintroduction requirements, including population representation and numbers.

- Who conducts reintroductions and determines the parameters of successful reintroductions?

**Recommendation: ABB RP needs to clarify specific reintroduction requirements, including population representation and numbers.**

*Action:* ABB RP needs to clarify specific reintroduction requirements, including population representation and numbers. First draft to be produced by 2006 annual meeting.

**Issue 5: Genetics.** The current uncertainty about the degree of genetic variation in *in situ* populations (natural and introduced) needs to be addressed. This will enable best program management of both *ex situ* and *in situ* populations.

The current uncertainly about the presence/significance of inbreeding depression in this species undermines confidence that best program management is being followed.

- The genetic diversity of the *ex situ* population(s) needs to be representative of the target extant population(s) as determined by the ABB RP management mandate.

**Recommendation 1: Investigate and determine if there are genetically distinct wild populations that need to be captured in the *ex situ* program.**

*Action:* ABB RP to clarify and direct in accordance to revision of RP and 2006 annual review meeting.

**Recommendation 2: Produce standardized dead specimen preservation guidelines for providing suitable material for genetic investigations.** These could either be separate or incorporated into the standardized pathology/necropsy protocol.

FWS001612

*Action:* Randy Morgan (Cincinnati Zoo), Lou Perrotti (Roger Williams Park Zoo) and St Louis will produce a draft protocol for discussion by the group by May 2006.

**Recommendation 3: Identify institution(s) willing to undertake genetic analysis work**. This is likely to require the production of an outline proposal.

*Action*: Randy Morgan (Cincinnati Zoo), Lou Perrotti Roger (Williams Park Zoo) and St Louis to investigate potential lab partners and produce draft outline proposal for circulation to the group by May 2006.

**Issue 6: Research role.** Is there a research role for *ex situ* populations beyond the areas raised above and, if so, what are the priority areas?

**Recommendation 1: The historic and current keeping methods and associated results review can identify immediate research areas pertaining to the *ex situ* program.**

*Action:* St Louis Zoo (Bob Merz to coordinate), Lou Perrotti (Roger Williams Park Zoo), Cincinnati Zoo (Randy Morgan) to identify potential research needs arising from the historic and current husbandry process.  First draft to be done by June 2006.

**Recommendation 2: An annual review/meeting can identify the wider spectrum priority research areas.**

*Action:* ABB RP needs to recognize and direct research needs in accordance with the updated RP.  First draft to be produced by 2006 annual meeting.

25

FWS001613

FWS001614

**American Burying Beetle**

**Population and Habitat Viability Assessment Workshop**

**St. Louis, Missouri**

**14-17 November 2005**

# Final Report

**Section III**
**Population Modeling Report**

FWS001615

FWS001616

# Population Modeling Report

Computer modeling is a valuable and versatile tool for assessing risk of decline and extinction of wildlife populations. Complex and interacting factors that influence population persistence and health can be explored, including natural and anthropogenic causes. Models can also be used to evaluate the effects of alternative management strategies to identify the most effective conservation actions for a population or species and to identify research needs. Such an evaluation of population persistence under current and varying conditions is commonly referred to as a population viability analysis (PVA).

The simulation software program *Vortex* (v9.57) was used to examine the viability of American burying beetle populations in the United States. *Vortex* is a Monte Carlo simulation of the effects of deterministic forces as well as demographic, environmental, and genetic stochastic events on wild populations. *Vortex* models population dynamics as discrete sequential events that occur according to defined probabilities. The program begins by creating individuals to form the starting population and stepping through life cycle events (e.g., births, deaths, dispersal, catastrophic events), typically on an annual basis. Events such as breeding success, litter size, sex at birth, and survival are determined based upon designated probabilities. Consequently, each run (iteration) of the model gives a different result. By running the model hundreds of times, it is possible to examine the probable outcome and range of possibilities. For a more detailed explanation of *Vortex* and its use in population viability analysis, see Lacy (1993, 2000) and Miller and Lacy (2003).

This population model was designed to assess the viability of the American burying beetle (ABB) population (*Nicrophorus americanus*) in the northeast and central United States. Formerly distributed throughout temperate eastern and central North America, American burying beetles now persist only as remnant populations in the Midwest and a small population on Block Island off the coast of Rhode Island. In addition, a small reintroduced population occurs on Nantucket Island, Massachusetts. Extensive information from field studies of these populations, as well as information gleaned from captive population records, was used by workshop participants to develop a best estimate baseline model for this species.

## *Vortex* Baseline Model Parameters
The final values used in the baseline model are described below. Scenarios were run for 500 independent iterations. The population was modeled for 50 years (representing 50 generations) so that long-term population trends could be observed. This allows results to be viewed in shorter time periods as well, so that short-term and long-term management actions and impacts could be considered.

### *Demographic and Genetic Parameters*
Inbreeding depression: *Yes*
Inbreeding is thought to have major effects on reproduction and survival, especially in small populations, and so was included in the model (as reduced survival of inbred offspring through their first year). No estimates were available on inbreeding impacts in ABB; therefore, data on *Drosophila melanogaster* were used to estimate lethal equivalents through 50 days of age for ABBs (approximate age of eclosure) (Swindell and Bouzat, 2006). The impact of inbreeding was

29

FWS001617

modeled as 5.2 lethal equivalents, with 100% of the effect of inbreeding due to recessive lethal alleles (50% for populations of <1000).

Concordance between environmental variation in reproduction and survival:  *No*
Environmental variation (EV) is the annual variation in reproduction and survival due to random variation in environmental conditions. The workshop participants chose not to include this correlation between environmental conditions that affect survival and reproduction (i.e., good years from reproduction are not necessarily good years for survival). Carcass availability in spring and summer affect reproduction, while survival is largely influenced by overwintering conditions.

Mating system:  *Short-term polygyny*
ABBs are generally reported to be monogamous, with one pair typically producing and caring for one brood. In some cases, however, males have been observed to abandon the brood during this process, leaving the female to feed and protect the larvae. Workshop participants believed that such males might breed with unpaired females, and that it is most appropriate to model the mating system as polygynous.

Age of reproduction:  *1 year*
The ABB has a simple and short life cycle. Eggs are laid and hatch during the summer, and the resulting larvae pupate into adults within a couple of months. These adults overwinter to breed the next summer at age 1 year before dying. This means that all ABB reproduce at 1 year of age.

Brood size:  *15*
Kozol (1990a,b) report typical brood size as 12-18, with 31 being the maximum observed in the field. Mean brood size at Cincinnati Zoo was 14.1 (Creamer, 1993), and wild populations averaged 15.5 (Lomolino and Creighton, 1996) in Oklahoma and 14.7 (SD = 5.5) on Block Island (Raithel, pers.comm.). For the *Vortex* model, participants chose a maximum litter size of 30, with a mean brood size of 15 and SD of 5. Sex ratio at birth was assumed to be 50:50 (Kozol *et al*., 1988; Creighton and Schnell, 1998).

Percent of females breeding:  *50-80% (see below)*
Breeding success rates (percent of females producing a brood) observed in wild ABB populations vary from 46% to 100% in a given year (see Table 1). Biber (1998) estimated 66% breeding success by combining data across wild and captive populations (141 out of 213 pairs monitored).

Table 1. Breeding success rates for wild ABB populations reported in the literature.

| Population | Female (pairs) breeding | Years | Reference |
|---|---|---|---|
| Block Island | 63, 82% | -- | Kozol 1989; Kozol 1990a |
| Block Island | 50% (non-provisioned pairs) | -- | Raithel, pers. comm. |
| Penikese Island | 60, 78, 86, 97% | 1990-93 | Amaral *et al.* 1997 |
| Nantucket Island | 100, 46, 71% | 1994-96 | Prospero |
| Oklahoma (grassland) | 56-66% | 1994 | Lomolino and Creighton 1996 |
| Oklahoma (forested) | 95% | 1994 | Lomolino and Creighton 1996 |

Density-dependent reproduction:  *Yes*

30

JA-554

Reproduction is related to resource (carcass) availability and therefore can be affected by intra- and interspecific competition for limited resources. Reproduction therefore was modeled as being density-dependent. The workshop participants estimated that on average 80% of females breed under low density conditions (high carcass availability) and 50% when population size reaches carrying capacity (increased competition for limited carcasses). Density dependence was modeled as shown by the curve on the right (Allee parameter A = 1 and a steepness parameter B = 2). The graph indicates the percent of females breeding (y-axis) as a function of density. Environment variation was estimated at 5%. All adult males were considered to be potential breeders in this polygynous mating system.



N/K

Mortality:  *75% (Yr 1), 100% (Yr 2)*
ABBs are univoltine, having one generation per year. First-year mortality incorporates a variety of life stages, from hatching through eclosure and overwintering to the next spring. Second-year mortality is 100%, as breeding adults die before their second winter. Mortality rates do not differ between the sexes. The participants used the following information to estimate first-year mortality. Environmental variation (year-to-year fluctuations) was estimated at 5%.

*Estimated survival from larva to teneral adult:*
   78% (Roger Williams Zoo); 80% (Nantucket); PHVA participants estimated at 80%
*Estimated survival from teneral adult to breeding adult (overwinter survival):*
   44% reported by Lomolino *et al.* (1995); overwinter survival on Block Island averaged over 4
   years was 31%; PHVA participants estimated at 31%
*80% x 31% = 25% survival from larva to breeding adult = 75% first-year mortality*

***Population Parameters***
Population size:
Estimates of population size for American burying beetles vary both in magnitude and reliability. Contiguous populations are thought to vary from several hundred to over 20,000 beetles. Stochastic processes are much more likely to affect the viability of small populations, while deterministic processes, such as habitat loss, act upon populations of all sizes. The current estimated number of ABBs is too large to model as a metapopulation using *Vortex*; instead, individual populations were modeled separately, incorporating catastrophic threats specific to each population. Estimates of population size and carrying capacity were provided by workshop participants (see later section on *Population-Specific Models*).

The *Vortex* ABB model was also used to investigate the general impact of population size on population viability using the baseline demographic input values. For this analysis, populations varying in size from 100 to 10,000 beetles were modeled. These results may be useful when evaluating long-term viability for specific ABB populations and estimating what might be considered a minimum viable population given the best guess demographic values.

31

FWS001619

<u>Carrying capacity</u>:
For baseline sensitivity testing scenarios, carrying capacity (K) used for determining density-dependent reproduction was set at 20% above the initial population size (N) so that $r$ would on average be positive the first year of the simulation. *Vortex* normally imposes the value entered as carrying capacity by truncating the population (killing animals) if the population size exceeds K. To minimize such a mortality-imposed carrying capacity, the level at which truncation occurred was set higher, at 50% above $N_{init}$, so that population would be regulated primarily through density-dependent reproduction. The baseline model assumes carrying capacity to be constant. Some individual population models included a projected decline in K.

<u>Catastrophes</u>:
Potential catastrophic events vary in type, probability of occurrence, and impacts among the geographically diverse ABB populations. Four catastrophes – severe drought, tornados, ice storms and hurricanes – were included in the population-specific scenarios. No catastrophes were included in the baseline or sensitivity analyses.

## Baseline Model Results

### *Deterministic Results*
The baseline model describes a population that shows strong positive deterministic growth when resources are abundant (r = 0.405), enabling the population to increase by 50% in one year ($\lambda$ = $R_o$ = 1.50). This growth rate is similar to the average lifetime reproductive success of 1.35 resulting from Biber's ABB model (1998), which did not include density-dependent effects and used 66% as the breeding success rate. Therefore, at low densities with plentiful resources, populations grow quickly. As high densities are reached, however, carcass availability becomes limited and population growth ceases to be positive. At N/K ≈ 93%, r = 0.000 with about 53% of females breeding. Higher densities lead to lower breeding rates for females, resulting in population decline. This combination of high growth potential, one-year generation length, and density-dependent reproduction leads to model populations that fluctuate in size around a mean at some point below carrying capacity (Figure 1).



Figure 1. Single iteration of ABB model, with $N_{init}$ = 3,000 and $K_{DD}$ = 3,600 (dashed line).

These deterministic growth rates are those expected based on mean fecundity and mortality rates in the absence of inbreeding and stochastic processes (e.g., skewed sex ratio, environmental variation). In the absence of these forces, populations would be expected to grow to and stabilize at about 93% of the estimated carrying capacity (when r = 0). Stochastic processes produce

32

FWS001620

additional impacts on populations, with small populations being more susceptible. Simulations using the baseline model input values resulted in populations that fluctuated around 83% of K for populations of 1,000 or more.

***Sensitivity Testing of Demographic Parameters***

To investigate areas of uncertainty in several of the demographic parameter values, sensitivity testing was conducted to explore the sensitivity of the model results to these parameters around plausible ranges as listed below. Baseline values are in boldface. All scenarios were run for 500 iterations with an initial population size of 3,000 and $K_{DD}$ = 3,600.

| | |
|---|---|
| Inbreeding (# of LE): | *0, 3.2, **5.2**, 7.2* |
| % females breeding (low density): | *75, **80**, 85, 90* |
| % females breeding (at K): | *45, **50**, 55, 60* |
| EV (% females breeding): | *0, **5**, 10* |
| *Mean brood size:* | 13, 14, **15**, 16, 17 |
| First-year mortality: | *65, 70, **75**, 80, 85* |
| EV (first-year mortality): | *3, **5**, 7* |

Varying demographic rates independently across the range of values tested had little effect on population viability (Table 2). In almost all cases, the probability of extinction within 50 years was zero, and retention of gene diversity was high. The exception to this trend was first-year mortality (see discussion below). Although there was little effect on population persistence and genetic variation, population size was impacted by several of these demographic rates (Figure 2).



Figure 2. Mean population size after 50 years for scenarios that varied inbreeding lethal equivalents (LE), percent females breeding at low (LD) and high (HD) density and EV (EVBr), mean brood size (Brood), and first-year mortality (Mort) and EV (EVMort). Dashed line indicates mean N using all baseline input values.

33

FWS001621

Under most conditions, populations maintained an average stochastic growth rate close to zero due to the effects of density-dependent reproduction; in some cases, however, populations experienced either population decline (low brood size or high mortality) or population growth above K not restricted by density-dependent effects (high breeding success or low mortality).

Inbreeding:  Increasing, reducing or even removing inbreeding effects had little to no impact on growth rate and probability of extinction at the relatively large (≈3,000) population size modeled, even over 50 generations, as the population was sufficiently large to retain over 98% of the original gene diversity.

Breeding success: Varying breeding success under low density conditions (75% to 90%) had little impact on the population. Breeding success in high density, competitive situations (45% to 60%) demonstrated a larger effect on population size and growth, although not on population persistence over 50 years. These results support the idea that population growth and size are impacted by factors that affect carcass availability, such as changes in habitat and species composition.

Table 2. Effect of varying demographic input values on population viability at 50 years (Stoch.r = stochastic r; PE = probability of extinction; N = mean population size; SD(N) = standard deviation in population size; GD = proportion of gene diversity remaining).

| Parameter | Input value | Stoch. r | PE | N | SD(N) | N/K | GD |
|---|---|---|---|---|---|---|---|
| Inbreeding (LE) | 0 | 0.004 | 0 | 3136 | 776 | 0.87 | 0.980 |
| | 3.2 | 0.003 | 0 | 3077 | 727 | 0.86 | 0.980 |
| | **5.2** | **0.002** | **0** | **2994** | **710** | **0.83** | **0.980** |
| | 7.2 | 0.002 | 0 | 2991 | 695 | 0.83 | 0.980 |
| % females breeding (at low density) | 75 | 0.002 | 0 | 3040 | 740 | 0.84 | 0.979 |
| | **80** | **0.002** | **0** | **2994** | **710** | **0.83** | **0.980** |
| | 85 | 0.003 | 0 | 3110 | 734 | 0.86 | 0.980 |
| | 90 | 0.004 | 0 | 3103 | 752 | 0.86 | 0.980 |
| % females breeding (at high density) | 45 | -0.001 | 0 | 2837 | 709 | 0.79 | 0.978 |
| | **50** | **0.002** | **0** | **2994** | **710** | **0.83** | **0.980** |
| | 55 | 0.010 | 0 | 3327 | 761 | 0.92 | 0.982 |
| | 60 | 0.033 | 0 | 3693 | 725 | 1.03 | 0.984 |
| EV (% breeding) | 0 | 0.002 | 0 | 3112 | 681 | 0.87 | 0.980 |
| | **5** | **0.002** | **0** | **2994** | **710** | **0.83** | **0.980** |
| | 10 | 0.004 | 0.002 | 2845 | 859 | 0.79 | 0.978 |
| Mean brood size | 13 | -0.005 | 0 | 2402 | 661 | 0.67 | 0.977 |
| | 14 | -0.002 | 0 | 2741 | 715 | 0.76 | 0.979 |
| | **15** | **0.002** | **0** | **2994** | **710** | **0.83** | **0.980** |
| | 16 | 0.007 | 0 | 3268 | 754 | 0.91 | 0.980 |
| | 17 | 0.014 | 0 | 3370 | 756 | 0.94 | 0.980 |
| % first-year mortality | 65 | 0.051 | 0 | 3962 | 587 | 1.10 | 0.980 |
| | 70 | 0.019 | 0 | 3619 | 641 | 1.01 | 0.981 |
| | **75** | **0.002** | **0** | **2994** | **710** | **0.83** | **0.980** |
| | 80 | -0.015 | 0.004 | 1668 | 812 | 0.46 | 0.964 |
| | 85 | -0.284 | 0.996 | -- | -- | -- | -- |
| EV (% mortality) | 3 | 0.001 | 0 | 3165 | 488 | 0.88 | 0.981 |
| | **5** | **0.002** | **0** | **2994** | **710** | **0.83** | **0.980** |
| | 7 | 0.003 | 0.010 | 2736 | 977 | 0.76 | 0.976 |

34

FWS001622

<u>Brood size</u>:  Brood weight has been observed to correlate positively with carcass weight (Kozol *et al*., 1988) and can be affected by the availability of carcasses of optimal size. Mean brood size can affect growth rate and resulting population size; however, probability of population extinction remains zero over the brood size range tested and gene diversity remains high.

<u>First-year mortality</u>:  The ABB *Vortex* model is much more sensitive to mortality rates and EV than to reproductive and inbreeding parameters across the range of values tested. Mean first-year mortality rates higher than that used in the baseline model (75%) lead to population decline. Mean mortality of 85% leads to virtual certain extinction within 50 years (median = 22 years), since at EV=5 there is a small probability of experiencing 100% mortality in a given year. Conversely, lower mortality rates result in large, more robust populations.

Overwintering may be a significant cause of mortality (Bedick *et al*., 1999) and controls the population size and number of breeders the following spring. The model results suggest that first-year mortality, and perhaps especially overwinter mortality, can significantly affect ABB population viability, suggesting that: 1) more accurate data are needed to better evaluate average mortality rates and yearly variation in those rates to better predict ABB population viability; and 2) management strategies designed to improve first-year survival, including winter survival, will be beneficial to the conservation of ABB populations.

### *Effect of Population Size and Carrying Capacity*
Most ABB populations in the wild are sufficiently large to be relatively unaffected by inbreeding depression and many other stochastic processes that can impact small populations. However, there are a few smaller populations, such as the one on Block Island, which may be vulnerable to these processes. In addition, as recovery efforts continue across the former range of this species, future reintroduced populations may be more restricted in size. Future changes in habitat and species composition may result in smaller, fragmented ABB populations in the future. Finally, extreme environmental events such as catastrophes may reduce even large populations to levels at which stochastic processes can have significant effects. It is therefore useful to investigate the effect of population size and carrying capacity on the viability of ABB populations using the baseline model with the best estimates of demographic parameters for this species.

The baseline model was used to explore the viability of populations ranging from 100 to 10,000. All populations were started below carrying capacity (N = 83% of $K_{DD}$), the average point around which viable populations fluctuate given the baseline demographic values. The resulting population trends shown in Figure 3 represent averages across 500 iterations for each population size; individual iterations show yearly fluctuations around these averages as shown in Figure 1.

Using baseline values, small populations ($\leq$ 250 beetles) experience significant population decline and loss in genetic variation. Extinction within 50 years is essentially certain when populations are around 100 beetles, while populations of about 250 have an 11% chance of extinction. Populations of about 500 persist but are reduced in size and gene diversity. Starting populations of 1,000 or more are able to maintain initial population size and high levels of genetic variation, and have no risk of extinction (Figures 3; Table 3).

FWS001623



Figure 3. Ratio of mean population size (N) over carrying capacity (K) over 50 years for initial populations of 100 to 10,000 individuals at 83% $K_{DD}$.

Table 3. Effects of initial population size and carrying capacity on population viability at 50 years ($K_{DD}$ = carrying capacity used for density-dependent reproduction; Stoch.r = stochastic r; PE = probability of extinction; N = mean population size; SD(N) = standard deviation in population size; GD = proportion of gene diversity remaining; TE = mean time to extinction, in years).

| Initial N | $K_{DD}$ | Stoch. r | PE | N | SD(N) | N/K | GD | TE |
|---|---|---|---|---|---|---|---|---|
| 100 | 120 | -0.113 | 1.000 | -- | -- | -- | -- | 27 |
| 250 | 300 | -0.028 | 0.112 | 92 | 65 | 0.31 | 0.705 | 44 |
| 500 | 600 | -0.004 | 0 | 399 | 121 | 0.67 | 0.876 | -- |
| 1,000 | 1,200 | 0.002 | 0 | 1002 | 256 | 0.83 | 0.939 | -- |
| 2,000 | 2,400 | 0.002 | 0 | 2007 | 471 | 0.84 | 0.970 | -- |
| 5,000 | 6,000 | 0.003 | 0 | 5177 | 1220 | 0.86 | 0.988 | -- |
| 10,000 | 12,000 | 0.003 | 0 | 10123 | 2426 | 0.84 | 0.994 | -- |

These results suggest that given the demographic rates used in the baseline model, habitats that are able to maintain ABB populations of 1,000 beetles or more are viable long-term in the absence of severe catastrophic events or reduction in carrying capacity through reduced carcass availability, habitat loss or fragmentation. Smaller populations may be more vulnerable to the impacts of stochastic processes and experience reduced viability. All naturally occurring ABB populations are estimated to be at least 1,000 individuals.

## Population-Specific Models

Current ABB populations vary substantially in estimated size, carrying capacity, geographic location, catastrophic threats, and estimated future habitat loss (Figure 4). Population-specific models were developed to better assess the viability of these populations under these conditions. The workshop participants estimated spring population size, habitat carrying capacity for ABB, major potential catastrophic impacts, and projected habitat loss for each of seven ABB populations (Table 4). The recently reintroduced population in Ohio was not modeled due to

36

FWS001624

insufficient information. A more detailed description of these population models and model results are presented below.

 

Figure 4. Current ABB distribution maps (from USFWS at www.fws.gov/ifw2es/ Oklahoma/beetle1.htm).

Table 4. Primary ABB populations and estimated values for current population size (N), carrying capacity (K), type and impact of catastrophes, and projected loss in K due to habitat loss. Catastrophic impact is measured by a multiplicative severity factor for reproduction (R) and survival (S).

| Population | Geographic range | Est. N* | Est. K | Catastrophes Type | Freq. | Impact | Decline in K |
|---|---|---|---|---|---|---|---|
| SD - north NE | North of Interstate 80 | 10,000+ | 20,000 | Severe drought | 1% | R=0.2 S=0.2 | -- |
| south NE | Lincoln – Darwin, NE | 1,500 to 3,000 | 3,000 to 6,000 | Severe drought | 1% | R=0.2 S=0.2 | 1.5%/yr for 10 yrs |
| KS - OK | Surrounding Muskogee, OK | 20,000+ | 40,000 | Tornado, Ice storm | 5%, 5% | R=0.5 S=1.0 | 2%/yr for 5 yrs |
| OK – AR | McCurtin, OK – Little River, AR | 10,000+ | 20,000 | Tornado, Ice storm | 5%, 5% | R=0.5 S=1.0 | -- |
| W central AR | Sebastian – Franklin – Logan, AR | 3,000 to 5,000 | 6,000 to 10,000 | Severe drought | 1% | R=0.2 S=0.2 | -- |
| RI | Block Island | 1,000 | 2,000 | Hurricane | 2% | R=0.25 S=1.0 | 1%/yr for 5 yrs |
| MA | Nantucket Island | 300 | 3,000 | Hurricane | 2% | R=0.25 S=1.0 | -- |
| Total | | 46,000 to 50,000+ | | | | | |

* See Appendix A for a brief description of the methods and assumptions on which these population estimates are based.

### Central U.S. Populations

Three of the central populations are quite large ($N_{init} > 10,000$ and $K_{DD} > 20,000$). Despite the risk of catastrophe events, these populations maintain population levels at 84-98% of K, retain over 99% gene diversity, and show zero risk of extinction over 50 years. Given the population and demographic estimates used in the model, this suggests that these populations have long-term viability under current conditions.

The westcentral Arkansas population is believed to be geographically separated from adjacent ABB populations and is 50-70% smaller than the larger populations ($N_{init} > 3,000-5,000$ and $K_{DD} > 6,000-10,000$). In addition, this population is at risk of an infrequent but severe catastrophe (severe drought) that reduces both reproduction and survival by 80% in any year in which it occurs. Even at its lower estimated size and carrying capacity, this population also fairs very well, maintaining population size at about 93% of K, retaining 98% gene diversity, and showing a very low risk of extinction (0.4%) over 50 years.

The south-central Nebraska ABB population is geographically isolated from the ABB population in northern Nebraska and South Dakota. This is estimated to be the smallest isolated ABB population in the central U.S., with an estimated 1,500 to 3,000 beetles (estimated $K_{DD} = 3,000-6,000$). This population was also modeled as being susceptible to severe drought effects on reproduction and survival. The invasion of red cedar, which is thought to reduce ABB carrying capacity by 50%, was included in the model as an estimated loss of 15% of ABB carrying capacity over the next 10 years. These factors combine to reduce the viability of this population. The risk of extinction over 50 years ranges from 0.8% to 2%, depending on population size. Mean population is smaller (77-80% of K) but shows no general decline over time, and gene diversity remains high (96-98%).

Overall, model results suggest that ABB populations in the central U.S. are relatively secure given current conditions and projected impacts from catastrophes and habitat loss. Factors that affect reproduction and mortality (e.g., carcass availability), or severely reduce or fragment existing populations, however, have the potential to reduce population viability.

### Block Island, Rhode Island Population

This relatively small ABB population ($N_{init} = 1,000$) is restricted to Block Island off the coast of Rhode Island and is the last naturally-occurring ABB population east of the Mississippi River. There is no gene flow between this population and those in the Midwest, and although these populations are not genetically differentiated from each other, nucleotide variation is lower for the smaller, isolated Block Island population (Szalanski et al., 2000). Intense hurricanes are the primary potential catastrophe, estimated to occur about once every 50 years. An annual 1% decline in available habitat is projected for the next five years; at that time, all developable land will be developed and there should be no further habitat loss.

This population is fairly robust to the effects of hurricanes and 5% reduction in carrying capacity. Although hurricanes can severely reduce the population in a given year, as long as K remains high, the population is capable of rapid growth and recovery. Carrying capacity, in terms of carcass availability, can be maintained following hurricanes, if necessary, through

FWS001626

provisioning of carcasses. The risk of extinction over 50 years is zero, and the population retains about 96% of its original gene diversity.

### Nantucket Island, Massachusetts Population

This small population is a result of reintroduction efforts starting in 1994 using captive-reared individuals of Block Island origin. Nantucket Island was selected as a reintroduction site in part due to its size (12,955 ha, with about 4,818 ha in conservation reserves) (Amaral *et al.*, 1997). The current population is estimated at about 300 ABBs in spring. Like Block Island, the Nantucket Island population is vulnerable to the effects of hurricanes. The high potential growth rate of this species under low density conditions (in the presence of abundant resources) makes it fairly resilient to the effects of single hurricane events. Using K = 3,000, there is zero risk of extinction over 50 years and high retention of gene diversity (97%).

Overall the small island populations demonstrate resiliency to the effects of hurricanes and other stochastic factors as long as carrying capacity remains high, either naturally or through carcass provisioning. Lower rates of breeding success, higher mortality, or greater environmental variation in demographic rates may make these populations more vulnerable to decline or extinction risk.

Table 5. Results of population-specific ABB models at 50 years (Stoch.r = stochastic r; PE = probability of extinction; N = mean population size; SD(N) = standard deviation in N; GD = gene diversity remaining).

| Parameter | Stoch. r | PE | N | SD(N) | N/K | GD |
|---|---|---|---|---|---|---|
| *South Dakota – northern Nebraska | 0.014 | 0 | 19652 | 6441 | 0.98 | 0.993 |
| Southcentral Nebraska | 0.006 | 0.020 | 2319 | 918 | 0.77 | 0.960 |
| | 0.008 | 0.008 | 4812 | 1749 | 0.80 | 0.976 |
| *Kansas - Oklahoma | 0.019 | 0 | 25254 | 5947 | 0.84 | 0.997 |
| *Oklahoma to southern Arkansas | 0.013 | 0 | 18427 | 6101 | 0.92 | 0.996 |
| Westcentral Arkansas | 0.011 | 0.004 | 5585 | 2036 | 0.93 | 0.980 |
| | 0.013 | 0.004 | 9552 | 3346 | 0.96 | 0.989 |
| Block Island, Rhode Island | 0.013 | 0 | 1806 | 560 | 0.90 | 0.964 |
| Nantucket Island, Massachusetts | 0.045 | 0 | 2842 | 874 | 0.95 | 0.970 |

\* *Reproduction was suspended in some iterations for these populations due to maximum of 30,000 individuals allowed in Vortex*

## Reintroduction Considerations

Fecundity and survival rates interact to determine the potential growth rate of an ABB population. While catastrophes and other sources of stochasticity have the potential to negatively impact population viability, particularly at small population sizes, stochastic processes do not appear to be a major driving factor of ABB populations. As discussed above, the estimated demographic rates for ABBs result in strong potential growth when resources are plentiful. If, however, reproductive and survival rates of reintroduced beetles vary from those hatched into the population, then population growth rate may be less robust.

Table 6 demonstrates how fecundity (presented here as percent of females breeding) interacts with first-year mortality to affect deterministic growth rates. Stochastic rates may be lower, especially for smaller populations. With the baseline estimated value of 75% for first-year

FWS001627

mortality, populations are generally able to grow except at densities near carrying capacity (when reproductive success falls to 50%). Higher levels of first-year mortality, up to 80-85%, require much higher reproductive success to maintain or grow the population. Increased fecundity can be achieved not only through a higher percent of females breeding but also through larger litter size.

Reintroduced beetles are typically provisioned with carcasses to promote reproductive success. There was some discussion at the workshop regarding possible higher mortality rates in these first-generation offspring. Higher first-year mortality (from hatching through enclosures and overwintering) could lead to a declining population. *Vortex* simulations suggest that reintroduction efforts can be successful with the reintroduction of 100 pairs per year for only a few years provided survival rates are high enough to allow some wild-hatched ABBs to survive the winter to reproduce, and that these wild-hatched beetles demonstrate reproductive and survival rates similar to those estimated for wild populations. Exact reintroduction strategies needed to successfully establish an ABB population will depend upon the fecundity and survival of released pairs and upon the effectiveness of management strategies, such as carcass provisioning, in promoting reproduction and survival.

Table 6. Deterministic growth rate (r) for ABB populations under various combinations of first-year mortality and percent of females breeding.

| First-year mortality | % females breeding | | | | | | |
|---|---|---|---|---|---|---|---|
| | 50 | 55 | 60 | 65 | 70 | 75 | 80 |
| 75% | - 0.065 | 0.031 | 0.118 | 0.198 | 0.272 | 0.341 | 0.405 |
| 80% | - 0.288 | - 0.192 | - 0.105 | - 0.025 | 0.049 | 0.118 | 0.182 |
| 85% | -.0.575 | - 0.480 | - 0.393 | - 0.313 | - 0.239 | - 0.170 | - 0.105 |

**Summary of Model Projections for ABB Populations**
Participants at this PHVA workshop used the best available data to develop a baseline population model for wild American burying beetle populations using the *Vortex* simulation program. Although *Vortex* is more suitable to small K-selected vertebrate species, the unusual life history of this beetle enabled the use of *Vortex* to examine population dynamics and viability. This model assumes that conditions that affect demographic rates, population size and carrying capacity will remain constant over time unless otherwise specified in the model. There is a fair amount of uncertainty regarding ABB demographic rates, and some of the values used were based on data from captive or provisioned populations. This model seems to be relatively insensitive to these uncertainties when predicting population persistence over the next 50 years. However, factors that affect the recruitment of new breeding adults in the spring, primarily first-year mortality and to a lesser extent breeding success rate and brood size, can have significant impacts on population size and viability. Inaccuracies in estimating the means and variation in these parameters may lead to different conclusions, at least for small ABB populations.

Model results suggest that given the demographic rates used in the baseline model, ABB populations in habitats that are able to maintain 1,000 beetles or more are viable long-term in the absence of severe catastrophic events or reduction in carrying capacity through reduced carcass availability, habitat loss or fragmentation. Smaller populations may be more vulnerable to the impacts of stochastic processes and experience reduced viability. Currently, all naturally occurring ABB populations are estimated to be at least 1,000 individuals. The ABB model

40

projects little risk of single population extinction and no risk of metapopulation extinction over the next 50 years given estimated current conditions. More accurate data, particularly on first-year mortality, would strengthen the ability of models to evaluate ABB population viability. Management strategies designed to improve first-year survival and reproductive success would be beneficial to the conservation of ABB populations.

41

FWS001629

## Literature Cited

Amaral, M. A. Kozol and T. French. 1997. Conservation status and reintroduction of the endangered American burying beetle. *Northeastern Naturalist* 4(3): 121-132.

Bedick, J.C., B.C. Ratclife, W.W. Hoback, and L.G. Higley. 1999. Distribution, ecology, and population dynamics of the American burying beetle [*Nicrophorus americanus* Olivier (Coleoptera, Silphidae)] in south-central Nebraska, USA. *J. Insect Conservation* 3: 171-181.

Biber, E. 1998. Projection of future population trends for the American burying beetle (*Nicrophorus americanus*).

Creamer, K.D. 1993. Husbandry and display techniques of the American burying beetle *Nicrophorus americanus* (Coleoptera: Silphidae). *AAZPA 1993 Regional Proceedings*.

Creighton, J.C. and G.D. Schnell. 1998. Short-term movement patterns of the endangered American burying beetle *Nicrophorus americanus*. *Biological Conservation* 86: 281-287.

Kozol, A.J. 1989. Studies on the American burying beetle, *Nicrophorus americanus*, on Block Island. Report on file with Rhode Island Natural Heritage Program.

Kozol, A.J. 1990a. The natural history and reproductive strategies of the American burying beetle, *Nicrophorus americanus*. Report prepared for the US Fish and Wildlife Service. 15pp.

Kozol, A.J. 1990b. Update. *Nicrophorus americanus* 1989 laboratory population at Boston University. Report prepared for the US Fish and Wildlife Service. 14pp.

Kozol, A.J., M.P. Scott, and J.F.A. Traniello. 1988. The American burying beetle, *Nicrophorus americanus*: Studies on the natural history of a declining species. *Psyche* 95: 167-176.

Lacy, R.C. 1993. Vortex: A computer simulation model for population viability analysis. *Wildlife Research* 20:45-65.

Lacy, R.C. 2000. Structure of the *VORTEX* simulation model for population viability analysis. *Ecological Bulletins* 48:191-203.

Lomolino, M.V. and J.C. Creighton. 1996, Habitat selection, breeding success and conservation of the endangered American burying beetle *Nicrophorus americanus*. *Biological Conservation* 77: 235-241.

Lomolino, M.V., J.C. Creighton, G.D. Schnell, and D.L. Certain. 1995. Ecology and conservation of the endangered American burying beetle (*Nicrophorus americanus*). *Conservation Biology* 9(4): 605-614.

Miller, P.S., and R.C. Lacy. 2003. *VORTEX: A Stochastic Simulation of the Extinction Process. Version 9 User's Manual*. Apple Valley, MN: Conservation Breeding Specialist Group (SSC/IUCN).

Prospero, M.L. Roger Williams Park Zoo and the American burying beetle *Nicrophorus americanus*: How it works and what it costs. Pg. 107-112.

Swindell, W.R. and J.L. Bouzat. 2006. Inbreeding depression and male survivorship in Drosophila: Implications for senescence theory. *Genetics* 172: 317-327.

Szalanski, A.L., D.S. Sikes, R. Bischof and M. Fritz. 2000. Population genetics and phylogenetics of the endangered American burying beetle, *Nicrophorus americanus* (Coleoptera: Silphidae). *Annals of the Entomological Society of America* 93(3): 589-594.

FWS001630

**American Burying Beetle**

**Population and Habitat Viability Assessment Workshop**

**St. Louis, Missouri**

**14-17 November 2005**

# Final Report

**Section IV**
**Participant List and Introduction Questions**

FWS001632

## Participant List

| First | Last | Organization | Address | City | State | Zip | E-mail |
|---|---|---|---|---|---|---|---|
| Michael | Amaral | U.S. Fish and Wildlife Service | 70 Commercial St. Ste 300 | Concord | NH | 03301 | michael_amaral@fws.gov |
| Michael | Arduser | Missouri Department of Conservation | c/o Jane Stevens | | | | |
| Brock | Blevins | Henry Doorly Zoo | 3701 S 10 St | Omaha | NE | 68107 | repro@omahazoo.com |
| Onnie | Byers | CBSG | 12101 Johnny Cake Ridge Rd | Apple Valley | MN | 55124 | onnie@cbsg.org |
| Chris | Davidson | U.S. Fish and Wildlife Service | 110 South Amity Rd. Ste 300 | Conway | AR | 72032 | chris_davidson@fws.gov |
| Hayley | Dikeman | U.S. Fish and Wildlife Service | 222 South Houston | Tulsa | OK | 74127 | hayley_dikeman@fws.gov |
| Michael | Fritz | Nebraska Game and Parks Commission | 2200 N. 33rd St. | Lincoln | NE | 68503 | mike.fritz@ngpc.ne.gov |
| Ana | Hiott | Oklahoma Museum of Natural History | 2401 Chautauqua Ave | Norman | OK | 73072 | khiott@ou.edu |
| W. Wyatt | Hoback | University of Nebraska - Kearney | 905 W. 25th St, Bruner Hall | Kearney | NE | 68849 | hobackww@unk.edu |
| Kathy | Holzer | CBSG | 12101 Johnny Cake Ridge Rd | Apple Valley | MN | 55124 | kathy@cbsg.org |
| Peggy | Horner | Missouri Department of Conservation | 2901 W. Truman Blvd | Jefferson City | MO | 65102 | peggy.horner@mdc.mo.gov |
| Daniel | Koch | Saint Louis Zoo | 1 Government Drive | St. Louis | MO | 63110 | Koch@stlzoo.org |
| Bob | Merz | Saint Louis Zoo | 1 Government Drive | St. Louis | MO | 63110 | Merz@stlzoo.org |
| Randy | Morgan | Cincinnati Zoo & Botanical Garden | 3400 Vine Street | Cincinnati | OH | 45220 | randy.morgan@cincinnatizoo.org |
| Paul | Pearce-Kelly | London Zoo | Regent's Park | London | UK | | paul.pearce-kelly@zsl.org |
| Lou | Perrotti | Roger Williams Park Zoo | 1000 Elmwood Ave | Providence | RI | 02907 | LPerrotti@rwpzoo.org |
| Chris | Raithel | Rhode Island Division of Fish and Wildlife | PO Box 218 | West Kingston | RI | 02892 | craithel@netsense.net |
| Chris | Reynolds | Weyerhaeuser Co. | PO Box 1060 | Hot Springs | AR | 71902 | chris.reynolds@weyerhaeuser.com |
| Steve | Shurter | The WILDS | 3375 Steel Ridge Rd | Sheridan | OR | 97378 | sshurter@thewilds.org |
| Jane | Stevens | Saint Louis Zoo | 1 Government Drive | St. Louis | MO | 63110 | Stevens@stlzoo.org |

45

FWS001634

# Participant Introduction Questions

## 1. What do you hope to see accomplished in this workshop?

- To learn as much as possible about the ABB. Learn about wild and captive population success and failures, reintroduction success and failures. This all in hopes to reintroduce back into the wild and get ABB off the endangered species list.

- Develop criteria/model regarding the population status, trends and potential conservation approaches for the ABB, based on habitat, threats and conservation actions throughout its range.

- Prioritize the steps of the recovery plan; get all the involved parties on the same page; set goals for the next 5-10 years.

- Advance the conservation of the ABB through the sharing of information, in particular bringing into sharper focus what is needed to successfully recover this species.

- Broad based collaboration to create an optimal and effective recovery program.

- An "action" plan …what do we need to do next for recovery efforts for this species?; participants involved in the process of sharing info and establishing a strategy for recovery.

- Grasp a better understanding of the mechanisms leading to declines; determine where to focus our attention; "recovery plan".

- Prioritized and coordinated list of conservation and research projects that need support.

- A comprehensive review of the current status (*in* and *ex situ* elements); a comprehensive species management plan.

- Increased cooperation among involved organizations; identification of research points to answer critical questions on beetle life cycle and related to reintroductions (over-wintering, etc.).

- As an employee of an AZA accredited institution, I wish to assist facilitation, learn from the PHVA workshop process, gain experience for future workshops as well as report on status of ABB to HDZ; also to keep our eyes open to possible involvement in conservation efforts we can assist in.

- Coordination of wild beetle studies and laboratory reintroduction efforts.

- Meet and have a more cooperative approach to managing the ABB.

- A tool that enables us to better coordinate and implement recovery efforts for the ABB.

- What parameters are needed to find a reintroduction into Missouri; what will make a captive population carry on genetically.

- Information sharing and gathering to learn what is going on with the ABB range wide; there is a lot of unpublished data; range-wide status assessments, updates, priorities of recovering the ABB.

## 2. What do you hope to contribute to this workshop?

- Knowledge/experiences of raising captive populations of ABBs and surveying. Also in reintroductions of wild ABBs.

- Information on the ABB concerning its distribution, numbers, habitat and threats in the Central Great Plains, NE and SD. Provide background on studies conducted to date.

- Information and data compiled in 11 years of captive breeding.

- 16 years of experience working with this species in the states of RI and Mass. And enthusiasm for the recovery program.

- Past experience keeping and breeding this species in captivity at the Cincinnati Zoo.

- A state wildlife agency perspective; recovery is more than biology…how to get stakeholders in a state engaged in conservation.

- Provide intellectual insight from forest industry perspective.

47

- I'm not an expert – more about learning about ABB and its conservation needs
- Any related experience that might be useful; share Romain Pizzi's contribution regarding disease management considerations.
- Represent Ohio ABB program; help to develop ABB "network".
- I can offer assistance and possible resources to ABB conservation efforts.
- A surveyor of wild populations; whatever is useful
- My personal experiences and observations for my populations of ABB.
- Knowledge of the status of ABB populations in Arkansas and threats and hurdles facing the recovery efforts in AR.
- Everything I have which can fill in the blanks.
- What the status of ABB is in Oklahoma; how OK is participating in the ABB recovery; the limitations in the recovery process.

FWS001636

**American Burying Beetle**

**Population and Habitat Viability Assessment Workshop**

**St. Louis, Missouri**

**14-17 November 2005**

# Final Report

**Section V**
**Invitation and Invitation List**

FWS001637

FWS001638

# American Burying Beetle Workshop

The Saint Louis Zoo and the Saint Louis Zoo WildCare Institute are proud to host the Population Habitat Viability Assessment (PHVA) Workshop for the American Burying Beetle!

**Monday, November 14 – Thursday, November 17**
**9 a.m. - 6 p.m. Daily**
**Saint Louis Zoo**

The Saint Louis Zoo WildCare Institute, with the support of its Conservation Fellows, takes a holistic approach to troubled ecosystems by addressing three key ingredients in conservation success with each of its 12 conservation centers: wildlife management and recovery, conservation science, and support of the human populations that coexist with wildlife. One of the centers is dedicated to the conservation of the American Burying Beetle.

In its efforts to help with the conservation of the American Burying Beetle, the WildCare Institute has invited IUCN's Conservation Breeding Specialist Group (CBSG) to conduct a PHVA for the American Burying Beetle. The goals of the workshop are:

1. Bring together and analyze the latest information on the status of AMBB.
2. Develop a risk analysis and population simulation model for the species that can be used to guide and evaluate management and research activities.
3. As a collaborative, formulate priorities for a practical program to assist in the management of species.

A draft report will be prepared during the workshop. The final report will be reviewed, revised and distributed within six months after the PHVA.

Even if you are unable to attend the workshop, please fill out the Vortex data form and send it to Onnie Byers with CBSG so that a base line model of the population can be developed. If you have information regarding the species' life history, ecology, threats, habitat or management, please submit the information to Onnie for inclusion in the workshop-briefing book.

## Meeting Host

Jane Stevens
Curator of Invertebrates
Saint Louis Zoo
stevens@stlzoo.org
(314) 781-0900, ext. 326

FWS001639

FWS001640

## Invitation List

1. Michael Amaral, USFWS
2. Michael Arduser, Missouri Department of Conservation
3. Doug Backlund, South Dakota Dept of Game, Fish and Parks
4. Brock Blevins, Henry Doorly Zoo
5. Evan Blumer, The Wilds
6. Jeff Brigler, Missouri Department of Conservation
7. Carolyn Caldwell, Ohio Division of Wildlife
8. Nicole Cavender, The Wilds
9. Lisa Dabek, Roger Williams Park Zoo
10. Chris Davidson, USFWS
11. Haley Dikeman, USFWS
12. Peter Fasbender, USFWS
13. Michael Fritz, State of Nebraska
14. Anna "Kiki" Hiott, Sam Noble Museum of Natural History, Oklahoma
15. Wyatt Hoback, University of Nebraska at Kearney
16. Dr. Dave Horn, Ohio State University
17. Peggy Horner, Missouri Division of Wildlife
18. George Keeney, Ohio State University
19. Leroy Koch, USFWS
20. Doug Ladd, The Nature Conservancy
21. Doug La Doux, Arkansas
22. Paul MacKenzie, USFWS
23. Bob Merz, Saint Louis Zoo
24. Eric Miller, St. Louis Zoo
25. Randy Morgan, Cincinnati Zoo & Botanical Garden
26. Lou Perotti, Roger William Park Zoo
27. Paul Pierce-Kelly London Zoo
28. Romain Pizzi, Royal School of Veterinary Studies
29. Foster F. Purrington, Ohio State University
30. Brett Ratcliffe, University of Nebraska Museum, Lincoln
31. Chris Raithel, R.I. Division of Fisheries and Wildlife
32. Chris Reynolds, Weyerhauser Company
33. Amy Salveter, USFWS
34. Gary Schnell, Sam Noble Museum of Natural History, Oklahoma
35. Steve Shurter, The Wilds
36. Jane Stevens, St. Louis Zoo
37. Michael D. Warriner, Arkansas Natural Heritage Commission
38. Angela Zimmerman, USFWS

FWS001641

54

FWS001642

**American Burying Beetle**

**Population and Habitat Viability Assessment Workshop**

**St. Louis, Missouri**

**14-17 November 2005**

# Final Report

**Section VI**
**Glossary of Acronyms**

FWS001644

# Glossary of Acronyms

ABB -  American burying beetle

AFBs - Air Force Bases

BMP – Best Management Practice

CBSG – Conservation Breeding Specialist Group

DOD – Department of Defense

EPA – Environmental Protection Agency

ESA – Endangered Species Act

GIS – Geographic information systems

HCP – Habitat Conservation Plan

NGO - Non-governmental organization

NRCS – Natural Resources Conservation Service

PHVA – Population and Habitat Viability Assessment

RP – Recovery plan

SHA – Safe Harbor Agreement

TNC –The Nature Conservancy

USFS - United States Forest Service

USFWS – United States Fish and Wildlife Service

USGS - United States Geological Survey

WMAs – Wildlife Management Areas

FWS001645

FWS001646

**American Burying Beetle**

**Population and Habitat Viability Assessment Workshop**

**St. Louis, Missouri**

**14-17 November 2005**

# Final Report

**Section VII**
**Working Group Notes**

FWS001647

FWS001648

# Wild Populations Working Group Notes

**Protection of best extant populations**

Issue clarification/ addition of new issues pertinent to wild populations.
Survey for populations –location, range, size.
Life history- determine baseline data needed in any protection plan.
Discussion about spatial scale and how large a disturbance would be important.

1.  Issue: It is inefficient (and politically counterproductive) to "consult/protect" every ABB habitat occurrence, so we need to identify and prioritize protection needs for the best core populations.  This will enable us to diminish regulatory protections for outlying or peripheral populations and focus on the populations most important to the species long term conservation.

Define population integrity
Predictive model for ABB occurrence- useful for improving population estimates based on amount of suitable habitat only.

Protection of best populations
Sub issues: need for identification of core populations.
Size and scale- what are the criterion we will use to identify what a core population is, e.g., ABB density.
Health issues (pathogens, introduced Species, pesticides) genetic fitness.
Where are the core areas, and are there corridors connecting them.
Discussed a larger Conservation Focus area in which are embedded one or more best extant populations.

2. Issue: There may be undiscovered populations that merit protection because they will contribute to survival and recovery of the species.  Until these populations are identified and protected, they remain at risk due to habitat loss, fragmentation or other causes.

Issue: Inadequate baseline life history data are available to ensure we know what biological and physical elements to protect in order to sustain the species there.
Sub-issue: In order for the core populations to be viable over the long term, we need to know what how much habitat is necessary and minimum viable population.

Data Assembly and Analysis
Issue 1.  Identify and prioritize protection needs for best core populations:
  1.  Muskogee Co., OK
  2.  McCurtain Co., OK–Little River , AR
  3.  Sebastian-Franklin-Logan Co., AR
  4.  Rock-Keya Paha-Blaine-Brown counties, NE-Tripp and Greggory, SD
  5.  Lincoln-Dawson Co, NE
  6.  Block Island, RI

FWS001649

Data sources include the following:
> Sam Noble OK museum of Nat His and OK Biol Survey, OKFO USFWS Files, ARFO USFWS files, New England FO USFWS files, RI DFW reports, section 6 reports, U of NE reports, published and unpublished literature.

Prioritize protection needs (assumptions: we understand the biological and habitat requirements of the species and can make educated speculations on threats).
1. Muskogee: Threats- human activities that convert large, contiguous tracts of pasture and other suitable habitat types into less suitable and unsuitable uses. Retain public ownership.
2. same as above and increase in invasive exotics such as fire ants. Retain public ownership.
3. same as above and retain public ownership.
4. threats are increasing agriculture lands, center pivot circle irrigation, and grasshopper spraying.
5. Red cedar invasion, drought, exacerbated by human water demands such as irrigation, and light pollution related to expanding residential development.
6. Protect ring necked pheasant populations (potential threats include hunting harvest, feral cats, stochastic weather events), and habitat degradation due to high white tailed deer densities.

Issue 2: There may be undiscovered populations that merit protection.
Need to locate undiscovered populations that would significantly expand the known extant range.

Issue 3. Inadequate baseline life history data

a. Biological parameters we need to know.
Dynamics of species comprising the carrion resources for feeding and breeding . Level of competition for carrion (fire ant mgt.). Consideration of unique genetic conservation units.

b. Physical parameters: What are specific habitat requirements for all life stages. Determine moisture and soil types required. Maintain an open, native vegetative structure.

c. What are the "normal" health parameters for individual and populations of ABBs of which we should be aware?

d. Minimum Viable Habitat Size for Core Populations: >5,000 acres based on persistence of Block Is. Pop. But ABBs persist in a favorable situation there and larger areas are required for western populations.

Smaller areas (2500-3000 acres) may be considered viable for reintroduction purposes if adequate buffers are present and other factors (carrion resources) are favorable.

**Potential solutions**

Issue 1. Protect Core Populations
1. Retain important core populations within state and federal ownership. Explore opportunities to expand these areas and/or connect them with corridors.

62

FWS001650

      Section 6 land acquisition grants

      NG conservation organization purchases or easements

3. Promote /utilize ESA Conservation Bank concept.
5. Utilize section 7 consultation process to protect essential features of habitat
4. Utilize wide range of federal – state conservation incentive programs, LIP, WHIP, Partners, etc.
2. Develop management plans (BMPs) unique to each core population.  Be sure to address most important exotic (e.g., fire ant) or invasive native (red cedar) species issues.

Issue 2:  There may be undiscovered populations that merit protection.
Need to locate undiscovered populations that would significantly expand the known extant range.
1. Review historical collection records and survey effort for all states/sites with post 1970 ABB records. These include Trigg Co., Kentucky; Jasper Co., MO; Hocking Co., OH; Washington Co., AR; and Ontario, Canada.
2. Review pre-1970 collection records and availability of suitable habitat within additional states in historical range and conduct additional de novo surveys.
3. Summarize all negative survey data.

Issue 3.  Inadequate baseline life history information - Potential Solutions (priority #).
4.  Utilize new technologies as they become available to track daily movements of ABBs.
2.  Make unpublished data readily available to others who may mine-it for results.
6.  Investigate over wintering habitat requirements in comparative areas (east west north south).
12. Investigate the effects of fire on ABB life history.
11. Investigate the effects of pesticide use on Nicrophorus congeners (e.g., grasshopper spraying that is on-going in NE).
10. Investigate effects of artificial lighting on ABB populations.
5.  Develop a descriptive and predictive habitat model for suitable habitat (useful to prioritize survey effort and to id reintroduction areas).
7.  Develop BMPs that private/public land mgrs can use.
8.  Investigate the impact of congeneric and other competition.
3.  Survey mammal and bird populations to correlate vertebrate densities with ABB occurrence.
1.  Utilize PHVA and revised recovery plan to leverage new research dollars.
9.  Investigate genetic variability within and between populations to inform mvp estimates.
13. Preserve dead and moribund animals and identify insect health expert who can conduct baseline health screening.

Issue 4. Identify and Establish "X" number of new core populations within historic range to meet Recovery Plan objectives.
1.  Assess and identify suitable habitat for reintroduction sites.
2.  Identify wild populations for translocate source or establish captive breeding populations for reintroduction use.
3.  Conduct translocation or reintroductions.
4.  Monitor results.

FWS001651

**Task 5 & 6:  Recommendations/Actions**

**Issue 1.  Protect Core Populations**
**It is inefficient (and politically counterproductive) to "consult/protect" every ABB habitat occurrence, we need to identify and prioritize protection needs for the best core populations.  This will enable us to diminish regulatory protections for outlying or peripheral populations and focus on the populations most important to the species long term conservation.**

Recommendation:  Retain important core populations within state and federal ownership. Explore opportunities to expand these areas and/or connect them with corridors.

*Action 1:* By 2010 the USFWS, USFS, DOD, State owned WMAs and Natural Areas will develop land management plans for public lands that include specific standards that address management of ABB populations and habitat.  This is important because core populations are important to recovery and without management plans populations may not remain viable.

*Action 2:* Strategically utilize section 7 (ESA) to protect essential features of core population habitat.  This should include further defining different thresholds for consultations in core versus peripheral population areas by 2008.

Recommendation:  Promote conservation of core populations on private lands.

*Action 1:* Encourage state agencies and NGOs to obtain grant funding (*e.g.* Section 6 (ESA) land acquisition grants) for land acquisition and conservation on an "as needed basis".  This is important to expand core population habitat as these areas are identified by state and federal agencies and NGOs.

*Action 2*: Enroll private lands in conservation easements, federal and state incentive programs, habitat conservation plans, and safe harbor agreements.  Programmatic (statewide) safe harbor agreements stream line bureaucratic processes and encourage private landowner participation and conservation.

*Action 3*:  NGOs (zoos, museums, TNC, etc.) will develop educational materials (*e.g.* videos, brochures, curriculum packages, etc) by 2008 and provide support to state and federal agencies for public outreach.

**Issue 2:  There may be undiscovered populations that merit protection.**
**These populations will contribute to survival and recovery of the species.  Until these populations are identified and protected, they remain at risk due to habitat loss, fragmentation or other causes.**

Recommendation:  Identify areas and conduct surveys to identify new extant populations within the historic range.

FWS001652

*Action 1:* USFWS and state heritage programs will review historical collection records and survey effort for all states/sites with post 1970 ABB records by 2010. These include Trigg Co., Kentucky; Jasper Co., MO; Hocking Co., OH; Washington Co., AR; and Ontario, Canada.

*Action 2*: USFWS and state heritage programs will review pre-1970 collection records and availability of suitable habitat within additional states in historical range and conduct additional de novo surveys by 2010.

*Action 3*: USFWS will summarize all negative survey data by 2010.

*Action 4*: Conduct surveys (all) in areas identified in Action 1 through 3 by 2010.

Actions 1 through 4 are needed to locate undiscovered populations that would significantly expand the known extant range.

**Issue 3.  Inadequate baseline/life history information:  Adequate baseline/life history data is needed to ensure we know what biological and physical elements are critical to protect populations and manage habitat in order to sustain the species.**

⇒ Sub-issue: In order for the core populations to be viable over the long term, we need to know what how much habitat is necessary and minimum viable populaiton.

Recommendation:  Develop research to understand life history requirements (competition, descriptive/predictive model, etc.) within four core recovery regions in the Recovery Plan.

*Action 1*: Conduct research on biotic factors that affect ABB life history (universities or zoos; timeframe ASAP).

*Action 1a*: Utilize new technologies as they become available to track daily movements of ABBs, to find overwintering habitat and to identify natural reproductive areas in comparative portions of range (east, west, north, south).

*Action 1b*: Investigate the impact of congeneric and other competition by conducting laboratory and semi-natural field studies in comparative portions of range (east, west, north, south).

*Action 1c*:  Investigate genetic variability within and between populations to inform minimum viable population estimates.

*Action 2*: Conduct research on abiotic factors that affect ABB life history (universities and zoos; timeframe ASAP).

*Action 2a*: Investigate effects of artificial lighting, pesticide use, and fire on ABB populations. These effects may be important to one or more core populations and should be investigated accordingly.

FWS001653

*Action b:*: Determine potential impacts and management plans to address the spread of exotic and invasive plant and animal species.

*Action 3*: Develop a descriptive and predictive habitat model based on Actions 1A and 1B for suitable habitat (useful to prioritize survey effort and to identify reintroduction areas) (universities and zoos; timeframe ASAP).

*Action 4*: Develop Best Management Practices based on Action 2 that private/public land managers can use (universities, state and federal agencies; timeframe ASAP).

*Action 5*:  Preserve dead and moribund animals and identify insect health expert who can conduct baseline health screening (all; timeframe ASAP).

Recommendation: Leverage new research dollars.

*Action 1*: Utilize PHVA and revised recovery plan to justify grants for research.  Explore all potential sources for research funding (ongoing basis).  This may include a page on the web site that directs researchers to potential funding sources (all researchers and St. Louis Zoo; timeframe ASAP).

Recommendation:  Centralize existing data and encourage data sharing and collaboration.

*Action 1*: St. Louis Zoo will establish a list serve by 2007.

*Action 2*: St. Louis Zoo will develop (2007) and operate (continuous) a web site dedicated to the ABB that contains public outreach materials, photographs, and published and unpublished data in a format (pdf) which is readily available.

*Action 3*:  All state and federal agencies, universities, and NGOs are encouraged to provide data to St. Louis Zoo to be incorporated into the website (ongoing basis).


**Issue 4.  Need to establish new populations within historic range.**
**In order to adequately conserve and recovery the species, new populations need to be established within its historic range**.

Recommendation:  Identify and establish "X" number of new core populations within historic range to meet Recovery Plan objectives.

*Action 1*: Assess and identify suitable habitat for reintroduction sites.

*Action 2*: Identify wild populations for translocation source or establish captive breeding populations for reintroduction use.

*Action 3*: Conduct translocation or reintroduction efforts.  This action requires population monitoring.

FWS001654

# Habitat Working Group Notes

**Group Topic**
The general group topic was habitat, in its broadest sense.  We discussed the types of data needed to understand, manage and recover the ABB, and how to refine this topic to be more specific.  Below we present our refined focus, and the discussion that occurred around this topic.

**Overall Issue Statement**
We hypothesize that the distribution and establishment of American burying beetle populations is correlated with, and limited by the distribution and variation of certain habitat characteristics.  Our goal is to define suitable American burying beetle habitat by identifying these habitat characteristics (biotic and abiotic) and their variation  range-wide, then construct a model(s) from this information to strategically guide survey effort, reintroduction planning and management.  Below we break this issue statement into several sub-issues.

**Prioritized Issue Statements**
1.  There is a need to have more information on suitable habitat.  The abiotic issues include: soil, moisture, organic matter, and precipitation.  4 dots

2.  There is a need for more information on carrion availability and competition.  Can we even determine this?  Competition?  Biotic factors.  4 dots

3.  The need to understand landscape conservation …are we talking about in regards to preserves 4 dots

3.  The need to know what is proper management? We don't know what proper management looks like? (Pre – European settlement?) 3 dots

**DISCUSSION INVOLVING TASK 1**
This is a suitable habitat issue – what do we need to be managing?  Not every acre of ABB habitat, particularly feeding habitat, needs to be saved.  Is it a regulatory issue?  Some of it is consultation with FWS to provide take.   Federal actions involving disturbance of natural resources are required by law to undergo consultation with the FWS in regards to the Endangered Species Act.

There's feeding habitat and there's also reproductive and overwintering habitat…they are feeding habitat generalists, but reproductive and potentially overwintering habitat specialists. "Suitable" habitat is defined to include habitat used for feeding, reproduction and overwintering.  General components include vegetation, soil, carrion, and disturbance factors.

Assumption:  ABBs are more selective in habitat choices involving reproduction and overwintering than they are for feeding. Reproductive and overwintering habitats are a subset of general feeding habitat. We do not know definitively if ABBs are more selective in choosing their reproductive habitat and overwintering habitat (compared to genera feeding habitat), but it

67

FWS001655

is likely that they are.  So in order to conserve and recover this species we need to know if this assumption is correct.

Reproductive habitat. Why is it an issue? We need to know what habitat to protect. Why? Because we are focusing our efforts to do the most good.

We should look at ABB "suitable habitat conservation" at the landscape scale.  We think the largest view of the landscape level should be the ABBs historic range.  We also need to look at the spatial arrangement of existing ABB concentrations at this landscape level, and evaluate existing and potential corridors, and the amount and arrangement of fragmentation, loss, and conversion of suitable habitat. This scale would be best for identifying preserves that would connect, via corridors, existing ABB areas.

Knowing that ABBs do have more selective habitat requirements would allow us to better maximize our resources.  Why? We could focus our efforts on select high priority areas.  Why? To conserve the species sustainably through proper management of the focus areas.

FWS001656

# *Ex situ* Populations Working Group Notes

**Ex situ support of the USFWA ABB Recovery Programme.**

How this might best be realised will be wholly determined by what the Recovery Programme's *ex situ* mandate is. Our understanding is that the current recovery Plan needs to be regarded as the current mandate for the next couple of years. Potential mandate areas could include:

- Augmenting existing *in situ* populations or to help the establishment of new populations. This has been the historic and current main focus.

- Providing reservoirs of genetic diversity.
This has implications in terms of founder base and management regimes.

Both of these roles raise the issue of the necessary number of participating institutions.

- Addressing specific biological issues (basic biology and life cycle and management issues, both captive and wild).
Lab conditions provide opportunity to enhance knowledge of particular areas impractical to obtain in the field (e.g. investigating the significance of phoretic mites and other potential symbiants).

- Public education.
Zoo based mechanisms are already in place to promote and create support for the various elements of the programme.

- Generation of funds.
Zoo and universities are uniquely positioned to investigate and secure grants and other funding opportunities.

**ABB RP to provide clarification as to prioritized direction of the *ex situ* programme mandate.**

**Health issues**

There is a pressing need for clarification of the health profile of this species. This is a key programme issue encompassing both wild and captive elements. Without a knowledge of wild population health profiles it is impossible to interpret what constitutes an infections agent in either the wild or captive populations. (ref IUCN guidelines 1987, 95 and 2001).

- Current lack of relevant pathology investigations or pooling of pathology data (including any potential model species data) is hindering progress.

- Current lack of pathology/necropsy protocols (for both *in* and *ex situ* populations). This prevents the availability of suitable material for health investigation.

FWS001657

- **Produce pathology/necropsy protocols (for both *in* and *ex situ* populations (ref Fregate MG)).**

- There is uncertainty as to where this health investigation work should and can be conducted.

- **A collaborative partnership approach should be investigated.**

- There is a current lack of standardised measurements. We see adult body size as being a particularly useful index, but could also include larval development and other aspects of the life cycle.

- **Produce standardised measurement protocols (ref Fregate beetle MG).**

**Captive husbandry and related issues**

- Currently there is variation in keeping systems and breeding results being experienced in different institutions.

Need to review and summarise historic and current keeping methods and associated results. This should form the basis for the production of comprehensive management guidelines.

**Review and summarise historic and current keeping methods and associated results. Produce comprehensive management guidelines.**

**Reintroduction**

Reintroduction has been considered an important mandate of the *ex situ* programme since its conception. No standardized reintroduction protocol (including follow up assessments).

- The *ex situ* programme needs direction from the ABB RP as to specific reintroduction requirements, including population representation and numbers

- Who conducts the reintroduction and determines the parameters of a successful reintroduction?

- **ABB RP to clarify specific reintroduction requirements, including population representation and numbers**

- **An annual review/meeting of ABB RP programme performance and associated *in situ* and *ex situ* actions.**

**Genetics**

The current uncertainty as to degree of genetic variation in the *in situ* populations (natural and introduced) needs to be addressed to enable best programme management.

The current uncertainly as to the presence/significance of inbreeding depression in this species undermines confidence in how to realize best program management.

FWS001658

- The genetic diversity of the *ex situ* population(s) needs to be representative of the target extant population(s) as determined by the SRP management mandate.

**Investigate if there are distinct wild populations that need to be captured in the *ex situ* programme?**

**Highlight the role of the standardized pathology/necropsy protocol in providing suitable material for enabling genetic investigations to be advanced.**

**Research role**

Is there a research role for *ex situ* populations beyond the areas raised above and if so what are the priority areas?

**The historic and current keeping methods and associated results review can identify immediate research areas pertaining to the *ex situ* programme.**

**An annual review/meeting can identify the wider spectrum priority research areas.**

71

FWS001659

FWS001660

**American Burying Beetle**

**Population and Habitat Viability Assessment Workshop**

**St. Louis, Missouri**

**14-17 November 2005**

# Final Report

**Section IX**
**Appendix A**

FWS001661

FWS001662

# Methods and Assumptions on which Table 4 Population Estimates are Based

### Nebraska

Nebraska currently contains two known populations of the American burying beetle. The southern population is centered in Lincoln and Dawson Counties in an area known as the "loess hills." This population has been extensively surveyed since 1994 and several trends have appeared. This area of Nebraska has been in a severe drought for the past 5 years and the numbers of ABB have declined substantially. Population estimates each year are based on 8 to 12 pitfall traps spaced more than 1/2 mile apart. Attracted ABB are measured, marked and released and the number of recaptures is tracked. A program "Ecosim" is used to estimate populations. A second threat in this area appears to be encroachment of eastern red cedar into grasslands.

A second population of ABB occurs in north central Nebraska and is centered in Rock, Loup, Blaine, and Brown Counties. This population extends north into South Dakota. The habitat used by this population is primarily sub-irrigated wet meadows and beetle numbers for this area can be very high (up to 33 ABB collected in a single trap night in one 5-gal trap). These wet-meadow habitats have not been affected by drought like the southern population. The area is large and the main form of agriculture is grazing and haying. Population estimates based on 4 traps with an assumed attraction area of 16 square miles indicate more than 500 individuals in some areas. However, sampling of many areas that appear suitable have not revealed ABB. Potentially the absence of ABB in these areas is a result of grasshopper spraying. Based on the high estimated populations for relatively small geographic areas, we estimate a population of 10,000 beetles within the 1,000 square miles of potentially suitable habitat.

### Oklahoma

The Service herein provides an estimate of population size in Oklahoma using available presence/absence surveys. Long-term ABB survey data from throughout eastern Oklahoma is lacking. In estimating the overall population size for ABBs in Oklahoma, all previous positive survey records were used in conjunction with a crude estimate of the acreage of suitable ABB habitat. Only counties having documented ABB records, either voucher specimens or reported captures, were assumed to have existing populations. Our data revealed 20 Oklahoma counties met this criterion. While several additional counties, at least 13, likely have ABB populations, based on the occurrence of suitable habitat and proximity to known populations, these counties were not included in the analysis.

We also assumed that ABBs were uniformly dispersed throughout suitable habitat because we lack specific information on ABB dispersion patterns. The Service determined the extent of suitable ABB habitat by subtracting the acreage of unsuitable ABB habitat from the total acreage for each county. We assumed areas that are permanently flooded or frequently flooded are not suitable habitat. We also excluded areas that undergo repeated soil disturbance, primarily areas such as cropland that are frequently tilled.

FWS001663

Lacking any accurate measures of density, we attempted to estimate density based on capture data and the extent of suitable habitat within each county of occurrence. The Service then estimated the area that each transect would effectively trap.  We believe each transect effectively lures beetles from an area bounded by a 0.25 mile perimeter around a transect.  As such, the effective trapping area (ETA) for one transect is about 153.5 acres.  Using the ETA and number of ABBs collected, by county, we could estimate the mean ABB density (*i.e.*, the number of ABB per acre) for each county.  The density was then used in conjunction with our estimate of suitable habitat to calculate the number of ABBs for each county with known populations.

Determining suitable habitat for the ABB is particularly difficult.  The ABB is considered a feeding habitat generalist and the Service lacks definitive information on ABB preferred breeding and over wintering habitat.  For purposes of this population estimate, we assumed that natural habitats, such as prairies and forests, which provide suitable foraging habitat also contained suitable breeding and over wintering habitat.  In doing so, we likely have overestimated the abundance of the ABB throughout its known range in Oklahoma.

## Arkansas
No precise population estimate is possible for the ABB in Arkansas.  However, the 10-year average for Ft. Chaffee is 370 captures (excluding recaps). Fort Chaffee contains about 40,000 acres of potential habitat for the ABB.   Captures of the ABB on USFS and Weyerhauser lands in AR are so small that they do not contribute substantially to the total population estimate for the state.  A state owned tall grass prairie area, Cherokee Prairie Natural Area, near Fort Chaffee recorded 244 ABBs in one year [1997], but has not been surveyed adequately since.  A crude estimate of 3,000-5,000 ABBs in western AR was based on these capture data indicating presence and relative abundance, then extrapolated across the amount of potential habitat available in this area.

## Block Island
The Block Island, Rhode Island, population of the American burying beetle has been surveyed annually since 1991 with standardized protocols. Three sampling transects are monitored during the peak reproductive season in the third week of June. The survey effort consists of 50 pitfall traps maintained for three days; i.e., 150 trap-nights. Transects are located in the southwest portion of the island and span about 1.8 miles. Since 1991, this effort has produced an average of 205 captures and 166 total individuals. Using a Lincoln-Pertersen Index with Bailey correction, this population has been estimated at 225 individuals (1 S.E. ≈ 60), but recent totals have been much higher. The four most recent survey estimates have averaged 507 animals. We do not know how much area these traps are sampling, but we do know that other parts of the island do not support as many beetles and some areas do not have any. So, to generate an island estimate, we estimated an area of trap coverage for our standard survey and extrapolated spatially across the island, considering also the habitat (fields) that is available in other areas.

## Nantucket
The estimate for the current population of ABB on Nantucket Island, MA is based on 12 years of releases of a known number of ABB pairs and follow-up exhumation of 30-50% of broods to assess the resulting F1 generation. In addition, pre- and post-release trapping and monitoring of both "wild" (progeny of previous years release) and newly released ABBs occurred in most

FWS001664

years. This data made it possible to formulate an educated guess (best professional judgment) on the number of ABBs that survived over winter and became established through the reintroduction program.  Annual reports summarizing these releases and trapping efforts are available for most years.

FWS001665

**JA-601**

*ResearchGate*

See discussions, stats, and author profiles for this publication at: https://www.researchgate.net/publication/263564786

# A Review of Hypotheses of Decline of the Endangered American Burying Beetle (Silphidae: *Nicrophorus americanus* Olivier)

**Article** *in* Journal of Insect Conservation · June 2002

DOI: 10.1023/A:1020947610028

CITATIONS
43

READS
649



2 authors, including:

Derek Sikes
University of Alaska Fairbanks
**176** PUBLICATIONS   **1,687** CITATIONS

SEE PROFILE

Some of the authors of this publication are also working on these related projects:

Beetles (Coleoptera) of Peru View project

Microbial ecology of small vertebrate carrion View project

All content following this page was uploaded by Derek Sikes on 27 May 2014.

The user has requested enhancement of the downloaded file.

FWS004513

*Journal of Insect Conservation* **6**: 103–113, 2002.
© 2002 *Kluwer Academic Publishers. Printed in the Netherlands.*

# A review of hypotheses of decline of the endangered American burying beetle (Silphidae: *Nicrophorus americanus* Olivier).

Derek S. Sikes[1] and Christopher J. Raithel[2,*]

[1]*Department of Ecology & Evolutionary Biology, University of Connecticut, U-43, Storrs, CT 06278, USA;*
[2]*RI Department of Environmental Management, Division of Fish & Wildlife, PO Box 218, West Kingston,
RI 02892, USA; *Author for correspondence (e-mail: craithel@mindspring.com; phone: 401-789-0281; fax:
401-783-7490)*

Received 19 October 2001; accepted in revised form 5 March 2002

*Key words:* American burying beetle, Endangered species, Hypotheses of decline, *Nicrophorus americanus*, Silphidae

## Abstract

The largest species of North American *Nicrophorus* (Coleoptera: Silphidae), *N. americanus*, was placed on the US federal list of endangered species in 1989. This paper reviews literature bearing on eight hypotheses that attempt to explain the dramatic decline of this species over 90% of its former range. What is known regarding each hypothesis is separated from what remains to be investigated. We find that although progress has been made during the past 12 years, even the most well supported hypothesis requires a number of important studies to be completed or extended before we can confidently explain the decline of this species and predict the success of conservation efforts.

## Introduction

The American burying beetle, *Nicrophorus americanus* Olivier, was first listed as endangered in 1989 by the US Fish and Wildlife Service (Federal Register 54(133): 29652–55), after museum and field surveys in the early 1980s discovered it was absent from most of its historic range (Davis 1980; Anderson 1982). This species has been the subject of intense study and speculation since its decline was announced in 1980. We have found 46 papers published during the first 200 years before 1980 that referred to this species (usually providing minimal ecological information), but in the last twenty years an additional 78 publications have appeared, most of which focused on this species (Sikes et al. 1999), but none of which answered the central question of what caused this species' decline.

In North America north of Mexico, and exclusive of the West Indies, there are 15 species of *Nicrophorus* (Peck and Kaulbars 1987; Sikes and Peck 2000). These beetles are popular among biologists because, in addition to their large size and colorful markings, they exhibit complex reproductive behaviors, including biparental care, which is extremely rare in the order Coleoptera. They derive their common name, burying beetles, from their habit of burying small vertebrate carcasses, on which they raise their offspring. The ecology and behaviors of over 20 *Nicrophorus* species have been well studied (Pukowski (1933) and Trumbo (1992), Scott (1998), Sikes et al. (1999) and references therein). Kozol et al. (1988) were the first to publish a detailed life history of *N. americanus*.

As recently as the 1920s, *Nicrophorus americanus* was considered common across most of the eastern half of North America and was known from 35 states and three Canadian provinces (Davis 1980; Anderson 1982). However, it now occurs in less than 10% of its former range (Figure 1). Populations are restricted to Block Island, Rhode Island, an island off the Atlantic coast, and the western periphery of the historic range (western Arkansas, eastern Oklahoma, central and southern Nebraska, southeastern Kansas, and southcentral South Dakota). Wells et al. (1983) stated

FWS004514

104



*Figure 1.* Current (black) and historic (gray shade and white dots) range of *N. americanus* (modified from Lomolino et al. (1995) and Holloway and Schnell's (1997), US Fish and Wildlife Service (1991).

that this species' case "*must represent one of the most disastrous declines of an insect's range ever to be recorded.*" This dramatic example of species endangerment is unusual in that it is difficult to imagine a scenario that would drive *N. americanus*, which is physically dominant within its guild, to the brink of extinction yet leave its eight sympatric congeners untouched.

Many hypotheses for this decline have been suggested; only some of which have been explored empirically, and none exhaustively (Table 1). The determination of why this species has declined depends to some extent on knowing what factors predict its presence. However, the factors that led to the decline of *N. americanus* may not all still be present. If former limiting factors no longer occur, then we might expect *N. americanus* to gradually expand back into its historic range, but there is no evidence that this is happening. If the factors that led to the decline of this species continue to shape its current distribution and prevent recolonization of former habitats, then we should be able to determine precisely what these factors are. Although there is a large body of circumstan-

tial evidence, much of which has been cited in prior discussions of this species' decline, there remain numerous questions to be answered and suppositions to be supported by empirical evidence. Without this information firmly in hand, conservation efforts are handicapped.

Herein we will briefly present the hypotheses of decline for *N. americanus* and discuss what has been learned during the last twelve years about each.

It should be mentioned that each hypothesis in Table 1 is not exclusive of the others. In fact, it is likely that multiple effects interacted, perhaps synergistically, to influence the decline of *N. americanus* (Myers 1987; Ratcliffe 1995; Amaral et al. 1997). However, any explanation for the decline of *N. americanus* must at least address why the sympatric congeners, which feed and breed on similar resources, have apparently remained unaffected.

*DDT/pesticide use*

Kozol (1995), and Raithel (in US Fish and Wildlife Service (1991)), presented a clear argument against

FWS004515

Table 1. Hypotheses of decline for *Nicrophorus americanus*. See text for detailed description of each hypothesis. **Accounts for congeners**: does the hypothesis explain why sympatric congeners are unaffected? **Accounts for pattern**: does the hypothesis explain the geographic pattern (Figure 1).

| Hypothesis | source | accounts for congeners? | accounts for pattern? |
|---|---|---|---|
| DDT/pesticide use | (Kozol et al. 1988) | no | no |
| Artificial lighting | (Ratcliffe 1995) | no | no |
| Pathogen | (US Fish and Wildlife Service 1991) | yes | yes |
| Habitat alteration hypotheses: | | | |
|    Old growth specialist | (Anderson 1982) | yes | no |
|    Prairie specialist | (herein) | yes | yes |
|    Vertebrate competition | (US Fish and Wildlife Service 1991) | yes | no |
|    Loss of ideal carrion | (US Fish and Wildlife Service 1991) | yes | no |
|    Congener competition | (US Fish and Wildlife Service 1991) | yes | no |

the DDT hypothesis, pointing out that the American burying beetle had disappeared from areas where DDT was never sprayed, that some recent (since 1960) populations were in areas that had been sprayed with DDT, and that most populations were gone 25 years before DDT, or other organochlorine pesticides, were used. Raithel (US Fish and Wildlife Service 1991) pointed out, however, that several *N. americanus* populations in the Midwest did disappear during the period that DDT was applied (1940 to 1972). Also, in a controlled study of the effects of DDT on forest invertebrates, Hoffmann et al. (1949) showed that DDT spraying eliminated populations of three *Nicrophorus* species (*Nicrophorus orbicollis* Say, *Nicrophorus sayi* Weber, and *Nicrophours defodiens* Mannerheim). Irrespective of the pattern and timing of decline, for DDT, or any man-made toxin, to be a significant factor in this puzzle we would have to evoke *ad hoc* hypotheses to account for the lack of equivalent impact on the sympatric congeners of *N. americanus*. Unfortunately, there are few historical data (e.g., Trumbo and Thomas (1998)) regarding *Nicrophorus* community structure with which to assess effects of past DDT spraying or other contaminants. Although this hypothesis is rejected as the primary explanation, it remains possible that some *N. americanus*, and presumably other *Nicrophorus*, populations may have been extirpated by DDT use.

*Artificial lighting*

Artificial lighting as an explanation of decline (e.g., Ratcliffe (1995, 1996)) is less easily dismissed. Several extant populations of the American burying beetle do occur in remote, relatively lightless areas. The

responses of silphids to artificial lights vary among species. Backlund and Marrone (1997) captured 13 species of silphid in baited pitfall traps in south-central South Dakota, but only three species were common at black lights. They captured no *N. americanus* at lights during their sampling but did catch this species in pitfall traps. In the Northeast, *N. americanus* (US Fish and Wildlife Service 1991), as well as *N. orbicollis*, *N. pustulatus* Herschel, and *Necrodes surinamensis* (Fabricius), consistently come to lights (Anderson and Peck 1985). However, *N. americanus* is attracted less frequently to lights than to carrion baited traps. Even in the areas of Block Island where the American burying beetles are most common, it is typical to see only a few (0–3) individuals per night at a blacklight.

There are few empirical data that quantify light captures for this species. Circumstantial support for artificial lights as a factor in the decline could be derived from the fact that most extant populations of *N. americanus* occur in relatively remote, lightless areas, and electric lighting was becoming widespread during the late 1800s (Bright 1949), concurrent with the beginning of *N. americanus*' disappearance from the Northeast. However, fluorescent lights (including blacklights like those used in "Bug Zappers") are considerably more attractive to night-flying insects, and these are a relatively recent feature of the landscape. Additionally, the *N. americanus* population on Block Island has coexisted with artificial light for over 50 years and both *N. orbicollis* and *Necrodes surinamensis*, other light-attracted silphids, remain abundant there.

This hypothesis could be carefully addressed through studies that quantify the amount of artificial

FWS004516

light near the extant populations, and examine the mortality of *N. americanus* and congeners due to these lights. It remains at least possible that artificial lights, if they are responsible for a chronic, albeit low, level of adult attrition, could be affecting *N. americanus* populations. Nevertheless, it presently seems that if artificial lighting has had a negative effect on *N. americanus*, it has been minor relative to other influences.

### Pathogen

In addition to accounting for the health of sympatric congeners, a good hypothesis should also explain the unusual geographic pattern of the remaining populations (Figure 1). It is a widely held belief that species' ecological requirements are best met toward the centers of their distributions. However, *N. americanus* disappeared from its range core and persists only on the very edge of its historic range.

A pathogen hypothesis readily accounts for such a geographic pattern of decline. Any pathogen that could be transmitted among adult burying beetles, and was non-fatal to congeners of *N. americanus*, would eliminate all contiguous *N. americanus* populations, leaving only peripheral isolates untouched. Raithel (in US Fish and Wildlife Service (1991)) suggested this hypothesis and also pointed out that no evidence of a disease or pathogen has been found. However, we know of no investigation that expressly attempted to test this hypothesis. Consistent with this theory is the phylogenetic analysis of Peck and Anderson (1985) in which *N. americanus* was not found to belong to any of the *Nicrophorus* species groups of the New World, *i.e.*, it was phenotypically, and presumably evolutionarily, distant. *Nicrophorus americanus*, therefore, could be physiologically unique and vulnerable to a pathogen to which its congeners are immune. The numerous *Nicrophorus* symbionts, which include mites and nematodes, could also contribute to the spread of disease. These symbionts rapidly transfer among hosts, both within and among species, when the beetles feed at carcasses too large to bury (Schwarz and Koulianos 1998).

Channel and Lomolino (2000), investigated the geographic pattern of decline in 245 endangered species. Their analysis showed that the remaining populations of many endangered species (98% of their sample), including birds, mammals, fishes, mollusks, arthropods, and plants, are in the peripheries of their former ranges. Therefore, the peripheral isolate pattern noted for *N. americanus* may be the rule rather than the exception. They suggested that this pattern resulted from the "contagion-like spread of extinction forces" (*loc. cit.*), primarily a loss of ideal habitat from the center of a species range. Since this geographic pattern of decline has been observed in cases where pathogens were not involved, an explanation for the observed pattern of decline of *N. americanus* does not necessarily depend on an epizootic event. However, Channel and Lomolino's (2000) investigation certainly does not eliminate the possibility that some sort of pathogen may have affected *N. americanus* populations.

### Habitat loss

The remaining hypotheses deal primarily with changes to the habitat of *N. americanus*, including the carrion resource base. However, data that address differences between the central and the peripheral habitats of *N. americanus*' historic range are still lacking. Although these hypotheses are plausible and account for the persistence of sympatric congeners, they do not definitively explain how the current geographic pattern (Figure 1) was created.

### Vegetation changes: old growth specialist

The very first hypothesis published to explain the decline of *N. americanus* was that of Anderson (1982), who suggested that the species might be a specialist of old growth forests and require the deeper, looser soils of such habitats. There are indications that *N. americanus* formerly occurred in primary forests. For example, Walker (1952) described a capture site in Tennessee as an open "park-like" forest with thick herbaceous vegetation and Creighton et al. (1993) showed this species to be more common in open, upland forests and grasslands than in densely vegetated lowland forests. However, given the broad historical range of this species (Figure 1), it seems unlikely that *N. americanus* could have been a vegetation specialist. Lomolino et al. (1995) specifically tested and rejected Anderson's old growth hypothesis, concluding that *N. americanus* was a vegetation generalist. There is information to indicate that *N. americanus* tolerates, and may even prefer, open habitats. Most of the historical *N. americanus* collections, at least in the eastern portion of its range, occurred during the period when much of the landscape was highly agricultural. For example, Block Island was a thoroughly

FWS004517

denuded sheep pasture for at least 200 years; today its vegetation consists of maritime shrub communities, coastal moraine grasslands and agricultural pastures. On Block Island, trap transects for *N. americanus* are more successful in open areas (Raithel unpub. data). Western populations also occur in prairie and grazed areas (Bedick et al. 1999), forest edge, open savannah-like forests, and scrublands.

However, Lomolino and Creighton's (1996), in another study designed to test Anderson's hypothesis, found evidence that *N. americanus* preferred mature forests over clearcuts and had greater breeding success in forests relative to grasslands. They thought this result might relate to the difficulty the beetles faced in burying carcasses in the grassland soils. The difference in productivity was due primarily to failure rates in the grasslands; once buried, grassland carcasses produced similar larval complements as forest carcasses. However, their emphasis on vegetation type did not preclude other causes of burial failure such as ants or extreme temperature. A study focusing on vegetation alone may obscure two far more important limiting factors; namely, vertebrate (and invertebrate) competition and the natural carrion prey base. In summary, testing for habitat preferences based on vegetation and soil type while ignoring both the naturally occurring abundance of appropriately sized carrion and the intensity of competition in each habitat type, could be misleading in the process of identifying limiting factors for *N. americanus*. Work done on Block Island (Raithel in press) and in Arkansas (Holloway and Schnell 1997) suggests that vegetation type might be a less efficient predictor of optimal beetle habitat than the prey base and potential vertebrate competition. Additional work, specifically addressing breeding success, including location success (i.e., where do beetles *find* more carcasses, *sensu* Trumbo and Bloch (2000)) and the naturally occurring prey base rather than trap captures or vegetation type, is clearly required before we can determine what factors describe this species' preferred habitat.

### Vegetation changes: prairie specialist

An unpublished hypothesis, nearly opposite to the previous, is that the decline of *N. americanus* may be linked to the *return* of forests in eastern North America. If this species was ancestrally rare or absent in forests and preferred open habitats (as it does to some degree today (Kozol et al. 1988; Lomolino et al. 1995; Bedick et al. 1999)), its range may have expanded during the agricultural deforestation of eastern North America begun by native Americans and greatly expanded by European settlers into the mid 1800s (Askins 1997). Such an invasion of the eastern "neosavanna" has been documented for various grassland associated bird species (US Fish and Wildlife Service 1991). With the shift of agriculture from the east to the west and the ensuing reforestation during the 1900's, one might expect grassland-associated species to disappear from many of the areas they had first invaded perhaps centuries earlier. This pattern of decline and range retraction has been documented for several vertebrates associated with open, early successional habitats. For example, the New England Cottontail (*Sylvilagus transitionalis*) has disappeared from over 80% of its former range in the northeastern United Stattes (Litvaitis et al. 1999), and there are numerous similarly declining birds (e.g., Bell's Vireo [*Vireo bellii*], Painted Bunting [*Passerina ciris*])(*l.c.*). Therefore, the current distribution of *N. americanus* might be closer to its pre-settlement distribution than our collection record of the last 200 years would lead us to believe. An alternative explanation for a current prairie association might involve a habitat switch in which the beetle, which once was abundant in forests, perhaps due to a constant supply of passenger pigeon carcasses, is now only found in open habitats because of a dependence on the ground nesting birds or other suitable carrion producers that prefer these habitats.

Holloway and Schnell's (1997) and Lomolino and Creighton's (1996) work, as with the previous hypothesis, indicate that this species can be captured in forests that contain enough of the correct sized carrion. We should not, therefore, expect this species to be a specialist of any particular vegetation type, neither old growth forests nor prairies. It is logical that the carrion resource base is a significantly more important predictor of healthy *N. americanus* populations than any particular vegetation type.

### Vertebrate competition

Raithel (US Fish and Wildlife Service 1991) concluded that the best explanation for the decline of *N. americanus* involved habitat fragmentation, which reduced the carrion prey base and increased the vertebrate scavenger competition for it. Kozol (1995) and Ratcliffe (1996), Amaral et al. (1997), Bedick et al. (1999), and other authors have reiterated this theme.

*Nicrophorus americanus* is the largest species of *Nicrophorus* in the New World and requires carcasses

FWS004518

108

of 100–200 g (Kozol et al. 1988) to maximize its fecundity, whereas all other *Nicrophorus* species can breed abundantly on much smaller carcasses, with the smallest species using carcasses of 3–5 g (Trumbo 1992). Potential scavenging, predatory, vertebrate competitors of *N. americanus* include the American Crow (*Corvus brachyrhynchos*), Red Fox (*Vulpes vulpes*), Striped Skunk (*Mephitis mephitis*), Raccoon (*Procyon lotor*), Norway Rat (*Rattus norvegicus*), Feral Cat (*Felis catus*) (Jurek 1994), and two recent additions to the northeastern North American fauna: the Coyote (*Canis latrans*) (Parker 1995) and the Virginia Opossum (*Didelphis marsupialis*). A number of these species, especially the Raccoon and Striped Skunk, have seen dramatic population increases over the last century (Garrott et al. 1993). The Coyote was rarely found outside of grassland habitats prior to the 20th century, but with competitive release due to the extirpation of larger predators, like the Gray Wolf (*Canis lupus*) and the Mountain Lion (*Felis concolor*), the increase in deer population, and changes in habitat usage throughout the northeast, the Coyote expanded its range into the forested northeast, reaching Ontario in 1919 and Newfoundland in the 1990s (Gipson and Brillhart 1995; Parker 1995). Coyotes tend to be more common in open habitats than forests (Whitaker and Hamilton 1998) – the same habitats that are preferred by various large, ground-nesting birds, which are both experiencing population declines and are potential optimally-sized carrion producers for the American burying beetle.

There is evidence to support a direct correlation between edge, or fragment size, and vertebrate scavenger pressure, with much of this work involving nesting bird populations (Paton 1994; Yahner and Mahan 1996; Suarez et al. 1997). Some studies have examined the effects of fragmentation on beetle communities (e.g., Klein (1989) and Trumbo and Bloch (2000)), but more studies of this phenomenon using burying beetle communities are needed. Trumbo and Bloch (2000) investigated the influence of fragment size on *Nicrophorus* species' success (measured as the proportion of mouse carcasses buried and held for seven days). They found that beetles had significantly greater success in larger woodland plots and attributed this result in part to lower vertebrate scavenger success in those areas. Sikes (1996), working with *Nicrophorus nigrita* Mannerheim, found that mouse transects laid > 100 m from a trail or road had 10% or fewer carcasses taken by vertebrates, whereas transects near trails or roads had an average of 85%

of the carcasses taken by vertebrate scavengers. Other workers, such as Wilson and Fudge (1984), have shown that in sites with greater vertebrate scavenger pressure, variation in *Nicrophorus* brood size increased.

Trumbo and Thomas (1998) investigated *Nicrophorus* species composition (lacking *N. americanus*) on several small islands and found that smaller islands were not able to support viable populations of large-bodied species. They suggested that larger species required more carrion resources and were therefore more prone to local extinctions. The extant population of *N. americanus* on Block Island seems to be relatively free of competitive pressures; not only are there unusually large populations of ground-nesting birds, but there are few mammal predators or scavengers (Amaral et al. 1997; Raithel in press). This hypothesis is among those most well supported by the available evidence. However, more studies on the response of silphid communities to habitat fragmentation are needed, especially those that would contrast historic and current habitats, or compare multiple extant sites of *N. americanus*.

*Loss of ideal carrion*

Raithel (*loc. cit.*) strengthened the explanatory power of the vertebrate competition hypothesis by combining it with another hypothesis–loss of carrion of ideal size. At least one bird species in the ideal weight range and the historical geographic range of *N. americanus*, the Passenger Pigeon (*Ectopistes migratorius*) is extinct. This species was historically one of the most abundant birds in North America, with flocks estimated to contain billions of individuals, (Wenninger 1910) and certainly would have produced a significant amount of necromass during the reproductive season of *N. americanus*. In addition, other bird species of the ideal weight size have declined throughout their ranges during the last century. These include the exotic Ring-necked Pheasant (*Phasianus colchicus*), (Raithel in press) and other gallinaceous birds like the Greater Prairie Chicken (*Tympanuchus cupido*), and the Northern Bobwhite (*Colinus virginianus*), (Guthery et al. 2000). Raithel (in press) demonstrated that Block Island has a greater proportion of potential carrion producers (nesting birds, such as the Ring-necked Pheasant and the American Woodcock [*Scolopax minor*]) than the adjacent mainland. Holloway and Schnell's (1997) study is the only one conducted in the western portion of *N. americanus*'

FWS004519

range that examined the carrion resource base. They found significant correlations between the numbers of *N. americanus* caught in traps and the biomass of mammals, the biomass of mammals plus birds, the number of mammal species, and the number of individual mammals, irrespective of the predominant vegetation.

However, we are terribly ignorant about what factors determine the usefulness of a vertebrate species to *N. americanus*. We know little more than the ideal weight of carrion and the presumed breeding season for beetle reproduction–data regarding the localities for suitable vertebrate populations, their mortality rates, the process of carcass production and its quantity (and variance), and competition for carrion are generally lacking. Such data are required to build a robust population model for *N. americanus*. Educated guess work indicates that ideal vertebrate species for a *N. americanus* prey base would be those that produce ample offspring, many of which die after achieving a mass of 80–200 g due to causes other than predation, during the breeding season of *N. americanus* (mid summer). Bird populations are not the only candidates to be good carrion producers. Certain mammal species, like the Blacktail Prairie Dog (*Cynomys ludovicianus*), have also declined drastically (Miller et al. 1990), and such dense concentrations of mammals may also support *N. americanus* populations. A relevant and recent study by Smith et al. (2000) has documented that *Nicrophorus* adults will use pre-existing vertebrate burrows for burial of carcasses, and those that do so realize significantly greater reproductive success as a result. Another documentation of use of vertebrate burrows, specifically bird burrows, by *Nicrophorus* was made by Wilhelm et al. (2001).

*Congener competition*

The last hypothesis in Table 1, congener competition, extends from the previous two hypotheses. With both an increase in vertebrate scavenger pressure (exacerbated by habitat fragmentation), and a decrease in carrion of the ideal weight size (due to extinction and population declines), the competition between *N. americanus* and sympatric congeners for sub-optimally sized carcasses would be expected to increase. Trumbo (1992) showed that the potential for *Nicrophorus* congener competition for carrion increased with carcass size. Competitive success of carrion-

feeding flies also increases with carcass size (Scott et al. (1987); *l.c.*).

The historical geographic range, and presumably the ecological tolerances, of *N. americanus* are most similar to its congener *Nicrophorus orbicollis*. This similarity in ecological niche (geographic range, diel periodicity, breeding season, *etc.*), and new phylogenetic information indicating these species may be each other's closest surviving relatives (Szalanski et al. 2000), together suggest that *N. americanus* and *N. orbicollis* may be each other's greatest congeneric competitors. In surveys for *N. americanus*, *N. orbicollis* is almost always trapped and is usually 10, or more, times as abundant (e.g., Lomolino and Creighton's (1996) and Amaral et al. (1997); Carlton and Rothwein (1998); Raithel in press). Although *N. orbicollis* appears to be less successful in using the largest carcasses that *N. americanus* requires for maximum reproductive success (> 100 g) (Kozol et al. 1988; Trumbo 1992), this species could be a formidable competitor for smaller and medium sized carcasses.

Another sympatric congener, *Nicrophorus marginatus* Fabricius, is also often present in traps set for *N. americanus* (*l.c.*). *Nicrophorus marginatus* is on average slightly larger (Sikes unpub. data), and in some portions of its range, such as western Nebraska, is more common, than *N. orbicollis* (Bedick et al. 1999). Backlund and Marrone (1997) reported that *N. marginatus* was the most abundant species collected during their surveys for *N. americanus* in South Dakota. Interestingly, they also reported that in areas in which they caught the most *N. americanus*, they caught the least *N. marginatus*. *Nicrophorus marginatus* is well documented as a specialist of open grassland habitat (Anderson and Peck 1985). If such habitat is used more by *N. americanus* now than historically, perhaps because this species is tracking populations of small mammals or gallinaceous birds that prefer open habitats, then competition between these two *Nicrophorus* species may have increased. This relationship has not been investigated. Additionally, Kozol et al. (1988) showed that *N. marginatus* buried larger carcasses than did *N. orbicollis*. Although still probably less successful with the largest carcasses (> 100 g), *N. marginatus* could, as a result, be a more significant competitor of *N. americanus* than *N. orbicollis* in areas of sympatry.

Although, *N. americanus*, because of its larger size, dominates interference competition events -direct physical battles at carcasses (Kozol et al. 1988),

110

there are data indicating *N. orbicollis* may dominate exploitative competition events -speed of finding and burying carcasses (Matthews 1995) and thus contribute to the current pressures affecting *N. americanus*. However, to what degree *N. americanus* is losing potential breeding carcasses (albeit of less than optimal size), throughout its range, to *N. orbicollis* and/or *N. marginatus* remains unstudied.

Burying beetle females that lose battles to secure a carcass sometimes oviposit near the carcass, allowing some of their larvae to act as brood parasites (Müller et al. 1990; Trumbo 1994). Mixed-species broods are more common on larger carcasses (Trumbo 1992). Investigations of congener competition should be aware of the potential for brood parasitism by either *N. orbicollis* or *N. marginatus* within *N. americanus* broods.

*Suggestions for future research*

The research reviewed herein provides clues to the two related and most important questions that remain unanswered: What parameters predict the current presence of *Nicrophorus americanus*? Also, what changes were responsible for the decline of this species? To answer these questions will require numerous corroborative, hypothesis-driven investigations. We suggest the following research as being of the highest priority:

1. Predicting the current distribution: The distribution of a monophagous herbivore is, in comparison to that of *Nicrophorus americanus*, relatively easy to predict. The distribution of the host plant with consideration of competitors, predators and climatic tolerances of the herbivore is usually sufficient to predict where it might occur. However, *Nicrophorus americanus* is neither monophagous nor herbivorous. Few studies have directly addressed the resource-base of this species. Holloway and Schnell's (1997, 1997) are the only studies that did so - by attempting to quantify the carrion prey-base and relate these data to the distribution of *Nicrophorus americanus*. These studies results' support the conclusion that this species persists in areas that have unique vertebrate communities but alone are not sufficient to identify *N. americanus* habitat.

   Future investigations in silphid community structure should quantify the potential carrion prey-base in addition to, as has been typical, the carrion-feeding community. If a standardized protocol for collecting and reporting these data could be developed, investigators would be able to compare habitats according to an index based on the available, ideal carrion and the competitive pressure for that resource. Such a process could lead to the identification, management, and creation of landscapes capable of sustaining *N. americanus* populations.

   Initially, studies would have to be performed within the current *Nicrophorus americanus* populations to enable accurate description of 'ideal carrion'. Such descriptors would include traits such as average size during the breeding season of *Nicrophorus americanus*, quantity of carcasses produced during the breeding season of *Nicrophorus americanus*, and habitat affiliation with appropriate substrate for burial (e.g. nesting gulls usually die on beaches which have unsuitable substrates for burial by *Nicrophorus americanus*). Once we can define quantitatively what constitutes an ideal carrion-producing vertebrate species for *Nicrophorus americanus* we can begin identifying and ranking suitable candidate species within the historic range of *Nicrophorus americanus*. Such a list, with maps of current and past distributions (as best as possible), and the research that would go into quantifying the criteria for inclusion, would be a very valuable step towards predicting the presence of *Nicrophorus americanus*.

   Of course, the potential prey base is only half of the needed data. The other part of the equation must be the intensity of competition for the available, ideal carrion. Areas that see the generation of large quantities of ideal carrion during the breeding season of *Nicrophorus americanus* may be of little value to this species if carcasses are removed by vertebrate scavengers before *Nicrophorus americanus* can use them. Thus, a protocol should be developed to allow standardized comparisons of competitive pressure (broken down by factors such as vertebrate/invertebrate and variability, among others). Obtaining these data, particularly considering the variation that can occur over time, could be quite challenging, but must be considered essential towards understanding this species' requirements for survival.

2. Explaining the decline: One could argue that once we understand the ecological requirements of this species and can predict its persistence, explaining its decline is of little practical importance. For this

FWS004521

reason we consider understanding the causes of decline to be of slightly lower priority than understanding this species' current ecological needs. However, if the causal factors of decline persist throughout the historic range of *Nicrophorus americanus* these would necessarily become understood by efforts to describe the potential niche of *Nicrophorus americanus*. It is likely, therefore, that by accomplishing the primary goal we will go far towards explaining the decline of this species. Additionally, efforts to test hypotheses of decline would likely provide data relevant to predicting this species' current, historic, and potential niche.

## Summary

It should be clear that several investigations important to our understanding of the decline of *N. americanus* remain to be done. Unlike the DDT hypothesis, the effects of artificial lighting can be readily studied today. The pathogen hypothesis is less easily tested. However, conservationists working with populations of *N. americanus* for reintroduction or breeding purposes should be alert to the possibility of a species-specific pathogen. The evidence against *N. americanus* being a habitat specialist of old growth forests, and having declined due to the loss of these forests and their deeper soils, is strong. The combination of the last three hypotheses build the most plausible explanation for the decline of this species–a conclusion reached first in Raithel (US Fish and Wildlife Service 1991) and subsequently supported and commented on by numerous other authors; (1) reduction of optimally sized carrion, (2) increased vertebrate scavenger competition for that carrion, and (3) increased congener competition for optimally, and suboptimally sized carrion–due, in part, to extinctions or declines of optimally sized prey populations resulting from habitat changes, overharvesting, and increased vertebrate scavenging and predation. The greater pressure from vertebrate scavengers may have resulted from competitive release after the loss of larger predators (such as the Gray Wolf [*Canis lupus*] and the Mountain Lion [*Felis concolor*]) and an increase in habitat fragmentation and edge habitats. *Nicrophorus americanus* thus may be experiencing greater vertebrate and congener competition for a reduced resource base. Presumably, the extant *N. americanus* populations occur in areas with lower vertebrate and/or congener competition and/or a greater resource base, although after twelve years of study we have yet to confirm this empirically throughout the range of *N. americanus*. The story of the decline of the American burying beetle appears to be a tale of changes in vertebrate community ecology, both of prey and scavenger competitor species. Yet, many of the published studies have looked at vegetation and abiotic correlates rather than vertebrate ecology.

In summary, after over a decade of research, these conclusions are not very different than those of Raithel a decade ago (US Fish and Wildlife Service 1991). Since the US Fish and Wildlife Service (1991) recovery plan, new data have been brought to support the vertebrate competition (Trumbo and Bloch 2000), and the congener hypothesis (Matthews 1995). And there have been other relevant studies, including Channel and Lomolino (2000) investigation of the geographic pattern of decline. Yet, until we have learned more about this species' ecology and its history, these explanations remain primarily speculative. Of the greatest urgency would be investigations (as detailed above in Suggestions for future research) that contrast multiple portions of the historical center of *N. americanus*' range with the eastern and western extant populations with regards to habitat fragment size, biomass of ideal carrion-resource vertebrates (e.g., Holloway and Schnell's (1997)), vertebrate predation /scavenger pressure, and congener competition.

## Acknowledgements

We thank the following for their comments on earlier versions of this manuscript: Michael Amaral, Robert Dunn, Piotr Naskrecki, Carl Schaefer, Sacha Spector, Stephen Trumbo, Michael Wall, and two anonymous reviewers. This work was supported by National Science Foundation Grant DEB-9981381 to Stephen Trumbo.

## References

Amaral M., Kozol A. and French T. 1997. Conservation status and reintroduction of the endangered American burying beetle. Northeastern Naturalist 4: 121–132.

Anderson R.S. 1982. On the decreasing abundance of *Nicrophorus americanus* Olivier (Coleoptera: Silphidae) in eastern North America. The Coleopterists Bulletin 36: 362–365.

FWS004522

112

Anderson R.S. and Peck S.B. 1985. The insects and arachnids of Canada, Part 13. The carrion beetles of Canada and Alaska (Coleoptera: Silphidae and Agyrtidae). Publication 1778. Biosystematics Research Institute, Ottawa, Canada.

Askins R.A. 1997. History of grasslands in the northeastern United States: Implications for bird conservation. In: Vickery P.D. and Dunwiddie P.W. (eds), Grasslands of Northeastern North America: Ecology and Conservation of Native and Agricultural Landscapes. Massachusetts Audubon Society, Lincoln, Massachusetts, USA, pp. 119–136.

Backlund D.C. and Marrone G.M. 1997. New records of the endangered American burying beetle, *Nicrophorus americanus* Olivier, (Coleoptera: Silphidae) in South Dakota. The Coleopterists Bulletin 51: 53–58.

Bartlett J. and Ashworth C.M. 1988. Brood size and fitness in *Necrophorus vespilloides* (Coleoptera: Silphidae). Behavioral Ecology and Sociobiology 22: 429–434.

Bedick J.C., Ratcliffe B.C., Hoback W.W. and Higley L.G. 1999. Distribution, ecology, and population dynamics of the American burying beetle [*Nicrophorus americanus* Olivier (Coleoptera, Silphidae)] in south-central Nebraska, USA. J. Insect Conservation 3: 171–181.

Bright A.A. Jr 1949. The Electric-Lamp Industry: Technological Change and Economic Development from 1800 to 1947. The Macmillan Company, New York, xxviii + 526 pp.

Carlton C.E. and Rothwein F. 1998. The endangered American burying beetle *Nicrophorus americanus* Olivier, at the edge of its range in Arkansas (Coleoptera; Silphidae). The Coleopterists Bulletin 52: 179–185.

Channel R. and Lomolino M. 2000. Dynamic biogeography and conservation of endangered species. Nature 403: 84–86.

Creighton J.C., Vaughn C.C. and Chapman B.R. 1993. Habitat preference of the endangered American Burying Beetle (*Nicrophorus americanus*) in Oklahoma. The Southwestern Naturalist 38: 275–277.

Davis L.R. Jr 1980. Notes on beetle distributions, with a discussion of *Nicrophorus americanus* Olivier and its abundance in collections (Coleoptera: Scarabaeidae, Lampyridae, and Silphidae). Coleopterists Bulletin 34: 245–251.

Garrott R.A., White P.J. and Vanderbilt White C.A. 1993. Overabundance: An Issue for Conservation Biologists? Conservation Biology 7: 946–949.

Gipson P.S. and Brillhart D.E. 1995. The coyote: an indicator species of environmental change on the Great Plains. In: LaRoe E.T., Farris G.S., Puckett C.E., Doran P.D. and Mac M.J. (eds), Our Living Resources: A Report to the Nation of the Distribution, Abundance, and Health of US Plants, Animals, and Ecosystems. US Department of the Interior, National Biological Service, Washington, DC, USA, pp. 305–307.

Guthery F.S., Peterson M.J. and George R.R. 2000. Viability of northern bobwhite populations. J. Wildl. Manage. 64: 646–662.

Hoffmann C.H., Townes H.K., Swift H.H. and Sailer R.I. 1949. Field studies on the effects of airplane applications of DDT on forest invertebrates. Ecological Monographs 19: 1–46.

Holloway A.K. and Schnell's G.D. 1997. Relationship between numbers of the endangered American burying beetle *Nicrophorus americanus* Olivier (Coleoptera: Silphidae) and available food resources. Biological Conservation 81: 145–152.

Jurek R.M. 1994. A bibliography of feral, stray, and free-ranging domestic cats in relation to wildlife conservation. Calif. Dep. of Fish and Game, Nongame Bird and Mammal Program Rep. 94-5., 24 pp [see also: http://www.dfg.ca.gov/hcpb/catbiblio.html].

Klein B.C. 1989. Effects of forest fragmentation on dung and carrion beetle communities in central Amazonia. Ecology 70: 1715–1725.

Kozol A.J. 1995. Ecology and population genetics of the endangered American burying beetle, *Nicrophorus americanus*. PhD Dissertation, Boston University, Boston, USA.

Kozol A.J., Scott M.P. and Traniello J.F.A. 1988. The American burying beetle, *Nicrophorus americanus*: Studies on the natural history of a declining species. Psyche. 95: 167–176.

Litvaitis J.A., Wagner D.L., Confer J.L., Tarr M.D. and Snyder E.J. 1999. Early-successional forests and shrub-dominated habitats: Land-use artifacts or critical community in the northeastern United States? Northeast Wildlife 54: 101–118.

Lomolino M.V. and Creighton's J.C. 1996. Habitat selection, breeding success and conservation of the endangered American burying beetle *Nicrophorus americanus*. Biological Conservation 77: 235–241.

Lomolino M.V., Creighton J.C., Schnell G.D. and Certain D.L. 1995. Ecology and conservation of the endangered American burying beetle *(Nicrophorus americanus)*. Conservation Biology 9: 605–614.

Matthews C.Y. 1995. Interspecific competition between the burying beetles *Nicrophorus americanus* and *N. orbicollis*. MS thesis, University of Oklahoma.

Miller B., Biggins D. and Reading R. 1990. A proposal to conserve black-footed ferrets and the prairie dog ecosystem. Environmental Management 14: 763–769.

Müller J.K., Eggert A.-K. and Dressel J. 1990. Intraspecific brood parasitism in the burying beetle, *Necrophorus vespilloides* (Coleoptera: Silphidae). Animal Behaviour 40: 491–499.

Myers N. 1987. The Extinction Spasm Impending: Synergisms at Work. Conservation Biology 1: 14–21.

Parker G. 1995. Eastern Coyote: the Story of Its Success. Nimbus Publishing, Halifax, Nova Scotia.

Paton P.W.C. 1994. The effect of edge on avian nest success: How strong is the evidence? Conservation Biology 8: 17–26.

Peck S.B. and Anderson R.S. 1985. Taxonomy, phylogeny and biogeography of the carrion beetles of Latin America (Coleoptera: Silphidae). Quaestiones Entomologicae 21: 247–317.

Peck S.B. and Kaulbars M.M. 1987. A synopsis of the distribution and bionomics of the carrion beetles (Coleoptera: Silphidae) of the conterminous United States. Proceedings of the Entomological Society of Ontario 118: 47–81.

Price J., Droege S. and Price A. 1995. The summer atlas of North American birds. Academic Press Inc., San Diego, CA, USA.

Pukowski E. 1933. Ökologische Untersuchungen an *Necrophorus* F. Zeitschrift für Ökologie and Morphologie der Tiere 27: 518–586.

Raithel C.J. Small island, big birds; avian biomass and the persistence of the American burying beetle on Block Island. In: Ecology of Block Island. Rhode Island Natural History Survey (in press).

Ratcliffe B. 1995. Nebraska's threatened and endangered species: American Burying Beetle. Nebraska Games and Parks Commission.

Ratcliffe B.C. 1996. The carrion beetles (Coleoptera: Silphidae) of Nebraska. Bulletin of the Nebraska State Museum Vol. 13.

FWS004523

Schwarz H.H. and Koulianos S. 1998. When to leave the brood chamber? Routes of dispersal in mites associated with burying beetles. Experimental and Applied Acarology 22: 621–631.

Scott M.P. 1998. The ecology and behavior of burying beetles. Annual Review of Entomology 43: 595–618.

Scott M.P., Traniello J.F.A. and Fetherston I.A. 1987. Competition for prey between ants and burying beetles (*Nicrophorus* spp.): Differences between northern and southern temperate sites. Psyche 94: 325–331.

Sikes D.S. 1996. The natural history of *Nicrophorus nigrita*, a western Nearctic species (Coleoptera: Silphidae). Pan-Pacific Entomologist 72: 70–81.

Sikes D.S. and Peck S.B. 2000. Description of *Nicrophorus hispaniola*, new species, from Hispaniola (Coleoptera: Silphidae) and a key to the species of *Nicrophorus* of the New World. Annals of the Entomological Society of America 93: 391–397.

*Nicrophorus* Central: A website devoted to research of all things nicrophorine. Sikes D.S., Trumbo S.T. and Peck S.B. 1999., {Apr 1999} http://www.eeb.uconn.edu:591/nicroweb/nicrophorus.htm .

Smith R.J., Bonilla M., Calahan C. and Mann J. 2000. Comparison of Reproductive success of in-situ burial versus the use of abandoned burrows for carcass interment by *Nicrophorus investigator* (Coleoptera: Silphidae). Journal of the Kansas Entomological Society 73: 148–154.

Suarez A.V., Pfennig K.S. and Robinson S.K. 1997. Nesting success of a disturbance-dependent songbird on different kinds of edges. Conservation Biology 11: 928–935.

Szalanski A.L., Sikes D.S., Bischof R. and Fritz M. 2000. Population genetics of the Endangered American Burying Beetle, *Nicrophorus americanus* (Coleoptera: Silphidae). Annals of the Entomological Society of America 93: 589–594.

Trumbo S.T. 1990. Regulation of brood size in a burying beetle, *Nicrophorus tomentosus*. Journal of Insect Behavior 3: 491–500.

Trumbo S.T. 1992. Monogamy to communal breeding: Exploitation of a broad resource base by burying beetles (*Nicrophorus*). Ecological Entomology 17: 289–298.

Trumbo S.T. 1994. Interspecific competition, brood parasitism, and the evolution of biparental cooperation in burying beetles. Oikos 69: 241–249.

Trumbo S.T. and Bloch P.L. 2000. Habitat fragmentation and burying beetle abundance and success. J. Insect Conservation 4: 245–252.

Trumbo S.T. and Thomas S. 1998. Burying beetles (Coleoptera: Silphidae) of the Apostle Islands, Wisconsin: Species diversity, population density and body size. The Great Lakes Entomologist 31: 85–95.

US Fish and Wildlife Service 1991. American Burying Beetle (*Nicrophorus americanus*) recovery plan. Newton Corner, Massachusetts, USA, 80 pp.

Walker J.T. Jr 1952. Ecological studies of the arthropods associated with certain decaying materials in four habitats. Ecology 38: 262–276.

Wells S.M., Pyle R.M. and Collins N.M. 1983. The IUCN Invertebrate Red Data Book. IUCN, Gland, Switzerland, 650 pp.

Wenninger F.J. 1910. The Passenger Pigeon. American Midland Naturalist 1: 227–228.

Wilhelm S.I., Larson D.J. and Storey A.E. 2001. Habitat preference of two burying beetles (Coleoptera: Silphidae: *Nicrophorus*) living among seabirds. Northeastern Naturalist 8: 435–442.

Whitaker J.O. and Hamilton W.J. 1998. Mammals of the Eastern United States. Cornell University Press, Ithaca, New York, USA.

Whitcomb R.F. 1987. North American forests and grassland: biotic conservation. In: Saunders D.A., Arnold G.W., Burbidge A.A. and Hopkins A.J.M. (eds), Nature Conservation: the role of remnants of native vegetation. Surrey Beatty & Sons, Chipping Norton, New South Wales, Australia, pp. 163–176.

Wilson D.S. and Fudge J. 1984. Burying beetles: Intraspecific interactions and reproductive success in the field. Ecological Entomology 9: 195–203.

Yahner R.H. and Mahan C.G. 1996. Depredation of Artificial Ground Nests in a Managed, Forested Landscape. Conservation Biology 10: 285–288.

FWS004524

# AMERICAN BURYING BEETLE

*(Nicrophorus americanus)*

# RECOVERY PLAN



U.S. Fish and Wildlife Service, Region 5



Brown-Wing.

FWS004943

# AMERICAN BURYING BEETLE
*(Nicrophorus americanus)*

## RECOVERY PLAN

Prepared by

Christopher Raithel
Rhode Island Division of Fish and Wildlife
West Kingston, Rhode Island

Coordinated through

New England Field Office
U.S. Fish and Wildlife Service
Concord, New Hampshire
by
Michael J. Amaral

Approved: _____
Regional Director, Region 5
U.S. Fish and Wildlife Service

Date: _____

FWS004944

Original cover illustration by
Katherine Brown-Wing
Studio:
48 Golden Avenue
Medford, MA   02155

FWS004945

# EXECUTIVE SUMMARY

## American Burying Beetle Recovery Plan

<u>Current Species Status</u>: *Nicrophorus americanus*, formerly distributed throughout temperate eastern North America, now persists in only two widely separated natural populations: a small but apparently stable population on Block Island off the coast of Rhode Island, and a lower-density but more widespread population in eastern Oklahoma. In addition, three laboratory colonies are being maintained, and in 1990 and 1991, about 90 *N. americanus* were reintroduced to historical habitat on Penikese Island, Massachusetts. Based on the drastic decline and extirpation of the species over nearly its entire historical range, the American burying beetle was listed as endangered in July 1989.

<u>Habitat Requirements and Limiting Factors</u>: The Block Island population occurs on glacial moraine deposits vegetated with a post-agricultural maritime scrub plant community. In eastern Oklahoma, <u>N. americanus</u> is known primarily from oak-hickory forest and grasslands of the Ozark uplift, and in the Ouachita Mountains in areas described as forest/pasture ecotone and open pasture. Little is known about the habitats associated with most historical collections of *N. americanus*. Considering the broad geographic range of the species, it is likely that vegetational structures and soil types are not generally limiting for this burying beetle. While it is clear that certain conditions are not suitable for carcass burial (e.g., very xeric, saturated, or loose sandy soils), it is probable that carrion availability in a given area is more important to the species' occurrence than vegetation or soils *per se*. Nevertheless, habitat parameters undoubtedly influence the prey base as well as the presence of competitors for limited carrion resources.

<u>Recovery Objectives</u>: The interim objective is to reduce the immediacy of the threat of extinction to the American burying beetle, and the longer range objective is to improve its status so that it can be reclassified from endangered to threatened.

<u>Recovery Criteria</u>: The interim objective will be met when the extant eastern and western populations are sufficiently protected and maintained, and when at least two additional self-sustaining populations of 500 or more beetles are established, one in the eastern and one in the western part of the historical range. Reclassification will be considered when (a) 3 populations have been established (or discovered) within each of 4 geographical areas (Northeast, Southeast, Midwest, and the Great Lake states), (b) each population contains 500+ adults, (c) each population is self-sustaining for 5 consecutive years, and, ideally, each primary population contains several satellite populations.

<u>Actions Needed</u>:

1. Protect and manage extant populations
2. Maintain captive populations
3. Continue Penikese Island reintroduction effort
4. Conduct studies
5. Conduct searches for additional populations
6. Characterize habitat and conduct vertebrate inventories
7. Conduct additional reintroductions
8. Continue to conduct research into the species' decline
9. Conduct information and education programs

<u>Estimated Cost of Recovery* ($000)</u>:

| YEAR | Need 1 | Need 2 | Need 3 | Need 4 | Need 5 | Need 6 | Need 7 | Need 8 | Need 9 | TOTAL |
|------|--------|--------|--------|--------|--------|--------|--------|--------|--------|-------|
| FY1 | 34.0 | 2.0 | 2.0 | 31.0 | 62.5 | | 20.0 | | 7.5 | 159.0 |
| FY2 | 41.5 | 4.0 | 2.0 | 30.0 | 62.5 | 25.0 | 40.0 | 7.5 | 7.5 | 220.0 |
| FY3 | 28.5 | 4.0 | 2.0 | 5.0 | 50.0 | 25.0 | 40.0 | 7.5 | 7.5 | 169.5 |
| FY4-20 | 421.5 | 48.0 | 34.0 | | 100.0 | | 100.0 | | 127.5 | 831.0 |

\* Does not include land acquisition costs.

<u>Date of Recovery</u>: If the recovery criteria are met, reclassification can be initiated in 2012.

FWS004946

\* \* \*

This recovery plan has been prepared by the Rhode Island Division of Fish and Wildlife, Nongame and Endangered Wildlife Project, under contract with Region 5 of the U.S. Fish and Wildlife Service.  The purpose of the plan is to delineate reasonable actions needed to restore and/or protect the endangered American burying beetle (Nicrophorus americanus). Recovery objectives will be attained and funds made available subject to budgetary and other constraints affecting the parties involved, as well as the need to address other priorities.

The plan does not necessarily represent the views or official position of any individuals or agencies involved in plan formulation, other than the U.S. Fish and Wildlife Service. The approved recovery plan will be modified as dictated by new findings, changes in species status, and the completion of recovery tasks.

Literature citations should read as follows:

U.S. Fish and Wildlife Service.  1991.  American Burying Beetle (Nicrophorus americanus) Recovery Plan.  Newton Corner, Massachusetts.  80 pp.

Copies of this plan can be purchased from:

Fish and Wildlife Reference Service
5430 Grosvenor Lane, Suite 110
Bethesda, Maryland  20814
301-492-6403
or
1-800-582-3421

Fees vary according to number of pages.

FWS004947

# ACKNOWLEDGEMENTS

The U.S. Fish and Wildlife Service recognizes that development of this recovery plan would not have been possible without the assistance of the many individuals who attended recovery meetings and reviewed earlier versions of the document.   In particular the Service wishes to thank Andrea Kozol for her dedication to researching the natural history of this species on Block Island and for freely sharing her knowledge, Thomas French for his support for the Penikese Island reintroduction effort and many helpful comments on the draft plan, Curtis Creighton for his research efforts on behalf of this species in Oklahoma, and Ken Frazier for his efforts to protect this species in southeastern Oklahoma.

The Service also wishes to acknowledge the following individuals for their efforts on behalf of the species and their assistance with this plan:

| | |
|---|---|
| Lawrence Master | Caryn Vaughn |
| Tim Simmons | John Skeen |
| Dale Schweitzer | Ron Justice |
| Keith Lang | Brett Ratcliffe |
| Christopher Littlefield | Dennis Figg |
| Ginger Carpenter | William Busby |
| Dennis Wolkoff | Mary Clausen |
| Randy Morgan | Stewart Peck |
| Steven Alan Lewis | Mary Liz Jameson |
| Anne Hecht | Karl Stephan |
| Laura Rosensweig | Steven Roble |
| Eugenia Marks | Malcolm Hunter |
| Rick Enser | |

Thanks also to the private landowners on Block Island, in Oklahoma, and elsewhere, who have allowed researchers access to their property in order to conduct surveys for this rare species.

FWS004948

# TABLE OF CONTENTS

PART I.   INTRODUCTION . . . . . . . . . . . . . . . . .    1

    Taxonomy and Description . . . . . . . . . . . . .    2
    Historical and Present Distribution . . . . . . . .    4
    Status of Extant Populations . . . . . . . . . . .    8
    Life History/Ecology . . . . . . . . . . . . . . .   11
    Habitat/Ecosystem Requirements . . . . . . . . . .   14
    Threats to the Species . . . . . . . . . . . . . .   18
    Conservation Measures  . . . . . . . . . . . . . .   23
    Recovery Strategy . . . . . . . . . . . . . . . . .   27


PART II.   RECOVERY . . . . . . . . . . . . . . . . . .   31

    Recovery Objectives  . . . . . . . . . . . . . . .   31
    Stepdown Recovery Outline  . . . . . . . . . . . .   34
    Recovery Tasks . . . . . . . . . . . . . . . . . .   36
    Literature Cited . . . . . . . . . . . . . . . . .   55


PART III.   IMPLEMENTATION  . . . . . . . . . . . . . .   61


APPENDIX 1.   Collection Localities and Last Date
              of Occurrence

APPENDIX 2.   Survey Protocol for <u>Nicrophorus</u> <u>americanus</u>

APPENDIX 3.   List of Reviewers

## LIST OF FIGURES AND TABLES

Figure 1.   American burying beetle (<u>Nicrophorus</u>
            <u>americanus</u>) . . . . . . . . . . . . . . . . .    3
Figure 2.   Locality records for <u>Nicrophorus</u> <u>americanus</u>  .    5
Figure 3.   Temporal decline of specimen collections . . .   23
Figure 4.   The four Geographic Recovery Areas . . . . . .   33


Table 1.   Specimen documentation (representative
           records)  . . . . . . . . . . . . . . . . . . .    7
Table 2.   Population estimates of <u>N</u>. <u>americanus</u> on
           Block Island (Kozol 1990) . . . . . . . . . . .    9

FWS004949

# PART I.  INTRODUCTION

The American burying beetle (<u>Nicrophorus americanus</u>), formerly distributed throughout temperate Eastern North America, is now known only from two widely separated natural populations:  on Block Island, off the southern coast of Rhode Island, where the species is apparently stable; and in eastern Oklahoma, where it has been recently recorded in Latimer, Cherokee, Muskogee, and Sequoyah Counties.  Since 1980, <u>Nicrophorus americanus</u> has been recorded at only two other localities rangewide:  southwestern Missouri and the Platte River Valley in west-central Nebraska.  Based on the drastic decline and extirpation of <u>Nicrophorus americanus</u> over nearly its entire range, the species was listed as endangered pursuant to the Endangered Species Act by the Department of the Interior in July of 1989 (<u>Federal Register</u> Vol. 54 (133): 29652-5).

The American burying beetle and other carrion beetles are interesting components of the faunal biodiversity of North America.  In general, <u>Nicrophorus</u> species exhibit one of the highest levels of parental care of any beetle in the insect order Coleoptera (Wilson 1971, Milne and Milne 1976), a group which numbers over 350,000 species (Evans 1984).  Since extended parental care is quite unusual in non-social insects, <u>Nicrophorus</u> beetles make ideal subjects for investigations in the fields of animal behavior, sociobiology, and coevolution. Further, because carrion beetles bury carcasses found on the ground, they play an important role in the recycling of nutrients.  Through the act of burying, they also remove prey from competing flies and ants, and in this way may serve to limit those species, which sometimes reach pest proportions.

1

FWS004950

The American burying beetle is the largest carrion beetle in
North America.  Examination of the factors leading to its
decline may provide insights into widespread ecological
problems as well as relationships between vertebrate and
invertebrate populations.  Also, since the American burying
beetle requires larger carrion to maximize its reproductive
output than do congeners, its occurrence in an area may
indicate a significant cluster or aggregation of large prey
species.

## TAXONOMY AND DESCRIPTION

Beetles are generally characterized as having hardened,
protective front wings known as elytra that meet in a straight
line on the back.  N. americanus is a member of the beetle
family Silphidae (subfamily Nicrophorinae); these beetles are
known by their habit of burying vertebrate carcasses for
reproductive purposes and for exhibiting parental care of
young.  The genus Nicrophorus contains about 70 species
world-wide, of which 15 occur in North America (Peck and
Kaulbars 1987).  Nicrophorus americanus is probably closely
related to the similarly sized, but allopatric, Nicrophorus
germanicus of the Old World.  In both of its extant
populations, Nicrophorus americanus is sympatric with N.
marginatus, N. tomentosus, and N. orbicollis, from which it
differs physically in coloration and size.

Nicrophorus americanus was first described by Olivier in 1790
(Entomologie, II, Paris), with the type locality undesignated.
It is the largest species of its genus in North America,
measuring 25-35 mm in length (Peck and Anderson 1985).  The
body of N. americanus is shiny black; the elytra are smooth
and also shiny black, and each elytron has two scalloped
orange-red markings (Figure 1).  The pronotum is flattened at

2

FWS004951



actual
size
25-35 mm

**Figure 1.** American burying beetle
(<u>Nicrophorus</u> <u>americanus</u>).

Illustration by Mark Marcuson.
Used by permission of the University
of Nebraska State Museum.

3

FWS004952

its margins with a raised central portion. The most
diagnostic feature of this beetle is the large orange-red
marking on the raised portion of the pronotum, a feature
shared by no other members of the genus in North America.
N. americanus also has an orange-red frons and a single
orange-red marking below the frons (rectangular in males and
triangular in females). Antennae are large, orange at the
tip, and abruptly clubbed.

N. americanus, along with other Nicrophorus species, often
carry swarms of orange-colored, phoretic mites (Poecilochirus
Vitzhum). Wilson and Knollenberg (1987) report that 14
species of mites from four families disperse phoretically on
Nicrophorus in Michigan. While the significance of the
relationship between mites and carrion beetles is not entirely
clear, it is believed to be mutually beneficial: the beetle
provides the mites mobility and access to food, and the mites
help keep the beetle and carcass clean by consuming microbes
and fly eggs (Wilson 1983, Trumbo 1990).


## HISTORICAL AND PRESENT DISTRIBUTION

Nicrophorus americanus has been recorded historically from at
least 150 counties in 35 states (including the District of
Columbia) in the eastern and central United States (Peck and
Kaulbars 1987, Madge 1958), as well as along the southern
fringes of Ontario, Quebec, and Nova Scotia in Canada (Peck
and Anderson 1985; Appendix 1). Its historical range can thus
roughly be described as most of temperate eastern North
America (Figure 2). The easternmost record is from Nova
Scotia at about 65° west longitude, and the species has been
recorded as far west as North Platte, Nebraska at 101° west
longitude. A single Montana record is also known. The

4

FWS004953



**Figure 2.** Locality records for <u>Nicrophorus</u> <u>americanus</u>. Indicates geographical extent of known historical range. Adapted from Peck and Kaulbars (1987) and Peck and Anderson (1985).

FWS004954

**JA-625**

northernmost record is from the upper peninsula of Michigan at 46° north latitude, with the southern terminus of its range reached at Kingsville, Texas at 27-28° north latitude.

Documentation is not evenly spread across this broad historical range, with many more records occurring in the middle and upper Midwest (including southern Ontario) and in the northeastern United States (from Massachusetts through Virginia) than elsewhere. In general, the historical occurrence of this species is poorly documented from higher elevations of the Appalachian region as well as from the southern Atlantic and Gulf of Mexico coastal plains.

Since 1970, N. americanus has been documented from six states, including the extant population on Block Island in Rhode Island and three extant occurrences in Oklahoma: a population north of Red Oak in Latimer County, a newly discovered population in Cherokee/Muskogee County, and Sequoyah County (1982 and 1991 collection records) (Curtis Creighton, Oklahoma Natural Heritage Inventory, in litt. 1991). More survey effort is needed to determine whether populations persist in the other four states, Kentucky, Arkansas, Missouri, and Nebraska. There is also a single 1972 record from Ontario (Perkins 1983). The extant populations are located on private lands, with the exception of the Cherokee/Muskogee County population, which occurs on a jointly managed state wildlife management area and National Guard installation.

The pattern of the American burying beetle's decline can be inferred from examination of known specimen documentation. East of the Appalachians, extending from New England and the Atlantic seaboard south to northern Florida, the most recent historical collections were in the 1940s. In New England and south through New Jersey, the last mainland specimens were collected in the 1920s (see Table 1). Further, except for the

6

**Table 1.** Specimen documentation (representative records)

| State or Province | Date of last collection |
|---|---|
| **EXTANT** | |
| Rhode Island (Block Island, Washington County) | 1991 |
| Oklahoma (Cherokee, Muskogee, and Latimer Counties) | 1991 |
| Oklahoma (Sequoyah County) | 1991 (one specimen; an earlier specimen was collected in 1982) |
| HISTORICAL RANGE EAST OF APPALACHIANS | |
| Connecticut (Cornwall) | 1920 |
| New York (Somers) | 1923 |
| New York (Long Island) | 1940 |
| North Carolina (Black Mountain) | 1940 |
| Massachusetts (Penikese Island) | 1940 |
| Maryland (Cambridge) | 1947 |
| HISTORICAL RANGE WEST OF APPALACHIANS | |
| Iowa (Appanoose County) | 1932 |
| Kansas (Riley County) | 1940 |
| Minnesota (Houston County) | 1941 |
| South Dakota (Brookings, Haakon, Union Counties) | 1946 |
| Wisconsin (Shawano County) | 1948 |
| Tennessee (Cumberland, Madison Counties) | 1955 |
| Illinois (Johnson County) | 1958 |
| Michigan (Kalamazoo County) | 1961 |
| Indiana (Posey County) | 1965 |
| Ontario (Harrow) | 1972 |
| Kentucky (Trigg County) | 1974 |
| Arkansas (Washington County) | 1974 |
| Missouri | Early 1980s |
| Nebraska (Lincoln County) | 1988 (one specimen) |

7

FWS004956

North Carolina and Maryland collections, all eastern records of N. americanus since 1940 were collected from islands or peninsulas such as Long Island, New York and Martha's Vineyard in Massachusetts; all but one of these populations eventually became extirpated as well.  Such data indicate that in the portion of its range east of the Appalachian Mountains, N. americanus declined generally in a north to south direction and that this decline was well underway -- if not nearly complete -- by 1923.

West of the Appalachians, the decline of N. americanus occurred later.  In the Midwest, the decline appears to have proceeded generally from the geographic center of the range outward, with all collections for the species since 1960 occurring along the northern, south-central, southwestern, and western range peripheries.

In general, the oldest historical records are from the vicinity of major metropolitan areas, while more recent records typically occur at least 100 miles from major urban centers.  Across the entire range, the decline of N. americanus reflects a pattern of increasing localization prior to extirpation (Anderson 1982).


**STATUS OF EXTANT POPULATIONS**


The Block Island population has been censused four times since 1986 by A. Kozol, Boston University, using mark-and- recapture methodology (Gazey and Staley 1986).  The estimates for Block Island (see Table 2) indicate that the population was relatively stable at a level of approximately 500 animals for the period 1986-1990.  However, as pointed out by Kozol (1989 and 1990), the figures should be used only as guides, because burying beetles violate two critical assumptions common to

8

**Table 2.** Population estimates of N. americanus on Block Island (Kozol 1990).

| YEAR | MEAN | LOW* | HIGH* | REMARKS |
|------|------|------|-------|---------|
| 1986 | 391 | 258 | 600 | |
| 1989 | 427 | 265 | 685 | |
| 1990a | 612 | 465 | 772 | All captures, three study areas. |
| 1990b | 472 | 292 | 714 | Main study area only. |

\* 95% confidence limit

virtually all population estimates, i.e., that population size remain constant for the entire sampling period and that all individuals are available for recapture in each sampling interval.

For the period from 1986 to 1990, the mark and recapture population estimate was based on trapping efforts spanning several weeks. In 1991, trapping and blacklighting efforts at the three primary study areas on Block Island occurred within a single week in mid- to late June. The Gazey and Staley estimate for the 1991 capture data yields a mean of 375 adults, with confidence intervals ranging from 316 to 450 (Andrea Kozol, Boston University, in litt. 1991). Future population censusing efforts on Block Island will follow the mark and recapture protocol established in 1991.

In Oklahoma, 65 N. americanus were recorded through live-trapping efforts in the period 1979-1990 (USFWS Biological

9

Opinion, 2/11/91; Ken Frazier, USFWS Tulsa, pers. comm.).
During a 1989 survey (Mehlhop-Cifelli 1990a), a total of 908
pitfall trap nights yielded captures of only four adult N.
americanus, with another two individuals censused at a nearby
blacklighting station.  In 1990, blacklights and baited
pitfall traps were again used, and a total of 17 beetles were
recorded north of Red Oak in Latimer County (Mehlhop-Cifelli
1990b).  In 1991, survey efforts in eastern Oklahoma were
expanded to Cherokee, Muskogee, and Sequoyah Counties.  A
total of 207 N. americanus were recorded in 1991, with the
largest number of captures (195) occurring in a contiguous
area of Cherokee and Muskogee Counties.  Eleven N. americanus
were also recorded in Latimer County, and a single specimen
was recorded at the site of a 1982 collection in Sequoyah
County (Creighton et al. 1991).

A captive population derived from N. americanus collected on
Block Island is currently being maintained in the Biology
Department at Boston University.  This population consists of
50-200 animals, depending on the time of year and need for
release stock.  A second captive group has been recently
established at the Insectarium of the Cincinnati Zoo and
Botanical Garden; these beetles are also derived from Block
Island stock.

In an effort to promote reproduction of N. americanus in
Latimer County, Oklahoma, three male and three female American
burying beetles were collected during August 1990.
Unfortunately, these animals perished without reproducing.
Since the beetle is an annual species (A. Kozol pers. comm.),
they may have simply reached their life expectancy.  Efforts
to establish an Oklahoma laboratory colony continued in 1991.
Three pairs of American burying beetles captured in Latimer
County were taken to the Oklahoma Natural Heritage Inventory,
and two pairs successfully reproduced.

10

FWS004959

In 1990 and 1991, American burying beetles were reintroduced
to a historical locality on Penikese Island in Buzzard's Bay,
Massachusetts.  This new population consists of 100-200
animals.


## LIFE HISTORY/ECOLOGY

In general, field studies and laboratory experiments on the
Block Island population by A. Kozol indicate that the biology
of N. americanus is similar to that of other species in the
genus, aside from the size of carrion selected for
reproductive purposes.

The rangewide activity period for N. americanus is generally
late April through September, although a number of historical
collections were reported between the months of February and
October, with very early or late seasonal observations usually
occurring in the southern parts of the range.  Adults are
fully nocturnal and are usually active only when nighttime
temperatures exceed 15° C (60° F).  When not engaged in
brood-rearing, adults feed on a broad range of available
carrion, and may also capture and consume live insects (Scott
and Traniello 1989).

Most reproductive activity and carcass burial on Block Island
occurs in the months of June and July (Kozol 1990).
Preliminary evidence suggests that N. americanus may breed as
early as late April or as late as mid-August in Oklahoma (C.
Creighton pers. comm.).  Reproduction depends upon the
availability of vertebrate carrion of an appropriate size and
weight -- a discrete, unpredictable, and patchily distributed
resource.  The carrion selected by N. americanus tends to be
larger than that utilized by other burying beetles, with an
optimum weight between 100 and 200 grams.  Field studies have

11

FWS004960

demonstrated that N. americanus can bury and successfully produce a brood with small carcasses (as small as 35 g), but Kozol et al. (1988) demonstrated that there is a significant positive relationship between carcass weight and fecundity (brood weight).

Using keen antennal chemoreceptors, most burying beetles are attracted to carrion at night, generally soon after dark. Upon discovery of a suitable carcass, males may broadcast pheromones to attract potential mates (Eggert and Muller 1989, Bartlett 1987). Males and females compete among themselves and with congeneric competitors until one pair remains on the carcass, with greater size being the prime determinant of success in claiming this resource. These individuals bury the carcass, usually before dawn of the first morning. The carrion may be moved laterally for some distance (up to a meter). Eventually a burial chamber is formed by the movements of the beetles and the carcass is cleaned of feathers or fur and coated with anal and oral secretions, which retard decay and contamination.

Eggs are laid in an escape tunnel adjacent to the carrion and at least one parent, usually the female, remains with the eggs and subsequent larvae until larval development is complete (Wilson and Fudge 1984, Wilson et al. 1984).

Parental care by at least one parent, usually the female, appears to be critical for survival of the young (Wilson and Fudge 1984). Scott and Traniello (1989) suggest that the advantage of male attendance appears to be the added defense of the carcass and brood from congeneric and conspecific intruders, who could kill the existing brood and usurp the carcass for their own reproductive use. Adult Nicrophorus not only guard their offspring, but tend and feed them also (Fetherston et al. 1990). This degree of parental care in a non-social insect is quite rare, and Wilson (1971) states that

12

FWS004961

<u>Nicrophorus</u> have the highest level of sociality attained by the Coleoptera.

Larvae pupate in soil near the brood chamber and emerge (eclose) as adults in about 48-60 days. <u>N</u>. <u>americanus</u> is generally considered to be univoltine (one generation per year), and occasionally individuals succeed in rearing two broods of young in a single summer (Kozol 1990). Preliminary field investigations in Oklahoma, which has a longer and warmer summer than Rhode Island, suggest that teneral adults (i.e., recently molted individuals) may be reproductively active, raising the possibility of two generations per year (C. Creighton <u>in</u> <u>litt</u>. 1991).

Insofar as is known for the Block Island population, the teneral adults, which emerge in July and August, overwinter and do not reproduce until the following summer season. It is presumed that adults of one season die off after reproduction or during the subsequent winter, and it is doubtful that adults remain reproductively viable for more than a single season. During 1990 on Block Island, a total of 241 individuals were captured, but none of the 109 beetles captured and marked during 1989 were observed (Kozol 1990).

Vertebrate carcass weight is probably more critical to successful reproduction than carrion source. In a "choice" study conducted on Block Island in 1986, Kozol <u>et</u> <u>al</u>. (1988) found that birds and mammals were utilized equally and were preferred to other types of carrion items provided. Brood sizes in the laboratory varied between one and 30 teneral adults eclosed, with a significant positive correlation noted between carcass weight and both number of tenerals eclosed and total brood weight (Kozol <u>et</u> <u>al</u>. 1988). Brood sizes in the field varied from three to 31 individuals, and a positive correlation between carrion weight and number of larvae was observed (Kozol 1990).

13

FWS004962

Wilson and Fudge (1984) suggest that smaller <u>Nicrophorus</u>
species have higher reproductive rates than larger species.
On this basis, it is suspected that <u>N</u>. <u>americanus</u> has a lower
reproductive rate than most congeners.


## HABITAT/ECOSYSTEM REQUIREMENTS

Little is known about the habitats associated with most
historical collections of <u>N</u>. <u>americanus</u>.  Until recent
investigations of the conditions at the Block Island and
eastern Oklahoma sites, there was only one published
description of the vegetational characteristics of a <u>N</u>.
<u>americanus</u> capture locality (Walker 1957).  During 1952,
Walker collected nine <u>N</u>. <u>americanus</u> in a forested area
described as "a park-like stand of large deciduous trees with
little shrub layer and a few small trees," which was
associated with the floodplain of Badger Creek, eight miles
southeast of Camden in Benton County, Tennessee.  Dominant
canopy tree species included <u>Quercus</u> <u>falcata,</u> <u>Quercus</u> <u>alba,</u>
<u>Liquidambar</u> <u>styraciflua,</u> <u>Carya</u> <u>ovata,</u> <u>Nyssa</u> <u>sylvatica,</u> and
<u>Liriodendron</u> <u>tulipifera, with hornbeam (Carpinus</u> <u>carolinus)</u>
comprising most of the tree understory; grasses and sedges
were dominant in the sparse ground cover.

Historical records for <u>N</u>. <u>americanus</u> in Nebraska indicate that
the species occurred along water courses where riparian
deciduous forests or scrub forests were the predominant
habitat (Jameson and Ratcliffe 1989).  Peck and Kaulbars
(1987) broadly characterized the distributions for 32 species
of nearctic carrion beetles.  These authors placed <u>N</u>.
<u>americanus</u> in the category "Eastern deciduous forest region".

The Block Island population currently occurs on glacial
moraine deposits vegetated with a post-agricultural maritime

14

scrub plant community. Vegetation includes extensive stands of bayberry (Myrica), shadbush (Amelanchier), goldenrod (Solidago), and numerous exotic plant species. Vegetation structure varies from shrub thickets to large mowed and grazed fields. Block Island was totally deforested by the mid-1700's (Livermore 1877), and only in very recent decades has vigorous woody growth reappeared following the abandonment of grazing and agricultural practices.

The Latimer County, Oklahoma localities are located in the ridge and valley belt of the Ouachita Mountains. The collection localities for the Sequoyah, Cherokee, and Muskogee County records are on the western edge of the Ozark uplift (C. Creighton pers. comm.). Habitat at the Latimer County locality features a mosaic of vegetation types ranging from deciduous and coniferous forests on slopes and ridgetops to deciduous riparian corridors and extensive pasturelands on the valley floor. Mehlhop-Cifelli (1990a) reported that the few specimens encountered in 1989 were in sites described as forest/pasture ecotone and open pasture. Soils in the vicinity of the 1989 captures included Shermore fine sandy loam (present at three capture sites), Neff and Nexor silt loam (one capture site), and Counts-Wing Complex silt loam (one capture site). A clay component was noted at most capture sites (Mehlhop-Cifelli 1990a), and all capture sites have relatively level topography, well-drained soils, and a well-formed detritus layer at the ground surface.

In 1991, the Oklahoma Natural Heritage Inventory concentrated survey efforts in a large, relatively undisturbed area of western Cherokee and eastern Muskogee counties. Three habitat types were sampled, oak-hickory forest (second or third growth), grassland, and bottomland forest. Of the habitats sampled, slightly more N. americanus were captured in the grasslands study area than in the oak-hickory forest, with far fewer captures in the bottomland forest (C. Creighton pers.

15

FWS004964

comm.).  However, these data are preliminary and more information on the habitat preferences of N. americanus in Oklahoma will become available as survey efforts there continue.

Although historical data on exact collection sites and vegetational preferences are imprecise, some generalities can be drawn.  In the northeastern part of the species' range, including New England and the mid-Atlantic states, nearly all N. americanus historical collections were made at a time when much of the virgin forests had been cleared and large areas were actively farmed for pasturage, hay cutting, and row crops.  Most of the available terrestrial habitats thus consisted of open agricultural land (Cronon 1983).  At least two recent historical collection localities (Ontario in 1972 and Maryland in 1947) were also in or near large agricultural areas.

Considering the broad geographic range of N. americanus, it is unlikely that vegetational structures and soil types were historically limiting for this species, at least in a general sense.  Further, the apparent persistence of N. americanus on Block Island suggests broad vegetational (landscape) tolerances, given the history of dramatic alteration of vegetation structure there (Schweitzer and Master 1987).  While it is clear that certain situations and soil types are not suitable for carcass burial (very xeric, saturated, or loose sandy soils, for example), it is suspected that carrion availability in a given area is more important to N. americanus occurrence than the vegetation or soil structure per se.  However, the physical parameters of a habitat undoubtedly influence the potential prey base available for this carrion beetle.  In the same way, these parameters affect the occurrence and density of both vertebrates and invertebrates which compete with N. americanus for limited carrion resources.

16

The vertebrate composition of Block Island is depauperate compared to the mainland faunal assemblage, with a notable lack of scavenging and predatory mammals such as raccoons, opossum, mustelids, and canids. Under such conditions, certain vertebrates which do occur on the island reach population levels higher than those found on the mainland, due to less interspecific competition and predation. Qualitative and quantitative investigations of the size classes of the vertebrate biomass present on Block Island during the summer indicate that at any one time, the number of small (< 100 g) bird and mammal carcasses available is at least two orders of magnitude greater than the number of large (> 100 g) carcasses available. In addition, these investigations suggest that only about six species of the optimum size class (all are birds) are abundant enough and found in the right situations (i.e., terrestrial species) to provide consistent, naturally-occurring carrion for N. americanus reproduction.

The ring-necked pheasant and the American woodcock stand out as two species which reach exceptional abundance on this island compared to the mainland and the rest of the eastern region. Of the two, the ring-necked pheasant is more likely to be a source of carrion for N. americanus due to its abundance (fifth most common landbird on the island), its high reproductive potential, and a nestling mortality rate of about 35% (Allen 1956). The ring-necked pheasant was introduced to Block Island in 1923 (Ferren 1991), at a time when mainland N. americanus populations were nearly gone from the Northeast.

While it is certain that no single vertebrate species has been responsible for providing all the carrion for N. americanus rangewide, it is possible that this species depended historically on abundant aggregations of large (100-200 g) carcasses which, except in the case of artificial situations such as agricultural fertilization using whole fish, would

17

FWS004966

occur near dense, breeding aggregations of optimally-sized
vertebrate species.


## THREATS TO THE SPECIES

There are perhaps fewer than 1,000 individuals in the only
remaining population known east of the Mississippi River, and
the eastern Oklahoma populations are of uncertain size.  The
cause(s) of the species' decline is a complex and difficult
question; however, an understanding of the possible factors
involved in the decline is necessary in order to implement an
effective recovery program, as well as to develop a search
image for additional populations, if any exist.

Several authors have commented on the increasing localization
and decline of N. americanus rangewide (Davis 1980, Anderson
1982, Peck and Anderson 1985), as reflected by a lack of
recent collections of the species.  Wells et al. (1983) stated
that the current status of this species "must represent one of
the most disastrous declines of an insect's range ever to be
recorded."  Although several theories have been advanced to
explain this decline -- including past spraying of
insecticides such as DDT, the presence of a non-native and
species-specific pathogen (USFWS 1989), and the loss of
habitat, i.e., primary forest (Anderson 1982) -- none
adequately explain why N. americanus declined when congeneric
species are still relatively common rangewide.  These theories
are briefly discussed below.

The apparent timing and pattern of decline exhibited by N.
americanus, particularly in the Northeast, suggest that DDT
could not have been responsible for most extirpations, since
populations were largely gone a full 25 years before
organochlorine compounds were broadly applied as pesticides.

FWS004967

In addition, some populations persisted following DDT spraying in Oklahoma, Nebraska, and Missouri, while other unsprayed areas within its historical range no longer support the species. In the Midwest, however, several N. americanus populations disappeared during or right after the general period from 1940 to 1972, when DDT was actively applied as a pesticide.

No evidence of a disease or pathogen capable of decimating N. americanus while leaving other Nicrophorus populations intact has surfaced, despite the fact that the decline of N. americanus has been underway for almost a century. Nonetheless, this possibility cannot be totally discounted at present.

As to direct habitat loss, data show that species in the family Silphidae are generally widely distributed and occur in many habitat types (Peck and Kaulbars 1987). Given the historical distribution of N. americanus across eastern and midwestern North America, this species must certainly exhibit broad habitat tolerances (Schweitzer and Master 1987).

Nonetheless, there is little doubt that habitat loss and alteration affect this species at local or even regional levels, and could account for the extirpation of populations once they become isolated from others. In this regard, a proposed highway, coal mining, and construction of natural gas pipelines may constitute continuing threats to the American burying beetle population in Oklahoma.

Interspecific Nicrophorus competition may also affect populations at the local level. Kozol (1989) demonstrated that N. orbicollis was about eight times more abundant than N. americanus on Block Island, while Walker (1957) collected 19 times more N. orbicollis (175) than N. americanus (nine) in the single trapping array where the latter species was

19

FWS004968

encountered in Tennessee.  These limited data, in conjunction with Latham's anecdotal statement, "N. americanus was always the most common of the genus here (Orient, N.Y.)," suggest that congeneric species with which N. americanus competes for carrion resources (to some extent) may have actually increased (been "released") in areas where N. americanus disappeared.

At this time, the prevailing theory regarding the species' decline involves habitat fragmentation, as described for bird species in Lynch and Whitcomb (1978), Robbins et al. (1989), and Yahner et al. (1989).  Fragmentation of large expanses of natural habitat that historically supported high densities of indigenous species (exacerbated by direct taking, ca. 1900, of birds and other vertebrates) may have been a contributing factor in the decline of N. americanus by changing the species composition and lowering the reproductive success of prey species required for optimum reproduction.  Likewise, by increasing edge habitat there may have been a concomitant increase in the occurrence and density of vertebrate predators and scavengers such as the American crow, raccoon, fox, opossum, and skunk, which compete with N. americanus for available carrion.  In the Midwest, windbreaks, hedgerows, park development, and urban plantings have all provided new "edge" habitat for these scavengers, and even dogs.  All these animals take carrion that may be suitable for N. americanus (Brett Ratcliffe, University of Nebraska State Museum, in litt. 1991).  In this way, fragmented habitats not only support fewer or lower densities of indigenous species that historically may have supported N. americanus populations, but there is a great deal more competition for those limited resources among the "new" predator/scavenger community.

Even for a winged and moderately mobile animal such as the American burying beetle, movement to and from isolated habitat fragments would be reduced.  Loss of genetic variation through drift could leave isolated populations inbred and of low

20

viability and/or fecundity, and thus potentially unable to adapt to further environmental changes (Schonewald-Cox et al. 1983, Templeton et al. 1990).

Agricultural and grazing practices within the range of N. americanus compound the changes in vertebrate species composition and densities caused by habitat fragmentation. Phillips (1936) documented that some species (e.g., deer mouse, Peromyscus maniculatus) responded positively to cattle grazing in Oklahoma and were most abundant in moderately overgrazed pastures, whereas other species (e.g., hispid cotton rat, Sigmodon hispidus) responded negatively to grazing and were most abundant in ungrazed areas. At 15-25 g body weight, deer mice are below optimum size for N. americanus reproduction, while the hispid cotton rat, at 50-150 g, is of optimum size.

Peck and Kaulbars (1987) suggest that the eclectic occurrences of the Silphidae are probably due to carrion being a finite resource widely scattered in space and time. Recent quantification of the vertebrate prey base potentially available to N. americanus on Block Island supports the contention that the primary mechanism for the species' rangewide decline lies in its dependence on carrion of a larger size class relative to that utilized by all other North American Nicrophorus species, and that the optimum-sized carrion resource base has been reduced throughout the species' range over time.

Since the middle of the 19th century, two species of birds in the favored weight range for N. americanus, the passenger pigeon (Ectopistes migratorius) and the greater prairie chicken (Tympanuchus cupido), have been eliminated from the eastern North American fauna. These two bird species were once abundant, with the passenger pigeon estimated at one time to have been the most common bird in the world, numbering

21

FWS004970

billions of individuals.  Further, several other birds in this weight class, particularly certain gallinaceous birds such as the wild turkey (poults), waterfowl, and shorebirds, have severely declined rangewide.  Wild turkeys, for example, occurred throughout the range of the American burying beetle, and until recently, were extirpated from much of their former range.  By contrast, at least in the eastern portions of N. americanus' historical range, no similarly-sized mammals have been documented as declining to the same extent.

It is therefore plausible that the decline of N. americanus can be attributed primarily to habitat loss and fragmentation, which lead to a reduction in optimum reproductive carrion resources.  This loss has probably been exacerbated by changing land use patterns, including more intensive agricultural practices and grazing.  The fecundity and general population levels of large birds, many of which are ground-nesting species, have clearly been affected by habitat loss and fragmentation, and probably also by a vast increase of scavenging and predatory mammals, which not only reduce carrion production via increased egg and young predation but also actively compete for available carrion resources.  The cessation of fertilizing agricultural fields with whole fish (prohibited, for example, by law on Long Island about 1920 according to Robert Latham in litt.), probably resulted in large-scale carrion reductions in areas where this practice was formerly common, particularly along coasts or rivers.  Factors such as pesticide spraying could have contributed to other local extirpations and further isolation of existing populations.

Although much of the evidence suggesting the reduction of carrion resources as a primary mechanism of decline is circumstantial, this scenario fits the temporal and geographical pattern of the disappearance of N. americanus (Figure 3), and is sufficient to explain why americanus

22

FWS004971



Figure 3. Temporal decline of specimen collections

23

FWS004972

declined while congeneric species did not.  It has been shown that, in a fragmented ecosystem, larger species are negatively affected before smaller species, a process which has been well-documented with carrion and dung beetles in South America (Klein 1989).

## CONSERVATION MEASURES

Several significant conservation efforts have been initiated that will add to our understanding of the life history of this species and promote its recovery.  These actions include publicizing the plight of the American burying beetle, soliciting information on all collection records, field and laboratory studies of reproductive ecology and population status, investigation into the factors responsible for the species' decline, establishment of captive breeding populations, surveys of historical collection localities and de novo surveys, and the reintroduction of captive raised beetles to historical habitat.  Major efforts are summarized below.

Surveys and Searches:  Prior to its listing as an endangered species, Perkins (1983) compiled rangewide specimen documentation for N. americanus, based on searches of major entomology collections and extensive correspondence with collectors and museum personnel throughout North America. While this effort was sufficient to determine the species' general historical range, many additional historical specimen records have been discovered since 1983.  This has led to a recent review of all available historical N. americanus documentation to consider additional records not cited by Perkins.  It is likely that searches of insect collections at smaller universities and private collections will yield additional historical documentation for this species.

24

FWS004973

In another pre-listing effort, a Global Status Survey for N. americanus was coordinated by The Nature Conservancy's Eastern Regional Task Force (Schweitzer and Master 1987). Information was solicited from collectors, and additional field sampling was conducted with the goal of confirming current viability of N. americanus at several recent historical collection localities, particularly in Pennsylvania, Arkansas, Missouri, and Tennessee. However, recent historical records from Trigg County, Kentucky (1974) and Harrow, Ontario (1972) were not investigated during this survey, and no known subsequent trapping efforts have been conducted at these two localities. No new populations of N. americanus were found during the surveys, and additional sampling conducted since 1987 has also been negative, with the exception of a single 1988 record of N. americanus from Lincoln County, Nebraska.

To encourage survey efforts that may result in the location of additional extant populations, the species' description, life history information, and survey methods have been provided to biologists in 40 states and three Canadian provinces. Recent survey efforts resulted in the discovery of a significant new population in Cherokee/Muskogee Counties, Oklahoma (Oklahoma Natural Inventory).

Monitoring: During 1986, laboratory and field investigations were initiated by Kozol, Scott, and Traniello (1988) to elucidate various aspects of the natural history of N. americanus that had heretofore received little attention. As one component of this study, the size of the Block Island population was estimated. During 1989 and 1990, Kozol's work on N. americanus continued at this locality, and the population size was again estimated for these years. Kozol's population estimates for the Block Island locality involved laborious mark-and-recapture methodology (effective for intensive short-term studies) that resulted in quantification of the entire population. Efforts to appraise the status and

25

FWS004974

extent of the species in eastern Oklahoma have been ongoing
since 1988 (Mehlhop-Cifelli 1990a, C. Creighton in litt.
1991).

Management:  Management efforts to date have been limited to
simple distribution of carcasses of optimal weight, with adult
pairs of beetles placed directly on carrion and covered with
inverted buckets.  This technique was used effectively by
Kozol on Block Island, but does depend to some extent on the
availability of male and female beetles within the same
general time frame.

Reintroduction:  Given the high potential for the extinction
of this species in the wild, a reintroduction of N. americanus
was conducted on Penikese Island, Massachusetts on July 3-4,
1990.  Penikese Island, part of the Elizabeth Island chain,
was selected for this introduction because N. americanus had
been observed there historically (in 1923 and 1947), and
because the island is small, protected by state ownership, and
lacks predatory mammals.  During 1989 and 1990, extensive
sampling for carrion beetles was conducted on Penikese and
other nearby Elizabeth Islands (by Tom French, Massachusetts
Division of Fisheries and Wildlife, et al.) in order to
ascertain any possible occurrence of N. americanus prior to
reintroduction.  Then, during June of 1990, qualitative and
some quantitative analysis of the vertebrate composition of
the island was conducted.  Following completion of this work
in June 1990, 25 N. americanus pairs were placed on 80-130 g
carrion items and confined under buckets to promote carcass
burial.  An additional nine individuals were released but not
provided with carrion.  The total founding population of N.
americanus on Penikese Island was thus 59 individuals,
provided from the captive population at Boston University
(Block Island stock).  After one night, 15 of 25 carcasses
were completely buried and nine of the remaining 10 carcasses
were partially buried.  A follow-up visit was made to Penikese

26

FWS004975

on July 13, 1990, whereupon 17 of 25 buried carcasses were exhumed to determine viability of larvae and brood size. Of the 17 carcasses examined, 11 contained viable young, although two other broods had recently failed. The first generation founding population from this experimental release is estimated at 209 animals.

Nonlethal pitfall trapping was conducted on Penikese Island in July 1991 to determine whether beetles from the first release had successfully eclosed and over-wintered. The capture of 16 individuals during three nights of trapping effort suggests that several of the progeny from the release survived. Twelve additional pairs and six individuals from the Boston University laboratory colony were released on carrion on the island in July 1991 to supplement the original release. Other actions taken to benefit this new population include pairing wild caught beetles and carrion provision, as well as removing potential congeneric competitors caught during trapping efforts. The Penikese Island population will be intensively monitored to assess the methodology and results of this reintroduction effort.

## RECOVERY STRATEGY

Due to the vulnerable status of $\underline{N}$. americanus in the wild, the overriding priority for recovery is to protect and maintain the known natural populations (Block Island, Rhode Island and the localities in eastern Oklahoma).

A second component of recovery will be the continued maintenance of captive populations for reintroduction of the species to historical habitat. Boston University and the Cincinnati Zoo currently maintain laboratory colonies for research and propagation. The Oklahoma Natural Heritage

27

FWS004976

Inventory, a program of the Oklahoma Biological Survey, is also maintaining a small breeding colony of animals from the Oklahoma population. Collectively, these animals will be the source of future genetic research and reintroduction attempts. It may be advisable to initiate further reintroduction efforts as soon as possible. Potential areas and methods involved in reintroduction will necessarily evolve following the 1991 evaluation of the Penikese Island release, through further analysis of extant and recent historical populations and prey bases, and pending the results of additional sampling rangewide. Translocating wild caught beetles to unoccupied habitats or as a means of bolstering threatened local population is another possible method for re-establishing populations, provided that secure donor populations are used.

Yearly monitoring will be conducted on Block Island to gauge population levels there. Survey efforts in Oklahoma should continue, to determine the geographic extent, habitat preferences and ecological requirements of the populations there. In the long term, management will involve identifying preferred habitat(s) and the carrion-producing vertebrates found there, and managing the habitat(s) for those species.

The most important way to promote recovery of N. americanus may be to conduct surveys for and secure any remnant populations. Although such discoveries would have great significance in and of themselves, locating additional wild populations is also desirable in order to retain genetic diversity of the species, as well as to more effectively compare ecological relationships between a larger sample size of populations. Even if N. americanus is not encountered in additional sampling rangewide, certain intensively sampled areas may serve as potential reintroduction or translocation sites once it is confirmed that the species is not extant and other factors appear favorable.

28

FWS004977

Further investigations into ecological relationships also appear to be warranted. If carrion availability is indeed a limiting factor for N. americanus, then testing of hypotheses regarding a reduction of carrion resources for N. americanus may provide insight into the reasons this species declined, an understanding of which is virtually essential to effectively prioritize sampling, management, and reintroduction efforts for this species.

Finally, although the decline of the prey base for N. americanus is thought to be the most important factor for the decline of the species in the eastern portion of its range, other factors are undoubtedly involved in the species' rangewide decline. Among these are habitat loss through development or intensive agricultural practices, the possibility of a species-specific pathogenic agent, a particular susceptibility to some chemical contamination, impacts due to artificial lights (which are known to attract and disorient many species of nocturnal insects), and other environmental or anthropogenic causes. The degree to which such impacts are investigated will depend on additional input from scientists familiar with these impacts on other species groups.

29

FWS004978

# PART II.  RECOVERY

Recovery is the process by which the decline of a listed species is arrested or reversed, and threats to its survival are neutralized so that its long-term existence in nature can be ensured.  Due to this species' profound decline and uncertainty regarding the reasons for that decline, this plan focuses on recovery actions that will lead to significant improvement in the status of <u>Nicrophorus</u> <u>americanus</u> rather than addressing the issues involved in full recovery.

## RECOVERY OBJECTIVES

The objectives of the recovery program described in this plan are to (1) reduce the immediacy of the threat of extinction to the American burying beetle, and (2) improve its status so that it can be reclassified from endangered to threatened.

Criteria:

1.  The interim objective to reduce the threat of extinction will require the protection and maintenance of the extant population in Rhode Island and the two populations in Oklahoma (Cherokee/Muskogee Counties and Latimer County), and re-establishing (or locating and protecting) at least two additional self-sustaining wild populations of 500[1] or more animals each, one in the eastern and one in the western part of the species' historical range limits.

---

[1] Minimum viable population size:  Franklin (1980), Soule (1980), and Salwasser <u>et</u> <u>al</u>. (1982) proposed the effective population number of 500 breeders as the minimum threshold size for a biological population to maintain long-term adaptability.

31

FWS004979

2.   Reclassification will be considered when:

(a) three populations[2] of N. americanus have been re-
established (or additional populations discovered) within
each of four broad geographical areas of its historical
range:  the Northeast, the Southeast, the Midwest, and
the Great Lake states (see Figure 4),

(b) each population contains a minimum of 500 adults as
estimated by capture rates per trap night and blacklight
effort, and

(c) each population is demonstrably self-sustaining for
at least five consecutive years (or is sustainable with
established long-term management programs).

Ideally, each primary population should contain several
satellite occurrences to which beetles disperse and from which
new habitats are colonized.  However, while this is a
desirable distributional pattern, it is not a required factor
for reclassification.

The estimated time to achieve reclassification is 20 years.

It is not known how much suitable habitat (including soil,
faunal, and floral components) remains within the historical
range of this species.  The area and other factors necessary
for the long-term viability of a Nicrophorus americanus
population are similarly unknown, and the factors contributing
to the decline of this species may still be operative.  For
these reasons, no delisting criteria are proposed at this
time, although delisting remains the ultimate objective of the
recovery program.

---

[2]  Population is defined as interbreeding members of a
species isolated or separated from others.

32

FWS004980



**Figure 4.** The four Geographic Recovery Areas

33

FWS004981

## STEPDOWN RECOVERY OUTLINE

1. PROTECT AND MANAGE EXTANT <u>N. AMERICANUS</u> POPULATIONS

   1.1 Monitor existing wild populations

      1.11 Monitor the Oklahoma population

      1.12 Monitor the Block Island population

   1.2 Protect existing wild populations

      1.21 Review Federal, state, and private activities

      1.22 Determine ownership

      1.23 Explore all measures necessary to provide long-term protection

   1.3 Manage existing wild populations

      1.31 Using information from Task 4, develop management strategies for the Oklahoma population

      1.32 Contingent upon population status, manage the Block Island population

         1.321 Supplement carrion resources
         1.322 Manage vegetation
         1.323 Manage competition for carcasses

2. MAINTAIN CAPTIVE POPULATIONS

   2.1 Maintain existing captive populations for purposes of research and propagation

      2.11 Develop methodologies and determine the genetic diversity within the wild populations

      2.12 Rear beetles for reintroduction purposes

   2.2 Establish additional captive populations

3. CONTINUE PENIKESE ISLAND REINTRODUCTION EFFORT

   3.1 Monitor reintroduced population

   3.2 Release additional captive reared beetles

   3.3 Supplement carrion resources

   3.4 Reduce competition for carcasses

FWS004982

4.    CONDUCT STUDIES

    4.1    Conduct population modeling

    4.2    Investigate ecological relationships at the Oklahoma population

        4.21    Qualify and quantify vertebrate composition

        4.22    Investigate interspecific competition by other _Nicrophorus_ species

        4.23    Investigate historical land use in the Oklahoma localities

        4.24    Evaluate other potential limiting factors

    4.3    Investigate land use/vertebrate composition trends at more recent historical N. _americanus_ localities

5.    CONDUCT SEARCHES FOR ADDITIONAL POPULATIONS

    5.1    Prioritize areas to survey for additional wild N. _americanus_ populations

        5.11    Distribute search pattern and survey protocol information

        5.12    Conduct an assessment of the vertebrate prey base

    5.2    Conduct surveys for additional extant N. _americanus_ populations rangewide

    5.3    Provide protection and management for additional populations

6.    CHARACTERIZE HABITAT AT ALL KNOWN LOCALITIES

7.    CONDUCT ADDITIONAL REINTRODUCTIONS

    7.1    Assess areas and habitats for potential N. _americanus_ reintroduction efforts rangewide

    7.2    Conduct reintroductions

    7.3    Intensively monitor and manage introduced populations

8.    CONTINUE TO CONDUCT RESEARCH INTO THE SPECIES' DECLINE

9.    CONDUCT AN INFORMATION AND EDUCATION PROGRAM

FWS004983

**RECOVERY TASKS**

1.   <u>Protect and manage extant N. americanus populations</u>.

   1.1  <u>Monitor existing wild populations</u>.  Long-range
        monitoring is necessary at the current known extant
        populations, but the goal of such monitoring should
        be to generate an index of population levels rather
        than quantification of the entire population.  To
        the extent practical, a standardized monitoring
        scheme should be developed, covering the season and
        conditions involved, trapping methodology, and
        effort expended.  Data generated from such
        simplified monitoring should be comparable between
        years.  Standardization of monitoring efforts
        between Oklahoma and Block Island is desirable, but
        not as important as the standardization of
        methodology between sampling seasons at any single
        locality.

      1.11 Monitor the Oklahoma population.  The eastern
           Oklahoma population should be monitored
           annually to evaluate population status and
           identify future management efforts.  Monitoring
           and presence/absence surveys have been underway
           since the summer of 1989, and should continue.
           Kozol's survey protocol (Appendix 2) and
           methods developed by the Oklahoma Natural
           Heritage Inventory should be used, with results
           presented as captures of <u>N</u>. <u>americanus</u>/suitable
           trap-night effort.  "Suitable" refers to all
           trapping effort conducted within seasonal and
           weather-related activity periods as defined by
           Kozol's survey protocol (Appendix 2).

FWS004984

1.12 Monitor the Block Island population. As part
of A. Kozol's doctoral research through Boston
University, Block Island N. americanus were
intensively monitored during 1989 and 1990
using mark-and-recapture methodology. Since
this method of monitoring may be impractical
over the long term, future Block Island
monitoring efforts will be geared toward
developing a population index using
standardized trapping methodology. On Block
Island, the peak interval for censusing is mid-
to late June. It is anticipated that
monitoring efforts on Block Island will be a
cooperative effort between The Nature
Conservancy, which manages the primary habitat,
the U.S. Fish and Wildlife Service, and the
Rhode Island Division of Fish and Wildlife.
The Block Island population is thought to be
stable, with intensive management not an
immediate priority but a potential future
necessity.

Block Island monitoring should consist of
standardized (equipment and location) pitfall
arrays in conjunction with blacklighting during
the peak seasonal and weather conditions for N.
americanus activity. Results should consist of
total captures/suitable trap-nights (and/or
captures/hours blacklight). A non-
individualized marking scheme should be devised
to avoid multiple counting of recaptures (e.g.,
all captured individuals marked on pronotum
with blue enamel spot). N. americanus should
be monitored on at least three areas of Block
Island, including the primary areas of
occurrence and one other location where the

37

FWS004985

species is less densely encountered. In this manner, it may be possible to detect declines at the fringes of the population before the core of the Block Island range is affected. Data on congeneric species should also be collected while sampling for N. americanus.

1.2  Protect existing wild populations.

1.21 Review Federal, state, and private activities. There is little foreseeable non-FWS Federal activity that would affect habitat at either the Block Island or Penikese Island locations. However, Federal activities in the vicinity of the Latimer County, Oklahoma population should be closely reviewed vis-a-vis Section 7 of the Endangered Species Act to minimize further loss (or fragmentation) of beetle habitat and to prevent activities that result in the taking of beetles. Federal activity at the Cherokee/Muskogee County population as well as any other newly discovered N. americanus populations should also be carefully reviewed. State and private actions that may adversely affect habitat or result in the taking of beetles should be reviewed to the extent possible under Federal and State law.

1.21 Determine ownership. The ownership of areas occupied by all known populations should be determined in order to evaluate the degree of threat to the population and its habitat, as well as the need for protection measures.

1.23 Explore all measures necessary to provide long-term protection. Identify and implement

38

FWS004986

measures as needed to provide known habitats
with long-term protection.  This may include
voluntary registries, management agreements,
acquisition of development rights, and land or
easement acquisition on a willing seller basis.

1.3  <u>Manage existing wild populations.</u>  Different factors
may be operating to limit the Block Island and
Oklahoma populations.  Based on results of studies
on ecological requirements, limiting factors, and
population status (Tasks 1,4,6, and 8), it may be
necessary to implement one or more of the following
actions:  provide supplemental carrion, reduce
competition, manage to enhance prey populations,
enhance pair formation and reproduction, or
supplement populations with new individuals through
reintroduction/translocation.

Suitable carrion could be supplied to populations at
the peak reproductive season, with cage-like
exclosures over some of the carrion to ensure that
it will not be scavenged by vertebrate predators.
Such a technique has greater application in
locations where a population is thought to be small
and where carrion availability is uncertain.  The
simple distribution of carcasses should not
negatively affect existing populations and may
increase available reproductive opportunities.  In
order to ensure that some reproduction does occur,
adult pairs of beetles could be placed directly on
carrion, then covered with inverted buckets.
Further, if a specific prey base can be identified
at extant <u>N</u>. <u>americanus</u> populations, management
schemes designed to increase this prey base will
have application.

39

FWS004987

1.31 Develop management strategies for the Oklahoma
population.  Management needs of the Latimer
County and the newly discovered Cherokee/
Muskogee County populations should be assessed
as soon as possible.  Information obtained
through Tasks 4, 6, and 8 will indicate
management strategies appropriate to specific
locations.  Management techniques that prove to
be successful in increasing the Cherokee/
Muskogee or Latimer populations could also be
useful when reintroducing N. americanus in
areas where the species has been extirpated.
Preliminary consideration should be given to
the following management techniques:

(a) Carrion resources could be supplemented by
providing optimally sized (100- 200 g)
carcasses.  Whole carrion items (such as pen-
reared chickens or pheasant chicks) would be
distributed near the center of the population
(if ascertainable) and throughout the activity
period of N. americanus, as judged by field
personnel involved with monitoring.

Freshly dead carcasses should be used in order
to reduce initial competition from flies, ants,
and other organisms, and should be placed out
of sight of avian scavengers (e.g., under
vegetation).  Carrion may be stored frozen and
thawed 24 hours prior to use.

(b) In order to reduce competition for carrion,
a percentage of these carcasses could be
protected from mammalian and avian scavenging
with small welded wire exclosures.  The
aperture size of such exclosures should be

40

FWS004988

between 1" x 1" and 2" x 4", which would allow
N. americanus access while eliminating most
vertebrate competition for these carcasses.
Exclosures should be covered to protect
carcasses from aerial scavengers such as crows,
and have a radius exceeding the reach of the
largest predator of the area. A smaller
aperture size may decrease minimum radius
requirements for exclosures.

(c) In order to enhance pair formation and
reproduction among beetles occurring at low
densities, pairs of locally-captured N.
americanus could be placed on carcasses and
placed under inverted buckets until burial is
completed. The inverted buckets (or large
flower pots) should be replaced with a wire
exclosure after burial is completed. This will
provide the beetles and the developing brood
some protection from vertebrate scavengers and
predators.

1.32 Manage the Block Island population, as
appropriate. As indicated previously, the
Block Island population is thought to be
relatively stable at about 500. However,
management may be warranted if a significant
population decline is detected during annual
monitoring efforts.

1.321 Supplement carrion resources. While the
major purpose of this management activity would
be to offset any population decline on the
island, this practice should also involve
determining the species of carrion beetle

41

FWS004989

utilizing the carcasses, and their reproductive success.

1.322  Manage vegetation.  Management efforts could be undertaken to benefit potential prey species such as the ring-necked pheasant (and possibly woodcock).  The primary Block Island habitat is currently mowed annually by the Rhode Island Division of Fish and Wildlife specifically to manage for woodcock and other species of state concern, such as the Regal fritillary butterfly, upland sandpiper, and grasshopper sparrow, which are also located in this area.  Keeping brushy cover minimized and broken up, reducing edge to the extent practical, and renewing the lease for grazing livestock on the property would continue to bemefit pheasant.  Some old fields near and within Rodman's Hollow could also be mowed and opened to transition grassland habitats, which would provide nesting habitat and food for pheasant.  Any vegetation manipulation designed to benefit woodcock or pheasant could be performed within the Rhode Island Division of Fish and Wildlife's W-22-D Project, pending funding availability.

1.323  Manage competition for carcasses. Although this aspect of N. americanus recovery is not currently a high priority on Block Island, any carcasses that are provided should be visually shielded from crows, which learned to associate the presence of carrion with surveyors tape during Kozol's 1990 field work.

42

FWS004990

2.    <u>Maintain captive populations</u>.

    2.1    <u>Maintain existing captive populations for purposes
of research and propagation</u>.    The colonies of <u>N.
americanus</u> at Boston University, the Oklahoma
Biological Survey, and the Insectarium at the
Cincinnati Zoo and Botanical Garden should be
maintained and bred to preserve genetic variability
and reduce the potential that deleterious genes will
be manifested.    The cooperation of the American
Association of Zoological Parks and Aquariums
(AAZPA) should be enlisted to coordinate propagation
efforts.    Captive populations should be periodically
supplemented with larvae culled from wild stock.

        2.11 Develop methodologies and determine genetic
diversity within the wild populations.    It is
unknown how long the Rhode Island and Oklahoma
populations have been isolated from one another
and whether they have diverged genetically.
Genetic analysis of these and any other newly
discovered demes could yield valuable
information on the amount of genetic
variability remaining in the species.    This
information will be used to preserve existing
alleles and conduct controlled breeding
programs.

        2.12 Rear beetles for reintroduction purposes.
Beetles should be reared in order to have
sexually mature adult pairs available at the
optimal season and date for reintroduction
purposes.

    2.2    <u>Establish additional captive populations</u>.    At least
two additional captive populations should be

43

FWS004991

established to reduce the risk that an unforeseeable
event could eliminate a large percentage of all
captive individuals available for reintroduction.
Ideally, additional captive populations should be
initiated with beetles from newly-discovered wild
populations, particularly if such populations occur
at low density levels.  If no new wild populations
are discovered by the autumn of 1992 (given a
reasonable sampling effort), at least two additional
captive populations should be established using
existing Oklahoma and Block Island stock (1+ each).
Founding individuals for new laboratory populations
should be animals taken from the wild, rather than
from the respective captive populations, to maintain
genetic diversity in the total captive population.

3.    Continue Penikese Island reintroduction effort.

A founding population of 89 N. americanus from Boston
University's captive breeding program was introduced to
Penikese during the summer of 1990 and 1991.  Preliminary
results in 1990 indicated that two-thirds of the pairs
successfully reared broods.  Follow-up monitoring in 1991
confirmed that several beetles from the 1990 release
successfully eclosed and overwintered.  In order to
reduce the threat of extinction that currently faces the
species, it is crucial that this reintroduced population
succeed.  It is also important to monitor the progress of
this introduction over several field seasons in order to
ascertain the applicability of reintroduction methods
elsewhere within the historical range.

In order to maximize the chances for this population to
become well established and increase to a self-sustaining
level, one or more of the following subtasks are
appropriate.

44

FWS004992

3.1 <u>Monitor reintroduced population.</u>  Surveys will be
conducted annually to determine the occurrence and
abundance of adult beetles.  Since the island is
relatively small (about 75 acres), effort should be
made to quantify the entire island population.  If
numbers of <u>N</u>. <u>americanus</u> are found, they should be
paired, and released on an appropriate sized
carrion.  Monitoring is essential to provide an
indication of the viability of the population and
pairing and carcass supplementation will promote
reproductive success.  Monitoring will also be used
to assess the effectiveness of the reintroduction
methodology.

3.2 <u>Release additional captive reared beetles.</u>
Additional releases will almost certainly increase
the likelihood of a successful reintroduction, since
<u>N</u>. <u>americanus</u> must compete with a resident, well-
established silphid beetle community.  New release
animals will be paired and placed on carrion
suitable for burial and reproduction.

3.3 <u>Supplement carrion resources.</u>  Carrion could be
broadcast on the island, and the number, species of
carrion beetle, and success of the reproductive
effort could be determined.  This would promote
reproduction of those <u>N</u>. <u>americanus</u> not encountered
during census efforts.  In addition, the adequacy of
the vertebrate prey base on Penikese Island to
support a population of <u>N</u>. <u>americanus</u> over the long
term should be evaluated.  This will provide
insights into the need for continued carrion
supplementation.

3.4 <u>Reduce competition for carcasses.</u>  Reduce
interspecific competition by removing all <u>N</u>.

45

FWS004993

orbicollis encountered in pitfall trapping efforts.
N. orbicollis is very abundant on Penikese and
removal of individuals caught during censusing for
N. americanus may be beneficial to N. americanus by
improving its chances for access and utilization of
carrion.

All or most of these activities should be carried out
annually for a period of at least three years to provide
the population with an optimal chance of becoming well
established.  Subsequently, one or more of the management
actions can be withdrawn and the effect on the population
monitored during annual censusing.

4.    Conduct studies.

4.1    Conduct population modeling.  Using data generated
       by Kozol at Boston University and on Block Island,
       and by Creighton in Oklahoma, it may be possible to
       model a N. americanus population and its theoretical
       response to varying amounts of certain size-classes
       of available carrion.  A model of this nature would
       be valuable in providing a clearer picture of the
       species' decline, and nearly essential for
       generating future management schemes for this
       species.  Block Island may be the most likely
       population for this effort, since the N. americanus
       population is still relatively stable and has been
       well-quantified.  Also, there is a fair
       understanding of the vertebrate prey base available
       on the island.  Modeling could provide insights to
       questions such as how much reproduction and
       recruitment must occur for population stability.

4.2    Investigate ecological relationships at the Oklahoma
       population.  The likelihood that the decline of N.

46

FWS004994

<u>americanus</u> is related to a reduction in carrion
resources during the last 100+ years should be
substantiated insofar as possible.  The vertebrate
composition of Block Island is in the process of
being quantified, and suggests that an abundant
nesting population of ring-necked pheasant is the
likely source for most of the optimum carrion
available to <u>N</u>. <u>americanus</u> there.

In order to investigate the relationship between <u>N</u>.
<u>americanus</u> and vertebrate prey bases elsewhere, it
will be necessary to qualify and quantify the
vertebrate prey base of the Oklahoma localities.
This process will become more revealing if
additional extant populations can be discovered.

4.21 Qualify and quantify vertebrate composition.
     The species composition and relative densities
     of potential prey should be evaluated for the
     extant populations.  Data from these surveys
     should be analyzed according to abundances by
     weight class, and compared to Block Island
     data.

4.22 Investigate interspecific competition by other
     <u>Nicrophorus</u> species.  While monitoring for <u>N</u>.
     <u>americanus</u> at the Oklahoma localities and Block
     Island, data on congeneric species should also
     be obtained.  Data on other <u>Nicrophorus</u> species
     in Oklahoma and on Block Island, as well as in
     areas where <u>N</u>. <u>americanus</u> is no longer extant,
     may be useful in assessing interspecific
     competition, as well as the overall suitability
     of <u>N</u>. <u>americanus</u> habitat.  Trend analysis of
     congeneric species may therefore be a useful
     addendum to <u>N</u>. <u>americanus</u> monitoring in an

47

FWS004995

attempt to understand the dynamics of carrion beetle populations.

4.23 Investigate historical land use in the Oklahoma localities. Assimilate any available data regarding trends of "large" vertebrate species. If optimum carrion availability is currently limiting the small Oklahoma population, there may be data demonstrating an historical decline of optimally-sized vertebrate species in this area. Such data would be much more likely to exist for bird populations than other vertebrate groups, and may be found in Christmas Bird Count data (for non-migratory species), Breeding Bird Survey (BBS) route data, or in state game agencies which may be monitoring gallinaceous species, waterfowl, and woodcock.

A more detailed study of the land use trends in eastern Oklahoma is desirable, and should include any historical evidence of "artificial" carrion supplementation (such as rodent control), which may have affected N. americanus populations there.

4.24 Evaluate other potential limiting factors. Any other potential limiting factors identified through ongoing studies should be evaluated in terms of their importance to the recovery effort.

4.3 Investigate land use/vertebrate composition trends at more recent historical N. americanus localities. Not only are recent historical collection localities such as Lincoln County, Nebraska (1988); Harrow,

48

FWS004996

Ontario (1972); Trigg County, Kentucky (1974); and
Cambridge, Maryland (1947) priorities for future
searching (see 5.1 below), but trend analysis of
vertebrate populations and historical land use may
be revealing in determining the causes for N.
americanus decline in these areas.  Vertebrate
sampling data, particularly for upland gamebirds,
may exist for areas where N. americanus occurred
historically, and examination of such data may
reveal declines in certain potential prey base
species at these locations.  Mammal populations are
not easily quantified without protracted sampling,
but mammal faunas should be at least qualified in
these areas.

5.    Conduct searches for additional populations.
      Based on certain ecological and habitat parameters
      observed on Block Island, augmented with similar
      information from Oklahoma and recent historical sites, a
      search pattern may emerge that will assist in the
      identification of general geographical areas that should
      be surveyed.  Specific search areas will necessarily have
      to be determined by personnel more familiar with local
      habitats and faunal compositions.  When de novo searching
      is conducted, it should be done intensively due to the
      difficulty (as documented in Oklahoma) of detecting this
      species where populations may occur in low densities.
      Large areas under Federal, state, or private conservation
      agency management should receive priority, because these
      areas offer the most favorable chance for protecting
      remnant populations.

      5.1   Prioritize areas to survey for additional wild N.
            americanus populations.  Based on ecological and
            habitat relationships observed for N. americanus on
            Block Island, and pending further comparison with

49

FWS004997

Oklahoma information, general geographical areas will be prioritized for <u>N</u>. <u>americanus</u> sampling during the field seasons of 1992 and 1993. Initially, this search pattern will focus on large areas of oak-hickory forest, pseudo-prairie, or light agricultural grasslands, where terrestrial bird or small mammal populations are high and/or mammalian competition for carrion is absent or reduced (as on certain islands).

5.11 Distribute search pattern and survey protocol information to all pertinent states and Canadian provinces.

5.12 Conduct preliminary bird and mammal sampling to quantify vertebrate biomass ratios in potential search areas. Sampling of avian nesting populations can be accomplished using methodology similar or identical to the U.S. Fish and Wildlife Service's BBS routes. Bird and mammal sampling data should be reviewed to detect abundance of species in certain body weight categories. Even if <u>N</u>. <u>americanus</u> is not subsequently found in these areas, sampling data may be useful in assessing the current suitability of habitat for potential reintroductions, and may suggest management strategies to maintain future reintroduced populations.

5.2 <u>Conduct surveys for additional extant N. americanus populations rangewide.</u> Locating additional wild populations of <u>N</u>. <u>americanus</u> would facilitate recovery efforts for this species, would provide additional genetic diversity for captive populations, and would allow better analysis of

50

FWS004998

ecological relationships between N. americanus and its habitat and vertebrate prey bases. It is recommended that surveying for N. americanus in priority areas be intensive, since survey efforts in Latimer County suggest that the species is difficult to detect where it occurs at low densities. One thousand suitable trap nights per field season (e.g., 50 traps set for 20 nights) should be the goal of this inventory in relatively large areas, supplemented by blacklighting where practical. For smaller areas (like islands), less trapping should be sufficient to locate the species if it occurs.

An adequate trapping effort is also essential to determine whether or not the species is present prior to reintroduction efforts.

5.3  <u>Provide protection and management for additional populations.</u>

6.  <u>Characterize habitat at any localities where N. americanus is found to be extant.</u>
The habitat and vertebrate composition of the N. americanus population on Block Island has been investigated to the extent currently practical. Studies have been initiated to determine the habitat preferences of N. americanus at extant localities in Oklahoma. These efforts are focused on the occurrence of N. americanus in three habitat types: oak-hickory forest, grasslands, and bottomland forest. These ongoing studies should continue and should endeavor to identify the most significant biotic and abiotic factors present.

51

FWS004999

7.    <u>Conduct additional reintroductions.</u>

    7.1    <u>Assess areas and habitats for potential N.
americanus reintroduction efforts rangewide.</u>   The
assessment of areas for potential reintroduction
efforts will involve several components, including
sampling to determine the vertebrate species
present, and a survey of the carrion beetle
community to ascertain the presence or absence of <u>N.
americanus.</u>   Other factors to consider will include
area size, ownership and protection, and the
potential for habitat management, including
augmentation of the carrion resources present.   All
reintroductions should carefully consider the
genetics of source and recipient populations, and
should occur within the general historical range of
the species.

    7.2    <u>Conduct reintroductions.</u>   Conduct reintroductions of
<u>N. americanus</u> in suitable areas within each of four
selected geographical recovery areas:   the
northeastern states, the southeastern states, the
Midwest, and the Great Lakes states.

    7.3    <u>Intensively monitor and manage introduced
populations until such time as it can be
demonstrated that they are self-sustaining.</u>   Long-
term self-sustainment of all wild <u>N. americanus</u>
populations will ultimately depend on managing and
sustaining vertebrate populations (and thus carrion
availability) in a given area.   Once a <u>N. americanus</u>
population is relatively stable, monitoring at a
less intensive level will remain necessary, with a
population index generated yearly as per Block
Island.

FWS005000

8.  **Continue to conduct research into the species' decline.**
    Conduct research to ascertain other potential mechanisms
    of decline in N. americanus populations.  Although
    carrion reduction is currently thought to be an important
    cause in the decline of N. americanus, several other
    factors may have contributed to this process.  A partial
    list of these includes habitat fragmentation and
    population isolation, impacts from blacklights or mercury
    vapor street lights, a particular susceptibility to
    chemical contamination via pesticides or rodenticides,
    and susceptibility to an as yet unidentified pathogen,
    toxin, or environmental factor.  All such theories and
    any others that may arise should be investigated until
    they can be demonstrated as being unimportant in the
    decline (and recovery) of N. americanus.

9.  **Conduct an information and education program.**
    News releases, media articles, brochures, slide and film
    presentations, and displays should be used to inform and
    educate agency personnel, landowners, and the general
    public about the American burying beetle.  These efforts
    should address the value of preserving biological
    diversity and will result in a more informed and
    supportive public.  The publication of articles and
    notices in scientific journals would also increase
    awareness of this endangered species within the academic
    community.

53

**JA-672**

FWS005001

## LITERATURE CITED

Allen, D.L. 1956. Pheasants in North America. Stackpole Company, Harrisburg, PA, and the Wildlife Management Institute. Washington, D.C. 217 pp.

Anderson, R.S. 1982. On the decreasing abundance of *Nicrophorus americanus* Olivier (Coleoptera: Silphidae) in eastern North America. The Coleopterists Bulletin 36(2): 362-365.

Bartlett, J. 1987. Evidence for a sex attractant in burying beetles. Ecological Entomology 12: 471-472.

Clark, B.K., D.W. Kaufman, E.J. Finck, and G.A. Kaufman. 1989. Small mammals in tall-grass prairie: patterns associated with grazing and burning. Prairie Naturalist 21(4):177-184.

Creighton, J.C., C.C. Vaughn, R. Rudman, and B.R. Chapman. 1991. Habitat use and genetic characterization and variability in the American burying beetle, *Nicrophorus americanus,* in Oklahoma. Unpublished report prepared for Oklahoma Department of Wildlife Conservation. Oklahoma, OK. 7 pp.

Cronon, W. 1983. Changes in the Land. Indians, Colonists and Ecology of New England. McGraw-Hill Ryerson Ltd., Toronto. 241 pp.

Davis, L., Jr. 1980. Notes on beetle distributions, with a discussion of *Nicrophorus americanus* Olivier and its abundance in collections. The Coleopterists Bulletin 34(2): 245-251.

Eggert, A.K. and J.K. Miller. 1989. Pheromone-mediated attraction in burying beetles. Ecological Entomology 14:235-237.

Evans, H.E. 1984. Insect Biology. Addison-Wesley Publishing Company, Reading, MA. 436 pp.

Ferren, R.L. 1991. The Birds of Rhode Island. Unpublished manuscript.

Fetherston, I.A., M.P. Scott, and J.F.A. Traniello. 1990. Parental care in burying beetles: the organization of male and female brood-care behavior. Ethology 85: 177-190.

FWS005002

Franklin, I.F. 1980. Evolutionary change in small populations. pp. 135-149 in M.E. Soule and A. Wilcox, eds. Conservation biology: an evolutionary-ecological perspective. Sinauer Associates, Sunderland, MA.

Gazey, W.J. and M.J. Staley. 1986. Population estimation from mark-recapture experiments using a sequential Bayes algorithm. Ecology 67:941-951.

Jameson, M.L. and B.C. Ratcliffe. 1989. A survey to determine the abundance of the endangered American burying beetle (Nicrophorus americanus) in Nebraska. Unpublished report prepared for the U.S. Fish and Wildlife Service. 15 pp.

Klein, B.C. 1989. Effects of forest fragmentation on dung and carrion beetle communities in Central Amazonia. Ecology 70(6): 1715-1725.

Kozol, A.J., M.P. Scott, and J.F.A. Traniello. 1988. The American burying beetle, Nicrophorus americanus: studies on the natural history of a declining species. Psyche. 95:167-176.

Kozol, A.J. 1989. Studies on the American burying beetle, Nicrophorus americanus, on Block Island. Department of Biology, Boston University. Unpublished report prepared for The Nature Conservancy. 10 pp.

Kozol, A.J. 1990 update. Nicrophorus americanus 1989 laboratory population at Boston University. Unpublished report prepared for the U.S. Fish and Wildlife Service. 14 pp.

Kozol, A.J. 1990. The natural history and reproductive strategies of the American burying beetle, Nicrophorus americanus. Report prepared for the U.S. Fish and Wildlife Service. 15 pp.

Kozol, A.J. 1991. Annual monitoring of the American burying beetle on Block Island. Unpublished report to The Nature Conservancy. 15 pp.

Livermore, S.T. 1877. History of Block Island. Reprinted 1961 by The Murray Printing Company, Forge Village, MA.

Lynch, J.F. and R.F. Whitcomb. 1978. Effects of the insularization of the eastern deciduous forest on avifaunal diversity and turnover. pp. 461-89 in A. Marmelstein, ed. Classification, inventory and evaluation of fish and wildlife habitat. U.S. Fish and Wildlife Service Publication OBS-78176.

FWS005003

Madge, R.B.   1958.   A taxonomic study of the genus <u>Nicrophorus</u> in America North of Mexico.   Masters Thesis, University of Illinois, Urbana, IL.   66 pp.

Mehlhop-Cifelli, P.   1990a.   Status of <u>Nicrophorus</u> <u>americanus</u>, American burying beetle, in the vicinity of a known site of occurrence in Oklahoma.   Unpublished report to the U.S.Fish and Wildlife Service.   Tulsa, OK.   30 pp.

Mehlhop-Cifelli, P.   1990b.   Unpublished report to the U.S.Fish and Wildlife Service for endangered species permit PRT-676811.   3 pp.

Milne, L.J. and M.J. Milne.   1976.   The social behavior of burying beetles.   Scientific American 235: 84-90.

Peck, S.B. and M.M. Kaulbars.   1987.   A synopsis of the distribution and bionomics of the carrion beetles (Coleoptera: Silphidae) of the conterminous United States.   Proceedings of the Entomological Society of Ontario, 118: 47-81.

Peck, S.B. and R.S. Anderson.   1985.   Taxonomy, phylogeny and biogeography of the carrion beetles of Latin America (Coleoptera: Silphidae).   Quaest. Entomol. 21: 247-317.

Perkins, P.D.   1983.   North American insect status review.   Contract 14-16-009-79-052, final report to U.S. Department of Interior, Office of Endangered Species.   354 pp.

Phillips, P.   1936.   The distribution of rodents in overgrazed and normal grasslands in Oklahoma.   Ecology 17: 673-679.

Robbins, C.S., D.K. Dawson, and B.A. Dowell.   1989.   Habitat area requirements of breeding forest birds of the Middle Atlantic States.   Wildlife Monograph 103: 1-34.

Salwasser, H., R.S. Holthausen, and B.G. Marcot.   1982.   Viable population policy in the National Forests:   of laws and regulations.   pp. 41-48 <u>in</u> B. Wilcox, P. Brussard, B. Marcot, eds.   The Management of viable populations:   theory, application and case studies.   Department of Biological Sciences, Stanford University.   188 pp.

Schonewald-Cox, C.M., S.M. Chambers, B. MacBryde, and W.L. Thomas, eds.   1983.   Genetics and conservation:   a reference for managing wild animal and plant populations.   Benjamin/Cumming, Menlo Park, CA.   722 pp.

FWS005004

Schweitzer, D.F. and L.L. Master. 1987. <u>Nicrophorus americanus</u>: results of a global status survey. The Nature Conservancy, Eastern Heritage Task Force, 294 Washington Street, Boston, MA. 13 pp.

Scott, M.P. and J.F.A. Traniello. 1989. Guardians of the Underworld. Natural History 6: 32-36.

Shelford, V.E. 1974. The Ecology of North America. University of Illinois Press.

Soulé, M. 1980. Thresholds for survival: maintaining fitness and evolutionary potential. pp. 151-169 <u>in</u> M.E. Soulé and B.A. Wilcox, eds. Conservation biology: an evolutionary-ecological perspective. Sinauer Associates, Sunderland, MA.

Templeton, A.R., K. Shaw, E. Routman, and S. Davis. 1990. The genetic consequences of habitat fragmentation. Annals of the Missouri Botanical Garden, 77: 13-27.

Trumbo, S.T. 1990. Reproductive success, phenology, and biogeography of burying beetles (Silphidae, <u>Nicrophorus</u>). American Midland Naturalist 124: 1-11.

Walker, T.J. 1957. Ecological studies of the arthropods associated with certain decaying materials in four habitats. Ecology 38: 262-276.

Wells, S.M., R.M. Pyle, and N.M. Collins. 1983. The IUCN Invertebrate Red Data Book. IUCN, Gland, Switzerland. 650 pp.

Wilson, D.S. 1983. The effect of population structure on the evolution of mutualism: a field test involving burying beetles and their phoretic mites. American Naturalist 121: 851-870.

Wilson, D.S. and J. Fudge. 1984. Burying beetles: intraspecific interactions and reproductive success in the field. Ecol. Entomol. 9: 195-203.

Wilson, D.S. and W.G. Knollenberg. 1987. Adaptive indirect effects: the fitness of burying beetles with and without their phoretic mites. Evolutionary Ecology 1: 139-159.

Wilson, D.S., W.G. Knollenberg, and J. Fudge. 1984. Species packing and temperature dependent competition among burying beetles (Silphidae, <u>Nicrophorus</u>). Ecol. Entomol. 9: 205-216.

Wilson, E.O. 1971. The Insect Societies. Belknap Press of Harvard University Press, Cambridge, MA. 548 pp.

FWS005005

Yahner, R.H., T.E. Morrell, and J.S. Rachel. 1989. Effects of edge contrast on depredation of artificial avian nests. Journal of Wildlife Management 53: 1135-1138.

**JA-677**

FWS005006

# PART III.   IMPLEMENTATION

The following Implementation Schedule outlines actions and estimated costs for the recovery program.  It is a guide for meeting the objectives discussed in Part II of this plan. This schedule indicates task priorities, task numbers, task descriptions, duration of tasks, the responsible agencies, and lastly, estimated costs.  The tasks, when accomplished, should bring about the stabilization and partial recovery of the American burying beetle and protect its habitat.  It should be noted that the estimated monetary needs for all parties involved in recovery are identified and, therefore, Part III reflects the total estimated funding requirements for the recovery of this species.

## Key to Implementation Schedule (column 1)

### Task Priority

**Priority 1** - An action that must be taken to prevent extinction or to prevent the species from declining irreversibly in the foreseeable future.

**Priority 2** - An action that must be taken to prevent a significant decline in species population/habitat quality, or some other significant negative impact short of extinction.

**Priority 3** - All other actions necessary to meet the recovery objectives.

## Key to Agency Roles (column 5)

| | | |
|---|---|---|
| AAZPA | - | American Association of Zoological Parks and Aquariums (ITAG) |
| ASRI | - | Audubon Society of Rhode Island |
| BIC | - | Block Island Conservancy |
| BU | - | Boston University |
| CZBG | - | Cincinnati Zoo and Botanical Garden |
| FWE | - | Division of Fish and Wildlife Enhancement within the U.S. Fish and Wildlife Service |

61

```
MADFW  -  Massachusetts Division of Fish and Wildlife
OFA    -  Other Federal land managing agencies such as
          the U.S. Forest, National Park Service, Bureau
          of Reclamation, Tennessee Valley Authority,
          Department of Defense (including Corps of
          Engineers, Army, Air Force and Marine Corps),
          Public Utilities Commission, Rural
          Electrification Administration, Federal Highway
          Administration, and Bureau of Indian Affairs
OKDWC  -  Oklahoma Department of Wildlife Conservation
OKNG   -  Oklahoma National Guard, Camp Gruber
OKNHI  -  Oklahoma Natural Heritage Inventory
OKU    -  Oklahoma University
Realty -  Realty Office within U.S. Fish & Wildlife
          Service
RIDFW  -  Rhode Island Division of Fish and Wildlife
TNC    -  The Nature Conservancy
SHP    -  State Heritage Programs
SNGP   -  State Nongame and Endangered Species Programs
UNSM   -  University of Nebraska State Museum
```

62

FWS005008

## IMPLEMENTATION SCHEDULE
### American Burying Beetle

September 1991

| Priority | Task Description | Task Number | Duration | Responsible Agency | | Cost Estimates ($000) | | | Comments |
|---|---|---|---|---|---|---|---|---|---|
| | | | | USFWS | Other | FY1 | FY2 | FY3 | |
| 1 | Monitor existing wild populations. | 1.1, 1.3 | Annually | | | | | | Since *Nicrophorus* is an annual species, annual monitoring is needed to determine status. |
| | Oklahoma | 1.11, 1.31 | | R2 FWE | OKDWC OKNHI | 10.0 | 10.0 | 10.0 | |
| | Rhode Island | 1.12, 1.32 | | R5 FWE | TNC RIDFW ASRI | 2.0 | 2.0 | 2.0 | |
| 1 | Maintain existing captive populations. | 2.1, 2.12 | 10-15 years | R2 FWE R3 FWE R5 FWE | OKNHI CZGB BU | 1.5 | 1.5 | 1.5 | Captive populations are maintained for research and propagation. |
| 1 | Continue Penikese Island reintroduction effort. | 3. | 5+ years | R5 FWE | MADFW BU | 1.5 .5 | 1.5 .5 | 1.5 .5 | 3 years for population to become established, then gradual reduction of management intervention. |
| 1 | Prioritize areas and conduct surveys for additional populations. | 5. | 3-5 years | R2 FWE R3 FWE R4 FWE R5 FWE R6 FWE | OFA SHP SNGP (all regions) UNSM | 10.0 10.0 10.0 10.0 10.0 | 10.0 10.0 10.0 10.0 10.0 | 10.0 10.0 10.0 10.0 10.0 | Additional populations should be identified in order to ensure their protection. |
| 1 | Conduct additional reintroductions and manage new populations. | 7. | 5 years | R2 FWE R3 FWE R4 FWE R5 FWE R6 FWE | SHP SNGP (all regions) | 10.0 10.0 | 10.0 10.0 10.0 10.0 | 10.0 10.0 10.0 10.0 10.0 | Actions will not be required in every region each year. R3 reintroductions will most likely be initiated after FY3. |

FWS005009

American Burying Beetle Implementation Schedule (continued),  September 1991

| Priority | Task Description | Task Number | Duration | Responsible Agency USFWS | Responsible Agency Other | Cost Estimates ($000) FY1 | Cost Estimates ($000) FY2 | Cost Estimates ($000) FY3 | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 2 | Characterize habitat at all known localities. | 6. | 2 years | R2 FWE R3 FWE R4 FWE R5 FWE R6 FWE | SHP SNGP (all regions) | | 5.0 5.0 5.0 5.0 5.0 | 5.0 5.0 5.0 5.0 5.0 | Funding in Regions 3, 4, and 6 contingent upon the discovery of additional populations. |
| 3 | Establish additional captive populations. | 2.2 | R2 FWE | AAZPA | 2.5 | 2.5 | 2.5 | | |
| 3 | Conduct population modeling. | 4.1 | 1 year | R5 FWE | | 1.0 | | | |
| 3 | Investigate land use and ecology of recent collection localities. | 4.3 | 2 years | R2 FWE R3 FWE R4 FWE R5 FWE R6 FWE | SHP SNGP (all regions) | 5.0 5.0 5.0 5.0 5.0 | 5.0 5.0 5.0 5.0 5.0 | | |
| 3 | Continue to conduct research into the species' decline. | 8. | 3 years | R2 FWE R5 FWE | | | 5.0 2.5 | 5.0 2.5 | These costs will continue into FY4. |
| 3 | Conduct information and education programs. | 9. | Ongoing | R2 FWE R3 FWE 54 FWE R5 FWE R6 FWE | SHP SNGP (all regions) | 1.5 1.5 1.5 1.5 1.5 | 1.5 1.5 1.5 1.5 1.5 | 1.5 1.5 1.5 1.5 1.5 | |

FWS005010

American Burying Beetle Implementation Schedule (continued),  September 1991

| Priority | Task Description | Task Number | Duration | Responsible Agency | | Cost Estimates ($000) | | | Comments |
|---|---|---|---|---|---|---|---|---|---|
| | | | | USFWS | Other | FY1 | FY2 | FY3 | |
| 2 | Review Federal activities.<br><br>Oklahoma<br>Rhode Island<br>Other | 1.21 | Ongoing | R2 FWE<br>R5 FWE<br>R3,R4,R6 FWE | OFA | 5.0<br>.5<br>3.0 | 5.0<br>.5<br>3.0 | 5.0<br>.5<br>3.0 | Surveys will be required in localities with recent historical collections. |
| 2 | Determine ownership and protect existing habitat.<br><br>Rhode Island<br><br>Oklahoma | 1.22, 1.23 | 3 years | R5 FWE/ Realty<br>R2 FWE/ Realty | TNC/BIC<br><br>OKNG OKDWC | 2.5<br><br>5.0 | 5.0<br><br>10.0 | 5.0<br><br>15.0 | Does not include land costs.<br><br>Does not include land costs. |
| 2 | Manage existing populations.<br><br>Develop management strategies for the Oklahoma population.<br><br>Manage the Rhode Island population, as appropriate. | 1.3<br><br>1.31<br><br><br>1.31 | Annually | R2 FWE<br><br><br>R5 FWE | OKDWC OKNHI<br><br><br>TNC ASRI RIDFW | 5.0<br><br><br>1.0 | 5.0<br><br><br>1.0 | 5.0<br><br><br>1.0 | Management needs still to be determined, particularly in Oklahoma.  Costs uncertain. |
| 2 | Determine genetic diversity within and between wild populations. | 2.11 | 1 year | R5 FWE R2 FWE | BU OKU | 2.5 | | | $10,000 was spent in FY91. |
| 2 | Investigate ecological relationships at the Oklahoma population. | 4.2 | 3 years | R2 FWE | OKDWC OKNHI | 5.0 | 5.0 | 5.0 | |

FWS005011

**APPENDIX 1.**  COLLECTION LOCALITIES AND LAST DATE OF OCCURRENCE

The following list indicates all known United States counties and
Canadian provinces of distribution, based on specimen collections with
most recent date of occurrence.

| State | County | Last Known Occurrence | State | County | Last Known Occurrence |
|-------|--------|-----------------------|-------|--------|-----------------------|
| AL | Mobile | ? | IN | Elkhart | 1917 |
|    |        |   |    | Knox | ? |
| AR | Benton | 1956 |    | Lake | 1896 |
|    | Cleburne | 1969 |    | Monroe | 1906 |
|    | Hempstead | 1875 |    | Porter | 1934 |
|    | Washington | 1973 |    | Posey | 1965 |
|    |        |   |    | Starke | 1913 |
| CT | Hartford | 1875 |    | Vanderburgh | 1927 |
|    | Litchfield | 1920 |    |        |   |
|    |        |   | IA | Appanoose | 1932 |
| DE | New Castle | 1897 |    | Dickenson | 1916 |
|    |        |   |    | Fayette | 1929 |
| FL | Marion | ? |    | Franklin | ? |
|    |        |   |    | Johnson | 1909 |
| GA | Charlton? | 1912 |    | Linn | 1906 |
|    | Fulton | 1940 |    | Story | ? |
|    | Haralson | 1908 |    | Winneshiek | 1921 |
|    |        |   |    | Woodbury | ? |
| IL | Calhoun | 1944 |    |        |   |
|    | Champaign | 1955 | KS | Doniphan | 1922 |
|    | Cook | 1913 |    | Douglas | 1927 |
|    | Greene | 1902 |    | Montgomery | 1926 |
|    | Johnson | 1958 |    | Osage | ? |
|    | Kane | 1909 |    | Pottawatomie | 1922 |
|    | Lake | 1930 |    | Riley | 1940 |
|    | Marshall | 1939 |    | Saline | ? |
|    | McHenry | 1907 |    | Shawnee | 1923 |
|    | McLean | 1895 |    |        |   |
|    | Ogle | ? | KY | Henderson | 1921 |
|    | Peoria | 1941 |    | Trigg | 1974 |
|    | Putnam | 1932 |    |        |   |
|    | Stark | ? | LA | Plaquemines | 1928 |
|    | St. Clair | ? |    |        |   |
|    | Tazewell | 1883 | ME | Oxford | ? |
|    | Union | 1907 |    | Penobscot | ? |
|    | Winnebago | 1934 |    |        |   |
|    |        |   |    | Dorchester | 1947 |

FWS005012

| State | County | Last Known Occurrence | State | County | Last Known Occurrence |
|-------|--------|-----------------------|-------|--------|-----------------------|
| MA | Berkshire | 1890 | MT | Phillips (or Valley) | 1913 |
|    | Bristol | 1905 |    |    |    |
|    | Dukes | 1940 |    |    |    |
|    | Essex | 1907 | NE | Antelope | ? |
|    | Hampden | 1899 |    | Custer | 1970 |
|    | Hampshire | 1901 |    | Lancaster | 1921 |
|    | Middlesex | 1910 |    | Lincoln | 1988 |
|    | Nantucket | 1898 |    | Thomas | 1969 |
|    | Norfolk | 1891 |    |    |    |
|    | Suffolk | 1906 | NH | Coos | 1898 |
|    |    |    |    | Merrimack? | 1897 |
| MI | Alger | 1918 |    | Rockingham | 1902 |
|    | Barry | 1933 |    | Strafford | ? |
|    | Bay | 1945 |    |    |    |
|    | Berrien | 1930 | NJ | Camden | 1910 |
|    | Huron | 1908 |    | Essex | ? |
|    | Ingham | 1906 |    | Gloucester | 1906 |
|    | Kalamazoo | 1961 |    | Mercer | 1919 |
|    | Kent | ? |    | Ocean | 1912 |
|    | Menominee | 1940 |    | Passaic | 1903 |
|    | Midland | 1944 |    | Sussex |    |
|    | Oakland | 1934 |    |    |    |
|    | Washtenaw | 1933 | NY | Bronx | ? |
|    | Wayne | ? |    | Erie | ? |
|    |    |    |    | Monroe | ? |
| MN | Crow Wing | ? |    | Westchester | 1923 |
|    | Douglas | 1940 |    | Richmond | ? |
|    | Hennepin | 1916 |    | Kings | 1905 |
|    | Houston | 1941 |    | Nassau | 1930 |
|    | Kanabec | 1934 |    | Suffolk | 1937 |
|    | Le Sueur | 1923 |    |    |    |
|    | Olmstead | ? | NC | Buncombe | 1940 |
|    | Pope | 1929 |    |    |    |
|    | Ramsey | 1935 | OH | Auglaize | ? |
|    | Rice | [?] |    | Franklin | ? |
|    | Washington | ? |    | Lucas | ? |
|    |    |    |    | Wayne | 1920 |
| MS | Lafayette | 1949 |    |    |    |
|    |    |    | OK | Sequoyah | 1991 |
| MO | Bollinger | 1918 |    | Latimer | extant |
|    | Boone | 1966 |    | Cherokee/ | extant |
|    | Franklin | ? |    | Muskogee |    |
|    | Howard | 1959 |    |    |    |
|    | Jasper? | 1982 | PA | Alleghany | ? |
|    | Jefferson | ? |    | Erie | ? |
|    | Mississippi | 1914 |    | Lancaster | ? |
|    | St. Louis | 1937 |    | Philadelphia | 1904 |
|    | Wayne | 1955 |    |    |    |

FWS005013

| State | County | Last Known Occurrence | Country | Province | Last Known Occurrence |
|-------|--------|----------------------|---------|----------|----------------------|
| RI | Kent | 1897 | CANADA | Nova Scotia | ? |
|  | Providence | ? |  | Ontario | 1972 |
|  | Washington | extant |  | Quebec | ? |
| SC | Unknown | ? |  |  |  |
| SD | Brookings | 1945 |  |  |  |
|  | Haakon | ? |  |  |  |
|  | Union | 1945 |  |  |  |
| TN | Benton | 1952 |  |  |  |
|  | Cumberland | 1955 |  |  |  |
|  | Lawrence | 1955 |  |  |  |
|  | Madison | 1955 |  |  |  |
|  | Washington | ? |  |  |  |
| TX | Kleberg | ? |  |  |  |
| VA | Richmond (city) | ? |  |  |  |
|  | Montgomery | ? |  |  |  |
|  | Nelson | 1896 |  |  |  |
|  | Spotsylvania | ? |  |  |  |
| WI | Dane | 1920 |  |  |  |
|  | Dodge | 1912 |  |  |  |
|  | Shawano | 1948 |  |  |  |
|  | Winnebago | ? |  |  |  |
| DC | (city) | 1931 |  |  |  |

FWS005014

**APPENDIX 2.** SURVEY PROTOCOL FOR NICROPHORUS AMERICANUS

Survey Protocol for <u>Nicrophorus americanus</u>,
the American Burying Beetle

Andrea J. Kozol

## Natural History

<u>Nicrophorus</u> species require carrion as a reproductive resource and therefore utilize small vertebrate carcasses which can be buried quickly or rolled down a hole and concealed. Males and females are attracted to carrion and intrasexual competition occurs within each sex until usually only one male and female remain. Although a single beetle is capable of burying a carcass alone, a male and female generally cooperate in burying the carrion where it is, or after moving it to a suitable location. During the process of burial the carcass is rolled into a ball, fur or feathers are removed, and both parents walk around the corpse applying anal and oral secretions to reduce the growth of microbes. The process of walking around the carrion compacts the surrounding soil and creates a brood chamber in which the carcass rests. About 36-48 hours after burial the female lays eggs in a tunnel leading off the brood chamber, and larvae hatch approximately six days after the carcass is buried. The newly hatched larvae are fed regurgitated food by both parents particularly during the first instar, although parental feeding may continue into the third instar. Larvae generally complete development by 12-16 days after burial and wander away from the carcass to pupate in the soil nearby. After eggs are laid either the male or female can rear a brood alone but typically both parents remain for several days and at least one parent, usually the female, remains with the brood until larval dispersal.

## Identification

The American burying beetle is the largest of 15 <u>Nicrophorus</u> species in North America. Adults can range from 25 to 45 mm in length. This species is easily distinguished from all other <u>Nicrophorus</u> species by the presence of an orange-red disc on the pronotum and an orange-red frons. Facial markings can be used to sex individuals. Males have a large orange-red rectangular marking below the frons, while females have a smaller, orange-red triangle in the same location.

FWS005015

-2-

## Trapping Methods

Three methods of trapping can be used to capture <u>Nicrophorus</u> species: pitfall traps, blacklight traps, and whole carrion. The most effective way to survey a large area is to use pitfall traps. The other methods are more useful as supplementary traps if time and labor permit.

## Pitfall Traps - Bait

Baited pitfall traps provide a powerful odor attractant for burying beetles. A number of items can be used as bait, depending on cost and availability, including beef kidney, beef liver, chicken liver, fish, or small vertebrate carcasses (i.e. mouse, chick). It is critical that the bait be fully ripened before using. I use beef kidney for bait because it is very inexpensive and readily available. Before using kidney to trap with, I divide it into pieces (approximately 20 g), seal them in a plastic container and let them sit outside in a warm place for 2-4 days. The more powerful the odor of the bait, the more successful it will be at attracting <u>Nicrophorus</u> species.

## Pitfall Traps - Design

Wide-mouth containers, such as quart-size glass Ball Mason jars or plastic ice cream containers can be used as pitfall traps. Metal cans should be avoided because as soon as any rust appears, the beetles can walk out of the trap.

Each trap should be sunk into the ground so that the opening of the trap is flush with the surface of the soil. Soil should be packed around the opening of the trap so the beetles have unobstructed access to it. <u>Nicrophorus</u> individuals attracted to a pitfall trap usually fly to the area, land within a meter of the trap, and walk into it. The bait should be placed inside the trap in such a way that the beetles do not come into contact with it. This is important because if the bait is semi-solid, which it frequently is when fully ripened, the beetles can get stuck to it, or can become covered with it and die of asphyxiation from blocked spiracles. I place the bait inside a small jar (i.e. baby food jar) inside the larger pitfall trap. The small jar is fitted with a fine mesh screen lid so it is odor permeable. The bait can also be isolated by wrapping it in cheesecloth and suspending it with thin wire from the top of the trap. While bait that is too wet can present a problem for trapped beetles, bait that is dried out is not very effective at attracting beetles. I have found the jar inside a jar method to be preferable because it is easier to keep the bait moistened with this system. If traps are set up in an area with very low humidity, where the bait may dry out quickly, I recommend using

FWS005016

-3-

small jars to hold the bait and squirting the bait with a bit of water to prevent desiccation.

Pitfall traps should be fitted with two lids; one to keep out vertebrate scavengers and the other to deflect rain. A piece of wide mesh screen (i.e. 2 cm) or chicken wire, held in place with stakes or large rocks, covering the entire pitfall trap will discourage dogs, raccoons, skunks, crows, etc. from stealing the bait. If there is any possibility of rain, a raised plywood lid should be used to keep water out of the trap. The plywood can be propped up with a rock placed on the wire lid. A second rock put on top of the plywood will keep it firmly in place. <u>Nicrophorus</u> beetles can drown very easily in even a small amount of water so it is important to use a large solid lid to prevent water from getting into the traps.

Pitfall traps should not be sunk in the ground within several meters of ant colonies. When a group of ants gets inside the trap, they can kill the beetles that have been captured. This has been documented with a common field ant <u>Lasius neoniger</u>. If an ant colony is encountered when a hole is dug to sink the trap, change the intended location for the trap to one that is free of ant colonies.

<u>Pitfall Traps - Layout and Monitoring</u>

Pitfall traps should be set up along a transect at 15 to 25 meter intervals depending on the size of the area to be trapped. If surveying a large area, 60-75 pitfall traps should be set up in 5 or 6 separate trap lines. If separate transects are used, they should be at least 2 km apart as <u>Nicrophorus</u> beetles are strong fliers and can travel long distances in search of carrion. I recommend using a minimum of 15 traps in a line. Although <u>N. americanus</u> is found in areas with maritime shrub thickets, coastal moraine grasslands, and agricultural pastures on Block Island, the preferred habitat for this species across its former range has not been determined so traps can be set up in forested areas as well as in open fields. The location of each trap should be marked with surveyor's tape so it can be relocated easily.

Traps should be baited and opened by 1 hour before sunset as <u>N. americanus</u> becomes active at dusk. It is fine to bait traps in the morning and leave them open all day if this is easier to schedule, provided that the bait does not dry out in the sun and heat. Traps should be cleared of beetles every day, preferably by 9 a.m. Exposure to full sunlight and temperatures over 25°C for even a few hours can result in mortality for <u>Nicrophorus</u> spp.

FWS005017

-4-

## Pitfall Traps - Trapping Conditions

The best time to trap for _Nicrophorus_ spp. using pitfall traps is approximately 3 to 8 weeks after the onset of seasonal activity in the late spring and early summer. On Block Island, _N. americanus_ can be caught in very small numbers in late May and early June depending on the annual variation in temperature. Pitfall captures are highest from mid- June through early July, and decrease significantly in late-July and August. Although it is still easy to attract _N. americanus_ to carrion baits in late July, it is difficult to catch them in pitfall traps.

On a nightly basis, pitfall captures are highest when the overnight low temperature is above 15°C. If the overnight low is predicted to drop below 12°C, the probability of capturing _Nicrophorus_ beetles is very unlikely. If trapping is conducted between 3 and 8 weeks after the onset of seasonal activity, if the overnight low temperatures are above 15°C, and if captures of _Nicrophorus_ species other than _N. americanus_ are high, 3 good nights of trapping can be considered sufficient before moving the traps to a new location.

All _Nicrophorus_ beetles captured in pitfall traps should be identified to species before being released in order to have a measure of the effectiveness of the trapping opportunities. If an _N. americanus_ is captured a photograph should be taken to verify the identification. If it is necessary to transport any live _Nicrophorus_, it is critical to avoid high temperatures. The beetles should not be left in the sun for even a short period of time and they can not be left in a hot car or they will die in minutes.

## Trapping Methods - Blacklight

A trap can be constructed by hanging a white sheet from a rope two meters high and suspending a blacklight aimed at the sheet at the same height approximately one meter away. Reflection off the sheet will provide a bright ultraviolet attractant for the beetles. _N. americanus_ are attracted to the light, but generally land on the ground nearby, not on the sheet as many other flying insects do. _Nicrophorus_ individuals are located by a thorough ground search with a flashlight in a three meter radius around the blacklight trap every 5-10 minutes. Although _N. americanus_ can be captured at a blacklight, this method of trapping is much less effective than pitfall trapping.

## Trapping Methods - Whole Carrion

Carrion can be used to supplement pitfall trapping but should not be used in competition with pitfall traps, therefore

-5-

carrion baits should not be placed in the same area simultaneously with a pitfall trap line. Carcasses can be put out at a site several kilometers away to survey a larger area more effectively.

Small vertebrate carcasses, ranging in size from 50-150 g can be placed along a transect at 15-25 m intervals to attract Nicrophorus spp. Carcasses should be placed on the ground with a one meter piece of dental floss or string attached to a limb so the carcass can be followed underground if it is buried. The other end of the dental floss should not be attached to anything, i.e. a branch, as the beetles will simply cut through it if it interferes with the burial process. To prevent interference from vertebrate scavengers, a raised 2 cm mesh screen can be used to cover all carcasses. As with the pitfall traps, this cover should be staked down so that it can not be lifted easily. The location of each carcass should be marked with surveyor's tape.

Carcasses can be checked any time within ten days of being put out. If a carcass has been buried, it should be dug up to identify which species has buried it. The dental floss can be followed to the location where the beetles have buried the carcass. The surrounding soil should be moved away as gently as possible, but it is likely that the parent(s) will be aware of the disturbance and will attempt to escape. The best strategy is to be quiet but quick. Once the carcass is located it can be pulled carefully out of the brood chamber. Search the brood chamber and the carcass for the parent(s). If a parent can not be located but larvae are present on the carcass, a specimen should be taken for identification as the majority of species can be identified from the larvae. The remaining larvae can be put back in the brood chamber with the carcass to finish development, but may need to be protected from scavengers by replacing the wire screen.

Larger carcasses (above 200 g) can be used but they must be checked throughout the night in order to verify which Nicrophorus species have visited. Nicrophorus individuals will feed on large carcasses which they can not bury, but they will generally depart before morning. I recommend using large carrion only when the investigator has most of the evening free to check the carcasses on an hourly basis.

## SUMMARY RECOMMENDATIONS

1. Pitfall traps are the best trapping method to use to survey an area for the presence of N. americanus.

2. Pitfall trapping should be conducted from 3 to 8 weeks after the onset of seasonal activity in the spring. On Block

FWS005019

-6-

Island pitfall trapping is most successful between mid-June and mid-July. For central and southern states the best dates for trapping may be significantly earlier.

3. Bait to be used in pitfall traps should be fully ripened.

4. Pitfall traps must be cleared every morning to avoid mortality of <u>Nicrophorus</u> from exposure to heat.

5. Pitfall traps should be covered with a wide mesh screen lid to deter vertebrate scavengers.

6. All pitfall traps should be covered with a large, raised solid lid (plywood or a shingle) to deflect rain.

7. Trapping conditions are best when the overnight low temperature is above 15°C.

8. Fifteen or more pitfall traps should be set up in a line at 15-25 m intervals and separate trap lines should be more than 2 km apart.

9. Pitfalls should <u>not</u> be placed within three meters of ant colonies. If more than a few ants are found in a trap, it should be moved.


*** All captures of <u>N. americanus</u> should be reported to the nearest office of the U.S. Fish and Wildlife Service.

FWS005020

**APPENDIX 3.**  LIST OF REVIEWERS

The comments and suggestions received during the recovery planning process were reviewed and incorporated, to the extent appropriate, into this document. Agencies, organizations, and individuals who participated in review of the draft plan are listed below.


William H. Busby
Zoologist/Data Manager
Kansas Natural Heritage Inventory
University of Kansas
2041 Constant Avenue
Lawrence, KS  66047

Galen Buterbaugh
Regional Director
Region 6, U.S. Fish and Wildlife Service
P.O. Box 25486
Denver Federal Center
Denver, CO  80225

Mary Kay Clausen
Nongame Heritage Zoologist
Nebraska Game and Parks Commission
2200 North 3300 Street
P.O. Box 30370
Lincoln, NE  68503

Joan Callahan-Compton
Senior Biologist
Tetra Tech, Inc.
348 West Hospitality Lane, Suite 300
San Bernadino, CA  92408

Curtis Creighton
Oklahoma Natural Heritage Inventory
2001 Priestly Avenue, Building 605
Norman, OK  73019

Dennis Figg
Endangered Species Coordinator
Missouri Department of Conservation
P.O. Box 180
Jefferson City, MO  65102

David P. Flemming
Chief, Endangered Species
Region 4, U.S. Fish and Wildlife Service
Richard B. Russell Federal Building
75 Spring Street, SW, Suite 1276
Atlanta, GA 30303

FWS005021

Ken Frazier
Fish and Wildlife Biologist
Tulsa Field Office, U.S. Fish and Wildlife Service
222 South Houston, Suite A
Tulsa, OK  74127

Thomas W. French
Assistant Director/Natural Heritage and Endangered Species
Massachusetts Division of Fisheries and Wildlife
Government Center
100 Cambridge Street
Boston, MA  02202

William H. Gill
State Supervisor
Kansas State Office, U.S. Fish and Wildlife Service
315 Houston, Suite E
Manhattan, KS  66502

Malcolm Hunter
University of Maine
College of Forest Resources
Department of Wildlife
240 Nuting Hall
Orono, ME  04469

Mary Liz Jameson
Research Associate
University of Nebraska State Museum
Lincoln, NE  68588

Wally Jobman
Fish and Wildlife Biologist
Nebraska/Kansas Field Office, U.S. Fish and Wildlife Service
203 West 2nd Street
Grand Island, NE  68801

Andrea Kozol
Biology Department, Boston University
2 Cummington Street
Boston, MA  02215

Steven Alan Lewis
Director
Oklahoma Department of Wildlife Conservation
1801 North Lincoln
Oklahoma City, OK  73152

Eugenia S. Marks
Audubon Society of Rhode Island
12 Sanderson Road
Smithfield, RI  02917-2606

FWS005022

Lawrence L. Master, Director, Eastern Heritage Task Force
Dennis Wolkoff
Tim Simmons
Laura Rosensweig
The Nature Conservancy
Eastern Regional Office
201 Devonshire Street, 5th Floor
Boston, MA  02110

Nell McPhillips
Fish and Wildlife Biologist
South Dakota State Office, U.S. Fish and Wildlife Service
420 South Garfield Avenue, Suite 400
Pierre, SD  57501

Randy C. Morgan
ITAG Chair
American Association of Zoological Parks and Aquariums
c/o Cincinnati Zoo and Botanical Garden
3400 Vine Street
Cincinnati, OH  45220

Robert S. Nebel
Chief, Environmental Analysis Branch
Department of the Army, Corps of Engineers
Omaha District
215 North 17th Street
Omaha, NE  68102

Stewart B. Peck
Professor of Biology
Carlton University
Ottawa, Canada  K1S 5B6

Steven Roble
Natural Heritage and Endangered Species
Massachusetts Division of Fish and Wildlife
Government Center
100 Cambridge Street
Boston, MA  02202

Caryn C. Vaughn
Heritage Biologist
Oklahoma Natural Inventory
2001 Priestly Avenue, Building 605
Norman, OK  73019

FWS005023

# American Burying Beetle
## *(Nicrophorus americanus)*

### 5-Year Review:
### Summary and Evaluation



Illustration by Mark Marcuson

## U.S. Fish and Wildlife Service
## New England Field Office
## Concord, New Hampshire

March 2008

FWS005024

# 5-YEAR REVIEW
**Species reviewed:** American Burying Beetle (*Nicrophorus americanus*)

## TABLE OF CONTENTS

1.0  GENERAL INFORMATION ............................................................................... 1
1.1  Reviewers ........................................................................................................ 1
1.2  Methodology Used to Complete the Review ................................................... 1
1.3  Background ...................................................................................................... 2
    1.3.1  FR Notice citation .................................................................................. 2
    1.3.2  Listing history ........................................................................................ 2
    1.3.3  Associated rulemakings ......................................................................... 2
    1.3.4  Review history ........................................................................................ 2
    1.3.5  Species Recovery Priority Number at start of 5-year review ................. 2
    1.3.6  Recovery Plan ....................................................................................... 2

2.0  REVIEW ANALYSIS .................................................................................... 2
2.1  Application of 1996 Distinct Population Segment (DPS) Policy ..................... 2
2.2  Recovery Criteria ............................................................................................ 3
    2.2.1  Does the species have a final approved recovery plan? ........................ 3
    2.2.2  Adequacy of recovery criteria ............................................................... 3
        2.2.2.1 Do the recovery criteria reflect the best available information? .......... 3
        2.2.2.2 Are all of the 5 listing factors addressed in the recovery criteria? ....... 3
    2.2.3  List and discuss recovery criteria ......................................................... 3
2.3  Updated Information and Current Species Status ........................................... 6
    2.3.1  Biology and habitat ............................................................................... 8
        2.3.1.1 New information on species biology and life history ......................... 8
        2.3.1.2 Abundance, population trends, demographic features and trends ....... 11
        2.3.1.3 Genetics, genetic variation, or trends in genetic variation ................. 16
        2.3.1.4.Taxonomic classification or changes in nomenclature ...................... 16
        2.3.1.5 Spatial distribution, trends in distribution or historical range ............. 16
        2.3.1.6 Habitat or ecosystem conditions ........................................................ 23
    2.3.2  Five-factor analysis .............................................................................. 26
        2.3.2.1 Present or threatened destruction of habitat or range ........................ 26
        2.3.2.2 Overutilization .................................................................................. 30
        2.3.2.3 Disease or predation .......................................................................... 31
        2.3.2.4 Inadequacy of existing regulatory mechanisms .................................. 31
        2.3.2.5 Other natural or manmade factors ..................................................... 32
2.4  Synthesis ....................................................................................................... 33

3.0  RESULTS .................................................................................................... 35
3.1  Recommended Classification ......................................................................... 35
3.2  Recommended Recovery Priority Number .................................................... 35
3.3  Listing and Reclassification Priority Number ............................................... 36

4.0     RECOMMENDATIONS FOR FUTURE ACTIONS ...............................................36

5.0     REFERENCES  ...........................................................................................................37


SIGNATURE PAGE  ............................................................................................................44


APPENDICES ......................................................................................................................45

Appendix A.   Partial Listing of *Nicrophorus* Surveys in Fifteen States Where No
              American Burying Beetles Were Found, 1990-2006

Appendix B.   Distribution of the Imported Fire Ant in the South Central and Southeastern
              United States, Based on United States Department of Agriculture-Animal and
              Plant Health Inspection Service

## Tables and Figures

Table 1.    Comparative ABB Capture Success Rates for Selected Populations  .................15

Figure 1.   Historic and Current ABB Occurrences in the United States and Canada  .........  5
Figure 2.   Ecoregional Provinces in the United States and Canada and Historic
            and Current Occurrences of the ABB ..................................................................18
Figure 3.   ABB Current Range and Distribution in Oklahoma ............................................19
Figure 4.   ABB Distribution in Nebraska, 2007 ...................................................................20
Figure 5.   Trap and Capture Locations for the ABB in Tripp, Gregory, and
            Todd Counties, South Dakota ............................................................................21
Figure 6.   Estimated Occurrence of ABB Populations in Sebastian, Franklin,
            Logan, and Scott Counties, Arkansas ...............................................................22

FWS005026

# 5-YEAR REVIEW
## American Burying Beetle *Nicrophorus americanus*

## 1.0    GENERAL INFORMATION

### 1.1    Reviewers

This review was completed by Michael Amaral, Sr. Endangered Species Specialist in the U.S. Fish and Wildlife Service's (USFWS) New England Field Office (NEFO) and lead recovery coordinator for the species. Anthony Tur, Jeannine Dube, and Phillip Leeser, also of the NEFO, made significant contributions to this document. USFWS biologists in the offices listed below provided valuable additional information and corrections to a draft of this review.

> **Lead Field Office:** New England, Michael Amaral, 603-223-2541

> **Lead Regional Office:** Region 5, Mary Parkin, 413-253-8617

> **Cooperating Field Offices:**

> Arkansas, Christopher Davidson, 501-513-4470
> Kansas, Dan Mulhern, 785-539-3474
> Nebraska, Brooke Stansberry, 308-382-6468
> Ohio, Sarena Selbo, 614-469-6923
> Oklahoma, Hayley Dikeman, 918-382-4519
> South Dakota, Charlene Bessken, 605-224-8693
> Texas Field, Omar Bocanegra, 812-277-1100

> **Cooperating Regional Offices:**

> Region 2, Wendy Brown, 505-248-6664
> Region 3, Carlita Payne, 612-713-5339
> Region 4, Kelly Bibb, 404-679-7132
> Region 6, Seth Willey, 303-236-4257

### 1.2    Methodology Used to Complete the Review

This review was initially drafted by Michael Amaral, the USFWS American burying beetle (ABB) recovery coordinator. On June 28, 2007, it was provided to cooperating USFWS Field Offices, and comments and other input were incorporated into subsequent drafts. In addition, the scientific assessment portion of the review was sent to three independent experts for peer review, although no responses were obtained. Sources of data informing this review include the 1991 recovery plan, published scientific literature, unpublished annual survey reports, and consultations with academic, State, and Federal species experts. The USFWS relied heavily on new information resulting from extensive survey efforts in the western portion of the species' range, particularly in Oklahoma and Nebraska. In addition, the USFWS considered new

FWS005027

information made available since listing in more than 20 scientific papers on various aspects of the species' life history, occurrence, and ecology.

### 1.3     Background

#### 1.3.1     Federal Register Notice announcing initiation of this review:

72 FR 4018, January 29, 2007

#### 1.3.2     Listing history:

**Federal Register (FR) notice:** 54 FR 29652
**Date listed:** July 13, 1989
**Entity listed:** Species
**Classification:** Endangered

#### 1.3.3     Associated rulemakings:  None

#### 1.3.4     Review history:

The ABB was included in a cursory 5-year review of all species listed before 1991 (56 FR 56882, November 6, 1991).  Although no other 5-year review has been conducted for the beetle until now, the species has been the focus of considerable research and recovery effort since listing in 1989, as summarized in section 2.3 of this review.

#### 1.3.5     Species Recovery Priority Number at start of 5-year review:  5c

A rank of 5c indicates that the listed taxon is a full species facing a high degree of threat and with a low recovery potential.  The suffix "c" connotes conflict with construction or other development projects (48 FR 43098).

#### 1.3.6     Recovery plan:

**Name of plan:**  American Burying Beetle (*Nicrophorus americanus*) Recovery Plan

**Date issued:**  September 1991


### 2.0     REVIEW ANALYSIS

### 2.1     Application of the 1996 Distinct Population Segment (DPS) policy

Not applicable.  Only vertebrate populations can be listed as a DPS under the Endangered Species Act (ESA).

FWS005028

## 2.2    Recovery Criteria

### 2.2.1    Does the species have a final recovery plan containing approved recovery criteria?

Yes, with regard to reclassification criteria. The plan does not contain delisting criteria. The ABB recovery plan (USFWS 1991) was developed within 2 years of the listing of the species and reflects the best information available at that time. In 1991, the known distribution of the species was limited to two disjunct natural populations at the extremities of its historical range, i.e., four counties in eastern Oklahoma and one island off the Rhode Island coast. The recovery plan noted that, due to the species' profound decline and uncertainty regarding the reasons for that decline, the focus would be on recovery actions targeted to significant near-term improvement in the status of the species rather than addressing the range of objectives and criteria to bring about full recovery. The recovery objectives of the 1991 plan thus are to: (1) "Reduce the immediacy of the threat of extinction …" and (2) "improve its status so that it can be reclassified from endangered to threatened." The plan contains measurable criteria for achieving these objectives.

### 2.2.2    Adequacy of recovery criteria:

### 2.2.2.1 Do the recovery criteria reflect the best available and most up-to date information on the biology of the species and its habitat?  No.

**2.2.2.2 Are all of the 5 listing factors that are relevant to the species addressed in the recovery criteria?**  No. None of the five listing factors is explicitly addressed in the recovery criteria, aside from the range curtailment component of Factor A. Factor A (habitat-related threats), Factor D (inadequate regulatory mechanisms), and Factor E (other factors affecting the species' existence) are relevant to ABB recovery. Factor B (overutilization) is not deemed relevant, and the relevance of Factor C (disease or predation) is uncertain.

### 2.2.3    List the recovery criteria as they appear in the recovery plan and discuss how each criterion has or has not been met, citing information:

*Objective 1:  Reduce the immediacy of the threat of extinction to the ABB.*

*The interim objective to reduce the threat of extinction will require the protection and maintenance of the extant population in Rhode Island and the two populations in Oklahoma (Cherokee/Muskogee Counties and Latimer County) and re-establishing (or locating and protecting) at least two additional self-sustaining wild populations of 500 or more animals each, one in the eastern and one in the western part of the species' historic range limits.*

*Objective 2:  Improve its status so that it can be reclassified from endangered to threatened.*

FWS005029

*Criteria:*
*(a) three populations of* N. americanus *have been re-established (or additional populations discovered) within each of four broad geographical areas of its historical range: the Northeast, the Southeast, the Midwest and the Great Lakes States ...;*
*(b) each population contains a minimum of 500 adults as estimated by capture rates per trap night and black lighting effort; and*
*(c) each population is demonstrably self-sustaining for at least 5 consecutive years (or is sustainable with established long-term management programs).*

Although the specific criteria identified for Objective 1 above have not been met, the stated intent of this interim objective, i.e., to reduce the immediacy of the threat of extinction, has been attained through the discovery of additional western populations across a considerable geographic area. After 1991, the ABB was found to be distributed more broadly across eastern Oklahoma into western Arkansas and in two large areas of central Nebraska. The Oklahoma-Arkansas population extends peripherally into southern Kansas in the north and into the northeast corner of Texas in the south. The Nebraska population similarly extends into a few southern counties of South Dakota in the north (Figure 1).

Surveys in Rhode Island, Massachusetts, Maine, New York, Michigan, Ohio, Pennsylvania, Iowa, Missouri, North Carolina, Florida, Louisiana, central and eastern Arkansas, and Virginia have not found additional extant occurrences of the ABB; however, captive breeding programs in Rhode Island, Missouri, and Ohio provide a further hedge against the immediate threat of extinction. In addition, the Block Island (Rhode Island) population is monitored annually (Raithel et al. 2006; Raithel, Section 6 Annual Reports 1996-2006) and has further benefited from habitat restoration, habitat protection through acquisition and conservation easement, and carrion provisioning efforts (USFWS unpubl. data). The immediate threat of extinction has thus subsided in the 18 years since listing.

Objective 2 above addresses the further conservation necessary to reduce the risk of extinction to a point where the ABB meets the definition of a threatened species. The criteria for this objective have not been met except in the Midwest geographic recovery area, where additional occurrences of the ABB have been discovered. As a consequence, the total number of ABB in this recovery area is believed to greatly exceed the numerical target of 1,500 or more animals, with the persistence target of 5 years also being met.

In the Southeast recovery area, there are no known extant ABB populations, and no reintroduction efforts are underway. In the Great Lakes States, there are no known natural populations. Ohio State University maintained a captive propagation program for releases in Ohio from 2002-2005 and started up again in the summer of 2007. In addition, a second captive-rearing facility at the Wilds was established in August 2007.

FWS005030

Figure1.  Historic and Current Occurrences of the ABB in the United States and Canada.



The Ohio Division of Wildlife holds a  Federal recovery permit to obtain ABB for propagation and to release captive-bred beetles within the State for reintroduction purposes; one reintroduction effort has been initiated in southeastern Ohio, but preliminary results are not encouraging.  The St. Louis Zoo's captive propagation program is intended to lead to the reintroduction of ABB in Missouri.  In the East, the natural population on Block Island, Rhode Island is stable, but a newly established ABB population on Penikese Island, Massachusetts, became extirpated 9 years after the last release of beetles.  A second long-term reintroduction effort on Nantucket Island, Massachusetts, is still being evaluated and has not yet reached either the population size or persistence target.

In sum, although one of four geographic recovery areas for ABBs (USFWS 1991) has met the criteria for reclassification, the species presumably remains extirpated in most of its historic range.  Reintroduction efforts have yet to demonstrate that an extirpated population can become successfully re-established, and survey efforts in much of the species' historic range have failed to locate additional extant populations.

Noting that the criteria in the recovery plan do not address delisting or the five listing factors, this review of the ABB's status and listing classification relies on the five-factor analysis in Section 2.3.2, in conjunction with the 1991 recovery criteria.

## 2.3    Updated Information and Current Species Status

Although 5-year reviews generally focus on information obtained since the previous status review, this review provides additional context by including some materials that pre-date the ABB's listing and the 1991 recovery plan. Sikes and Raithel (2002) report that research effort focused on *Nicrophorus americanus* was greatly intensified following the disclosure by Davis (1980) and Anderson (1982) that the species was absent from most of its historic range. In the subsequent 20 years from 1982-2002, there were 78 articles published on *Nicrophorus* beetles, and many addressed the ABB.

Following is a list of key publications that discuss and update ABB status with respect to distribution and/or provide other information on life history, ecology and genetics that has become available since the species was listed. Most of these papers, which are listed chronologically, appear in peer-reviewed scientific journals. The complete citation as well as a comprehensive list of all literature referenced in the document is provided in Section 5.0.

U.S. Fish and Wildlife Service, 1991. American Burying Beetle *Nicrophorus americanus* Recovery Plan.

Amaral, 1992. Conservation of the endangered American burying beetle, *Nicrophorus americanus*.

Creighton et al., 1993. Habitat preferences of the endangered American burying beetles *(Nicrophorus americanus)* in Oklahoma.

Kozol et al., 1994. Genetic variation in the endangered burying beetle *Nicrophorus americanus* (Coleoptera: Silphidae).

Kozol, 1995. Ecology and population genetics of the endangered American burying beetle, *Nicrophorus americanus*.

Lomolino et al., 1995. Ecology and conservation of the endangered American burying beetles (*Nicrophorus americanus*).

Lomolino and Creighton, 1996. Habitat selection, breeding success, and conservation of the endangered American Burying beetle *Nicrophorus americanus*.

Ratcliffe, 1996. The carrion beetles (Coleoptera: Silphidae) of Nebraska.

Amaral et al., 1997. Conservation status and reintroduction of the endangered American burying beetle.

Backlund and Marrone, 1997. New records of the endangered American burying beetle, *Nicrophorus americanus* Olivier, (Coleoptera: Silphidae) in South Dakota.

FWS005032

Holloway and Schnell, 1997. Relationship between numbers of the endangered American Burying beetle, *Nicrophorus americanus* Olivier (Coleoptera: Silphidae) and available food resources.

Carlton and Rothwein. 1998. The endangered American burying beetle, *Nicrophorus americanus* Olivier, at the edge of its range in Arkansas (Coleoptera: Silphidae).

Bedick et al., 1999. Distribution, ecology, and population dynamics of the American burying beetle [*Nicrophorus americanus* Olivier (Coleoptera, Silphidae)] in south-central Nebraska, USA.

Szalanski et al., 2000. Population genetics and phylogenetics of the endangered American burying beetle, *Nicrophorus americanus* (Coleoptera: Silphidae).

Sikes and Raithel, 2002. A review of hypotheses of decline of the endangered American burying beetle (Silphidae: *Nicrophorus americanus* Olivier).

Amaral et al. (eds), 2005. American burying beetle (*Nicrophorus americanus*) population and habitat viability assessment: final report.

Raithel et al., 2006. Population trends and flight behavior of the American burying beetle, *Nicrophorus americanus* (Coleoptera: Silphidae), on Block Island, Rhode Island.

Walker and Hoback, 2007. Effects of invasive eastern red cedar on capture rates of *Nicrophorus americanus* and other Silphidae.


In addition to the publications listed above, in the eastern United States, recovery meetings have been held each year from 1991 to 007 with the purpose of sharing new information and discussing findings. Participants have included biologists from the USFWS, State wildlife agencies (Massachusetts and Rhode Island), academia (Boston University and University of Rhode Island), several NGOs (the Rhode Island and Block Island offices of The Nature Conservancy, Massachusetts Audubon Society, Nantucket Conservation Foundation, and Maria Mitchell Association), and the Roger Williams Park Zoo.


In March 1995 and March 2003, national conferences were held at the University of Oklahoma in Norman to provide a forum for updating and sharing rangewide information on the ABB. More recently, in November 2005, the St. Louis Zoo hosted a Population and Habitat Viability Assessment (PHVA) workshop, facilitated by the Conservation Breeding Specialist Group, during which the species' status and priority research needs were reviewed and summarized (Amaral et al. [eds] 2005).


In May 2007, another conference was convened in Tahlequah, Oklahoma, during which USFWS, State and university biologists, and other interested parties shared new information on the status and management of ABB populations in the western portion of its range. Abstracts of individual reports from this workshop and some of the PowerPoint presentations can be found at www.fws.gov/ifw2es/Oklahoma/beetle1.htm.

FWS005033

### 2.3.1    Biology and Habitat

Background: *Nicrophorus* (family Silphidae) is a northern hemisphere genus of about 75 species. Population densities and species diversity are higher in northern localities (Scott 1998). Burying beetle lack of success in southern latitudes is believed to be due to increased competition with ants, flies, and perhaps vertebrates, as well as increased rates of carcass decomposition (Scott 1998).

The endangered ABB is the largest member of the family *Silphidae* in North America (Anderson and Peck 1985) and the largest among a guild of species that breed and rear their young on vertebrate carcasses (Lomolino et al. 1995). Easily recognized by their shiny black bodies and the red-to-orange markings on both their elytra (hardened forewings) and pronotum (anterior dorsal plate), this species offers its young extended parental care, an unusual behavioral trait in beetles. After ABBs find an appropriate-sized carcass, intense inter- and intra-species competition occurs (Kozol 1990). Together, a victorious pair of beetles cooperatively buries and prepares the carcass by removing fur or feathers and coating it with secretions that retard bacterial and fungal growth. The female beetle lays eggs in a brood chamber near the preserved carcass. After eggs hatch, the parents move the altricial, first instar larvae to the carcass, where the larvae solicit feeding by stroking the mandibles of the parents. Both parents may remain with the carcass and larvae, feeding their offspring with regurgitated meat until the larvae are capable of feeding themselves. Eventually, large third instar larvae burrow a short distance from the now-diminished carcass and form pupation cells. Teneral (new) adults emerge from pupation within 30 to 45 days (A. Kozol, M.L. Prospero, pers. comm.). While individual ABBs may be capable of breeding twice in a season, they are generally considered univoltine, with a life span of about 12 months (less in captivity) (A. Kozol, M.L. Prospero, and L. Perrotti, pers. comm.; D. Koch in litt. 2007).

### 2.3.1.1 New information on the species' biology and life history:

The basic breeding biology and life history of *Nicrophorus* burying beetles has been known for more than half a century (see, for example, Fabre 1918 and Pukowski 1933 *in* Scott 1998). However, since listing of the ABB, additional research has been published (or come to our attention) on a number of aspects of burying beetle life history and ecology.

Scott et al. (1987) examined the importance of ants as competitors of burying beetles. Ants are abundant omnivorous scavengers and occupy many habitats. Ant colony size is often large and many ant species have quick recruitment systems that allow them to occupy and defend small vertebrate carcasses. Although the sensitive chemoreceptors of *Nicrophorus* burying beetles allow them to locate carrion over long distances, the high density of foraging ant species with well-developed trail communications and chemical or aggressive defense resources may bring ants and burying beetles into direct competition for small vertebrate carcasses. Ants are particularly abundant at southern latitudes where, therefore, competition between ants and *Nicrophorus* beetles will be more acute. Scott et al. (1987) concluded that the inability of *N. carolinus* to successfully

FWS005034

bury carrion provided experimentally in Florida was due to interference by imported fire ants (*Solenopsis invicta*). Only 5 of 48 carcasses were successfully exploited by *N. carolinus*, despite pitfall trapping that demonstrated that *N. carolinus* was locally abundant.

Lomolino et al. (1995) conducted field studies on habitat affinities of the ABB in the western populations in Oklahoma and Arkansas. With habitat defined as vegetation species composition, structure (forest, shrubs, grasslands, etc.), and soil characteristics and depth, they determined that the ABB exhibited a broad niche and was recorded in all habitat categories at the two study sites. They rejected Anderson's (1982) hypothesis that the species is restricted to habitats with deep soils (such as primal forests) but did find that ABB trapping success was correlated with the three soil fractions, sand, silt, and clay. Trapping success increased with percentage of sand and decreased with percentage of silt and clay. For example, at Fort Chaffee, ABB tended to avoid soils with less than 40 percent sand, over 50 percent silt, and 20 percent clay. The authors conclude that because the ABB is the largest carrion beetle in the communities they examined, and requires larger prey, which is less abundant than smaller prey, the ABB must search over a larger home range to locate carrion suitable for reproduction. The requirement to search over a large area in search of carrion results in the ABB being recorded in baited traps set in a variety of habitats, but the species may be "more stenotopic [tolerant of a narrow range of environmental conditions] when selecting sites for carcass burial and breeding."

Lomolino and Creighton (1996) report on research into habitat selection and breeding success of *N. americanus* and six syntopic species in Oklahoma. In this study, over 6,000 individuals of seven *Nicrophorus* species were trapped, and three species were more abundant than the ABB: *N. orbicollis* (>20 times more abundant), *N. tomentosus* (nearly five times more abundant), and *N. marginatus* (greater than two times as abundant). All species of burying beetles, including the ABB, exhibited significant habitat selectivity at the regional scale. Trapping success for the ABB was highest at sites characterized as having moderate to well-developed forests with moderate to deep soils and understory with moderate cover of small shrubs. Lomolino and Creighton (1996) also examined habitat associations at the local scale in the Tiak District of the Ouachita National Forest. The three most common *Nicrophorus* species there, *orbicollis, tomentosus,* and *americanus*, were not randomly distributed with respect to habitat conditions; rather, all three exhibited highly significant avoidance of clearcuts, and the ABB exhibited a strong preference for mature forests. In a study comparing breeding success in grassland versus forested sites, 56 percent of ABB pairs provided with a carcass bred successfully in the grassland site, versus 95 percent success in the forest site. The authors attribute the difference to the difficulty of ABBs in securing and burying carcasses in grasslands due to a reduced litter layer, more compact soils, and the competition from vertebrate scavengers such as raccoons, armadillos, and opossums.

Schnell et al. (in press) reported on the factors that influence overwinter survival for the ABB, which overwinters as an adult by burrowing in soil. Schnell et al. found that in the western portion of the species' range (specifically, at Fort Chaffee in Arkansas), ABBs

FWS005035

were interred on average only about 6 cm (2.4 inches) under the surface of the ground (range 0 to 20 cm or 0 to 6 inches). This led them to conclude that soil depth may not be a serious constraint on overwinter survival in this portion of the species' range. Survival rate of ABBs placed in overwintering chambers did not differ among experimental grassland and woodland sites, suggesting that habitat structure is unlikely to be a critical factor. However, ABBs with access to a whole vertebrate carcass in the fall had a survival rate of 77 percent versus a 45 percent survival rate for those ABBs not provisioned with a carcass. All ABBs (provisioned and not provisioned) had a mean survival rate of about 60 percent. It is clear from various trapping studies that ABBs seek carrion in the fall, well after their breeding season has ended, and the Schnell et al. study suggests that there is an overwinter survival benefit to those that find it.

Holloway and Schnell (1997) made an extremely important contribution to the understanding of ABB life history in their study at Fort Chaffee, Arkansas. They found that with habitat defined by vegetation type, the ABB at Fort Chaffee did not appear to be selective and was a habitat generalist when feeding. However, in analyzing bird and mammal species and densities at different locations within the installation, they found significant correlations between occurrence of ABBs and biomass of mammals, biomass of mammals plus birds, numbers of mammal species, and numbers of individual mammals. Holloway and Schnell (1997) concluded that ABBs frequent sites where small vertebrates (particularly mammals) are relatively abundant, irrespective of the predominant vegetation present at the site. Favorable areas for ABB reproduction may occur in more than one habitat as defined by vegetation structure, provided that carrion is available and soils are suitable for carcass burial and brood rearing. This study emphasizes that, with respect to the ABB, no discussion of what constitutes "suitable habitat" is complete without an analysis of the vertebrate species present.

Amaral et al. (1997) reported on the first reintroduction attempt for this endangered species, a 4-year release effort on Penikese Island, Massachusetts. This study demonstrated that captive-raised and wild translocated ABBs could be released successfully and that their progeny were capable of breeding on naturally occurring carrion at the release site. While this experimentally re-established population persisted for 9 generations after the last animals were released, post-release monitoring documented the survival of only modest numbers of progeny, and ultimately the population died out by 2003 (Amaral and Mostello 2007). Amaral et al. (1997) also provided recommendations on the initiation of additional captive breeding programs and criteria that should be considered in evaluating potential reintroduction sites.

Bedick et al. (2004) examined the efficacy of different pitfall trapping methods for ABBs in Nebraska and favored large, 18.9-liter bucket traps with soil, because they minimized beetle crowding, allowed the use of larger bait, afforded easy access, and provided the animals a substrate refugia. They also tested the attractiveness of different types of vertebrate carrion and found that all major classes of animal carrion (e.g., bird, mammal, amphibian, reptile, and fish) successfully attracted *N. americanus*. As early as 1986, Kozol et al. (1988) had demonstrated that the ABBs on Block Island, Rhode Island, utilized bird and mammal carcasses equally. ABB pairs that were provided fish carcasses

FWS005036

on Block Island also reproduced successfully (RI DEM and USFWS unpubl. data). Coyle and Larsen (1998) conducted a bait comparison survey in northeastern Iowa and found that while aged beef liver attracted almost twice as many individual carrion beetles as other baits, aged chicken and fish were the preferred baits, because they attracted the most diverse assemblage of beetle species (8 of 10 species present). No ABBs were captured in that study. Collectively, these studies demonstrate that the ABB is attracted to a wide variety of carrion and is capable of reproducing on bird, mammal, and even fish carcasses, although fish are not likely to be available except in unusual circumstances.

Because carrion is a scarce and ephemeral resource in nature, ABBs must traverse large areas in search of it. By necessity, they are strong flyers capable of covering substantial distances overnight. Schnell et al. (2006a) reported a one-day movement of a marked ABB of 4.25 km (2.6 miles); the previous farthest one-day movement they had noted during ABB studies in Arkansas and Oklahoma was 2.9 km (1.78 miles) (Creighton and Schell 1998). In a Nebraska study, a marked ABB was captured at a distance of 6.1 km from its original capture (Bedick et al. 1999). On average, recaptured marked ABBs at Fort Chaffee in 2006 moved an average of 1.29 km per day (0.8 miles) (Schnell et al. 2006a). Raithel et al. (2006) noted that ABB flight behavior was influenced by weather, dew point, and wind speed; they also noted that wind direction did not affect short-distance movement direction but that most long-distance movements were downwind.

### 2.3.1.2 Abundance, population trends, demographic features, or demographic trends:

At the time of listing, only two ABB populations were known, one on Block Island, Rhode Island, and one in Latimer County, Oklahoma. Then Creighton et al. (1993) reported the 1991 discovery of a previously unknown ABB population on Cherokee Wildlife Management Area (WMA) and adjacent Camp Gruber in Muskogee and Cherokee counties, Oklahoma, on a site described as a mosaic of grasslands, oak-hickory, and bottomland forests on the western edge of the Ozark uplift. Creighton et al. (1993) surveyed in the three predominant habitats present and determined that ABB captures were highest in oak-hickory forest, followed by grassland sites. They also reported the re-discovery of a single ABB specimen on private land in Sequoyah County.

Between 1992 and 2006, numerous presence/absence surveys for the ABB were conducted in Oklahoma, resulting in the re-discovery of ABBs in 19 other counties in the State (see Figure 3 in section 2.3.1.5). In addition to random presence/absence surveys, priority search areas were identified based on suitable habitat, historic and current range information, and land ownership. Surveys were consequently conducted at the Little River National Wildlife Refuge (NWR) in McCurtain County and Tishomingo NWR in Johnston County in 2005 and 2006. No ABBs were captured at either refuge during the limited survey effort, although additional surveys are planned for Tishamingo NWR. Surveys were also conducted at The Nature Conservancy's (TNC) Tallgrass Prairie Preserve in Osage County and Nickel Preserve in Cherokee County. Surveys in the Tallgrass Preserve in 1999 and 2005 confirmed the presence of the ABB. The 2004 Nickel Preserve surveys were negative for ABBs; additional surveys are planned for this

FWS005037

area. An incidental ABB sighting was reported by Ken Hobsen of the University of Oklahoma in 2002 at the TNC's Pontotoc Preserve, with follow-up surveys planned.

Multiple, consecutive-year monitoring data are available in Oklahoma from Camp Gruber in Muskogee County, Weyerhaeuser Timber Habitat Conservation Plan (HCP) Management Area (Weyerhaeuser) in McCurtain County, McAlester Army Ammunition Plant (MCAAP) in Pittsburg County, and Ouachita National Forest (Ouachita NF) in portions of Leflore and McCurtain counties. ABB captures at these locations typically fluctuate on an annual basis, but in general ABB numbers appear stable or increasing, with the exception of the Weyerhaeuser HCP area. Likewise, all of these areas except Weyerhaeuser provide large, relatively natural habitat for ABB (H. Dikeman, USFWS, pers. comm.).

Annual monitoring at Camp Gruber from 1992 to 2006 illustrates how captures can fluctuate markedly from year to year, with annual total ABBs captured ranging from 81 in 1999 to 754 in 2006. Overall, however, the survey data indicate a stable to increasing population from 1992 to 2006 at Camp Gruber, with record high numbers of ABBs captured between 2004 and 2006. Monitoring conducted at the MCAAP since 1999 indicates an increasing population (Department of Defense 2005 unpubl. data); however, surveys are conducted only biennially and the sample size is relatively small (4 years of sampling has resulted in only 57 ABBs). In addition, only 168 trap nights are deployed during each sampling period.

During the period from 1997 to 2006, annual surveys on the Weyerhaeuser HCP Area in McCurtain County, Oklahoma, and Little River County, Arkansas, indicate the first apparent collapse of an extant occurrence since the species' listing in 1991. From 1997 to 2006, the following numbers of ABBs were captured: 106, 64, 26, 41, 16, 25, 85, 19, 0, and 0, respectively. Again in 2007, no ABBs were captured (G. Schnell, pers. comm.). Schnell et al. (2006b) suggested that although zero ABB captures for the second year in a row "could be of concern", they had previously noted substantial year-to-year population fluctuations (e.g., range of 16-106 ABBs during 1997-2004). However, during 2005 and 2006, Schnell et al. (2006a) reported record high captures of the ABB at Fort Chaffee, Arkansas, and Smith and Clifford (2006) reported record high captures at Camp Gruber, Oklahoma. In the past, ABB captures at the Weyerhaeuser HCP Area tended to follow the same relative abundance trends as those noted for the species at Fort Chaffee and Camp Gruber. Another alarming result of this study is that the red-imported fire ant, which is absent from Fort Chaffee, was notably more abundant on the Weyerhaeuser area in 2006, and Schnell et al. (2006b) postulated that fire ants may be competing with ABBs for carrion resources such as rodents and ground nesting birds. They also noted that because Fort Chaffee and the Weyerhaeuser HCP area are about 100 miles apart, localized weather patterns (it was dryer in southeastern Oklahoma) could also have affected ABB abundance and trapping success differentially between the sites.

Sex ratio data were also collected in Oklahoma, from 2001 to 2006. A t-test (p.0.05) was conducted, and no significant difference was detected in the ratio of male to female ABBs during this time period.

FWS005038

Despite the more extensive distribution of the ABB in Oklahoma than formerly known, this species is orders of magnitude less abundant than most other sympatric *Nicrophorus* species. Between 2004 and 2006, the average capture rate for the ABB per trap night was 0.021, compared to 0.09 for *N. orbicollis*, 0.072 for *N. marginatus*, and 0.054, for *N. tomentosus* (USFWS, Oklahoma Field Office, unpubl data). More ABBs were captured in Oklahoma surveys than were *N. carolinus* and *N. sayi*, but these species are uncommon in the State.

Ratcliffe and Jameson (1992) reported the rediscovery of the ABB in north-central Nebraska, and Peyton (1994) discovered a population in the south-central area of the State. Bedick et al. (1999) estimated an ABB population size of 1,600 individuals near Gothenburg, Nebraska. Ratcliffe (1996) and Bedick et al. (1999) provide information important to an understanding of current distribution and ecology of ABB populations in Nebraska. These studies examined the mobility of individual ABBs and determined that most ABBs (92 percent) were recaptured within 1 km of the initial marking, albeit one animal moved 6.1 km. Based on these movement distances, Bedick et al. (1999) estimated that the attractiveness of their pitfall traps (extent of area surveyed) was 1 km around each trap. Unfortunately, the traps and bait utilized in this study (five-gallon containers and whole carrion) differ markedly from the recommended survey protocol (Kozol *in* USFWS 1991); therefore, the results (density of ABB population based on trapping success and extent of area surveyed) are not comparable to most other ABB studies.

Bedick et al. (2004) examined the phenology of Nebraska ABBs and found a bimodal distribution in captures related to age class. Most mature adults were caught during the period from mid-June to the first week of July, a period that corresponds with beetles actively seeking carrion on which to raise their broods. The second peak of activity, August to early September, corresponds with the emergence of teneral adults. Bedick et al. concluded that the ABB is univoltine in Nebraska and begins breeding soon after emergence in late spring (about May 20 through June). In an analysis of nocturnal activity, the study found that ABBs were most active from two to four hours after sunset and at temperatures between 15° to 20° C. A few ABBs may be active at temperatures as low as 12 to 13° C, but temperatures above 24° C may depress activity. Bedick et al. (2004) found few ABBs in the disturbed and fragmented habitats around the south-central Nebraska population they studied, findings they considered consistent with the suggestion that habitat disturbance and fragmentation are factors in the species' decline (USFWS 1991, Lomolino et al. 1995).

In addition to estimating the size of a Nebraska ABB population, Bedick et al. (1999) also found that overwintering causes significant mortality. Winter mortality has only recently begun to be investigated (Schnell et al. in press, Raithel unpubl. data) and may range from 25 percent to about 70 percent, depending on year, location, and availability of carrion in the fall (Schnell et al. in press).

Carlton and Rothwein (1998) report on a 5-year study to survey a low-density ABB population near the eastern limit of the species' range in the Ouachita NF in west-central

FWS005039

Arkansas. The authors utilized trapping success rates to make inferences about ABB population sizes and to make comparisons with other populations for which there are published trapping success rates. They reported an overall trapping success rate "at the species distributional limit" of 0.02 ABBs per trap-night (1 ABB per 50 trap nights), noting this as a probable lower limit to a viable population because it is the lowest trapping success rate known for any area that has been thoroughly surveyed using comparable methods. By comparison, Lomolino et al. (1995) reported trapping success rates of 0.159 (nearly 8 ABBs per 50 trap nights) at Fort Chaffee, Arkansas, and 0.103 (5 ABBs per 50 trap nights) at Camp Gruber, Oklahoma; Backlund and Marrone (1997) reported 0.113 trapping success in a newly discovered population in South Dakota; and Raithel (2004, 2005, 2006) reported a trapping success rate ranging from 0.8 to 2.1 (40-105 ABBs per 50 trap nights) at the high-density Rhode Island population.

The ABB has a life span of about 12 months. Accordingly, population estimates will have limited utility unless continued for several years until a trend emerges. Long-term population monitoring (1992-2006) of the Fort Chaffee population (Schnell et al. 2006a) indicates that the ABB population fluctuates annually within a certain range. High capture rates were reported for Fort Chaffee in 2005 and 2006 compared to earlier years, indicating that the population there may be increasing.

Carlton and Rothwein (1998) suggest that the Oklahoma, Arkansas, and South Dakota populations noted above may represent robust ABB populations (>0.10 ABB trapping success) that merit investigation of the physical and biological conditions favorable for the species. They offer that these sites would be suitable as donor populations for reintroductions. Intermediate population densities are those in the 0.03-0.09 range. In the absence of reliable methods to estimate absolute population sizes, Carlton and Rothwein recommend that trapping success is the best way to assess ABB density and urge researchers to standardize trapping protocols across the species' range. For areas where ABBs occur at or below the 0.02 trapping success rate, the authors suggest that not only will populations be non-viable, but they also are likely to be overlooked (i.e., identified as ABB negative), because trapping success will be so low. As an example, they cite a rapid, large area survey in Kansas (Lingafelter 1995) that failed to detect the ABB, which was subsequently found to be localized in that State (Miller and MacDonald 1977).

In Texas, at Camp Maxey in Lamar County, Godwin and Minich (2006) reported that ABB populations were "dramatically reduced from 2005 levels." They reported a trapping success rate of 0.53 ABBs per trapnight in 2005 and 0.12 ABBs per trapnight in 2006. Two years of monitoring data, however, are insufficient to draw conclusions about the trend of this small population.

Monitoring of the Block Island, Rhode Island, population has been conducted annually since 1991 (Raithel et al. 2006, Raithel in litt. 2006). Population estimates there went up over the 16-year period, particularly after 1994 when a program was initiated to provision pairs of beetles with carrion to increase reproduction. As in other localities, ABB captures on Block Island vary considerably from year to year, and for the three study sites

FWS005040

surveyed, population estimates range from about 120 to over 600 beetles. Island-wide, there are probably in the range of 1,000-2,000 ABBs present on Block Island. The number of ABB captures during any particular trapping interval is influenced by temperature, dew point, and wind speed (Raithel et al. 2006). The authors caution that their results provide no clear indication about the long-term viability of the ABB population on Block Island if carrion provisioning were to be discontinued.

Most researchers have conducted surveys consistent with the trapping protocol appended to the recovery plan (USFWS 1991). However, some ABB surveys in Kansas, Texas, and Nebraska have adopted a larger, bucket-sized pitfall trap, baited in some instances, with whole carrion. The use of consistent trapping methods facilitates comparison of ABB trapping success per trapping effort both within different habitats and in disparate areas of the species extant range, as shown in Table 1 below.

Table 1. Comparative ABB Capture Success Rates for Selected Populations in Rhode Island, Oklahoma, Arkansas, Kansas, and South Dakota.

| Location | Capture Success Rate | Trap Nights | Source |
|---|---|---|---|
| Wilson County, Kansas | 0.004 | 692 | Miller and McDonald 1997 |
| Chautauqua & Montgomery counties, Kansas | 0.016 | 120 | Guarisco 1997 |
| West-Central Arkansas | 0.02 | 1,156 | Carlton and Rothwein 1998 |
| Fort Chaffee, Arkansas | 0.103 | 614 | Lomolino et al. 1995 |
|  | 0.43* | 432 | Schnell, Hiott and Smyth 2006a |
| Camp Gruber, Oklahoma | 0.103 | 215 | Lomolino et al. 1995 |
| South Dakota | 0.113 | 363 | Backlund and Marrone 1997 |
| Block Island, Rhode Island | 1.77* | 449 | Raithel 2004, 2005, 2006 (range 1.06-2.75) |

-------------------------------------------------------------------------- ----------------------------
* Figure represents the mean of 3 years trapping effort, 2004-2006.

ABB population estimates based on mark-release-recapture methodologies, e.g., Lincoln-Petersen Index and Sequential Bayes Algorithm (Kozol 1991), have shortcomings due to the possibility of beetle movement into or out of the study area, as well as variable trapping success due the vagaries of weather during the sampling interval (Raithel et al. 2006). Notwithstanding these limitations, this method is believed to be superior to estimates based on ABB density (ABBs caught per trapping effort) extrapolated to an estimate of suitable habitat area. This latter method is less reliable because the ABB is absent from extensive areas that appear suitable based on superficial descriptions of plant species and vegetation structure present (see Appendix A). It is likely that, in addition to a certain vegetation structure, suitability of a landscape to support the ABB is dependent on a favorable composition of the vertebrate and invertebrate species present, and only a

FWS005041

few studies (e.g., Holloway and Schnell 1997, Raithel et al. 2006) have examined the suitability of ABB habitat in that manner.

### 2.3.1.3 Genetics, genetic variation, or trends in genetic variation:

Kozol et al. (1994) examined ABB genetic variation within and between the Block Island, Rhode Island, population and the largest geographically contiguous population in Arkansas (Sebastian County) and Oklahoma (Latimer and Muskogee counties). Both the Block Island and Arkansas-Oklahoma populations have low levels of genetic variation, and most of the variation occurs within a single population. There were no unique diagnostic bands within either population, but the Arkansas-Oklahoma population is "somewhat more diverse" than the Block Island population. The authors noted that, for other species, the observed reduced genetic variation exhibited by the ABB populations they studied is often a result of founder effect, genetic drift, and inbreeding. They suggest that multiple bottleneck events, small population size, and high levels of inbreeding may be factors contributing to the pattern of diversity in *N. americanus*.

Szalanski et al. (2000) expanded on the genetic study by Kozol et al. (1994) and examined ABBs from five populations: Block Island, Arkansas, South Dakota, Oklahoma, and Nebraska. The authors found little evidence that the five populations have maintained unique genetic variation. The Block Island population was found to have less nucleotide variation than the other populations, but no evidence was found to suggest that any of the five populations should be treated as a separate, independent focus for conservation. Of 10 *Nicrophorinae* species they examined, *N. americanus* formed a distinct clade (taxonomic group sharing features traced to a common ancestor) with *N. orbicollis*.

The authors suggest that because the ABB is phylogenetically close to *N. orbicollis*, the two species may be in more direct competition, as they share geographic range, habitat preference, diel periodicity, and breeding season. Both species also require carrion for reproduction (albeit generally of different size ranges). *N. orbicollis*, although smaller, may dominate in exploitative competition events due to its numerical abundance and extensive distribution.

### 2.3.1.4 Taxonomic classification or changes in nomenclature: None

### 2.3.1.5 Spatial distribution, trends in spatial distribution, or historic range:

The ABB formerly occurred in most eastern and central States, as well as the southern borders of three eastern Canadian provinces (see Figure 1). At the time of listing, the only known populations occurred on Block Island and in Latimer County, Oklahoma. When the recovery plan was completed in 1991, the ABB was also known to occur in Sequoyah, Cherokee, and Muskogee counties, Oklahoma. Since then, field surveys have discovered additional occurrences in the following States: Arkansas (Carlton and Rothwein 1998), Kansas (Guarisco 1997, Miller and MacDonald 1997), Nebraska (Ratcliffe 1996; Bedick et al. 1999; W. Hoback and D. Snethen, pers. comm.), Oklahoma

FWS005042

(Lomolino and Creighton 1996; G. Schnell and A. Hiott, pers. comm.), and South Dakota (Backlund and Marrone 1995, 1997). From 2003-2005, the ABB was also discovered in two separate locations in northeastern Texas: Lamar County and a nearby site in Red River County (Godwin and Minich 2005).

Conversely, for over 15 years biologists have attempted unsuccessfully to rediscover extant occurrences of the ABB within its historic range east of the Mississippi River and in additional portions of its western range. Appendix A provides a partial listing of surveys that were unable to locate additional undiscovered occurrences.

In order to gauge the improvement in the species' status from 1991 to the present, and to compare current and historic distribution, ABB records were plotted within the Bailey's Eco-regional Provinces in which they occurred (Figure 2, http://www.fs.fed.us/ colorimagemap/ecoreg1_divisions.html). It appears that, historically, the ABB occurred in about 15 eco-regional provinces, including the Laurentian mixed forest of Maine and Nova Scotia, Canada, in the north and east, south to the outer coastal plain mixed forest in Florida, and west to the prairie parkland of eastern Oklahoma and Great Plain-steppe of Nebraska and South Dakota. In 1991, ABB occurrences were known from only two to three eco-regions, the eastern broadleaf forest (oceanic) province (Rhode Island) and the prairie parkland/Ouachita mixed forest-meadow province in Oklahoma. With the discovery of the additional extant occurrences, the ABB is now known from about six eco-regions, with distribution in the eastern and western parts of the range differing markedly: west of the Mississippi River, the ABB now occurs in five of the nine eco-regions where it was once found, and east of the Mississippi it occurs in one of seven eco-regions. The ABB appears to have reasonably large population clusters (i.e., populations estimated at >1,000 individuals and persistent over several years) in about four eco-regions (Amaral et al. [eds] 2005).

Documentation that the ABB occurs throughout a more extensive extant range than that known at the time of listing is the most significant new information pertinent to this status review. Recently reported (post-1989) occurrences of the ABB in a total of 21 counties in Oklahoma and about 20 counties in central Nebraska account for the greatest expansion of the known range for the species. In addition, capture records at TNC's Prairie Preserve in western Osage County and near Durant in western Bryan County extend the western boundary for the ABB in Oklahoma beyond that reported in the recovery plan (Figure 3).

Oklahoma contains at least one large concentration of ABBs at Camp Gruber in Muskogee County (754 ABBs captured there in 2006). Smaller concentrations of ABBs in Oklahoma include the MCAAP in Pittsburg County and the four-county area of Atoka, Coal, Hughes, and Pittsburg counties. Additional survey effort in this four-county area may confirm the occurrence of another large, self-sustaining population in Oklahoma (H. Dikeman, pers. comm.).

FWS005043

Figure 2. Ecoregional Provinces in the United States and Canada and Historic and Current Occurrences of the ABB.



Nebraska ABB occurrences are often depicted as being a collection of 20 contiguous counties (e.g., http://www.fws.gov/southwest/es/oklahoma/beetle1.htm); however, the south-central Nebraska occurrence is geographically isolated from the ABB population in northern Nebraska and South Dakota (W. Hoback, pers. comm.; Amaral et al. [eds] 2005) (Figure 4). ABB occurrences in Lincoln and Cherry Counties in Nebraska are the westernmost known for the species. While the overall status of the ABB in Nebraska has appeared stable during the decade 1996-2006, some population decline in the Loess Hills region is noted and thought to be the result of drought, causing a reduction in carrion sources for the beetle (Nebraska FO, USFWS, in litt. 2007).

The distribution and relative density of the ABB in southern South Dakota has been monitored annually since extant occurrences of the species were discovered there in 1995 (Backlund and Marrone 1997, Marrone 2006). Backlund and Marrone reported that the

FWS005044

Figure 3.  ABB Current Range and Historic Distribution in Oklahoma.



ABB population occupies about a 100-square-mile area centered in southern Tripp County and extending into southwestern Gregory County and peripherally into eastern Todd County.  From the center of abundance in southern Tripp County, they surveyed for the species "east, north and west of this area" and noted that they always found "that the abundance drops off to zero with an occasional stray catch as far north as Winner, S.D." (Backlund and Marrone 1997).  Another recent sighting was also recorded from Bennett County (D. Snethen, in litt. 2007).  Marrone reported that in more than 10 years of study, the range and abundance of the ABB in South Dakota have remained unchanged (except for an unusually high capture rate in 2006), and the ABB appears to have a small but stable distribution in the State (Figure 5).  Distribution, status, and abundance of ABB in South Dakota are provided at http://www.sdgfp.info/Wildlife/Diversity/ABB/ABB.

FWS005045

Figure 4. ABB Distribution in Nebraska, 2007.



● Historic Observations

▨ Northern ABB Population (Present Area of Low Population Density)

■ Loess Hills Population (Present Area of Moderate/High Density

0  12.5 25      50      75      100
▬▬▬▬▬▬▬▬▬▬ Miles

0  20  40      80      120      160
▬▬▬▬▬▬▬▬▬▬ Kilometers

The ABB was found to occur in five western Arkansas counties (Logan, Sebastian, Franklin, Scott, and Little River). Despite suspicion that the ABB may also occur in several adjacent counties within habitat that appears suitable, a five-year (1992-1996), county-by-county Statewide survey (Carlton in litt. 1996, Carlton and Rothwein 1998) did not find the species elsewhere in that State. The eastern distributional limit of the ABB in Arkansas proposed by Carlton after surveying 65 of Arkansas' 75 counties is supported by Warriner (2004). Warriner could not locate ABBs in three WMA in Hempstead and Logan counties and noted that it is unknown why ABB densities decrease from Fort Chaffee eastward. Within Arkansas, one of the largest remaining ABB concentrations occurs in the Arkansas River Valley north of the Ouachita National Forest on Fort Chaffee, in Sebastian and Franklin Counties (Figure 6). Similar to Nebraska, the ABB does not occur throughout the five-county area within its extant Arkansas range; rather, the west-central Arkansas population is believed to be geographically separated from other ABB occurrences in the State (C. Davidson, USFWS, pers. comm).

The discovery of the ABB at Camp Maxey in Lamar County, Texas, in 2003 and at TNC's Lennox Woods, 26 miles to the east in Red River County, in 2004 indicate that the geographically large ABB population in southeastern Oklahoma extends into the northeast corner of this State as well (Godwin and Minich 2005). Camp Maxey is a Texas National Guard facility of about 6,000 acres in size, and Lennox Woods is 375

FWS005046

Figure 5.  Trap and Capture Locations for the ABB in Tripp, Gregory and Todd Counties, South Dakota (courtesy of D. Backlund, South Dakota Department of Game and Fish).



acres in size.  Godwin and Minich (2005) describe Camp Maxey as having one of the largest forest patches in the area with apparently healthy populations of ground nesting birds such as quail and turkey.  TNC describes Lennox Woods as "one of the most pristine old-growth forests in the State."  Godwin and Minich (2005) report that despite taking precautions, fire ants and vertebrate scavengers, such as coyotes, disturbed more than 20 percent of the pitfall traps they set for ABBs.  They also recorded mortality of ABBs due to ant predation and noted that wild hogs could be a potential threat.  These Texas counties are the southernmost limit of the species' current distribution. Other data collected in the region by Godwin and Minich (2006) indicate that the ABB population at Camp Maxey does not extend more than 40 miles to the east, west, or south.  Previous efforts to document extant occurrences in the Stephen F. Austin Experimental Forest and Tucker Estate (Nacogdoches County) and the Davy Crockett National Forest (Houston County) did not result in the capture of any ABBs (C. Rudolf, USFWS/Texas, in litt. 2007).

While there have been a large number of surveys for the ABB in certain portions of its range, only a small number of populations (termed "sentinel" populations) are monitored annually or biennially.  These include Block Island, Fort Chaffee, Camp Gruber, the Weyerhaeuser HCP area, MCAAP, and Tripp County.  Except in the locations noted

FWS005047

Figure 6. Estimated Occurrence of ABB Populations in Sebastian, Franklin, Logan and Scott Counties, Arkansas.

Dark gray areas denote Federal and State properties with ABB occurrences and light gray area denotes private property with potential for ABB occurrences. Hempstead County is not illustrated because it has been several years since the last ABB was collected there.



above, little is known about the demographic status of the ABB in other States and counties where it is believed to be present. Whether ABB populations (and range) are expanding, stable, or contracting in size and vital rates (survival, reproduction, and movement) is virtually unknown for the ABB in much of Arkansas and Kansas and parts of Nebraska and Oklahoma.

Since listing, the ABB has been successfully reared at several universities and zoos. Captive-reared and direct-translocated ABBs have been released at three sites in attempts to re-establish populations in the wild. Releases of only 211 ABBs on Penikese Island,

FWS005048

Massachusetts, from 1990-1993 resulted in a small population that persisted until 2002, about nine generations; however, no ABBs were documented on the island from 2003-2006 (Amaral and Mostello 2007). A much more ambitious reintroduction effort on Nantucket Island involved the release of nearly 3,000 ABBs during a 13-year period, 1994-2006 (McKenna-Foster et al. 2006). Post-release monitoring of this effort began in 2007 and will require additional time for evaluation. Lastly, 1,013 ABBs were released on public land in southeastern Ohio during the years 1998-2000 and 2003-2006 (G. Keeney, S. Selbo, pers. comm.; Ohio State University 2007). This is the first mainland attempt to restore the species to its former range, and thus far post-release monitoring surveys have caught relatively few ABBs.

### 2.3.1.6 Habitat or ecosystem conditions:

General ecosystem conditions
Although wildlife biologists often describe "suitable habitat" in terms of vegetation structure and plant species present (e.g., oak-hickory forest or bluestem short-grass prairie), the limiting factors for the ABB are the presence of carrion of a size suitable for reproduction, vertebrate and invertebrate competitors for carrion, and adequate soil for carcass burial (USFWS 1991, Holloway and Schnell 1997, Sikes and Raithel 2002). Thus, in addition to vegetation and soil, the essential habitat features of ABB habitat require an understanding of the vertebrate and invertebrate animal assemblages present.

The prevailing theory of the ABBs decline, underway for nearly a century and a serious concern by the 1920s (Ratcliffe 1996), points to habitat loss, degradation, and fragmentation leading to a corresponding decrease in suitable carrion (USFWS 1991, Sikes and Raithel 2002). As more and more land was developed or converted for agricultural and other uses, the resulting altered habitats favored scavenging mammal and bird species that compete with carrion beetles for resources.

On the contemporary landscape, vegetational aspects of ABB habitat across large areas of the species' historic range, particularly east of the Mississippi River, are no longer suitable because of development, habitat conversion for agricultural crops, grazing, or alterations that preclude the presence of carrion resources required by the burying beetle to thrive. In the East, pre-Columbian forests were removed by European settlers, converted to farms and pasture, then abandoned in the 1800s and allowed to convert back to forest. Second- and third-growth forests were again cut in the 1900s for timber and other uses. In the Southcentral United States (eastern Oklahoma, Arkansas, and Texas), pre-Columbian forests were cleared around the early 1900s. In the central United States, tall- and short-grass prairies were tilled and replaced with managed agricultural crops, and converted to non-native pasture for livestock. In many areas, native grasslands and prairies have been replaced by opportunistic plant communities, including non-native invasive plant species.

While some small rodents may have adapted well to the new habitats, most small mammals are too small for the ABB, which prefers an 80-100 gram carcass upon which to raise its young (Kozol et al. 1988). The cutting of forests and tilling and pasturing of

FWS005049

the prairies not only led to declines in ground nesting birds, but also created more edge habitat, ideal for predators and scavengers that directly compete with the ABB for carrion.

Certain faunal aspects of ABB habitat have undergone dramatic changes on a continental scale. The passenger pigeon (*Ectopistes migratorius*) and eastern prairie chicken (or heath hen, *Tympanichus cupido*) chicks and juveniles were ideal carrion size for the beetle. These species and the wild turkey disappeared from eastern grasslands and forests (Bent 1932). The extinction of the once abundant passenger pigeon and the heath hen altered the carrion base for the ABB after about 1900 (Bent 1932, Sikes and Raithel 2002). Circumstantial evidence that the passenger pigeon could have been an essential carrion source for the ABB includes sympatry in range, timing of breeding, and the optimum size of squabs. With an estimated total population size of 3 to 5 billion, there were once as many passenger pigeons within the approximate historic range of the ABB as there are numbers of birds of all species overwintering in the United States today (Ellsworth and McComb 2003). Wild turkeys also disappeared from many eastern forests. Simultaneously, the removal of top-level carnivores such as the gray wolf and eastern cougar, as well as land use changes that fragmented native forests and grasslands, creating more edge habitats, resulted in meso-carnivores becoming more abundant. These mid-sized carnivores prey on small mammals and birds and directly compete with burying beetles by scavenging for carrion. Except on some off-shore islands, where many mainland mammal species are absent and the ring-necked pheasant has become naturalized following its introduction in the 1890s (Bent 1932), vertebrate competition for carrion is now likely to be much greater than in historical times.

In the southeastern United States, the red-imported fire ant has extended its range in the southeastern and south central United States, and this aggressive and communal species is having a significant effect on the ecology of animal communities where it occurs. According to United States Department of Agriculture-Animal Protection Health Inspection Service (USDA-APHIS) (Imported Fire Ants: An Agricultural Pest and Human Health Hazard, 2003), the red-imported fire ant was introduced into Mobile, Alabama, in the 1930s and has since spread to 14 States and Commonwealths (see Appendix B). Carlton in litt. (1996) notes that within infested counties fire ants are not evenly distributed; rather, they tend to be more numerous in open, disturbed habitats. Mature oak-hickory and pine forests (in Ouachita and Nevada counties in Arkansas, for example) and mixed, mesophytic beech-magnolia forests along the Gulf Coast of Louisiana likely have relatively low densities of fire ants.

Ecosystem conditions at the State level
Oklahoma and Nebraska support the highest proportion of extant occurrences of the ABB, with Arkansas supporting the next largest concentration. As stated above, the highest concentration of ABBs in Oklahoma is at Camp Gruber. Camp Gruber comprises 32,000 acres of cross-timber habitat, where oak-hickory forest meets the tallgrass prairie, forming a mosaic of prairie and wooded patches. This ecosystem has been and continues to be maintained through fire resulting from military live-fire training, wildfires, and prescribed burning.

FWS005050

Two other large, federally managed areas supporting the ABB in Oklahoma include the MCAAP and Ouachita NF. The Oklahoma portion of the Ouachita NF consists of oak-pine-hickory forest type (USDA 2005), where management for pine-bluestem habitat is considered highly suitable for both the red-cockaded woodpecker and the ABB (DeBano et al. 1998, Wright and Bailey 1982). Although the Ouachita NF has been managing lands for pine-bluestem habitat in Arkansas for several years, in Oklahoma management for this habitat type is just beginning. A large portion of the forested habitat in Oklahoma has a denser basal area than that which occurred prior to European settlement and before the suppression of fire. In response, the Ouachita NF in both Oklahoma and Arkansas has a prescribed fire program and a timber-harvesting program aimed at restoring the native basal area and specific management actions for pine-bluestem areas.

In general, forested habitats in eastern Oklahoma and western Arkansas have changed since pre-European times due to fire suppression, resulting in an increase in basal area (more trees per acre) and a decrease in the species richness and abundance of small mammals (DeBano et al. 1998, Wright and Bailey 1982). Fire suppression is also altering prairie habitats in Oklahoma (Collins and Wallace 1990) by allowing encroachment of woody species, particularly eastern red cedar. Other activities resulting in alteration of the ecosystem in Oklahoma include conversion of grassland/prairie habitats to aquatic and agricultural habitat (cropland and improved pasture), numerous man-made lakes, gas production, and development.

In Nebraska, the ABB is found in two discrete areas. One is a moderate-to-high density occurrence (> 500 individuals) in the south-central part of the State known as the Loess Hills (Bedick et al. 1999, Peyton 2003). The other geographically larger but lower density population occurs in the Sand Hills of north-central Nebraska. Habitats where ABBs currently occur in Nebraska consist of grassland prairie, forest edge, open woodlands with grasslands, and scrubland. No strong correlation with soil type or land use has been identified for the species in Nebraska (Bishop et al. 2002, Bishop and Hoback, unpubl. data). No ABBs have been observed in apparent suitable habitat in counties that would connect the two Nebraska populations. Areas where the ABB occurs in Nebraska and South Dakota generally have low human population densities, minimal night-time artificial lights, and are primarily used for grazing of beef cattle and some agriculture (Bedick et al. 1999; D. Backlund, pers. comm.). The condition of the grassland ecosystem that supports the ABB in Nebraska and South Dakota varies with the intensity of grazing, water withdrawal rates, and tilling for agriculture. Native prairie grass species, such as little bluestem, occur in many areas, but introduced weedy brome species are found in areas of overgrazing (Bedick et al. 1999). Eastern red cedars are invading into both Nebraska and South Dakota; Walker and Hoback (2007) attribute the expansion of cedar into Nebraska grasslands to fire suppression and improper land management.

In Kansas, the ABB is locally found in the southeastern part of the State in the physiographic region known as the Chautauqua Hills. Much of the area occupied by the ABB is privately owned native grass pasture and scattered woodlands of blackjack oak (*Quercus marilandica*) (Miller and MacDonald 1997). No ABB surveys or habitat assessments have been conducted there since 2001 (USFWS, unpubl. data).

FWS005051

In Texas, the ABB is restricted to Camp Maxey in Lamar County. Recent efforts to re-confirm the presence of the ABB on private property in Red River County were unsuccessful. At Camp Maxey, plant communities are described as post-oak black hickory woodlands, shortleaf pine forest, savanna, little bluestem-Indian grasslands, and water oak-willow oak riparian forest (TMS 2006).

In Rhode Island, the only extant occurrence of the ABB is on Block Island, about 14 miles south of the Rhode Island coast. The 6,000+-acre island is primarily privately owned, but about one-third is in private, State, and Federal conservation ownership, while another third is considered developed in rural residential with roads and facilities consistent with a tourist-based economy. The island, once forested, was cleared in the 1700s by European settlers (Livermore 1877 *in* USFWS 1991). Present habitats include moraine grasslands, freshwater ponds and wetlands, shrub thickets, sand dunes, and beaches. Land values are extremely high, consistent with other Atlantic beach resort locales, but due to local zoning, very little additional land is developable. The "ecosystem" that supports the ABB on Block Island is generally conservation lands comprised of fields, meadows, and grasslands. From a faunal perspective, the most important vertebrate is likely the ring-necked pheasant, and there are very few vertebrate species that compete with the beetle for carrion.

### 2.3.2    Five-factor analysis

Sikes and Raithel (2002) published a review of the hypotheses that attempt to answer the question, "What caused the decline of the ABB?" That review addresses the possible factors that contributed to the disappearance of the species from about 90 percent of its historic range, including DDT/pesticide use, artificial lighting, species-specific pathogens, habitat loss and fragmentation, vertebrate competition, loss of ideal carrion, and congener competition; the primary factors that continue to contribute to the species' biological status are discussed below. In addition to previously identified factors, Warriner 2004, Hoback *in* Amaral et al. (eds) 2005, and others have suggested that introduction of invasive species may have affected the viability of ABB populations, with concerns focused on the red-imported fire ant and eastern red cedar. General concerns have also been raised about the effects of global climate change and the potential for epizootic disease.

### 2.3.2.1    Factor A. Present or threatened destruction, modification, or curtailment of its habitat or range:

The ABB was once widespread across most of eastern North America but is currently restricted to the easternmost and western portions of its historic range. Since listing, the body of scientific literature confirming the adverse effects of habitat modification and fragmentation on burying beetle abundance, diversity, and success has been growing (e.g., Trumbo and Bloch 2000, Sikes and Raithel 2002, Wolf and Gibbs 2005, Schnell et al. 2006a). Habitat-related threats and conservation measures across the current range of the ABB are described below.

FWS005052

In Oklahoma, fire suppression has altered forested and prairie habitats in Oklahoma (Collins and Wallace 1990). Lack of fire allows encroachment by woody species, particularly eastern red cedar; although red cedar is native to eastern Oklahoma, it is expanding its range into areas that were, until recently, open grasslands. Other factors that have altered the eastern Oklahoma ecosystem include the conversion of grassland/prairie habitats to aquatic and agricultural habitat (cropland and improved pasture). Numerous man-made lakes have been created in Oklahoma: there are more than one million surface acres of water in these lakes statewide. Large areas of native habitats have also been converted to agriculture. Oklahoma ranks fourth in the nation in the production of wheat, fourth in cattle and calf production, fifth in pecans, sixth in peanuts, and eighth in peaches (State of Oklahoma 2007). Conversion of native forest and prairie habitats to agriculture results in direct loss of ABB habitat and causes fragmentation of remaining intact native habitats.

Oklahoma is also the third largest gas-producing State in the nation. Thousands of acres of habitat are affected by pipelines, access roads, drill pads, and other facilities associated with petroleum and natural gas drilling, development, and transportation. Based on the Oklahoma Corporation Commission's petroleum data from 1992 to 2002, an average of 433 new wells were drilled per year in eastern Oklahoma. In addition, approximately 4,545 acres of land are disturbed annually from new pipelines in Oklahoma (USFWS [Tulsa] Biol. Op. 2005) and this number is increasing.

The USFWS Oklahoma Field Office consulted on approximately 1,562 proposed actions in fiscal year (FY) 2003 and 1,320 proposed actions in FY 2004. Of those, 785 (51 percent) and 591 (45 percent), respectively, were projects proposed for implementation in the 34 counties where the ABB is known or suspected to occur. Project types evaluated included construction of pipelines, roads, communication towers, residential housing development, bridges, mining, petroleum production, commercial development, recreational development, transmission lines, and water and wastewater treatment facilities.

Land in Oklahoma is 97 percent privately owned, and surveys have confirmed that there are many ABB occurrences on private land. The most prominent example is the Weyerhaeuser HCP area, where alteration of forested habitats that once supported the ABB is likely to have contributed to the decline of the area's ABB population. In Lomolino and Creighton's (1996) study of three *Nicrophorus* species in this area, all exhibited highly significant avoidance of clearcuts, and the ABB exhibited a strong preference for mature forests. The mature forest component of habitat in the Weyerhaeuser HCP area has been steadily reduced during the past 10 years through harvest and ice storm damage. At the same time, fire ants appear to have increased concomitant to the opening of forest canopy and new road construction.

In response to management and conservation needs, Weyerhaeuser Timber Company developed an HCP for the ABB, which the USFWS approved in 1996. The Weyerhaeuser HCP is valid for 35 years and identifies the following as foreseeable activities likely to be implemented by Weyerhaeuser over the period: 28,000 acres

FWS005053

28

(average of 800 acres per year) of forest will potentially be harvested; 16 ponds constructed; 10 or fewer food plots planted; the Environmental Protection Agency-approved application of pesticides for control of pales weevil damage to planted pine seedlings; ROW vegetation control; 2 miles of road construction; 20 acres of mineral, oil, or gas exploration; and no more than 600 acres of cattle grazing. From 1997 to 2007, Weyerhaeuser lands were surveyed for the ABB annually, and habitat sampling was conducted to determine effects from timber management on ABBs. Over that time, numbers declined steadily from 106 in 1997 to 0 in 2005-2007; although no ABBs have been caught since 2005, additional research is needed to fully understand the relationship between forest management and ABB population dynamics at this site.

The highest concentrations of ABBs in Oklahoma occur on publicly owned lands, notably Camp Gruber and Cherokee WMA; ABBs are also known from MCAAP and TNC's Tallgrass Prairie. In general, these lands are managed compatibly with ABB presence. Two large land areas near TNC Tallgrass Prairie are enrolled in the Bureau of Land Management's program for maintaining wild horses taken from Federal land in the West. At least one more wild horse facility is proposed in this same general area. These facilities, depending on stocking rates, could be incompatible with habitat maintenance for small birds and mammals.

Fire suppression and improper land management, such as cattle overgrazing, appear to be associated with the advance of eastern red cedar into traditional grassland habitats such as the Loess Canyons of southeastern Lincoln County, Nebraska, an area that supports a large ABB population (Walker and Hoback 2007). Red cedar has encroached on more than 30 percent of the Loess Canyons area in the past 3 decades and is increasing at a rate of 2 percent per year. Walker and Hoback (2007) found that red cedar encroachment reduces the numbers of most silphid species present and degrades the habitat for burying beetles by limiting their ability to forage for carrion. Elsewhere in Nebraska, expanding residential development and associated light population of the night-time sky is cause for concern (Ratcliffe 1996, W. Hoback, pers. comm.); residential sprawl in the Loess Hills region near the City of North Platte is an instance of this. An expected increase in the demand for corn may result in rangelands that now support the ABB being converted from grassland to row-crops, a condition inimical to the species. In addition to the degradation of ABB habitat associated with tilling of grassland and prairie, row-crop agriculture may also include pesticide spraying, e.g., for grasshopper control, which may have more direct harmful effects on the ABB. (These same threats are applicable to the ABB for all Great Plains States, not just Nebraska.) The majority of ABB records in Nebraska are from private lands and public rights-of-way (ROW). The ABB is also found on four Federal properties, including the Valentine NWR, and on about nine State properties, including several WMA. If unchecked, the invasion of red cedar could reduce the carrying capacity of the ABB by 50 percent in portions of Nebraska (W. Hoback *in* Amaral et al. [eds] 2005).

Conservation efforts for the ABB in Nebraska have taken several forms. Survey efforts have been conducted through section 7 consultations with other Federal agencies. A Memorandum of Agreement between the Burlington Northern Santa Fe Railway

FWS005054

Company (BNSF) and the Sand Hills Task Force (STF) has been established, where funds contributed to the STF will provide for restoration and/or protection of habitat for the ABB, offsetting adverse effects to the species. A Cooperative Agreement between the USFWS, Nebraska Game and Parks Commission (NGPC), Federal Highway Administration, and Nebraska Department of Roads (NDOR) is in development due to the volume of transportation projects that have the potential to adversely affect the species and to conflicts that arise during the highway construction/maintenance season. This group hopes to work cooperatively toward achieving more research and conservation of habitat for the species. In 2007, NDOR provided ABB research funding to Dr. Wyatt Hoback at the University of Nebraska at Kearney; Dr. Hoback has also received section 6 grants for ABB research. NGPC is administering a five-year Landowner Incentive Program grant for a private landowner in Lincoln County to remove eastern red cedars on 79 acres of Loess Canyon Rangeland and minimize grazing regimes, which will benefit ABB habitat conservation, albeit it is uncertain whether this effort will continue beyond the five-year time frame.

In Arkansas, the primary habitat for the ABB is on Fort Chaffee, which provides opportunities for both protection and management. Increases in training activity at Fort Chaffee pose a risk of reducing the quality and/or quantity of ABB habitat on the installation, but these threats should be addressed in the conservation plan currently being developed by the installation in consultation with the USFWS. Although habitat conditions are thought to be stable or improving on federal lands with ABB populations in Arkansas, these habitats require ongoing management. Programmatic biological opinions address impacts on federal lands managed by the U.S. Forest Service, Department of Defense, Federal Highway Administration, and Bureau of Land Management. Areas bordering federally- and State-managed lands and in outlying areas in the five-county area of occurrence have been degraded by ongoing overgrazing, urbanization, oil and gas development, and silvicultural activities.

In Kansas, all known occurrences of the ABB occur on private land. The USFWS lacks reliable data to indicate whether the habitat base is stable within the four-county area of occurrence. Land use within this area has fragmented the landscape, with much agricultural as well as commercial and residential development interspersed within native habitats. This region of Kansas is also currently the subject of considerable speculation for potential development by the energy industry, including oil and gas, coal-bed methane, ethanol production (which requires more land for growing corn), and wind power. At least one large property in the region has been enrolled in the Bureau of Land Management's program for maintaining wild horses taken from federal land in the West, which, depending on stocking rates, could be incompatible with habitat maintenance for small birds and mammals. Expansion of eastern red cedar continues to impact native grasslands here as in other areas of the Midwest.

There is no apparent upward or downward trend in the extent or quality of habitat available to the ABB in South Dakota. This and ABB capture data for the past 10 years suggest a stable condition for the species centered in southern Tripp County. There is, however, an increasing demand for rural water system development, which could lead to

FWS005055

increased residential development in the future.  Most landowners in South Dakota remove cedars to keep the land open for grazing (C. Bessken, USFWS, unpubl. data).

Virtually all known ABB habitat in Texas is located within Camp Maxey, which operates under a final Integrated Natural Resource Management Plan (INRMP) that provides for both carrying out the military training mission and protection of natural resources.  The INRMP addresses fire and invasive species management and monitoring of the ABB population there.

The availability of habitat for the ABB on Block Island in Rhode Island is stable.  Modest losses of habitat to residential development have been at least partially offset by additions to the conservation land base for the island and conversion of low quality habitat (*Mryca*-dominated shrub thickets) to higher quality habitat (grass- and forb-dominated meadows).

Overall, the habitat-related factors under Factor A continue to affect the species within its current range.  A number of areas occupied by ABB are on public lands and are being managed with habitat conservation as an objective.  Habitat on private lands remains subject to land use changes and incompatible land management, although in some areas, e.g., South Dakota, habitat conditions appear to be stable.  Although habitat availability based on vegetation and soil characteristics does not appear to be limiting, available habitat may be substantially reduced if animal assemblages essential for ABB are taken into account.  Range curtailment, a primary reason for the original listing, has been somewhat offset by a broader distribution of ABB in the western portion of its range, albeit this is attributable to better knowledge rather than to repatriation of previously unoccupied habitat, and the species remains extirpated throughout most of its historic range.

### 2.3.2.2   Factor B. Overutilization for commercial, recreational, scientific, or educational purposes:

The removal of small numbers of ABB from the wild has been authorized for reintroduction efforts and in order to conduct research on different aspects of the species' life history.  Beetles removed from the wild and bred in captivity in order to obtain larger sample sizes to meet scientific standards for study design have not affected the viability of the species, as they were derived from source populations such as Fort Chaffee and Block Island, where annual monitoring confirms robust populations.  In addition, on Block Island, ABBs are generally removed only in the form of a few culled larvae from broods of >10 which have been established through carrion provisioning of captured wild adults.  A small percentage of ABBs (1 to 5 percent) captured in pitfall traps during surveys for population monitoring or for presence/absence determinations sometimes die from heat stress, ants, drowning, and unknown causes.  This mortality is not known to have affected the viability of any ABB population.

Overutilization for commercial, recreational, scientific, or educational purposes was not identified as a threat to the species at the time of listing in 1989, and it is not considered a threat to the species' continued existence today.

FWS005056

### 2.3.2.3   Factor C.  Disease or predation:

Although disease is not known to be a factor in the decline of the ABB, it must be noted that the science of insect diseases is in its infancy.  A species-specific pathogen affecting *N. americanus* and not other species within the genus would explain the present ABB distribution, which is characterized by peripheral, widely separated occurrences and no extant populations at the core of its range.  Further, Sikes and Raithel (2002) noted a phylogenetic analysis by Peck and Anderson (1985), which reported that *N. americanus* was phenotypically and evolutionarily distant from New World *Nicrophorus* groups, indicating potential susceptibility to a pathogen that would not affect sympatric congeners.  However, no empirical evidence has become available to verify that a species-specific pathogen was responsible for gaps in the range of the species.

Direct predation is not believed to be an important mortality factor for the ABB, but ABBs captured in pitfall traps are killed by ants (*Lasius* sp. and *S. invicta*).  More importantly, vertebrate predators have the potential to compromise the persistence of ABB occurrences by impacting the carrion resources upon which the ABB depends.  For example, feral cats on Block Island may be a potential predator of ring-necked pheasants, which have become naturalized on the island and are believed to be a primary carrion source for the ABB on the island (Sikes and Raithel 2002).

In sum, Factor C involves a high degree of uncertainty regarding the role of disease in both past declines and projected extinction risks.  It is clearer that the role of predation as it relates to competition for carrion resources affects at least some extant populations.

### 2.3.2.4   Factor D.  Inadequacy of existing regulatory mechanisms:

The ABB is capable of moving considerable distances across the landscape (e.g., 1 km per night) in search of carrion for both food and reproduction.  This characteristic, along with the practical reality that they must be lured into traps to determine presence, makes it difficult to accurately define and delineate ABB essential habitat in need of protection.  Except in specific areas (for instance, southern Block Island, Tripp County, Fort Chaffee, and Camp Gruber), it is difficult to clearly distinguish between an area that constitutes ABB habitat and a nearby area that does not.  Therefore, in many situations it is difficult to apply the protective provisions under sections 7 and 9 of the ESA, because the use of baited pitfall traps may successfully capture beetles in locations where it is simply transient or present only opportunistically due to the carrion provided in the trap.  As such, it is not that the regulatory mechanisms of the ESA and or State laws patterned on the Federal statute are inadequate; rather, it is that the species' unique life history and ecology make the implementation of available protective measures to perpetuate the essential features of ABB habitat particularly challenging.  Finding a uniform approach that utilizes regulatory mechanisms and/or incentives to adequately protect essential habitats while de-emphasizing habitat protection where ABBs occur only at very low densities is among the biggest obstacles to advancing ABB recovery.  Simply put, the ecology of this species requires landscape-level conservation rather than a perpetual attempt to protect specific ABB occurrences in response to smaller-scale project reviews.

FWS005057

The ABB is State-listed in only half the States where it is extant (Nebraska, Oklahoma, and Kansas) and in two States (Massachusetts and Ohio) where reintroductions are being attempted. It is not State-listed in Rhode Island, Arkansas (special concern only), South Dakota, or Texas. Currently, there is no protection under State law for the habitat supporting the ABB in Arkansas, South Dakota (D. Backlund in litt. 2007), or on private land in Rhode Island.

Despite the problematic aspects of implementing regulatory protections for the species, laws and regulations provide an important safeguard for the ABB in lieu of landscape-level conservation measures. At the current time, regulatory protection is provided primarily through the ESA, the removal of which could leave local populations more vulnerable to population- and/or habitat-related impacts through the species' current range.

### 2.3.2.5 Factor E. Other natural or manmade factors affecting its continued existence:

Competition for carcasses by scavengers is thought to be an important factor in the decline of ABB (USFWS 1991, Sikes and Raithel 2002). Matthews (1995) experimentally placed 64 carcasses in various habitats in Oklahoma where *N. americanus* and *N. orbicollis* had been previously documented, then tracked the organisms that scavenged them. Eighty-three percent of the carcasses were consumed by ants, flies, and vertebrate scavengers; about 11 percent were claimed by *N. orbicollis,* and *N. americanus* buried only one. This demonstrated that even in a location where ABB is considered locally abundant (see H. Dikeman's estimate in Amaral et al. [eds] 2005), competition for carrion can be a limiting factor. Further, Pukowski (1933) and Matthews (1995) suggest that *N. americanus* may frequently be unwilling to bury a carcass unless a suitable mate is found at the same time. Therefore, exploiting a reproductive opportunity depends on the concurrent availability of both suitable carrion and a mate, and on being able to inter the carcass before it is lost to competitors. Essentially, optimal size carrion for the ABB is now not only much rarer but there is also more competition for it (see Sikes and Raithel 2002).

Warriner (2004) noted that one factor in the decline of the ABB not considered by Sikes and Raithel (2002) is introduction of exotic invasive species. Warriner reported that one of the State WMA he surveyed "and southern Arkansas in general has been invaded by the red-imported fire ant." The red-imported fire ant was introduced into the southeastern United States in the 1930s at Mobile, Alabama (Lennartz 1973 *in* Warriner 2004) and has subsequently spread throughout the Southeast (Calcott and Collins 1996 *in* Warriner 2004). These ants now infest all or part of Alabama, Arkansas, California, Florida, Georgia, Louisiana, Mississippi, New Mexico, North Carolina, Oklahoma, Puerto Rico, South Carolina, Tennessee, and Texas (USDA 2003). In 1996, an estimated 291 million acres in the southeastern United States were infested or partially infested with non-native fire ants.

FWS005058

The red-imported fire ant has become a formidable competitor for carrion and a potential source of mortality for *Nicrophorus* beetles when they co-occur at a food source (Warriner 2004, Godwin and Minich 2005). The diet of foraging worker ants consists of dead animals, including insects, earthworms, and vertebrates (Collins and Scheffrahn 2005). Warriner noted that insects in traps he set for *Nicrophorus* burying beetles that were discovered by fire ants were generally dead, and Vinson and Sorenson (1986) *in* Collins and Scheffrahn (2005) noted that red-imported fire ants may reduce ground-nesting populations of rodents and birds and, in some instances, may completely eliminate ground-nesting species from a given area.

The spread of the red-imported fire ant into many habitats in the southeastern United States will make restoration and recovery of ABB populations there difficult. Furthermore, fire ants are likely to continue to extend their range north as a result of a warming climate and human-induced habitat fragmentation and the unintentional movement of ants in shipments of horticultural products and other materials from infested areas into uninfested areas. As a result, habitats that are now supporting ABB populations may be adversely affected in the future.

Weather extremes, such as droughts, wildfires, hurricanes, and ice storms, may affect the viability of existing populations; their effect in reducing carrying capacity of different populations is estimated in Amaral et al. (eds) (2005). Robust populations, such as those at Fort Chaffee and Camp Gruber and in central Nebraska are believed to be resilient to the effects of stochastic weather events. Although the potential effects of global climate change, including frequency of extreme weather events, have not been assessed, there is some possibility that, in addition to allowing northward movement of fire ants, climate change could exacerbate other factors such as habitat and disease.

## 2.4  Synthesis

At the time of listing, only two highly disjunct populations of a formerly widespread species were known to be extant. Since then, numerous searches and presence/absence surveys have resulted in the discovery of additional ABB occurrences in Oklahoma, Nebraska, Arkansas, Texas, Kansas, and South Dakota. The species is now known to occur in five of the nine eco-regions where it was once found west of the Mississippi and in one of seven eco-regions east of the Mississippi; about four eco-regions support ABB populations estimated at >1,000 individuals. Based on extinction modeling by K. Holzer, Amaral et al. (eds) (2005) surmised that populations of this size have the potential to remain demographically viable over the long term in the absence of severe catastrophic events or reductions in carrying capacity through reduced carcass availability, habitat loss, or fragmentation. The question, then, is whether and to what extent the threats to the species described in the five-factor analysis reduce the likelihood of long-term population viability.

Recent studies have reinforced the longstanding hypothesis that reduction in carrion availability due to land use changes and increased competition was the overriding cause of the species' decline; the distribution pattern of remaining populations also points to disease as a possible contributing factor, although this remains purely theoretical. Habitat changes and competition

FWS005059

for limited carrion resources, primary factors in the species' listing as endangered, continue to affect extant ABB populations across their current range.

Although several ABB populations occur on public lands or private conservation organization properties, most of the protected lands supporting ABB require ongoing management to ensure the species' continued presence. Elsewhere in the range (Nebraska, South Dakota, and Kansas), the species occurs almost exclusively on private land. The species thus receives varying levels of habitat protection across its current range. Given the ephemeral availability of carrion for ABB reproduction, it is unlikely that populations isolated by habitat fragmentation will be self-sustaining over the long term. Habitat fragmentation remains a risk across much of the species' current range, particularly because habitat conservation at the landscape level has not been initiated. In addition, little is known about ABB population size and trends in much of the species' current range, making it difficult to design appropriate habitat conservation strategies.

In addition to ongoing concerns about habitat fragmentation, reductions in carrion availability, and increasing competition for carcasses, newly identified threats of invasive plants (red cedar) and animals (red-imported fire ants) are growing problems in the portion of the range where all except one of the natural populations occur. Further, disease and effects of climate change on the species have not been ruled out as concerns. These types of factors pose risks irrespective of land protection measures.

Threats to extant populations are a heightened concern because although husbandry and captive rearing methods for the species are now reasonably well-established (A. Kozol in litt. 1990, Perrotti 2005), efforts to reintroduce populations through the release of captive-reared or wild translocated beetles have met with mixed results. Of the three reintroduction efforts to date, the Penikese Island effort failed, the ongoing reintroduction in southeastern Ohio has demonstrated few signs of success, and the ongoing Nantucket Island reintroduction will require several more years of post-release monitoring to determine population persistence. Thus, at the current time the long-term viability of the species appears to be contingent on the persistence of naturally occurring populations, and these populations appear to be at some level of risk throughout the current range of the species.

In addition to population resiliency, the ABB recovery plan clearly treats distribution as a central consideration in the species' status as shown by both its interim and reclassification objectives. Conserving a representative distribution of a formerly widespread species allows for redundancy, an essential hedge against catastrophic losses or reduced carrying capacity in portions of the range. The plan's interim objective of eliminating the risk of immediate extinction has been met. The reclassification objective is based on demonstrating that the risk of extinction is no longer probable, and the criteria for this objective focus on the re-establishment of a representative distribution of the species in all four geographic portions of its former range. Although the Midwest geographic recovery area has met the conditions for reclassification, efforts to locate extant populations in the Southeast, Great Lakes, and Northeast recovery areas have been unsuccessful, and, as noted above, it is not yet known whether reintroduced populations can be successfully established.

FWS005060

Overall, information available for this review leads us to conclude that threats to the species have not been abated sufficiently to show that the ABB is no longer in danger of extinction. Although the demographic outlook for the species is brighter than thought at the time of listing, extant ABB populations vary in level of protection, there is little understanding of population trends and biological limiting factors for most populations, and most if not all populations continue to be exposed to the factors that led to listing as well as factors that have come to light since then. Further, although the threats to the species vary in scope and severity, for the most part they may be difficult to reverse, and population viability appears to be reliant to some degree upon continuing habitat management and/or provision of carrion.

It should be noted that this review neither supersedes nor nullifies the approved reclassification criteria for the species. When the recovery plan is revised, reclassification (and delisting) criteria can be reconsidered in view of the marked differences in abundance and distribution between the eastern and western portions of the species' range and in view of the threats that continue to face extant populations. Based on the information available at this time, we find that the ABB remains endangered throughout its current range and thus meets the ESA definition of endangered, i.e., a species that is in danger of extinction throughout all or a significant portion of its range. Given our conclusion that the species is endangered throughout its range, a "significant portion of the range" analysis is moot at this time.

## 3.0    RESULTS

### 3.1    Recommended Classification

Retain as endangered.

Even with the discovery of additional ABB populations, the species remains extirpated from about 90 percent of its historic range, and there is a significant disparity in distribution between the eastern and western portions. Population trend information is available for only the small number of populations that have been monitored annually over the past 10+ years. The biological and ecological factors that are sustaining ABB populations in different locations within the species' range and the threats to those factors remain poorly understood for most occurrences.

### 3.2    Recommended Recovery Priority Number

Retain as 5c.

Recovery potential is limited by the low rate of reintroduction efforts and success and by the difficulty of abating threats related to availability of carrion resources.

### 3.3    Listing and Reclassification Priority Number

Not applicable

FWS005061

## 4.0 RECOMMENDATIONS FOR FUTURE ACTIONS:

1. Revise the recovery plan, to include:

    a. updating all the new species biology, ecology and distribution information that has become available since listing,

    b. setting a goal to return the ABB to a distribution within its historic range that is based on the use of physiographic, eco-regional provinces rather than State boundaries and that embraces the conservation biology principles of representation, resiliency, and redundancy,

    c. setting reclassification and delisting criteria that address the five listing factors,

    d. providing clear recommendations and direction to the *ex situ* community as to how the American Zoological Association can best serve the recovery program for this species, and

    e. taking into consideration the conservation of genetic material within populations and the need for connectivity between populations.

2. Investigate declining ABB populations, such as the Weyerhaeuser HCP Area, to better understand the relationship and correlation with forest stand conversion (timber harvest), road construction, and ice storm damage with the increase of the red-imported fire ant and the concurrent decline of the ABB.

3. Standardize survey protocol methodology so that trapping success rates and ABB density estimates are comparable across the species range.

4. Develop conservation strategies that emphasize the protection of essential features of large occupied habitats (minimally fragmented landscapes with abundant carrion species) and de-emphasize small scale, site specific project reviews.

5. Develop Programmatic Biological Opinions with Federal agencies where appropriate to address section 7 consultation regarding the ABB at the landscape level, rather than by individual projects. This will not only afford the ABB protection and minimization of take but can better aid in the long-term conservation of the ABB.

6. Encourage the development of Statewide or multi-county HCPs and Safe Harbor Agreements in States where there are many scattered ABB occurrences and more efficient methods are needed to address small incremental losses and/or fragmentation of habitat.

7. Seek opportunities to partner with the Natural Resource Conservation Service and large private landowners to enroll ABB habitat in the Conservation Reserve Program CRP program and to utilize other USDA and USFWS programs to restore or enhance ABB

FWS005062

habitat through native species management.

8.   Pursue long-term management and monitoring agreements with State and Federal agencies, and non-profit resource agencies, such as the U.S. Forest Service, Federal Highway Administration, National Park Service, Bureau of Land Management, National Guard Bureau, U.S. Army Corps of Engineers, and The Nature Conservancy, many of which have already demonstrated support for the recovery program. Emphasize the importance of establishing "sentinel" populations in each State or eco-regional province that shall be monitored annually.

9.   Conduct recovery coordination meetings every three years during which information can be shared on research, changes in status and protection efforts.

10.  Utilize the ABB PHVA (Amaral et al. [eds.] 2005), which provides the ranked research needs of the ABB, to guide implementation of research priorities for the ABB. Update research priority ranking as needed.

## 5.0    REFERENCES

Amaral, M. 1992. Conservation of the endangered ABB, *Nicrophorus americanus*. Proceedings of the Annual Conference of the American Association of Zoological Parks and Aquariums. 8 pp.

Amaral, M., Kozol, A., and French, T. 1997. Conservation status and reintroduction of the endangered American burying beetle. Northeastern Naturalist 4:121-132.

Amaral, M., Morgan, R., Davidson, C., Dikeman, H., Holzer, K., and Byers, O. (eds). 2005. American Burying Beetle (*Nicrophorus americanus*) Population and Habitat Viability Assessment: Final Report. IUCN/SSC Conservation Breeding Specialist Group, Apple Valley, MN. 77 pp.

Amaral, M. and Mostello, C. 2007. Reintroduction of the American burying beetle (*Nicrophorus americanus*) to Penikese Island, Massachusetts 1990-1993 and post-release monitoring through 2006. Abstract submitted to American burying beetle conference in Tahlequah, Oklahoma, May 2007.

Anderson, R.S. 1982. On the decreasing abundance of *Nicrophorus americanus* Olivier (Coleoptera: Silphidae) in eastern North America. The Coleopterists Bulletin 36:362-365.

Anderson, R.S. and Peck, S.B. 1985. The carrion beetles of Canada and Alaska, (Coleoptera: Silphidae and Agyrtidae). *In* The insects and arachnids of Canada, Part 13. Publication 1778, Research Branch Agriculture Canada. Canadian Govt. Publ. Center, Ottawa, Canada. 1-121 pp.

FWS005063

Backlund, D. and Marrone, G. 1995. Surveys for the endangered American burying beetle (*Nicrophorus americanus*) in Gregory, Tripp and Todd Counties, South Dakota. Final rep. to USFWS, Pierre, SD. 12 pp.

Backlund, D. and Marrone, G. 1997. New records of the endangered American burying beetle, *Nicrophorus americanus* Olivier, (Coleoptera: Silphidae) in South Dakota. The Coleopterists Bulletin 51:53-58.

Bedick, J.C., Ratcliffe, B. C., Hoback, W. W., and Higley, L. G. 1999. Distribution, ecology, and population dynamics of the American burying beetle [*Nicrophorus americanus* Olivier (Coleoptera, Silphidae)] in south-central Nebraska, USA. Journal of Insect Conservation 3:171-181.

Bedick, J.C., Ratcliffe, B.C., and Higley, L.G. 2004. A new sampling protocol for the Endangered American burying beetle, *Nicrophorus americanus* Olivier (Coleoptera: Silphidae). The Coleopterist Bull. 58(1):57-70.

Bent, A. C. 1932. Life Histories of North American Gallinaceous Birds. Dover Public., Inc. 490 pp.

Bishop, A.A., Hoback, W.W., Albrecht, M., and Skinner, K.M. 2002. GIS reveals niche partitioning by soil texture among carrion beetles. Transactions in GIS 6: 457-470.

Carlton, C.E. 1996. Electronic mail correspondence to Michael Amaral, USFWS, Concord, New Hampshire, regarding county by county American burying beetle surveys and fire ants in Arkansas. April 3, 1996. 2 pp.

Carlton, C.E. and Rothwein, F. 1998. The endangered American burying beetle, *Nicrophorus americanus* Olivier, at the edge of its range in Arkansas (Coleoptera: Silphidae). Coleopterists Bulletin 52:179-185.

Collins, L. and Scheffrahn, R. H. 2005. Featured creatures: Red-imported fire ant. University of Florida, Dept. of Entomology and Nematology. Publ. no. EENY-195.

Collins, S.L. and Wallace, L.L. 1990. Fire in North American Tallgrass Prairies. University of Oklahoma Press, Norman, Oklahoma. 175 pp.

Coyle, D.R. and Larsen, K.J. 1998. Carrion beetles (Coleoptera: Silphidae) of northeastern Iowa: A comparison of baits for sampling. Jour. Iowa Acad. Sci. 105(4):161-164.

Creighton, J.C., Vaughn, C.C., and Chapman, B.R. 1993. Habitat preferences of the endangered American burying Beetles *(Nicrophorus americanus)* in Oklahoma. The Southwestern Naturalist 38:275-306.

FWS005064

Creighton, J.C. and Schnell, G.D. 1998. Short-term movement patterns of the endangered American burying Beetles *Nicrophorus americanus*. Biological Conservation 86:281-287.

Davis, L.R., Jr. 1980. Notes on beetle distributions, with a discussion of *Nicrophorus americanus* Olivier and its abundance in collections (Coleoptera: Scarabaeidae, Lampyridae, and Silphidae). Coleopterists Bulletin 34:245-251.

Debano, L. F., Neary, D.G., and Folliott, P. F. 1998. Fire's Effects on Ecosystems. John Wiley & Sons, Inc., New York, New York. 333 pp.

Ellsworth J.W. and McComb, B.C. 2003. Potential effects of passenger pigeon flocks on the structure and composition of presettlement forests of eastern North America. Jour. Of Cons. Biol. 17(6):1548-1557.

Godwin, W.B. and Minich, V. 2005. Status of the American burying beetle, *Nicrophorus americanus* Olivier, (Coleoptera: Silphidae) at Camp Maxey, Lamar County, Texas. Interagency final rep. to Texas Army Natl. Guard. 19 pp.

Godwin, W.B. and Minich, V. 2006. Report on 2006 Surveys of American burying beetle, *Nicrophorus americanus* Olivier, (Coleoptera: Silphidae) at Camp Maxey, Lamar County, Texas. Interagency final rep. to Texas Army Natl. Guard. 16 pp.

Guarisco, H. 1996. Survey for the federally endangered American burying beetle (*Nicrophorus americanus*) in the Chautauqua Hills of southeastern Kansas. Kansas Biol. Survey, Unpubl. rep. Lawrence, Kansas. 15 pp.

Guarisco, H. 1997. Survey for the federally endangered American burying beetle (*Nicrophorus americanus*) in the Chautauqua Hills of southeastern Kansas during 1997. Kansas Biol. Survey, Unpubl. Rep. Lawrence, Kansas.

Guarisco, H. 1999. Survey for the federally endangered American burying beetle (*Nicrophorus americanus*) in the Chautauqua Hills of southeastern Kansas during 1999. Unpubl Rep. Guariscocorp Inc., Lawrence, KS.

Holloway, A.K. and Schnell, G. D. 1997. Relationship between numbers of the endangered American Burying beetle, *Nicrophorus americanus* Olivier (Coleoptera: Silphidae) and available food resources. Biological Conservation 81:145-152.

Kozol, A.J., Scott, M.P., and Traniello, J.F.A. 1988. The American burying beetle, *Nicrophorus americanus*: studies on the natural history of a declining species. Psyche 95: 167-176.

Kozol, A.J. 1990. The natural history and reproductive strategies of the American burying beetle, *Nicrophorus americanus*. U.S. Fish and Wildlife Service. Unpublished report, Hadley, MA.

FWS005065

Kozol, A.J. 1991. Annual monitoring of the American burying beetle on Block Island. The Nature Conservancy, 294 Washington Street, Boston, Massachusetts. Unpublished Report, Concord, NH.

Kozol, A.J., Traniello, J.F.A., and Williams, S.M. 1994. Genetic variation in the endangered burying beetle *Nicrophorus americanus* (Coleoptera: Silphidae). Annals of the Entomological Society of America 6:928-935.

Kozol, A.J. 1995. Ecology and population genetics of the endangered American burying beetle, *Nicrophorus americanus*. Dissertation, Boston University, Massachusetts.

Liechti, P.M., Freeman, C.C., Busby, W.H., and Lauver, C. 1998. A systematic survey for protected and rare species and the identification of riparian natural communities along the Solomon River in Kansas. Open file rep. 91. Kansas Biol. Survey. 59 pp.

Lingafelter, S.W. 1995. Diversity, habitat preference, and seasonality of Kansas carrion beetles (Coleoptera: Silphidae). Journal of the Kansas Entomological Society 68:214-223.

Lomolino, M.V., Creighton, J.C., Schnell, G.D., and Certain, D. L. 1995. Ecology and conservation of the endangered American burying beetles (*Nicrophorus americanus*). Conservation Biology 9:605-614.

Lomolino, M.V. and Creighton, J.C. 1996. Habitat selection, breeding success and conservation of the endangered American Burying beetle *Nicrophorus americanus*. Biological Conservation 77:235-241.

Marrone, G. 2006. American burying beetle monitoring Tripp County, South Dakota. Unpubl. Rep. Ft. Pierre, SD. 6 pp.

Matthews, C.Y. 1995. Interspecific competition between the burying beetles *Nicrophorus americanus* and *Nicrophorus orbicollis*. Ms. of science thesis, Univ. of Oklahoma, Norman. 32 pp.

McKenna-Foster, A., Maple, W. T., and Kennedy, R.S. 2006. American burying beetle (Nicrophorus americanus) survey and reintroduction on Nantucket 2006. Unpubl. Rep. to USFWS, Concord, New Hampshire. 9 pp.

Miller, J. and McDonald, L. 1997. Rediscovery of *Nicrophorus americanus* Olivier in Kansas. Coleopterists Bulletin 51:22.

Moseley, V.L. and Ganaway, D. 1995. A survey for the American burying beetle *Nicrophorus americanus* Olivier (Coleoptera: Silphidae) in northwest Louisiana. Dept. of Entomol., Louisiana State Univ.

FWS005066

Ohio State University. 2007. Ohio Conservation Plan, American burying beetle *Nicrophorus americanus.* Unpubl. rep. by the Ohio State University (author anonymous), Ohio Division of Wildlife and the US Fish and Wildlife Service. 14 pp.

Peck, S.B. and Anderson, R.S. 1985. Taxonomy, phylogeny and biography of the carrion beetles of Latin America (Coleoptera: Silphidae). Quaest. Entomol., 21:247-317.

Perrotti, L. 2005. American Burying Beetle Reproductive Data – Roger Williams Park Zoo, 1995-2005. Unpubl rep. to USFWS-Concord, New Hampshire.

Peyton, M.M. 1994. A report on the collection of 40 specimens of the endangered American burying beetle *(Nicrophorus americanus)* in the Upper Platte River Valley. U.S. Fish and Wildlife Service. Unpublished Report.

Peyton, M. 2003. Range and Population size of the American burying beetle (Coleoptera: Silphidae) in the dissected hills of south-central Nebraska. Great Plains Research Vol. 13, No.1, Spring 2003: pp. 127-38.

Pukowski, E. 1933. Okoloische untersuchungen an *Necrophorus* F. Z. Morphol. Okol. Tiere. 27: 518-586.

Raithel, C. J. 1996-2006. Monitoring and management of American burying beetles in Rhode Island. Section 6 Performance Reports, no. E-17-27 submitted to USFWS, Hadley, Massachusetts.

Raithel, C.J., Ginsberg, H.S., and Prospero, M. L. 2006. Population trends and flight behavior of the American burying beetle, Nicrophorus americanus (Coleoptera: Silphidae), on Block Island, Rhode Island. Jour. of Insect Conservation 10:317-322.

Ratcliffe, B.C. 1996. The carrion beetles (Coleoptera: Silphidae) of Nebraska. Bulletin of the University of Nebraska State Museum. Vol. 13, 100 pp.

Ratcliffe, B.C. and Jameson, M.L. 1992. New occurrences of American burying beetle (Coleoptera: Silphidae). Coleoptera Bulletin 46:421-425.

Schnell, G. D., Hiott, A.H., and Smyth, V. 2006a. American burying beetle survey at Fort Chaffee, Arkansas. Final rep. to Chaffee Maneuver Training Center. 29 pp.

Schnell, G. D., Hiott, A.H., and Smyth, V. 2006b. Evaluation of American burying beetles on the Weyerhaeuser Habitat Conservation Plan Area. Final rep. to C. Reynolds, Weyerhaeuser Company. 32 pp.

Schnell, G., Hiott, A.H., Creighton, J.C., Smyth, V.L., and Komendat, A. (2007). Factors affecting overwinter survival of the American burying beetle, *Nicrophorus americanus* (Coleoptera: Silphidae). Journal of Insect Conservation. *In press.*

Scott, M.P., Traniello, J.F.A., and Fetherston, I.A.  1987.  Competition for prey between ants and burying beetles (*Nicrophorus* spp.):  differences between northern and southern temperature sites.  Psyche 94:325-332.

Scott, M.P.  1998.  The ecology and behavior of burying beetles.  Annual Review Entomol. 43:595-618.

Sikes, D.S. and Raithel, R. J.  2002.  A review of hypotheses of decline of the endangered American burying beetle (Silphidae: *Nicrophorus americanus* Olivier).  Jour. of Insect conservation 6:103-113.

Smith, A. and Clifford, C.  2006.  Annual ABB Monitoring Report for Camp Gruber National Guard.  Unpublished.

State of Oklahoma. 2007.  Governor Brad Henry's website. http://www.gov.ok.gov/fast_facts.php

Szalanski, A.L., Sikes, D.S., Bischof, R., and Fritz, M.  2000.  Population genetics and phylogenetics of the endangered American burying beetle, *Nicrophorus americanus* (Coleoptera: Silphidae).  Annals of the Entomological Society of America 93:589-594.

Texas Military Forces (TMS).  2006.  Camp Maxey, Powderly, Texas, Lamar County.  Revised Integrated Natural Resources Management Plan Final Draft, October 2006.  Austin, Texas.

Trumbo, S.T. and Bloch, P.L.  2000.  Habitat fragmentation and burying beetle abundance and success.  Jour. of Insect Conservation 4(4):245-252.

U.S. Department of Agriculture-APHIS. 2003.  Imported Fire Ants: An agricultural pest and human health hazard.  March 2003 Fact Sheet.

U.S. Department of Agriculture-Ouachita National Forest.  2005.  Revised Land and Resource Management Plan-Ouachita National Forest Arkansas and Oklahoma.

U.S. Fish and Wildlife Service.  1991.  American Burying Beetle *Nicrophorus americanus* Recovery Plan.  Newton Corner, Massachusetts. 62 pp.

U.S. Fish and Wildlife Service.  2007.  American Burying Beetle Survey Database for Oklahoma.  Unpublished document.  Oklahoma Ecological Services Field Office.

Walker, T.L. and Hoback, W.W.  2007.  Effects of invasive eastern redcedar on capture rates of *Nicrophorus americanus* and other Silphidae. Entomol. Soc. of America 36(2): 297-307 (11).

FWS005068

Warriner , M.D. 2004. Survey for the American burying beetle (*Nicrophorus americanus*) On Arkansas Game and Fish Wildlife Management Areas (Coleoptera: Silphidae). Arkansas Nat. Heritage Comm. Unpubl rep. Little Rock, AR. 14 pp.

Wolf, J.M. and Gibbs, J.P. 2005. Silphids in urban forests: Diversity and function. Jour. Urban Ecosystems. 7(4)371-384.

Wright, Henry A. and Bailey, Arthur W. 1982. Fire Ecology, United States and Southern Canada. John Wiley & Sons, Inc., New York, New York. 501 pp.

**Links to ABB** (*Nicrophorus americanus)* **websites:**

1. http://ecos.fws.gov/speciesProfile/SpeciesReport.do?spcode=I028

2. http://www.dnr.ohio.gov/wildlife/Resources/projects/beetle/beetle.htm

3. http://www.fws.gov/southdakotafieldoffice/BEETLE.HTM

4. http://www.stlzoo.org/wildcareinstitute/americanburyingbeetlesinmi

5. http://www.texasento.net/ABB.htm

6. http://www.dnr.state.oh.us/wildlife/Resources/projects/beetle/beetle.htm

7. http://www.fws.gov/southwest/es/Oklahoma/beetle1.htm

8. http://www.digimorph.org/specimens/Nicrophorus_americanus/

9. http://www.ivyhall.district96.k12.il.us/4th/kkhp/1insects/amburyingbeetle

10. http://www.rogerwilliamsparkzoo.org/conservation/beetlerecovery.cfm

11. http://www.sdgfp.info/Wildlife/Diversity/ABB/ABB

12. http://collections2.eeb.uconn.edu/collections/insects/CTBnew/ctb.htm

13. http://collections2.eeb.uconn.edu/nicroweb/nicrophorus.htm

14. http://www.ucalgary.ca/~dsikes/sikes_lab

15. http://pie.midco.net/dougback/abb

16. http://www.fs.fed.us/colorimagemap/ecoreg1_divisions.html

**U.S. FISH AND WILDLIFE SERVICE FIVE-YEAR REVIEW**
Species: American burying beetle *(Nicrophorus americanus)*

**Current Classification:** Endangered

**Recommendation Resulting from the Five-Year Review:** No change

**Review Conducted by:** Michael Amaral, New England Field Office

**FIELD OFFICE APPROVAL:**

**New England Field Office Supervisor, U.S. Fish and Wildlife Service**

Approve _____ Date _____

**REGIONAL OFFICE APPROVAL:**

**Regional Director, U.S. Fish and Wildlife Service Region 5**

Approve _____ Date _____

**REGIONAL CONCURRENCE:**

ACTING **Regional Director, U.S. Fish and Wildlife Service Region 2**

Signature _____ Date *4.4.03*

**Regional Director, U.S. Fish and Wildlife Service Region 3**

Signature _____ Date _____

**Regional Director, U.S. Fish and Wildlife Service Region 4**

Signature _____ Date _____

**Regional Director, U.S. Fish and Wildlife Service Region 6**

Signature _____ Date _____

FWS005070

## U.S. FISH AND WILDLIFE SERVICE FIVE-YEAR REVIEW
Species:  American burying beetle *(Nicrophorus americanus)*

**Current Classification:**  Endangered

**Recommendation Resulting from the Five-Year Review:**  No change

**Review Conducted by:**  Michael Amaral, New England Field Office

### FIELD OFFICE APPROVAL:

**New England Field Office Supervisor, U.S. Fish and Wildlife Service**

Approve _____    Date _____

### REGIONAL OFFICE APPROVAL:

**Regional Director, U.S. Fish and Wildlife Service Region 5**

Approve _____    Date _____

### REGIONAL CONCURRENCE:

**Regional Director, U.S. Fish and Wildlife Service Region 2**

Signature _____    Date _____

**Assistant Regional Director, Ecological Services, U.S. Fish and Wildlife Service Region 3**

Signature *Lynn M Lewis* _____    Date *4/18/08*

**Regional Director, U.S. Fish and Wildlife Service Region 4**

Signature _____    Date _____

**Regional Director, U.S. Fish and Wildlife Service Region 6**

Signature _____    Date _____

FWS005071

## U.S. FISH AND WILDLIFE SERVICE FIVE-YEAR REVIEW
Species:  American burying beetle  *(Nicrophorus americanus)*

**Current Classification:**  Endangered

**Recommendation Resulting from the Five-Year Review:**  No change

**Review Conducted by:**  Michael Amaral, New England Field Office

**FIELD OFFICE APPROVAL:**

**New England Field Office Supervisor, U.S. Fish and Wildlife Service**

Approve _____    Date _____

**REGIONAL OFFICE APPROVAL:**

**Regional Director, U.S. Fish and Wildlife Service Region 5**

Approve _____    Date _____

**REGIONAL CONCURRENCE:**

**Regional Director, U.S. Fish and Wildlife Service Region 2**

Signature _____    Date _____

**Regional Director, U.S. Fish and Wildlife Service Region 3**

Signature _____    Date _____

**Regional Director, U.S. Fish and Wildlife Service Region 4**

Signature _Noreen E. Walsh_____    Date _1/8/08_

**Regional Director, U.S. Fish and Wildlife Service Region 6**

Signature _____    Date _____

FWS005072

## U.S. FISH AND WILDLIFE SERVICE FIVE-YEAR REVIEW
Species:  American burying beetle *(Nicrophorus americanus)*

**Current Classification:** Endangered

**Recommendation Resulting from the Five-Year Review:** No change

**Review Conducted by:** Michael Amaral, New England Field Office

**FIELD OFFICE APPROVAL:**

**New England Field Office Supervisor, U.S. Fish and Wildlife Service**

Approve _____ Date _____

**REGIONAL OFFICE APPROVAL:**

**Regional Director, U.S. Fish and Wildlife Service Region 5**

Approve _____ Date _____

**REGIONAL CONCURRENCE:**

**Regional Director, U.S. Fish and Wildlife Service Region 2**

Signature _____ Date _____

**Regional Director, U.S. Fish and Wildlife Service Region 3**

Signature _____ Date _____

**Regional Director, U.S. Fish and Wildlife Service Region 4**

Signature _____ Date _____

**Regional Director, U.S. Fish and Wildlife Service Region 6**

*Acting*

Signature _____ Date *3-28-08*

FWS005073

## U.S. FISH AND WILDLIFE SERVICE FIVE-YEAR REVIEW
### Species: American burying beetle *(Nicrophorus americanus)*

**Current Classification:** Endangered

**Recommendation Resulting from the Five-Year Review:** No change

**Review Conducted by:** Michael Amaral, New England Field Office

## FIELD OFFICE APPROVAL:

**New England Field Office Supervisor, U.S. Fish and Wildlife Service**

Approve _____     Date 7/28/07

## REGIONAL OFFICE APPROVAL:

*Acting*

**Regional Director, U.S. Fish and Wildlife Service Region 5**

Approve _____     Date 6/16/08

## REGIONAL CONCURRENCE:

**Regional Director, U.S. Fish and Wildlife Service Region 2**

Signature _____     Date _____

**Regional Director, U.S. Fish and Wildlife Service Region 3**

Signature _____     Date _____

**Regional Director, U.S. Fish and Wildlife Service Region 4**

Signature _____     Date _____

**Regional Director, U.S. Fish and Wildlife Service Region 6**

Signature _____     Date _____

FWS005074

# APPENDICES

**Appendix A.**
**Partial Listing of *Nicrophorus* Surveys in Fifteen States Where No American Burying Beetles Were Found, 1990-2006**

| Location | Year | Source |
|---|---|---|
| Mainland Rhode Island and Aquidneck Island | Mult. years, 1990s | C. Raithel |
| Nantucket Island Massachusetts | 1994 | M. Northrup, K. Beattie |
| Three Elizabeth Islands, Massachusetts | 1990 | T. French, M.Amaral, A.Kozol |
| Matinicus Island, Maine | 1993 | D. Mairs |
| Northern New Jersey | 1994 | J. Sciascia |
| Virginia, seven+ counties | 1991-2006 | S. Roble |
| Two counties, No.Carolina | 1990 | S. Trumbo |
| Shelter Island, New York | 1991 | M. Scheibel |
| Western Pennsylvania | 1993 | C. Bier |
| Big Charity Island., Lake Huron, Michigan | 1992 | P. Higman |
| Kalamazoo, Marquette and Menominee counties, Michigan | 1995 | D. Cuthrell, J. Legge |
| Ohio, over 50 counties | 1992-2006 | D. Horn, G. Keeney |
| Missouri, about 28 counties | 1990-1991 | K. Simpson |
| Twenty + counties, Missouri | 2006 | J. Stevens, R. Jean, M. Jean, C. Barnhart, R. Merz |
| Iowa, 4 northeast counties | 1996 | D. Coyle and K. Larsen |
| WMAs in Logan and Hempstead Counties, Arizona | 2004 | M. Warriner |
| 23 counties, Kansas | 1995 | S. Lingafelter |
| 65 counties, Arkansas | 1996 | C. Carlton and F. Rothwein |
| Northwestern Louisiana | 1995 | V. Moseley and D. Ganaway |

FWS005075

**Appendix B.**
**Distribution of the Imported Fire Ant in the South Central and Southeastern United States Based on USDA-APHIS Quarantine Areas**



FWS005076

Noreen Walsh

Regional Director
Mountain Prairie Region
United States Fish and Wildlife Service

Mrs. Walsh,

I was recently contacted by the United States Fish and Wildlife Service (USFWS) inviting me to participate in an assessment of risks to endangered American burying beetle (ABB) populations due to cropland conversion in Nebraska and South Dakota. While this seemed like a worthwhile endeavor, I was ultimately alarmed at the unsound science and poor ethics that I witnessed. I want you to be aware of the situation prior to making decisions that will impact ABB conservation.

I published a peer-reviewed paper with Dr. Wyatt Hoback last year that included a predictive model of ABB occurrences in Nebraska (Leasure & Hoback 2017, Journal of Insect Conservation). USFWS contacted Dr. Hoback and myself on 19 December 2017 asking for our participation in a cropland risk assessment that would use our model to represent ABB habitat. It was described as a collaborative process that would end with the publication of a peer-reviewed manuscript that Dr. Hoback and myself would lead. That is not what happened.

By 18 January 2018, USFWS had finalized a report concluding that ABB were not at risk from agricultural conversion. This is a conclusion that Dr. Hoback and myself strongly disagreed with. Neither of us were willing to put our name on the report because A) reasonable concerns from experienced ABB biologists were being ignored, B) an utterly irresponsible timeline was imposed, and C) the methods used by USFWS were opaque and misleading. The report could have never passed a reasonable peer-review process. It was unanimously opposed by the four experienced ABB biologists that were involved. Those objections were largely ignored and the ABB experts were ultimately dismissed from the process.

I provided my data (model predictions) to USFWS on 21 December 2017. I saw the first draft of the report on 9 January 2018. There were clearly shortcomings in how the analysis was conducted and the conclusions that were reached, but at that point, Dr. Hoback and I were both engaged in trying to resolve the issues. On 13 January 2018, I began to raise major concerns via emails with USFWS about the cropland conversion model they used. I asked for specific information that would have been required in any reasonable peer-review process, such as a write-up of their methods and an evaluation of their model's predictive accuracy in Nebraska where we were applying it.

USFWS did not respond until 16 January 2018. They provided misleading and conflicting information about how (or even if) the cropland conversion model was evaluated in Nebraska. The diagnostic data they provided initially were from a completely different state. This raised red flags and so I insisted on a write-up of the methods and evaluation of model performance in our study area. At this point, we were only given a single day to resolve these issues, so I decided that I could no longer be involved in the project. I offered to remain involved if more time was available.

I was removed from the project on 16 January 2018. I was not given any more chances to see the documents, despite asking for them. I asked for confirmation that my name would not be on

FWS005858

the report (I was listed as the lead author on a draft). I never received confirmation that my name was not being used to justify the report. I asked them not to use my data because I was very uncomfortable with their methods. They told me that I have no control over how they use my data. That is unethical. They plagiarized my writing in their report. They copied word-for-word from Leasure and Hoback (2017), even after removing us both from the report. That is also clearly unethical.

This entire process played out over a period of only 18 federal workdays. Given the sweeping conclusion in the report that ABB are not vulnerable to agricultural conversion, I suspect the report may be used to justify a down-listing decision and potentially issue a 4(d) rule to exempt agricultural activities from ABB-related regulations. This would be a shocking development because agricultural conversion was a primary factor that drove the species to the brink of extinction in the first place. Any reasonable and objective observer would agree that 18 federal workdays (from first contact to final report) is not enough time to make a well-informed decision. A reasonable observer would agree that a single day is not enough time to address serious methodological concerns being raised by 100% of the ABB biologists involved in the process. A reasonable observer would be concerned that the subject matter experts were dismissed from the process after raising objections.

I would like to highlight three facts:

1. None of the USFWS staff leading this effort had any experience with American burying beetles,
2. 100% of the American burying beetle experts that were involved voiced their opposition to the methods and conclusions, and
3. USFWS ignored those concerns and concluded that agricultural conversion does not present a risk to this endangered species even though the broad scientific consensus has been that agricultural conversion played a central role in the loss of this species from most of its historic range.

I am writing because I am concerned about potentially ill-informed decisions being made regarding American burying beetle conservation, and I am even more concerned that USFWS would endorse such poor-quality scientific processes and unethical behavior. I worry that this may be part of a larger trend of careless deregulation by USFWS despite clear objections from subject matter experts. I plan to submit this letter along with a more detailed scientific critique to the Federal Register during the public comment period for any decisions related to this process.

Sincerely,

Douglas R. Leasure, PhD.

Post-doctoral Research Associate
Odum School of Ecology
University of Georgia

FWS005859

**DEPARTMENT OF THE INTERIOR**

**Fish and Wildlife Service**

**50 CFR Part 17**

**RIN–1018-AB23**

**Endangered and Threatened Wildlife and Plants; Determination of Endangered Status for the American Burying Beetle**

**AGENCY:** Fish and Wildlife Service, Interior.

**ACTION:** Final rule.

**SUMMARY:** The U.S. Fish and Wildlife Service determines the American burying beetle (*Nicrophorus americanus*) to be an endangered species under the authority of the Endangered Species Act of 1973 (Act), as amended. Once widely distributed throughout eastern North America, this species has disappeared from most of its former range. Two known populations currently exist, one in eastern Oklahoma and the other on an island off the coast of New England. Despite extensive efforts to locate additional populations, only two specimens have been found elsewhere in more than ten years. The cause of the species' decline is unknown. Critical habitat is not being determined. This action implements Federal protection provided by the Act for the American burying beetle.

**DATE:** The effective date of this rule is August 14, 1989.

**ADDRESS:** The complete file for this rule is available for inspection, by appointment, during normal business hours at the U.S. Fish and Wildlife Service, One Gateway Center, Suite 700, Newton Corner, Massachusetts, 02158.

**FOR FURTHER INFORMATION CONTACT:** Anne Hecht at the above address or by telephone (617/965–5100 or FTS 829–9316).

**SUPPLEMENTARY INFORMATION**

**Background**

*Nicrophorus americanus*, described by Olivier in 1790 (Perkins 1980), is a member of the family Silphidae, the carrion beetles. Generally known as the American burying beetle, this species has also been referred to as the giant carrion beetle (Wells et al. 1983). The American burying beetle is the largest member of its genus in North America, measuring 25–36 mm (1.0–1.4 inches) in length. Distinguishable by its large size, the American burying beetle is also identifiable by a large orange-red pronotal disk. This, the orange antennal club, red frons, and two pairs of scalloped red spots on the elytra (wing covers) contrast sharply with a black background (Wells et al. 1983).

Investigations to date indicate that the biology of the American burying beetle is similar to that of other species of the genus, except that the carrion selected for breeding purposes tends to be larger (Kozol et al. 1987). Schweitzer and Master (1987) based the following description of the American burying beetle's life history on Kozol's paper and their own observations:

Beetles of both sexes are attracted to appropriate carrion at night, generally soon after dark. Apparently males and females fight among themselves until one pair (usually the largest male and female) remains on the carcass. These individuals then bury it, often before dawn of the first morning. The carrion may then be moved laterally for some distance (often over a meter) underground. Eventually, a chamber is constructed. Eggs are laid on the carrion and at least one, usually both, parents remain with the eggs and subsequent larvae. Larvae cannot survive without parental care. They emerge as adults in about 48–56 days and the parents and young then disperse. Occasionally, individuals may succeed in rearing two broods of young. As far as is known, the young, which emerge in July and August, do not reproduce until the following June or July. Adults overwinter, probably singly in the soil. Adults feed on carrion and apparently also capture and consume live insects.

Apparently, any kind of vertebrate carrion between about 50 and 200 grams is acceptable * * *. Brood sizes varied between 8 and 23 teneral adults eclosed.

Once widely distributed throughout eastern North America, this species has disappeared from most of its historic range. Historical records include 32 states, the District of Columbia, and 3 Canadian provinces encompassing the area from Nova Scotia and Quebec, south to Florida and west to Minnesota, South Dakota, Nebraska, Oklahoma, and Texas (Wells et al. 1983, Schweitzer and Master 1987). Two extant populations are known, one on a New England island and the other in eastern Oklahoma.

The New England island population was estimated at 520 beetles (850 beetles at the high end of the 95% confidence interval) in 1986 (Kozol et al. 1987). All but one capture occurred on a portion of the island where much of the land is owned by a State agency or by private conservation organizations.

The existence of the eastern Oklahoma population was recently brought to the attention of the U.S. Fish and Wildlife Service (Service). This population is known from collections at blacklight of one specimen in 1979, one specimen of unknown date sometime between 1979 and 1987, seven specimens in 1987, and one specimen in 1988. Several circumstances, including the sporadic pattern of these collections at a blacklight that has reportedly been operated for more than 5000 hours since 1976 and the fact that at least five other species of *Nicrophorus* are regularly collected at this site, suggest that the size and stability of this population may be a matter of concern (pers. comm. Pat Mehlhop, Oklahoma Natural Heritage Inventory, 1988).

In the early 1980's, an incident involving collection of a single American burying beetle occurred about 40 miles north of the site of the Oklahoma population described above. Nightly blacklighting conducted during one week each summer over an eight year period yielded only the one specimen at this locale (pers. comm. D. Davis, Smithsonian Institution, 1988). It is unclear whether there is a relationship between this specimen and the other Oklahoma collections.

A single specimen was captured and released at a second site in New England in 1985. Extensive efforts using both carrion baits and blacklights resulted in the capture of over 7000 *Nicrophorus* species at this location in 1986, but failed to retrap this species (Schweitzer and Master 1987).

Anderson (1982) speculated that the natural habitat of the species is mature climax forest, but the fact that there is no forest on the island where the beetle is found today casts serious doubt on this thesis. Habitat occupied by the known population includes maritime shrub thickets, coastal moraine grassland, and pastureland. There is agreement that availability of significant humus and top soil suitable for burying of carrion is an essential habitat requirement of the American burying beetle (Schweitzer and Master 1987).

Davis (1980) detailed the decline in the number of American burying beetle specimens in collections and solicited information on the locations of existing populations. Anderson (1982) found a pattern of increasing localization in capture records. The *IUCN Red Data Book* (Wells *et al.* 1983) described this species as having experienced "one of the most disastrous declines of an insect's range ever to be recorded," and stated that the Service should be encouraged to list it as an endangered species. In 1980, the Service included *Nicrophorus americanus* in a status review of insects in major public collections (Perkins 1980). The American burying beetle was recognized as a Category 2 candidate for listing in the Service's May 22, 1984 (49 FR 21670) invertebrate review notice. Category 2 taxa are those for which existing information indicates the possible

FWS005889

appropriateness of proposing listing under the Endangered Species Act (Act), but for which sufficient biological information is not presently available to support a proposed rule.

In 1987, the Eastern Regional Office of The Nature Conservancy compiled the results of a range-wide status survey for the American burying beetle. Since 1960, this once ubiquitous species has been collected only in Ontario, Kentucky, Arkansas, Michigan, Oklahoma, Nebraska (pers. comm. Brett Ratcliffe, Nebraska State Museum, 1988) and in two New England states. Moreover, failure of extensive efforts in 1986 to recapture American burying beetles at the sites of most recent captures in Arkansas and Michigan suggests a continuing constriction of the species' range. Significant efforts in 1986 and 1987 to locate American burying beetles on another New England island, where a 1985 capture was reported, were unsuccessful. Other recent unsuccessful capture efforts were conducted in northwestern Pennsylvania, New Jersey, New York (Long Island), Tennessee, western North Carolina, Torreya State Park in Florida, and on mainland areas in New England. The abundance of the species in collections (including student collections) with capture dates prior to 1950 and the ease of capture at blacklight and pitfall traps experienced at the site of the known extant island population confirm that these unsuccessful efforts to locate American burying beetles are indicative of their decline throughout most of their former range.

## Summary of Comments and Recommendations

In the October 11, 1988 proposed rule, all interested parties were requested to submit factual reports or information that might contribute to the development of a final rule. Copies of the proposed rule were mailed to appropriate State resource agencies, county governments, Federal agencies, scientific organizations, and other interested parties, with a request for comments. Notices inviting public comment were published in newspapers of general circulation in all areas where American burying beetles have been captured during the last ten years and in several other areas with less recent capture records. Ten written comments were received; all supported the proposed rule. No new information was received.

## Summary of Factors Affecting the Species

Section 4(a)(1) of the Endangered Species Act (16 U.S.C. 1531 et seq.) and regulations (50 CFR Part 424)

promulgated to implement the listing provisions of the Act set forth the procedures for adding species to the Federal Lists. A species may be determined to be an endangered or threatened species due to one or more of the five factors described in section 4(a)(1). These factors and their application to the American burying beetle (*Nicrophorus americanus*) are as follows:

### A. The Present or Threatened Destruction, Modification or Curtailment of its Habitat or Range

As described above, the American burying beetle has almost entirely vanished from its former range. It is possible that future search efforts may result in discovery of another extant population. However, the extent of the species' decline suggests that any newly discovered populations are also vulnerable to whatever factors have caused their disappearance elsewhere.

Anderson (1982) believed that, as with a similarly large European *Nicrophorus* species, the decline of the American burying beetle was due to the destruction of "primary" or virgin forest, which he speculated was the essential habitat of the species. This hypothesis is refuted by the fact that many records document collections of the species in various locations more than a century after destruction of the primary forest. Furthermore, the site of the known New England population supports no forests. It is possible that loss of some obscure habitat component has contributed to the beetle's disappearance, but habitat generally similar to that of the known population is not rare (Schweitzer and Master 1987).

### B. Over-Utilization for Commercial, Recreational, Scientific, or Educational Purposes

Collection has not been a factor in the present decline of this once ubiquitous species (Schweitzer and Master 1987). However, ease of trapping could make remaining populations vulnerable to over-collection if their locations were to become well known.

### C. Disease or Predation

Predation has probably not been a factor in this species' decline, but introduction of a non-native, species-specific pathogen could explain the fact that this species has disappeared while several other species of the same genus (for example, *N. orbicollis* and *N. tomentosus*) with similar habits continue to thrive (pers. comm. Andrea Kozol, Boston University, 1988). Such a hypothesis is also consistent with the location of the two remaining

populations: one on an island and the other on the edge of the species' historic range. No studies addressing this theory have been undertaken to date.

### D. The Inadequacy of Existing Regulatory Mechanisms

This species has no legal protection in any State where it is known or suspected to exist. Localized regulations requiring that electronic bug-zappers in the vicinity of the known population be equipped with grids small enough to exclude American burying beetles would remove the potential for take described under E, below. Lack of understanding of the causes of the species' decline precludes recommendation of other regulations for protection of the species at this time. It is possible that future studies of the species will show a need for such regulations.

### E. Other Natural or Manmade Factors Affecting Its Continued Existence

A low reproductive rate (compared with other insects) limits the ability of this species to rebound from any period of elevated mortality.

Use of electronic bug-zappers in the vicinity of American burying beetles could result in take of this species. Other *Nicrophorus* species have been killed by zappers and American burying beetles are attracted to identical light sources (pers. comm. Michelle P. Scott, Boston University, 1987). Since *Nicrophorus* males are involved in brood-rearing, this sex (which is selectively killed by zappers in most insect groups) is not functionally surplus.

Some speculation has focused on the possible role of the pesticide DDT in the decline of the American burying beetle. Some support for this hypothesis is furnished by reports that the site of the known New England population, unlike most other New England islands and many mainland areas, was never extensively sprayed for mosquito or gypsy moth suppression. However, most other recent records of the species are from farming areas where DDT would likely have been used prior to its banning. Further, if DDT contamination of the beetle's food supply had occurred, it is hard to explain why other carrion-feeding members of the genus were not similarly affected (Schweitzer and Master 1987).

The Service has carefully assessed the best scientific and commercial information available regarding the past, present, and future threats faced by this species in determining to make this rule final. Based on this evaluation, the

FWS005890

preferred action is to list the American burying beetle as endangered. Endangered status is warranted by the decline in the species' range from more than a third of the continental United States and parts of southeastern Canada to only two verified populations. Failure of 1986 efforts to relocate the species in Arkansas and Michigan suggests that whatever caused the decline of the species was still at work at least as recently as the mid 1970's. While it is not improbable that other remnant populations will be discovered in the future, it is likely that those populations remain vulnerable to the factors that have caused the general decline of the species. Further, there is no known way to reverse any decline that might occur in the known populations.

## Critical Habitat

Section 4(a)(3) of the Act, as amended, requires that to the maximum extent prudent and determinable, the Secretary designate any habitat of a species which is considered to be critical habitat at the time the species is determined to be endangered or threatened. The Service finds that designation of critical habitat is not prudent for this species at this time. This determination is based on the premise that such a designation would not be beneficial to the species (50 CFR 424.12). As discussed under "Factor B" above, ease of trapping could make the American burying beetle vulnerable to collectors who might be attracted to the locale of the known populations by the publication of maps and other specific location information. No benefit from critical habitat designation has been identified that outweighs the threat of collection.

## Available Conservation Measures

Conservation measures provided to species listed as endangered or threatened under the Endangered Species Act include recognition, recovery actions, requirements for Federal protection, and prohibitions against certain practices. Recognition through listing encourages and results in conservation actions by Federal, State, and local governments and private agencies, groups and individuals. The Act provides for possible land acquisition and cooperation with the States and requires that recovery actions be carried out for all listed species. Such actions are initiated by the Service following listing. The protection required of Federal agencies and prohibitions against taking and harm are discussed, in part, below.

The Act requires development and implementation of recovery plans for listed species. Because the causes of the decline of the American burying beetle are unknown, it is probable that initial recovery activities will focus on research to determine those causes. Later actions may include efforts to reestablish the species in suitable locations in its former range.

Section 7(a) of the Act, as amended, requires Federal agencies to evaluate their actions with respect to any species that is listed as endangered or threatened and with respect to its critical habitat, if any is designated. Regulations implementing this interagency cooperation provision of the Act are codified at 50 CFR Part 402. Section 7(a)(2) requires Federal agencies to ensure that activities they authorize, fund, or carry out are not likely to jeopardize the continued existence of such a species or to destroy or adversely modify its critical habitat. If a Federal action may affect a listed species or its critical habitat, the responsible Federal agency must enter into formal consultation with the Service. The Service has not identified any ongoing or proposed projects with Federal involvement that could affect this species.

The Act and implementing regulations found at 50 CFR 17.21 set forth a series of general trade prohibitions and exceptions that apply to all endangered wildlife. These prohibitions, in part, make it illegal for any person subject to the jurisdiction of the United States to take, import or export, ship in interstate commerce in the course of commercial activity, or sell or offer for sale in interstate or foreign commerce any listed species. It also is illegal to possess, sell, deliver, carry, transport, or ship any such wildlife that has been taken illegally. Certain exceptions apply to agents of the Service and State conservation agencies.

Permits may be issued to carry out otherwise prohibited activities involving endangered or threatened wildlife species under certain circumstances. Regulations governing permits are at 50 CFR 17.22 and 17.23. Such permits are available for scientific purposes, to enhance the propagation or survival of the species, and/or for incidental take in connection with otherwise lawful activities.

Requests for copies of the regulations on take of endangered and threatened species and inquiries regarding them may be addressed to the Office of Management Authority, U.S. Fish and Wildlife Service, P.O. Box 27329, Washington, DC, 20036 (202/343–4955).

## National Environmental Policy Act

The Fish and Wildlife Service has determined that an Environmental Assessment, as defined under the authority of the National Environmental Policy Act of 1969, need not be prepared in connection with regulations adopted pursuant to section 4(a) of the Endangered Species Act of 1973, as amended. A notice outlining the Service's reasons for this determination was published in the Federal Register on October 25, 1983 (48 FR 49244).

## References Cited

Anderson, R.S. 1982. On the decreasing abundance of *Nicrophorus americanus* Olivier (Coleoptera:Silphidae) in eastern North America. Coleopt. Bull. 36(2):362–365.

Davis, L.R. 1980. Notes on beetle distributions with a discussion of *Nicrophorus americanus* Olivier and its abundance in collections. (Coleoptera:Scarabeidae, Lampyridae and Silphidae). Coleopt. Bull. 34(2):245–251.

Kozol, A.J., M.P. Scott, and J.F.A. Traniello. 1987. Distribution and natural history of the American burying beetle *(Nicrophorus americanus)*. Unpublished report for the Eastern Heritage Task Force of The Nature Conservancy.

Perkins, P.D.P. 1980. North American insect status review. Contract 14–16–0009–79–052 final report to USDI Office of Endangered Species.

Schweitzer, D.F., and L.L. Master. 1987. *Nicrophorus americanus* (American burying beetle): results of a global status survey. Report for Region 5 of the U.S. Fish and Wildlife Service.

Wells, S.M., R.M. Pyle, and N.M. Collins. 1983. The IUCN red data book. IUCN, Gland, Switzerland, pp 379–381.

## Author

The primary author of this rule is Anne Hecht of the Service's Regional Office in Newton Corner, Massachusetts (see ADDRESSES section).

## List of Subjects in 50 CFR Part 17

Endangered and threatened wildlife, Fish, Marine mammals, Plants (agriculture).

## Regulation Promulgation

Accordingly, Part 17, Subchapter B of Chapter I, Title 50 of the Code of Federal Regulations, is amended as set forth below:

## PART 17—[AMENDED]

1. The authority citation for Part 17 continues to read as follows:

Authority: Pub. L. 93–205, 87 Stat. 884; Pub. L. 94–359, 90 Stat. 911; Pub. L. 95–632, 92 Stat. 3751; Pub. L. 96–159, 93 Stat. 1225; Pub. L. 97–304, 96 Stat. 1411; Pub. L. 100–478, 102 Stat. 2306; Pub. L. 100–653, 102 Stat. 3825 (16 U.S.C. 1531 et seq.); Pub. L. 99–625, 100 Stat. 3500, unless otherwise noted.

2. Amend § 17.11(h) by adding the following, in alphabetical order under

FWS005891

INSECTS, to the list of Endangered and Threatened Wildlife:

§ 17.11  Endangered and threatened wildlife.

* * * * *

(h) * * *

| Species | | Historic range | Vertebrate population where endangered or threatened | Status | When listed | Critical habitat | Special rules |
| Common name | Scientific name | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **INSECTS** | | | | | | | |
| * | * | * | * | * | * | * | * |
| Beetle, American burying (= Giant carrion beetle). | Nicrophorus americanus. | U.S.A. (eastern States south to FL, west to SD and TX), eastern Canada. | NA | E | 351 | NA | NA |

Dated: June 12, 1989.

Susan Recce Lamson,
*Assistant Secretary for Fish and Wildlife and Parks.*

[FR Doc. 89–16344 Filed 7–12–89; 8:45 am]
BILLING CODE 4310-55-M

---

50 CFR Part 17

RIN 1018–AB23

**Endangered and Threatened Wildlife and Plants; "Arabis Serotina" (Shale Barren Rock Cress) Determined to be an Endangered Species**

**AGENCY:** Fish and Wildlife Service, Interior.

**ACTION:** Final rule.

---

**SUMMARY:** The Service determines a plant, *Arabis serotina* (shale barren rock cress) to be an endangered species. It is found only in western Virginia and eastern West Virginia. Presently, 26 populations, totaling fewer than 1,000 reproductive individuals, are known. Many populations are adversely affected by deer browsing, construction and maintenance of roads and railroads, and livestock grazing. Several populations occur on Federal lands in the Monongahela and George Washington National Forests. This listing implements the protection provided by the Endangered Species Act of 1973, as amended, for *Arabis serotina.* Critical habitat has not been determined.

**EFFECTIVE DATE:** August 14, 1989.

**ADDRESSES:** The complete file for this rule is available for inspection, by appointment, during normal business hours at the Ecological Services Field Office, Suite 322, 315 S. Allen Street, State College, Pennsylvania 16801.

**FOR FURTHER INFORMATION CONTACT:** Sharon W. Morgan, Fish and Wildlife Biologist (see ADDRESSES section) (814/234–4090).

**SUPPLEMENTARY INFORMATION:**

**Background**

Shale barren rock cress (*Arabis serotina* Steele), a member of the mustard family, is one of several plant species endemic to dry, exposed, mid-Appalachian habitats known as shale barrens (Keener 1983). These unique shale slopes of Paleozoic age are found in the Ridge and Valley Section of the Appalachian Mountains from Pennsylvania south to Virginia and West Virginia. Usually surrounded by deciduous forest woodlands, shale barrens are isolated islands of habitat characterized by steep southern exposures (generally greater than 20 degree slopes), relatively sparse vegetative cover, high temperatures and low moisture in the summer, and are usually undercut by a stream at the base (Keener 1983). Eighteen endemic plant taxa are recorded from the shale barrens, including *Arabis serotina* and three other Federal candidate plant species (*Allium Oxyphilum, Taenidia montana, Trifolium virginicum*) (Keener 1983).

This species is biennial, with populations usually consisting of two age-classes: young, nonreproductive individuals present in basal rosette form; and second-year plants that are potentially reproductive individuals present in the form of erect, flowering plants lacking a basal rosette of leaves. Another component of populations is the seed bank, consisting of dormant, ungerminated seeds found either at the ground surface or buried in the soil. *A. serotina* may not be a strict biennial, meaning that rosettes may persist longer than one year, resulting in a delay of flowering and fruiting beyond the second year. Plants typically grow to a height of 30 to 60 cm. (one to two feet), with a spreading, compound inflorescence of many tiny whitish flowers, each approximately two to three mm. long (one-eighth inch).

Originally described by Edward Steele in 1911, the species has been confused with the morphologically similar *Arabis laevigata* (Muhl.) Poir var. *burkii* Porter. Hopkins (1937) reduced *Arabis serotina* to synonymy under *Arabis laevigata* var. *burkii*. Both taxa occur on shale barrens, although the latter is not an endemic. Weiboldt (1987a, 1987b) has shown that *Arabis serotina* is distinguished from *Arabis laevigata* var. *burkii* by several key characteristics. *A. serotina* is taller with wider and more-branched inflorescences, and has smaller flowers and more narrowly winged seeds than *A. laevigata* var. *burkii*. There are also considerable differences between the flowering periods of the two taxa. All varieties of *A. laevigata*, including var. *burkii*, bloom in April and May and set seed before *Arabis serotina* begins to bloom in late June or early July. *Arabis serotina* continues to bloom into September (Wieboldt 1987b).

*Arabis serotina* is presently known from only 26 populations in five Virginia counties (Allegheny, Augusta, Bath, Highland and Rockbridge) and three West Virginia counties (Greenbrier, Hardy and Pendleton). An additional 1934 record from Shenandoah County, Virginia has not been relocated and is considered historic. The species has never been documented to be more widespread, and the reported distribution in seven West Virginia counties (Strausbaugh and Core 1978) was based on collections of *A. laevigata* var. *burkii* (Bartgis 1985). The species' highly restricted range appears to be a result of biogeographic events and not due to recent land-use changes or the lack of suitable habitat elsewhere. During 1983–85, a survey of 70 shale barrens in eight West Virginia counties resulted in only a few new populations (Bartgis 1985). Searches of 15–20 barrens in the range of *A. serotina* in Virginia revealed few additional populations (Mr. Lipford, Virginia Natural Heritage Program, pers. comm. 1988).

In both Virginia and West Virginia, all populations occur on Brallier Formation

JA-753

FWS005892

shales on south- to southwest-facing slopes at elevations of 1300 to 2500 feet. Most of the known populations occur partially or completely in the George Washington and Monongahela National Forests.

Populations are fairly small at all 26 locations. Since plants in the rosette stage are inconspicuous and easily overlooked, most population counts refer to only flowering and/or fruiting plants. Approximately 130 reproductive plants were found at the 13 Virginia sites in 1987 (M. Lipford, pers. comm. 1987) and only about 700 reproductive individuals comprised the 13 West Virginia populations in 1985 (Bartgis in press). Although a few additional populations may be located in the future, the typically small population sizes suggest that the total number of individuals will remain small. In both states, most populations are moderately to severely browsed by deer. Rangewide, sites have been affected to some degree by road or railroad construction, small flood-control projects, and grazing by livestock.

The U.S. Fish and Wildlife Service (Service) recognized *Arabis serotina* as a Category 2 candidate for listing in the Supplement to Review of Plant Taxa for Listing as Endangered or Threatened Species published in the **Federal Register** on November 28, 1983 (48 FR 53641). Category 2 comprises those taxa for which listing is possibly appropriate but for which existing information is insufficient to support a proposed rule. The updated notice of review for plant taxa published on September 27, 1988 again included *Arabis serotina* in Category 2.

In 1985, the Service contracted with The Nature Conservancy's Eastern Regional Office to conduct status survey work on *Arabis serotina* and other Federal candidate species. Those reports (Bartgis 1985, Rawinski and Cassin 1986) documented a high degree of threat at most *Arabis serotina* sites and recommended immediate listing by the Service. This listing implements the protection provided by the Endangered Species Act of 1973 (16 U.S.C. *et seq.*) as amended, for *Arabis serotina*.

**Summary of Comments and Recommendations**

In the November 17, 1988 proposed rule and associated notifications, all interested parties were requested to submit factual reports or information that might contribute to the development of a final rule. Appropriate State agencies, county governments, Federal agencies, scientific organizations, and other interested parties were contacted and requested to comment. Newspaper

notices were published in the Covington Virginian, the Daily News Leader (Staunton), the Pendleton Times, the Inter-Mountain and the Moorefield Examiner from November 22, 1988 through December 4, 1988. Ten comments were received, including letters from one Federal agency, one State agency, three colleges or universities, and five conservation organizations or individuals. Eight commentors supported listing, one acknowledged receipt of the proposal and the final commenter requested additional information. In addition, two of the commentors suggested that critical habitat be listed. The Service's reasons for not determining critical habitat for this species are stated below.

**Summary of Factors Affecting the Species**

After a thorough review and consideration of all information available, the Service has determined that *Arabis serotina* should be classified as an endangered species. Procedures found at section 4(a)(1) of the Endangered Species Act and regulations (50 CFR part 424) promulgated to implement the listing provisions of the Act were followed. A species may be determined to be an endangered or threatened species due to one or more of the five factors described in section 4(a)(1). These factors and their application to *Arabis serotina* Steele (shale barren rock cress) are as follows:

*A. The Present or Threatened Destruction, Modification or Curtailment of Its Habitat or Range*

In West Virginia, five of the shale barrens supporting known populations of *Arabis serotina* have been partially destroyed by road construction and a sixth was affected by a small flood-control dam which degraded the habitat available for the species (Bartgis in press). In Virginia, three shale barrens supporting known *Arabis serotina* populations were partially destroyed by road construction, two were damaged by railroad construction, and one is crossed by a hiking trail (T. Wieboldt, Virginia Polytechnic Institute, pers. comm. 1987). The extent of the impacts of all these projects upon the *Arabis serotina* populations is unknown. Two of the West Virginia populations have been grazed by sheep or goats in the past. While no longer grazed by livestock, presently both sites have little vegetation, marked erosional features, and very few *Arabis serotina* individuals (Bartgis in press).

*B. Overutilization for Commercial, Recreational, Scientific or Educational Purposes*

*Arabis serotina* is not known to be used for any commercial or recreational purpose. Because of its rarity, it may be subject to collection by botanists and curiosity seekers. Since most populations consist of 20 or fewer individuals, collection or vandalism at those sites could eliminate populations.

*C. Disease or Predation*

The larvae of the butterfly Olympia marble (*Euchloe olympia*) have been reported to feed on *Arabis serotina* (Clench and Opler 1983), but the report is believed erroneous. Timing of larval emergence suggests that they feed on *A. laevigata* var. *burkii* (Bartgis in press). White-tailed deer (*Odocoileus virginianus*) are known to heavily browse *Arabis serotina* populations.

As in many northeastern states, deer populations are increasing in both Virginia and West Virginia, resulting in greater browsing pressure on many herbaceous plants. In West Virginia, eight of eleven *A. serotina* populations surveyed in 1985 had been browsed by deer resulting in partial or complete loss of 15 percent to 70 percent (average 30 percent) of the inflorescences in those populations. For example, in an unusually large population of 124 plants only 47 plants successfully set seed (Bartgis in press). At three Virginia populations with only one or two reproductive individuals each, all were browsed in 1987 (M. Lipford pers. comm. 1987). Since the plant is a biennial inhabiting a stressful environment, such a significant loss of propagules in any given year could lead to lower reproductive success. As the median reproductive population size observed in West Virginia during 1985 was 17 plants, and in Virginia during 1987 was seven plants, any minor decreases in reproductive potential through grazing or other means could completely eliminate populations.

*D. Inadequacy of Existing Regulatory Mechanisms*

*Arabis serotina* is not currently protected by any state or local laws or regulations. Four populations in West Virginia and seven in Virginia occur in established National Forest Special Interest Areas (U.S. Dept. of Agriculture 1986a, 1986b). These areas are managed by the Forest Service to protect the habitat and species present. Some of these populations extend onto adjacent private land. Special Interest Areas (SIA) are not permanent designations and may be revoked by the

FWS005893

administrating national forest. Although the SIA designation prevents habitat alteration, it does not provide protection from threats such as deer predation that may adversely affect these populations.

One West Virginia population occurs on a shale barren leased by The Nature Conservancy (TNC), and that organization is also securing voluntary protection of at least two additional populations. These voluntary agreements have no binding legal status. The ten populations on private land are not protected by any laws or regulations.

### E. Other Natural or Manmade Factors Affecting Its Continued Existence

Shale barren communities are relatively long-term features of the landscape, but may gradually be replaced by woodlands through succession (Keener 1983). However this process is slow and is unlikely to affect more than a very few *Arabis serotina* populations in the near future.

*A. serotina* is the most sporadic and rarest of the shale barren endemics (Wieboldt *in* Rawinski and Cassin 1986) and recent surveys show that populations have declined in the past few years. In addition to predation by deer, populations have been adversely affected by severe droughts in 1987 and 1988. One Virginia shale barren supported 100 reproductive individuals in 1985, but in 1987 only nine were found. Another Virginia shale barren showed three individuals in 1984 but none was found in 1987 (M. Lipford, pers. comm. 1987). At one West Virginia barren which had 136 reproductive individuals in 1985, only 12 plants set fruit in 1987 (Bartgis in press).

Many biennial species typically exhibit fluctuations in population numbers from year to year; however, repeated loss of reproductive individuals several seasons in succession poses a serious threat to long-term survival of species. Low population numbers combined with continually decreasing contributions to the seed bank result in the species being particularly vulnerable to any natural or human-caused stresses. No attempt has been made to assess the size of the seed bank at any population. If present trends continue, the future of smaller populations will be highly uncertain.

The Service has carefully assessed the best scientific and commercial information available regarding the past, present, and future threats faced by the species in determining to make this final rule. Based on this evaluation, the preferred action is to list *Arabis serotina* as endangered. Habitat degradation and loss of reproduction through grazing pose severe problems to the continued existence of the species. Although 26 populations are known, 15 of these populations number 20 or fewer individuals, making the species particularly vulnerable to any threats. In addition, most of the available shale barren habitat for this species has been inventoried, making it unlikely that many new populations will be found.

### Critical Habitat

Section 4(a) 3 of the Act requires, to the maximum extent prudent and determinable, that the Secretary designate critical habitat at the time a species is determined to be endangered or threatened. The Service finds that designation of critical habitat is not presently prudent for *Arabis serotina*. Very small population sizes make this species particularly vulnerable to any vandalism or collecting. Since the plant occurs in unique, easily-identified habitats, publication of critical habitat maps may result in vandalism and collection by curiosity seekers. The Act prohibits taking of plants only in cases of (1) Removal and reduction to possession on lands under Federal jurisdiction, or malicious damage or destruction on such lands; (2) removal, cutting, digging up, or damaging or destroying plants in knowing violation of any State law or regulation, including State criminal trespass law. The Forest Service, The Nature Conservancy and landowners of major populations on private land have been informed of population locations and the importance of protecting the species' habitat. Listing will result in habitat protection through the recovery process and section 7 consultations. Therefore, it would not be prudent to determine critical habitat for *Arabis serotina*.

### Available Conservation Measures

Conservation measures provided to species listed as endangered or threatened under the Endangered Species Act include recognition, recovery actions, requirements for Federal protection, and prohibitions against certain practices. Recognition through listing encourages and results in conservation actions by Federal, State and private agencies, groups, and individuals. The Endangered Species Act provides for possible land acquisition and cooperation with the States and requires that recovery actions be carried out for all listed species. The protection required of Federal agencies and the prohibitions against certain activities involving listed plants are discussed, in part, below.

Section 7(a) of the Act, as amended, requires Federal agencies to evaluate their actions with respect to any species that is proposed or listed as endangered or threatened and with respect to its critical habitat, if any is being designated. Regulations implementing this interagency cooperation provision of the Act are codified at 50 CFR Part 402. Section 7(a)(2) requires Federal agencies to ensure that activities they authorize, fund, or carry out are not likely to jeopardize the continued existence of a listed species or to destroy or adversely modify its critical habitat. If a Federal action may affect a listed species or its critical habitat, the responsible Federal agency must enter into formal consultation with the Service.

The U.S. Department of Agriculture, Forest Service partially or completely owns sixteen of the known *Arabis serotina* populations. Activities in these areas that may affect the species would require section 7 consultation.

The Act and its implementing regulations found at 50 CFR 17.61, 17.62, and 17.63 set forth a series of general trade prohibitions and exceptions that apply to all endangered plants. With respect to *Arabis serotina*, all trade prohibitions of section 9(a)(2) of the Act, implemented by 50 CFR 17.61, apply. These prohibitions, in part, make it illegal for any person subject to the jurisdiction of the United States to import or export, transport in interstate or foreign commerce in the course of a commercial activity, sell or offer for sale this species in interstate or foreign commerce, or to remove and reduce to possession the species from areas under Federal jurisdiction. In addition, for listed plants, the 1988 amendments (Pub. L. 100–478) to the Act prohibit the malicious damage or destruction on Federal Lands and the removal, cutting, digging up, or damaging or destroying of listed plants in knowing violation of any State law or regulation, including State criminal trespass law. Certain exceptions can apply to agents of the Service and State conservation agencies. The Act and 50 CFR 17.62 and 17.63 also provide for the issuance of permits to carry out otherwise prohibited activities involving endangered species under certain circumstances. It is anticipated that few trade permits would ever be sought or issued since the species is not common in cultivation or in the wild. Requests for copies of the regulations on plants and inquiries regarding them may be addressed to the Office of Management Authority, U.S. Fish and Wildlife Service, P.O. Box 27329, Washington, DC 20038–7329 (202/343–4955).

FWS005894

## National Environmental Policy Act

The Fish and Wildlife Service has determined that an Environmental Assessment, as defined under the authority of the National Environmental Policy Act of 1969, need not be prepared in connection with regulations adopted pursuant to section 4(a) of the Endangered Species Act of 1973, as amended. A notice outlining the Service's reasons for this determination was published in the **Federal Register** on October 25, 1983 (48 FR 49244).

### References Cited

Bartgis, R. 1985. Status surveys in West Virginia—Results and analysis of investigations of *Allium oxphilum*, *Arabis serotina*, *Ptilimnium fluviatile*, and *Trifolium stoloniferum*. Unpublished report. West Virginia Field Office, The Nature Conservancy.

Bartgis, R. Inpress. Distribution and status of *Arabis serotina* (Brassicaceae) in West Virginia. Proc. W.V. Acad. Sci.

Clench, H.K., and P. Opler. 1983. Studies on Nearctic Euchloe. Part 8. Distribution, ecology, and variation of *Euchloe olympia* (Pieridae) populations. Ann. Carnegie Mus. 52:41–54.

Hopkins, M. 1937. *Arabis* in eastern and central North America. Rhodora 39:63–98, 106–184, 155–186.

Keener, C. 1983. Distribution and biohistory of the endemic flora of the mid-

Appalachian shale barrens. Bot. Rev. 49:65–115.

Rawinski, T., and J. Cassin. 1986. Final status survey for 32 plants. The Nature Conservancy unpublished report submitted to U.S. Fish and Wildlife Service, Newton Corner, Massachusetts.

Strausbaugh, P.D., and E.C. Core. 1978. Flora of West Virginia. 2nd edition. Seneca Books, Grantsville.

Steele, E.S. 1911. New and noteworthy plants from the eastern United States. Contr. U.S. Natl. Herb. 13:359–374.

U.S. Dept. of Agriculture. 1986a. Land and Resource Management Plan for the George Washington National Forest. U.S. Govt. Printing Office, Washington, D.C.

U.S. Dept. of Agriculture. 1986b. Land and Resource Management Plan for the Monongahela National Forest. U.S. Govt. Printing Office, Washington, D.C.

Wieboldt, T. 1987a. The shale barren endemic, *Arabis serotina* (Brassicaceae). (Abstract). Va. Acad. Sci. 37(2):86.

Wieboldt, T. 1987b. The shale barren endemic, *Arabis serotina* (Brassicaceae). Sida 12(2):381–389.

### Author

The primary author of this rule is Sharon W. Morgan (see ADDRESSES section) using substantial information provided by Rodney L. Bartgis, West Virginia Department of Natural Resources.

## List of Subjects in 50 CFR Part 17

Endangered and threatened wildlife, Fish, Marine mammals, Plants (agriculture).

### Regulation Promulgation

### PART 17—[AMENDED]

Accordingly, Part 17, Subchapter B of Chapter I, Title 50 of the Code of Federal Regulations, is amended as set forth below:

1. The authority citation of Part 17 continues to read as follows:

**Authority:** Pub. L. 93–205, 87 Stat. 884; Pub. L. 94–359, 90 Stat. 911; Pub. L. 95–632, 92 Stat. 3751; Pub. L. 96–159, 93 Stat. 1225; Pub. L. 97–304, 96 Stat. 1411; Pub. L. 100–478, 102 Stat. 2306; Pub. L. 100–653, 102 Stat. 3825 (16 U.S.C. 1531 et seq.); Pub. L. 99–625, 100 Stat. 3500 (1986), unless otherwise noted.

2. Amend § 17.12(h) for plants by adding the following, in alphabetical order under the Family Brassicaceae, to the List of Endangered and Threatened Plants:

### § 17.12 Endangered and threatened plants.

\*   \*   \*   \*   \*

(h) \* \* \*

| Species | | Historic Range | Status | When listed | Critical habitat | Special rules |
|---|---|---|---|---|---|---|
| Scientific name | Common name | | | | | |
| Brassicaceae—Mustard Family | | | | | | |
| Arabis serotina .................. | Shale barren rock cress .................. | U.S.A. (VA, WV) .................. | E | 352 | NA | NA |

\*   \*   \*   \*   \*

Dated: June 12, 1989

Susan Recce Lamson,

*Acting Assistant Secretary for Fish and Wildlife and Parks.*

[FR Doc. 89–16345 Filed 7–12–89; 8:45 am]

**BILLING CODE 4310-55-M**

## 50 CFR Part 17

**RIN 1018-AB18**

**Endangered and Threatened Wildlife and Plants; Final Rule to Determine Astragalus osterhoutii and Penstemon penlandii to be Endangered Species**

**AGENCY:** Fish and Wildlife Service, Interior.

**ACTION:** Final rule.

**SUMMARY:** The U.S. Fish and Wildlife Service (Service) has determined two plants, *Astragalus osterhoutii* (Osterhout milk-vetch) and *Penstemon penlandii* (Penland beardtongue), to be

endangered species under the Endangered Species Act of 1973, as amended. Both species are endemic to Middle Park in Grand County, Colorado, where they grow on shale badlands. Penland beardtongue is only known within 2 miles of the type locality. The Osterhout milk-vetch occurs in scattered populations over a 15-mile range. Both species occur largely on Federal land administered by the Bureau of Land Management, with smaller occurrences on State and private land. The Osterhout milk-vetch would be impacted directly by dam construction and inundation, and secondarily by recreational uses and development around the proposed Muddy Creek Reservoir. The single Penland beardtongue area is a fragile habitat vulnerable to off-road vehicle damage. The determination that *Astragalus osterhoutii* and *Penstemon penlandii* are endangered species will provide them protection under the authority of the

Endangered Species Act of 1973, as amended.

**EFFECTIVE DATE:** August 14, 1989.

**ADDRESSES:** The complete file for this rule is available for public inspection, by appointment, during normal business hours at the State Supervisor's Office, Fish and Wildlife Enhancement, 730 Simms Street, Room 290, Golden, Colorado 80401 and at the Western Colorado Fish and Wildlife Enhancement Office, 529 25½ Road, Suite B–113, Grand Junction, Colorado 81505.

**FOR FURTHER INFORMATION CONTACT:** John Anderson at the Grand Junction address above (303/243–2778 or FTS 322–0351).

**SUPPLEMENTARY INFORMATION:**

### Background

*Astragalus osterhoutii* and *Penstemon penlandii* are herbaceous perennial wildflowers endemic to Middle Park, a

FWS005895

sagebrush basin in north-central Colorado. They are restricted to badlands of Upper Cretaceous Niobrara and Pierre Shale and of Tertiary (Miocene Troublesome Formation) siltstone sediments at 2,250–2,350 meters (7,450–7,700 feet) elevation within 6 miles to the north and east of the town of Kremmling. *Astragalus osterhoutii* Jones was described in 1923 by Marcus Jones from material collected by George Osterhout, an early Colorado botanist. Osterhout first collected it in fruit July 17, 1905 (specimen 3038), and in flower June 9, 1906 (specimen 3235) at "Sulphur Springs" (holotype) and "about 4 miles below Sulphur Springs, Grand County" (cotype). The holotype (at the Pomona College Herbarium, Rancho Santa Ana Botanic Garden, California) is a combination of material from these two specimens. The type locality had been interpreted to be near the town of Hot Sulphur Springs, which is 17 miles east of Kremmling (Barneby 1964, Peterson et al. 1981); but, despite several searches, the Osterhout milk-vetch has never been found in this area. However, the population recently located along Troublesome Creek is adjacent to Sulphur Gulch, which contains a Sulphur Spring (about 6 miles northeast of Kremmling), and this is likely the type locality (Rupert Barneby, New York Botanical Garden, *in litt.*, 1987).

Until the 1980's, *A. osterhoutii* was collected only five times and from two additional localities: a small population 1 mile northeast of Kremmling and the largest population along Muddy Creek 6 miles north of Kremmling. These populations were discovered by Beath in 1939 and 1940 respectively (Peterson *et al.* 1981). The population along Muddy Creek was further delineated during the preparation of the status report (Peterson *et al.* 1981) and the Rock Creek/Muddy Creek Reservoir Draft Environmental Impact Statement (Grah and Neese 1987). Occurrences along Pass Creek and Red Dirt Creek near Hinman Reservoir, a few miles west of Muddy Creek, were also discovered during inventories for the Draft Environmental Impact Statement (Grah and Neese 1987). During graduate studies at the University of Colorado, Jeff Karron located two sites, 1 mile and 5 miles northeast of Kremmling, the latter along Troublesome Creek. These sites probably represent Beath's 1939 locality and Osterhout's original "Sulphur Springs" locality in the Sulphur Gulch/Troublesome Creek vicinity, respectively. In the summer of 1988, the author found a small colony of about 500 plants of *A. osterhoutii* on a shale hill along the north side of the Colorado River 3 miles east of Troublesome Creek.

There are an estimated 25,000 to 50,000 Osterhout milk-vetch plants, approximately 90 percent of the total for the species, in the vicinity of Muddy Creek. The remaining 10 percent of the species occurs on the eastern and western extremities of the range at Troublesome and Red Dirt Creek (a tributary of Muddy Creek), respectively.

*Penstemon penlandii* Weber was independently discovered in the summer of 1986 by David Johnson of Western Resource Development Company (Weber 1986) and the author while on visits to the Osterhout milk-vetch Troublesome Creek site located by Karron. While the Osterhout milk-vetch is found only along one gulch here, the Penland beardtongue population of approximately 5,000 plants extends over the whole series of badlands between Troublesome Creek and Sulphur Gulch, which are approximately 1½ miles long and ½ mile wide. In the summer of 1988, the author located a small colony of 500 plants along Troublesome Creek 2 miles north of the type locality. This is the only known area for the Penland beardtongue.

*A. osterhoutii* and *P. penlandii* are both disjunct from their nearest relatives, which occur approximately 150 miles away in southwestern Wyoming and northwestern Colorado: *A. grayi* and *A. nelsonianus* (Barneby 1964), and *P. paysoniorum* (Weber 1986) and *P. gibbensii* (personal observation), respectively. These species may be remnants of a previous extension of northern species southward during glacial or pluvial periods. As such, they can provide clues to past floristic migrations and are scientifically valuable in the study of biogeography. *A. osterhoutii* has also been the subject of evolutionary studies comparing rare and common species of *Astragalus* (Karron 1987a). Their adaptation to specific geologic habitats makes them good scientific subjects for such studies.

*A. osterhoutii* is a tall rush-like plant with linear leaflets and several bright green stems up to 100 centimeters (40 inches) tall. There are 12–25 large white flowers, 2.4 centimeters (1.0 inch) long, per inflorescence (flowering stalk), and stipitate pendulous pods, 4.5 centimeters (1.8 inches) long. *P. penlandii* is a short plant with linear leaves and several clumped, pubescent stems up to 25 centimeters (10.0 inches) tall. There are 5–15 bright bicolored flowers with blue lobes and a violet throat, 1.2–1.5 centimeters (0.5–0.6 inch) long, per inflorescence; the fruits are small brown capsules. Both species are characterized

by clusters of showy flowers relative to the size of the plant.

The largest population of the Osterhout milk-vetch occurs on shale benches along Muddy Creek, the site of the proposed Muddy Creek Reservoir. While the lower edges of this population would be inundated by the proposed reservoir, there would be additional impacts to the remainder of the population from associated development and recreational use of the reservoir and the surrounding benches (U.S. Forest Service and U.S. Bureau of Land Management 1988). Changes in vegetative composition, particularly an increase in big sagebrush density due to past grazing history, may have resulted in a decrease in the size and/or density of Osterhout milk-vetch populations. The Troublesome Creek/Sulphur Gulch badlands, the habitat of both the Osterhout milk-vetch and Penland beardtongue, are a fragile habitat susceptible to damage from off-road vehicle use. Approximately two-thirds of the large Osterhout milk-vetch population along Muddy Creek is on Federal land administered by the Bureau of Land Management (Bureau); the remaining one-third is mostly on private land, with two colonies on State land (although the edges of other Osterhout milk-vetch colonies may be within State highway rights-of-way). The small occurrences up Pass Creek and Red Dirt Creek near Hinman Reservoir are on private land. The small site 1 mile northeast of Kremmling is on Bureau land, and the Troublesome Creek/ Sulphur Gulch populations of Osterhout milk-vetch and Penland beardtongue are on Bureau land and private land.

Federal action involving *A. osterhoutii* began with section 12 of the Endangered Species Act (Act) of 1973 (16 U.S.C. 1531 *et seq.*), which directed the Secretary of the Smithsonian Institution to prepare a report on those plants considered to be endangered, threatened, or extinct. This report, designated as House Document No. 94–51, was presented to Congress on January 9, 1975. On July 1, 1975, the Service published a notice of its acceptance of this report as a petition within the context of section 4(c)(2), now section 4(b)(3)(A), of the Act and of its intention thereby to review the status of those plants. *A. osterhoutii* was included as "endangered" in the July 1, 1975, petition. On December 15, 1980 (45 FR 82485), and September 27, 1985 (50 FR 39526), the Service published updated notices reviewing the native plants being considered for classification as threatened or endangered. *A. osterhoutii* was included in these notices as a category 2 species.

FWS005896

Category 2 comprises taxa for which the Service possesses information indicating that proposing to list them as endangered or threatened species is possibly appropriate, but for which conclusive data on biological vulnerability and threat(s) are not currently available to support listing. The present proposal is based on biological data from Peterson et al. (1981), Karron (1987a), and Grah and Neese (1987).

Section 4(b)(3)(B) of the Endangered Species Act, as amended in 1982, requires the Secretary of the Interior to make findings on certain petitions within 1 year of their receipt. Section 2(b)(1) of the Act's amendments of 1982 further requires that all petitions pending on October 13, 1982, be treated as having been newly submitted on that date. Because the 1975 Smithsonian report was accepted as a petition, all the taxa contained in the notice, including *A. osterhoutii*, were treated as being newly petitioned on October 13, 1982. On October 13, 1983, October 12, 1984, October 11, 1985, October 10, 1986, and October 9, 1987, the Service made successive 1-year findings that the petition to list *A. osterhoutii* was warranted, but precluded by other listing actions of higher priority. The Service published a proposed rule to list *A. osterhoutii* and *P. penlandii* as endangered species on July 5, 1988 (53 FR 25181), constituting the next 1-year finding that would have been required on or before October 9, 1988.

Because it was discovered in 1986, after the last notice of review for plants was published in the Federal Register in 1985, there has been no previous Federal action involving *P. penlandii*.

## Summary of Comments and Recommendations

In the July 5, 1988, proposed rule (53 FR 25181) and associated notifications, all interested parties were requested to submit factual reports or information that might contribute to the development of a final rule. Appropriate State and Federal agencies, county governments, scientific organizations, and other interested parties were contacted and requested to comment. Newspaper notices that invited public comments were published in the *Middle Park Times* on August 4, 11, 18, and 25, 1988, and in the *Rocky Mountain News* on September 1 and 2, 1988. A public hearing was requested by the Grand County Board of Commissioners (County) on August 5, 1988, and by the Colorado River Water Conservation District (Water District) on August 12, 1988. The Service extended the initial comment period to October 24, 1988 (53

FR 37009), to accommodate the requested public hearing which was held on October 13, 1988, in Kremmling, Colorado. Newspaper notices announcing the public hearing and the extension of the comment period were published in the *Middle Park Times* on October 6, 1988, and in the *Rocky Mountain News* on October 6 and 7, 1988. At the hearing a Service botanist read a prepared statement and showed slides of the plants and their habitat. Individuals in the audience were then given the opportunity to present their oral comments. Following the comments there was a question and answer period. Six people attended the public hearing and three presented oral comments. Eleven written comments also were received in response to the proposed rule. The three oral comments were from parties who also submitted written comments and raised similar issues.

Seven written comments in support were received, including the State, conservation groups, and professional botanists; three written comments in opposition were received from a local (county) government and a local water district; and one written comment was neutral. Two oral comments in opposition to the listing were received from a local water district and a local (county) government, and one supporting comment was received from a professional botanist. Written and oral comments of similar content are grouped into a number of general issues. These issues and the Service's response to each are discussed below.

*Issue 1:* The Water District and the County stated that the estimated population size of Osterhout milk-vetch along Muddy Creek was 100,000 plants and that the plant covered 50 percent more acres in 1987 than in 1985. Therefore, the impacts of the Muddy Creek Reservoir were less than indicated in the Service's proposed rule which states 25,000 plants and uses the 1985 acreage figure.

*Response:* The 100,000 figure was used in a preliminary Biological Assessment (U.S. Forest Service 1987), but the final Biological Assessment (U.S. Bureau of Land Management 1989) and the Supplemental Draft Environmental Impact Statement (U.S. Forest Service and Bureau of Land Management 1988) use a figure of 50,000 plants. The estimate of 25,000 plants is the result of personal observations by a Service botanist in July 1986, August 1987, and July 1988. All of these figures are based on ocular estimates of the same plant populations, but by different observers. The higher figures are based on extrapolations of an estimated average

density over the total acreage, rather than an actual census. Extrapolations are usually high estimates because plants are not evenly distributed in nature, due to such things as micro-habitat differences or limited seed dispersal. The Service believes that the degree or level of impact should be determined based on the low end of population fluctuations, which represents its base population number.

The range of *A. osterhoutii* does not appear to be expanding and is still confined to a small part of Middle Park. It should also be understood that during flood stages an additional, undetermined number of plants would be inundated. Moreover, besides the direct impacts, another 80 acres of habitat could be impacted by recreational activities and development.

*Issue 2:* The Water District and the County stated that existing Bureau of Land Management regulations and the Conservation Plan proposed in the (now) Final Biological Assessment (U.S. Bureau of Land Management 1989) are sufficient to minimize impacts to *A. osterhoutii*.

*Response:* Unless *A. osterhoutii* is listed there would be no legal requirement for the Bureau to make the Conservation Plan or any other measures permit conditions of the project. The Final Biological Assessment (U.S. Bureau of Land Management 1989) specifically states that protection would only be required by the Bureau if Osterhout milk-vetch is listed, which supports the need for listing. The Service believes that the Conservation Plan by itself may be insufficient to protect the species, and that protection of additional plant sites is necessary. Moreover, the habitat manipulation techniques in the Conservation Plan are experimental and their success uncertain. And finally, if the species is not listed there is no law requiring the Bureau to protect the species and administer its recovery if the Conservation Plan falls short of its goal or if future activities are planned that could affect the species.

*Issue 3:* The Water District stated that "* * * the best scientific and commercial data currently available does not justify * * * endangered status [for *Astragalus osterhoutii*]."

*Response:* Professional botanists who have worked on the species, including a Service botanist, a graduate student whose dissertation included the species, professional botanists with the State and conservation groups, and consultants on the Muddy Creek Reservoir, think that existing biological data support endangered status. Their

FWS005897

data and conclusions are included in this rulemaking. A pre-proposal letter from a consultant stated: "Both species are highly vulnerable to extinction by virtue of extremely limited distribution habitat, and population numbers * * *" (Elizabeth Neese, independent consultant, *in litt.*, 1988). Also, their fragile habitat is highly susceptible to surface disturbance. The Osterhout milk-vetch was a candidate for listing as threatened or endangered (1980) before the Muddy Creek Dam was proposed (1985).

*Issue 4:* The Water District stated that listing would not further elevate awareness of the plant's status and promote conservation efforts.

*Response:* The fact that the plants and their habitats have already received consideration in the environmental impact statement and biological assessment has already contributed to an awareness of them among parties involved in that project. However, other interested parties such as the World Conservation Centre are notified once a species is listed. Increasing awareness is only one reason for listing.

*Issue 5:* The Water District stated that there is not a serious present threat to the Penland beardtongue.

*Response:* Off-road vehicle use and mineral exploration are definite threats to the species. Off-road vehicle damage and mineral exploration have occurred in the area, and both are a threat to the species' fragile habitat.

*Issue 6:* The County stated that private lands around the reservoir are zoned at the least intensive county zoning designation, Forestry and Open.

*Response:* The Forest and Open zoning does require 20–60 percent open space in developments, but still allows lodges and cabins to be built. Therefore, surface disturbance of the habitat would still be possible.

*Issue 7:* The County stated that both species occur in the Pass Creek, Red Dirt Creek, and Troublesome Creek areas.

*Response:* All inventories by consultants and the Service through the 1988 field season have shown Penland beardtongue to be limited to just the Troublesome Creek area. The Service has not received any data documenting occurrences of Penland beardtongue at these other sites.

*Issue 8:* The County stated that only marginal habitat at the lower edges of the population would be damaged by inundation and bench sloughing.

*Response:* The plant density is naturally lower at the edge of an occurrence on the sideslopes of draws than at its center on the top of a bench. However, because of the plant's rarity

and limited range, the edges of the occurrences are still important to its survival. They represent the potential expansion and enlargement of an occurrence. Also, bench sloughing around the reservoir would "eat" into the benches and hence the center of the occurrences where the highest densities of plants exist.

*Issue 9:* The County stated that past and present grazing impacts on the species may have been greater than the effect of a reservoir on a fringe of population.

*Response:* Past grazing, particularly historically high numbers around the turn of the century, have significantly altered the pristine ecological condition of Middle Park. Because the plants grow best in open ecological settings with little vegetative competition, and past overgrazing has caused an increase in big sagebrush density, it is possible that the two plants were more common in the pristine habitat. Studies with habitat manipulation of sagebrush stands have been proposed in the Conservation Plan to test this hypothesis. If it is correct, then this is another factor endangering the plants above and beyond the reservoir and its secondary impacts. Current levels of grazing, which are much lower than historic levels, are probably not further endangering the plants.

## Summary of Factors Affecting the Species

After a thorough review and consideration of all information available, the Service has determined that *Astragalus osterhoutii* and *Penstemon penlandii* should be classified as endangered species. Procedures found at section 4(a)(1) of the Endangered Species Act and regulations (50 CFR Part 424) promulgated to implement the listing provisions of the Act were followed. A species may be determined to be an endangered or threatened species due to one or more of the five factors described in section 4(a)(1). These factors and their application to *Astragalus osterhoutii* Jones (Osterhout milk-vetch) and *Penstemon penlandii* Weber (Penland beardtongue) are as follows:

### A. The Present or Threatened Destruction, Modification, or Curtailment of its Habitat or Range

*A. osterhoutii* and *P. penlandii* are both naturally rare species. *A. osterhoutii* has only one major population along Muddy Creek, with small scattered outlying colonies up to a distance of 6 miles away. *P. penlandii* is known only from one area, with two occurrences 2 miles apart along

Troublesome Creek/Sulphur Gulch (which is also the eastern most area for *A. osterhoutii*). The badlands on which an estimated 5,000 individuals of *P. penlandii* occur are currently vulnerable to modification from off-road vehicle use because of their fragile soils, steep topography, and arid environment. There are dirt roads running through the badlands which provide easy access for off-road vehicle use. Off-road vehicle damage and mineral exploration have occurred on the area. The resulting modification of the habitat could result in a curtailment of the range for Penland beardtongue.

The major population of *A. osterhoutii* along Muddy Creek has an estimated 25,000 to 50,000 plants (personal observation; represents about 90 percent of the total for the species) on 132 acres and is threatened by the proposed Muddy Creek Reservoir. With construction of the high dam proposal at 7,485 feet elevation, 18 acres or 14 percent of the Muddy Creek population would be inundated. An alternative lower dam proposal at 7,475 feet would inundate 10 acres or 8 percent of the population (Bio/West 1988). Also, during flood stages there would be a short term rise of 8 to 10 feet in the reservoir level which would inundate an undetermined number of additional plants. Additional direct losses from reservoir construction could result from the raised water table through perennial soil saturation, and from surface disturbance due to construction activities such as road building, creation of borrow pits, and heavy equipment movement (Grah and Neese 1987). While direct inundation and bench sloughing would destroy habitat at the lower edges of the population, significant secondary impacts to the benches around the reservoir and along Alkali Slough and Pass Creek could occur with the building of recreation facilities and increased use of the area by people and off-road vehicles. The presence of the reservoir would likely stimulate private development within the plant's range near the reservoir. These potential secondary impacts would be the same for either dam height and could cause destruction, modification, or curtailment of Osterhout milk-vetch habitat or range.

Depending upon the degree of future recreational usage, secondary impacts from the Muddy Creek Reservoir may be even greater to the Osterhout milk-vetch than direct impacts from reservoir construction (Grah and Neese 1987). In addition to the direct impacts mentioned above, 80 acres, or 60 percent of the habitat of *A. osterhoutii*, could be threatened by secondary impacts from

FWS005898

recreational activities associated with the Muddy Creek Reservoir proposal (Bio/West 1988). Proposed mitigation plans to offset direct and secondary impacts of the reservoir construction and recreation include management of the habitat remaining around the reservoir to minimize effects to the milk-vetch; fencing the habitat and designing public recreational facilities to minimize the impact on the species; protection of off-site populations; land exchanges; a monitoring program with possible habitat manipulation; and plant surveys for avoidance of the milk-vetch during construction.

Mining claims exist along Muddy Creek where the Osterhout milk-vetch occurs. Also, the density of *A. osterhoutii* has been observed to be lower in big sagebrush stands than in the adjacent open benchlands where it normally grows. It may be that the past grazing history has caused an increase in big sagebrush cover with a resultant canopy closure and modification of Osterhout milk-vetch habitat with loss of individuals through lowered densities of populations.

*B. Overutilization for Commercial, Recreational, Scientific, or Education Purposes.*

Taking for these purposes has not been documented. However, both plants have showy flowers and grow in accessible areas, thus both are vulnerable to collecting and vandalism.

*C. Disease or Predation*

No threats are known.

*D. The Inadequacy of Existing Regulatory Mechanisms*

There are no existing Federal or State laws which protect *A. osterhoutii* and *P. penlandii*. The Act would provide protection and encourage active management through the "Available Conservation Measures" discussed below.

*E. Other Natural or Manmade Factors Affecting its Continued Existence*

*A. osterhoutii* is an obligate outcrossing species (Karron 1989) that requires primarily ground-nesting bumble bees for pollination (Karron 1987b). Thus, its pollinators, as well as the plants themselves, could be impacted by surface disturbance. Also, a sufficiently large population size must be maintained to support pollination by outcrossing. Genetic studies by Karron *et al* (1988) using starch gel electrophoresis show that *A. osterhoutii* is already genetically depauperate, probably due to small population size. The studies also show that genetic differences exist between the Muddy Creek population and those east of Kremmling, emphasizing the need for protection of both sites.

The Service has carefully assessed the best scientific and commercial information available regarding the past, present, and future threats faced by these species in determining to make this rule final. Based on this evaluation, the preferred action is to list *Astragalus osterhoutii* and *Penstemon penlandii* as endangered. Both are restricted endemics occurring on a limited habitat, and with only one major population each. *A. osterhoutii* would be impacted directly by construction of the proposed Muddy Creek Reservoir, and secondarily by recreational uses and development around the reservoir. *P. penlandii* is vulnerable to off-road vehicle damage to its fragile habitat. There presently exists no opportunity for protection under existing legislation (State and Federal). For reasons given below, it is not considered prudent to propose designation of critical habitat.

**Critical Habitat**

Section 4(a)(3) of the Act requires, to the maximum extent prudent and determinable, that the Secretary designate critical habitat at the time the species is determined to be endangered or threatened. The Service finds that designation of critical habitat is not presently prudent for these species at this time because no benefit to the species can be identified that would outweigh the potential threat of vandalism or collection, which might increase if detailed critical habitat maps are published. Such maps would identify areas on public and private land, thereby making it more difficult for Federal enforcement agencies to protect the species. As discussed under Factor B in the "Summary of Factors Affecting the Species," both plants have showy flowers and grow in accessible areas, thus both are vulnerable to collecting and vandalism. Federal involvement in the areas where the plants occur can be identified without the designation of critical habitat. All involved parties and landowners will be notified of the location and importance of protecting these species' habitat, and such protection will be addressed through the recovery process and through section 7 procedures. Therefore, it would not be prudent to determine critical habitat for *A. osterhoutii* and *P. penlandii* at this time.

**Available Conservation Measures**

Conservation measures provided to species listed as endangered or threatened under the Endangered Species Act include recognition, recovery actions, requirements for Federal protection, and prohibitions against certain practices. Recognition through listing encourages and results in conservation actions by Federal, State, and private agencies, groups, and individuals. The Act provides for possible land acquisition and cooperation with the States and requires that recovery actions be carried out for all listed species. The protection required of Federal agencies and the prohibitions against certain activities involving listed plants are discussed, in part, below.

Section 7(a) of the Act, as amended, requires Federal agencies to evaluate their actions with respect to any species that is proposed or listed as endangered or threatened and with respect to its critical habitat if any is being designated. Regulations implementing this interagency cooperation provision of the Act are codified at 50 CFR Part 402. Section 7(a)(2) requires Federal agencies to insure that activities they authorize, fund, or carry out are not likely to jeopardize the continued existence of a listed species or to destroy or adversely modify its critical habitat. If a Federal action may adversely affect a listed species or its critical habitat, the responsible Federal agency must enter into formal consultation with the Service.

*A. osterhoutii* and *P. penlandii* occur primarily on Federal land administered by the Bureau. The Bureau's involvement could include section 7 consultation on the proposed Muddy Creek Reservoir, monitoring the impacts of off-road vehicle use, and studying the effects of grazing systems on vegetative composition. The Army Corps of Engineers would also be involved in any section 7 consultation for the reservoir because of the need for a 404 permit. On both Federal and private land, the Service expects that listing would elevate the awareness of these plants' status and foster efforts aimed toward their conservation.

The Act and its implementing regulations found at 50 CFR 17.61, 17.62, and 17.63 for endangered species set forth a series of general trade prohibitions and exceptions that apply to all endangered plants. All trade prohibitions of section 9(a)(2) of the Act, implemented by 50 CFR 17.61, apply. These prohibitions, in part, make it illegal for any person subject to the jurisdiction of the United States to import or export, transport in interstate or foreign commerce in the course of a commercial activity, sell or offer for sale these species in interstate or foreign

commerce, or to remove and reduce to possession these species from areas under Federal jurisdiction. In addition, for listed plants, the 1988 amendments (Pub. L. 100–478) to the Act prohibit the malicious damage or destruction on Federal lands and the removal, cutting, digging up, or damaging or destroying of listed plants in knowing violation of any State law or regulation, including State criminal trespass law. Certain exceptions apply to agents of the Service and State conservation agencies. The Act and 50 CFR 17.62 and 17.63 also provide for the issuance of permits to carry out otherwise prohibited activities involving endangered species under certain circumstances. With regard to *A. osterhoutii* and *P. penlandii*, it is anticipated that few, if any, trade permits would ever be sought or issued because these species are not common in cultivation or in the wild. Requests for copies of the regulations on plants and inquiries regarding them may be addressed to the Office of Management Authority, U.S. Fish and Wildlife Service, P.O. Box 27329, Washington, DC 20038–7329 (703/358–2093).

## National Environmental Policy Act

The Fish and Wildlife Service has determined that an Environmental Assessment, as defined under the authority of the National Environmental Policy Act of 1969, need not be prepared in connection with regulations adopted pursuant to section 4(a) of the Endangered Species Act of 1973, as amended. A notice outlining the Service's reasons for this determination was published in the **Federal Register** on October 25, 1983 (48 FR 49244).

## References Cited

A complete list of all references cited here is available upon request from Fish and Wildlife Enhancement Offices in Golden, Colorado (303/236–2675 or FTS 776–2675) or Grand Junction, Colorado (303/243–2778 or FTS 322–0351, see **ADDRESSES** above).

## Author

The primary author of this final rule is John L. Anderson, botanist, U.S. Fish and Wildlife Service, Grand Junction, Colorado (303/243–2778; FTS 322–0351, see **ADDRESSES** above).

## List of Subjects in 50 CFR Part 17

Endangered and threatened wildlife, Fish, Marine mammals, Plants (agriculture).

## Regulation Promulgation

Accordingly, Part 17, Subchapter B of Chapter I, Title 50 of the Code of Federal Regulations, is amended as set forth below:

## PART 17—[AMENDED]

1. The authority citation for Part 17 continues to read as follows:

**Authority:** Pub. L. 93–205, 87 Stat. 884; Pub. L. 94–359, 90 Stat. 911; Pub. L. 95–632, 92 Stat. 3751; Pub. L. 96–159, 93 Stat. 1225; Pub. L. 97–304, 96 Stat. 1411; Pub. L. 100–478, 102 Stat. 2306; Pub. L. 100–653, 102 Stat. 3825 (16 U.S.C. 1531 *et seq.*); Pub. L. 99–625, 100 Stat. 3500, unless otherwise noted.

2. Amend § 17.12(h) by adding the following, in alphabetical order under the families Fabaceae and Scrophulariaceae, to the List of Endangered and Threatened Plants:

### § 17.12   Endangered and threatened plants.

\* \* \* \* \*

(h) \* \* \*

| Species | | Historic range | Status | When listed | Critical habitat | Special rules |
|---|---|---|---|---|---|---|
| Scientific name | Common name | | | | | |
| Fabaceae—Pea family | | | | | | |
| *Astragalus osterhoutii* | Osterhout milk-vetch | U.S.A. (CO) | E | 353 | NA | NA |
| Scrophulariaceae—Snapdragon family | | | | | | |
| *Penstemon penlandii* | Penland beardtongue | U.S.A. (CO) | E | 353 | NA | NA |

Dated: June 12, 1989.

**Susan Recce Lamson,**
*Acting Assistant Secretary for Fish and Wildlife and Parks.*

[FR Doc. 89–16346 Filed 7–12–89; 8:45 am]

BILLING CODE 4310–55–M

FWS005900